# United States District Court
### NORTHERN DISTRICT OF CALIFORNIA

FreecycleSunnyvale

v.

The Freecycle Network

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C06-00324 CW

E-Filing

**TO:** (Name and address of defendant)

The Freecycle Network
P.O. Box 294
Tucson AZ  85702-0294
c/o Statutory Agent for Service of Process
James A. Jutry
2525 N. Broadway #200
Tucson AZ  85716

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrownrowe.com
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  JAN 1 8 2006

(BY) DEPUTY CLERK
RITA BETANCOURT

| | |
|---|---|
| **Attorney or Party without Attorney:**<br>ERIC B. EVANS, ESQ., Bar #232476<br>MAYER, BROWN, ROWE & MAW LLP<br>TWO PALO ALTO SQUARE, STE 300<br>PALO ALTO, CA 94306<br>Telephone No: 650-331-2000    FAX No: 650-331-2060 | **For Court Use Only** |
| **Attorney for:** Plaintiff | **Ref. No. or File No.:**<br>FREECYCLESUNNYVALE |

**Insert name of Court, and Judicial District and Branch Court:**
United States District Court, Northern District Of California-san Jose

**Plaintiff:** FREECYCLESUNNYVALE; ET AL
**Defendant:** THE FREECYCLE NETWORK, AN ARIZONA CORPORATION

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date:<br>Fri, Apr. 21, 2006 | Time:<br>1:30PM | Dept/Div: | Case Number:<br>C06-00324 CW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference And Adr Deadlines; Blank Notice Of Need For Adr Phone Conference; Blank Stipulation And [proposed] Order Selecting Adr Process; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process; General Order No. 40 Prohibition Of Bias; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; General Order No. 45 Electronic Case Filing; Fee Schedule Summary; Adr Procedures Packet; Ecf Registration Information Handout

3. a. Party served: THE FREECYCLE NETWORK BY SERVING: JAMES A. JUTRY, STATUTORY AGENT FOR SERVICE OF PROCESS
   b. Person served: party in item 3.a.

4. Address where the party was served: 2525 N. BROADWAY, #200
   DECONCINI, McDONALD, YETWIN LACY
   TUCSON, AZ 85716

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jan. 19, 2006 (2) at: 3:36PM

7. Person Who Served Papers:
   a. JODY CHAMBERLAIN

   **A & A LEGAL SERVICE**
   1541 Bayshore Hwy.
   Burlingame, CA 94010-1602
   (650) 697-9431
   GENERAL@AALEGALSERVICE.COM
   Fax (650) 697-4640

   d. The Fee for Service was:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   e. I am:
      (i) Independent Contractor
      (ii) Registration No.:    PS-230

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Mon, Jan. 23, 2006

Judicial Council form POS-010
Rule 982.9.(a)&(b) Rev July 1, 2004

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE    (JODY CHAMBERLAIN)

ereva.27312