| | |
|---|---|
| 1 | PAUL J. ANDRE, BAR NO. 196585 |
| | (pandre@perkinscoie.com) |
| 2 | LISA KOBIALKA, Bar No. 191404 |
| | (lkobialka@perkinscoie.com) |
| 3 | SEAN M. BOYLE, Bar No. 238123 |
| | (sboyle@perkinscoie.com) |
| 4 | PERKINS COIE LLP |
| | 101 Jefferson Drive |
| 5 | Menlo Park, CA 94025 |
| | Telephone:   (650) 838-4300 |
| 6 | Facsimile:   (650) 838-4350 |
| 7 | Attorneys for Defendant |
| | The Freecycle Network, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE a California unincorporated association., | CASE NO. C 06-00324 CW |
| Plaintiff, | |
| v. | JOINT STIPULATION EXTENDING TIME FOR DEFENDANT THE FREECYCLE NETWORK TO RESPOND TO COMPLAINT |
| THE FREECYCLE NETWORK, INC., an Arizona corporation, | |
| Defendant. | |

WHEREAS, Plaintiff FREECYCLESUNNYVALE ("Plaintiff") served a Complaint against Defendant THE FREECYCLE NETWORK, INC. ("Freecycle Network") on or about January 19, 2006;

WHEREAS, Freecycle Network's response to the Complaint is due on February 8, 2006;

WHEREAS, this is the first extension of time Freecycle Network has requested;

WHEREAS, Plaintiff has agreed to extend the time in which Freecycle Network may file its responsive pleading to the Complaint to February 22, 2006;

---

Joint Stipulation Extending Time for
Defendant to Respond to Complaint

CASE NO. 06-00324 CW

1      PURSUANT to Northern District of California Local Rule 6-1(a), the Parties, through their
2  counsel of record, HEREBY STIPULATE as follows:
3      Freecycle Network may file its responsive pleading to Plaintiff's Complaint no later than
4  February 22, 2006.

5  DATED: 2/7/06

    **PERKINS COIE LLP**

    By: _[signature]_
    Lisa Kobialka
    Paul Andre
    Sean Boyle
    Attorneys for Defendant
    The Freecycle Network, Inc.

DATED: 2/7/2006

    **MAYER BROWN ROWE & MAW LLP**

    By: _[signature]_
    Ian Feinberg
    Eric B. Evans
    Attorneys for the Plaintiff
    Freecyclesunnyvale