PAUL J. ANDRE, BAR NO. 196585
(Pandre@perksincoie.com)
LISA KOBIALKA, Bar No. 191404
(Lkobialka@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238123
(Sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Defendant
The Freecycle Network, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association., <br><br> Plaintiff, <br><br> v. <br><br> THE FREECYCLE NETWORK, INC., an Arizona corporation, <br><br> Defendant. | CASE NO. C 06-00324 CW <br><br> **DEFENDANT THE FREECYCLE NETWORK, INC.'S REQUEST FOR JUDICIAL NOTICE TO DISMISS COMPLAINT UNDER RULE 12(b)(6)** <br><br> Date: March 31, 2006 <br> Time: 10:00 a.m. <br> Place: Courtroom 2 (Oakland) <br> Judge: Honorable Claudia Wilkin |

Defendant The Freecycle Network hereby request the Court to take judicial notice of the following documents.

Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Opposition filed by the Plaintiff FreecycleSunnyvale on January 18, 2006, in the United States Patent and Trademark Office before the Trademark Trial and Appeal Board ("TTAB"). The Notice of Opposition is

DEFENDANT FREECYCLE REQUEST FOR
JUDICIAL NOTICE
CASE NO. 06-00324 CW

[60383-0001/BY060530.071]

1 relevant to determining the necessity of the present action in light of the already proceeding action
2 before the TTAB.

3   Attached hereto as Exhibit 2 is a true and correct copy of the SunnyvaleFree Yahoo! Group
4 opening webpage, as of February 22, 2006. The webpage is relevant in that it contains a statement
5 that the SunnyvaleFree Yahoo! Group is the successor to the defunct FreecycleSunnyvale Yahoo!
6 Group.

7   For the reasons stated above, The Freecycle Network respectfully request the Court to take
8
9 notice of the above-identified documents.

10

11 DATED: February 22, 2006.          **PERKINS COIE LLP**

12
                                     By   /s/
13                                      Paul J. Andre
                                        Lisa Kobialka
14                                      Sean Boyle
                                        Attorneys for Defendant
15                                      The Freecycle Network

- 2 -

DEFENDANT FREECYCLE REQUEST FOR
JUDICIAL NOTICE
CASE NO. C 06-00324 CW