# EXHIBIT 2

Dockets.Justia.com

Yahoo! My Yahoo! Mail

# YAHOO! GROUPS

Sign In
New User? Sign Up

Search
Search the Web

Groups Home - Help

## sunnyvalefree · Sunnyvale, CA USA

**Home**

- Home
- Messages

**Members Only**
- Post
- Files
- Photos
- Links
- Database
- Polls
- Members
- Calendar
- Promote

| Info | Settings |

**Group Information**
Members: 551
Category: Recycling
Founded: Nov 22, 2005
Language: English

Already a member?
Sign in to Yahoo!

**Yahoo! Groups Tips**

### Home

**Activity within 7 days:**   6 New Members - 87 New Messages

**Description**

This free recycling group is centered around

| Zip Code | 94087-1306 |
| City | Sunnyvale |
| County | Santa Clara |
| State | California |
| Country | USA |

Trash to Treasure: Do you have stuff you no longer need? Looking for free stuff? This is the place!

Free recycling harnesses the power of the Internet to connect people who have stuff with others nearby who want it so it doesn't wind up in a landfill.

Briefly, here is how it works:

1. Find a group near you.
2. Join it.
3. Post OFFER (or WANTED) using this as a prefix in the subject line.
4. Get replies.
5. Arrange exchange with just one.
6. Offerer (Wanter) posts TAKEN (RECEIVED) when exchange is complete.
7. For details see Free Recycling Instructions

Everything posted must be free, legal, and tangible. No trading no services. After you join you'll receive an e-mail with further instructions.

Spread the word!

EXHIBIT 2

Please note: The Freecycle Network (TFN) deleted the original and very successful freecyclesunnyvale group. The SunnyvaleFree group is not associated with TFN. We are totally free in word and deed. All of our materials are free for *anyone* to use to set up their own free recycling groups (unlike TFN).

**Did you know...**
You can search the group for older messages.

Search: [          ] [Go]

**Most Recent Messages** (View All)   [+ MY Y!]   [XML] What's This?

**WANTED: fine-tooth combs**
I don't care if they are old and used. I want to use them to clean the paint and varnish crud from my brushes--the residue that the brush cleaner doesn't
Posted - Wed Feb 22, 2006  7:47 pm

Kathy Lynn Lunde
dreamsnreams
◎ Offline
✉ Send Email

**Promised: Orchids (Phalaenopsis)**
Thank you for the interest! Liese
Posted - Wed Feb 22, 2006  6:33 pm

liesehunter
◎ Offline
✉ Send Email

**OFFER: soy formula**
I have an unopened sample size can of Similac Advance Soy Formula powder for anyone who can use it. The expiration date is November 2006. Let me know if you
Posted - Wed Feb 22, 2006  6:07 pm

Trish and Andy W
fritztdog
◎ Send IM
✉ Send Email

**OFFER: Orchids (Phalaenopsis)**
I have four of the orchids (phalaenopsis) that one can get at Trader Joe's or Safeway - all currently in varying states of unhappiness. They do not like me!
Posted - Wed Feb 22, 2006  6:05 pm

liesehunter
◎ Offline
✉ Send Email

**OFFER: Magazines**
This is a box of magazines from the 60s/70s. McCalls, Women's Day, Crafts, etc. They are _not_ in mint condition at all but are fun to look through and great
Posted - Wed Feb 22, 2006  6:04 pm

liesehunter
◎ Offline
✉ Send Email

**Message History**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2006 | 414 | 251 |     |     |     |     |     |     |     |     |     |     |
| 2005 |     |     |     |     |     |     |     |     |     |     | 113 | 356 |

**Yahoo! 360°**
Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

**Group Email Addresses**

Post message:    sunnyvalefree@yahoogroups.com
Subscribe:       sunnyvalefree-subscribe@yahoogroups.com
Unsubscribe:     sunnyvalefree-unsubscribe@yahoogroups.com
List owner:      sunnyvalefree-owner@yahoogroups.com

## YAHOO! SPONSOR RESULTS

Santa Clara - David Bergman of Intero real estate services. A broker associate and certified residential specialist. Representing sellers and buyers of residential properties and land.
www.davidbergman.com

Santa Clara - Sort hotels by price, distance, and star rating. Book packages today.
www.orbitz.com

Save on Santa Clara Hotels - Find great hotel discounts in Santa Clara, CA. View photos, maps and book instantly. Hotel Locators has been providing low hotel rates for over 10 years.
www.hotellocators.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help