```
 1  PAUL J. ANDRE, Bar No. 196585
    (Pandre@perkinscoie.com)
 2  LISA KOBIALKA, Bar No. 191404
    (Lkobialka@perkinscoie.com)
 3  SEAN BOYLE, Bar No. 238138
    (Sboyle@perkinscoie.com)
 4  PERKINS COIE LLP
    101 Jefferson Drive
 5  Menlo Park, California 94025-1114
    Telephone: (650) 838-4300
 6  Facsimile: (650) 838-4350

 7  Attorneys for Defendant
    The Freecycle Network.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Defendant. | CASE NO. C 06-00324 CW<br><br>**NOTICE OF LODGING OF AUTHORITY IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6)**<br><br>Date: March 31, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 2 (Oakland)<br>Judge: Honorable Claudia Wilkin |

Defendant The Freecycle Network hereby lodges with the Court the following attached treatise excerpt available on Westlaw which is cited in its Memorandum of Points and Authorities in Support of The Freecycle Network's Motion to Dismiss.

///

///

///

---

NOTICE OF LODGING OF AUTHORITY
CASE NO. C 06-00324 CW

1. A true and correct copy of J. THOMAS MCCARTHY, MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION section 32:51 (4th ed.) is attached hereto as Exhibit 1.

2. A true and correct copy of Dunn Computer Corp. v. Loudcloud, Inc., 133 F.Supp.2d 823 (E.D. Va. 2001) is attached hereto as Exhibit 2.

DATED: February 22, 2006            **PERKINS COIE LLP**

By _____/s/_____
Paul J. Andre
Lisa Kobialka
Sean Boyle
Attorneys for Defendant
The Freecycle Network

- 2 -

NOTICE OF LODGING OF AUTHORITY
CASE NO. C 06-00324 CW