PAUL J. ANDRE, Bar No. 196585
(Pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(Lkobialka@perkinscoie.com)
SEAN BOYLE, Bar No. 238138
(Sboyle@perkinscoie.com)
**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, California 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Defendant
The Freecycle Network.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA,

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unicorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Defendant. | CASE NO. C 06-00324 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6)**<br><br>Date: March 31, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 2 (Oakland)<br>Judge: Honorable Claudia Wilkin |

On March 31, 2006, Defendant The Freecycle Network was heard in this Court before the Honorable Claudia Wilkin. After considering the materials and oral argument presented by the parties, and good cause appearing:

///

///

///

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
CASE NO. C 06-00324 CW

- 2 -

1      IT IS HEREBY ORDERED that The Freecycle Network's motion is granted.

2 FreecycleSunnyvale's claims for (1) Declaratory Judgment; and (2) Tortious Interference against

3 The Freecycle Network are hereby dismissed with prejudice.

4

5 Dated:_____.   _____

                                                The Honorable Claudia Wilkin

6                                              United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28