```
 1  PAUL J. ANDRE, Bar No. 196585
    (Pandre@perkinscoie.com)
 2  LISA KOBIALKA, Bar No. 191404
    (Lkobialka@perkinscoie.com)
 3  SEAN BOYLE, Bar No. 238138
    (Sboyle@perkinscoie.com)
 4  PERKINS COIE LLP
    101 Jefferson Drive
 5  Menlo Park, California  94025-1114
    Telephone:  (650) 838-4300
 6  Facsimile:  (650) 838-4350

 7  Attorneys for Defendant
    The Freecycle Network.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiffs,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Defendant. | CASE NO.  C 06-00324 CW<br><br>**DEFENDANT THE FREECYCLE NETWORK, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT UNDER RULE 12(b)(6)**<br><br>Date:   March 31, 2006<br>Time:   10:00 a.m.<br>Place:  Courtroom 2 (Oakland)<br>Judge:  Honorable Claudia Wilkin |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 31, 2006, at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Claudia Wilkin, located at 1301 Clay Street, Oakland, California, 94612, Defendant The Freecycle Network, will and hereby does move to dismiss Plaintiff FreecycleSunnyvale's complaint.

---

NOTICE OF MOTION AND
MOTION TO DISMISS
CASE NO.  C 06-00324 CW

1     This motion is made on the grounds that the Plaintiff has failed to state a claim for which the Court may grant relief.

    This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Request for Judicial Notice filed herewith, and upon such further evidence and argument as may be presented at the hearing on this motion.

DATED: February 24, 2006        **PERKINS COIE** LLP

By /s/ _____
Paul J. Andre
Lisa Kobialka
Sean Boyle
Attorneys for Defendant
The Freecycle Network

- 2 -

NOTICE OF MOTION AND
MOTION TO DISMISS
CASE NO. C 06-00324 CW