PAUL J. ANDRE, BAR NO. 196585
(pandre@perksincoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238123
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:   (650) 838-4300
Facsimile:    (650) 838-4350

Attorneys for Defendant
The Freecycle Network, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, <br><br> Plaintiff, <br><br> v. <br><br> THE FREECYCLE NETWORK, INC., an Arizona corporation, <br><br> Defendant. | CASE NO. C 06-00324 CW <br><br> NOTICE OF APPEARANCE OF COUNSEL BY DEFENDANT <br><br> **Date:** March 31, 2006 <br> **Time:** 10:00 a.m. <br> **Place:** Courtroom 2 (Oakland) <br> **Judge:** The Honorable Claudia Wilken |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel, Sean M. Boyle, has been engaged to represent Defendant The Freecycle Network, Inc. in this action. Copies of all documents and pleadings relating to this litigation should be served on the undersigned counsel, in addition to the existing counsel of record.

DATED: March 27, 2006         **PERKINS COIE LLP**

By _____/s/_____
Sean M. Boyle
Attorney for Defendant
The Freecycle Network, Inc.

NOTICE OF APPEARANCE OF COUNSEL BY DEFENDANT
CASE NO. C 06-00324 CW