PAUL J. ANDRE, BAR NO. 196585
(pandre@perksincoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238123
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:   (650) 838-4300
Facsimile:   (650) 838-4350

Attorneys for Defendant
The Freecycle Network, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Defendant. | CASE NO. C 06-00324 CW<br><br>DEFENDANT THE FREECYCLE NETWORK, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR APPEARANCE BY SHANE GLYNN PURSUANT TO LOCAL RULE 11-9<br><br>**Date:** March 31, 2006<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 2 (Oakland)<br>**Judge:** Honorable Claudia Wilken |

Pursuant to Civil Local Rule 11-9(a), Defendant The Freecycle Network, Inc. ("TFN") brings this Miscellaneous Administrative Request asking this Court to permit the appearance of certified law student Shane Glynn at oral argument for TFN's motion to dismiss, scheduled in this Court for Friday, March 31, 2006 at 10:00 A.M.

/ / /

/ / /

_____

DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE REQUEST
CASE NO. C 06-00324 CW

1  Mr. Glynn has been certified for Student Practice by the Clerk of the United States District
2  Court for the Northern District of California and will be supervised for this appearance by
3  supervising attorney Paul Andre.

5  DATED: March 27, 2006        **PERKINS COIE LLP**

   By _____/s/_____
   Lisa Kobialka
   Attorney for Defendant
   The Freecycle Network, Inc.

- 2 –

DEFENDANT'S MISCELLANEOUS ADMINISTRATIVE REQUEST
CASE NO. C 06-00324 CW