## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FREECYCLE SUNNYVALE,

        Plaintiff,

   v.

 THE FREECYCLE NETWORK,

        Defendant.

NO. C 06-00324 CW

**MINUTE ORDER**
Date: 3/31/06

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill    Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Ian Feinberg

**Appearances for Defendant:**
Esha Bandyopadhyay; Sean M. Boyle; Shane Glynn

### Motions:

| | | |
|---|---|---|
| Dft. The Freecycle Network | Mo. to dismiss complaint under Rule 12(b)(6) | Granted with leave to amend |

Further briefing due:
Order to be prepared by: Court

**Case Management Conference Held?:** Yes

Notes: Motion granted with leave to amend; plaintiff to file amended complaint by 4/7/06. Court will issue written order. CMC held; 4/21/06 CMC date vacated. See separate CMC Order for dates.

Copies to:   Chambers