# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| FreecycleSunnyvale, | 06-00324 CW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Freecycle Network, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **William N. Hebert**
> Kirkpatrick & Lockhart Nicholson Graham
> 630 Hanson Way
> Palo Alto, CA 94304
> 650-798-6700
> whebert@klng.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
06-00324 CW MED                                  - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: April 13, 2006

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

/s/
_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
06-00324 CW MED                           - 2 -