MAYER, BROWN, ROWE & MAW LLP
Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrownrose.com
Dennis S. Corgill (SBN 103429)
dcorgill@mayerbrownrose.com
Eric B. Evans (SBN 232476)
eevans@mayerbrownrose.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Plaintiff
FREECYCLESUNNYVALE,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK,<br>an Arizona corporation,<br><br>Defendant.<br><br>THE FREECYCLE NETWORK, INC., an Arizona Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Counterdefendant. | Case No. C06-00324 CW<br><br>**DECLARATION OF TIMOTHY OEY IN SUPPORT OF COUNTERDEFENDANT FREECYCLESUNNYVALE'S MOTION TO STRIKE STATE-LAW COUNTERCLAIM UNDER CAL. CODE. CIV. PROC. § 425.16**<br><br>Date: June 9, 2006<br>Time: 1:30 p.m.<br>Before: Hon. Claudia Wilken<br>Location: Courtroom 2 |

TIMOTHY OEY'S DECLARATION ISO COUNTERDEFENDANT'S MOTION TO DISMISS/STRIKE
CASE NO. C06-00324 CW

PADB01 44020101.1

I, Timothy Oey, declare as follows:

1. I am a resident of Sunnyvale, California, and I am a member of FreecycleSunnyvale, a California unincorporated association that is the Plaintiff and Counterclaimant in the above-captioned lawsuit. I joined FreecycleSunnyvale on January 28, 2004. A true and correct copy of my welcome to the group is attached to this Declaration as Exhibit A. FreecycleSunnyvale was formally registered as a California unincorporated association on December 27, 2005. A true and correct copy of the registration is attached to this Declaration as Exhibit B.

2. FreecycleSunnyvale is comprised of volunteers who moderate a Yahoo! online group (group moderators). The online group assists individuals (group members) in the local Sunnyvale area who want to freecycle items. FreecycleSunnyvale operated a Yahoo! online group named "freecyclesunnyvale" until November 21, 2005, when Yahoo! terminated this online group account at the behest of The Freecycle Network ("TFN"). The freecyclesunnyvale group had approximately 2200 members when it was deleted. On November 22, 2005, FreecycleSunnyvale obtained and now operates another Yahoo! online group account that is named, "SunnyvaleFree." SunnyvaleFree has grown to about 600 members as of May 1, 2006.

3. Freecycling is a practice where someone, who has an item that he or she no longer wants, gives that item for free to someone who wants the item so that the item continues to be used rather than ending up as trash in a landfill. Anyone can find a local online group by using Google or another internet search engine and using search terms "freecycle" and the name of the local community. To freecycle an unwanted item, an individual (a) sends an "offer" email to an online group, (b) the "offer" email is posted on the group's home page and relayed to members, (c) individuals who want the item reply to the "offer" email, and (d) the individual offering the item arranges an exchange with one of the individuals wanting the item.

4. When I first joined FreecycleSunnyvale I did not know that TFN existed. Freecycling was simply a popular grassroots movement, involving numerous local online freecycle groups.

5. Moderators are needed for local online groups to make sure, for example, that individuals in a local area do not use the online group to advertise items for sale. Moderators are also needed to prevent spam.

6. After I became a moderator of FreecycleSunnyvale's online group, I was added to the "freecyclemodsquad" Yahoo! online group in February 2004. "Freecyclemodsquad" stands for freecycle moderator squad. The freecyclemodsquad online group is where freecycle moderators discuss freecycling issues.

7. I never entered into any contract with anyone to become a freecycle moderator or to use the word "freecycle." To the best of my knowledge, FreecycleSunnyvale never entered into any contract with anyone to use the word "freecycle."

8. At least until September 2004, I was unaware that anyone claimed trademark rights in the word "freecyle."

9. Up to and including September 2004, and even beyond, Deron Beal, the Executive Director of TFN, commonly used "freecyle" as a generic term. Examples of Mr. Beal's use of the word "freecyle" include:

(a) Mr. Beal used "freecyle" as a noun in emails dated June 23, 2004 and September 20, 2004. True and correct copies of these two emails are attached collectively to this Declaration as Exhibit C.

(b) Mr. Beal used "freecycling" as a gerund in emails dated March 28, 2004 and July 27, 2004. True and correct copies of these two emails are attached collectively to this Declaration as Exhibit D.

(c) Mr. Beal used "freecycler" as a noun in emails dated June 7, 2004, August 14, 2004, and January 4, 2005. True and correct copies of these three emails are attached collectively to this Declaration as Exhibit E.

(d) Mr. Beal used "freecycle" as an adjective in emails dated October 5, 2004, and September 29, 2004. True and correct copies of these two emails are attached collectively to this Declaration as Exhibit F.

(e) Mr. Beal used "freecyle" as a verb in emails dated June 17, 2004, and August 5, 2004. True and correct copies of these two emails are attached collectively to this Declaration as Exhibit G.

