MAYER, BROWN, ROWE & MAW LLP
Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrownrose.com
Dennis S. Corgill (SBN 103429)
dcorgill@mayerbrownrose.com
Eric B. Evans (SBN 232476)
eevans@mayerbrownrose.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Plaintiff
FREECYCLESUNNYVALE,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>    Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK,<br>an Arizona corporation,<br><br>    Defendant. | Case No. C06-00324 CW<br><br>**[PROPOSED] ORDER DISMISSING COUNTERCLAIMANT THE FREECYCLE NETWORK, INC.'S COUNTERCLAIMS UNDER FED.R.CIV.P. 12(b)(6) AND STRIKING THE STATE-LAW COUNTERCLAIM UNDER CAL. CODE. CIV. PROC. § 425.16**<br><br>Date:      June 9, 2006<br>Time:     1:30 p.m.<br>Before:   Hon. Claudia Wilken<br>Location:  Courtroom 2 |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>FREECYCLESUNNYVALE, a California unincorporated association,<br><br>    Counterdefendant. | |

[PROPOSED] ORDER DISMISSING/STRIKING COUNTERCLAIMS
CASE NO. C06-00324 CW

PADB01 44020103.1

On June 9, 2006, Plaintiff and Counterdefendant FreecyleSunnyvale's Motion to Dismiss Counterclaims under Fed.R.civ.P. 12(b)(6) and Motion to Strike State-Law Counterclaim under Cal.Code.Civ.Proc § 425.16 came on for hearing before this Court.  Having considered all papers filed in support of and in opposition to Plaintiff and Counterdefendant's Motions, and good cause appearing, the COURT GRANTS the Motions.

IT IS HEREBY ORDERED THAT:

(1) Defendant and Counterclaimant The Freecycle Network, Inc.'s counterclaim for infringement under § 32(1) of the Lanham Act is dismissed with prejudice;

(2) Defendant and Counterclaimant The Freecycle Network, Inc.'s counterclaim for contributory trademark infringement under § 43(a) of the Lanham Act is dismissed;

(3) Defendant and Counterclaimant The Freecycle Network, Inc.'s counterclaim for unfair competition under § 43(a) of the Lanham Act is dismissed;

(4) Defendant and Counterclaimant The Freecycle Network, Inc.'s counterclaim for unfair competition under Cal. Bus. & Prof. Code §§ 17200 and 17500 is dismissed; and

(5) Defendant and Counterclaimant The Freecycle Network, Inc.'s state-law counterclaim for unfair competition is striken or, in the alternative, Defendant and Counterclaimant The Freecycle Network, Inc., must demonstrate a probability of  prevailing under Cal. Civ. Proc. Code § 425.16.

Dated: _____

_____
Honorable Claudia Wilken
United States District Court Judge
Northern District of California

[PROPOSED] ORDER DISMISSING/STRIKING COUNTERCLAIMS
CASE NO. C06-00324 CW

PADB01 44020103.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIMS
CASE NO. C06-00324 CW

PADB01 44020103.1