# Exhibit A

<u>FreecycleSunnyvale Request for Judicial Notice</u>

Case No. C06-00324 CW
United States District Court
Northern District of California

44020108

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CIVIL DOCKET FOR CASE #: 4:06-cv-00173-RCC

The Freecycle Network, Inc. v. Oey et al
Assigned to: Judge Raner C Collins
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 04/04/2006
Jury Demand: Plaintiff
Nature of Suit: 840 Trademark
Jurisdiction: Federal Question

**Plaintiff**

**The Freecycle Network, Inc.**
*an Arizona non-profit organization*

represented by **Esha Bandyopadhyay**
Perkins Coie LLP
101 Jefferson Dr
Menlo Park, CA 94025-1114
US
650-838-4355
Fax: 650-838-4555
Email:
EBandyopadhyay@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Kobialka**
Perkins Coie LLP
101 Jefferson Dr
Menlo Park, CA 94025-1114
US
650-838-4447
Fax: 650-838-4647
Email: LKobialka@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa Anne Smith**
DeConcini McDonald Yetwin & Lacy PC
2525 E Broadway Blvd
Ste 200
Tucson, AZ 85716-5300
520-322-5000
Fax: 520-322-5585
Email: lasmith@dmyl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sean M Boyle**
Perkins Coie LLP
101 Jefferson Dr
Menlo Park, CA 94025-1114
US

650-838-4335
Fax: 650-838-4535
Email: SBoyle@perkinscoie.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Shefali Milczarek-Desai**
DeConcini McDonald Yetwin & Lacy PC
2525 E Broadway Blvd
Ste 200
Tucson, AZ 85716-5300
520-322-5000
Fax: 520-322-5585
Email: smdesai@dmyl.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Tim Oey**
                                    represented by **Ashley Lynn Kirk**
                                    Hayes Soloway PC
                                    3450 E Sunrise Dr
                                    Ste 140
                                    Tucson, AZ 85718
                                    520-882-7623
                                    Fax: 520-882-7643
                                    Email: akirk@hayes-soloway.com
                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Doe Oey**
                                    represented by **Ashley Lynn Kirk**
                                    (See above for address)
                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/04/2006 | 1 | COMPLAINT, filed by The Freecycle Network, Inc.. (Attachments: # 1Civil cover sheet # 2Index and ExhA # 3ExhB # 4ExhC # 5ExhD # 6ExhE # 7ExhF # 8ExhG)(Milczarek-Desai, Shefali) Attachments named Modified on 4/4/2006 (TAD, ). (Entered: 04/04/2006) |
| 04/04/2006 |   | Filing fee paid, receipt number TUC005781. This case has been assigned to the Honorable Raner Collins. All future pleadings or documents should bear the correct case number: 06-CV-173-TUC-RCC.*Filer to provide courtesy copy to assigned judge. This is a text entry only, no PDF attached.* (GPA, ) (Entered: 04/04/2006) |
| 04/04/2006 | 2 | Summons Issued as to Tim Oey. (GPA, ) (Entered: 04/04/2006) |
| 04/04/2006 | 3 | Summons Issued as to Jane Doe Oey. (GPA, ) (Entered: 04/04/2006) |
| 04/04/2006 |   | Notice of sending magistrate consent form to filer by The Freecycle Network, |

| | | |
|---|---|---|
| | | Inc. (GPA, ) (Entered: 04/04/2006) |
| 04/19/2006 | 4 | MINUTE ENTRY/ORDER Preliminary/Permanent Injunction Hearing set for 4/24/2006 02:00 PM before Judge Raner C Collins. Temporary Restraining Order Hearing set for 4/24/2006 02:00 PM before Judge Raner C Collins. Signed by Judge Raner C Collins on 4/19/06. (ARS) (Entered: 04/19/2006) |
| 04/19/2006 | 5 | MOTION for Protective Order *Notice and Motion for Temporary Restraining Order* by The Freecycle Network, Inc.. (Milczarek-Desai, Shefali) (Entered: 04/19/2006) |
| 04/19/2006 | 6 | MOTION for Preliminary Injunction *Notice and Motion for Preliminary Injunction* by The Freecycle Network, Inc.. (Milczarek-Desai, Shefali) (Entered: 04/19/2006) |
| 04/19/2006 | 7 | MEMORANDUM re: Memorandum of Points and Authorities re 6 MOTION for Preliminary Injunction *Notice and Motion for Preliminary Injunction,* 5 MOTION for Protective Order *Notice and Motion for Temporary Restraining Order* by Plaintiff The Freecycle Network, Inc.. (Milczarek-Desai, Shefali) (Entered: 04/19/2006) |
| 04/19/2006 | 8 | DECLARATION of Declaration of Esha Bandyopadhyay in Support of Motion for Temporary Restraining Order and Motion for Preliminary Injunction re 6 MOTION for Preliminary Injunction *Notice and Motion for Preliminary Injunction,* 5 MOTION for Protective Order *Notice and Motion for Temporary Restraining Order* by Plaintiff The Freecycle Network, Inc.. (Attachments: # 1) (Milczarek-Desai, Shefali) (Entered: 04/19/2006) |
| 04/19/2006 | 9 | DECLARATION of Declaration of Deron Beal in Support of Motion for Temporary Restraining Order and Motion for Preliminary Injunction re 6 MOTION for Preliminary Injunction *Notice and Motion for Preliminary Injunction,* 5 MOTION for Protective Order *Notice and Motion for Temporary Restraining Order* by Plaintiff The Freecycle Network, Inc.. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8)(Milczarek-Desai, Shefali) (Entered: 04/19/2006) |
| 04/20/2006 | 10 | MOTION for Admission Pro Hac Vice by Sean M Boyle on behalf of The Freecycle Network, Inc.. (BAS, ) (Entered: 04/24/2006) |
| 04/20/2006 | 12 | MOTION for Admission Pro Hac Vice by Esha Bandyopadhyay on behalf of The Freecycle Network, Inc.. (BAS, ) (Entered: 04/24/2006) |
| 04/20/2006 | 14 | MOTION for Admission Pro Hac Vice by Lisa Kobialka on behalf of The Freecycle Network, Inc.. (BAS, ) (Entered: 04/24/2006) |
| 04/24/2006 | 11 | ORDER pursuant to General Order 05-25 granting 10 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS, )(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 04/24/2006) |
| 04/24/2006 | 13 | ORDER pursuant to General Order 05-25 granting 12 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS, )(This is a TEXT ENTRY ONLY. There is no.pdf |

| | | document associated with this entry.) (Entered: 04/24/2006) |
|---|---|---|
| 04/24/2006 | 15 | ORDER pursuant to General Order 05-25 granting 14 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS, )(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 04/24/2006) |
| 04/24/2006 | 16 | NOTICE of Appearance by Ashley Lynn Kirk on behalf of all defendants (Kirk, Ashley) (Entered: 04/24/2006) |
| 04/24/2006 | 17 | Minute Entry for proceedings held before Judge Raner C Collins. Motion Hearing held on 4/24/2006 re 5 MOTION for Temporary Restraining Order filed by The Freecycle Network, Inc.. Taken under advisement. Copy of minute entry mailed to counsel in firm of Perkins Cole and Mayor Brown Rowe and Mau this date. (Court Reporter Bonnie Brunotte.) (MEG, ) (Entered: 04/24/2006) |
| 04/25/2006 | 18 | ORDER granting 6 Motion for Preliminary Injunction . Signed by Judge Raner C Collins on 4/24/06. (ARS ) (Entered: 04/25/2006) |
| 04/25/2006 | 19 | Minute Order Preliminary/Permanent Injunction Hearing set for 5/9/2006 03:00 PM before Judge Raner C Collins. (ARS) (Entered: 04/25/2006) |
| 05/02/2006 | 20 | MOTION to Enforce TEMPORARY RESTRAINING ORDER *AND FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH SAME AND SANCTIONS* by The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/02/2006) |
| 05/02/2006 | 21 | MEMORANDUM re: POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH TEMPORARY RESTRAINING ORDER AND SANCTIONS re 20 MOTION to Enforce TEMPORARY RESTRAINING ORDER *AND FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH SAME AND SANCTIONS* by Plaintiff The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/02/2006) |
| 05/02/2006 | 22 | DECLARATION of ESHA BANDYOPADHYAY IN SUPPORT OF THE FREECYCLE NETWORK, INC'S EX PARTE MOTION FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH TEMPORARY RESTRAINING ORDER AND SANCTIONS re 20 MOTION to Enforce TEMPORARY RESTRAINING ORDER *AND FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH SAME AND SANCTIONS* by Plaintiff The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/02/2006) |
| 05/02/2006 | 23 | Additional Attachments to Main Document re 20 MOTION to Enforce TEMPORARY RESTRAINING ORDER *AND FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH SAME AND SANCTIONS - PROPOSED ORDER* by Plaintiff The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/02/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 05/04/2006 09:40:13 | | |
| **PACER Login:** | mb0951 | **Client Code:** | 05165907 |
| **Description:** | Docket Report | **Search Criteria:** | 4:06-cv-00173-RCC |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

# Exhibit B

FreecycleSunnyvale Request for Judicial Notice

Case No. C06-00324 CW
United States District Court
Northern District of California

1    DeCONCINI McDONALD
      YETWIN & LACY, P.C.
2    2525 East Broadway, Suite 200
      Tucson, Arizona 85716-5300
3    Telephone: 520-322-5000
      Facsimile: 520-322-5585
4
      LISA ANNE SMITH, AZ Bar No. 016762
5    (lsmith@dmyl.com)
      SHEFALI MILCZAREK-DESAI, AZ Bar. No. 021237
6    (smdesai@dmyl.com)
7    **PERKINS COIE LLP**
      101 Jefferson Drive
8    Menlo Park, California 94025-1114
      Telephone: (650) 838-4300
9    Facsimile: (650) 838-4350
      *Pro hac vice admission pending*
10
      PAUL J. ANDRE, CA Bar No. 196585
11   (pandre@perkinscoie.com)
      LISA KOBIALKA, CA Bar No. 191404
12   (lkobialka@perkinscoie.com)
      ESHA BANDYOPADHYAY, CA Bar No. 212249
13   (ebandyopadhyay@perkinscoie.com)
      SEAN BOYLE, CA Bar No. 238128
14   (sboyle@perkinscoie.com)
15   Attorneys for Plaintiff
      THE FREECYCLE NETWORK, INC.
16
17                  IN THE UNITED STATES DISTRICT COURT
18                          DISTRICT OF ARIZONA
19
20   THE FREECYCLE NETWORK, INC.,          Case No.
      an Arizona non-profit organization,
21
                    Plaintiff,
22                                           COMPLAINT FOR TRADEMARK
      v.                                     DISPARAGEMENT, INJURIOUS
23                                           FALSEHOOD, DEFAMATION,
      TIM OEY and JANE DOE OEY,              INTENTIONAL INTERFERENCE
24                                           WITH BUSINESS RELATIONS
                    Defendants.
25                                           DEMAND FOR JURY TRIAL
26                                           Assigned to:
27        Plaintiff The Freecycle Network, Inc. ("Plaintiff" or "The Freecycle Network")
28   hereby alleges for its Complaint against Defendant Tim Oey ("Defendant" or "Mr. Oey")

COMPLAINT FOR CONTRIBUTORY TRADEMARK
INFRINGEMENT AND RELATED CLAIMS

[FC1012]

and Defendant Jane Doe Oey ("Mrs. Oey"), on personal knowledge as to its own activities and on information and belief as to the activities of others, as follows:

### The Parties

1.     The Freecycle Network is an incorporated Arizona non-profit organization with its principal place of business in Tucson, Arizona. The Freecycle Network promotes recycling by providing support to and acting as a central organizing point for local community-based recycling efforts throughout the United States and several countries abroad.

2.     Defendants are residents of Sunnyvale, California. Defendant is a former member of The Freecycle Network. Defendant Jane Doe Oey is, on information and belief, the spouse of Defendant Mr. Oey, and all actions taken by Defendant were taken on behalf of the marital community.

### Jurisdiction and Venue

3.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338, as this action arises under the trademark laws of the United States.

4.     This Court has further jurisdiction under 28 U.S.C. § 1332, in that The Freecycle Network and Defendant are citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.

5.     This Court has original jurisdiction over The Freecycle Network's state law claims under 28 U.S.C. § 1332(a), as well as supplemental jurisdiction over these claims under 28 U.S.C. § 1367(a).

6.     Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a), as this is a district in which a substantial part of the events giving rise to the claims occurred.

### Background Facts

7.     The Freecycle Network is a non-profit organization that provides local, community-based recycling and gifting forums throughout the United States. Starting with a single recycling community in Tucson, The Freecycle Network has grown to a

- 2 -

The Freecycle Network v  Tim Oey

1   worldwide organization with thousands of local recycling, reusing, and gifting groups
2   and more than two million individual members.  The Freecycle Network maintains an
3   Internet Web site, located at www.freecycle.org, which maintains a directory of local
4   recycling groups throughout the world and provides resources for volunteers to create
5   new local recycling groups.

6       8.    The Freecycle Network has been using the distinctive and famous
7   trademarks FREECYCLE, THE FREECYCLE NETWORK, and the distinctive and
8   famous "The Freecycle Network" logo (collectively "The Freecycle Network's Marks")
9   exclusively and continuously since at least May 1, 2003.  The Freecycle Network's
10  Marks comprise the core of The Freecycle Network's intellectual property.

11      9.    In addition to The Freecycle Network's long and continuous use of The
12  Freecycle Network's Marks, registration of The Freecycle Network's Marks is currently
13  pending before the United States Patent and Trademark Office.

14      10.   As a result of its use and promotion of The Freecycle Network's Marks,
15  The Freecycle Network has built up and now owns valuable goodwill that is symbolized
16  by these trademarks.

17      11.   The Freecycle Network enters into contractual relationships with local
18  recycling organizations and with corporate sponsors.  The Freecycle Network provides
19  corporate sponsors a limited non-exclusive license to use its intellectual property and
20  recycling know-how, in exchange for monetary donations.

21      12.   The Freecycle Network provides local volunteers with a limited non-
22  exclusive license to use The Freecycle Network's Marks for local promotions.  The
23  Freecycle Network's Marks are used to identify local recycling groups that belong
24  generally to The Freecycle Network organization.  The Freecycle Network's Marks are
25  further used by The Freecycle Network to promote recycling and reuse of usable items
26  within a community.  Individual recyclers rely on The Freecycle Network's Marks to
27  know that they are dealing with a local organization affiliated with The Freecycle
28  Network.

- 3 -

COMPLAINT FOR CONTRIBUTORY TRADEMARK
INFRINGEMENT AND RELATED CLAIMS

[FC1012]

The Freecycle Network v. Tim Oey

13.   Defendant was an active member of The Freecycle Network from early 2004 until late 2005, holding a variety of positions during this time including, but not limited to, (1) membership in The Freecycle Network's intellectual property working group, and (2) leader of the New Website Planning Group, tasked with developing The Freecycle Network's next-generation Internet Web site.

