IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREECYCLE SUNNYVALE,                          No. C 06-00324 CW

      Plaintiff,                         CLERK'S NOTICE
                                              TAKING MOTIONS UNDER
  v.                                          SUBMISSION

THE FREECYCLE NETWORK,

      Defendant.
_____/

    Notice is hereby given that the Court, on its own motion, shall take Plaintiff's Motions to Dismiss Counterclaims Under Fed.R.Civ.P. 12(b)(6) and to Strike State-Law Counterclaim Under Cal. Code Civ. Proc. § 425.16 under submission on the papers. The hearing previously scheduled for June 9, 2006, is vacated. Opposition will be due May 19, 2006, and any reply will be due May 26, 2006.

Dated: 5/10/06

                                                        *Sheilah Cahill*

                                                        SHEILAH CAHILL
                                                        Deputy Clerk

United States District Court
For the Northern District of California