# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES - GENERAL

Date: April 24, 2006

Civil Case No. CV-06-173-TUC-RCC

Title THE FREECYCLE NETWORK, INC., ETC, VS TIM OEY,

===============================================================================

Present:              HON.  RANER C. COLLINS

Deputy                              Court
Clerk: Maureen Gorski              Reporter:  Bonnie Brunotte

ATTORNEY(s) FOR PLAINTIFF           ATTORNEY(s) FOR DEFENDANT

Lisa Kobialka/Shefali Milczarek-Desai    Ashley Kirk
                                         Ian Feinberg/Dennis Corgill-telephonic

===============================================================================

**PROCEEDINGS:**    XX    Open Court

HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER:

   Counsel present arguments to the Court.

   **IT IS ORDERED** taking **UNDER ADVISEMENT** Plaintiff's Motion for Temporary Restraining Order (#5)

CC: RCC, COUNSEL