# EXHIBIT 2

Dockets.Justia.com



Esha Bandyopadhyay
PHONE: 650.838.4355
FACSIMILE: 650.838.4555
EMAIL: ebandyopadhyay@perkinscoie.com

101 Jefferson Drive
Menlo Park, CA 94025-1114
PHONE: 650.838.4300
FAX: 650.838.4350
www.perkinscoie.com

April 28, 2006

**Via Facsimile (650-331-2060) and U.S. Mail**

Ian N. Feinberg
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

   **Re:**  *The Freecycle Network, Inc. v. Tim Oey*, **Case No. 06-CV-00173-RCC**

Dear Ian:

   I am writing to address your client Tim Oey's ("Mr. Oey") failure to comply with the Court's Order Granting The Freecycle Network, Inc.'s *Ex Parte* Motion for Temporary Restraining Order ("Order") in the above-captioned case. As you are aware, the Court has specifically ordered that Mr. Oey and his agents, servants and employees and those persons in active concert and participation with Mr. Oey are "restrained and enjoined from directly or indirectly inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof."

   It has been brought to our attention that Mr. Oey has failed to comply with the Court's order, and continues to engage in activity from which he has been restrained and enjoined on at least the following Web sites: Mr. Oey's home page, located at http://oeyweb.com/timoey/, Mr. Oey's Web log ("blog"), located at http://www.blogger.com/profile/19380816, the Yahoo! group FreecycleSunnyvale, located at http://groups.yahoo.com/group/freecyclesunnyvale/, the Yahoo! group SunnyvaleFree, located at http://groups.yahoo.com/group/sunnyvalefree/, and the Yahoo! group FCNext, located at http://groups.yahoo.com/group/fcnext/. Copies of these Web pages and/or posts from these Web pages are hereby attached for your convenience.

   Since Mr. Oey has the ability to remove or modify the above-mentioned Web sites, or posts contained on these Web sites, we request that Mr. Oey immediately comply with the Court's order by removing the aforementioned Web sites, or postings contained on these Web sites, and any other similar publications or Web pages. Should Mr. Oey fail to comply

[/BY061180.096]

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates

Ian N. Feinberg
MAYER, BROWN, ROWE & MAW LLP
April 28, 2006
Page 2


with the Court's Order immediately, we will have no choice but to request relief from the Court.

We look forward to your anticipated cooperation. Please feel free to contact me should you have any questions or concerns regarding this or any other matter.

Very truly yours,

Esha Bandyopadhyay

EB:ls

Enclosures