# EXHIBIT 4

# Perkins Coie

Esha Bandyopadhyay
PHONE: 650.838.4355
FACSIMILE: 650.838.4555
EMAIL: ebandyopadhyay@perkinscoie.com

101 Jefferson Drive
Menlo Park, CA 94025-1114
PHONE: 650.838.4300
FAX: 650.838.4350
www.perkinscoie.com

*Via Facsimile (520-882-7643) and First Class Mail*

May 2, 2006

Ashley Lynn Kirk
Hayes Soloway PC
3450 E Sunrise Dr
Ste 140
Tucson, AZ 85718

Re: *The Freecycle Network v. Tim Oey, et al.*
Case No. CV 06-173-RCC

Dear Ms. Kirk:

The substance of this letter repeats what was faxed to Ian Feinberg of Mayer, Brown, Rowe & Maw LLP ("Mayer Brown") on April 28, 2006, a copy of which is attached for your convenience. Today we received a letter from Dennis Corgill, also of Mayer Brown, stating that Mayer Brown does not represent Tim Oey in this action, although Mr. Feinberg appeared telephonically on Mr. Oey's behalf at the hearing on April 24, 2006. It is now our understanding that you are the sole legal representative of Tim Oey ("Mr. Oey") and Jane Doe Oey in the above-referenced action and on that basis, we reiterate to you what we have already communicated to Mr. Feinberg.

Specifically, I am writing to address Mr. Oey's failure to comply with the Court's Order Granting The Freecycle Network, Inc.'s *Ex Parte* Motion for Temporary Restraining Order ("Order") in the above-captioned case. As you are aware, the Court has specifically ordered that Mr. Oey and his agents, servants and employees and those persons in active concert and participation with Mr. Oey are "restrained and enjoined from directly or indirectly inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof."

It has been brought to our attention that Mr. Oey has failed to comply with the Court's order, and continues to engage in activity from which he has been restrained and enjoined. In particular, as mentioned in my letter of April 28th, the Yahoo! group FCNext, located at http://groups.yahoo.com/group/fcnext, continues to include a posting from Mr. Oey encouraging others to infringe upon The Freecycle Network's marks. As you are aware,

BY061210.208

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
Perkins Coie LLP and Affiliates

Ashley Lynn Kirk
Hayes Soloway PC
May 2, 2006
Page 2

a copy of this post was attached as Exhibit G to The Freecycle Network's underlying complaint against Tim Oey in this matter, and specifically raised by counsel for The Freecycle Network at the April 24th hearing. An additional copy of this post is hereby attached for your convenience.

    Since Mr. Oey has the ability to remove or modify the above-mentioned Web site, or posts contained on this Web site, we request that Mr. Oey immediately comply with the Court's order by removing the aforementioned Web site, or postings contained on this Web site, and any other similar publications or Web pages. Should Mr. Oey fail to comply with the Court's Order immediately, we will have no choice but to request relief from the Court.

    We look forward to your anticipated cooperation. Please feel free to contact me should you have any questions or concerns regarding this or any other matter.

    Very truly yours,

    *Esha Bandyopadhyay*
    Esha Bandyopadhyay

EB:ls

Enclosures



Esha Bandyopadhyay
PHONE: 650.838.4355
FACSIMILE: 650.838.4555
EMAIL: ebandyopadhyay@perkinscoie.com

101 Jefferson Drive
Menlo Park, CA 94025-1114
PHONE: 650.838.4300
FAX: 650.838.4350
www.perkinscoie.com

April 28, 2006

**Via Facsimile (650-331-2060) and U.S. Mail**

Ian N. Feinberg
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

      Re:    *The Freecycle Network, Inc. v. Tim Oey*, Case No. 06-CV-00173-RCC

Dear Ian:

      I am writing to address your client Tim Oey's ("Mr. Oey") failure to comply with the Court's Order Granting The Freecycle Network, Inc.'s *Ex Parte* Motion for Temporary Restraining Order ("Order") in the above-captioned case. As you are aware, the Court has specifically ordered that Mr. Oey and his agents, servants and employees and those persons in active concert and participation with Mr. Oey are "restrained and enjoined from directly or indirectly inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof."

      It has been brought to our attention that Mr. Oey has failed to comply with the Court's order, and continues to engage in activity from which he has been restrained and enjoined on at least the following Web sites: Mr. Oey's home page, located at http://oeyweb.com/timoey/, Mr. Oey's Web log ("blog"), located at http://www.blogger.com/profile/19380816, the Yahoo! group FreecycleSunnyvale, located at http://groups.yahoo.com/group/freecyclesunnyvale/, the Yahoo! group SunnyvaleFree, located at http://groups.yahoo.com/group/sunnyvalefree/, and the Yahoo! group FCNext, located at http://groups.yahoo.com/group/fcnext/. Copies of these Web pages and/or posts from these Web pages are hereby attached for your convenience.

