# EXHIBIT 6

We have already successfully defended it from a company in Canada and a company in Florida. We are fortunate to have a great deal of pro bono legal support as an organization from those who believe in us.

However, I was surprised to learn that you are actively not only encouraging moderators to misuse our trademark but also to write the US Patent & Trademark Office to contest our right to the trademark. You went so far as to provide the address and our case number. You have made your position a clear. This position is clearly in stark contrast to the goals of this organization.

I'm sorry that you have chosen this path and hope that you will reconsider. I wish you the best. No doubt you have good intentions in your heart which hopefully will not prove costly for The Freecycle Network as an organization overall down the road.

Sincerely yours,
Deron

Deron Beal
The Freecycle Network

---

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.3/106 - Release Date: 9/19/2005

----- Original Message -----
From: "Tim Oey" <oey@post.harvard.edu>
To: "chandan mishra" <chandan@hotmail.com>; "'Deron Beal'" <deron@freecycle.org>; <freecyclesunnyvale-owner@yahoogroups.com>
Cc: <california@freecycle.org>
Sent: Tuesday, September 20, 2005 11:08 AM
Subject: RE: Goodbye

> Actually on this point, I have encouraged people to
> use the term freecycle as a generic term which would
> block The Freecycle Network (TFN), and all others,
> from holding a trademark on the term in the area of
> freecycling services offered on the web.
>
> This would mean that everyone could use the term
> freecycle and no one could stop anyone else from using
> it. There are also lots of other consequences.
>
> In consultation with some trademark attorneys, I'm in
> the process of writing up a more thorough analysis of
> the pro's and con's of freecycle as a trademark vs
> freecycle as a generic term.
>

> The decision to pursue a trademark was made by Deron.
> Most of the network does not know what the
> consequences are of getting a trademark nor the
> consequences of having freecycle be a generic term.
> Deron did not want to allow discussion or voting in
> this space which lead us to the current situation.
>
> Cheers,
> Tim
>
> --- chandan mishra <chandan@hotmail.com> wrote:
>> 4. Also according to Tim, he never encouraged anyone
>> to misuse Freecycle
>> trademark. Could you please point us to instances
>> where he did that?
>
> --
> No virus found in this incoming message.
> Checked by AVG Anti-Virus.
> Version: 7.0.344 / Virus Database: 267.11.3/107 - Release Date: 9/20/2005