FreecycleSunnyvale v. The Freecycle Network Doc. 30 Att. 7


# EXHIBIT 7

Dockets.Justia.com

Yahoo! My Yahoo! Mail Make Yahoo! your home page

Search the Web Search

YAHOO! GROUPS

Groups Home - Help

$7500 CREDIT CARD Free Enrollment
NO CREDIT CHECKS
REBUILD YOUR CREDIT
FREE CREDIT LIMIT INCREASE
NO EMPLOYMENT VERIFICATION
The Power of Gold ExpressGOLD SIGNUP TODAY CLICK HERE

| Group Member - Edit Membership Start a Group | My Groups

**fcnext** · Free Recycling - The Next Generation

Home
Messages
Post
Chat
Files
Photos
Links
Database
Polls
Calendar

Promote

Yahoo! Groups Tips

Did you know...
You can create an FAQ for your group?

Yahoo! 360°

## Messages

Message # Go Search: Go Messages Help

Post Message

Up Thread | Message Index | View Source | Unwrap Lines

**Message 3171** of 4099 < Previous Message | Next Message >

Reply Forward

**From:** Tim Oey <timoey@...>
**Date:** Thu Feb 23, 2006 9:55 am
**Subject:** Let your voices be heard...

reduce_reuse...
Offline
Send Email
Invite to Yahoo! 360°

Many of us know that TFN is already a bit crazy in trying to clamp down on free speech freedoms, but now is a great time to further the cause and keep freecycle free for everyone forever (and drive TFN even crazier).

What you can do on your own:

1) Using TFN's directory, please contact all the freecycle groups in your state and surrounding states to let them know that freecycle is a generic term. Ask them to visit http://greenribbon.us for more information. There is no need to be that organized about it but if you think you have a state well covered, please post a note to fcnext. You'll need to dribble the mails out a few at a time and by as many people as possible to get around Yahoo's intricate group owner spam catchers. Make all your emails unique -- don't repeat exactly the same contents

Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

or subject, etc.

2) If you currently have a group within TFN, either take it out of TFN and tell all your members that freecycling should stay free or do comply initially with TFN's request so that your group is not deleted but then later sprinkle freecycling around your group and other groups so the free grassroots movement continues to be free (this is likely to really drive TFN nuts). Let more people know about http://greenribbon.us

3) Do give TFN GOAs a hard time because they are doing bad things by limiting free speech. Free speech is very important. Let everyone know that TFN does not need to control freecycling for TFN to be successful.

4) Get your freecycling is free statements to Eric for posting on http://greenribbon.us

5) Let others know that freecycling is a wonderful thing that people can do via Google, Craigslist, Yahoo Groups, any email list, or however they wish -- even just leaving stuff out on the curb with a "Free" or "Freecycle this" note attached.

Spread the word and let the word be free.

Enjoy!

Cheers,
Tim

| | Replies | Author | Date |
|---|---|---|---|
| 3190 | Re: Let your voices be heard... I don't think any of that is a good idea. Why not let the courts decide it? By... | If I told ya..... belhaven_lass | Feb 23, 2006 5:18 pm |



| | | | |
|---|---|---|---|
| 3314 | Re: Let your voices be heard... Hi Lass, The courts will get to it eventually. How is encouraging others to... | Tim Oey reduce_reuse... | Feb 26, 2006 11:00 pm |
| 3336 | Re: Let your voices be heard... i second tim's post...educating others is a necessity in any grassroots ... | xtina (freecycle mode... existentialista | Feb 27, 2006 5:11 am |
| 3348 | Re: Let your voices be heard... I think I've made my intent known when it comes to FreeSpeech :-) FreeCyco ... ... | Free cycle Recycle freecycos | Feb 27, 2006 6:47 am |

Reply Forward

Up Thread | Message Index | View Source | Unwrap Lines

Message 3171 of 4099 < Previous Message | Next Message >

Message # Go Search: Go

Post Message

YAHOO! SPONSOR RESULTS

Target.com: Blue Ribbon - Blue ribbon online. Save 10% - 20% at Target.com.
www.target.com

Blue Ribbon for Gift Wrapping - Blue ribbon plus many other assorted colors and sizes of gift wrapping ribbons, bows and raffia.
www.buygiftribbon.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help