| | |
|---|---|
| 1 | PAUL J. ANDRE, Bar No. 196585 (pandre@perkinscoie.com) |
| 2 | LISA KOBIALKA, Bar No. 191404 (lkobialka@perkinscoie.com) |
| 3 | ESHA BANDYOPADHYAY, Bar No. 212249 (ebandyopadhyay@perkinscoie.com) |
| 4 | SEAN M. BOYLE, Bar No. 238128 (sboyle@perkinscoie.com) |
| 5 | PERKINS COIE LLP 101 Jefferson Drive |
| 6 | Menlo Park, CA 94025 Telephone: (650) 838-4300 |
| 7 | Facsimile: (650) 838-4350 |
| 8 | Attorneys for Defendant The Freecycle Network, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | CASE NO. C 06-00324 CW |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S OPPOSITION TO FREECYCLESUNNYVALE'S MOTIONS TO DISMISS COUNTERCLAIMS UNDER FED.R.CIV.P. 12(b)(6) AND TO STRIKE STATE-LAW COUNTERCLAIM UNDER CAL. CODE CIV. PROC. § 425.16** |
| v. | |
| THE FREECYCLE NETWORK, INC., an Arizona corporation, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Federal Rule of Evidence 201, Defendant and Counterclaimant The Freecycle Network, Inc. ("The Freecycle Network") hereby respectfully requests that this Court take judicial notice of the following material:

---

REQUEST FOR JUDICIAL NOTICE                                          CASE NO. 06-00324 CW

1. Attached hereto as Exhibit 1 is a true and correct copy of the May 11, 2006, Order granting Freecycle Network's Motion for Preliminary Injunction filed in *The Freecycle Network, Inc. v. Tim Oey, et al.*, Case No. CV 06-173-TUC-RCC.

2. Attached hereto as Exhibit 2 is a true and correct copy of a printout from The Office for Harmonization in the Internal Market Web site, indicating publication of The Freecycle Network, Inc.'s mark FREECYCLE and the associated graphic logo, Trademark No. 004287553, registered February 6, 2006.

3. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Ashley L. Kirk in Support of Opposition to Plaintiff's Motion for a Preliminary Injunction and the referenced search via Google™ BETA Groups, filed in *The Freecycle Network, Inc. v. Tim Oey, et al.*, Case No. CV 06-173-TUC-RCC.

4. Attached hereto as Exhibit 4 is a true and correct of the Declaration of Deron Beal in Support of The Freecycle Network, Inc.'s Opposition to Defendants' Motion to Stay or Transfer filed in *The Freecycle Network, Inc. v. Tim Oey, et al.*, Case No. CV 06-173-TUC-RCC.

DATED: May 19, 2006                    **PERKINS COIE LLP**

By  /s/ Esha Bandyopadhyay
Paul J. Andre
Lisa Kobialka
Esha Bandyopadhyay
Sean Boyle

Attorneys for Defendant
The Freecycle Network, Inc.

- 2 -
REQUEST FOR JUDICIAL NOTICE                    CASE NO. C 06-00324 CW