# EXHIBIT 2




**Overview**
**Trade mark**
**Graphic representation**
**List of goods and services**
**Description of the mark**
**Owner**
**Representative**
**Seniority**
**Exhibition priority**
**Priority**
**Publication**
**Opposition**
**Cancellation**
**Appeals**
**Recordals**
**Renewals (NEW)**
**Download trade mark details**
**Link to CTM Bulletin On-line**

## CTM-ONLINE - Detailed trade mark information



**List of results**

| | |
|---|---|
| **Trade mark name :** | freecycle |
| **Trade mark No :** | 004287553 |
| **Trade mark basis:** | CTM |
| **Number of results:** | 1 of 1 |

<< Previous  |  Next >>

### Trade mark

| | |
|---|---|
| **Filing date:** | 14/02/2005 |
| **Date of registration:** | 06/02/2006 |
| **Expiry Date:** | 14/02/2015 |
| **Nice Classification:** | 42 ( ➡ Nice classification ) |
| **Trade mark:** | Individual |
| **Type of mark:** | Figurative |
| **Vienna Classification:** | 18.1.5, 22.1.15, 27.3.15 ( ➡ Vienna Classification ) |
| **Acquired distinctiveness:** | No |
| **Status of trade mark:** | Registration published ( ➡ Glossary ) |
| | ( ➡ History of statuses ) |
| **Filing language:** | English |
| **Second language:** | French |

### Graphic representation



### List of goods and services

| | |
|---|---|
| **Nice Classification:** | 42 |
| **List of goods and services** | Design, creation, hosting and maintenance of a free website that provides others with a global Internet based system of giving and receiving personal property for free. |

### Description

| | |
|---|---|
| **Description of the mark:** | Description is not available in this language |

### Owner

| | |
|---|---|
| **Name:** | The Freecycle Network, Inc. |
| **ID No:** | 216504 |
| **Natural or legal person:** | Legal entity |
| **Address:** | P.O. Box 294 |
| **Post code:** | 85702 |
| **Town:** | Tucson, |
| **Country:** | UNITED STATES |
| **Correspondence address:** | The Freecycle Network, Inc. P.O. Box 294 Tucson, Arizona 85702 ESTADOS UNIDOS (DE AMÉRICA) |

### Representative

| | |
|---|---|
| **Name:** | ERIC POTTER CLARKSON LLP |
| **ID No:** | 10725 |
| **Address:** | Park View House 58 The Ropewalk |
| **Post code:** | NG1 5DD |
| **Town:** | Nottingham |
| **Country:** | UNITED KINGDOM |
| **Correspondence address:** | ERIC POTTER CLARKSON LLP Park View House 58 The Ropewalk Nottingham NG1 5DD REINO UNIDO |
| **Telephone:** | 00 44-1159552211 |
| **Fax:** | 00 44-1159552201 |
| **E-mail:** | epc@eric-potter.com |

### Seniority

No entry for application number: 004287553.

### Exhibition priority

No entry for application number: 004287553

### Priority

No entry for application number: 004287553.

### Publication

| | |
|---|---|
| **Bulletin no.:** | 038/2005 |
| **Date of publication:** | 19/09/2005 |
| **Part:** | A |
| **Page:** | 0 |
| **Bulletin no.:** | 012/2006 |
| **Date of publication:** | 20/03/2006 |
| **Part:** | B |
| **Page:** | 0 |

### Opposition

No entry for application number: 004287553.

### Cancellation

No entry for application number: 004287553

### Appeals

No entry for application number: 004287553

**Recordals**

No entry for application number: 004287553

**Renewals (NEW)**

No entry for application number: 004287553.

<< Previous   |   Next >>   |   Top

Disclaimer and Copyright Notice