# EXHIBIT 3

Dockets.Justia.com

HAYES SOLOWAY P.C.
Ashley Lynn Kirk, Arizona State Bar #021866
3450 E. Sunrise Drive, Suite 140
Tucson, Arizona 85718
Telephone: (520) 882-7623
Facsimile: (520) 882-7643

*Attorneys for Defendants.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>TIM OEY and JANE DOE OEY,<br><br>Defendants. | No. CIV06-173-TUC-RCC<br><br>DECLARATION OF ASHLEY L. KIRK IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION |

I, Ashley L. Kirk, declare as follows:

1.   I am an attorney licensed to practice in Arizona. I am the managing attorney of the law firm of Hayes Soloway P.C., with offices at 3450 E. Sunrise Drive, Suite 140, Tucson, Arizona 85718.

2.   I am an attorney who represents Tim Oey and Jane Doe Oey (Pat Oey), in a matter filed before the United States District Court for the District of Arizona. *The Freecycle Network, Inc., v. Tim Oey and Jane Doe Oey*, Case No CIV06-173-TUC-RCC on April 4, 2006. That lawsuit has been assigned to the Honorable Raner C. Collins, United States District Court Judge. Plaintiff filed a motion for preliminary injunction on April 19, 2006.

HAYES SOLOWAY P.C.
3450 E. SUNRISE DRIVE, SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567

3.  I am not representing Tim Oey or Jane Doe Oey (Pat Oey) *pro bono*.

4.  On May 2, 2006 and May 3, 2006, I performed a Google group search attached as Tab 1; downloaded magazine articles critical of The Freecycle Network attached as Tab 2; downloaded a blog critical of The Freecycle Network attached as Tab 3; downloaded several pages of discussion groups critical of The Freecycle Network attached as Tab 4; and downloaded a Wikipedia article concerning The Freecycle Network attached as Tab 5.

DATED this 4th day of May, 2006.

> HAYES SOLOWAY P.C.
> 3450 E. Sunrise Drive, Suite 140
> Tucson, Arizona 85718
>
>
> By: _____/s/Ashley L. Kirk_____
> Ashley L. Kirk
> *Attorney for Defendants*

HAYES SOLOWAY P.C.
3450 E. SUNRISE DRIVE, SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567

2

# APPENDIX C - TAB 1



| Web | Images | **Groups** | News | Froogle | Maps | more » |

freecycle    [Search]   Advanced Groups Search / Preferences

**Members:** Sign in
**New users:** Join

**Recently visited** [clear]
edm.general

✉ Groups Alerts

Create a new group
About Google Groups

**Searched all groups**                                   Results **1 - 10** of 7,850 for **freecycle**. (0.16 seconds)

Sorted by relevance    Sort by date

### Groups matching **freecycle**



HRM_Freebies - 48 members - Last message: 15 hours ago
Description: This is a group for people in the HRM area who are ...
Lavergne **FreeCycle** - 26 members - Last message: Nov 17 2005
Description: Welcome to the **Freecycle** Network, where one person's ...

37 more »

### Damage Control at **Freecycle**? REPOST
... 15 Mar 2005 21:19:24 -0700, Jules Striker <"Kristian Damgaard"> wrote: The comments
from MS appeared in the messages section for Edmonton **Freecycle** just now ...
**edm.forsale** - Mar 28, 2:28 pm by arielv2@37.com - 92 messages - 48 authors

### **Freecycle**/business? Or Scam for Moderators? CRA To Investigate ...
From: "The Free World" <thefreeworldrecyclinggr...@gmail.com> Newsgroups:
can.general
Subject: Deron Beal **freecycle** $150,000 Date: 22 Apr 2005 08:47:00 -0700 ...
**edm.general** - Mar 11, 11:46 am by Ariadne - 63 messages - 32 authors

### **Freecycle** in Wales
**Freecycle** in Wales Report Date : 30 October 2005 * * * * * **Freecycle** -
http://www.**freecycle**.org/ The **Freecycle** Network is a worldwide movement of ...
**uk.environment** - Oct 30 2005, 1:06 pm by d...@rren.cymraeg.org - 2 messages - 2 authors

### In The News **freecycle** Being Sued!
In The News (**freecycle**) Being Sued! At present **freecycle** is in a court battle
and being sued by FreecycleSunnyvale for damages incurred ...
**alt.recovery.clutter** - Feb 5, 2:59 am by xfreecyclex - 2 messages - 2 authors

