# EXHIBIT 4

**DeCONCINI McDONALD**
**YETWN & LACY, P.C.**
2525 East Broadway, Suite 200
Tucson, Arizona  85716-5300
Telephone:  520-322-5000
Facsimile:  520-322-5585
LISA ANNE SMITH, AZ Bar No. 016762
(lsmith@dmyl.com)
SHEFALI MILCZAREK-DESAI, AZ Bar No. 021237
(smdesai@dmyl.com)

**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, California  94025-1114
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350
(Admitted *pro hac vice*)
LISA KOBIALKA
(Lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY
(EBandyopadhyay@perkinscoie.com)
SEAN BOYLE
(Sboyle@perkinscoie.com)

Attorneys for Plaintiff
THE FREECYCLE NETWORK, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization, | CASE NO. CV 06-173 RCC |
| Plaintiff, | **DECLARATION OF DERON BEAL IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO STAY OR TRANSFER** |
| v. | |
| TIM OEY and JANE DOE OEY, | |
| Defendants. | |

I, Deron Beal, declare as follows:

1.      I am the founder and Executive Director of The Freecycle Network, Inc. ("The Freecycle Network").  I make this declaration in support of The Freecycle Network's Opposition

to Defendants' Motion to Stay and Transfer. I have personal knowledge of the facts stated and if called to testify as a witness, would competently testify thereto.

2.      The Freecycle Network, Inc. is a nonprofit corporation incorporated under the laws of the State of Arizona. The Freecycle Network was founded in Tucson. The Freecycle Network's only office and headquarters are located in Tucson. Further, all board members of The Freecycle Network are located in Tucson, Arizona.

3.      The Freecycle Network maintains its own Web site to assist members in their efforts to recycle, reuse, and gift goods. The Web site is located at the URL www.freecycle.org. The site also maintains a directory of all member groups, which lists the individual group links and provides resources for volunteers to create new local recycling groups.

4.      Defendant Tim Oey was a very active member of The Freecycle Network from early 2004 until late 2005, during which time he held various key positions within The Freecycle Network.

5.      Mr. Oey was the head of the New Website Planning Team for The Freecycle Network. He was tasked with leading a group of the top moderators for The Freecycle Network worldwide in compiling a wish list / plan for an entirely new global website for The Freecycle Network. As the head of the New Website Planning Team, Mr. Oey was to provide his recommendations to The Freecycle Network's only office based in Tucson. This role was addition to his separate efforts related to his local group located in Sunnyvale.

6.      Mr. Oey was also the head of FreecycleNext, which was a group formed by The Freecycle Network specifically for the moderators of all of The Freecycle Network's local member groups worldwide. The Freecycle Network formed FreecycleNext so that all moderators beyond the top 25 also had a forum to provide a wish list and input for our new global website design project. As the head of The Freecycle Network's Freecycle Next, Mr. Oey was tasked to collect comments, provide suggestions and make recommendations to The Freecycle Network's only office based in Tucson.

7.     Mr. Oey was a member of The Freecycle Network's Penguin Patrol, a further international planning group consisting of some 4-6 worldwide moderators specifically tasked with developing guidelines and policies for the protection of The Freecycle Network's intellectual property, including copyright and trademark protection.  Mr. Oey personally drafted and developed The Freecycle Network's Trademark and Copyright Policy and frequently commented on how to improve upon these guidelines and make these guidelines user friendly.

8.     Mr. Oey also published these guidelines to the member groups.  He provided advice and made numerous detailed recommendations to The Freecycle Network about multiple aspects of its intellectual property.  For example, he provided detailed instructions on how to use, protect and identify The Freecycle Network's intellectual property in emails or to post trademark and copyright information on The Freecycle Network's website.  In numerous emails, Mr. Oey provided The Freecycle Network with recommendations, suggestions and advice about protecting its intellectual property.

9.     For example, Mr. Oey recommended to The Freecycle Network as a member of the Penguin Patrol that The Freecycle Network members should not use the "superscript TM symbol [in emails] . . . because most email programs will not display it right to the recipient." *See* Exhibit 1, attached hereto.

