| | |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
| 2 | Ian N. Feinberg (SBN 88324) ifeinberg@mayerbrownrowe.com |
| 3 | Dennis S. Corgill (SBN 103429) dcorgill@mayerbrownrowe.com |
| 4 | Eric B. Evans (SBN 232476) eevans@mayerbrownrowe.com |
| 5 | Two Palo Alto Square, Suite 300 3000 El Camino Real |
| 6 | Palo Alto, CA 94306-2112 Telephone: (650) 331-2000 |
| 7 | Facsimile: (650) 331-2060 |
| 8 | Attorneys for Plaintiff FREECYCLESUNNYVALE, |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT

### OAKLAND DIVISION

| | | |
|---|---|---|
| 13 | FREECYCLESUNNYVALE, a California unincorporated association, | Case No. C06-00324 CW |
| 14 | | **DECLARATION OF TIMOTHY OEY IN SUPPORT OF COUNTERDEFENDANT FREECYCLESUNNYVALE'S REPLY IN SUPPORT OF MOTION TO STRIKE STATE-LAW COUNTERCLAIM UNDER CAL. CODE. CIV. PROC. § 425.16** |
| 15 | Plaintiff, | |
| 16 | v. | |
| 17 | THE FREECYCLE NETWORK, an Arizona corporation, | |
| 18 | Defendant. | |
| 19 | THE FREECYCLE NETWORK, INC., an Arizona Corporation, | Before: The Honorable Claudia Wilken |
| 20 | | |
| 21 | Counterclaimant, | |
| 22 | v. | |
| 23 | FREECYCLESUNNYVALE, a California unincorporated association, | |
| 24 | Counterdefendant. | |

TIMOTHY OEY'S DECLARATION ISO COUNTERDEFENDANT'S MOTION TO DISMISS/STRIKE
CASE NO. C06-00324 CW

PADB01 44020630.1

I, Timothy Oey, declare as follows:

1.      I am a resident of Sunnyvale, California, and I am a member of FreecycleSunnyvale, a California unincorporated association that is the Plaintiff and Counterclaimant in the above-captioned lawsuit.

2.      Paula Spencer is a senior volunteer who works for The Freecycle Network, Inc. ("TFN"). In September of 2005, Ms. Spencer sent emails to me and FreecycleSunnyvale in her capacity as TFN's California Group Outreach Assistance (GOA) person. In that capacity, Ms. Spencer provided assistance to FreecycleSunnyvale and policed FreecycleSunnyvale's operations.

3.      Freedomcycle operates an online group where local freecycle (e-cycle) group leaders discuss issues of interest to the freecycling community. Freedomcycle's online group is located at http://groups.google.com/group/Freedomcycle. I am a contributor to the Freedomcycle online group. A true and correct copy of the group's home page was downloaded on May 26, 2006, and is attached to this Declaration as Exhibit A.

4.      Freedomcycle also coordinates a network of local freecycling groups. In this capacity, Freedomcycle maintains a web site which is located at http://freedomcycle.org. There, Deanna Silva, the founder of Freedomcycle states: "I left the Freecycle Network because I was told to leave due to the fact that I expressed opinions on what I felt would make the Freecycle Network stronger that greatly differed from Deron Beal's (Freecycle's founder) approach. . . . Deron's feeling is that he is the owner and that Freecycle is a non-voting membership, and that only he can decide what is best for the Freecycle Network." A true and correct copy of the "!As Seen in the News!" portion of the web site was downloaded on May 25, 2006, and is attached to this Declaration as Exhibit B.

5.      At one time, I was the head of FreecycleNext, an online group formed within The Freecycle Network, Inc., for moderators of local freecycling groups. FreecycleNext sometimes is known simply as "fcnext." This online group provides a forum where local freecycling leaders can discuss issues of interest to the freecycling community. FreecycleNext's online group is located at http://groups.yahoo.com/group/fcnext/. A true and correct copy of the home page for

1  FreecycleNext was downloaded on May 25, 2006, and is attached to this Declaration as Exhibit
2  C.
3     6.    In September of 2005, Chandon Mishra was a volunteer moderator for
4  FreecycleSunnyvale's online group.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Jose, California, on May 26, 2006.

_____
Timothy Oey