# EXHIBIT A

Declaration of Timothy Oey in Support of Reply
FreecycleSunnyvale v. Freecycle Network
United States District Court
Northern District of California
Case No. C06-00324 CW

44020093

Dockets.Justia.com

Groups Home | Help | Sign in



Web   Images   **Groups**   News   Froogle   Maps   **more »**

[ Search ]   Advanced Groups Search
Preferences

| | |
|---|---|
| Members: Sign in | **Freedomcycle** |
| New users: Join | |

[ Search this group ]

💬 **Start a new topic** - **Join this group** - About group

**You cannot view or post messages because you are not currently a member. Anyone can join.**

**Recently visited**
Freedomcycle

Description: Welcome to Freedomcycle -- the place where "e-cycle" group leaders from all over the world are gathering to plan for a better future. Together, we will chart a course to a better planet, first, by making it very easy for people to find new homes for things they no longer want.

You must be signed in and a member of this group to read its archive.

✉ Groups Alerts

Create a new group
About Google Groups

• **Sign in to Google Groups**

• **Sign in and apply for membership** or contact the owner.

Freedomcycle

[ Search this group ]

[ Search ]

Google Home - Terms of Service - Privacy Policy

©2006 Google