# EXHIBIT B

Declaration of Timothy Oey in Support of Reply
FreecycleSunnyvale v. Freecycle Network
United States District Court
Northern District of California
Case No. C06-00324 CW

44020093

Dockets.Justia.com

# FREEDOMCYCLE

## *!As Seen in the News!*

Reduce    Reuse    Recycle    Community    Unclutter    Free

**Recycle online in Connecticut on Freedomcycle.org!**

*SEPTEMBER 1, 2005: What's the life expectancy of a box of typewriter ribbon? A pair of roller skates? How ab legos? Thanks to www.freedomcycle.org, the life expectancy of these and millions of otherwise forgotten items h just doubled. Picture an online tag sale - only without the tags: freedomcycle.org is a grass-roots effort designed keep our landfills from overflowing. Whether you're purging the closets or looking for toys for your kids, freedomcycle.org is a fast-growing community of "recyclers of stuff." the catch: everything is free!*

*Check your closet...under your bed - or up in the attic - chances are you have something too good for the garbag but no longer used. Log on to www.freedomcycle.org and post your offer online. Remember, one man's trash is another man's treasure! Sit back and wait for the emails to roll in. Choose a receiver for the offer you've made - smile! You've just made someone's day! The best part about freedomcycle is the feeling you get knowing your stu going to a good home. But there's even more to the story...*

*Perhaps you've been looking for paving bricks for that patio...or an artificial Christmas tree...just as you're offer up free goods, others are doing the same - and you never know what treasures are waiting for you on www.freedomcycle.org!*

*Freedomcycle.org is the brainchild of owner / moderator Deanna Silvia from Manchester. Deanna, once a grou and state ModSquad Moderator as well as an NGA and GOA on the Freecycle Network, decided to spin off from Freecycle to develop an alternative group - one that will "allow communities to determine what works best for th I left the Freecycle Network because I was told to leave due to the fact that I expressed opinions on what I felt w make the Freecycle Network stronger that greatly differed from Deron Beal's (Freecycle's founder) approach. M idea was to bring in a diverse board of directors who are familiar with similar type non-profit organizations, wi skills that would benefit the growth of the organization. Deron's feeling is that he is the owner and that Freecycl a non-voting membership, and that only he can decide what is best for the Freecycle Network."*

*Deanna says, "We have been having a ball with members discussing what they would like to see." Through week Wednesday evening chats, Freedomcycle is becoming "the grass roots movement that Freecycle started out to be*

*For more information or to explore freedomcycle for yourself, log on to www.freedomcycle.org. To contact Dea please email info@freedomcycle.org. - As told by Grahame Slogesky*

---

September 2005 - **They Give Things Away** - Manchester Life - By Betsy Witterman

*(Note: the following excepts were taken from an article written about Freedomcycle Manchester after its name was changed to Freedomcycle. Although the correct url to the appeared at the end of the article, the group was identified by its previous name.)*

""I love it," said Yvonne Zemanek, a Manchester resident and an avid member of the Manchester (Freedomcycle) group. What she loves about this online swapping organization is an opportunity to recycle items that are no longer of use to her, or to get items that she can really use -- free. "My husband wants to take it to the dump, I want to find a home for stuff," she added."

"It was founded by Deanna Silvia in April 2004... (Because) she thought "This is something I can do to contribute.""

""I feel good about finding someone who needs something that would be otherwise thrown away," (Dick Sen Ellington) explained."

"(Yvonne) explained her motivation as not only liking to find a new home for items that other people can use, also, "I have a fear of becoming a cluttered person and I don't want to do that. Every piece I find a home for weight off my shoulders.""

====================

*May 7, 2005 - Web site has free 'stuff'* -WSFB Channel 3 News, Hartford

*(Note: the following story was aired about the CentralCT Freedomcycle group before its name was changed to Freedomcycle)*

*Toys, appliances, clothes, even diapers and it's all free. All you have to do is "log on" to the web. It's part of growing organization in Connecticut that believes in recycling.*

*"I've received mostly children's toys outdoor toys a few odds and ends here in there but mostly kids things,*

*"We've received chairs dishclothes, clothes, washing machines dryers whatever you can think of we have received."*

*Cindy Doherty and Lynn Stokes have discovered "free-cycling." They joined (…) an online organization that allows people to get free stuff.*

*But, it's not only about getting free things, it can also help you clean out your clutter..*

*(Freedomcycle) basically allows you to get rid of your items your stuff that's hiding in your garage or your closet*

*Here's how it works. You go online and register with (freedomcycle.) Then you can post a list of what you want to give a way and browse to see what other people have to offer.*

*It's open to anyone. The person who wants the item will come and pick it up at your home.*

*It's all about promoting waste reduction and keeping these items out of landfills.*

*There is no limit to the number of times you can post or receive things, but some members such as Cindy Doherty do function as site monitors as well.*

*"We just oversee the postings as a whole to make sure nothing is inappropriate and nothing is illegal," Doherty says.*

====================

*August 27, 2004 - You Want it? You Got It Online Exchange, For The Taking* - The Courant - By John Jurgensen

*(Note: the following excerpts were taken from an article written about the CentralCT Freedomcycle group before its name was changed to Freedomcycle)*

*"The group was founded last April. The inaugural item was a leash for a pet reptile. Group moderator Debbie Varrell had liberated the fully packaged novelty from the Glastonbury dump, thinking it would be a lighthearted listing to get things started. But it was immediately snapped up by another member.*

*Since then, she's learned time and again that almost anything, no matter how apparently useless, can find a new home. Like the broken Sears lawnmower her son took apart and rebuilt to no avail. Along with the outgrown kids' clothes and games before it, the mower went…"*

*"Even though they may come to the group with a mental list of things they want to acquire, new members are encouraged to join with an "offer," if only to reinforce the mantra that (Freedomcycle) is more about giving than getting."*

*""Basically I like to scavenge. I'd rather spend my hard earned money on things like vacation," (Debbie Varrell) said.*

*"I think there's a whole lot of resources being wasted by people running right out to buy things when down the street there's someone who wants to get rid of the thing you might need.""*

*HOME*

For More Information email info@freedomcycle.org



*Logo Design at top by restand*