# EXHIBIT C

Declaration of Timothy Oey in Support of Reply
FreecycleSunnyvale v. Freecycle Network
United States District Court
Northern District of California
Case No. C06-00324 CW

44020093

Yahoo!   My Yahoo!   Mail

# YAHOO! GROUPS

Sign In
New User? Sign Up

Search the Web  [Search]

Groups Home - Help

**fcnext** · Free Recycling - The Next Generation

## Home

- Home
- Messages

**Members Only**
- Post
- Chat
- Files
- Photos
- Links
- Database
- Polls
- Calendar
- Promote

Info | Settings

### Group Information
Members: 345
Category: Recycling
Founded: Oct 13, 2004
Language: English

● Already a member?
Sign in to Yahoo!

### Yahoo! Groups Tips
**Did you know...**
You can connect in real-time with other group members, sharing instant messages. Get Yahoo! Messenger with Voice.

### Yahoo! 360°
Keep connected to your friends and family through blogs, photos and more.
Create your own

---

**Activity within 7 days:**  **104** New Messages - **1** New File

### Description

This is a place where free recycling friends can discuss **the future of free recycling** -- where free recycling should go and how. There are no secrets here, just open and honest discussion.

IMPORTANT: Intelligent, thoughtful, and positive discussion is encouraged. All new members are moderated at first.

List rules:
- Stay on topic.
- No personal attacks.
- No discussion of how to run this group on the list (send questions to the -owner addres



Join the Blue Ribbon Online Free Speech Campaign!

---

**Most Recent Messages**  (View All)      What's This?   Search:

**Re: Fw: your membership: Thanks**
Thanks for all your replies. My question was out of curiosity and not any confrontation. I guess it is a good idea to fight for what you believe, even if they
Posted - Fri May 26, 2006  12:42 am

**Re: Fw: your membership**
What a sad commentary-- "We don't know why but we are doing as requested"!! Not even bothering to question why..... for shame!! wnh
Posted - Fri May 26, 2006  12:41 am

**Re: Fw: your membership**
This was not something I moderate. I was only a member of the group and never caused a problem for any of the groups. This is just a directive from Deron and
Posted - Fri May 26, 2006  12:35 am

**Re: Fw: your membership**
Basically that is what the group moderators are saying. They said we have never had a problem with you but our GOA has highly recommended that we ban you from
Posted - Fri May 26, 2006  12:20 am

**Re: Fw: your membership**
... I am on local Freecycle groups for the simple fact my group is 150members while the official Ottawa Freecycle is 7000 plus members. When I look for stuff
Posted - Thu May 25, 2006  11:31 pm

360° page now.

## Message History

|      | Jan | Feb | Mar  | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2006 | 432 | 413 | 1041 | 927 | 611 |     |     |     |     |     |     |     |
| 2005 | 33  | 24  | 113  | 5   | 16  | 26  | 14  | 271 | 312 | 208 | 705 | 287 |
| 2004 |     |     |      |     |     |     |     |     |     | 226 | 283 | 31  |

## Group Email Addresses

Post message:   fcnext@yahoogroups.com
Subscribe:      fcnext-subscribe@yahoogroups.com
Unsubscribe:    fcnext-unsubscribe@yahoogroups.com
List owner:     fcnext-owner@yahoogroups.com

**YAHOO! SPONSOR RESULTS**

Target.com: Blue Ribbon - **Blue ribbon online. Save 10% - 20% at Target.com.**
www.target.com

Blue Ribbon Design - **Letterpress greeting cards, invitations and announcements.**
www.blueribbondesign.com

Ribbon - Satin, Grosgrain, Organza - **We have a very large selection of blue ribbon. We c organza, paper, curling, and floral ribbon to name a few at very low prices.**
www.downtowncrafts.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help