PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238138
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:     (650) 838-4300
Facsimile:     (650) 838-4350

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C 06-00324 CW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION** |

WHEREAS on April 4, 2006, this Court entered a Case Management Order directing the parties to complete mediation by May 31, 2006;

WHEREAS the Court's ADR Case Administrator appointed William N. Hebert ("Mr. Hebert") as mediator by its Notice of Appointment of Mediator dated April 13, 2006;

WHEREAS the representative of Defendant and Counterclaimant The Freecycle Network, Inc. ("The Freecycle Network") will be out of the country from May 20 to June 11, 2006;

WHEREAS the parties continue to believe that there is a reasonable possibility that this case may be resolved through mediation;

STIPULATION EXTENDING TIME TO COMPLETE MEDIATION     CASE NO. C 06-00324 CW

WHEREAS both parties and Mr. Hebert have agreed to tentatively set the mediation date for the above-captioned matter for June 13, 2006.

IT IS HEREBY STIPULATED AND AGREED by and between The Freecycle Network and Plaintiff and Counterdefendant FreecycleSunnyvale ("FreecycleSunnyvale"), by and through their respective undersigned counsel, pursuant to Civil Local Rules 6-2(a) and 7-11, that the time for the parties to complete their mediation be extended up to and including June 30, 2006.

Dated: May 31, 2006         **PERKINS COIE LLP**

By: /s/
Esha Bandyopadhyay
Attorney for Defendant and Counterclaimant
The Freecycle Network, Inc.

Dated: May 31, 2006         **MAYER, BROWN, ROWE & MAW LLP**

By: /s/
Ian N. Feinberg
Attorney for Plaintiff and Counterdefendant
FreecycleSunnyvale

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____         _____
Honorable Claudia Wilken
United States District Judge

- 2 -
STIPULATION EXTENDING TIME TO COMPLETE MEDIATION         CASE NO. C 06-00324 CW