PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238138
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:    (650) 838-4300
Facsimile:     (650) 838-4350

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. C 06-00324 CW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION** |

WHEREAS on April 4, 2006, this Court entered a Case Management Order directing the parties to complete mediation by May 31, 2006;

WHEREAS the Court's ADR Case Administrator appointed William N. Hebert ("Mr. Hebert") as mediator by its Notice of Appointment of Mediator dated April 13, 2006;

WHEREAS the representative of Defendant and Counterclaimant The Freecycle Network, Inc. ("The Freecycle Network") will be out of the country from May 20 to June 11, 2006;

WHEREAS the parties continue to believe that there is a reasonable possibility that this case may be resolved through mediation;

STIPULATION EXTENDING TIME TO COMPLETE MEDIATION   CASE NO. C 06-00324 CW

1  WHEREAS both parties and Mr. Hebert have agreed to tentatively set the mediation date
2  for the above-captioned matter for June 13, 2006.
3  IT IS HEREBY STIPULATED AND AGREED by and between The Freecycle Network
4  and Plaintiff and Counterdefendant FreecycleSunnyvale ("FreecycleSunnyvale"), by and through
5  their respective undersigned counsel, pursuant to Civil Local Rules 6-2(a) and 7-11, that the time
6  for the parties to complete their mediation be extended up to and including June 30, 2006.

Dated: May 31, 2006                **PERKINS COIE LLP**

By:  /s/
Esha Bandyopadhyay
Attorney for Defendant and Counterclaimant
The Freecycle Network, Inc.

Dated: May 31, 2006                **MAYER, BROWN, ROWE & MAW LLP**

By:  /s/
Ian N. Feinberg
Attorney for Plaintiff and Counterdefendant
FreecycleSunnyvale

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  6/2/06

Honorable Claudia Wilken
United States District Judge

- 2 -
STIPULATION EXTENDING TIME TO COMPLETE MEDIATION        CASE NO. C 06-00324 CW