1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## Northern District of California

United States District Court
Northern District of California

9  FreecycleSunnyvale,                              No. C 06-00324 CW MED

10              Plaintiff(s),              **Certification of ADR Session**

11      v.

12  Freecycle Network,

13              Defendant(s).

14  _Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after_

15  _completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court_

16  _file._

17  1.    I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE

18        session on (date) ___6/13/06___

19  2.    Did the case settle?        ☐ fully        ☐ partially        ☒ no

20  3.    If the case did not settle fully, is any follow-up contemplated?

21        ☐ another session scheduled for (date) _____

22        ☒ phone discussions expected by (date) ___6/30/06___

23        ☐ no

24  **4.    IS THIS ADR PROCESS COMPLETED?        ☒ YES        ☐ NO**

25

26  Dated: ___6/13/06___                        _____

27                                              Mediator, William N. Hebert
                                                Kirkpatrick & Lockhart Nicholson Graham
                                                630 Hanson Way
28                                              Palo Alto, CA 94304

Certification of ADR Session
06-00324 CW MED