1    Ian N. Feinberg (SBN 88324)
     ifeinberg@mayerbrownrowe.com
2    Dennis S. Corgill (SBN 103429)
     dcorgill@mayerbrownrowe.com
3    Eric B. Evans (SBN 232476)
     eevans@mayerbrownrowe.com
4    MAYER, BROWN, ROWE & MAW LLP
     Two Palo Alto Square, Suite 300
5    3000 El Camino Real
     Palo Alto, CA  94306-2112
6    Telephone:    (650) 331-2000
     Facsimile:    (650) 331-2060
7

8    Attorneys for Plaintiff
     FREECYCLESUNNYVALE

9

10               **UNITED STATES DISTRICT COURT**

            **NORTHERN DISTRICT OF CALIFORNIA**

11

                 **OAKLAND DIVISION**

12

13

14    FREECYCLESUNNYVALE,             CASE NO. C06-00324 CW
     a California unincorporated association,

15            Plaintiff,

16                v.                 **STIPULATED REQUEST FOR ORDER**
                                 **CHANGING TIME UNDER CIVIL L.R. 6-2**

17    THE FREECYCLE NETWORK,
     an Arizona corporation,

18                                Before:  Honorable Claudia Wilken

19              Defendant.

20    THE FREECYCLE NETWORK, INC., an
     Arizona Corporation,

21

22            Counterclaimant,

23               v.

     FREECYCLESUNNYVALE, a California
24    unincorporated association,

25            Counterdefendant.

26

27

28

                                                STIPULATED REQUEST FOR ORDER CHANGING TIME
                                                 CASE NO. C06-00324 CW

1    PURSUANT TO CIVIL L.R. 6-2, Plaintiff FreecycleSunnyvale and Defendant The

2    Freecycle Network, Inc., respectfully request this Court to enter an order changing time.

3    **I.      INTRODUCTION**

4        The above-captioned lawsuit concerns The Freecycle Network's claim of trademark rights

5    over the term "freecycle" and a stylized logo depicting that term.  FreecycleSunnyvale seeks a

6    declaration of non-infringement or, in the alternative, that the alleged trademarks are generic or

7    that The Freecycle Network has engaged in naked licensing.  The Freecycle Network filed

8    counterclaims, alleging trademark infringement, contributory infringement, and unfair

9    competition under the Lanham Act, as well as California state-law claims for unfair competition.

10   Counsel for both parties appear *pro bono*.  This Court's Case Management Order presently sets

11   the fact discovery cutoff for August 1, 2006.  *See* Minute Order (Docket # 18).  For the following

12   reasons, FreecycleSunnyvale and The Freecycle Network respectfully request a ninety (90) day

13   extension of the fact discovery cutoff and all other deadlines in the Case Management Order.

14   **II.     REASONS FOR THE REQUESTED ENLARGEMENT OF TIME**

15       First, fact discovery should be extended because the issues that will be litigated before this

16   Court have not been framed.  The Court ruled on FreecycleSunnyvale's motions to dismiss and

17   strike The Freecycle Network's counterclaims on July 25, 2006.  In its order, this Court granted

18   The Freecycle Network leave to amend within two weeks of the date of the order.  Thus, the

19   Freecycle Network is not required to file amended counterclaims until after the current fact

20   discovery cutoff.  Accordingly, there is uncertainty as to how the parties will opt to proceed.

21       Second, the parties believe that additional discovery is necessary in this case.  For

22   example, the parties have scheduled depositions but have not yet completed their production of

23   documents.

24       Third, assuming that fact discovery will be extended, the other deadlines in this Court's

25   Case Management Order should be similarly extended by ninety (90) days.

26   **III.    DISCLOSURE OF PREVIOUS TIME MODIFICATIONS**

27       The parties have not previously sought an order modifying time in this case.

28

**IV.    EFFECT OF THE TIME MODIFICATION ON THE SCHEDULE OF THE CASE**

The parties attach a proposed order that revises this Court's Case Management Order by extending the fact discovery cutoff and all other deadlines by ninety (90) days.  If a ninety-day extension of a deadline would fall on a weekend or holiday, the parties propose that the new deadline be the following business day.  The following table summarizes the proposed changes to the Case Management Order and to the schedule of the case.

| Deadlines | Current Cutoff | Proposed Cutoff |
|---|---|---|
| Completion of Fact Discovery: | 08/01/06 | 11/01/06 |
| Disclosure of identities and reports of expert witnesses: | 09/01/06 | 12/01/06 |
| Completion of Expert Discovery: | 10/27/06 | 01/29/07 |
| Plaintiff to file dispositive motion and notice for hearing on 12/8/06 at 10:00 a.m.: | 10/27/06 | 01/29/07 |
| Defendant opposition and any cross motion (contained in one brief): | 11/10/06 | 02/12/07 |
| Plaintiff reply/opposition: | 11/17/06 | 02/19/07 |
| Surreply: | 11/27/06 | 02/27/07 |
| All case-dispositive motions to be heard at 10:00 a.m. on or before: | 12/08/06 | 03/08/07 |
| Final Pretrial Conference at 1:30 p.m. on: | [to be set] | [to be set] |
| A Trial will begin at 8:30 a.m. on: | [to be set] | [to be set] |

The parties' proposed order will not affect the ADR process.  On June 13, 2006, the parties engaged in court-connected mediation, which was conducted by William N. Herbert,

2

1    Esquire.  That mediation was unsuccessful in settling the lawsuit or narrowing the issues to be

2    litigated.

3    **V.      CONCLUSION**

4          For the foregoing reasons, the parties respectfully request an order changing time that

5    grants a ninety (90) day extension of the fact discovery cutoff and all other deadlines in the Case

6    Management Order.

7

8    Dated:  July 25, 2006                    MAYER, BROWN, ROWE & MAW LLP
                                              IAN N. FEINBERG
9                                             DENNIS S. CORGILL
                                              ERIC B. EVANS
10

11

12                                           By:      ___/s/_____
                                                       Ian N. Feinberg
13

14                                           Attorneys for Plaintiff
                                             FREECYCLESUNNYVALE
15

16

17
     Dated:  July 25, 2006                    PERKINS COIE LLP
18                                            PAUL J. ANDRE
                                              LISA KOBIALKA
19                                            ESHA BANDYOPADHYAY
                                              SEAN M. BOYLE
20

21

22                                           By:      ___/s/_____
                                                       Esha Bandyopadhyay
23

24                                           Attorneys for Defendant
                                             THE FREECYCLE NETWORK, INC.
25

26

27

28
     44021966.1                                    3