| | |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
| 2 | Ian N. Feinberg (SBN 88324) |
| | ifeinberg@mayerbrownrowe.com |
| 3 | Dennis S. Corgill (SBN 103429) |
| | dcorgill@mayerbrownrowe.com |
| 4 | Eric B. Evans (SBN 232476) |
| | eevans@mayerbrownrowe.com |
| 5 | Two Palo Alto Square, Suite 300 |
| | 3000 El Camino Real |
| 6 | Palo Alto, CA 94306-2112 |
| | Telephone: (650) 331-2000 |
| 7 | Facsimile: (650) 331-2060 |
| 8 | Attorneys for Plaintiff |
| | FREECYCLESUNNYVALE |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | Case No. C06-00324 CW |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| THE FREECYCLE NETWORK, INC. an Arizona corporation, | |
| Defendant. | |
| | |
| THE FREECYCLE NETWORK, INC. an Arizona corporation, | |
| Counterclaimant, | |
| v. | |
| FREECYCLESUNNYVALE, a California unincorporated association, | |
| Counterdefendant, | |

**PROOF OF SERVICE**

I, Shana Ryan, declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is: Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112. On July 25, 2006, I served the foregoing document(s) described as:

**STIPULATED REQUEST FOR ORDER CHANGING TIME UNDER CIVIL L.R. 6-2**

**[PROPOSED] ORDER CHANGING TIME FOR FACT DISCOVERY CUTOFF AND OTHER DEADLINES**

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ By placing the document(s) listed above in a sealed envelope with postage prepaid, via First Class Mail, in the United States mail at Palo Alto, California addressed as set forth below.

☐ By placing the document(s) listed above in a sealed overnight service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an overnight service agent for delivery.

☒ By transmitting the document(s) listed above via electronic mail.

Paul J. Andre                (pandre@perkinscoie.com)
Lisa Kobialka                (lkobialka@perkinscoie.com)
Esha Bandyopadhyay            (ebandyopadhyay@perkinscoie.com)
Sean M. Boyle                (sboyle@perkinscoie.com)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

Lisa Anne Smith              (lasmith@dmyl.com)
Shefali Milczarek-Desai      (smdesai@dmyl.com)
DeConcini McDonald Yetwin
   & Lacy PC
2525 E. Broadway Boulevard
Suite 200
Tucson, AZ  85716-5300

I declare under penalty of perjury that the foregoing is true and correct.

1  Executed on July 25, 2006, at Palo Alto, California.

4  _____/s/_____
   Shana Ryan