1  Ian N. Feinberg (SBN 88324)
   ifeinberg@mayerbrownrowe.com
2  Dennis S. Corgill (SBN 103429)
   dcorgill@mayerbrownrowe.com
3  Eric B. Evans (SBN 232476)
   eevans@mayerbrownrowe.com
4  MAYER, BROWN, ROWE & MAW LLP
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, CA  94306-2112
6  Telephone:     (650) 331-2000
   Facsimile:     (650) 331-2060
7
   Attorneys for Plaintiff
8  FREECYCLESUNNYVALE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, <br><br> Plaintiff, <br><br> v. <br><br> THE FREECYCLE NETWORK, an Arizona corporation, <br><br> Defendant. | CASE NO. C06-00324 CW <br><br> **REVISED STIPULATED REQUEST FOR ORDER CHANGING TIME UNDER CIVIL L.R. 6-2** <br><br> Before:  Honorable Claudia Wilken |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> FREECYCLESUNNYVALE, a California unincorporated association, <br><br> Counterdefendant. | |

REVISED STIPULATED REQUEST FOR ORDER CHANGING TIME
CASE NO. C06-00324 CW

PURSUANT TO CIVIL L.R. 6-2, Plaintiff FreecycleSunnyvale and Defendant The Freecycle Network, Inc., respectfully request this Court to enter an order changing time.

## I.     INTRODUCTION

The above-captioned lawsuit concerns The Freecycle Network's claim of trademark rights over the term "freecycle" and a stylized logo depicting that term. FreecycleSunnyvale seeks a declaration of non-infringement or, in the alternative, that the alleged trademarks are generic or that The Freecycle Network has engaged in naked licensing. The Freecycle Network filed counterclaims, alleging trademark infringement, contributory infringement, and unfair competition under the Lanham Act, as well as California state-law claims for unfair competition. Counsel for both parties appear *pro bono*. This Court's Case Management Order presently sets the fact discovery cutoff for August 1, 2006. *See* Minute Order (Docket # 18). For the following reasons, FreecycleSunnyvale and The Freecycle Network respectfully request a ninety (90) day extension of the fact discovery cutoff and all other deadlines in the Case Management Order.

## II.    REASONS FOR THE REQUESTED ENLARGEMENT OF TIME

First, fact discovery should be extended because the issues that will be litigated before this Court have not been framed. The Court ruled on FreecycleSunnyvale's motions to dismiss and strike The Freecycle Network's counterclaims on July 25, 2006. In its order, this Court granted The Freecycle Network leave to amend within two weeks of the date of the order. Thus, the Freecycle Network is not required to file amended counterclaims until after the current fact discovery cutoff. Accordingly, there is uncertainty as to how the parties will opt to proceed.

Second, the parties believe that additional discovery is necessary in this case. For example, the parties have scheduled depositions but have not yet completed their production of documents.

Third, assuming that fact discovery will be extended, the other deadlines in this Court's Case Management Order should be similarly extended by ninety (90) days.

## III.   DISCLOSURE OF PREVIOUS TIME MODIFICATIONS

The parties have not previously sought an order modifying time in this case.

**IV.    EFFECT OF THE TIME MODIFICATION ON THE SCHEDULE OF THE CASE**

The parties attach a proposed order that revises this Court's Case Management Order by extending the fact discovery cutoff and all other deadlines by approximately ninety (90) days. If a ninety-day extension of a deadline would fall on a weekend or holiday, the parties propose that the new deadline be the following business day. The following table summarizes the proposed changes to the Case Management Order and to the schedule of the case.

| Deadlines | Current Cutoff | Proposed Cutoff |
|---|---|---|
| Completion of Fact Discovery: | 08/01/06 | 11/01/06 |
| Disclosure of identities and reports of expert witnesses: | 09/01/06 | 12/01/06 |
| Completion of Expert Discovery: | 10/27/06 | 01/29/07 |
| Plaintiff to file dispositive motion and notice for hearing on 12/8/06 at 10:00 a.m.: | 10/27/06 | 01/29/07 |
| Defendant opposition and any cross motion (contained in one brief): | 11/10/06 | 02/12/07 |
| Plaintiff reply/opposition: | 11/17/06 | 02/20/07 |
| Surreply: | 11/27/06 | 02/27/07 |
| Further Case Management Conference and all case-dispositive motions to be heard at 10:00 a.m. on or before: | 12/08/06 | 03/16/07 |
| Final Pretrial Conference at 1:30 p.m. on: | [to be set] | [to be set] |
| A Trial will begin at 8:30 a.m. on: | [to be set] | [to be set] |

2

The parties' proposed order will not affect the ADR process. On June 13, 2006, the parties engaged in court-connected mediation, which was conducted by William N. Herbert, Esquire. That mediation was unsuccessful in settling the lawsuit or narrowing the issues to be litigated.

**V.   CONCLUSION**

For the foregoing reasons, the parties respectfully request an order changing time that grants a ninety (90) day extension of the fact discovery cutoff and all other deadlines in the Case Management Order.

Dated:  July 26, 2006            MAYER, BROWN, ROWE & MAW LLP
                                 IAN N. FEINBERG
                                 DENNIS S. CORGILL
                                 ERIC B. EVANS


                                 By:    /s/
                                        Ian N. Feinberg

                                 Attorneys for Plaintiff
                                 FREECYCLESUNNYVALE


Dated:  July 26, 2006            PERKINS COIE LLP
                                 PAUL J. ANDRE
                                 LISA KOBIALKA
                                 ESHA BANDYOPADHYAY
                                 SEAN M. BOYLE


                                 By:    /s/
                                        Esha Bandyopadhyay

                                 Attorneys for Defendant
                                 THE FREECYCLE NETWORK, INC.