1  MAYER, BROWN, ROWE & MAW LLP
   Ian N. Feinberg (SBN 88324)
2  ifeinberg@mayerbrownrowe.com
   Dennis S. Corgill (SBN 103429)
3  dcorgill@mayerbrownrowe.com
   Eric B. Evans (SBN 232476)
4  eevans@mayerbrownrowe.com
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, CA  94306-2112
6  Telephone:  (650) 331-2000
   Facsimile:   (650) 331-2060
7

8  Attorneys for Plaintiff
   FREECYCLESUNNYVALE
9

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>            Plaintiff,<br><br>     v.<br><br>THE FREECYCLE NETWORK, INC.<br>an Arizona corporation,<br><br>            Defendant.<br><br>THE FREECYCLE NETWORK, INC.<br>an Arizona corporation,<br><br>            Counterclaimant,<br><br>v.<br><br>FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>            Counterdefendant, | Case No. C06-00324 CW<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NO. C06-00324 CW

# PROOF OF SERVICE

I, Shana Ryan, declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is: Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112. On July 26, 2006, I served the foregoing document(s) described as:

**REVISED STIPULATED REQUEST FOR ORDER CHANGING TIME UNDER CIVIL L.R. 6-2**

**[PROPOSED] ORDER CHANGING TIME FOR FACT DISCOVERY CUTOFF AND OTHER DEADLINES**

☐ By transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ By placing the document(s) listed above in a sealed envelope with postage prepaid, via First Class Mail, in the United States mail at Palo Alto, California addressed as set forth below.

☐ By placing the document(s) listed above in a sealed overnight service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an overnight service agent for delivery.

☐ By transmitting the document(s) listed above via electronic mail.

| | |
|---|---|
| Paul J. Andre | Lisa Anne Smith |
| Lisa Kobialka | Shefali Milczarek-Desai |
| Esha Bandyopadhyay | DeConcini McDonald Yetwin |
| Sean M. Boyle | & Lacy PC |
| Perkins Coie LLP | 2525 E. Broadway Boulevard |
| 101 Jefferson Drive | Suite 200 |
| Menlo Park, CA 94025-1114 | Tucson, AZ 85716-5300 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2006, at Palo Alto, California.

/s/
Shana Ryan

44021994.1