1  Ian N. Feinberg (SBN 88324)
   ifeinberg@mayerbrownrowe.com
2  Dennis S. Corgill (SBN 103429)
   dcorgill@mayerbrownrowe.com
3  Eric B. Evans (SBN 232476)
   eevans@mayerbrownrowe.com
4  MAYER, BROWN, ROWE & MAW LLP
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, CA  94306-2112
6  Telephone:    (650) 331-2000
   Facsimile:    (650) 331-2060
7
   Attorneys for Plaintiff
8  FREECYCLESUNNYVALE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | CASE NO. C06-00324 CW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER CHANGING TIME FOR FACT DISCOVERY CUTOFF AND OTHER DEADLINES** |
| THE FREECYCLE NETWORK, an Arizona corporation, | |
| Defendant. | Before: Honorable Claudia Wilken |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation, | |
| Counterclaimant, | |
| v. | |
| FREECYCLESUNNYVALE, a California unincorporated association, | |
| Counterdefendant. | |

1  Having considered the stipulated request of Plaintiff FreecycleSunnyvale and Defendant
2  The Freecycle Network, Inc., for an order changing time, and good cause appearing therefor,
3  IT IS ORDERED that this Court's Case Management Order is revised to provide the
4  following deadlines:

| | |
|---|---|
| Completion of Fact Discovery: | 11/01/06 |
| Disclosure of identities and reports of expert witnesses: | 12/01/06 |
| Completion of Expert Discovery: | 01/29/07 |
| Plaintiff to file dispositive motion and notice for hearing on 03/09/07 at 10:00 a.m.: | 01/29/07 |
| Defendant opposition and any cross motion (contained in one brief): | 02/12/07 |
| Plaintiff reply/opposition: | 02/20/07 |
| Surreply: | 02/27/07 |
| Further Case Management Conference and all case-dispositive motions to be heard at 10:00 a.m. on or before: | 03/16/07 |
| Final Pretrial Conference at 1:30 p.m. on: | [to be set] |
| A Trial will begin at 8:30 a.m. on: | [to be set] |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~July~~ Aug. 1 __, 2006

_____
CLAUDIA WILKEN
United States District Judge

44021935.1

[PROPOSED] ORDER CHANGING TIME
CASE NO. C06-00324 CW