# EXHIBIT A

Request for Judicial Notice ISO Motion to Dismiss/Strike
FreecycleSunnyvale v. The Freecycle Network, Inc.
Case No. C06-00324 CW
(N.D. Cal. filed Jan. 18, 2006)

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2006-08-28 18:04:58 ET

**Serial Number:** 78475113 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** FREECYCLE

**Standard Character claim:** No

**Current Status:** An opposition is now pending at the Trademark Trial and Appeal Board.

**Date of Status:** 2006-01-18

**Filing Date:** 2004-08-27

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 102

**Attorney Assigned:**
AGOSTO GISELLE MARIE Employee Location

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-12-06

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. THE FREECYCLE NETWORK

**Address:**
THE FREECYCLE NETWORK
901 NORTH PERRY AVENUE
TUCSON, AZ 85705
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** Arizona
**Phone Number:** 520-631-2171
**Fax Number:** na

## GOODS AND/OR SERVICES

**International Class:** 035
**Class Status:** Active
Providing a website which features advertisements for giving and receiving of free property of others on a global computer network
**Basis:** 1(a)
**First Use Date:** 2003-05-01
**First Use in Commerce Date:** 2003-05-01

## ADDITIONAL INFORMATION

**Color(s) Claimed:** The color(s) GREEN, TAN, BLACK, ORANGE, YELLOW is/are claimed as a feature of the mark.

**Description of Mark and Any Color Part(s):** The mark consists of the word "freecycle" in green with a slight black shadow around the edges of the letter. The wheels and frame of the bicycle are tan and outlined in black. The guitar forms the letter "l" of the word "freecycle". The guitar headstock and fretboard are black with two white stripes suggesting strings. The body of the guitar is shaded in black around the edge with an insertion of a white and orange line running from the top left corner of the body to the neck of the guitar. The interior of the body is orange with a yellow reflection surrounding the left side of the bridge and completely surrounding the strings. Four black lines, suggesting strings, begin above the sound hole and stop below the bridge.

**Design Search Code(s):**
**18.03.01** - Bicycles; Tricycles; Unicycles
**22.01.06** - Banjos; Guitars; Ukuleles
**27.03.05** - Objects forming letters or numerals

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2006-01-18 - Opposition instituted for Proceeding

2006-01-18 - Opposition papers filed

2006-01-17 - Published for opposition

2005-12-28 - Notice of publication

2005-11-30 - Law Office Publication Review Completed

2005-11-25 - Assigned To LIE

2005-11-22 - Approved for Pub - Principal Register (Initial exam)

2005-11-22 - EXAMINERS AMENDMENT E-MAILED

2005-11-22 - Examiners Amendment -Written

2005-11-10 - Priority Action E-Mailed

2005-11-10 - Priority Action Written

2005-11-10 - Previous allowance count withdrawn

2005-10-28 - Withdrawn From Pub - Og Review Query

2005-10-01 - Law Office Publication Review Completed

2005-09-30 - Assigned To LIE

2005-09-28 - Approved for Pub - Principal Register (Initial exam)

2005-09-28 - Examiner's Amendment Entered

2005-09-20 - EXAMINERS AMENDMENT E-MAILED

2005-09-20 - Examiners Amendment -Written

2005-09-17 - Teas/Email Correspondence Entered

2005-09-13 - Communication received from applicant

2005-09-13 - TEAS Response to Office Action Received

2005-06-15 - LETTER OF SUSPENSION E-MAILED

2005-06-15 - Suspension Letter Written

2005-05-06 - Teas/Email Correspondence Entered

2005-04-25 - Communication received from applicant

2005-04-29 - Amendment From Applicant Entered

2005-04-22 - Communication received from applicant

2005-04-25 - TEAS Response to Office Action Received

2005-04-22 - PAPER RECEIVED

2005-03-30 - Non-final action e-mailed

2005-03-30 - Non-Final Action Written

2005-03-28 - Assigned To Examiner

2004-09-03 - New Application Entered In Tram

## CORRESPONDENCE INFORMATION

**Correspondent**
JOHN C. LACY (Attorney of record)

JAMES L. VANA
PERKINS COIE LLP
1201 3RD AVENUE
SEATTLE, WA 98101-3099

**Phone Number:** 520-322-5000
**Fax Number:** 520-322-5585