# EXHIBIT C

Request for Judicial Notice ISO Motion to Dismiss/Strike
Case Management Order
FreecycleSunnyvale v. The Freecycle Network, Inc.
Case No. C06-00324 CW
(N.D. Cal. filed Jan. 18, 2006)

| | |
|---|---|
| To: | THE FREECYCLE NETWORK (jlacy@dmyl.com) |
| Subject: | TRADEMARK APPLICATION NO. 78475113 - FREECYCLE - N/A |
| Sent: | 11/22/05 3:52:08 PM |
| Sent As: | ECOM102@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 78/475113

**APPLICANT:**     THE FREECYCLE NETWORK

**\*78475113\***

**CORRESPONDENT ADDRESS:**
JOHN C. LACY
DECONCINI MCDONALD YETWIN & LACY, P.C.
2525 E BROADWAY BLVD STE 200
TUCSON, AZ 85716-5300

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include the words "Box Responses - No Fee."

**MARK:**     FREECYCLE

**CORRESPONDENT'S REFERENCE/DOCKET NO:**   N/A

**CORRESPONDENT EMAIL ADDRESS:**
jlacy@dmyl.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and email address.

Serial Number 78/475113

## EXAMINER'S AMENDMENT

**ADVISORY – AMENDMENTS TO GOODS/SERVICES**: If the identification of goods and/or services has been amended below, any future amendments must be in accordance with 37 C.F.R. §2.71(a) and TMEP §1402.07(e).

**AMENDMENT AUTHORIZED**: As authorized by Mr. John C. Lacy on November 22, 2005, the application is amended as noted below. *If applicant disagrees with or objects to any of the amendments below, please notify the undersigned trademark examining attorney immediately.* Otherwise, no response is necessary. TMEP §707.

### Identification of Services

The identification of services has been amended as follows. TMEP §1402.01

*Providing a website which features advertisements for giving and receiving of free property of others on a global computer network*, in INTERNATIONAL CLASS 35.

If applicant has questions about its application or needs assistance, please contact the assigned trademark examining attorney directly at the number below.

/Giselle M. Agosto/

Giselle M. Agosto

Trademark Examining Attorney

Law Office 102

Phone: (571) 272-5868

Fax: (571) 273-9102