# EXHIBIT D

Request for Judicial Notice ISO Motion to Dismiss/Strike
FreecycleSunnyvale v. The Freecycle Network, Inc.
Case No. C06-00324 CW
(N.D. Cal. filed Jan. 18, 2006)

Side - 1



NOTICE OF PUBLICATION UNDER §12(a)
MAILING DATE: Dec 28, 2005
PUBLICATION DATE: Jan 17, 2006

The mark identified below will be published in the Official Gazette on Jan 17, 2006. Any party who believes they will be damaged by registration of the mark may oppose its registration by filing an opposition to registration or a request to extend the time to oppose within thirty (30) days from the publication date on this notice. If no opposition is filed within the time specified by law, the USPTO may issue a Certificate of Registration.

To view the Official Gazette online or to order a paper copy, visit the USPTO website at http://www.uspto.gov/web/trademarks/tmog/ any time within the five-week period after the date of publication. You may also order a printed version from the U.S. Government Printing Office (GPO) at http://bookstore.gpo.gov or 202-512-1800. To check the status of your application, go to http://tarr.uspto.gov/.

**SERIAL NUMBER:**  78475113
**MARK:**  FREECYCLE
**OWNER:**  THE FREECYCLE NETWORK

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

JOHN C LACY
DECONCINI MCDONALD YETWIN & LACY PC
2525 E BROADWAY BLVD STE 200
TUCSON, AZ  85716-5300