# EXHIBIT E

Request for Judicial Notice ISO Motion to Dismiss/Strike
FreecycleSunnyvale v. The Freecycle Network, Inc.
Case No. C06-00324 CW
(N.D. Cal. filed Jan. 18, 2006)

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| The Freecycle Network<br><br>              Applicant<br><br>v.<br><br>Freecyclesunnyvale<br>              Opposer | Opposition No. 91168664 |

## MOTION TO SUSPEND FOR CIVIL ACTION

Pursuant to Trademark Trial and Appeal Board Manual of Procedure Rule 510.02(a) and 37 CFR 2.117(a), Applicant hereby requests that Opposition Proceeding No. 91168664 (the "Opposition") be suspended pending the outcome of civil action Case No. C 06-00324 CW, pending before the United States District Court, Northern District of California between the Opposer and Applicant as set forth below. Applicant believes that the issues set forth in the civil action will have direct bearing on the issues presented in the Opposition.

Attached is a true and correct confirmed copy of the Civil Complaint filed by Opposer on January 18, 2006, in the United States District Court, Northern District of California (the "Complaint"). As the issues that are the subject of the civil action bear directly on the issues and allegations in the Opposition, Applicant respectfully requests that the Opposition be suspended immediately.

A copy of this Motion with all attachments is being served on Opposer's counsel of record by first class mail on April 28, 2006.

Respectfully submitted this 28st day of April, 2006.

PERKINS COIE LLP

By: _____
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Fax: (206) 359-9000
jvana@perkinscoie.com

Attorneys for The Freecycle Network

## CERTIFICATE OF MAILING

I hereby certify that on April 28, 2006, I filed via the Electronic System for Trademark Trials and Appeals this MOTION TO SUSPEND FOR CIVIL ACTION with the U.S. Patent and Trademark Office:

    with a copy via First Class Mail to:

Ian N. Feinberg
Mayer Brown Rowe & Maw LLP
Two Palo Alto Square. Suite 3003000 El Camino Real
Palo Alto, CA 94306
ifeinberg@mayerbrownrowe.com
(Attorneys for Opposer)

_____
Linda L. Martin