# EXHIBIT F

Request for Judicial Notice ISO Motion to Dismiss/Strike
FreecycleSunnyvale v. The Freecycle Network, Inc.
Case No. C06-00324 CW
(N.D. Cal. filed Jan. 18, 2006)



May 2, 2006

RECEIVED
TRADEMARK DOCKETING

MAY 0 5 2006

PERKINS COIE LLP

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

James L. Vana, Esq.
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099

DOCKETED TO IP MASTER    JF
5-19-06

Main Tel (650) 331-2000
Main Fax (650) 331-2060
www.mayerbrownrowe.com

**Dennis S. Corgill**
Direct Tel (650) 331-2058
Direct Fax (650) 331-4558
dcorgill@mayerbrownrowe.com

Re:    Opposition No. 91168664

Dear Mr. Vana:

Thank you for your letter of April 28, 2006, and addressed to Ian N. Feinberg of this office. Your letter concerns your Motion to Suspend for Civil Action in the matter currently pending before the Trademark Trial and Appeal Board, *FreecycleSunnyvale v. The Freecycle Network*, Opposition No. 9116864 (T.T.A.B. filed January 18, 2006). Ian received your letter today and asked me to respond.

We do not oppose your Motion to Suspend for Civil Action. If you have any further questions or inquiries, please do not hesitate to contact me or Ian.

Sincerely,

Dennis S. Corgill

cc:    FreecycleSunnyvale

Berlin Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.