# EXHIBIT G

Request for Judicial Notice ISO Motion to Dismiss/Strike
FreecycleSunnyvale v. The Freecycle Network, Inc.
Case No. C06-00324 CW
(N.D. Cal. filed Jan. 18, 2006)

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA 22313-1451

Tyson

Mailed: May 25, 2006

Opposition No. 91168664

FreecycleSunnyvale

v.

THE FREECYCLE NETWORK

Monique Tyson, Paralegal Specialist:

The motion (filed April 28, 2006) to suspend the proceeding pending final determination of a civil action between the parties is hereby granted. See Trademark Rules 2.127(a) and 2.117(a).

Accordingly, proceedings are suspended pending final disposition of the civil action between the parties.

Within twenty days after the final determination of the civil action, the interested party should notify the Board so that this case may be called up for appropriate action. During the suspension period the Board should be notified of any address changes for the parties or their attorneys.