MAYER, BROWN, ROWE & MAW LLP
Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrownrose.com
Dennis S. Corgill (SBN 103429)
dcorgill@mayerbrownrose.com
Eric B. Evans (SBN 232476)
eevans@mayerbrownrose.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060

Attorneys for Plaintiff
FREECYCLESUNNYVALE,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, an Arizona corporation,<br><br>Defendant. | Case No. C06-00324 CW<br><br>**[PROPOSED] ORDER DISMISSING COUNTERCLAIMANT THE FREECYCLE NETWORK, INC.'S COUNTERCLAIMS UNDER FED.R.CIV.P. 12(b)(6); STRIKING THE STATE-LAW COUNTERCLAIM UNDER CAL. CIV. PROC. § 425.16; AND STRIKING IMMATERIAL ALLEGATIONS UNDER FED.R.CIV.P. 12(f)** |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Counterdefendant. | Date: October 6, 2006<br>Time: 10:00 a.m.<br>Before: Hon. Claudia Wilken<br>Location: Courtroom 2, 4th Floor |

[PROPOSED] ORDER DISMISSING/STRIKING COUNTERCLAIMS
CASE NO. C06-00324 CW

1   On October 6, 2006, Plaintiff and Counterdefendant FreecyleSunnyvale's Motion to
2   Dismiss Counterclaims under FED.R.CIV.P. 12(b)(6), Motion to Strike State-Law Counterclaim
3   under CAL. CIV.PROC. § 425.16, and Motion to Strike Immaterial Allegations under
4   FED.R.CIV.P. 12(f) came on for hearing before this Court.  Having considered all papers filed in
5   support of and in opposition to Plaintiff and Counterdefendant's Motions, and good cause
6   appearing, the COURT GRANTS the Motions.

7   IT IS HEREBY ORDERED THAT:

8   (1)   Defendant and Counterclaimant The Freecycle Network, Inc.'s
9   counterclaims are dismissed without leave to amend under FED.R.CIV.P. 12(b)(6);
10  (2)   Defendant and Counterclaimant The Freecycle Network, Inc.'s
11  California state-law unfair competition counterclaim is stricken under CAL. CIV.
12  PROC. § 425.16.; and
13  (3)   Defendant and Counterclaimant The Freecycle Network, Inc.'s
14  allegations pertaining to the status of its trademark registration application is
15  stricken under FED.R.CIV.P. 12(f).

Dated: _____

_____
Honorable Claudia Wilken
United States District Court Judge
Northern District of California

44029441.1

[PROPOSED] ORDER DISMISSING/STRIKING COUNTERCLAIMS
CASE NO. C06-00324 CW