1   PAUL J. ANDRE, Bar No. 196585
    (pandre@perkinscoie.com)
2   LISA KOBIALKA, Bar No. 191404
    (lkobialka@perkinscoie.com)
3   ESHA BANDYOPADHYAY, Bar No. 212249
    (ebandyopadhyay@perkinscoie.com)
4   SEAN M. BOYLE, Bar No. 238128
    (sboyle@perkinscoie.com)
5   PERKINS COIE LLP
    101 Jefferson Drive
6   Menlo Park, CA 94025
    Telephone:     (650) 838-4300
7   Facsimile:     (650) 838-4350

8   Attorneys for Defendant
    The Freecycle Network, Inc.

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

14   FREECYCLESUNNYVALE, a California          CASE NO. C 06-00324 CW
     unincorporated association,
15                                             **REQUEST FOR JUDICIAL NOTICE IN
                                               SUPPORT OF THE FREECYCLE
16          Plaintiff/Counterdefendant,        NETWORK, INC.'S OPPOSITION TO
                                               FREECYCLESUNNYVALE'S MOTIONS TO
17   v.                                        DISMISS COUNTERCLAIMS UNDER
                                               FED.R.CIV.P. 12(b)(6) AND TO STRIKE
18   THE FREECYCLE NETWORK, INC., an           STATE-LAW COUNTERCLAIM UNDER
     Arizona corporation,                      CAL. CODE CIV. PROC. § 425.16**
19
20          Defendant/Counterclaimant.

21
     _____
22
     AND RELATED COUNTERCLAIMS
23

24

25   //

26   //

27   //

28   //

     _____
     REQUEST FOR JUDICIAL NOTICE                        CASE NO. 06-00324 CW

1              **INTRODUCTION**

2       Defendant/Counterclaimant The Freecycle Network, Inc. ("The Freecycle Network")

3    respectfully requests this court to take judicial notice of court records from the Unites States

4    Patent and Trademark Office under FED. R. EVID. 201.  In its Request for Judicial Notice (Docket

5    No. 49), Plaintiff/Counterdefendant FreecycleSunnyvale ("Counterdefendant") did not present the

6    complete file history of the Trademark/Service Mark Application, Principal Register, Serial No.

7    78/475,113 (administrative file available at http://www.uspto.gov).  Also, Counterdefendant has

8    raised an issue of materiality with respect to the PTO's proceedings and seeking to strike The

9    Freecycle Network's allegations made in its counterclaims.  In order to have the benefit of the

10    complete file history and in order for The Freecycle Network to adequately respond to

11    Counterdefendant's motion, this Court should take judicial notice of PTO records.

12       This court may take judicial notice of the PTO records pertaining to these applications

13    under FED.R.EVID. 201(b), which permits judicial notice of facts that are not subject to reasonable

14    dispute because those facts are "generally known" or "capable of accurate and ready

15    determination".  The public record in the PTO pertaining to The Freecycle Network's trademark

16    registration application is not reasonably subject to dispute.  In addition, the Ninth Circuit has

17    specifically held that courts "may take judicial notice of records and reports of administrative

18    bodies." Interstate Natural Gas Co. v. Southern California Gas Co., 209 F.2d 380, 385 (9th Cir.

19    1953).  See also Transmission Agency of Northern California v. Sierra Pacific Power Co., 295

20    F.3d 918, 924 n.3 (9th Cir. 2002) (taking judicial notice of FERC decision still subject to

21    administrative and judicial review); cf. Hoganas AB v. Dresser Industries, 9 F.3d 948, 954 n.27

22    (Fed. Cir. 1994) (taking judicial notice of patent not in appeal record but referenced at argument);

23    Standard Havens Products, Inc. v. Gencor Industries, Inc., 897 F.2d 511, 514 n.3 (Fed. Cir. 1990)

24    (taking judicial notice of first office action in patent reexamination).

25

26

27

28

REQUEST FOR JUDICIAL NOTICE                                          CASE NO. C 06-00324 CW

1

## REQUEST FOR JUDICIAL NOTICE

2      The Freecycle Network respectfully requests this Court that take judicial notice of the PTO

3  administrative records concerning The Freecycle Network's trademark registration application file

4  history attached to this request as Exhibit 1.

5

6  DATED:  September 15, 2006                    **PERKINS COIE** LLP

7

8                                              By ____/s/ Lisa Kobialka____
                                               Paul J. Andre
                                               Lisa Kobialka
9                                              Esha Bandyopadhyay
                                               Sean Boyle
10
                                               Attorneys for Defendant
11                                             The Freecycle Network, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE                                    CASE NO. C 06-00324 CW