# EXHIBIT 1

Dockets.Justia.com

Side - 1



**NOTICE OF PUBLICATION UNDER §12(a)**
**MAILING DATE: Dec 28, 2005**
**PUBLICATION DATE: Jan 17, 2006**

The mark identified below will be published in the Official Gazette on Jan 17, 2006. Any party who believes they will be damaged by registration of the mark may oppose its registration by filing an opposition to registration or a request to extend the time to oppose within thirty (30) days from the publication date on this notice. If no opposition is filed within the time specified by law, the USPTO may issue a Certificate of Registration.

To view the Official Gazette online or to order a paper copy, visit the USPTO website at http://www.uspto.gov/web/trademarks/tmog/ any time within the five-week period after the date of publication. You may also order a printed version from the U.S. Government Printing Office (GPO) at http://bookstore.gpo.gov or 202-512-1800. To check the status of your application, go to http://tarr.uspto.gov/.

| | |
|---|---|
| SERIAL NUMBER: | 78475113 |
| MARK: | FREECYCLE |
| OWNER: | THE FREECYCLE NETWORK |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA 22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

JOHN C LACY
DECONCINI MCDONALD YETWIN & LACY PC
2525 E BROADWAY BLVD STE 200
TUCSON, AZ 85716-5300

DeConcini McDonald Yetwin & Lacy

A PROFESSIONAL CORPORATION
**ATTORNEYS AT LAW**
2525 EAST BROADWAY BOULEVARD • SUITE 200 • TUCSON, ARIZONA 85716-5300
(520) 322-5000 • (520) 322-5585 (Fax)

## FAX COVER SHEET

PAGES: 4
(Including this page)

To:       Laurie Back

Fax No.:   1-571-273-9245

Telephone No.:

From:     Robin E. Barnes, CP

Date:     December 21, 2005

Re:       The Freecycle Network
          OUR MATTER NUMBER: 240145

## DOCUMENTS BEING TRANSMITTED:

_____   Will not be sent
_____   Will be sent by Federal Express
_____   Will be sent by regular mail

Attached is a copy of the Request for Express Abandonment that was received by our client this morning, as well as his correspondence with teas@uspto.gov on this issue. Thank you for your assistance and please feel free to contact me should John Lacy not be available.

I:\FILES\DOCS\FREE11\240145\FAXCOVER\F13615.DOC

THIS COMMUNICATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY DESTROY IT AND NOTIFY THE SENDER BY TELEPHONE (COLLECT).

PLEASE CALL ROBIN AT (520) 322-5000 IF COMPLETE TRANSMISSION IS NOT RECEIVED.

- 2 -

## Barnes, Robin

| | |
|---|---|
| **From:** | TEAS [TEAS@USPTO.GOV] |
| **Sent:** | Wednesday, December 21, 2005 10:09 AM |
| **To:** | Deron Beal |
| **Cc:** | Barnes, Robin |
| **Subject:** | RE: Received Your Request for Express Abandonment (Withdrawal) of Application Form for serial number 78475113 |

Deron Beal,

We are looking into what we can do, now that this form was submitted. We will get back to you today. TEAS

> -----Original Message-----
> **From:** Deron Beal [mailto:deron@freecycle.org]
> **Sent:** Wednesday, December 21, 2005 10:24 AM
> **To:** TEAS
> **Cc:** Robin Barnes
> **Subject:** Re: Received Your Request for Express Abandonment (Withdrawal) of Application Form for serial number 78475113
>
> To Whom It May Concern:
> I absolutely *never* requested any abandonment. An individual is actually threatening me with letters from his lawyer demanding that I do so. To repeat: the below is the work of someone with ill intent and was not done by myself. I am not abandoning my trademark. If you are able to track the IP address of the person who did this, I would be interested in taking legal action against them as what they have done is a criminal offense.
>
> Thank you,
>
> Deron Beal
> Board Chair & Executive Director
> The Freecycle Network
>
>
> ----- Original Message -----
> **From:** teas@uspto.gov
> **To:** deron@freecycle.org
> **Sent:** Wednesday, December 21, 2005 2:41 AM
> **Subject:** Received Your Request for Express Abandonment (Withdrawal) of Application Form for serial number 78475113
>
> We have received your Request for Express Abandonment form below.
>
> Please amend application serial number(s) 78475113 as follows:
>
> PTO Form 2202 (Rev 09/04)
> OMB Control #0651-0000 (Exp. 09/30/2006)

