| | |
|---|---|
| 1 | Ian N. Feinberg (SBN 88324) |
|   | ifeinberg@mayerbrownrowe.com |
| 2 | Dennis S. Corgill (SBN 103429) |
|   | dcorgill@mayerbrownrowe.com |
| 3 | Eric B. Evans (SBN 232476) |
|   | eevans@mayerbrownrowe.com |
| 4 | MAYER, BROWN, ROWE & MAW LLP |
|   | Two Palo Alto Square, Suite 300 |
| 5 | 3000 El Camino Real |
|   | Palo Alto, CA  94306-2112 |
| 6 | Telephone:    (650) 331-2000 |
|   | Facsimile:     (650) 331-2060 |
| 7 | |
|   | Attorneys for Plaintiff |
| 8 | FREECYCLESUNNYVALE |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | CASE NO. C06-00324 CW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER CHANGING TIME FOR FACT DISCOVERY CUTOFF AND OTHER DEADLINES** |
| THE FREECYCLE NETWORK, an Arizona corporation, | |
| Defendant. | Before: Honorable Claudia Wilken |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation, | |
| Counterclaimant, | |
| v. | |
| FREECYCLESUNNYVALE, a California unincorporated association, | |
| Counterdefendant. | |

Having considered the stipulated request of Plaintiff FreecycleSunnyvale and Defendant The Freecycle Network, Inc., for an order changing time, and good cause appearing therefor,

IT IS ORDERED that the hearing on Plaintiff FreecycleSunnyvale's Motions to Dismiss Amended Counterclaims under FED.R.CIV.P. 12(b)(6), to Strike State-Law Counterclaim under Cal.Civ.Proc. § 425.16, and to Strike Immaterial Allegations under FED.R.CIV.P. 12(f), is continued until December 15, 2006, at 10:00 a.m.

IT IS FURTHER ORDERED that this Court's Case Management Order is revised to provide the following deadlines:

| | |
|---|---|
| Completion of Fact Discovery: | 02/02/07 |
| Disclosure of identities and reports of expert witnesses: | 03/02/07 |
| Completion of Expert Discovery: | 03/30/07 |
| Plaintiff to file dispositive motion and notice for hearing on 05/11/07 at 10:00 a.m.: | 03/30/07 |
| Defendant opposition and any cross motion (contained in one brief): | 04/13/07 |
| Plaintiff reply/opposition: | 04/20/07 |
| Surreply: | 04/27/07 |
| Further Case Management Conference and all case-dispositive motions to be heard at 10:00 a.m. on or before: | 05/11/07 |
| Final Pretrial Conference at 1:30 p.m. on: | [to be set] |
| A Trial will begin at 8:30 a.m. on: | [to be set] |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October __, 2006

                                                    _____
                                                    CLAUDIA WILKEN
                                                  United States District Judge

44030004.1