1  Ian N. Feinberg (SBN 88324)
   ifeinberg@mayerbrownrowe.com
2  Dennis S. Corgill (SBN 103429)
   dcorgill@mayerbrownrowe.com
3  Eric B. Evans (SBN 232476)
   eevans@mayerbrownrowe.com
4  MAYER, BROWN, ROWE & MAW LLP
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, CA  94306-2112
6  Telephone:     (650) 331-2000
   Facsimile:      (650) 331-2060
7
   Attorneys for Plaintiff
8  FREECYCLESUNNYVALE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | CASE NO. C06-00324 CW |
| Plaintiff, | |
| v. | **ORDER CHANGING TIME FOR FACT DISCOVERY CUTOFF AND OTHER DEADLINES AS MODIFIED** |
| THE FREECYCLE NETWORK, an Arizona corporation, | |
| Defendant. | Before:  Honorable Claudia Wilken |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation, | |
| Counterclaimant, | |
| v. | |
| FREECYCLESUNNYVALE, a California unincorporated association, | |
| Counterdefendant. | |

1  Having considered the stipulated request of Plaintiff FreecycleSunnyvale and Defendant
2  The Freecycle Network, Inc., for an order changing time, and good cause appearing therefor,
3  IT IS ORDERED that the hearing on Plaintiff FreecycleSunnyvale's Motions to Dismiss
4  Amended Counterclaims under FED.R.CIV.P. 12(b)(6), to Strike State-Law Counterclaim under
5  Cal.Civ.Proc. § 425.16, and to Strike Immaterial Allegations under FED.R.CIV.P. 12(f), **will be**
6  **decided on the papers**.
7  IT IS FURTHER ORDERED that this Court's Case Management Order is revised to
8  provide the following deadlines:

| | |
|---|---|
| Completion of Fact Discovery: | 02/02/07 |
| Disclosure of identities and reports of expert witnesses: | 03/02/07 |
| Completion of Expert Discovery: | 03/30/07 |
| Plaintiff to file dispositive motion and notice for hearing on 05/11/07 at 10:00 a.m.: | 03/30/07 |
| Defendant opposition and any cross motion (contained in one brief): | 04/13/07 |
| Plaintiff reply/opposition: | 04/20/07 |
| Surreply: | 04/27/07 |
| Further Case Management Conference and all case-dispositive motions to be heard at 10:00 a.m. on or before: | 05/11/07 |
| Final Pretrial Conference at 1:30 p.m. on: | [to be set] |
| A Trial will begin at 8:30 a.m. on: | [to be set] |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 3, 2006

*/s/ Claudia Wilken*

———————————————
CLAUDIA WILKEN
United States District Judge

44030004.1

[PROPOSED] ORDER CHANGING TIME
CASE NO. C06-00324 CW