1 | Ian N. Feinberg (SBN 88324)
    ifeinberg@mayerbrownrowe.com
2 | Dennis S. Corgill (SBN 103429)
    dcorgill@mayerbrownrowe.com
3 | Eric B. Evans (SBN 232476)
    eevans@mayerbrownrowe.com
4 | MAYER, BROWN, ROWE & MAW LLP
    Two Palo Alto Square, Suite 300
5 | 3000 El Camino Real
    Palo Alto, CA  94306-2112
6 | Telephone:    (650) 331-2000
    Facsimile:    (650) 331-2060
7
    Attorneys for Plaintiff
8 | FREECYCLESUNNYVALE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, <br><br>          Plaintiff, <br><br>          v. <br><br>THE FREECYCLE NETWORK, an Arizona corporation, <br><br>          Defendant. <br><br>THE FREECYCLE NETWORK, INC., an Arizona Corporation, <br><br>          Counterclaimant, <br><br>          v. <br><br>FREECYCLESUNNYVALE, a California unincorporated association, <br><br>          Counterdefendant. | CASE NO. C06-00324 CW <br><br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME UNDER CIVIL L.R. 6-2** <br><br><br>Before:  Honorable Claudia Wilken |

PURSUANT TO CIVIL L.R. 6-2, Plaintiff FreecycleSunnyvale and Defendant The Freecycle Network, Inc., respectfully request this Court to enter an order changing time.

## I.   INTRODUCTION

The above-captioned lawsuit concerns The Freecycle Network's claim of trademark rights over the term "freecycle," the phrase "The Freecycle Network," and a stylized logo depicting the term "freecycle." FreecycleSunnyvale seeks a declaration of non-infringement or, in the alternative, that the alleged trademarks are generic or that The Freecycle Network has engaged in naked licensing. The Freecycle Network filed counterclaims, alleging trademark infringement, contributory infringement, and unfair competition under the Lanham Act, as well as California state-law claims for unfair competition. Counsel for both parties appear *pro bono*. This Court's Case Management Order presently sets the fact discovery cutoff for February 2, 2006. *See* Order (Docket # 57). For the following reasons, FreecycleSunnyvale and The Freecycle Network respectfully request a ninety (90) day extension of the fact discovery cutoff and all other deadlines in the Case Management Order.

## II.   REASONS FOR THE REQUESTED ENLARGEMENT OF TIME

First, the parties believe that additional time to conduct discovery is necessary in this case. In an effort to amicably resolve discovery disputes, the parties have met and conferred on several occasions, most recently on December 18, 2006. Many matters have been resolved amicably, and the parties will supplement their discovery. In addition, third party discovery is ongoing. Much of the additional discovery that will be forthcoming is preliminary to selecting deponents and scheduling depositions.

Second, the parties will again focus their efforts in an attempt to resolve their differences through mediation. Previously, in this Court, the parties participated in court-connected mediation on June 13, 2006, but were unable to settle the lawsuit or narrow the issues. A related case, which is on appeal to the Ninth Circuit, was selected for inclusion in the Ninth Circuit's mediation program. That mediation is scheduled for January 18 and 19, 2007. The parties will attempt to reach a global settlement that will include the action before this Court.

1    Third, assuming that fact discovery will be extended, the other deadlines in this Court's Case Management Order should be similarly extended by ninety (90) days.

### III. DISCLOSURE OF PREVIOUS TIME MODIFICATIONS

The parties have previously sought orders modifying time in this case. On June 2, 2006, this Court entered an order extending time to complete court-connected mediation in the Northern District of California. *See* Order (Document # 35). On August 1, 2006, this Court entered an order extending the fact discovery cutoff and related deadlines. *See* Order (Document #44). On October 3, 2006, this Court entered an order extending the fact discovery cutoff and related deadlines. *See* Order (Document #57).

### IV. EFFECT OF THE TIME MODIFICATION ON THE SCHEDULE OF THE CASE

The parties attach a proposed order that revises this Court's Case Management Order by extending the fact discovery cutoff and all other deadlines by approximately ninety (90) days. The following table summarizes the proposed changes to the Case Management Order and to the schedule of the case.

| Deadlines | Current Cutoff | Proposed Cutoff |
|---|---|---|
| Completion of Fact Discovery: | 02/02/07 | 05/02/07 |
| Disclosure of identities and reports of expert witnesses: | 03/01/06 | 06/01/07 |
| Completion of Expert Discovery: | 03/30/07 | 06/29/07 |
| Plaintiff to file dispositive motion and notice for hearing on 12/8/06 at 10:00 a.m.: | 03/30/07 | 06/29/07 |
| Defendant's opposition and any cross motion (contained in one brief): | 04/13/07 | 07/13/07 |
| Plaintiff's reply/opposition: | 04/20/07 | 07/20/07 |
| Surreply: | 04/27/07 | 07/27/07 |

2

| Deadlines | Current Cutoff | Proposed Cutoff |
|---|---|---|
| Further Case Management Conference and all case-dispositive motions to be heard at 10:00 a.m. on or before: | 05/11/07 | 08/10/07 |
| Final Pretrial Conference at 1:30 p.m. on: | [to be set] | [to be set] |
| A Trial will begin at 8:30 a.m. on: | [to be set] | [to be set] |

The parties' proposed order will not affect the ADR process in this Court. On June 13, 2006, the parties engaged in court-connected mediation, which was conducted by William N. Herbert, Esquire. That mediation was unsuccessful in settling the lawsuit or narrowing the issues to be litigated. The parties' proposed order will facilitate the ADR process in a related case before the Ninth Circuit, which may settle the lawsuit or narrow the issues to be litigated.

**V.  CONCLUSION**

For the foregoing reasons, the parties respectfully request an order changing time that grants an approximately ninety (90) day extension of the fact discovery cutoff and all other deadlines in the Case Management Order.

Dated:  December 19, 2006         MAYER, BROWN, ROWE & MAW LLP
                                  IAN N. FEINBERG
                                  DENNIS S. CORGILL
                                  ERIC B. EVANS


                                  By:    /s/
                                         Dennis S. Corgill

                                  Attorneys for Plaintiff
                                  FREECYCLESUNNYVALE


Dated:  December 19, 2006         PERKINS COIE LLP
                                  PAUL J. ANDRE
                                  LISA KOBIALKA
                                  ESHA BANDYOPADHYAY
                                  SEAN M. BOYLE


                                  By:    /s/
                                         Esha Bandyopadhyay

                                  Attorneys for Defendant
                                  THE FREECYCLE NETWORK, INC.