| | |
|---|---|
| 1 | Ian N. Feinberg (SBN 88324) |
| | ifeinberg@mayerbrownrowe.com |
| 2 | Dennis S. Corgill (SBN 103429) |
| | dcorgill@mayerbrownrowe.com |
| 3 | Eric B. Evans (SBN 232476) |
| | eevans@mayerbrownrowe.com |
| 4 | MAYER, BROWN, ROWE & MAW LLP |
| | Two Palo Alto Square, Suite 300 |
| 5 | 3000 El Camino Real |
| | Palo Alto, CA  94306-2112 |
| 6 | Telephone:     (650) 331-2000 |
| | Facsimile:      (650) 331-2060 |
| 7 | |
| 8 | Attorneys for Plaintiff |
| | FREECYCLESUNNYVALE |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | CASE NO. C06-00324 CW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER CHANGING TIME FOR FACT DISCOVERY CUTOFF AND OTHER DEADLINES** |
| THE FREECYCLE NETWORK, an Arizona corporation, | |
| Defendant. | Before:  Honorable Claudia Wilken |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation, | |
| Counterclaimant, | |
| v. | |
| FREECYCLESUNNYVALE, a California unincorporated association, | |
| Counterdefendant. | |

1  Having considered the stipulated request of Plaintiff FreecycleSunnyvale and Defendant

2  The Freecycle Network, Inc., for an order changing time, and good cause appearing therefor,

3  IT IS ORDERED that this Court's Case Management Order is revised to provide the

4  following deadlines:

| | |
|---|---|
| Completion of Fact Discovery: | 05/02/07 |
| Disclosure of identities and reports of expert witnesses: | 06/01/07 |
| Completion of Expert Discovery: | 06/29/07 |
| Plaintiff to file dispositive motion and notice for hearing on 05/11/07 at 10:00 a.m.: | 06/29/07 |
| Defendant's opposition and any cross motion (contained in one brief): | 07/13/07 |
| Plaintiff's reply/opposition: | 07/20/07 |
| Surreply: | 07/27/07 |
| Further Case Management Conference and all case-dispositive motions to be heard at 10:00 a.m. on or before: | 08/10/07 |
| Final Pretrial Conference at 1:30 p.m. on: | [to be set] |
| A Trial will begin at 8:30 a.m. on: | [to be set] |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December __, 2006

_____
CLAUDIA WILKEN
United States District Judge

44031556.1

[PROPOSED] ORDER CHANGING TIME
CASE NO. C06-00324 CW