Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrownrowe.com
Dennis S. Corgill (SBN 103429)
dcorgill@mayerbrownrowe.com
Eric B. Evans (SBN 232476)
eevans@mayerbrownrowe.com
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2060

Attorneys for Plaintiff
FREECYCLESUNNYVALE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | CASE NO. C06-00324 CW |
| Plaintiff, | |
| v. | **ORDER CHANGING TIME FOR FACT DISCOVERY CUTOFF AND OTHER DEADLINES** |
| THE FREECYCLE NETWORK, an Arizona corporation, | |
| Defendant. | Before:  Honorable Claudia Wilken |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation, | |
| Counterclaimant, | |
| v. | |
| FREECYCLESUNNYVALE, a California unincorporated association, | |
| Counterdefendant. | |

Dockets.Justia.com

Having considered the stipulated request of Plaintiff FreecycleSunnyvale and Defendant The Freecycle Network, Inc., for an order changing time, and good cause appearing therefor,

IT IS ORDERED that this Court's Case Management Order is revised to provide the following deadlines:

| | |
|---|---|
| Completion of Fact Discovery: | 05/02/07 |
| Disclosure of identities and reports of expert witnesses: | 06/01/07 |
| Completion of Expert Discovery: | 06/29/07 |
| Plaintiff to file dispositive motion and notice for hearing on 05/11/07 at 10:00 a.m.: | 06/29/07 |
| Defendant's opposition and any cross motion (contained in one brief): | 07/13/07 |
| Plaintiff's reply/opposition: | 07/20/07 |
| Surreply: | 07/27/07 |
| Further Case Management Conference and all case-dispositive motions to be heard at 10:00 a.m. on or before: | 08/10/07 |
| Final Pretrial Conference at 1:30 p.m. on: | [to be set] |
| A Trial will begin at 8:30 a.m. on: | [to be set] |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 22, 2006

_____
CLAUDIA WILKEN
United States District Judge

44031556.1