1  Ian N. Feinberg (SBN 88324)
   ifeinberg@mayerbrownrowe.com
2  Dennis S. Corgill (SBN 103429)
   dcorgill@mayerbrownrowe.com
3  Eric B. Evans (SBN 232476)
   eevans@mayerbrownrowe.com
4  MAYER, BROWN, ROWE & MAW LLP
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, CA  94306-2112
6  Telephone:    (650) 331-2000
   Facsimile:    (650) 331-2060
7
   Attorneys for Plaintiff
8  FREECYCLESUNNYVALE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>           Plaintiff,<br><br>           v.<br><br>THE FREECYCLE NETWORK,<br>an Arizona corporation,<br><br>           Defendant. | CASE NO. C06-00324 CW<br><br>**[PROPOSED] ORDER CHANGING TIME FOR FACT DISCOVERY CUTOFF AND OTHER DEADLINES**<br><br>Before:  Honorable Claudia Wilken |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation,<br><br>           Counterclaimant,<br><br>           v.<br><br>FREECYCLESUNNYVALE, a California unincorporated association,<br><br>           Counterdefendant. | |

Having considered the stipulated request of Plaintiff FreecycleSunnyvale and Defendant The Freecycle Network, Inc., for an order changing time, and good cause appearing therefor,

IT IS ORDERED that this Court's Case Management Order is revised to provide the following deadlines:

| | |
|---|---|
| Completion of Fact Discovery: | 08/03/07 |
| Disclosure of identities and reports of expert witnesses: | 09/04/07 |
| Completion of Expert Discovery: | 10/01/07 |
| Plaintiff to file dispositive motion and notice for hearing on 11/29/07 at 2:00 a.m.: | 10/11/07 |
| Defendant's opposition and any cross motion (contained in one brief): | 10/25/07 |
| Plaintiff's reply/opposition: | 11/01/07 |
| Surreply: | 11/08/07 |
| Further Case Management Conference at 2:00 p.m. and all case-dispositive motions to be heard on or before: | 12/04/07 |
| Final Pretrial Conference at 1:30 p.m. on: | [to be set] |
| A Trial will begin at 8:30 a.m. on: | [to be set] |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
CLAUDIA WILKEN
United States District Judge

44033394.1

[PROPOSED] ORDER CHANGING TIME
CASE NO. C06-00324 CW