1  Ian N. Feinberg (SBN 88324)
   ifeinberg@mayerbrownrowe.com
2  Dennis S. Corgill (SBN 103429)
   dcorgill@mayerbrownrowe.com
3  Eric B. Evans (SBN 232476)
   eevans@mayerbrownrowe.com
4  MAYER, BROWN, ROWE & MAW LLP
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, CA  94306-2112
6  Telephone:    (650) 331-2000
   Facsimile:    (650) 331-2060
7
   Attorneys for Plaintiff
8  FREECYCLESUNNYVALE

9
                    **UNITED STATES DISTRICT COURT**
10
                    **NORTHERN DISTRICT OF CALIFORNIA**
11
                              **OAKLAND DIVISION**
12

13
   | FREECYCLESUNNYVALE, | CASE NO. C06-00324 CW |
   | a California unincorporated association, | |
   | Plaintiff, | |
   | v. | **ORDER CHANGING TIME FOR FACT DISCOVERY CUTOFF AND OTHER DEADLINES AS MODIFIED** |
   | THE FREECYCLE NETWORK, an Arizona corporation, | |
   | Defendant. | Before: Honorable Claudia Wilken |
   | THE FREECYCLE NETWORK, INC., an Arizona Corporation, | |
   | Counterclaimant, | |
   | v. | |
   | FREECYCLESUNNYVALE, a California unincorporated association, | |
   | Counterdefendant. | |

[PROPOSED] ORDER CHANGING TIME
CASE NO. C06-00324 CW

1    Having considered the stipulated request of Plaintiff FreecycleSunnyvale and Defendant

2    The Freecycle Network, Inc., for an order changing time, and good cause appearing therefor,

3    IT IS ORDERED that this Court's Case Management Order is revised to provide the

4    following deadlines:

| | |
|---|---|
| Completion of Fact Discovery: | 08/03/07 |
| Disclosure of identities and reports of expert witnesses: | 09/04/07 |
| Completion of Expert Discovery: | 10/01/07 |
| Plaintiff to file dispositive motion and notice for hearing on 11/29/07 at 2:00 a.m.: | 10/11/07 |
| Defendant's opposition and any cross motion (contained in one brief): | 10/25/07 |
| Plaintiff's reply/opposition: | 11/01/07 |
| Surreply: | 11/08/07 |
| Further Case Management Conference at 2:00 p.m. and all case-dispositive motions to be heard on or before: | 12/06/07 |
| Final Pretrial Conference at 1:30 p.m. on: | [to be set] |
| A Trial will begin at 8:30 a.m. on: | [to be set] |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 4/3/07

*[signature]*

_____
CLAUDIA WILKEN
United States District Judge

44033394.1

[PROPOSED] ORDER CHANGING TIME
CASE NO. C06-00324 CW