| | |
|---|---|
| 1 | PAUL J. ANDRE, Bar No. 196585 (pandre@perkinscoie.com) |
| 2 | LISA KOBIALKA, Bar No. 191404 (lkobialka@perkinscoie.com) |
| 3 | ESHA BANDYOPADHYAY, Bar No. 212249 (ebandyopadhyay@perkinscoie.com) |
| 4 | SEAN M. BOYLE, Bar No. 238128 (sboyle@perkinscoie.com) |
| 5 | PERKINS COIE LLP |
| | 101 Jefferson Drive |
| 6 | Menlo Park, CA 94025 |
| | Telephone:   (650) 838-4300 |
| 7 | Facsimile:   (650) 838-4350 |
| 8 | Attorneys for Defendant and Counterclaimant |
| | THE FREECYCLE NETWORK, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, an Arizona corporation,<br><br>Defendant. | CASE NO. C06-00324 CW<br><br>[PROPOSED] ORDER CHANGING TIME FOR FACT DISCOVERY CUTOFF AND OTHER DEADLINES<br><br>Before: Honorable Claudia Wilken |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Counterdefendant. | |

1   Having considered the stipulated request of Defendant The Freecycle Network, Inc. and
2   Plaintiff FreecycleSunnyvale for an order changing time, and good cause appearing therefor,
3   IT IS ORDERED that this Court's Case Management Order is revised to provide the
4   following deadlines:

| | |
|---|---|
| Completion of Fact Discovery: | 11/01/07 |
| Disclosure of identities and reports of expert witnesses: | 12/03/07 |
| Completion of Expert Discovery: | 12/31/07 |
| Plaintiff to file dispositive motion and notice for hearing on 2/28/08 at 2:00 p.m.: | 01/10/08 |
| Defendant's opposition and any cross motion (contained in one brief): | 01/23/08 |
| Plaintiff's reply/opposition: | 01/30/08 |
| Surreply: | 02/06/07 |
| Further Case Management Conference at 2:00 p.m.and all case-dispositive motions to be heard on or before: | [to be set] |
| Final Pretrial Conference at 1:30 p.m. on: | [to be set] |
| A Trial will begin at 8:30 a.m. on: | [to be set] |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July __, 2007

_____
CLAUDIA WILKEN
United States District Judge