```
 1  MAYER, BROWN, ROWE & MAW LLP
    Ian N. Feinberg (SBN 88324)
 2  ifeinberg@mayerbrownrose.com
    Dennis S. Corgill (SBN 103429)
 3  dcorgill@mayerbrownrose.com
    Eric B. Evans (SBN 232476)
 4  eevans@mayerbrownrose.com
    Two Palo Alto Square, Suite 300
 5  3000 El Camino Real
    Palo Alto, CA  94306-2112
 6  Telephone: (650) 331-2000
    Facsimile:  (650) 331-2060
 7
    Attorneys for Plaintiff
 8  FREECYCLESUNNYVALE,
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, <br><br> Plaintiff, <br><br> v. <br><br> THE FREECYCLE NETWORK, an Arizona corporation, <br><br> Defendant. <br><br> THE FREECYCLE NETWORK, INC., an Arizona Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> FREECYCLESUNNYVALE, a California unincorporated association, <br><br> Counterdefendant. | Case No. C06-00324 CW <br><br> **DECLARATION OF DENNIS S. CORGILL IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANT FREECYCLESUNNYVALE'S MOTION FOR SUMMARY ADJUDICATION** <br><br> Date: August 23, 2007 <br> Time: 2:00 p.m. <br> Before: Hon. Claudia Wilken <br> Location: Courtroom 2 |

I, Dennis S. Corgill, declare as follows:

1. I am an attorney licensed to practice in the State of California. I am an associate in the law firm Mayer, Brown, Rowe & Maw LLP, counsel of record for Plaintiff and Counterdefendant FreecycleSunnyvale in the above-captioned action. I am one of the attorneys representing FreecycleSunnyvale. I know the following facts of my own knowledge and, if called as a witness, could and would competently testify to the following facts.

2. On June 30, 2006, I initiated a meet and confer process with regard to several discovery issues in the above-captioned action. One of those issues concerns FreecycleSunnyvale's Request for Production Number 64, which requested, "Any and all documents, including archived electronic files, concerning a website, webpage, home page, or internet posting of any freecycle community, individual group, or local groups within the [Defendant and Counterclaimant The Freecycle Network's] network." The Freecycle Network has not agreed to produce any documents in response to this request.

3. In the course of the meet and confer, I have exchanged letters and held telephone conferences with Esha Bandyopadhyay and with Shane M. Glynn. Ms. Bandyopadhyay and Mr. Glynn are attorneys in the law firm of Perkins Coie LLP and who represent Defendant and Counterclaimant, The Freecycle Network, Inc. ("TFN"). True and correct copies of the letters that have been exchanged are attached collectively to this Declaration as Exhibit A.

4. Throughout the meet and confer, TFN has never objected that Request for Production Number 64 does not seek responsive documents. In a telephone conference on Tuesday, July 11, 2006, Ms. Bandyopadhyay agreed that Request for Production Number 64 seeks documents that are relevant to the issues of (i) whether "freecycle" is a generic term, (ii) whether TFN engaged in naked licensing, and (iii) whether TFN dedicated its alleged trademarks to the public domain.

5. In a telephone conference with Mr. Glynn on June 8, 2007, TFN raised, for the first time, the objection that TFN does not have possession, custody, or control of all of the documents that are responsive to Request for Production Number 64. Mr. Glynn explained that

TFN is not a co-owner, moderator, or member of every online freecycling group that is listed as an approved group on TFN's Web site. Mr. Glynn explained that, where TFN is not a co-owner, moderator, or member, TFN does not have access to archived group files without the permission of the group's owners or moderators. Mr. Glynn suggested that FreecycleSunnyvale might need to seek responsive documents from Yahoo! Corporation by way of a third-party subpoena.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Palo Alto, California, on July 17, 2007.

_____
Dennis S. Corgill

-2-

CORGILL DECLARATION ISO PLAINTIFF'S
MOTION FOR SUMMARY ADJUDICATION
CASE NO. C06-00324 CW