10. In September 2004, I became aware that TFN wanted to protect "freecycle" as a trademark.

11. On October 16, 2004, I sent an email about TFN's trademark claim to the word "freecycle" to a small group of active volunteers within TFN and known as the New Webpage Planning Team ("NWPT"). In that email, I discussed leaving "freecycle" as a common language word rather than seeking to protect "freecycle" as a trademark. In that email, I also included an excellent article about freecycling from the Associated Press that Mr. Beal previously sent to the freecyclemodsquad on October 16, 2004. A true and correct copy of that email is attached to this Declaration as Exhibit H.

12. On November 10, 2004, I received an email, sent by Traci Dale to the NWPT group, questioning the viability of claiming trademark rights in "freecycle" given the extensive use of "freecycle" as a generic term. A true and correct copy of that email is attached as Exhibit I to this Declaration.

13. On January 5, 2005, Mr. Beal sent an email to the freecyclemodsquad group, acknowledging that the "freecycle" trademark strategy was at risk. A true and correct copy of that email is attached to this Declaration as Exhibit J.

14. During January and February 2005, I actively helped author trademark policies for TFN.

15. In March 2005, I began to have serious doubts about my earlier decision to support TFN's pursuit of trademark rights in the word "freecycle" after I received an email sent to the entire FreecycleSunnyvale online group on March 19, 2005. A true and correct copy of that email is attached to this Declaration as Exhibit K. Although I had serious doubts, I chose to continue to publicly support TFN's pursuit of trademark rights.

16. From approximately January 2005, to August 2005, TFN steadily lost a number of volunteers. My understanding is that many of these volunteers left over TFN's decision to pursue trademark rights in the word "freecycle" and TFN's treatment of local freecycling groups. I admired these volunteers (particularly Pastor Ken Hedden and David Neeley), and I grew to regret my support of TFN's efforts to obtain trademark rights on the word "freecyle."

17. In August 2005, a large group of very active volunteers, all of whom I respected (including Deanna, Judy Ruzich, Lynnie Jones, Charlotte Hess, and especially Nancy Castleman who was sometimes known as the 'mother of freecycling'), left TFN suddenly. My understanding is that these individuals left TFN because of TFN's trademark policies and treatment of local freecycling groups. On August 18, 2005, I sent an email to the freecyclemodsquad regarding these developments. A true and correct copy of that email is attached to this Declaration as Exhibit L.

18. On September 16, 2005, Paula Spencer, on behalf of TFN, sent me an email requesting that I resign as a moderator of FreecycleSunnyvale. A true and correct copy of that email is attached to this Declaration as Exhibit M.

19. On September 17, 2005, Chandan Mishra, a FreecycleSunnyvale volunteer moderator, forwarded an email to me that Paula Spencer had sent to her on September 16, 2005. A true and correct copy of that email is attached to this Declaration as Exhibit N.

20. On September 23, 2006, Paula Spencer, on behalf of TFN, sent an email to the FreecycleSunnyvale moderators, including myself, stating, "Having reach the deadline and not having received a reply from you, I have asked that the Sunnyvale link be removed from the Freecycle.org page." A true and correct copy of that email is attached to this Declaration as Exhibit O.

21. On November 22, 2005, after Yahoo! deleted FreecycleSunnyvale's online group account, the original FreecycleSunnyvale moderators obtained a new Yahoo! online group account named "SunnyvaleFree" so that individuals in the local Sunnyvale area could continue to

-4-
TIMOTHY OEY'S DECLARATION ISO COUNTERDEFENDANT'S MOTION TO DISMISS/STRIKE
CASE NO. C06-00324 CW

PADB01 44020101.1

freecycle. A true and correct copy of the home page of the SunnyvaleFree online group is attached to this Declaration as Exhibit P.

22.  On April 27, 2006, an email was forwarded to me and that had been posted to a Yahoo! online group by Mr. Beal. A true and correct copy of this email is attached to this Declaration as Exhibit Q.

23.  As of May 3, 2006, the temporary restraining order issued in *The Freecycle Network v. Tim Oey and Jane Doe Oey*, Case No. CIV 06-00173-TUC-RCC (D. Ariz. filed Apr. 4, 2006), on April 24, 2006, ("TRO") and that applies to Timothy Oey and "those persons in active concert and participation with Defendant" (which seems to include the online group SunnyvaleFree) is having a significant, detrimental impact on the freecycling activities within SunnyvaleFree. Due to the TRO, none of the moderators are certain that they may approve any of the emails on that group from new members who have joined that group. Normally, these are approved within a few hours or a day at most. As of 9:50 a.m. on May 3, 2006, there are now 24 messages waiting to be approved which is blocking 24 freecyclers from freecycling unwanted items in the local Sunnyvale area. If not approved, these messages will be automatically deleted, preventing freecylcing. A true and correct copy of the SunnyvaleFree home page showing these unapproved messages is already attached to this Declaration as Exhibit P.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Jose, California, on May 3, 2006.

_____
Timothy Oey

-5-
TIMOTHY OEY'S DECLARATION ISO COUNTERDEFENDANT'S MOTION TO DISMISS/STRIKE
CASE NO. C06-00324 CW

PADB01 44020101.1