14.   Defendant vigorously defended The Freecycle Network's rights to The Freecycle Network's Marks in public e-mail exchanges and various Internet fora while he was a member of The Freecycle Network. Examples include:

(a)   In an e-mail dated September 17, 2004, Defendant stated, in pertinent part, "Everyone in the Freecycle network needs to protect the "Freecycle" trademark." (*See* Exhibit A.)

(b)   In an e-mail dated January 5, 2005, Defendant provided a list of guidelines entitled "How To Protect the Freecycle Trademark" that includes detailed instructions for proper use of the FREECYCLE mark. (*See* Exhibit B.)

(c)   In an e-mail dated May 5, 2005, Defendant stated, in pertinent part, "...the Freecycle trademark [] ...is real, Freecycle is using it, and has the right to defend it to a degree even without registration. The reason that the Freecycle trademark is important is that people are associating it with an excellent service. People join The Freecycle Network because they trust it. So the more we work to make Freecycle trustworthy, distinct, and useful, the more people recognize it, the more people join it, and the more power the network has to generate gifts rather than trash – which is THE goal." (*See* Exhibit C.)

15.   On or around September 15, 2005, Defendant was asked to resign from his position at The Freecycle Network due to behavior from Defendant contrary to the mission of The Freecycle Network Organization. (*See* Exhibit D.)

16.   Since terminating his membership in The Freecycle Network, Defendant has engaged in a systematic campaign to destroy the value of The Freecycle Network's intellectual property, particularly The Freecycle Network's Marks.

- 4 -

The Freecycle Network v Tim Oey

17. . Defendant has intentionally made false statements about The Freecycle Network's operations and the validity of The Freecycle Network's intellectual property, including The Freecycle Network's Marks. These statements include assertions that The Freecycle Network does not possess valid trademark rights in The Freecycle Network's Marks, assertions that The Freecycle Network's Marks, specifically the FREECYCLE mark, is a generic term, and assertions that third parties can freely use The Freecycle Network's Marks. Examples include:

(a)    In a Yahoo! Groups message, Defendant stated, in pertinent part, "...it is legal for everyone to use the term freecycle...so have fun with it!" (*See* Exhibit E.)

(b)    In an e-mail dated September 20, 2005, Defendant stated, in pertinent part, "...I have encouraged people to use the term freecycle as a generic term which would block The Freecycle Network (The Freecycle Network), and all others, from holding a trademark...." (*See* Exhibit F.)

(c)    In a Yahoo! Groups message dated February 23, 2006, Defendant stated, in pertinent part, "...please contact all the freecycle groups in your state and surrounding states to let them know that freecycle is a generic term...." (*See* Exhibit G.)

18.    Defendant has published false and misleading statements regarding The Freecycle Network and The Freecycle Network's Marks to third parties, through public e-mail lists and public Yahoo! Groups Web sites. (*See generally* Exhibits A-F).

19.    Defendant has attempted to intentionally and maliciously induce local recycling organizations to terminate their association with The Freecycle Network and misuse The Freecycle Network's trademarks. Examples include:

(a)    In a Yahoo! Groups message dated February 23, 2006, Defendant maliciously encouraged others to misuse The Freecycle Network's Marks in a manner that will "[d]rive The Freecycle Network nuts." (*See* Exhibit G.)

COMPLAINT FOR CONTRIBUTORY TRADEMARK
INFRINGEMENT AND RELATED CLAIMS

[FC1012]

(b)     In the same Yahoo! Groups message, Defendant intentionally encouraged others to misuse the Marks "[b]ecause [The Freecycle Network] are doing bad things." *Id.*

(c)     In a Yahoo! Groups message dated September 20, 2005, Defendant stated "I have actually encouraged people to use the term freecycle as a generic term which would block The Freecycle Network (The Freecycle Network), and all others, from holding a trademark...." (*See* Exhibit F.)

## FIRST CLAIM FOR RELIEF

(Contributory Trademark Infringement, 15 U.S.C. § 1125(a))

20.     The Freecycle Network repeats and re-alleges the allegations of paragraphs 1 through 19 of the Complaint as if fully set forth herein.

21.     Defendant has been knowingly inducing third parties to infringe The Freecycle Network's Marks.

22.     Such knowing inducement of infringement of The Freecycle Network's Marks by Defendant constitutes contributory trademark infringement in violation of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

23.     The Freecycle Network is informed and believes that Defendant's past and continuing contributory trademark infringement of The Freecycle Network's Marks has been deliberate and willful, and was calculated to harm the goodwill of The Freecycle Network's Marks, and of The Freecycle Network's reputation and goodwill.

24.     Defendant's contributory infringing conduct has damaged The Freecycle Network in an amount to be determined at trial, and will continue to damage The Freecycle Network, unless restrained by this Court. The Freecycle Network is entitled to an injunction, as set forth below, and as a consequence of Defendant's willful conduct, to an award against Defendant in an amount of three times The Freecycle Network's damages, and The Freecycle Network's attorneys' fees and costs incurred in connection with this action.

///

The Freecycle Network v. Tim Oey

## SECOND CLAIM FOR RELIEF

(Trademark Disparagement, 15 U.S.C. § 1125(a))

25.    The Freecycle Network repeats and re-alleges the allegations of paragraphs 1 through 24 of the Complaint as if fully set forth herein.

26.    Defendant has intentionally made false statements about The Freecycle Network's operations and the validity of The Freecycle Network's intellectual property, including The Freecycle Network's Marks.  These statements include assertions that The Freecycle Network does not possess valid trademark rights in The Freecycle Network's Marks, and assertions that The Freecycle Network's Marks, specifically the FREECYCLE mark, is a generic term.

27.    Defendant made such false statements with malice, in an attempt to harm The Freecycle Network's right to its intellectual property, harm the goodwill of The Freecycle Network's Marks, and harm The Freecycle Network's reputation and goodwill.

28.    The Freecycle Network has suffered special damages due to Defendant's false statements in an amount to be determined at trial, including, but not limited to, a loss of goodwill, decreased membership, loss of potential corporate sponsorship, and potential loss of intellectual property right in The Freecycle Network's Marks. Defendant will continue to damage The Freecycle Network, unless restrained by this Court. The Freecycle Network is entitled to an injunction, as set forth below, and as a consequence of Defendant's willful conduct, to an award against Defendant in an amount of three times The Freecycle Network's damages, and The Freecycle Network's attorneys' fees and costs incurred in connection with this action.

## THIRD CLAIM FOR RELIEF

(Injurious Falsehood, Arizona Common Law)

29.    The Freecycle Network repeats and re-alleges the allegations of paragraphs 1 through 28 of the Complaint as if fully set forth herein.

30.    Defendant has published false statements to third parties, through public e-mail lists and public Yahoo! Groups Web sites, regarding The Freecycle Network and

- 7 -

[FC1012]

The Freecycle Network's Marks. The Freecycle Network's false statements in this regard include, but are not limited to, assertions that The Freecycle Network's Marks are generic, that The Freecycle Network does not have valid trademark rights in The Freecycle Network's Marks, and that third parties can freely use the FREECYCLE mark.

31. Defendant intentionally made such false statements with the knowledge that they were false.

32. Defendant made such false statements in an effort to dissuade the readers of these statements from entering into or maintaining business and volunteer relationships with The Freecycle Network.

33. The Freecycle Network has suffered pecuniary loss due to Defendant's false statements in an amount to be determined at trial, including, but not limited to, a loss of goodwill, decreased membership, loss and/or reduction of potential corporate sponsorship, and potential loss of intellectual property right in The Freecycle Network's Marks. Defendant will continue to damage The Freecycle Network, unless restrained by this Court. The Freecycle Network is entitled to an injunction, as set forth below, and as a consequence of Defendant's willful conduct, to an award against Defendant in an amount of three times The Freecycle Network's damages, and The Freecycle Network's attorneys' fees and costs incurred in connection with this action.

## FOURTH CLAIM FOR RELIEF

### (Defamation, Arizona Common Law)

34. The Freecycle Network repeats and re-alleges the allegations of paragraphs 1 through 33 of the Complaint as if fully set forth herein.

35. Defendant has made false and misleading public statements concerning The Freecycle Network and The Freecycle Network's Marks. The Freecycle Network's false statements in this regard include, but are not limited to, assertions that The Freecycle Network's Marks are generic, that The Freecycle Network does not have valid trademark rights in The Freecycle Network's Marks, and that third parties can freely use the FREECYCLE mark.

- 8 -

The Freecycle Network v. Tim Oey

36.    Defendant has published these false and misleading statements without authorization from The Freecycle Network, on public e-mail lists and public Yahoo! Groups Web sites.

37.    Defendant intentionally made such false and misleading statements with the knowledge that such statements were false and misleading.

38.    Defendant made such false and misleading statements with malice, in an attempt to harm The Freecycle Network's right to its intellectual property, harm the goodwill of The Freecycle Network's Marks, and harm The Freecycle Network's reputation and goodwill.

39.    The Freecycle Network has suffered special harm due to Defendant's false statements in an amount to be determined at trial, including, but not limited to, a loss of goodwill, decreased membership, loss of potential corporate sponsorship, and potential loss of intellectual property right in The Freecycle Network's Marks.  Defendant will continue to damage The Freecycle Network, unless restrained by this Court.   The Freecycle Network is entitled to an injunction, as set forth below, and as a consequence of Defendant's willful conduct, to an award against Defendant in an amount of three times The Freecycle Network's damages, and The Freecycle Network's attorneys' fees and costs incurred in connection with this action.

## FIFTH CLAIM FOR RELIEF

(Intentional Interference with Business Relationship, Arizona Common Law)

40.    The Freecycle Network repeats and re-alleges the allegations of paragraphs 1 through 39 of the Complaint as if fully set forth herein.

41.    The Freecycle Network enters into contractual relationships with its local recycling, reusing, and gifting groups, and with corporate sponsors.

42.    Due to his prior involvement in The Freecycle Network, Defendant has personal knowledge of The Freecycle Network's contractual relationships with its local recycling, reusing, and gifting groups, and with corporate sponsors.

- 9 -

COMPLAINT FOR CONTRIBUTORY TRADEMARK
INFRINGEMENT AND RELATED CLAIMS

[FC1012]

The Freecycle Network v Tim Oey

43. Defendant intentionally made false and misleading statements regarding The Freecycle Network and The Freecycle Network's Marks in an attempt to disrupt The Freecycle Network's contractual relationships by (1) stating that The Freecycle Network does not hold valid rights in the FREECYCLE mark, and (2) attempting to induce local recycling organizations to terminate their association with The Freecycle Network and misuse The Freecycle Network's trademarks.

44. Defendant made such false and misleading statements with malice, in an attempt to harm The Freecycle Network's right to its intellectual property, harm the goodwill of The Freecycle Network's Marks, and harm The Freecycle Network's reputation and goodwill.

45. The Freecycle Network has suffered damages due to Defendant's false statements in an amount to be determined at trial, including, but not limited to, a loss of goodwill, decreased membership, loss of potential corporate sponsorship, and potential loss of intellectual property rights in The Freecycle Network's Marks. Defendant will continue to damage The Freecycle Network, unless restrained by this Court. The Freecycle Network is entitled to an injunction, as set forth below, and as a consequence of Defendant's willful conduct, to an award against Defendant in an amount of three times The Freecycle Network's damages, and The Freecycle Network's attorneys' fees and costs incurred in connection with this action.

## PRAYER FOR RELIEF

WHEREFORE, The Freecycle Network requests that the Court enter judgment in its favor and against Defendants on its Complaint as follows:

A. An injunction temporarily, preliminarily and permanently enjoining and restraining Defendant, its agents, servants, employees, affiliates, attorneys, and all those in privity or acting in concert with Defendant, from using or inducing third parties to use The Freecycle Network's Marks in any form or any close variation thereof;

B. An injunction temporarily, preliminarily and permanently enjoining and restraining Defendant, its agents, servants, employees, affiliates, attorneys, and all those

- 10 -

The Freecycle Network v  Tim Oey

1  in privity or acting in concert with Defendant, from interfering with The Freecycle
2  Network's business relationships;

3      C.    An award of damages to The Freecycle Network adequate to compensate
4  The Freecycle Network for Defendant's acts of infringement, disparagement,
5  interference, injurious falsehood, and defamation, together with interest thereon, and an
6  increase in the amount of damages to three times the amount found or assessed by this
7  Court because of the willful and deliberate nature of Defendant's acts, as provided by
8  35 U.S.C. § 284;

9      D.    An award of The Freecycle Network's costs incurred in this action,
10  together with reasonable attorneys' fees;

11      E.    Granting such other and further relief as this Court may deem just and
12  proper.

13                    **DEMAND FOR JURY TRIAL**

14  The Freecycle Network demands a jury trial on all issues.

15  Dated this *4ᵗʰ* day of April, 2006.

16                        DeCONCINI McDONALD
17                          YETWIN & LACY, P.C., and
                          PERKINS COIE LLP
18

19  By: _____
20            Lisa Anne Smith
            Shefali Milczarek-Desai
21
            Paul J. Andre
22            Lisa Kobialka
            Esha Bandyopadhyay
23            Sean Boyle

24            Attorneys for Plaintiff
            The Freecycle Network, Inc.
25

26

27

28

- 11 -

**VERIFICATION**

STATE OF ARIZONA )
                    ) ss.
County of Pima )

I, Deron Beal, upon penalty of perjury, depose and say that:

1.     I am the Executive Director and Board Chair of The Freecycle Network, Inc.

2.     I have reviewed The Freecycle Network, Inc.'s Complaint for Trademark Disparagement, Injurious Falsehood, Defamation, and Intentional Interference with Business Relations.

3.     To the best of my knowledge, the contents of this document are true and correct.

DATED this 4th day of April, 2006.

Subscribed and sworn to before me
this 4th day of April, 2006,
by Deron Beal.

Notary Public

OFFICIAL SEAL
LINDA W. KEILHOLTZ
Notary Public - Arizona
PIMA COUNTY
My Commission Expires
January 27, 2008

My Commission Expires:

1-27-08

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona

Index of Exhibits to Complaint

Exhibit A     E-mail dated 9/17/04 from Tim Oey re Intellectual Property
Exhibit B     E-mail dated 1/5/05 from Tim Oey re How to Protect the Freecycle
              Trademark
Exhibit C     E-mail dated 5/5/05 from Tim Oey to Pauline M. Gabriel
Exhibit D     E-mail dated 9/16/055 to Tim Oey requesting resignation
Exhibit E     Yahoo Groups messages
Exhibit F     E-mail dated 9/20/05 from Tim Oey re Goodbye
Exhibit G     Yahoo Groups message

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit A

4. Must follow the terms in its End User License Agreement (EULA).

Just for reference, I'm not a lawyer but I am in the software industry and I
work very closely with many lawyers regarding how software may and may not be used.

Cheers,
Tim

---

*****From: Tim Oey <timoey@...>                          Reduce_Reuse...
Date: Fri Sep 17, 2004 12:55 am                          ✉Offline
Subject: Freecycle -- intellectual property protection is important...✉Send Email
Since the Freecycle network is growing up, here are some recommendations for
discussion and hopefully adoption (and general education).

Please note that I'm not a lawyer but I've been involved with intellectual
property issues for about 20 years (copyrights, trademarks, patents, etc). For
"official" advice, please consult the appropriate type of attorney.