      Since Mr. Oey has the ability to remove or modify the above-mentioned Web sites, or posts contained on these Web sites, we request that Mr. Oey immediately comply with the Court's order by removing the aforementioned Web sites, or postings contained on these Web sites, and any other similar publications or Web pages. Should Mr. Oey fail to comply

[/BY061180.096]

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
Perkins Coie LLP and Affiliates

Ian N. Feinberg
MAYER, BROWN, ROWE & MAW LLP
April 28, 2006
Page 2


with the Court's Order immediately, we will have no choice but to request relief from the Court.

    We look forward to your anticipated cooperation. Please feel free to contact me should you have any questions or concerns regarding this or any other matter.

Very truly yours,

*Esha Bandyopadhyay*

EB:ls

Enclosures

Yahoo!   My Yahoo!   Mail    Make Yahoo! your home page

# YAHOO! GROUPS
Sign In
New User? Sign Up



YAHOO! ANSWERS
Real people. Real questions. Real answers.

Search the Web [ Search ]

Groups Home - Help

## fcnext · Free Recycling - The Next Generation

- Home
- Messages

**Members Only**
- Post
- Chat
- Files
- Photos
- Links
- Database
- Polls
- Calendar
- Promote

Already a member?
Sign in to Yahoo!

**Yahoo! Groups Tips**
Did you know...
Commiserate with other parents. Find a Parents

### Messages

Messages Help

Message # [    ] [ Go ] Search: [        ] [ Search ]

Up Thread | Message Index | View Source | Unwrap Lines

Message 3171 of 5309    < Previous | Next >

**From:** Tim Oey <limoey@...>
**Date:** Thu Feb 23, 2006 5:55 pm
**Subject:** Let your voices be heard...

[ Reply ]   reduce_reuse...
                ● Offline
                ✉ Send Email

[ Forward ]

Many of us know that TFN is already a bit crazy in trying to clamp down on free speech freedoms, but now is a great time to further the cause and keep freecycle free for everyone forever (and drive TFN even crazier).

What you can do on your own:

1) Using TFN's directory, please contact all the freecycle groups in your state and surrounding states to let them know that freecycle is a generic term. Ask them to visit http://greenribbon.us for more information. There is no need to be that organized about it but if you think you have a state well covered, please post a note to fcnext. You'll need to dribble the mails out a few at a time and by as many people as possible to get around Yahoo's intricate group owner spam catchers. Make all your emails unique -- don't repeat exactly the same contents or subject, etc.

2) If you currently have a group within TFN, either take it out of TFN and tell all your members that freecycling should stay free or do comply initially with

fcnext : Message: Let your voices be heard...

Group.

**Yahoo! 360°**

Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

TFN's request so that your group is not deleted but then later sprinkle freecycling around your group and other groups so the free grassroots movement continues to be free (this is likely to really drive TFN nuts).  Let more people know about  http://greenribbon.us

3) Do give TFN GOAs a hard time because they are doing bad things by limiting free speech. Free speech is very important. Let everyone know that TFN does not need to control freecycling for TFN to be successful.

4) Get your freecycling is free statements to Eric for posting on http://greenribbon.us

5) Let others know that freecycling is a wonderful thing that people can do via Google, Craigslist, Yahoo Groups, any email list, or however they wish -- even just leaving stuff out on the curb with a "Free" or "Freecycle this" note attached.

Spread the word and let the word be free.

Enjoy!

Cheers,
Tim

Replies

| | | Author | Date |
|---|---|---|---|
| 3190 | Re: Let your voices be heard...<br>I don't think any of that is a good idea. Why not let the courts decide it? By... | If I told ya......<br>belhaven_lass | Feb 24, 2006<br>1:18 am |
| 3314 | Re: Let your voices be heard...<br>Hi Lass, The courts will get to it eventually. How is encouraging others to... | Tim Oey<br>reduce_reuse_... | Feb 27, 2006<br>7:00 am |
| 3336 | Re: Let your voices be heard... | xtina (freecycle mode... | Feb 27, 2006<br>1:11 pm |

| | | existentialista | | Feb 27, 2006 2:47 pm |
|---|---|---|---|---|
| | | Free cycle Recycle freecycos | Reply | Forward |
| | | Message **3171** of 5309 | | < Previous \| Next > |

| 3348 | i second tim's post...educating others is a necessity in any grassroots .... |
|---|---|
| | **Re: Let your voices be heard...** I think I've made my intent known when it comes to FreeSpeech :-) FreeCyco ... .... |

Up Thread | Message Index | View Source | Unwrap Lines

Message # [    ] [Go]    Search: [        ] [Search]

**YAHOO! SPONSOR RESULTS**

Target.com: Blue Ribbon - Blue ribbon online. Save 10% - 20% at Target.com.
www.target.com

Blue Ribbon for Gift Wrapping - Blue ribbon plus many other assorted colors and sizes of gift wrapping ribbons, bows and raffia.
www.buygiftribbon.com

Blue Ribbon Design - Letterpress greeting cards, invitations and announcements.
www.blueribbondesign.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help