### Deron Beal **freecycle** $150,000
Deron Beal **freecycle** $150,000 Imagine this Deron Beal the creator of **freecycle** is
no longer running a free network. And he is the only salaried staff. ...
**misc.consumers.frugal-living** - Apr 22 2005, 10:20 pm by The Free World - 3
messages - 3 authors

### Huckster for **Freecycle**, Now ADMITS Getting Camera, and Who ...
... Was James D, the second-hand dealer removed as a moderator by the others
running
**freecycle**, because of all the bad publicity he and Bax are generating? ...
**edm.forsale** - Feb 15, 1:27 pm by KennyMcVaySOB - 334 messages - 79 authors

### Greediest **freecycle** moo to date
**Freecycle** is full of parents and breeders, some of them greedy. Of course
it's good when parents on **freecycle** offer clothes when ...
**alt.support.childfree** - Feb 16, 4:52 pm by Terry Lomax - 2 messages - 1 author

### Is **Freecycle** Run As A Business?
... That's right - **Freecycle** is *not* for selling or trading items. So if I want to
trade my items for a tax receipt, **Freecycle's** not the way to do it. ...

edm.general - Mar 15 2005, 11:04 pm by Bart Oleksy - 62 messages - 24 authors

### FT: **Freecycle** - Bargains from cyberspace free for the asking
That is the idea behind **Freecycle**, a network of internet-based giveaway clubs that is gaining hundreds of thousands of new members around the world every month ...
**alt.marketplace.online.ebay** - Oct 29 2004, 1:00 pm by Sufaud - 1 message - 1 author

### FBI/IRS complaints against **freecycle** fraud
https://www.ifccfbi.gov Yes Paul, a great site, I am sure there are hundreds if not thousands of **freecycle** members or former members who are currently aware ...

**alt.fan.cecil-adams** - Nov 16 2005, 12:51 am by NameNotRelea...@gmail.com - 1 message - 1 author

New! Get the latest messages on **freecycle** emailed to you with Google Alerts.

Goooooooooogle ▶

Result Page:   1 2 3 4 5 6 7 8 9 10    Next

[freecycle]   [Search]

Google Home - Terms of Service - Privacy Policy

©2006 Google

Groups Home | Help | Sign in

# Google Groups BETA

Web  Images  **Groups**  News  Froogle  Maps  more »

[freecycle]  [Search]  Advanced Groups Search
Preferences

Members: Sign in
New users: Join

**Recently visited** [clear]
alt.marketin...ine.ebay
alt.recovery.clutter
edm.general

✉ Groups Alerts

Create a new group
About Google Groups

Searched all groups                                   Results **11 - 20** of 7,850 for **freecycle**. (0.24 seconds)

                                                      **Sorted by relevance**   Sort by date

**Freecycle** Re: Update on attempted break-in
The goal of **freecycle** is to cut down on landfill fodder This is exactly why
I think it's so great! ... What is **freecycle** supposed to be for?? ...
**rec.pets.cats.anecdotes** - Dec 6 2005, 9:57 pm by sridd...@aol.com - 38 messages
- 22 authors

stop talking about **freecycle** fraud, report it!!
https://www.ifccfbi.gov a great site, I am sure there are hundreds if not thousands
of **freecycle** members or former members who are currently aware that they ...
**edm.general** - Nov 16 2005, 12:45 am by NameNotRelea...@gmail.com - 4
messages - 4 authors

**Freecycle**
... If the London fellow isn't already doing this, talk to him and the mods of any other
not-quite-in-your-region neighboring **Freecycle** groups...they may want to ...
**alt.fan.cecil-adams** - Mar 2 2005, 10:22 pm by incandescent blue - 224 messages -
41 authors

Let's do some **freecycle**
... Scarborough, Canada--**freecycle**.org The Scarborough, Ontario **Freecycle**
Network is
open to all ... Check out **freecycle**.org for other cities and info on the movement! ...
**ott.forsale** - Dec 20 2004, 9:11 am by moose - 1 message - 1 author

As **Freecycle** grows, idealism and reality collide
As **Freecycle** grows, idealism and reality collide By Matt Weiser 19 May 2005 Got
a garage full of stuff you don't need? Try posting it on **Freecycle**. ...
**alt.dumpster** - May 19 2005, 8:51 pm by Freecycle Anonymous - 1 message - 1
author