10.     Another example includes one of many instances where Mr. Oey provided his "recommendation" on The Freecycle Network's Trademark and Copyright policy.  Mr. Oey made on what the text version of The Freecycle Network's Trademark and Copyright policy should say so it could be sent cleanly via email.  *See* Exhibit 2, attached hereto.

11.     Mr. Oey was also one of 4-5 leaders of The Freecycle Network's main worldwide moderator group, the Freecycle Modsquad, which continues to be the main worldwide group where rules are discussed and voted on by moderators, binding polls of moderators are taken and official notices are made to moderators worldwide.  He shared this worldwide leadership with me and 2-3 other moderators.  As a leader of The Freecycle Network's "Modsquad," Mr. Oey was tasked with helping lead this main group consisting of well over a thousand moderators worldwide

at the time, informing worldwide moderators, collecting comments, providing suggestions and making recommendations to The Freecycle Network's only office based in Tucson in this regard. This leadership role was in addition to and separate from any Sunnyvale-specific or other locally-oriented volunteer moderating of any groups that Mr. Oey was involved in.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Tucson, Arizona on May 18, 2006.

By:_____
                    Deron Beal

# EXHIBIT 1

----- Original Message -----
**From:** Tim Oey
**To:** PenguinPatrol@yahoogroups.com
**Sent:** Tuesday, March 08, 2005 2:30 AM
**Subject:** RE: [PenguinPatrol] Timeline

I think we should roll with what we have and just be ready to answer questions and
modify our approach as we go.


The only update that I had on the last version I saw sent out was changing text
"the ascii version" to "the symbol".


TIP: If you are sending an email and wish to add the TM,
it makes sense to use the (TM) version rather than the
superscript TM symbol (even if you know how to
generate the ascii version) because most email
programs will not display it right to the recipient.

   to

TIP: If you are sending an email and wish to add the TM,
it makes sense to use the (TM) version rather than the
superscript TM symbol (even if you know how to
generate the symbol) because most email
programs will not display it right to the recipient.


Cheers,
Tim


At 12:11 PM -0800 3/7/05, Freecycle Copyright Agent wrote:
>So I assume by your collective silence that all of
>the TM changes are in and we're ready to roll them
>out to the GOAs? I saw that Melissa won't be online
>for a few weeks. Betty- are you comfortable taking

```
>on the Q&A stuff yourself? You will *not* be
>responsible for figuring out the answers to hard
>questions- you can just bring them back here, we'll
>hash them out together, and then you'll have a form
>letter you can use for the future.
>Anything else before we take the leap?
\
```

Please note that this email message is intended only for the addressee(s) and
contains information that may be confidential and/or copyrighted.  If you are not
the intended recipient please notify the sender by reply email and immediately
delete this email. Disclosure, distribution or reproduction of this email by anyone
is strictly prohibited.
--------------------------------------------------------------------------
Freecycle and the Freecycle logo are either registered trademarks or
trademarks of The Freecycle Network in the United States and/or other
countries.

**Yahoo! Groups Sponsor**
ADVERTISEMENT



**Yahoo! Groups Links**

- To visit your group on the web, go to:
  http://groups.yahoo.com/group/PenguinPatrol/

- To unsubscribe from this group, send an email to:
  PenguinPatrol-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

# EXHIBIT 2

----- Original Message -----
**From:** Tim Oey
**To:** PenguinPatrol@yahoogroups.com
**Sent:** Wednesday, March 16, 2005 1:33 AM
**Subject:** [PenguinPatrol] My recommendations on Trademark policy

```
Hi all,

Below and posted in the Penguin files is my recommendation on what the plain text
version of the Freecycle Trademark and Copyright policy should say so that it can
sent cleanly by email.

Corrections:
- removed the html attribution, it just won't work cleanly, substituted a pointer
to some html others can use
- removed the extra note about updating documents that also said moderators could
not create documents
- changed "ascii version" to "symbol"
- did a few other minor typo corrections

Note that we cannot make this policy cover absolutely everything. But it must be
clearly readable and understandable by everyone.

Cheers,
Tim

----------------------------------------

Freecycle(TM) Trademark and Copyright Policy

[Updated on 2005-03-15 b]


How to Use the Freecycle Trademark

We are doing a really good thing here. And, we are
also learning as we go, which means there will always
```