# Request for Express Abandonment

## The table below presents the data as entered.

- 3 -

| Input Field | Entered |
|---|---|

| SERIAL NUMBER | 78475113 |
|---|---|
| LAW OFFICE ASSIGNED | LAW OFFICE 102 |
| PUBLISH FOR OPPOSITION DATE | 00/00/0000 |
| MARK SECTION | |
| MARK | FREECYCLE (stylized and/or with design) |
| REQUEST FOR EXPRESS ABANDONMENT SECTION | |
| STATEMENT | The applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. |
| SIGNATURE SECTION | |
| SIGNATURE | /deron beal/ |
| SIGNATORY NAME | deron beal |
| SIGNATORY DATE | 12/21/2005 |
| FILING INFORMATION SECTION | |
| SUBMIT DATE | Wed Dec 21 04:41:55 EST 2005 |
| TEAS STAMP | USPTO/REA-65.4.143.194-20 051221044155916981-784751 13-250af5c3b231ff27795fb5 8d0e1ec43cfcc-N/A-N/A-200 51221044053436023 |

---

### TEAS XML SUBMISSION

```
<?xml version="1.0" encoding="ISO-8859-1"?>

<uspto-tm-document document-type="rea" description="Request for Express Abandonment" system-creator="eteas"
version="2.50" version-date="2004-09-15">
<trademark-case-files>
<trademark-case-file>
<case-file-header>
<serial-number>78475113</serial-number>
<mark action-code="read" version="original">
<design-mark>
<file-name image-type="jpg">http://tess2.uspto.gov/ImageAgent/ImageAgentProxy?getImage=78475113</file-nam
<mark-text>FREECYCLE</mark-text>
</design-mark>
</mark>
<law-office-assigned-location-code>LAW OFFICE 102</law-office-assigned-location-code>
<publish-for-opposition-date>00/00/0000</publish-for-opposition-date>
</case-file-header>
<request-for-express-abandonment-form>
<statements>
<statement>
<description-text>The applicant hereby expressly abandons the application for trademark registration made under the
serial number identified above.</description-text>
</statement>
</statements>
</request-for-express-abandonment-form>
</trademark-case-file>
<signatures>
<signature action-code="create" version="new">
```

-4-

```
<signature-type>D</signature-type>
<signature-entry-number>1</signature-entry-number>
<signature-name>/deron beal/</signature-name>
<signatory-date>20051221</signatory-date>
<signatory-name>deron beal</signatory-name>
<signatory-position/>
</signature>
</signatures>
</trademark-case-files>
<boilerplates>
<boilerplate>
<boilerplate-type>SIGNATURE.OTHER</boilerplate-type>
<boilerplate-description>Post Application Signature Statement</boilerplate-description>
<boilerplate-text>By submission this request, the applicant hereby expressly abandons the application for trademark
registration made under the serial number identified above. Except as provided in 37 C.F.R Section 2.135 (concerning
commencement of an opposition, concurrent use, or interference proceeding), the fact that an application has been
expressly abandoned shall not, in any proceeding in the United State Patent and Trademark Office, affect any right that
the applicant may have in the mark which is the subject of the abandoned application.</boilerplate-text>
</boilerplate>
<boilerplate>
<boilerplate-type>DECLARATION.REA</boilerplate-type>
<boilerplate-description>Declaration</boilerplate-description>
<boilerplate-text>By submission this request, the applicant hereby expressly abandons the application for trademark
registration made under the serial number identified above. Except as provided in 37 C.F.R Section 2.135 (concerning
commencement of an opposition, concurrent use, or interference proceeding), the fact that an application has been
expressly abandoned shall not, in any proceeding in the United State Patent and Trademark Office, affect any right that
the applicant may have in the mark which is the subject of the abandoned application.</boilerplate-text>
</boilerplate>
</boilerplates>
<filing>
<filing-identifier>20051221044053436023-78475113</filing-identifier>
<xml-create-date>20051221 04:40:53</xml-create-date>
<submit-date>Wed Dec 21 04:41:55 EST 2005</submit-date>
<teas-stamp>USPTO/REA-65.4.143.194-20051221044155916981-78475113-250af5c3b231ff27795fb58d0e1ec43cfcc
N/A-N/A-20051221044053436023</teas-stamp>
<filing-description>Request for Express Abandonment</filing-description>
<reply-email>deron@freecycle.org</reply-email>
</filing>
</uspto-tm-document>
```