1) Everyone in the Freecycle network needs to protect the "Freecycle" trademark.
Not only must trademarks be actively defended (as Deron is doing), they must
also be used properly. Trademarks are adjectives, and must only be used as such
(i.e., Freecycle moderators, Freecycle network, etc). Marks should never be used
as nouns or verbs, nor should marks be pluralized or used in the possessive
form. This is especially important in official Freecycle communications -- web
sites, autosent emails, etc. Unfortunately this does crimp the use of "Keep on
Freecyclin'" -- catchy, but risky.


2) What is the official full name of the Freecycle non-profit? Is it "The
Freecycle Network"? or "Freecycle, Inc." or what?


3) As people create material for Freecycle, it would be useful to come up with
some sort of concise copyright policy for everyone to use that references the

official full Freecycle name. For material of significant length, here is what
I recommend:

a) Either the standard:
Copyright <year> The Freecycle Network, All Rights Reserved

or

b)
Copyright <year> The Freecycle Network, All Rights Reserved

Official Freecycle sites may re-use, edit, extract, redistribute, and update
this article as long as this copyright statement is retained.

If you redistribute, you may optionally give credit to whoever has contributed
to it thus far.
Credits: <names of contributors>


The nice thing about (b) is that it is pretty clear that stuff can be updated by
others in the Freecycle network -- this constitutes a simple mini-license that
sticks to Freecycle copyrighted material and also gives contributors a way to be
recognized.


Cheers,
Tim

---

**From:** Tim Oey <timoey@...>
**Date:** Fri Sep 17, 2004  4:05 am
**Subject:** Re: [freecyclemodsquad] RE; HOW DO I ADDRESS THIS? (ADMIN: WEAPONS)

Reduce_Reuse...
☺Offline
✉Send Email

Umm, I hope we'll trust our moderators to achieve a rational balance (vs the
type of screening you get at the airport these days). For instance the following
items I'm ok with (and have seen) on a Freecycle list but would not give to a 4
year old (or leave a 4 year old around without supervision):

Matches
Lighters (for barbecues)
Barbecue grill
Sewing machine

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit B



# [freecyclemodsquad] How to Protect the Freecycle Trademark (was: Verbing a Noun - "To Freecycle")

1 message

**Tim Oey <timoey@yahoo.com>**
To: freecyclemodsquad@yahoogroups.com
Cc: Sherry <bookworms@comcast.net>, Cynthia Armistead <freecycle@technozoo.org>

**Wed, Jan 5, 2005 at 10:22 PM**

Sherry & Cynthia -- Thanks for the excellent explanation about trademarks and the great links!

All -- I'm glad Deron has finally published an official rule about use of the term "Freecycle" as used by The Freecycle Network. Below is further practical guidance on how to do the right thing.

My own local group (http://groups.yahoo.com/group/freecyclesunnyvale/) has been Freecycle trademark safe for several months now. It is a bit tricky but it is important. A big advantage that Freecycle has over commercial companies is that we have all of you out there to help guide everyone (particularly journalists) in the proper use of the Freecycle term. Journalists are usually quite happy to help as it is a common concern for them.

_____

How to Protect the Freecycle Trademark

The Freecycle trademark is very important to The Freecycle Network. Use of the term "Freecycle" denotes a group that is officially approved by The Freecycle Network and one that the members can expect to adhere to a certain level of quality and security (as described by Freecycle etiquette).

To properly protect the Freecycle trademark, Freecycle staff, moderators, and journalists must do the following

1) The first or most prominent mention of Freecycle in a document (on the Freecycle.org site, in an article, on a Freecycle group home page) should include the (TM) designation, preferably as a superscript. The (TM) superscript is not needed in casual emails but should be used in posted documents and on web sites.

For example:
- See the current Freecycle logo graphic at http://Freecycle.org
- See how the words "The Freecycle (TM) Network" appear at:
http://groups.yahoo.com/group/freecyclesunnyvale/
- Here is a sentence example: "This Freecycle (TM) group supports Sunnyvale, California."

In HTML, the easiest way to add the TM superscript is to use the following HTML code (remove the periods from this example -- they are included so this code is not interpreted as html in this email):
< sup >< .font size="1">TM< ./font >< /sup >

2) Major official Freecycle publications (like the main Freecycle.org site, major official documents, and press releases) should say at the bottom:
"Freecycle is a trademark of The Freecycle Network."

3) The word "Freecycle" must always be capitalized or otherwise set off from the surrounding text.

4) The word "Freecycle" must always be used as an adjective, never as a noun or verb.

For example
- Do not say "I'm a freecycler." Do say "I'm a Freecycle member."
- Do not use the term "freecyclin", say something else.
- Do not say "Please freecycle!", say "Please join a Freecycle group!" or "Please join The Freecycle Network"

Note: the term "Freecycle" may be used as a short name reference to "The Freecycle Network", just as "Adobe" is used as a short way to refer to "Adobe Systems Incorporated" (for examples see http://www.adobe.com/aboutadobe/main.html and Adobe's "Terms of Use" at http://www.adobe.com/misc/copyright.html)

For further details about trademarks, service marks, and how to use them properly, please see:
http://www.inta.org/info/faqs.html
and
http://en.wikipedia.org/wiki/Trademark

Enjoy!!
————————————————


Cheers,
Tim



———————————— Yahoo! Groups Sponsor ——————————~-->
Take a look at donorschoose.org, an excellent charitable web site for anyone who cares about public education!
http://us.click.yahoo.com/O.5XsA/8WnJAA/E2hLAA/rcTolB/TM
—————————————————————————————~-->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit C

the NGA for Saskatchewan, since I'm in pretty constant contact with most of the mods here, I have gone thru most of the groups myself, and made sure to help, or get them help to get their groups tm'd. Maybe, if the tmsupport (or someone else) doesn't do this already, it might be an idea.

With over 2000 groups, if we could made smaller, more manageable chunks to check, it shouldn't take too long to go thru all the official groups - and maybe even have time to check for rogues. I know in my travels I've spotted one or two that aren't tm'd correctly..... who should I be sending these to? If anyone.

--
Pauline Gabriel     mmouse@sasktel.net
Regina-Freecycle listowner and busy PR person.....
FreecycleModSquadCanada and PrairieModSquad co-owner
and International and Saskatchewan Freecycle NGA.
http://www.freecycle.org for an official Freecycle(tm) group in your
area!


———————— Yahoo! Groups Sponsor ——————--->
Dying to be thin?
Anorexia. Narrated by Julianne Moore .
http://us.click.yahoo.com/FLQ_sC/gsnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**Tim Oey <timoey@yahoo.com>**                           **Thu, May 5, 2005 at 6:25 PM**
To: "Pauline M. Gabriel" <mmouse@sasktel.net>, freecyclederon <deron@freecycle.org>,
freecyclemodsquad@yahoogroups.com

Hmmm... tracking which groups are using the Freecycle trademark correctly seems like a good idea to me. It would be useful to know how many groups are doing a good job, how many not, and how many are unknown.

BTW, while registration of the trademark is pending, the Freecycle trademark itself is not pending -- it is real, Freecycle is using it, and has the right to defend it to a degree even without registration. If it becomes registered, than Freecycle will have more methods to defend its use as well as more solid backing.

The reason that the Freecycle trademark is important is because people are associating it with an excellent service. People join The Freecycle Network because they trust it. So the more we work to make Freecycle trustworthy, distinct, and useful, the more people recognize it, the more people join it, and the more power the network has to generate gifts rather than trash -- which is THE goal.

Cheers,
Tim

At 10:40 AM -0600 5/5/05, Pauline M. Gabriel wrote:
>Since not all groups keep current with info (it would be nice if they
>did, but we all know that not all our members keep up with list
>policies, so why expect all group moderators to do this), might it be
>wise to set up a temp position for each state, to go thru all the
>groups in that state, and bring forth those groups to the tmsupport@
>for contact, or contact them themselves, and nudge them along. As
>the NGA for Saskatchewan, since I'm in pretty constant contact with
>most of the mods here, I have gone thru most of the groups myself,
>and made sure to help, or get them help to get their groups tm'd.
>Maybe, if the tmsupport (or someone else) doesn't do this already, it

>might be an idea.
>
>With over 2000 groups, if we could made smaller, more manageable
>chunks to check, it shouldn't take too long to go thru all the
>official groups - and maybe even have time to check for rogues.  I
>know in my travels I've spotted one or two that aren't tm'd
>correctly......who should I be sending these to?  If anyone.


[Quoted text hidden]

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit D

Paula
pdspencer@earthlink.com
Be kind to each other.

---

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.1/104 - Release Date: 9/16/2005

---

**\*\*Step down letter from Paula, the GOA, to Tim.**

----- Original Message -----
From: "Paula" <california@freecycle.org>
To: <oey@post.harvard.edu>
Cc: <deron@freecycle.org>
Sent: Friday, September 16, 2005 12:04 PM
Subject: Trademark Issues

> Tim,
>
> As a volunteer representative of The FreecycleT Network you have publicly
> requested that members actively campaign against the organization
> obtaining the Trademark it has filed for. The following are quotes from
> your post:
>
> "The best way to keep freecycle in the public domain is for as many people
> and groups as possible to continue to use the term generically.
>
> If you feel that the term freecycle is generic, you can let the USPTO know
> by sending a letter to:
> Commissioner Of Trademarks" (address followed)
>
> "Yahoo listens to its customers, so if folks complain about groups being
> deleted for use of the term "freecycling" than members/moderators of those
> groups should complain to Yahoo "(email address followed)
>
> This is contrary to the mission of this organization to keep the trademark
> free from external corporate use and solely open to local members of The
> FreecycleT Network.  Therefore, I must ask that you step down as the  as
> a moderator of the Freecycle Sunnyvale list.  I would appreciate your
> cooperation as soon as possible and confirming that you have done so.
>
> Sincerely,
> Paula
>
> All the best,
> Paula

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
*District of Arizona*
Exhibit E

>
> Be kind to each other.
> www.freecycle.org
>
> FreecycleT and the FreecycleT logo are trademarks of The FreecycleT
> Network in the United States and/or other countries.
>
> No virus found in this incoming message.
> Checked by AVG Anti-Virus.
> Version: 7.0.344 / Virus Database: 267.11.1/104 - Release Date: 9/16/2005
---------------------------------------------------------------------------------

----- Original Message -----
From: "Paula" <california@freecycle.org>
To: <timcafc@oeyweb.com>; <petritim123@yahoo.com>; <timoey@yahoo.com>
Sent: Friday, September 16, 2005 1:30 PM
Subject: Trademark Issues

    Tim,
    >
    > As a volunteer representative of The FreecycleT Network you have publicly
    > requested that members actively campaign against the organization
    > obtaining the Trademark it has filed for.  The following are quotes from
    > your post:
    >
    > "The best way to keep freecycle in the public domain is for as many people
    > and groups as possible to continue to use the term generically.
    >
    > If you feel that the term freecycle is generic, you can let the USPTO know
    > by sending a letter to:
    > Commissioner Of Trademarks" (address followed)
    >
    > "Yahoo listens to its customers, so if folks complain about groups being
    > deleted for use of the term "freecycling" than members/moderators of those
    > groups should complain to Yahoo "(email address followed)
    >
    > This is contrary to the mission of this organization to keep the trademark
    > free from external corporate use and solely open to local members of The
    > FreecycleT Network.   Therefore, I must ask that you step down as the  as
    > a moderator of the Freecycle Sunnyvale list.  I would appreciate your
    > cooperation as soon as possible and confirming that you have done so.
    >
    > Sincerely,
    > Paula
    >

\*\*\*\*\*\*\*\*
Tim Oey <timoey@gmail.com> to Freedomcycle
 More options   4:40 am (3 hours ago)Good news -- it is legal for everyone
to use the term freecycle, freecycling, freecycler, freecycled, etc --
there are no current viable registered trademark applications that cover
the word -- so have fun with it!

 1) The trademark application 78415420
(New Media Worlds, Inc.-- International Class: 042 An online service where
users are able to give items away for free that they no longer need)
Their claim was for just the plain word "freecycle" but it is about to be
denied based on abandonment as of a notice sent to this applicant on
8/22/2005.
 Read it at: http://portal.uspto.gov/external/portal/tow
 Serial Number: 78415420

 2) The trademark application 78475113
(THE FREECYCLE NETWORK-- International Class: 042 DESIGN, CREATION,
HOSTING AND MAINTENANCE OF A FREE WEBSITE THAT PROVIDES
OTHERS WITH A
GLOBAL INTERNET BASED SYSTEM OF GIVING AND RECEIVING PERSONAL
PROPERTY FOR
FREE)
This claim was for the freecycle graphic logo only and does not cover the
word in standard characters (plain text).
 Read all about it at: http://portal.uspto.gov/external/portal/tow
 Serial Number: 78475113
In particular read the application itself.
Please note that the original application includes a copy of the then
current freecycle.org site which uses the word freecycle as freecycling,
freecycles, etc.

Plus continued use of the word freecycle as a generic term by everyone
will insure that it can never be trademarked by any corporation ever. So I
hope you all will do your part to make this so. If you don\'t trust me,
just read up on trademark law yourself or consult your own attorney.

Keep on freecyclin\'!

Cheers,
",1]);//-->
Good news -- it is legal for everyone to use the term freecycle,
freecycling, freecycler, freecycled, etc -- there are no current viable
registered trademark applications that cover the word -- so have fun with

----- Original Message -----
**From:** Tim Oey
**To:** freecyclenext@yahoogroups com
**Sent:** Wednesday, September 14, 2005 2:03 AM
**Subject:** [freecyclenext] Gifting "freecycle" to the public

The best way to keep freecycle in the public domain is for as many people and
groups as possible to continue to use the term generically.

If you feel that the term freecycle is generic, you can let the USPTO know by
sending a letter to:
Commissioner Of Trademarks
P.O. Box 1451
Alexandria, Va. 22313-1451

In your letter, reference registered trademark application 78475113.

Yahoo listens to its customers, so if folks complain about groups being deleted
for use of the term "freecycling" than members/moderators of those groups should
complain to Yahoo at:
http://add.yahoo.com/fast/help/us/groups/cgi_abuse
or
copyright@yahoo-inc.com

Basically, if you all want something to happen you have to do something about
it.

Power to the people...

Cheers,
Tim


- Visit your group "freecyclenext" on the web.

- To unsubscribe from this group, send an email to:
  freecyclenext-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit F

We have already successfully defended it from a company in Canada and a company in Florida. We are fortunate to have a great deal of pro bono legal support as an organization from those who believe in us.

However, I was surprised to learn that you are actively not only encouraging moderators to misuse our trademark but also to write the US Patent & Trademark Office to contest our right to the trademark. You went so far as to provide the address and our case number. You have made your position a clear. This position is clearly in stark contrast to the goals of this organization.

I'm sorry that you have chosen this path and hope that you will reconsider. I wish you the best. No doubt you have good intentions in your heart which hopefully will not prove costly for The Freecycle Network as an organization overall down the road.