**Freecycle** [was: Before I Admit To Anything! :-)]
... **Freecycle**, just started in 2003, has 3200 groups in 50 countries around
the world! ... On **Freecycle** pretty much everything gets taken. ...
**alt.recovery.clutter** - Nov 12 2005, 6:39 am by egstcm - 31 messages - 11 authors

**freecycle** Bax, Aly, Kelly-Anne, Darlene, Dana, Kim, Melissa James
I wonder how many **freecycle** feel like they were taken in by the idea of **freecycle**
when it is all about profit not keep thing out of land fills or re-cycle. ...
**edm.forsale** - Oct 31 2005, 5:50 pm by no mail - 53 messages - 21 authors

**Freecycle**.org
... For clarification, neither **FreeCycle**.org nor CraigsList.org has a charge for using,
but all of the merchandise on **FreeCycle** is FREE and all of the merchandise ...
**rec.crafts.brewing** - Feb 5, 7:19 pm by KLS - 9 messages - 6 authors

**freecycle** fraud
FBI/IRS complaints against **freecycle** fraud wodiwkcalb2005 Offline
https://www.ifccfbi.
gov Yes Paul, a great site, I am sure there are hundreds if not thousands ...
**alt.marketing.online.ebay** - Nov 16 2005, 1:06 am by Widow - 13 messages - 6
authors

**FreeCycle**
Groups in hundreds of cities. From the main site http://www.**freecycle**.org you can select "West Coast" then San Diego. Yahoo! Groups : sdfreecycleYahoo! ...
**sdnet.forsale** - Dec 6 2004, 9:48 pm by firechief - 3 messages - 3 authors

New! Get the latest messages on **freecycle** emailed to you with Google Alerts.

◀ Goooooooooogle ▶

Result Page:   Previous 1 2 3 4 5 6 7 8 9 10   Next

[freecycle]  [Search]

Google Home - Terms of Service - Privacy Policy

©2006 Google

Groups Home | Help | Sign in



Web  Images  **Groups**  News  Froogle  Maps  **more »**

freecycle                                    [Search]   Advanced Groups Search
Preferences

Members: Sign in
New users: Join

**Searched all groups**                                Results **21 - 30** of 7,940 for **freecycle**. (0.20 seconds)

**Sorted by relevance**    Sort by date

**Recently visited** [clear]
alt.marketin...ine.ebay
alt.recovery.clutter
edm.general

✉ Groups Alerts

Create a new group
About Google Groups

**Damage Control at Edmonton Freecycle? REPOSTED**
... 15 Mar 2005 21:19:24 -0700, Jules Striker <"Kristian Damgaard" > wrote: The comments
from MS appeared in the messages section for Edmonton **Freecycle** just now ...
**ab.general** - Mar 18 2005, 10:11 am by JohnMacDonald - 3 messages - 2 authors

**Freecycle**
There are also places like **Freecycle** where you might be able to hook up with one
http://www.**freecycle**.org I'd just like to chime in with a plug for **Freecycle**! ...
**rec.pets.cats.anecdotes** - Oct 21 2004, 11:40 pm by Yoj - 10 messages - 7 authors

**For Moos, "Freecycle" = "Freeload"**
I love the idea of **Freecycle** and I wish there were one in Santa Cruz. If
I had time, I'd set it up myself (limiting the want-ads ...
**alt.support.childfree** - Apr 27 2004, 11:46 am by Veronique - 5 messages - 3 authors

**Reduce, Reuse and FREEcycle!**
... **Freecycle** is open to all individuals, organizations & businesses who want
to "recycle" that unneeded item rather than throw it away. ...
**misc.consumers.frugal-living** - Apr 27 2004, 7:00 am by Eric Snyder - 1 message - 1 author

**Damage Control at Freecycle?**
The comments from MS appeared in the messages section for Edmonton **Freecycle**
just
now, so thought more people giving comments will be constructive. ...
**edm.forsale** - Jan 21, 5:46 pm by Lisa McVay-Henske - 4 messages - 4 authors

**HAMILTON FREECYCLE**
HAMILTON **FREECYCLE** Welcome to Hamilton **Freecycle**, I hope you have a great
time freecycling! To start sending messages to members ...
**hamilton.buysell** - Jun 29 2004, 8:22 pm by LIMEYNO1 - 1 message - 1 author