be evolution and change. Because the Freecycle concept is unique and amazingly successful, there are many who have and who would try to use it for personal gain and profit. For that reason, The Freecycle Network is incorporated as a non-profit organization, and the Freecycle name and logo are trademark protected. We need to do our best to properly use the Freecycle trademark so that we don't lose the right to it.

In legalese, the use of the term "Freecycle" denotes a gifting service which is officially approved by the nonprofit organization "The Freecycle Network," and one that the public can expect to adhere to certain standards. The Freecycle Network must approve any email list or web site that uses the term "Freecycle" in its name and provides any sort of exchange service.


When using the term "Freecycle" please do the following:

1) While "The Freecycle Network" is a trade name, it also functions as a service mark -- i.e., a source indicator -- so it is ok to use a TM with it.

For example: The Freecycle Network(TM)

When used as a trade name (think proper name), the term "Freecycle" may be used in place of "The Freecycle Network" to allow sentences to be more concise.

For example: While The Freecycle Network has been growing by leaps and bounds, Freecycle also remains true to its core mission.


2) In all other cases, the term "Freecycle" must be used as an adjective, never as a noun or verb.

For example:
- Do not say "I'm a freecycler." Do say "I'm a Freecycle member."
- Do not say "Keep on freecyclin!" Do say "Keep on recyclin', my Freecycle friends!"
- Do not say "Freecycling group." Do say "Freecycle group"
- Do not say "Please Freecycle." Do say "Please join a Freecycle group."
- Do not say "There are 10 freecycles in this state." Do say "There are 10 Freecycle groups in this state."
- Do not say "freecycle's membership.". Do say "The Freecycle Network's membership."

(Note: new groups may use the word Freecycle in their group name/title, but should not be approved with any variations of the word Freecycle in their name, title or description, like freecycler, freecycling, freecycles.)

3) Attribution Statement. (fancy-speak for a statement
attributing ownership of a trademark to someone at the
bottom of e-mails, etc.)

At the bottom or within the body of all official
Freecycle web sites, articles, documents, press releases,
automatic notices, and group home pages the following
trademark attribution should appear:

_____

Copyright (c) 2003-2005 The Freecycle Network
(http://www.Freecycle.org).  All rights reserved.

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
_____

For an HTML version to include in your group's
description, please see:
http://groups.yahoo.com/group/freecyclesunnyvale/files/Special/


In group email list footers use the following (in
this case include the lines to set it apart):

_____
Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
_____

To create a footer in your Yahoo group:
a. Log into Yahoo and go to the group page
b. Click on Management on the left
c. Click on Messages on the right
d. Next to Subject Tag and Footer, click Edit
e. Enter the text above in the Footer box
f. Click the Save Changes button


4) The term "Freecycle" in text must always be
capitalized to set it off from the surrounding text.
Example: Freecycle groups are great!


5) If you want to use the official Freecycle logo, it
must include a TM symbol and appear exactly as it does
on http://www.freecycle.org.

It is OK to put adornments around it and behind it.
Never put anything over any portion of the logo or
otherwise obscure or change the basic form of the logo
or the TM symbol.  The graphic logo's use of lowercase
"freecycle" is ok as its design sets it apart.
(Note: new groups must use the official logo, though
they are welcomed to adorn it within these parameters.)


6) E-Mail addresses with the word "Freecycle" in them.
One should consider using something explanatory in

addition to the word "Freecycle" in their e-mail
address or ID for clarity's sake. Example:
FreecycleSpringfield@hotmail.com.