Thank you,

The TEAS support team
Wed Dec 21 04:41:56 EST 2005
STAMP: USPTO/REA-65.4.143.194-20051221044155916981-78475113-250af5c3b231ff27795fb58d0e1ec43cfcc-N/A-N/A-
20051221044053436023

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.371 / Virus Database: 267.14.1/207 - Release Date: 12/19/2005

| To: | THE FREECYCLE NETWORK (jlacy@dmyl.com) |
| Subject: | TRADEMARK APPLICATION NO. 78475113 - FREECYCLE - N/A |
| Sent: | 11/22/05 3:52:08 PM |
| Sent As: | ECOM102@USPTO.GOV |
| Attachments: | |

# UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 78/475113

APPLICANT:      THE FREECYCLE NETWORK

# *78475113*

CORRESPONDENT ADDRESS:
    JOHN C. LACY
    DECONCINI MCDONALD YETWIN & LACY, P.C.
    2525 E BROADWAY BLVD STE 200
    TUCSON, AZ 85716-5300

RETURN ADDRESS:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include the words
"Box Responses - No Fee."

MARK:      FREECYCLE

CORRESPONDENT'S REFERENCE/DOCKET NO:   N/A

CORRESPONDENT EMAIL ADDRESS:
    jlacy@dmyl.com

Please provide in all correspondence:

1.  Filing date, serial number, mark and
    applicant's name.
2.  Date of this Office Action.
3.  Examining Attorney's name and
    Law Office number.
4.  Your telephone number and email address.

Serial Number  78/475113

# EXAMINER'S AMENDMENT

- 6 -

**ADVISORY – AMENDMENTS TO GOODS/SERVICES**:  If the identification of goods and/or services has been amended below, any future amendments must be in accordance with 37 C.F.R. §2.71(a) and TMEP §1402.07(e).

**AMENDMENT AUTHORIZED**:  As authorized by Mr. John C. Lacy on November 22, 2005, the application is amended as noted below.  *If applicant disagrees with or objects to any of the amendments below, please notify the undersigned trademark examining attorney immediately.*  Otherwise, no response is necessary.  TMEP §707.

*Identification of Services*

The identification of services has been amended as follows.  TMEP §1402.01

*Providing a website which features advertisements for giving and receiving of free property of others on a global computer network, in INTERNATIONAL CLASS 35.*

If applicant has questions about its application or needs assistance, please contact the assigned trademark examining attorney directly at the number below.