Sincerely yours,
Deron


Deron Beal
The Freecycle Network

---

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.3/106 - Release Date: 9/19/2005

----- Original Message -----
From: "Tim Oey" <oey@post.harvard.edu>
To: "chandan mishra" <chandan@hotmail.com>; "'Deron Beal'" <deron@freecycle.org>; <freecyclesunnyvale-owner@yahoogroups.com>
Cc: <california@freecycle.org>
Sent: Tuesday, September 20, 2005 11:08 AM
Subject: RE: Goodbye


> Actually on this point, I have encouraged people to
> use the term freecycle as a generic term which would
> block The Freecycle Network (TFN), and all others,
> from holding a trademark on the term in the area of
> freecycling services offered on the web.
>
> This would mean that everyone could use the term
> freecycle and no one could stop anyone else from using
> it. There are also lots of other consequences.
>
> In consultation with some trademark attorneys, I'm in
> the process of writing up a more thorough analysis of
> the pro's and con's of freecycle as a trademark vs
> freecycle as a generic term.
>

> The decision to pursue a trademark was made by Deron.
> Most of the network does not know what the
> consequences are of getting a trademark nor the
> consequences of having freecycle be a generic term.
> Deron did not want to allow discussion or voting in
> this space which lead us to the current situation.
>
> Cheers,
> Tim
>
> --- chandan mishra <chandan@hotmail.com> wrote:
>> 4. Also according to Tim, he never encouraged anyone
>> to misuse Freecycle
>> trademark. Could you please point us to instances
>> where he did that?
>
> --
> No virus found in this incoming message.
> Checked by AVG Anti-Virus.
> Version: 7.0.344 / Virus Database: 267.11.3/107 - Release Date: 9/20/2005

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit G

fcnext : Message : Let your voices be heard...

Page 1 of 3

Yahoo! My Yahoo! Mail    Make Yahoo! your home page

# YAHOO! GROUPS



Search
the Web [          ] Search

Groups Home - Help

**fcnext** - Free Recycling - The Next Generation

Start a Group | My Groups

| Group Member - Edit Membership

**Messages**

Message # [     ] [Go]    Search: [          ] [Go]    Messages Help

Up Thread | Message Index | View Source | Unwrap Lines

Message 3171 of 4099  < Previous Message  |  Next Message >

Post Message

From: Tim Oey <timoey@...>
Date: Thu Feb 23, 2006 9:55 am
Subject: Let your voices be heard...

[Reply]  [Forward]

reduce_reuse...
⊙ Offline
✉ Send Email
✚ Invite to Yahoo! 360°

Many of us know that TFN is already a bit crazy in trying to clamp down on free
speech freedoms, but now is a great time to further the cause and keep freecycle
free for everyone forever (and drive TFN even crazier).

What you can do on your own:

1) Using TFN's directory, please contact all the freecycle groups in your state
and surrounding states to let them know that freecycle is a generic term. Ask
them to visit http://greenribbon.us for more information. There is no need to be
that organized about it but if you think you have a state well covered, please
post a note to fcnext. You'll need to dribble the mails out a few at a time and
by as many people as possible to get around Yahoo's intricate group owner spam
catchers. Make all your emails unique -- don't repeat exactly the same contents

**Home**
**Messages**
Post
Chat
Files
Photos
Links
Database
Polls
Calendar

**Promote**

**Yahoo! Groups Tips**

Did you know...
You can create an FAQ
for your group?

Yahoo! 360°

fcnext : Message: Let your voices be heard...

Keep connected to
your friends and
family through blogs,
photos and more.
Create your own 360°
page now.

or subject, etc.

2) If you currently have a group within TFN, either take it out of TFN and tell all your members that freecycling should stay free or do comply initially with TFN's request so that your group is not deleted but then later sprinkle freecycling around your group and other groups so the free grassroots movement continues to be free (this is likely to really drive TFN nuts). Let more people know about http://greenribbon.us

3) Do give TFN GOAs a hard time because they are doing bad things by limiting free speech. Free speech is very important. Let everyone know that TFN does not need to control freecycling for TFN to be successful.

4) Get your freecycling is free statements to Eric for posting on http://greenribbon.us

5) Let others know that freecycling is a wonderful thing that people can do via Google, Craigslist, Yahoo Groups, any email list, or however they wish -- even just leaving stuff out on the curb with a "Free" or "Freecycle this" note attached.

Spread the word and let the word be free.

Enjoy!

Cheers,
Tim

| Replies | | Author | Date |
|---|---|---|---|
| 3190 | —— Re: Let your voices be heard....<br>I don't think any of that is a good idea. Why not let the courts decide it? By.... | If I lold ya......<br>belhaven_lass | Feb 23, 2006<br>5:18 pm |

fcnext : Message: Let your voices be heard...



3314 — **Re: Let your voices be heard...**
Hi Lass, The courts will get to it eventually. How is
encouraging others to...

Tim Oey
reduce_reuse...
⊕ ✉ ♣

Feb 26, 2006
11:00 pm

3336 — **Re: Let your voices be heard...**
i second tim's post...educating others is a necessity in any
grassroots ...

xtina (freecycle mode...
existentialista
⊕ ✉ ♣

Feb 27, 2006
5:11 am

3348 — **Re: Let your voices be heard...**
I think I've made my intent known when it comes to
FreeSpeech :-) FreeCyco ... ...

Free cycle Recycle
freecycos
⊕ ✉ ♣

Feb 27, 2006
6:47 am

[Reply]   [Forward]

< Previous Message   Next Message >

Post Message

Up Thread | Message Index | View Source | Unwrap Lines

Message # [____] [Go]    Search: [____] [Go]

Message 3171 of 4099

**YAHOO! SPONSOR RESULTS**

Target.com: Blue Ribbon - Blue ribbon online. Save 10% - 20% at Target.com.
www.target.com

Blue Ribbon for Gift Wrapping - Blue ribbon plus many other assorted colors and sizes of gift wrapping ribbons, bows
and raffia.
www.buygiftribbon.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

3/20/2006

# Exhibit C

FreecycleSunnyvale Request for Judicial Notice

Case No. C06-00324 CW
United States District Court
Northern District of California

1  **DeCONCINI McDONALD**
      **YETWIN & LACY, P.C.**
2  2525 East Broadway, Suite 200
   Tucson, Arizona 85716-5300
3  Telephone: 520-322-5000
   Facsimile: 520-322-5585
4
5  LISA ANNE SMITH, AZ Bar No. 016762
   (lsmith@dmyl.com)
6  SHEFALI MILCZAREK-DESAI, AZ Bar No. 021237
   (smdesai@dmyl.com)
7
   **PERKINS COIE LLP**
8  101 Jefferson Drive
   Menlo Park, California 94025-1114
9  Telephone: (650) 838-4300
   Facsimile: (650) 838-4350
   *Pro hac vice admission pending*
10
11 PAUL J. ANDRE, CA Bar No. 196585
   (pandre@perkinscoie.com)
12 LISA KOBIALKA, CA Bar No. 191404
   (lkobialka@perkinscoie.com)
13 ESHA BANDYOPADHYAY, CA Bar No. 212249
   (ebandyopadhyay@perkinscoie.com)
14 SEAN BOYLE, CA Bar No. 238128
   (sboyle@perkinscoie.com)
15 Attorneys for Plaintiff
   THE FREECYCLE NETWORK, INC.
16

17         IN THE UNITED STATES DISTRICT COURT

18             DISTRICT OF ARIZONA

19

20 THE FREECYCLE NETWORK, INC.,          CASE NO. 06-CV-00173-RCC
   an Arizona non-profit organization,
21
22     Plaintiff,                    PLAINTIFF THE FREECYCLE
                                          NETWORK, INC.'S NOTICE OF *EX*
23 v.                                     *PARTE* MOTION AND MOTION FOR
                                          TEMPORARY RESTRAINING ORDER
24 TIM OEY,
   an individual                         Date:      April 24, 2006
25                                        Time:      2:00 p.m.
       Defendant.                Before:    Honorable Raner C. Collins
26                                        Location:  Courtroom 5B

27

28

TO DEFENDANT TIM OEY AND HIS ATTORNEY OF RECORD:

Pursuant to Federal Rule of Civil Procedure 65, please take notice that on April 24, 2006, or as soon thereafter as possible, Plaintiff The Freecycle Network, Inc. ("The Freecycle Network") will move, and hereby moves, *ex parte*, for a temporary restraining order against Defendant Tim Oey ("Defendant" or "Oey"), restraining and enjoining Defendant from inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof.

This motion is based upon the grounds that The Freecycle Network has demonstrated a likelihood of success on the merits of its claims for contributory trademark infringement, trademark disparagement, injurious falsehood, defamation, and intentional interference with business relations; that The Freecycle Network is being irreparably harmed, and will continue to be irreparably harmed, if the requested temporary restraining order is not granted; and that the balance of hardships favors entry of the requested temporary restraining order.

This motion is based upon The Freecycle Network's Complaint filed with this Court on April 4, 2006 (attached to the supporting Declaration of Esha Bandyopadhyay as Exhibit A), this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support of this Motion, the supporting Declaration of Esha Bandyopadhyay, the supporting Declaration of Deron Beal, the [Proposed] Temporary Restraining Order, the materials currently on file in this action, and such argument of counsel as the Court may request.

An *ex parte* hearing may be held. Should a hearing date and time be set, The Freecycle Network will inform Defendant of the date and time of such hearing.

NOTICE OF *EX PARTE* MOTION AND *EX PARTE* MOTION FOR
TEMPORARY RESTRAINING ORDER                                    [BV 0246920 651]

1

Dated: April 19, 2006

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DᴇCONCINI MᴄDONALD YETWIN & LACY, P.C.
& PERKINS COIE LLP

By: _____ /s/ _____

Attorneys for Plaintiff
The Freecycle Network, Inc.

- 3 -

[BV0442N-05]

# Exhibit D

FreecycleSunnyvale Request for Judicial Notice

Case No. C06-00324 CW
United States District Court
Northern District of California

44020108

1  **DeCONCINI McDONALD YETWIN & LACY, P.C.**
2  2525 East Broadway, Suite 200
   Tucson, Arizona 85716-5300
3  Telephone: 520-322-5000
   Facsimile: 520-322-5585
4
5  LISA ANNE SMITH, AZ Bar No. 016762
   (lsmith@dmyl.com)
6  SHEFALI MILCZAREK-DESAI, AZ Bar No. 021237
   (smdesai@dmyl.com)
7  **PERKINS COIE LLP**
8  101 Jefferson Drive
   Menlo Park, California 94025-1114
9  Telephone: (650) 838-4300
   Facsimile: (650) 838-4350
   *Pro hac vice admission pending*
10
11 PAUL J. ANDRE, CA Bar No. 196585
   (pandre@perkinscoie.com)
12 LISA KOBIALKA, CA Bar No. 191404
   (lkobialka@perkinscoie.com)
13 ESHA BANDYOPADHYAY, CA Bar No. 212249
   (ebandyopadhyay@perkinscoie.com)
14 SEAN BOYLE, CA Bar No. 238128
   (sboyle@perkinscoie.com)
15 Attorneys for Plaintiff
   THE FREECYCLE NETWORK, INC.
16
17             IN THE UNITED STATES DISTRICT COURT
18                     DISTRICT OF ARIZONA
19
20 THE FREECYCLE NETWORK, INC.,        CASE NO. 06-CV-00173-RCC
   an Arizona non-profit organization,
21
22        Plaintiff,                    PLAINTIFF THE FREECYCLE
                                        NETWORK, INC.'S NOTICE OF
23 v.                                   MOTION AND MOTION FOR
                                        PRELIMINARY INJUNCTION
24 TIM OEY,
   an individual                       Date:     April 24, 2006
25                                      Time:     2:00 p.m.
          Defendant.                    Before:   Honorable Raner C. Collins
26                                      Location: Courtroom 5B
27
28

NOTICE OF MOTION AND MOTION
FOR PRELIMINARY INJUNCTION                                    [NY02/920 131]

TO DEFENDANT TIM OEY AND HIS ATTORNEY OF RECORD:

Pursuant to Federal Rule of Civil Procedure 65, please take notice that on April 24, 2006, or as soon thereafter as possible, Plaintiff The Freecycle Network, Inc. ("The Freecycle Network") will move, and hereby moves, for a preliminary injunction against Defendant Tim Oey ("Defendant" or "Oey"), restraining and enjoining Defendant from inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof.

This motion is based upon the grounds that The Freecycle Network has demonstrated a likelihood of success on the merits of its claims for contributory trademark infringement, trademark disparagement, injurious falsehood, defamation, and intentional interference with business relations; that The Freecycle Network is being irreparably harmed, and will continue to be irreparably harmed, if the requested temporary restraining order is not granted; and that the balance of hardships favors entry of the requested preliminary injunction.

This motion is based upon The Freecycle Network's Complaint filed with this Court on April 4, 2006 (attached to the supporting Declaration of Esha Bandyopadhyay as Exhibit A), this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support of this Motion, the supporting Declaration of Esha Bandyopadhyay, the supporting Declaration of Deron Beal, the [Proposed] Order for Entry of Preliminary Injunction, the materials currently on file in this action, and such argument of counsel as the Court may request.

Dated: April 19, 2006

DeCONCINI McDONALD YETWIN & LACY, P.C.
& PERKINS COIE LLP

By: _____ /s/

Attorneys for Plaintiff
The Freecycle Network, Inc.