**freecycle**
... things (not junk) for which I have no further need but I was barred because I offended
someone by suggesting that the stated ethos of **Freecycle** was "changing ...
**uk.d-i-y** - Mar 8, 2:42 pm by Stuart - 24 messages - 17 authors

**OT: Freecycle**
... space. http://www.**freecycle**.org The worldwide (!) **Freecycle** Network is
made up of many individual groups across the globe. It's ...
**alt.music.michael-jackson** - May 5 2004, 12:00 am by Sarina - 1 message - 1 author

**freecycle**
The worldwide (!) **Freecycle** Network is made up of many individual groups
across the globe. It's a grassroots movement of people ...
**alt.consumers.free-stuff** - May 14 2004, 7:09 am by Ashara - 1 message - 1 author

### Give to Charities, Not **Freecycle**=WARNING! - Repost
Aparently you didnt see the big article in the sun 9 days ago again praising the **Freecycle** group. ... Something must be really rotten at Edmonton **Freecycle**. ... **edm.general** - Oct 18 2005, 11:48 pm by The Helpful One - 71 messages - 35 authors

New! Get the latest messages on **freecycle** emailed to you with Google Alerts.

◀ Goooooooooogle ▶

Result Page:   Previous 1 2 3 4 5 6 7 8 9 10   Next

[freecycle]   [Search]

Google Home - Terms of Service - Privacy Policy

©2006 Google

Groups Home | Help | Sign in



Web   Images   **Groups**   News   Froogle   Maps   **more »**

freecycle     [Search]   Advanced Groups Search
Preferences

Members: Sign in
New users: Join

**Recently visited** [clear]
alt.marketin...ine.ebay
alt.recovery.clutter
edm.general

✉ Groups Alerts

Create a new group
About Google Groups

**Searched all groups**     Results **31 - 40** of 7,820 for **freecycle**. (0.21 seconds)

**Sorted by relevance**   Sort by date

### Freecycle.org
The **freecycle** group is discouraging the use of curb alerts, though, although I understand it is still the custom with a few groups. ... http://www.**freecycle**.org
**alt.recovery.clutter** - Jan 16 2005, 9:09 pm by Piper - 2 messages - 2 authors

### OT - Freecycle Challenge
... Mary (Idaho to Oregon via Montana)
http://community.webshots.com/user/mardor1948
I finally got around to looking into **Freecycle** in my area and attempted to ...
**rec.crafts.textiles.quilting** - Feb 2, 11:04 pm by maryd - 13 messages - 9 authors

### Freecycle Leinster
I am pleased to announce Leinster **Freecycle**. ... If someone is interested in starting up **Freecycle** in one of the other areas, feel free! ...
**alt.mothers** - Nov 14 2004, 4:03 pm by Irish Marie - 9 messages - 4 authors

### freecycle (was Re: Free Punching Bag)
I just joined my local **freecycle** group, and it is moderated. ... another suggestion would
be to list it on a local **Freecycle** http://www.**freecycle**.org/ list. ...
**misc.consumers.frugal-living** - Jul 17 2004, 3:35 pm by Jane Sitton - 39 messages - 18 authors

### Ottawa Freecycle: Turning Trash Into Treasure
FOR IMMEDIATE RELEASE: Ottawa **Freecycle**: Turning Trash Into Treasure ...
**ont.general** - Mar 2 2004, 4:48 pm by Eric Snyder - 2 messages - 1 author

### First Freecycle experience a success!
Hi Trina et al: I'm collecting **Freecycle** "success" stories to be used on
an upcoming TV interview. Would you mind send your **Freecycle** ...
**alt.recovery.clutter** - Jan 5 2005, 4:45 am by egstcm - 4 messages - 4 authors

### Got junque? Freecycle it.
**Freecycle** http://www.**freecycle**.org is an interesting concept. Got junk? Is it possibly
interesting to others? Post what you got and see who will take it away. ...
**rec.arts.sf.fandom** - Oct 28 2003, 3:19 pm by yeltrabn...@email.com - 4 messages - 3 authors

### Diesel trucks on Freecycle
Sorry you can't think that way. Actually, Vegas has two fantastic **freecycle**
groups. ... It's just all in the **freecycle** and Christmas spirit. ...
**misc.transport.trucking** - Dec 17 2005, 5:47 pm by gashauler - 10 messages - 5 authors