7) On your local Yahoo group sites, articles, press
releases & automatic notices: The first "prominent
display" or introduction of the mark (i.e., the first
time you use the term Freecycle in a document) needs
to be distinguished from other text with a TM (to be
replaced with an (R) eventually, once the trademark is
registered). This is in addition to the above
attribution statement (the footer-note statement in
point 3). So, a Freecycle group site should have a TM
by the logo at the top and a TM by the first use of
The Freecycle Network (or of the word Freecycle,
whichever comes first. The other instances of
Freecycle can be without a TM marking, though it is
still important to capitalize or color them to show
they are not just common words.

A great example of how to set up a group correctly
can be found at:
http://groups.yahoo.com/group/freecyclesunnyvale/


A. In HTML, use the HTML code "Freecycle&trade;"
(without the quotes).
B. For plain ASCII text documents, in email, and in
files in a Yahoo group, use "Freecycle(TM)" (without
the quotes).
C. Other documents, use any method available to create
the TM superscript
D. There's no need to use the TM mark more than once
per document.
E. Do not use the TM mark in email addresses, email
subject tag lines (such as [freecyclemytown]), group
names, or URLs.
F. Do be sure to include the footer in item 3 above,
whenever possible.


TIP: If you are sending an email and wish to add the
TM, it makes sense to use the (TM) version rather than
the superscript TM symbol (even if you know how to
generate the symbol) because many email
programs will not display it right to the recipient.


8) OPTIONAL: For further information about trademarks
and how to use them properly, see:
http://www.inta.org/info/faqs.html
http://www.uspto.gov/main/trademarks.htm


9) A current copy of this trademark use document may
be obtained at:
http://freecycle.org/tmfaq.php


Question and Answers:

What happened to the Freecycle service mark (SM)?
Freecycle formerly used the SM (Service Mark)
designation, but for better worldwide uniformity and
recognition, we are now using TM instead of SM.

Is it ok for individual email addresses or URLs to
include the term "freecycle"?
Yes, but please make sure the word is accompanied by
something explanatory, like FreecycleMytownMod.

Do personal emails about Freecycle need to use the TM
mark or trademark attribution?
No. Having the trademark attribution in email list
footers is enough.

Where are the most common places that "Freecycle" use
should be checked?
- Group description/home page
  (Management / Description and Appearance /
Description - Edit)
- Group email footer text (Management / Messages /
Subject Tag and Footer - Edit)
- Group welcome message (Management / Membership /
Welcome Message - Edit)
- All automatically sent notices -- especially the
Freecycle Etiquette document
- Press releases or other stand-alone documents
- Flyers

What changes should I make to my group's Freecycle
Etiquette document?
Make sure all instances of Freecycle are used as an
adjective or trade name. Look at the Freecycle
etiquette text at http://freecycle.org/faq.php for
good examples.

Are modified local logo graphics with our TM still ok?
Adding graphics around the official logo is fine and fun. We do
need to leave the logo itself unaltered (so you're OK
as long as the logo and TM are not covered or obscured
in any way).

What happens when the Freecycle mark becomes
registered?
When this happens, all occurrences of Freecycle(TM)
must change to Freecycle(R), and HTML code
"Freecycle&trade;" to "Freecycle&reg;".

_____

Copyright (c) 2004-2005 The Freecycle Network
(http://www.Freecycle.org).  All rights reserved.

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

_____

Please note that this email message is intended only for the addressee(s) and
contains information that may be confidential and/or copyrighted.  If you are not
the intended recipient please notify the sender by reply email and immediately
delete this email. Disclosure, distribution or reproduction of this email by anyone
is strictly prohibited.
-----------------------------------------------------------------------
Freecycle and the Freecycle logo are either registered trademarks or
trademarks of The Freecycle Network in the United States and/or other
countries.

**Yahoo! Groups Sponsor**





**Yahoo! Groups Links**

- To visit your group on the web, go to:
  http://groups.yahoo.com/group/PenguinPatrol/

- To unsubscribe from this group, send an email to:
  PenguinPatrol-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.