/Giselle M. Agosto/

Giselle M. Agosto

Trademark Examining Attorney

Law Office 102

Phone:  (571) 272-5868

Fax: (571) 273-9102

| To: | THE FREECYCLE NETWORK (jlacy@dmyl.com) |
| Subject: | TRADEMARK APPLICATION NO. 78475113 - FREECYCLE - N/A |
| Sent: | 11/10/05 11:02:44 AM |
| Sent As: | ECOM102@USPTO.GOV |
| Attachments: | |

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:** 78/475113

**APPLICANT:**    THE FREECYCLE NETWORK

# *78475113*

**CORRESPONDENT ADDRESS:**
    JOHN C. LACY
    DECONCINI MCDONALD YETWIN & LACY, P.C.
    2525 E BROADWAY BLVD STE 200
    TUCSON, AZ 85716-5300

**RETURN ADDRESS:**
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK:**    FREECYCLE

**CORRESPONDENT'S REFERENCE/DOCKET NO:**  N/A

**CORRESPONDENT EMAIL ADDRESS:**
    jlacy@dmyl.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-mail address.

# PRIORITY ACTION

**RESPONSE TIME LIMIT**: To avoid abandonment, the Office must receive a proper response to this Office action within six-months of the mailing or e-mailing date. *If applicant responds to the issues below within two months of the above mailing or e-mailing date, this case will be given priority handling.* TMEP §708.01.

Serial Number 78/475113

The following were discussed in communication with Mr. John C. Lacy on November 3, 2005. Applicant must respond to each requirement raised below.

### Identification of Services

Upon further review during the publication stage, the nature of the services provided is unclear. The term "forum" implies a Class 38 service, as in the means for transmission of information. The following is suggested. TMEP §1402.01.

*Providing a website which features advertisements for free property of others on a global computer network, in INTERNATIONAL CLASS 35.*

Please note that, while the identification of goods may be amended to clarify or limit the goods, adding to the goods or broadening the scope of the goods is not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, applicant may not amend the identification to include goods that are not within the scope of the goods set forth in the present identification.

For assistance with identifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identifications of Goods and Services* at http://tess2.uspto.gov/netahtml/tidm.html.

If applicant has questions about its application or needs assistance in responding to this Office Action, please contact the assigned trademark examining attorney directly at the number below.

/Giselle M. Agosto/

Giselle M. Agosto

Trademark Examining Attorney

Law Office 102

Phone: (571) 272-5868

Fax: (571) 273-9102

**HOW TO RESPOND TO THIS OFFICE ACTION:**

- ONLINE RESPONSE:  You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://www.uspto.gov/teas/index.html and follow the instructions, but if the Office Action has been issued via email, you must wait 72 hours after receipt of the Office Action to respond via TEAS).
- REGULAR MAIL RESPONSE:  To respond by regular mail, your response should be sent to the mailing return address above and include the serial number, law office number and examining attorney's name in your response.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

# NOTE TO THE FILE

SERIAL NUMBER:      78475113

DATE:               11/03/2005

NAME:               gagosto

NOTE:

__  Checked LEXIS/NEXIS

__  Searched internet using [insert search engine or web site]

__  Checked with Law Library re surname.

__  Checked geographic significance.

__  Checked with translations branch.

__  Checked ID with ID/Class

__  Checked ID with Senior Attorney/Managing Attorney

__  Telephoned attorney/applicant leaving message re: _____

__  Telephoned attorney/applicant, application was signed on ___

__  Personal interview conducted with attorney/applicant re _____

;   Attorney/applicant called to discuss the withdrawal of pub and an amendment to the identification of services.

_ Bulky specimens with examiner.

_ Acronym website searched.

_ Changed Tradeups to add._____

_ Changed Tradeups to delete._____

_ OTHER (insert reason for Note)

| To: | THE FREECYCLE NETWORK (jlacy@dmyl.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 78475113 - FREECYCLE - N/A |
| Sent: | 9/20/05 2:35:43 PM |
| Sent As: | ECOM102@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 78/475113

APPLICANT:     THE FREECYCLE NETWORK

# *78475113*

CORRESPONDENT ADDRESS:
  JOHN C. LACY
  DECONCINI MCDONALD YETWIN & LACY, P.C.
  2525 E BROADWAY BLVD STE 200
  TUCSON, AZ 85716-5300

RETURN ADDRESS:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

If no fees are enclosed, the address should include the words
"Box Responses - No Fee."

MARK:     FREECYCLE

CORRESPONDENT'S REFERENCE/DOCKET NO:  N/A

CORRESPONDENT EMAIL ADDRESS:
  jlacy@dmyl.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and email address.