- 2 -

[IN 94950 1311]

# Exhibit E

FreecycleSunnyvale Request for Judicial Notice

Case No. C06-00324 CW
United States District Court
Northern District of California

44020108

1   **DeCONCINI McDONALD**
      **YETWIN & LACY, P.C.**
2   2525 East Broadway, Suite 200
    Tucson, Arizona 85716-5300
3   Telephone:  520-322-5000
    Facsimile:  520-322-5585
4
    LISA ANNE SMITH, AZ Bar No. 016762
5   (lsmith@dmyl.com)
    SHEFALI MILCZAREK-DESAI, AZ Bar No. 021237
6   (smdesai@dmyl.com)
7   **PERKINS COIE LLP**
    101 Jefferson Drive
8   Menlo Park, California 94025-1114
    Telephone:  (650) 838-4300
9   Facsimile:  (650) 838-4350
    *Pro hac vice admission pending*
10
    PAUL J. ANDRE, CA Bar No. 196585
11  (pandre@perkinscoie.com)
    LISA KOBIALKA, CA Bar No. 191404
12  (lkobialka@perkinscoie.com)
    ESHA BANDYOPADHYAY, CA Bar No. 212249
13  (ebandyopadhyay@perkinscoie.com)
    SEAN BOYLE, CA Bar No. 238128
14  (sboyle@perkinscoie.com)
15  Attorneys for Plaintiff
    THE FREECYCLE NETWORK, INC.
16
17              IN THE UNITED STATES DISTRICT COURT
18                      DISTRICT OF ARIZONA
19
20  THE FREECYCLE NETWORK, INC.,          CASE NO. 06-CV-00173-RCC
    an Arizona non-profit organization,
21
          Plaintiff,                      THE FREECYCLE NETWORK, INC.'S
22                                        MEMORANDUM OF POINTS AND
    v.                                    AUTHORITIES IN SUPPORT OF *EX*
23                                        *PARTE* MOTION FOR TEMPORARY
    TIM OEY,                              RESTRAINING ORDER AND MOTION
24  an individual                         FOR PRELIMINARY INJUNCTION
25        Defendant.
                                          Date:      April 24, 2006
26                                        Time:      2:00 p.m.
                                          Before:    Honorable Raner C. Collins
27                                        Location:  Courtroom 5B
28

TABLE OF CONTENTS

PAGE

I. INTRODUCTION ............................................................................. 1

II. STATEMENT OF FACTS ................................................................ 2

    A.   Plaintiff The Freecycle Network and its Marks ............................... 2

    B.   Defendant Tim Oey ...................................................................... 3

    C.   Defendant's Unlawful Conduct and the Repercussions Therefrom ....... 4

III. ARGUMENT .............................................................................. 5

    A.   The Freecycle Network is Likely to Prevail on the Merits of Its Claims ..... 6

        1.   The Freecycle Network is Likely to Succeed on the Merits of its Contributory Trademark Infringement Cause of Action ..................... 6

        2.   The Freecycle Network is Likely to Succeed on the Merits of its Trademark Disparagement Claim ................................................ 7

        3.   The Freecycle Network is Likely to Succeed on the Merits of its Injurious Falsehood Claim ........................................................ 8

        4.   The Freecycle Network is Likely to Succeed on the Merits of its Defamation Claim ................................................................. 10

    B.   The Irreparable Harm to The Freecycle Network Strongly Favors Issuing a Temporary Restraining Order .................................................... 11

    C.   The Balance of Hardships Weighs Strongly in Favor of The Freecycle Network ............................................................................... 12

    D.   The Freecycle Network is Entitled to a Temporary Restraining Order ...... 13

i

MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING
ORDER AND MOTION FOR PRELIMINARY INJUNCTION

[NYLIB1HD 158]

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TABLE OF CONTENTS

PAGE

Cases

Benda v. Grand Lodge of IAM,
   584 F 2d 308  (9th Cir.1978) ............................................................ 6

Big O Tire Dealers, Inc. v. The Goodyear Tire & Rubber Co.,
   561 F.2d 1365 (10th Cir. 1977) ........................................................ 7

Brookfield Comms., Inc. v. West Coast Entm't Corp.,
   174 F.3d 1036 (9th Cir. 1999).. ..................................................... 5, 11

Dogloo, Inc. v. Doskocil Mfg. Co., Inc.,
   893 F.Supp. 911 (C.D.Cal. 1995) ..................................................... 6

Dr. Seuss Enters., L.P. v. Penguin Books USA, Inc.,
   109 F.3d 1394 (9th Cir. 1997) ........................................................ 12

El Pollo Loco, Inc. v. Hashim,
   316 F.3d 1032 (9th Cir. 2003) ........................................................ 11

Fed. Deposit Ins. Corp. v. Garner,
   125 F.3d 1272 (9th Cir. 1997) ......................................................... 5

Fillmore v. Maricopa Water Processing Systems, Inc.,
   211 Ariz. 269 (2005) ...................................................................... 9

Gee v. Pima County,
   126 Ariz. 116 (Ariz.Ct.App. 1980) .................................................. 8

Gilder v. PGA Tour, Inc.,
   936 F.2d 417 (9th Cir. 1991) ........................................................... 6

GoTo.com, Inc. v. Walt Disney Co.,
   202 F.3d 1199 (9th Cir. 2000) ........................................................ 11

Granny Goose Foods, Inc. v. Bhd. of Teamsters,
   415 U.S. 423 (1974) ...................................................................... 13

Inwood Labs., Inc. v. Ives Labs., Inc.,
   456 U.S. 844 (1982) ........................................................................ 6

Johnson v. California State Bd. of Accountancy,
   72 F.3d 1427 (9th Cir. 1995) ........................................................... 6

Lockheed Martin Corp. v. Network Solutions, Inc.,
   194 F.3d 980 (9th Cir. 1999) ........................................................... 6

i

MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING
ORDER AND MOTION FOR PRELIMINARY INJUNCTION

[BY:eff16 158]

<u>Metro Publ'g Ltd. v. San Jose Mercury News</u>,
    987 F.2d 637 (9th Cir. 1993).................................................................................. 5

<u>Miller v. Servicemaster By Rees</u>,
    174 Ariz. 518 (Ariz.Ct.App. 1993) ......................................................... 10

<u>Rent-A-Center, Inc. v. Canyon Television & Appliance Rental, Inc.</u>,
    944 F.2d 597 (9th Cir. 1991)................................................................. 12

<u>San Diego Comm. Against Registration & the Draft v. Governing Board of</u>
    <u>the Grossmont Union High Sch. Dist.</u>,
    790 F.2d 1471 (9th Cir. 1986) (citation omitted) ............................ 5

<u>Sealy, Inc. v. Easy Living, Inc.</u>,
    743 F.2d 1378 (9th Cir. 1984)............................................................. 6

<u>Stuhlbarg Int'l Sales Co. v. John D. Brush & Co.</u>,
    240 F.3d 832 (9th Cir. 2001)........................................................ 5, 13

<u>Western Techs., Inc. v. Sverdrup & Parcel, Inc.</u>,
    154 Ariz.1 (Ariz.Ct.App. 1986) .......................................................... 9

<u>Wilson v. Watt</u>,
    703 F.2d 395 (9th Cir.1983)............................................................... 6

MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING
ORDER AND MOTION FOR PRELIMINARY INJUNCTION

## I.    INTRODUCTION

This is a case about revenge. Defendant Tim Oey, ("Defendant" or "Oey"), frustrated that he was asked to step down from a leadership position in The Freecycle Network, Inc. ("The Freecycle Network"), seeks to destroy its valuable trademarks, which The Freecycle Network owns after extensive use and development of valuable goodwill. The Freecycle Network coordinates programs throughout the world to promote the reusing, recycling, and gifting of goods. Protection of The Freecycle Network's trademark rights is essential in order to properly identify legitimate members of The Freecycle Network, and to accomplish its goal of centralized coordination of recycling services. Indeed, the Freecycle Network has strict guidelines as to the use of its trademarks. Additionally, The Freecycle Network actively polices potentially infringing uses of its trademarks. As a result, The Freecycle Network has been able to obtain corporate sponsorship and funding which enables it to cover its administrative costs.

Defendant publicly recognized the validity of The Freecycle Network's trademarks on numerous occasions while he was affiliated with The Freecycle Network. Upon being asked to step down from The Freecycle Network, however, Defendant began to misuse the trademarks, and consistently ignored requests to cease such misuse. Moreover, Defendant openly admits that he has encouraged others to infringe the marks by stating "...I have encouraged people to use the term freecycle as a generic term which would block The Freecycle Network (TFN), and all others, from holding a trademark...." See Complaint, Exh. F.[1] Additionally, Defendant has targeted individuals dedicated to the active promotion of reusing, recycling, and gifting, and has encouraged them to join an opposition filed by the Yahoo! group FreecycleSunnyvale with the Trademark Trial and Appeal Board ("TTAB") regarding the registration of The Freecycle Network's trademarks.[2] Furthermore, Defendant has made and disseminated false statements about The Freecycle Network and its trademarks.

---

[1] "Complaint" refers to The Freecycle Network's Complaint in this action, filed on April 4, 2006. Declaration of Esha Bandyopadhyay in Support of The Freecycle Network, Inc.'s *Ex Parte* Motion for Temporary Restraining Order and Motion for Preliminary Injunction ("Bandyopadhyay Decl."), ¶2, Exh. A.

[2] FreecycleSunnyvale filed its opposition on January 18, 2006. Declaration of Deron Beal (hereinafter "Beal Decl.") filed herewith, ¶6, Exh. H.

- 1 -

1    The Freecycle Network has compelling evidence that Defendant has contributorily
2    infringed, and continues to contributorily infringe, upon The Freecycle Network's trademarks.
3    The Freecycle Network has further compelling evidence that Defendant has engaged in
4    disparagement of The Freecycle Network's valid trademarks, injurious falsehood, and
5    defamation. Most notably, this evidence includes Defendant's own admissions of engaging in
6    such conduct. Accordingly, The Freecycle Network respectfully requests entry of a preliminary
7    injunction and temporary restraining order prohibiting Defendant from further engaging in this
8    unlawful conduct.

9    ## II.     STATEMENT OF FACTS

10   **A.    Plaintiff The Freecycle Network and its Marks**

11   The Freecycle Network is a nonprofit Arizona corporation with member groups
12   throughout the world dedicated to encouraging and coordinating the reusing, recycling, and
13   gifting of goods. Beal Decl., ¶2. Starting with a single recycling community in Tucson, The
14   Freecycle Network has grown to a worldwide organization with thousands of local recycling
15   groups, and more than two million individual members. *Id.* The Freecycle Network maintains
16   an Internet Web site, located at www.freecycle.org, which maintains a directory of local
17   recycling groups throughout the world and provides resources for volunteers to create new local
18   recycling groups. *Id.*, ¶3. Because of its efforts toward such laudable goals, The Freecycle
19   Network has successfully obtained corporate sponsorship to cover its administrative expenses
20   and enable it to continue promoting recycling, reusing, and gifting of goods. *Id.*, ¶4.

21   The Freecycle Network has been using the trademarks FREECYCLE, THE
22   FREECYCLE NETWORK, and the distinctive "The Freecycle Network" logo (collectively "The
23   Freecycle Network's Marks" or the "Marks") exclusively and continuously since at least May 1,
24   2003. *Id.*, ¶5. The Freecycle Network has strict guidelines as to the use of the Marks, and
25   expends much effort in policing potential infringement of the Marks. *Id.*, ¶5, Exhs. E-F.

26   As a result of its extensive use and promotion of the Marks, The Freecycle Network has
27   built up and now owns valuable goodwill that is symbolized by these trademarks. For example,
28   publications such as CNN.com, The Motley Fool, CBS News, and The Washington Post have

- 2 -

MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING
ORDER AND MOTION FOR PRELIMINARY INJUNCTION

[BV-61010 158]

1  praised The Freecycle Network and its efforts in promoting the reusing, recycling, and gifting of

2  goods. *Id.*, ¶2, Exhs. A-D. Furthermore, the Marks comprise an important portion of The

3  Freecycle Network's intellectual property and are very important to The Freecycle Network's

4  identity. *See id.*, ¶6. On November 22, 2005, The Freecycle Network's FREECYCLE

5  trademark and distinctive logo were approved for publication on the Principal Register by the

6  United States Patent and Trademark Office ("PTO"). *Id.*, ¶6, Exh. G. A notice of publication

7  was issued on December 28, 2005. *Id.* Subsequently, however, an opposition proceeding was

8  instituted on January 18, 2006, in regard to the registration of the FREECYCLE mark. *Id.*, ¶6,

9  Exh. H. Accordingly, federal registration of The Freecycle Network's Marks is pending. *Id.*, ¶6.

10         The Freecycle Network gives its local groups permission to use the Marks for local

11  promotions of programs that encourage reusing, recycling, and gifting. *Id.*, ¶7. Accordingly,

12  The Freecycle Network's Marks are used to identify local recycling organizations which

13  participate within The Freecycle Network organization. *Id.* The Freecycle Network's Marks are

14  further used by The Freecycle Network to promote recycling of usable items within a

15  community. *Id.* Individual recyclers rely on the Marks to know that they are dealing with a local

16  organization affiliated with the well-known The Freecycle Network. *Id.*

17  **B.    Defendant Tim Oey**

18         Defendant was an active member of The Freecycle Network from early 2004 until late

19  2005. *Id.*, ¶8. During this time, Defendant held a variety of positions within The Freecycle

20  Network, one of which involved participating in an intellectual property working group tasked

21  with developing guidelines for protecting The Freecycle Network's intellectual property

22  (including The Freecycle Network's Marks). *Id.* In fact, Defendant vigorously defended The

23  Freecycle Network's rights to The Freecycle Network's Marks in public e-mail exchanges and

24  various Internet for a while he was a member of The Freecycle Network. *Id.* For example, in an

25  e-mail dated September 17, 2004, Defendant stated, in pertinent part, "Everyone in the Freecycle

26  network needs to protect the "Freecycle" trademark." *See* Complaint, Exh. A. Additionally,

27  Defendant prepared trademark protection guidelines in order to preserve The Freecycle

28  Network's Marks. Beal Decl., ¶8. In an e-mail dated January 5, 2005, he wrote a list of

- 3 -

1   guidelines entitled "How To Protect the Freecycle Trademark." *See* Complaint, Exh. B. In fact,

2   there is no doubt Defendant believed The Freecycle Network's Marks are valid and worthy of

3   protection. *See* Complaint, Exh. C ("…the Freecycle trademark…is real, Freecycle is using it,

4   and has the right to defend it to a degree even without registration").

5   **C.    Defendant's Unlawful Conduct and the Repercussions Therefrom**

6          On or around September 15, 2005, Defendant was asked to resign from his position at

7   The Freecycle Network due to behavior contrary to The Freecycle Network's mission. *See*

8   Complaint, Exh. D; *see also* Beal Decl., ¶9. Around this time, Defendant began to publicly

9   disagree with the validity of The Freecycle Network's Marks and started to encourage the

10  destruction of The Freecycle Network's Marks. *Id.* Specifically, Defendant has engaged in a

11  systematic campaign to destroy the value of The Freecycle Network's Marks. *Id.* To this end,

12  Defendant has intentionally made false statements about the validity of The Freecycle Network's

13  intellectual property, including the Marks. *Id.* These statements include assertions that The

14  Freecycle Network does not possess valid trademark rights in the Marks, assertions that at least

15  one of the Marks (specifically the FREECYCLE mark) is a generic term, and assertions that third

16  parties can freely use the Marks. For example, Defendant has stated, "…it is legal for everyone

17  to use the term freecycle…so have fun with it!" *See* Complaint, Exh. E. In a more bold

18  admission, Defendant stated "…I have encouraged people to use the term freecycle as a generic

19  term which would block The Freecycle Network (TFN), and all others, from holding a

20  trademark…." *See* Complaint, Exh. F. Furthermore, Defendant has encouraged others to misuse

21  the Marks by writing "…please contact all the freecycle groups in your state and surrounding

22  states to let them know that freecycle is a generic term…." *See* Complaint, Exh. G.

23         Additionally, Defendant has made false public assertions regarding The Freecycle

24  Network itself by stating that it is "doing bad things." *See id.* Despite requests from The

25  Freecycle Network to cease from such false assertions, Defendant continues to misuse the Marks

26  and make false, public statements. Beal Decl., ¶9. Moreover, Defendant has indicated publicly

27  that his campaign against The Freecycle Network is intentional and motivated by malice. For

28

- 4 -

1  example, Defendant has urged other to "[d]rive [The Freecycle Network] nuts." *See* Complaint,

2  Exh. G.

3      As a direct result of Defendant's on-going campaign to destroy the value of The

4  Freecycle Network's Marks and cause damage to The Freecycle Network, The Freecycle

5  Network has already lost a significant portion of its corporate sponsorship. Beal Decl., ¶10.

6  Additionally, The Freecycle Network is being irreparably harmed as it is has lost, and continues

7  to lose, the goodwill and reputation associated with the Marks. *Id.*

## III.    ARGUMENT

9      As this Court is aware, to prevail upon a motion for temporary or preliminary injunctive

10  relief, the moving party must show either (1) a combination of probable success and the

11  possibility of irreparable harm, or (2) that serious questions are raised and the balance of

12  hardships tips in its favor. *See* Brookfield Comms., Inc. v. West Coast Entm't Corp., 174 F.3d

13  1036, 1046 (9th Cir. 1999) (granting preliminary injunction in favor of trademark owner); *see*

14  *also* Metro Publ'g Ltd. v. San Jose Mercury News, 987 F.2d 637, 639 (9th Cir. 1993); Fed.