### Pre-FreeCycle
guy.k...@zetnet.co.uk said... Before I **FreeCycle** it - I've a spare Sony car radio
and 10-disc CD player. Anyone want it? Excited squeals... ...
**uk.rec.sheds** - Dec 3 2005, 6:36 pm by Sena - 36 messages - 6 authors

### Childfree moment of the day--from Freecycle!
Okay, some of you may have already read my post about giving free tarot readings

to get back in practice, to people from the Austin **Freecycle** list. ...
**alt.support.childfree** - May 21 2004, 9:55 pm by Atalanta Pendragonne - 2 messages - 2 authors

New! Get the latest messages on **freecycle** emailed to you with Google Alerts.

◄ Goooooooooogle ►

Result Page:   Previous 1 2 3 4 5 6 7 8 9 10   Next

[ freecycle ]  [Search]

Google Home - Terms of Service - Privacy Policy

©2006 Google



Web  Images  **Groups**  News  Froogle  Maps  more »

freecycle    [Search]    Advanced Groups Search
Preferences

**Members:** Sign in
**New users:** Join

**Recently visited** [clear]
alt.marketin...ine.ebay
alt.recovery.clutter
edm.general

✉ Groups Alerts

Create a new group
About Google Groups

**Searched all groups**    Results **41 - 50** of 3,440 for **freecycle**. (**0.25** seconds)

**Sorted by relevance**    Sort by date

### Freecycle
Margie, you sound like my brother - he won't use **Freecycle** because he says he'd
have to tell people when to come when he's home and that's like advertising ...
**sci.med.transcription** - Oct 9 2005, 5:46 pm by Liz - 33 messages - 17 authors

### Rant - **Freecycle**
... And all good makes, not cheap stuff. So since of little value but wanting it
to be used rather than scrapped, I decided to use **Freecycle**. ...
**argonet.zfc** - Feb 19, 4:55 pm by Dave Plowman (News) - 1 message - 1 author

### OT: **Freecycle** (was New Yahoo Group - Greedbay)
Bertha mentioned the **Freecycle** Yahoo lists... Anyone else utilize **freecycle**? We
have half a dozen in and around Phoenix in the various suburbs. ...
**alt.marketing.online.ebay** - Jan 24 2005, 7:18 pm by Lumpy - 15 messages - 8
authors

### freecycle
... away. beats trashing up our earth, anyday. http://www.**freecycle**.org/ --
everything is a goat : http://www.goatism.org/logic.htm
**alt.gathering.rainbow** - Feb 16, 3:03 am by heyzeus - 1 message - 1 author

### Damage Control at **Freecycle**? Repost
The comments from MS appeared in the messages section for Edmonton **Freecycle**
just
now, so thought more people giving comments will be constructive. ...
**edm.forsale** - Mar 5, 2:14 pm by DaveJolly - 2 messages - 2 authors

### Could 4paperplus sue **freecycle**.org? The original **freecycle**(tm)
Could 4paperplus sue **freecycle**.org? The original **freecycle**(tm) **FreeCycle** -
a non profit service designed to help the environment ...
**misc.consumers.frugal-living** - Apr 26, 8:29 am by freecycled.blogspot.com - 1
message - 1 author

### **Freecycle** changing the world one gift at a time
**Freecycle** changing the world one gift at a time http://**freecycle**.org/ I don't know
about changing the world but, I like getting or giving free stuff! ...
**alt.dumpster** - Jul 20 2004, 11:06 pm by Bear - 4 messages - 4 authors

### **Freecycle** - is it worth the effort?
I know there are some dedicated freecyclers in the group, and you will
probably answer in the positive. BUT... I thought I'd try ...
**aus.family** - Mar 21, 8:41 am by Narelle - 6 messages - 4 authors

### www.**freecycle**.org
... I just *love* **Freecycle**! Actually its www.**freecycle**.org news:41F44D9A.3070801@
usa.net... Take it to www.**freecycle**.com Ok guys, that's enough. ...
**alt.hvac** - Jan 23 2005, 9:32 pm by Noon-Air - 19 messages - 10 authors

### freecycle
I am part of cardiffs but can not find others. Take at look on http://www.**freecycle**.
org on the left is a category for United Kingdom. Paul

**alt.consumers.uk-freebies** - Oct 17 2005, 5:24 pm by Paul Haslam - 5 messages - 3 authors

New! Get the latest messages on **freecycle** emailed to you with Google Alerts.