Serial Number  78/475113

# EXAMINER'S AMENDMENT

ADVISORY – AMENDMENTS TO GOODS/SERVICES:  If the identification of goods and/or services has been amended below, any future amendments must be in accordance with 37 C.F.R. §2.71(a) and TMEP §1402.07(e).

-13-

**AMENDMENTS AUTHORIZED**:  As authorized by Mr. John C. Lacy on September 20, 2005, the application is amended as noted below.  *If applicant disagrees with or objects to any of the amendments below, please notify the undersigned trademark examining attorney immediately.*  Otherwise, no response is necessary.  TMEP §707.

*Status*

The application has been removed from suspension since the prior pending application cited has since been abandoned. Please also note that the specimen of record is acceptable.

*Identification of Services*

The identification of services has been amended as follows.  TMEP §§1402.01.

Providing a free website for others featuring a global Internet based forum for giving and receiving property for free, in **INTERNATIONAL CLASS 35.**

If applicant has questions about its application or needs assistance, please contact the assigned trademark examining attorney directly at the number below.

/Giselle M. Agosto/

Giselle M. Agosto

Trademark Examining Attorney

Law Office 102

Phone:  (571) 272-5868

Fax: (571) 273-9102

# NOTE TO THE FILE

SERIAL NUMBER:        78475113

DATE:                 09/20/2005

NAME:                 gagosto

___  Checked LEXIS/NEXIS

___  Searched internet using [insert search engine or web site]

___  Checked with Law Library re surname.

___  Checked geographic significance.

___  Checked with translations branch.

___  Checked ID with ID/Class

___  Checked ID with Senior Attorney/Managing Attorney

___  Telephoned attorney/applicant re: identification of services, classification and specimen

___  Telephoned attorney/applicant, application was signed on ___

___  Personal interview conducted with attorney/applicant re _____

___  Attorney/applicant called to discuss _____

-15-

_   Bulky specimens with examiner.

_   Acronym website searched.

_   Changed Tradeups to add._____

_   Changed Tradeups to delete._____

;   OTHER (insert reason for Note)

'PA cited in original Office Action (US Reg. No. 78/415420) has been abandoned.  Application is out of suspension.

FO Form 1957 (Rev 4/2005)
MB Control #0651-0050 (Exp. 04/20/2006)

# Response to Office Action

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78475113 |
| **MARK SECTION (no change)** | |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| INTERNATIONAL CLASS | 042 |
| DESCRIPTION | |
| DESIGN, CREATION, HOSTING AND MAINTENANCE OF A FREE WEBSITE THAT PROVIDES OTHERS WITH A GLOBAL INTERNET BASED SYSTEM OF GIVING AND RECEIVING PERSONAL PROPERTY FOR FREE | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | 05/01/2003 |
| FIRST USE IN COMMERCE DATE | 05/01/2003 |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| INTERNATIONAL CLASS | 042 |
| DESCRIPTION | |
| DESIGN, CREATION, HOSTING AND MAINTENANCE OF A FREE WEBSITE FOR OTHERS CONSISTING OF A GLOBAL INTERNET BASED SYSTEM OF GIVING AND RECEIVING PERSONAL PROPERTY FOR FREE | |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | 05/01/2003 |
| FIRST USE IN COMMERCE DATE | 05/01/2003 |
| STATEMENT TYPE | The substitute specimen(s) was in use in commerce as of the filing date of the application. |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT9\IMAGEOUT9 \784\751\78475113\xml1\RO A0002.JPG |
| SPECIMEN DESCRIPTION | Company Letterhead |
| **ADDITIONAL STATEMENTS SECTION** | |
| MISCELLANEOUS STATEMENT | The prior pending Application Serial No. 78/415420 has been abandoned as shown in thaNotice from the US PTO dated August 20, 2005, therefore, the Notice of Suspension shown in your office action dated June 15, 2005 can be terminated and our application reinstated. |
| **SIGNATURE SECTION** | |
| DECLARATION SIGNATURE | /Deron Beal/ |
| SIGNATORY NAME | Deron Beal |
| SIGNATORY POSITION | Exec. Dir. and Board Chair |
| SIGNATURE DATE | 09/13/2005 |