15  Deposit Ins. Corp. v. Garner, 125 F.3d 1272, 1277 (9th Cir. 1997).[3] The two elements are not

16  separate tests, but rather opposite ends of a single "continuum in which the required showing of

17  harm varies inversely with the required showing of meritoriousness." San Diego Comm. Against

18  Registration & the Draft v. Governing Board of the Grossmont Union High Sch. Dist., 790 F.2d

19  1471, 1473 n.3 (9th Cir. 1986) (citation omitted).

20      Because The Freecycle Network is likely to succeed on the merits and will suffer

21  irreparable harm if a temporary restraining order does not issue against Defendant, and because

22  the balance of hardships tips sharply in The Freecycle Network's favor, The Freecycle

23  Network's *ex parte* motion should be granted.

24  **A.    The Freecycle Network is Likely to Prevail on the Merits of Its Claims**

25

26

27      [3] The standard for issuing a temporary restraining order is substantially the same as the standard for issuing a preliminary injunction. *See* Stuhlbarg Int'l Sales Co. v. John D. Brush &

28  Co., 240 F.3d 832, 839 n.7 (9th Cir. 2001).

- 5 -

1    To obtain injunctive relief, The Freecycle Network need not show that *it will necessarily*

2  *prevail on the merits*, only that there is a *reasonable probability* of success. Dogloo, Inc. v.

3  Doskocil Mfg. Co., Inc., 893 F.Supp. 911, 917 (C.D.Cal. 1995) citing Gilder v. PGA Tour, Inc.,

4  936 F.2d 417, 422 (9th Cir. 1991); *see also* Wilson v. Watt, 703 F.2d 395 (9th Cir. 1983). This

5  standard has been interpreted to mean a "fair chance of success on the merits." Johnson v.

6  California State Bd. of Accountancy, 72 F.3d 1427, 1430 (9th Cir. 1995); Benda v. Grand Lodge

7  of IAM, 584 F.2d 308, 315-16 (9th Cir. 1978). As detailed below, The Freecycle Network has

8  more than a fair chance of success on the merits.

9

10    1.    **The Freecycle Network is Likely to Succeed on the Merits of its**
          **Contributory Trademark Infringement Cause of Action**

11

12    One branch of contributory infringement encompasses instances when a defendant

13  "intentionally induces a third party to infringe the plaintiff's mark...." Lockheed Martin Corp.

14  v. Network Solutions, Inc., 194 F.3d 980, 983-84 (9th Cir. 1999). Indeed, the Supreme Court

15  has left little doubt that one who induces another to infringe a trademark will be liable for

16  contributory infringement. Sealy, Inc. v. Easy Living, Inc., 743 F.2d 1378, 1382 (9th Cir. 1984);

17  *see also* Inwood Labs., Inc. v. Ives Labs., Inc., 456 U.S. 844, 853-54 (1982) (stating that "if a

18  manufacturer or distributor intentionally induces another to infringe a trademark...the

19  manufacturer or distributor is contributorily responsible....").

20    Here, Defendant has intentionally induced third parties to infringe the Marks by

21  encouraging misuse of the Marks, and by writing in numerous e-mails and postings that the

22  Marks are not valid, and that The Freecycle Network's claim to them is erroneous. As described

23  above, Defendant's inducement includes intentionally erroneous assertions that The Freecycle

24  Network's Marks are generic and may be freely used by others. *See* Complaint, Exh. E ("...it is

25  legal for everyone to use the term freecycle...so have fun with it!"), Exh. F ("...I have

26  encouraged people to use the term freecycle as a generic term which would block The Freecycle

27  Network (TFN), and all others, from holding a trademark...."), Exh. G ("...please contact all the

28  freecycle groups in your state and surrounding states to let them know that freecycle is a generic

- 6 -

term…."). If individuals and entities other than The Freecycle Network begin freely using the Marks in relation to services other than those offered by The Freecycle Network, this will inevitably result in a likelihood of confusion as to the origin of the services. As further detailed above, Defendant's systematic campaign to intentionally destroy The Freecycle Network's intellectual property has resulted in a loss of good will and reputation, as well as a loss in corporate sponsorship. Beal Decl., ¶10.

Given Defendant's own admissions that (1) he has encouraged others to misuse and infringe The Freecycle Network's Marks, (2) he has told others that The Freecycle Network has no right to The Freecycle Network's Marks, and (3) he has organized a coordinated attack on The Freecycle Network's Marks which is resulting in massive infringement and damage, there is no doubt that The Freecycle Network will succeed on its claim for contributory trademark infringement.

2.      **The Freecycle Network is Likely to Succeed on the Merits of its Trademark Disparagement Claim**

To prevail on its claim for trademark disparagement, the Freecycle Network is required to establish that (i) Defendant made a false statement in regard to The Freecycle Network; (ii) that this false statement was made with malice; and (iii) that The Freecycle Network suffered special damages as a result of the false statement. Big O Tire Dealers, Inc. v. The Goodyear Tire & Rubber Co., 561 F.2d 1365, 1373-74 (10th Cir. 1977).

Here, Defendant has intentionally made numerous false statements about The Freecycle Network's intellectual property, including The Freecycle Network's Marks. These statements include open assertions that the Marks are generic, and that The Freecycle Network does not possess valid rights in these Marks. See Complaint, Exh. E ("…it is legal for everyone to use the term freecycle…so have fun with it!"), Complaint, Exh. F ("…I have encouraged people to use the term freecycle…"). These statements are undoubtedly false because The Freecycle Network owns valid rights in the Marks which cannot freely be infringed by the public at large. As stated

- 7 -

1  above, the PTO has recognized the validity of The Freecycle Network's FREECYCLE

2  trademark by approving it for publication on the Principal Register. Beal Decl., ¶6, Exh. C.

3          Additionally, there is no doubt that Defendant acted with malice in attempting to

4  disparage the Marks. In fact, Defendant admits his malicious intent by acknowledging that his

5  goal is to "block The Freecycle Network (TFN), and all others, from holding a trademark...."

6  Complaint, Exh. F. Similarly, Defendant admits that his intention is to "[d]rive [The Freecycle

7  Network] nuts." Complaint, Exh. G.

8

9          Furthermore, The Freecycle Network has and will continue to suffer significant

10  irreparable harm due to Defendant's malicious, false statements. These special damages include,

11  but are not limited to, a loss of goodwill, decreased membership in The Freecycle Network, loss

12  of potential corporate sponsorship, and potential loss of intellectual property rights in The

13  Freecycle Network's Marks. *See* Beal Decl., ¶10.

14

15          As such, The Freecycle Network will succeed on the merits on its trademark

16  disparagement claim. And importantly, it appears that Defendant will continue to recklessly

17  disparage The Freecycle Network's Marks with malice unless restrained by this Court.

18          3.      **The Freecycle Network is Likely to Succeed on the Merits of its
                    Injurious Falsehood Claim**

19

20          Injurious falsehood entails an intentional publication of an injurious falsehood

21  disparaging another's property. *See* Gee v. Pima County, 126 Ariz. 116, 116 (Ariz.Ct.App.

22  1980). Generally, injurious falsehood is the publication of matter derogatory to the plaintiff's

23  business which is calculated to prevent others from dealing with him. *See* Western Techs., Inc.

24  v. Sverdrup & Parcel, Inc., 154 Ariz.1, 4 (Ariz.Ct.App. 1986). To prevail on its claim for

25  injurious falsehood, The Freecycle Network must show (i) that Defendant published an injurious

26  falsehood to a third party; (ii) that Defendant knew of the falsity of its statement; (iii) that

27  Defendant made an effort to dissuade a third party from dealing with The Freecycle Network;

28  and (iv) that Defendant's actions resulted in a pecuniary loss to The Freecycle Network.

- 8 -

1  <u>Fillmore v. Maricopa Water Processing Systems, Inc.</u>, 211 Ariz. 269 (2005) citing <u>Western</u>

2  <u>Techs.</u>, 154 Ariz. at 4.

3      As describe above, Defendant has published numerous false statements concerning The

4  Freecycle Network and its Marks.  *See* Complaint, Exh. E ("...it is legal for everyone to use the

5  term freecycle...so have fun with it!"), Complaint, Exh. G ("[The Freecycle Network] are doing

6  bad things").  Additionally, given Defendant's prior acknowledgement that "...the Freecycle

7  trademark [] ...is real, Freecycle is using it, and has the right to defend it to a degree even

8  without registration" (*see* Complaint, Exh. C), it is clear that Defendant has actual knowledge of

9  the falsity of his statements.  Defendant cannot now be permitted to make the Marks generic by

10 encouraging others to destroy the distinctiveness simply because he no longer wants the Marks to

11 be enforced.

12     Furthermore, in intentionally trying to prevent The Freecycle Network from retaining its

13 valid trademark rights (*see* Complaint, Exh. F, ". .I have encouraged people to use the term

14 freecycle as a generic term which *would block The Freecycle Network (TFN), and all others,*

15 *from holding a trademark....*" (emphasis added)), Defendant is attempting to terminate The

16 Freecycle Network's contracts and relationships with its corporate sponsors.  *See* Beal Decl, ¶10.

17 Because corporate sponsorship is the sole source of funding for The Freecycle Network to

18 continue its work both nationally and internationally, Defendant's intentional interference with

19 such agreements, and an ultimate dissolution of the agreements, would result in a devastating

20 pecuniary loss for The Freecycle Network.

21

22

23

24

25

26

27

28

[BYe61010 158]

4.    **The Freecycle Network is Likely to Succeed on the Merits of its Defamation Claim**

The crux of a defamation claim under Arizona law is whether the statement makes or implies a provable false assertion of fact. *See* <u>Miller v. Servicemaster By Rees</u>, 174 Ariz. 518, 520 (Ariz.Ct.App. 1993). To prevail on such a claim, The Freecycle Network must establish (i) a false and defamatory statement made by Defendant concerning The Freecycle Network; (ii) a nonprivileged publication of that false statement to a third party; (iii) at least negligence on the part of the Defendant; (iv) and harm to The Freecycle Network as a result of the false statement. *Id.*

As set forth above, Defendant has made, and continues to make, false public statements concerning The Freecycle Network and its Marks. *See* Complaint, Exh. E ("...it is legal for everyone to use the term freecycle...so have fun with it!"), Complaint, Exh. G ("[The Freecycle Network] are doing bad things"). Additionally, Defendant was not given permission to make such assertions, and was specifically asked to stop making these false, public assertions. Indeed, Defendant has no right whatsoever to publish these statements. *See* Beal Decl., ¶9. Further, given Defendant's prior acknowledgement that "...the Freecycle trademark [] ...is real, Freecycle is using it, and has the right to defend it to a degree even without registration" (*see* Complaint, Exh. C), it is clear that Defendant now makes these false assertions with actual knowledge (not just mere negligence) of the falsity of the statement.

Finally, there can be no doubt that The Freecycle Network is suffering harm from the negative repercussions of Defendant's false statements. The goodwill of the Marks is being eroded, and Defendant's false statements are harming the reputation of The Freecycle Network. Moreover, The Freecycle Network has already suffered a reduction in corporate sponsorship. Beal Decl , ¶10. Accordingly, there is more than a reasonable probability that The Freecycle Network will succeed on its claim of defamation

- 10 -

**B.    The Irreparable Harm to The Freecycle Network Strongly Favors Issuing a Temporary Restraining Order**

It is well established in this Circuit that in cases under the Lanham Act, once a plaintiff establishes likelihood of success on the merits, there arises a presumption that the plaintiff will suffer irreparable harm unless an injunction is entered. *See* Brookfield, 174 F.3d at 1066; *see also* El Pollo Loco, Inc. v. Hashim, 316 F.3d 1032, 1038 (9th Cir. 2003) (quoting GoTo.com, Inc. v. Walt Disney Co., 202 F.3d 1199, 1205 n.4 (9th Cir. 2000)) ("[i]n a trademark infringement claim, 'irreparable injury may be *presumed* from a showing of likelihood of success on the merits.'") (emphasis added). Given The Freecycle Network's strong showing of a likelihood of success on the merits, this presumption is sufficient to support entry of an immediate injunction.

However, even without the presumption, there is more than enough evidence that The Freecycle Network will suffer irreparable harm unless Defendant is immediately enjoined from inducing others to infringe upon The Freecycle Network's Marks. As stated above, here Defendant publicly announced his intention to infringe The Freecycle Network's Marks and encouraged others to do so. Among other examples, Defendant has publicly stated "...I have encouraged people to use the term freecycle as a generic term which would block The Freecycle Network (TFN), and all others, from holding a trademark...." *See* Complaint, Exh. F. Additionally, Defendant has intentionally, knowingly, and maliciously made false and defamatory statements about The Freecycle Network and its Marks. *See, e.g.*, Complaint, Exh. G ("[The Freecycle Network] is doing bad things."). Further, Defendant has publicly admitted that he has chosen to pursue this course of action in order to "[d]rive [The Freecycle Network] nuts." *See id.*

Such conduct is detrimental to the reputation and goodwill of the distinctive Marks, developed over years of using The Freecycle Network's Marks to identify its reusing, recycling and gifting efforts. Moreover, Defendant's actions (as he himself admits) are aimed at destroying the value of The Freecycle Network's Marks. *See* Complaint, Exhs. E, F, and G. Furthermore, as stated above, The Freecycle Network has already suffered a decrease in

- 11 -

1    corporate sponsorship and faces the possibility of a complete withdrawal of all such sponsorship

2    due to Defendant's defamation campaign. Accordingly, it is clear that The Freecycle Network is

3    suffering, and will continue to suffer, irreparable harm as a result of Defendant's conduct. *See,*

4    *e.g.,* Rent-A-Center, Inc. v. Canyon Television & Appliance Rental, Inc., 944 F.2d 597, 603 (9th

5    Cir. 1991) (stating that "[d]amage to...goodwill qualif[ies] as irreparable harm.")

6        In contrast to the irreparable harm faced by The Freecycle Network as a result of

7    Defendant's contributory infringement of The Freecycle Network's Marks, there is no potential

8    harm to Defendant. As detailed below, Defendant will not be any less able to engage in and

9    promote legitimate reusing, recycling, and gifting efforts, even if it cannot utilize The Freecycle

10   Network's Marks. Additionally, there will be no chilling effect to Defendant's right to free

11   speech; all that The Freecycle Network is seeking is to prevent Defendant from making

12   defamatory statements that are detrimental to its hard-earned reputation and the goodwill of The

13   Freecycle Network's distinctive Marks.

14       In short, the irreparable harm that The Freecycle Network will sustain absent an

15   immediate injunction far outweighs any inconvenience that Defendant may experience, and

16   therefore, a temporary restraining order and preliminary injunction should be granted in The

17   Freecycle Network's favor.

18   **C.    The Balance of Hardships Weighs Strongly in Favor of The Freecycle**
         **Network**

19

20       Although there is no defined test for determining the balance of hardships, the Ninth

21   Circuit has looked to the goodwill and reputation embodied in a trademark as relevant factors

22   that affect the balance. *See* Dr. Seuss Enters., L.P. v. Penguin Books USA, Inc., 109 F.3d 1394,

23   1406 (9th Cir. 1997). As detailed above, The Freecycle Network has suffered, and continues to

24   suffer, significant loss of goodwill and reputation due to Defendant's intentional inducement of

25   others to infringe upon The Freecycle Network's distinctive Marks. Additionally, the Freecycle

26   Network faces the possibility of losing its corporate sponsorship. Beal Decl., ¶10 In contrast to

27   the irreparable harm caused to The Freecycle Network should Defendant be allowed to continue

28   his infringing activity, the proposed temporary restraining order and preliminary injunction will

- 12 -

MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING
ORDER AND MOTION FOR PRELIMINARY INJUNCTION

[0\\x•0I0I0 156]

1    cause Defendant only minimal inconvenience.  In particular, Defendant will, in no way, be

2    prevented from engaging in further promotion of reusing, recycling, and gifting efforts even if he

3    cannot utilize The Freecycle Network's Marks.  If this Court grants The Freecycle Network's

4    request for a preliminary injunction and temporary restraining order, Defendant will only be

5    prohibited from making false and defamatory statements that affect the hard-earned reputation

6    and goodwill of The Freecycle Network and its distinctive Marks.  The Freecycle Network asks

7    only that Defendant be enjoined from intentionally misusing The Freecycle Network's Marks in

8    public fora, and from inducing others to do so with improper and tortious statements and

9    conduct.  Accordingly, The Freecycle Network requests that the Court grant a temporary

10   restraining order and preliminary injunction in its favor.