◀ Goooooooooogle ▶

Result Page:   Previous 1 2 3 4 5 **6** 7 8 9 10   Next

freecycle   [Search]

Google Home - Terms of Service - Privacy Policy

©2006 Google

Groups Home | Help | Sign in



Web   Images   **Groups**   News   Froogle   Maps   **more »**

freecycle                                    [Search]   **Advanced Groups Search**
                                                        Preferences

Members: Sign in
New users: Join

**Recently visited** [clear]
alt.marketin...ine.ebay
alt.recovery.clutter
edm.general

✉ Groups Alerts

Create a new group
About Google Groups

**Searched all groups**                        Results **51 - 60** of 3,490 for **freecycle**. (0.33 seconds)
                                               **Sorted by relevance**     Sort by date

### Reply: Freecycle
... I spent this morning helping at the Napanee landfill site, the local **freecycle** groups
(I am the owner of one) had an area set up to divert things from the **...**
**ODSP Fireside** - Oct 22 2005, 3:55 pm by Rosie - 15 messages - 8 authors

### Give to Charities, Not Edmonton **Freecycle**=WARNING!
With CRA now getting interested in some of the people running **Freecycle**,
we can expect interesting changes soon. If you were honest **...**
**calgary.general** - Feb 26, 11:19 am by KATO - 9 messages - 6 authors

### Give to Charities, Not Edmonton **Freecycle**=WARNING!
If you could be bothered to read the **freecycle**.org rules you would understand why
those things (trades and services) aren't allowed on **Freecycle**. **...**
**edm.general** - Dec 29 2005, 7:40 am by Fakename - 3 messages - 3 authors

### Freecycle
Hey all, I don't know if any of you have heard of this (I hadn't until yesterday).
**Freecycle** is a neat online project for getting rid of unwanted items. **...**
**comp.sys.cbm** - Jan 25 2005, 9:02 pm by Leif Bloomquist - 2 messages - 2 authors

### Who mentioned **Freecycle**.org?
someone said they loved **Freecycle**. **...** Hey Beth, I was noting your mention of a
waterbed,
because it all comes around to why I found **Freecycle** so GREAT. **...**
**alt.recovery.clutter** - Jun 12 2004, 11:29 pm by PattyC - 12 messages - 10 authors

### **Freecycle** Moo Wants Free Hot Tub
**Freecycle** is a mooch-fest in my city, too. **...** Sunfell In my most recent Ann Arbor
**Freecycle**
email digest, there were ten items "wanted" and four offers. **...**
**alt.support.childfree** - May 14 2004, 5:30 am by snerdie - 22 messages - 17 authors

### dam, **freecycle** was a scam, and man are they in trouble now
FBI/IRS complaints against **freecycle** fraud https://www.ifccfbi.gov Yes Paul, a great
site, I am sure there are hundreds if not thousands of **freecycle** members **...**
**alt.marketplace.online.ebay** - Nov 16 2005, 1:00 am by
NameNotRelea...@gmail.com - 1 message - 1 author

### Deron Beal **freecycle** $150,000
... Declawed fronts and spayed. Shy demure. Deron Beal **freecycle** $150,000
Imagine this
Deron Beal the creator of **freecycle** is no longer running a free network. **...**
**tor.general** - Apr 23 2005, 1:46 am by sn0ball0 - 4 messages - 3 authors

### Freecycle
It's part of the **Freecycle** network and you can let fellow Mancunians know
what "rubbish" you want to get rid of! http://groups.yahoo **...**
**uk.local.manchester** - Oct 17 2004, 8:13 pm by Fred - 1 message - 1 author

### After **Freecycle** A New FRUGAL Concept in the Works
**Freecycle** used to be good, I got rid of a ton of stuff ... **...** Our **freecycle** used to

be about not filling land fills, now it's a social welfare program. ...
**mtl.general** - Oct 4 2005, 5:24 pm by Kat - 5 messages - 4 authors

New! Get the latest messages on **freecycle** emailed to you with Google Alerts.

◀ Goooooooooogle ▶

Result Page:   Previous  1  2  3  4  5  6  7  8  9  10   Next

[freecycle]   [Search]

Google Home - Terms of Service - Privacy Policy

©2006 Google