-17-

| RESPONSE SIGNATURE | /John C. Lacy/ |
|---|---|
| SIGNATORY NAME | John C. Lacy |
| SIGNATORY POSITION | Attorney |
| SIGNATURE DATE | 09/13/2005 |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Tue Sep 13 18:43:45 EDT 2005 |
| TEAS STAMP | USPTO/OA-20616920286-2005 0913184345297341-78475113 -20098b2f373d976fb1b23340 24c02fc79c-N-N-2005091318 3129452124 |

FO Form 1957 (Rev 8/2005)
MB Control #0651-0050 (Exp. 04/30/2006)

## Response to Office Action

**To the Commissioner for Trademarks:**

Application serial no. **78475113** is amended as follows:

Classification and Listing of Goods/Services

Applicant hereby amends the following class of goods/services in the application as follows:

Current: Class 042 for DESIGN, CREATION, HOSTING AND MAINTENANCE OF A FREE WEBSITE THAT PROVIDES OTHERS WITH A GLOBAL INTERNET BASED SYSTEM OF GIVING AND RECEIVING PERSONAL PROPERTY FOR FREE

Original Filing Basis: 1(a).

Proposed: Class 042 for DESIGN, CREATION, HOSTING AND MAINTENANCE OF A FREE WEBSITE FOR OTHERS CONSISTING OF A GLOBAL INTERNET BASED SYSTEM OF GIVING AND RECEIVING PERSONAL PROPERTY FOR FREE

Section 1(a), Use in Commerce: The mark was first used at least as early as 05/01/2003 and first used in commerce at least as early as 05/01/2003, and is now in use in such commerce.

Applicant hereby submits a specimen for Class 042.

The specimen(s) submitted consists of Company Letterhead.

For an application based on 1(a), Use in Commerce, "The substitute specimen(s) was in use in commerce as of the filing date of the application."

Specimen-1

Additional Statements

The prior pending Application Serial No. 78/415420 has been abandoned as shown in thaNotice from the US PTO dated August 20, 2005, therefore, the Notice of Suspension shown in your office action dated June 15, 2005 can be terminated and our application reinstated.

Declaration Signature

If the applicant is seeking registration under Section 1(b) and/or Section 44 of the Trademark Act, the applicant had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. 37 C.F.R. Secs. 2.34(a)(2)(i); 2.34 (a)(3)(i); and 2.34(a)(4)(ii). If the applicant is seeking registration under Section 1(a) of the Trademark Act, the mark was in use in commerce on or in connection with the goods or services listed in the application as of the application filing date. 37 C.F.R. Secs. 2.34(a)(1)(i). The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. §1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to as to be likely, when used on or in connection with the goods/services of such other person, to

ause confusion, or to cause mistake, or to deceive; that if the original application was submitted unsigned, that all statements in the original pplication and this submission made of the declaration signer's knowledge are true; and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: /Deron Beal/    Date: 09/13/2005
Signatory's Name: Deron Beal
Signatory's Position: Exec. Dir. and Board Chair

**Response Signature**

Signature: /John C. Lacy/    Date: 09/13/2005
Signatory's Name: John C. Lacy
Signatory's Position: Attorney


Serial Number: 78475113
Internet Transmission Date: Tue Sep 13 18:43:45 EDT 2005
TEAS Stamp: USPTO/OA-20616920286-2005091318434529734
-78475113-20098b2f373d976fb1b2334024c02
c79c-N-N-20050913183129452124



changing the world one gift at a time



changing the world one gift at a time

PO Box 294 • Tucson, Arizona 85702 • T/F (520) 867-6935 • E info@freecycle.org • www.freecycle.org

- 21 -