11   **D.    The Freecycle Network is Entitled to a Temporary Restraining Order**

12        A temporary restraining order is designed to preserve the status quo and prevent

13   irreparable injury until a Court can conduct a preliminary injunction hearing.  *See* Granny Goose

14   Foods, Inc. v. Bhd. of Teamsters, 415 U.S. 423, 439 (1974).  Accordingly, The Freecycle

15   Network has moved for a temporary restraining order covering the time between a hearing on

16   that request and a hearing on its motion for a preliminary injunction.

17        Because a temporary restraining order burdens a defendant less than a preliminary

18   injunction, the standard for issuing a temporary restraining order is equally or less stringent than

19   that for the granting of a preliminary injunction.  *See* Stuhlbarg Int'l Sales Co. v. John D. Brush

20   & Co., 240 F.3d 832, 839 n.7 (9th Cir. 2001).  For the reasons explained above, The Freecycle

21   Network meets the requirements for a preliminary injunction, and is therefore entitled to a

22   temporary restraining order covering the time until the Court is able to schedule a hearing on the

23   motion for a preliminary injunction.

24

25

26

27

28

- 13 -

MEMORANDUM OF POINTS AND AUTHORITIES IN
SUPPORT OF *EX PARTE* MOTION FOR TEMPORARY RESTRAINING
ORDER AND MOTION FOR PRELIMINARY INJUNCTION

[BN-616161158]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IV.    CONCLUSION

For the foregoing reasons, The Freecycle Network respectfully requests that this Court grant its *Ex Parte* Motion for Temporary Restraining Order and Motion for Preliminary Injunction.

Dated: April 19, 2006

DeCONCINI McDONALD YETWIN
& LACY, P.C. & PERKINS COIE LLP


By: _____ */s/*

Attorneys for Plaintiff
The Freecycle Network, Inc.

- 14 -

Memorandum of Points and Authorities in
Support of *Ex Parte* Motion for Temporary Restraining
Order and Motion for Preliminary Injunction

# Exhibit F

FreecycleSunnyvale Request for Judicial Notice

Case No. C06-00324 CW
United States District Court
Northern District of California

44020108

FILED _____ LODGED
RECEIVED _____ COPY

APR 2 4 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

THE FREECYCLE NETWORK, INC.,
an Arizona non-profit organization,

        Plaintiff,

v.

TIM OEY, an individual,

        Defendant.

) CASE NO. 06-CV-00173-RCC
)
) [PROPOSED]
) ORDER GRANTING THE FREECYCLE
) NETWORK, INC.'S *EX PARTE* MOTION
) FOR    TEMPORARY    RESTRAINING
) ORDER
)
) Date:    April 24, 2006
) Time:    2:00 p.m.
) Before:    Hon. Raner C. Collins
) Location:    Courtroom 5B
)

Upon considering Plaintiff The Freecycle Network, Inc.'s ("The Freecycle Network")

*Ex Parte* Motion for Temporary Restraining Order ("Motion"), the Court having considered

the materials and arguments presented to the Court in connection with the Motion, and it

appearing from those materials and arguments that:

    1.    Defendant Tim Oey ("Defendant" or "Oey") has induced infringement of The

Freecycle Network's intellectual property, including its trademarks.

    2.    Defendant has disparaged the Freecycle Network's intellectual property,

including its trademarks.

    3.    Defendant has disseminated false and misleading statements regarding The

Freecycle Network and its intellectual property, including its trademarks.

    4.    Defendant's conduct is causing immediate and irreparable harm to The

*Counsel, RCC,* Copies _____ ed

1

1  Freecycle Network's reputation, its ability to protect its trademarks, its goodwill, and its

2  ability to retain corporate sponsorship, and will continue to cause such immediate and

3  irreparable harm unless and until Defendant is temporarily restrained and enjoined from

4  continuing the acts complained of in the Motion.

5      IT IS HEREBY ORDERED that The Freecycle Network's Motion is granted as

6  follows:

7      Pursuant to Federal Rule of Civil Procedure 65, Defendant and his agents, servants

8  and employees and those persons in active concert and participation with Defendant who

9  received actual notice of this Temporary Restraining Order, are restrained and enjoined from

10  directly or indirectly inducing infringement of The Freecycle Network's intellectual property,

11  including its trademarks or any variation or imitation thereof, disparaging The Freecycle

12  Network's intellectual property, including its trademarks or any variation or imitation

13  thereof, and from disseminating false and misleading statements regarding The Freecycle

14  Network and its intellectual property, including its trademarks or any variation or imitation

15  thereof, for a period of time not to exceed ten (10) days, pending further briefing and oral

16  argument in this Court by The Freecycle Network's concurrently filed Motion for

17  Preliminary Injunction..

18      Dated this 24 day of April, 2006.

19

20

21

22  Presented by:
   DeConcini McDonald Yetwin & Lacy, P.C.
23  & Perkins Coie LLP

   By: _____/s/_____
24      Attorneys for Plaintiff
       The Freecycle Network, Inc.

25  I:\files\docs\FREE11\260449\PLDG\FD7048.WPD

26                                2

# Exhibit G

FreecycleSunnyvale Request for Judicial Notice

Case No. C06-00324 CW
United States District Court
Northern District of California

44020108



## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

(CIVIL ORDER - MINUTE ENTRY)

Case No.:    CIV 06-173-TUC-RCC          Date:  April 24, 2006

Title:    The Freecycle Network v. Tim Oey

### HONORABLE RANER C. COLLINS

The Court has granted Plaintiff a Temporary Restraining Order pursuant to Rule 65(b) Fed.R.Civ.P. A hearing on whether the Court shall grant a preliminary injunction is set for **Tuesday, May 9, 2006, at 3:00 p.m.**

Raner C. Collins
United States District Judge

Counsel, RCC

# Exhibit H

FreecycleSunnyvale Request for Judicial Notice

Case No. C06-00324 CW
United States District Court
Northern District of California

DeCONCINI McDONALD
 YETWIN & LACY, P.C.
2525 East Broadway, Suite 200
Tucson, Arizona 85716-5300
Telephone: 520-322-5000
Facsimile: 520-322-5585
LISA ANNE SMITH, AZ Bar No. 016762
(lsmith@dmyl.com)
SHEFALI MILCZAREK-DESAI, AZ Bar No. 021237
(smdesai@dmyl.com)

PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
(Admitted pro hac vice)
PAUL J. ANDRE, CA Bar No. 196585
(pandre@perksincoie.com)
LISA KOBIALKA, CA Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, CA Bar No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN BOYLE, CA Bar No. 238128
(sboyle@perkinscoie.com)

Attorneys for Plaintiff
THE FREECYCLE NETWORK, INC.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization, <br><br>            Plaintiff, <br><br> v. <br><br> TIM OEY and JANE DOE OEY, <br><br>            Defendants. | CASE NO. 06-CV-00173-RCC <br><br> **DECLARATION OF ESHA BANDYOPADHYAY IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S _EX PARTE_ MOTION FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH TEMPORARY RESTRAINING ORDER AND SANCTIONS** <br><br> Date:       May 9, 2006 <br> Time:       3:00 p.m. <br> Before:     Honorable Raner C. Collins <br> Location:   Courtroom 5B |

I, ESHA BANDYOPADHYAY, declare:

1.      I am an attorney with the law firm of Perkins Coie LLP, counsel of record for plaintiff The Freecycle Network, Inc. ("The Freecycle Network"). I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2.      On April 24, 2006, this Court granted The Freecycle Network's *Ex Parte* Motion for Temporary Restraining Order. Specifically, this Court ordered that defendant Tim Oey ("Defendant" or "Oey") and his agents, servants and employees and those persons in active concert and participation with Oey are "restrained and enjoined from directly or indirectly inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof." Attached to this Declaration as Exhibit 1 is a true and correct copy of the April 24, 2006 Order Granting The Freecycle Network's *Ex Parte* Motion for Temporary Restraining Order ("Order").

3.      On April 28, 2006, I wrote to counsel for Oey, indicating that Oey had refused and failed to comply with this Court's Order, and requesting that Oey immediately comply with this Court's Order. Attached to this declaration as Exhibit 2 is a true and correct copy of my April 28, 2006, letter to Ian Feinberg (without attachments). With my letter, I included a posting from the Yahoo! group FCNext, moderated by Oey, in which Oey encourages others to infringe upon The Freecycle Network's trademarks and disparages the marks. Attached to this Declaration as Exhibit 3 is a true and correct copy of the posting from the Yahoo! group FCNext.

4.      On May 1, 2006, I received a response from Mr. Dennis Corgill of Mr. Feinberg's office, indicating that their firm is not representing Oey as an individual. Attached to this declaration as Exhibit 4 is a true and correct copy of Mr. Corgill's May 1, 2006 letter.

5.      On May 2, 2006, I wrote to Oey's local counsel, reiterating that Oey had refused and failed to comply with this Court's Order, and requesting that Oey immediately comply with

this Court's Order. Attached to this declaration as Exhibit 5 is a true and correct copy of my May 2, 2006, letter to Ashley Lynn Kirk. With my letter, I included a copy of the posting discussed above.

6.    To date, Oey's posting on the Yahoo! group FCNext encouraging others to misuse The Freecycle Network's trademarks remains posted on the Yahoo! group. Attached to this Declaration as Exhibit 6 is a true and correct copy of the posting from the Yahoo! group FCNext with a date stamp of May 2, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Menlo Park, California on May 2, 2006.


By: _____/s/_____
          Esha Bandyopadhyay

          Attorney for Plaintiff
          The Freecycle Network, Inc.

- 3 -

# EXHIBIT 1



FILED ___ LODGED
RECEIVED ___ COPY

APR 2 4 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization, | ) CASE NO. 06-CV-00173-RCC |
| | ) |
| Plaintiff, | ) [PROPOSED] |
| | ) ORDER GRANTING THE FREECYCLE |
| v. | ) NETWORK, INC.'S *EX PARTE* MOTION |
| | ) FOR TEMPORARY RESTRAINING |
| TIM OEY, an individual, | ) ORDER |
| | ) |
| Defendant. | ) Date:      April 24, 2006 |
| | ) Time:      2:00 p.m. |
| | ) Before:    Hon. Raner C. Collins |
| | ) Location:  Courtroom 5B |

Upon considering Plaintiff The Freecycle Network, Inc.'s ("The Freecycle Network") *Ex Parte* Motion for Temporary Restraining Order ("Motion"), the Court having considered the materials and arguments presented to the Court in connection with the Motion, and it appearing from those materials and arguments that:

1. Defendant Tim Oey ("Defendant" or "Oey") has induced infringement of The Freecycle Network's intellectual property, including its trademarks.

2. Defendant has disparaged the Freecycle Network's intellectual property, including its trademarks.

3. Defendant has disseminated false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks.

4. Defendant's conduct is causing immediate and irreparable harm to The

Counsel, RCC, Copies ......ed,        1

1  Freecycle Network's reputation, its ability to protect its trademarks, its goodwill, and its

2  ability to retain corporate sponsorship, and will continue to cause such immediate and

3  irreparable harm unless and until Defendant is temporarily restrained and enjoined from

4  continuing the acts complained of in the Motion.

5      IT IS HEREBY ORDERED that The Freecycle Network's Motion is granted as

6  follows:

7      Pursuant to Federal Rule of Civil Procedure 65, Defendant and his agents, servants

8  and employees and those persons in active concert and participation with Defendant who

9  received actual notice of this Temporary Restraining Order, are restrained and enjoined from

10  directly or indirectly inducing infringement of The Freecycle Network's intellectual property,

11  including its trademarks or any variation or imitation thereof, disparaging The Freecycle

12  Network's intellectual property, including its trademarks or any variation or imitation

13  thereof, and from disseminating false and misleading statements regarding The Freecycle

14  Network and its intellectual property, including its trademarks or any variation or imitation

15  thereof, for a period of time not to exceed ten (10) days, pending further briefing and oral

16  argument in this Court by The Freecycle Network's concurrently filed Motion for

17  Preliminary Injunction..

18      Dated this 24 day of April, 2006.

19

20

21

22  Presented by:
   DeConcini McDonald Yetwin & Lacy, P.C.
23  & Perkins Coie LLP

24  By: _____/s/_____
        Attorneys for Plaintiff
25      The Freecycle Network, Inc.

   I:\files\docs\FREE11\260449\PLDG\FD7048.WPD
26

# EXHIBIT 2

Bandyopadhyay Declaration in Support of *Ex Parte* Motion for
Order to Show Cause Against Defendant Tim Oey Regarding
Contempt Due to Failure to Comply with Temporary Restraining
Order and Sanctions



Esha Bandyopadhyay
PHONE: 650.838.4355
FACSIMILE: 650.838.4555
EMAIL: ebandyopadhyay@perkinscoie.com

101 Jefferson Drive
Menlo Park, CA 94025-1114
PHONE: 650.838.4300
FAX: 650.838.4350
www.perkinscoie.com

April 28, 2006

**Via Facsimile (650-331-2060) and U.S. Mail**

Ian N. Feinberg
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

Re:    *The Freecycle Network, Inc. v. Tim Oey*, Case No. 06-CV-00173-RCC

Dear Ian:

I am writing to address your client Tim Oey's ("Mr. Oey") failure to comply with the Court's Order Granting The Freecycle Network, Inc.'s *Ex Parte* Motion for Temporary Restraining Order ("Order") in the above-captioned case. As you are aware, the Court has specifically ordered that Mr. Oey and his agents, servants and employees and those persons in active concert and participation with Mr. Oey are "restrained and enjoined from directly or indirectly inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof."

It has been brought to our attention that Mr. Oey has failed to comply with the Court's order, and continues to engage in activity from which he has been restrained and enjoined on at least the following Web sites: Mr. Oey's home page, located at http://oeyweb.com/timoey/, Mr. Oey's Web log ("blog"), located at http://www.blogger.com/profile/19380816, the Yahoo! group FreecycleSunnyvale, located at http://groups.yahoo.com/group/freecyclesunnyvale/, the Yahoo! group SunnyvaleFree, located at http://groups.yahoo.com/group/sunnyvalefree/, and the Yahoo! group FCNext, located at http://groups.yahoo.com/group/fcnext/. Copies of these Web pages and/or posts from these Web pages are hereby attached for your convenience.

Since Mr. Oey has the ability to remove or modify the above-mentioned Web sites, or posts contained on these Web sites, we request that Mr. Oey immediately comply with the Court's order by removing the aforementioned Web sites, or postings contained on these Web sites, and any other similar publications or Web pages. Should Mr. Oey fail to comply

[/BY061180.096]

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
Perkins Coie LLP and Affiliates

Ian N. Feinberg
MAYER, BROWN, ROWE & MAW LLP
April 28, 2006
Page 2

with the Court's Order immediately, we will have no choice but to request relief from the Court.

   We look forward to your anticipated cooperation. Please feel free to contact me should you have any questions or concerns regarding this or any other matter.

        Very truly yours,

        Esha Bandyopadhyay

EB:ls

Enclosures

# EXHIBIT 3

fcnext : Message: Let your voices be heard...

Yahoo! My Yahoo! Mail   Make Yahoo! your home page

# YAHOO! GROUPS
Real people. Real questions. Real answers.

Sign In
New User? Sign Up

Search
the Web [ ]

Groups Home - Help

## fcnext · Free Recycling - The Next Generation

Home
Messages

**Members Only**
Post
Chat
Files
Photos
Links
Database
Polls
Calendar
Promote

Already a member?
Sign in to Yahoo!

**Yahoo! Groups Tips**
Did you know...
Commiserate with other
parents. Find a Parents

### Messages

Messages Help

Message # [ ]   Search: [ ]   [Search]

Up Thread | Message Index | View Source | Unwrap Lines

**Message 3171** of 5309   < Previous | Next >

**From:** Tim Oey <timoey@...>
**Date:** Thu Feb 23, 2006 5:55 pm
**Subject:** Let your voices be heard...

reduce_reuse...
Offline
Send Email

[Reply]

[Forward]

Many of us know that TFN is already a bit crazy in trying to clamp down on free
speech freedoms, but now is a great time to further the cause and keep freecycle
free for everyone forever (and drive TFN even crazier).

What you can do on your own:

1) Using TFN's directory, please contact all the freecycle groups in your state
and surrounding states to let them know that freecycle is a generic term. Ask
them to visit http://greenribbon.us for more information. There is no need to be
that organized about it but if you think you have a state well covered, please
post a note to fcnext. You'll need to dribble the mails out a few at a time and
by as many people as possible to get around Yahoo's intricate group owner spam
catchers. Make all your emails unique -- don't repeat exactly the same contents
or subject, etc.

2) If you currently have a group within TFN, either take it out of TFN and tell
all your members that freecycling should stay free or do comply initially with

fcnext : Message: Let your voices be heard...

Page 2 of 3

Group.

**Yahoo! 360°**

Keep connected to
your friends and
family through blogs,
photos and more.
Create your own 360°
page now.

TFN's request so that your group is not deleted but then later sprinkle
freecycling around your group and other groups so the free grassroots movement
continues to be free (this is likely to really drive TFN nuts). Let more people
know about http://greenribbon.us

3) Do give TFN GOAs a hard time because they are doing bad things by limiting
free speech. Free speech is very important. Let everyone know that TFN does not
need to control freecycling for TFN to be successful.

4) Get your freecycling is free statements to Eric for posting on
http://greenribbon.us

5) Let others know that freecycling is a wonderful thing that people can do via
Google, Craigslist, Yahoo Groups, any email list, or however they wish -- even
just leaving stuff out on the curb with a "Free" or "Freecycle this" note
attached.

Spread the word and let the word be free.

Enjoy!

Cheers,
Tim

| Replies | | Author | Date |
|---|---|---|---|
| 3190 | **Re: Let your voices be heard...** I don't think any of that is a good idea. Why not let the courts decide it? By... | If I told ya..... belhaven_lass | Feb 24, 2006 1:18 am |
| 3314 | **Re: Let your voices be heard...** Hi Lass, The courts will get to it eventually. How is encouraging others to... | Tim Oey reduce_reuse... | Feb 27, 2006 7:00 am |
| 3336 | **Re: Let your voices be heard...** | xtina (freecycle mode... | Feb 27, 2006 1:11 pm |

fcnext : Message: Let your voices be heard...

Page 3 of 3



i second tim's post...educating others is a necessity in any grassroots ...

existentialista
⊗ ⊠

**Re: Let your voices be heard...**
I think I've made my intent known when it comes to FreeSpeech :-) FreeCyco ... ...

Free cycle Recycle
freecycos
⊗ ⊠

Feb 27, 2006
2:47 pm

3348

[Reply]    [Forward]

**Message 3171** of 5309  < Previous | Next >

Up Thread | Message Index | View Source | Unwrap Lines

Message #[____]    Search: [____]

**YAHOO! SPONSOR RESULTS**

Target.com: Blue Ribbon - Blue ribbon online. Save 10% - 20% at Target.com.
www.target.com

Blue Ribbon for Gift Wrapping - Blue ribbon plus many other assorted colors and sizes of gift wrapping ribbons, bows and raffia.
www.buygiftribbon.com

Blue Ribbon Design - Letterpress greeting cards, invitations and announcements.
www.blueribbondesign.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

# EXHIBIT 4



**MAYER BROWN ROWE & MAW**

May 1, 2006

<u>VIA FACSIMILE (650.838.4350) and U.S. MAIL</u>

Esha Bandyopadhyay
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

Main Tel (650) 331-2000
Main Fax (650) 331-2060
www.mayerbrownrowe.com

Dennis S. Corgill
Direct Tel (650) 331-2058
Direct Fax (650) 331-4558
dcorgill@mayerbrownrowe.com

Re:    *The Freecycle Network, Inc. v. Tim Oey and
       Jane Doe Oey*

Dear Esha:

This letter responds to your letter dated April 28, 2006, concerning Tim Oey and the temporary
restraining order issued by Judge Collins on April 24, 2006 ("TRO").

First, please understand that we represent FreecycleSunnyvale. We do not represent Tim Oey as
an individual.

Second, as counsel for FreecycleSunnyvale, we can assure you that FreecycleSunnyvale and its
members intend to comply fully with the TRO.

Third, as counsel for FreecycleSunnyvale, we disagree with your interpretation of the TRO. The
TRO requires Tim Oey and persons who participate with him to refrain from future conduct.
The TRO does not compel action or apply to past conduct. TFN knew about all of the internet
postings attached to your letter before TFN filed its lawsuit in Arizona, but TFN failed to draft a
proposed order that compels any action with respect to the TRO.

Fourth, on review, we do not understand how any of the contents of the attachments to your
letter, even if attributed FreecycleSunnyvale, violate the TRO. We would appreciate your help
in identifying which portions of which attachments violate which specific portions of the TRO.

I look forward to your response and to cooperating with you to assure that FreecycleSunnyvale
and its members comply with the TRO. Or, we would be happy to take this matter up with Judge
Collins before the hearing scheduled for May 9, 2006.

Very truly yours,

*Denis S Corgill*

Dennis S. Corgill

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.
44020055

# EXHIBIT 5

Esha Bandyopadhyay
PHONE: 650.838.4355
FACSIMILE: 650.838.4555
EMAIL: ebandyopadhyay@perkinscoie.com

**Perkins Coie**

101 Jefferson Drive
Menlo Park, CA 94025-1114
PHONE: 650.838.4300
FAX: 650.838.4350
www.perkinscoie.com

*Via Facsimile (520-882-7643) and First Class Mail*

May 2, 2006

Ashley Lynn Kirk
Hayes Soloway PC
3450 E Sunrise Dr
Ste 140
Tucson, AZ 85718

Re:    *The Freecycle Network v. Tim Oey, et al.*
       Case No. CV 06-173-RCC

Dear Ms. Kirk:

The substance of this letter repeats what was faxed to Ian Feinberg of Mayer, Brown, Rowe & Maw LLP ("Mayer Brown") on April 28, 2006, a copy of which is attached for your convenience. Today we received a letter from Dennis Corgill, also of Mayer Brown, stating that Mayer Brown does not represent Tim Oey in this action, although Mr. Feinberg appeared telephonically on Mr. Oey's behalf at the hearing on April 24, 2006. It is now our understanding that you are the sole legal representative of Tim Oey ("Mr. Oey") and Jane Doe Oey in the above-referenced action and on that basis, we reiterate to you what we have already communicated to Mr. Feinberg.

Specifically, I am writing to address Mr. Oey's failure to comply with the Court's Order Granting The Freecycle Network, Inc.'s *Ex Parte* Motion for Temporary Restraining Order ("Order") in the above-captioned case. As you are aware, the Court has specifically ordered that Mr. Oey and his agents, servants and employees and those persons in active concert and participation with Mr. Oey are "restrained and enjoined from directly or indirectly inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof."

It has been brought to our attention that Mr. Oey has failed to comply with the Court's order, and continues to engage in activity from which he has been restrained and enjoined. In particular, as mentioned in my letter of April 28th, the Yahoo! group FCNext, located at http://groups.yahoo.com/group/fcnext, continues to include a posting from Mr. Oey encouraging others to infringe upon The Freecycle Network's marks. As you are aware,

BY061210.208

Ashley Lynn Kirk
Hayes Soloway PC
May 2, 2006
Page 2

a copy of this post was attached as Exhibit G to The Freecycle Network's underlying complaint against Tim Oey in this matter, and specifically raised by counsel for The Freecycle Network at the April 24th hearing. An additional copy of this post is hereby attached for your convenience.

Since Mr. Oey has the ability to remove or modify the above-mentioned Web site, or posts contained on this Web site, we request that Mr. Oey immediately comply with the Court's order by removing the aforementioned Web site, or postings contained on this Web site, and any other similar publications or Web pages. Should Mr. Oey fail to comply with the Court's Order immediately, we will have no choice but to request relief from the Court.

We look forward to your anticipated cooperation. Please feel free to contact me should you have any questions or concerns regarding this or any other matter.

Very truly yours,

Esha Bandyopadhyay

EB:ls

Enclosures

**EXHIBIT 6**

fcnext : Message: Let your voices be heard...

Yahoo! My Yahoo! Mail    Make Yahoo! your home page

# YAHOO! GROUPS

Sign In
New User? Sign Up



| Sun Rock |
| Coffeehouse |
| Love Songs |

SEDUCTIVE

Y! Music Unlimited

> TUNE IN

Search
the Web
[_____] Search

## fcnext · Free Recycling - The Next Generation

| | **Messages** |
| Home | |
| Messages | Message #: [____] Go | Search: [_____] Search |
| **Members Only** | Up Thread | Message Index | View Source | Unwrap Lines |
| Post | **Message 3171 of 5411**  Previous | Next |
| Chat | |
| Files | **From:** Tim Oey <timoey@...> |
| Photos | **Date:** Thu Feb 23, 2006 5:55 pm |
| Links | **Subject:** Let your voices be heard... |
| Database | Many of us know that TFN is already a bit crazy in trying to clamp down on free |
| Polls | speech freedoms, but now is a great time to further the cause and keep freecycle |
| Calendar | free for everyone forever (and drive TFN even crazier). |
| Promote | |
| | What you can do on your own: |

Already a member?
Sign in to Yahoo!

**Yahoo! Groups Tips**

Did you know...
Your group can all chat
together with free online

reduce reuse...
⊘ Offline
✉ Send Email

Reply     Forward

1) Using TFN's directory, please contact all the freecycle groups in your state
and surrounding states to let them know that freecycle is a generic term. Ask
them to visit http://greenribbon.us for more information. There is no need to be
that organized about it but if you think you have a state well covered, please
post a note to fcnext. You'll need to dribble the mails out a few at a time and
by as many people as possible to get around Yahoo's intricate group owner spam
catchers. Make all your emails unique -- don't repeat exactly the same contents
or subject, etc.

2) If you currently have a group within TFN, either take it out of TFN and tell
all your members that freecycling should stay free or do comply initially with

fcnext : Message: Let your voices be heard...

conferences in Yahoo!
Messenger with Voice.

Yahoo! 360°

Keep connected to
your friends and
family through blogs,
photos and more.
Create your own 360°
page now.

TFN's request so that your group is not deleted but then later sprinkle
freecycling around your group and other groups so the free grassroots movement
continues to be free (this is likely to really drive TFN nuts). Let more people
know about http://greenribbon.us

3) Do give TFN GOAs a hard time because they are doing bad things by limiting
free speech. Free speech is very important. Let everyone know that TFN does not
need to control freecycling for TFN to be successful.

4) Get your freecycling is free statements to Eric for posting on
http://greenribbon.us

5) Let others know that freecycling is a wonderful thing that people can do via
Google, Craigslist, Yahoo Groups, any email list, or however they wish -- even
just leaving stuff out on the curb with a "Free" or "Freecycle this" note
attached.

Spread the word and let the word be free.

Enjoy!

Cheers,
Tim

| Replies | | Author |
|---|---|---|
| | | If I told ya..... |
| 3190 | **Re: Let your voices be heard...**<br>I don't think any of that is a good idea. Why not let the courts<br>decide it? By.... | belhaven_lass<br>☺ ✉ |
| | | Feb 24, 2006<br>1:18 am |
| 3314 | **Re: Let your voices be heard...**<br>Hi Lass, The courts will get to it eventually. How is encouraging<br>others to.... | Tim Oey<br>reduce_reuse...<br>☺ ✉ |
| | | Feb 27, 2006<br>7:00 am |
| 3336 | **Re: Let your voices be heard...** | xtina (freecycle_mode...<br>Feb 27, 2006<br>1:11 pm |



fcnext : Message: Let your voices be heard...

existentialista
😊 ∨

Free cycle Recycle
freecycles

Reply    Forward

Feb 27, 2006
2:47 pm

**Message 3171** of 5411    | Previous | Next |

i second tim's post...educating others is a necessity in any
grassroots ...

3348

Re: Let your voices be heard...
I think I've made my intent known when it comes to
FreeSpeech :-) FreeCyco ......

Up Thread | Message Index | View Source | Unwrap Lines

Message #        Go    Search:                    Search

Copyright © 2006 Yahoo! Inc. All rights reserved.

Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

5/2/2006