MAYER, BROWN, ROWE & MAW LLP
Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrownrose.com
Dennis S. Corgill (SBN 103429)
dcorgill@mayerbrownrose.com
Eric B. Evans (SBN 232476)
eevans@mayerbrownrose.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060

Attorneys for Plaintiff
FREECYCLESUNNYVALE,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, an Arizona corporation,<br><br>Defendant. | Case No. C06-00324 CW<br><br>**DECLARATION OF MILES DENNIS ROBERTSON, JR., IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANT FREECYCLESUNNYVALE'S MOTION FOR SUMMARY ADJUDICATION**<br><br>Date:     August 23, 2007<br>Time:     2:00 p.m.<br>Before:   Hon. Claudia Wilken<br>Location: Courtroom 2 |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Counterdefendant. | |

ROBERTSON DECLARATION ISO PLAINTIFF'S
MOTION FOR SUMMARY ADJUDICATION
CASE NO. C06-00324 CW

Dockets.Justia.com

I, Miles Dennis Robertson, Jr., declare as follows:

1. I am a resident of Stillwater, Oklahoma. I am a former senior volunteer for The Freecycle Network, Inc. ("TFN"), the Defendant and Counterclaimant in the above-captioned lawsuit. I know the following facts of my own knowledge and, if called as a witness, could and would competently testify to the following facts.

2. In late 2003 or early 2004, I read an article about freecycling and the formation of online freecycling groups. The article contained an email address for Deron Beal, who was described as a founder of a freecycling group. I sent an email to Mr. Beal and indicated that I was interested in starting an online freecycling group for my local area. I asked Mr. Beal what I needed to do. In the ensuing email exchange, Mr. Beal first asked if I had experience moderating groups. I replied with several examples of groups that I was currently moderating. (Among the groups that I was then moderating was a weight loss group for men and an equine related buy-sell-trade group.) Mr. Beal then sent a second email, telling me that the best way to figure out how to form and moderate an online freecycling group was to join two or three of the groups that were already active. Mr. Beal indicated that it was pretty much self explanatory. Mr. Beal's two emails were very brief and to the point. In those emails, Mr. Beal suggested that I could use any files that I found on an online freecycling group. Mr. Beal also advised that I could copy and use any files as I found them. Mr. Beal also advised that I could modify any files to suit my local situation. There was no mention of any requirements that he or his staff be "co-owners" of the group, nor any mention of any requirement to display a Freecycle logo.

3. A few months after my email exchange with Mr. Beal, I acted on the advice that Mr. Beal had forwarded. I joined Mr. Beal's online freecycling group in Tucson, Arizona, and one or two others that Mr. Beal recommended. When I joined the freecycling group in Tucson, Arizona, I was surprised that I did not find any indication that Mr. Beal was actively involved with that group.

4. On April 12, 2004, I entered into a group service account with Yahoo! and started my own online freecycling group for Stillwater, Okalahoma. I named the online group

"FreecycleStillwaterOK." Following upon Mr. Beal's suggestion, I copied files from other online recycling groups to use to create my own files. Most of the files contained basic instructions on how to use the online group, what to post, and what not to post. I immediately set out to modify the copied files to suit my own preferences. After I modified those files, I posted them to my online freecycling group.

5. At no point during the time when I was setting up my own online freecycling group did anyone contact me to advise me as to what I could do and could not do. No one asked me to sign a contract agreeing to what was expected of me or my group. I was unaware that any one checked on what I was doing.

6. At the time that I set up my own online freecycling group, I was unaware of TFN or its website. The website was not mentioned in the article that sparked my interest in freecycling. In his two emails to me, Mr. Beal did not mention the existence of a freecycle website, and he did not suggest that I visit a website for information on how to start an online freecycling group.

7. Throughout 2004, I ran the FreecycleStillwaterOK online freecycling group independently and without any assistance or guidance from any one, including TFN or Mr. Beal.

8. Toward the end of 2004, as the activity of freecycling was getting more publicity, I happened upon another article that mentioned a website, and I visited it for my first time. This turned out to be TFN's website at www.freecycle.org. In searching the website, I found where "approved" groups were listed by their State. I sent an email to an address on the website and inquired about getting my local group listed. Afterwards, my online freecycling group showed up in the listing on TFN's website. Again, no one from TFN contacted me to advise me as to what I could do and could not do. No one asked me to sign a contract agreeing to what was expected of me or my group. I was unaware of whether anyone joined my group to look over the files or archives. If someone did join my group to look over the files, they did not identify themselves or contact me in any way.

9. Later, perhaps in an email exchange with another freecycling group moderator, I learned that TFN had an online discussion group for moderators. I joined that discussion group for additional information, as I was interested in finding more information to help my group grow.

10. Shortly after joining the online discussion group for moderators, I read about leadership groups that had formed. I sent an email to the person posting the message about the leadership groups, indicating that I had time on my hands to volunteer and would be willing to assist in anyway I could.

11. Shortly after I volunteered for a leadership group, I received an email from a woman who was known to me as Deanna and who identified herself as TFN's Group Outreach and Assistance ("GOA") for Oklahoma. Deanna asked if I would be interested in being a New Group Approver ("NGA") for Oklahoma. This was sometime right after the Christmas holiday 2004 or possibly the first week of January 2005. I agreed to become the NGA for Oklahoma. On January 9, 2005, Nancy Castleman sent a congratulatory email, announcing that I had agreed to take the appointment as NGA for Oklahoma. Shortly thereafter I received my first new group to approve.

12. The training that I received to be an NGA came by joining an online discussion group for TFN NGAs. This discussion group was moderated by an "NGA Coordinator." Basically, the training came when an NGA would post a question to the group and the members of the group with an interest in the question would offer suggestions.

13. While I was an NGA, the applicants who wanted an online freecycling group to be listed on TFN's website received minimal guidance. TFN's website contained some very brief instructions on how to set up an online group through Yahoo! TFN's website also provided group files that an applicant could use or modify for an online freecycling group. For example, there was a "welcome" file which contained the text of an email message for a new member, a "Freecycle Etiquette" file which provided instructions on how members could use the online group, and an "exit" file which contained the text of an email message for a member departing

-3-

from the group. Moderators of new online freecycling groups were supposed to read these files and to conduct themselves accordingly. Otherwise, there was no formal instruction or training whatsoever. In the NGA discussion group, we were often reminded by one or more of the more experienced NGAs that NGAs needed to give new online freecycling groups minimum instructions on how to set up an online group with Yahoo! and how to get the group up and running. The reason was that, if the owner and moderator of a new online group could figure out how to set up the group on their own, then they could figure out how to run the group by, for example, copying files from TFN's website.

14. My typical practice as an NGA was as follows: (1) An individual who wanted to set up a new online freecycling group would apply through TFN's website. (2) I would receive information from TFN regarding an application to set up a group in my state, Oklahoma. (3) I would contact the individual and obtain basic information about where they were located, how large of a geographic area they intended to cover, and whether they lived in that area. NGAs were not supposed to approve groups that would geographically cover an area that was too small or too large, groups that overlapped with existing groups, or groups where the owner did not live in the area covered by the group. (4) I would advise that person to set up an online group and get back to me when the online group was up and running. (5) While the individual was setting up the online freecycling group, I would contact moderators in Oklahoma, typically by posting an email to an online discussion group for Oklahoma moderators. In my email to the discussion group, I would ask if there was any reason not to allow the applicant to moderate an online freecycling group. This was the only reference check. (6) When a new online freecycling group was set up, the new group notified me that they were ready for an "inspection." This inspection consisted of making sure that the new group had certain group files, such as the "welcome" file, the "Freecycle Etiquette" file, and the "exit" file. If the online group contained these files, I approved the group, and the group was listed on TFN's website.

15. Only at a later time did I learn that a moderator's handbook had been created by a moderator of an online freecycling group in Virginia. That handbook, which was created in

-4-

approximately November 2004, was not yet approved by TFN. Because this handbook was available and other moderators on the moderator online discussion group recommended it, I let moderators of new groups know about this manual. Several months later, in the spring of 2005, TFN approved a moderator's manual that was posted on TFN's website.

16. One other thing that a NGA had to do was to make sure that "EF", or "Ersatzfriend" was a co-owner of the group. EF was a fictional person who was created by TFN. EF had an email account, which permitted EF to be listed as a co-owner. EF was passed off to the online freecycling group owner as a safety valve in case something ever happened. For example, if the owners and moderators were locked out of their group by Yahoo!, EF could always go in and save the group.

17. Even though I required new groups to have EF as a co-owner before the new groups would be approved and listed on TFN's website, at this time I did not add EF as a co-owner of my online freecycling group in Stillwater. I knew that, if EF was listed as a co-owner, TFN could come in and take over my group. I just did not want to risk losing ownership and control of my online freecycling group.

18. When I started as an NGA, I approved many groups that did not adopt TFN's logo, which is a stylized presentation of the word "freecycle" and includes a guitar and a bicycle. Some did not like the color. Some did not like the stylized presentation or the overall appearance, and many previously had their own graphics and logos. Later, NGAs were told that new groups had to use TFN's logo and to include a trademark and copyright notice on the home page of the group. I then began to inspect new groups to make sure that the new groups had TFN's logo as well as the trademark and copyright notice.

19. After having served as the NGA of Oklahoma for a short period of time, a woman known to me as Nancy Castleman sent an email to me, stating that the GOA of Oklahoma (Deanna) had recommended me as a possible GOA. Ms. Castleman asked if I would be interested in becoming a GOA. Again having time on my hands, and believing in freecycling, I accepted and became a volunteer GOA. A GOA was not allowed to be a GOA for the state in

-5-

which he or she had an online freecycling group or for the state in which the GOA was also the NGA. I started as the GOA for Kansas, Nebraska, South Dakota, and North Dakota. By the time I left TFN in August 2005, I had been the GOA over at least a dozen states at one time or another. Even though I took on these new volunteer duties for TFN, I continued as the NGA for Oklahoma until August 2005. When I took on additional volunteer work at the beginning of August 2005, I trained my co-owner of the Stillwater online freecycling group to become the NGA for Oklahoma. My co-owner was subsequently appointed NGA for Oklahoma.

20. The duties of a GOA were quite separate and different from the NGA duties. As an NGA, I contacted individuals who indicated they were interested in starting an online freecycling group or had already started their own freecycling group, and wanted to get it listed on TFN's website. As a GOA, we were listed as "Group Outreach Assistance", to "help" groups owners make their groups run well. I also responded to complaints about online freecycling groups. NGAs were forbidden from looking at up and running online groups to see if there were any problems. If an NGA heard about a problem, the NGA was supposed to report the problem to the appropriate GOA.

21. There was an online discussion group for GOAs that was moderated by Nancy Castleman. Nancy Castleman and other senior volunteers instructed GOAs that we were not, in any way, to get involved in any group other than our own, unless a complaint was made against an online freecycling group. We were advised not to join local groups or even to join online local discussion groups for moderators in our assigned states. The only reason that we were to make contact with an online freecycling group was if a member of a group listed on TFN's website initiated a complaint against a particular group. Then, and only then, was a GOA to join or apply for membership in that particular group. The GOA would then make contact with the group's owners to discuss the "problems." GOAs were told that the reason for our "non-involvement" was to assure the local group owners that they had full and total control over their local groups. Mr. Beal did not want it to appear that TFN was monitoring groups in anyway. Mr. Beal specifically told the online discussion group for GOAs that we should not look for

-6-

problems. GOAs were not to go looking for problems but were supposed to let problems come to them.

22. In addition to receiving information from the online discussion group for GOAs, I also communicated regularly with Dianna, the GOA for Oklahoma. Dianna became my mentor for GOA activities.

23. When I first became a GOA, complaints were made to TFN's website. If the complaint was about an online freecycling group in one of my states, the complaint would be forwarded to me. Later, a list of the GOAs and our email addresses was posted on TFN's website. This allowed members to submit complaints directly to the appropriate GOAs.

24. While complaints from members of online freecycling groups usually were about their own groups, complaints might also concern a neighboring group. One reason that this might happen is that neighboring groups might have different policies on what kinds of items could be posted. For example, different groups had different policies about whether pets could be posted. If a member did not believe that pets should be posted, the member might complain either that his or her own group allowed pet postings or that a neighboring group allowed pet postings.

25. When a member made a complaint about an online freecycling group in one of my states, I responded by email to let the member know that the complaint had been received and that I would look into the matter as best as time allowed. Because I was assigned to multiple states that had numerous online freecycling groups, a complaint was not always investigated immediately. Most often, a second or third complaint about a particular group was needed before I would start an investigation.

26. As a GOA, I investigated violations of the "rules" set forth in the "Freecycle Etiquette" file. Those rules basically stated that everything must be free, legal, and appropriate for all ages. More often, complaints did not focus on the character of the items that members sought to freecycle. For some people, "appropriate for all ages" applied to a member's email address that was shown when the email was posted to an online freecycling group. For example,

-7-

some complaints concerned the signature lines on another member's email post, such as signature lines with information advertising a business. One signature line indicated that member was an agent for an insurance company and that people should come see that member for their insurance needs. Some complaints were that other members used vulgar or offensive language in their email addresses and that the group owner did not prohibit these kinds of email addresses.

27. When investigating complaints, I kept Nancy Castleman generally informed of what I was doing. Sometimes, the group owner would agree that the complaint was legitimate and then resolve the problem. If so, my job was done. Sometimes, the group owner would refuse to resolve the problem. Group owners who refused to cooperate usually objected that, as the owner, they ran the group and made the decisions. As a group owner myself, I understood this concern. In these situations, I had to make judgment calls as to whether to press the issue. I cannot speak for other GOAs, but personally I usually did not press the issue, especially if the complaint seemed minor.

28. Only if an online freecycling group had flagrant violations, such a permitting postings of items for sale, was an action ever taken against an owner due to a member's complaint. The action that I took was to remove the group from the list of approved groups on TFN's website. The standard practice was to email an individual known to me as Dean, who worked in the "back office" for TFN's Website. Dean would de-list groups. If the delisting from the TFN Website did not persuade an owner to comply with my requests, I would then report the group to Dean, who responsible for sending cease and desist notices to group owners. If cease and desist notices did not work, TFN would file a report with Yahoo! to get the group terminated. My understanding is that the person who was actually responsible for filing reports with Yahoo! was Emily (who had an email address with "gowriterotica"). My understanding was that Emily had developed a relationship with the trademark officers at Yahoo, and could, it seemed, get them to act on her wishes.

-8-

29. In approximately June or July of 2005, after I had been a GOA for a while, the GOAs were asked to check to see if EF had been added as a co-owner when they had a complaint against a group. To do this, we had to email "Judy," the lady who was keeper of the password for "EF". Approximately that same time, GOAs were also asked to check to see if TFN's logo had been updated and the trademark and copyright notice was correct and up to date. I added these additional checks when I investigated complaints. If there was a problem, I would mention to the group owner that I noticed the problem while looking into the complaint. GOAs were not asked to routinely check all groups to see if EF was a co-owner, if TFN's logo was up to date, or if the trademark and copyright notice was correct. I only checked on these matters if I was already investigating a complaint.

30. Action was taken against group owners who refused to add EF as a co-owner, or to display either TFN's logo or the trademark and copyright notice. For example, in Oklahoma, the online freecycling groups for Lawton and Tulsa refused to add EF as a co-owner. These groups were taken off the list of approved groups on TFN's website. TFN also reported these groups to Yahoo!, who then terminated these groups. TFN then set up new online freecycling groups for Lawton and Tulsa. Deanna, as the GOA of Oklahoma, asked me, as the NGA for Oklahoma, to be an owner of the two replacement groups, and I took on these duties in addition to my other volunteer responsibilities. The two replacement groups were listed on TFN's website.

31. During this time period, Dianna, the GOA for Oklahoma, informed me that EF was not listed as an owner of my Stillwater freecycling group and that I had to add EF as a co-owner. When I realized that she was serious, I added EF. About six to eight weeks later, I removed EF as a co-owner of my group. As a senior volunteer within the network, I was seeing what was being done to groups that did not follow TFN's directions. I did not want to risk losing ownership and control of my online freecycling group.

32. Although EF was supposed to be used only in the rare case when a group was left without an owner, I am aware of one instance when TFN used EF to bully its way into a group,

-9-

displace the original owner, and take over the group. The owner of the group in Lansing, Michigan known as Mid-Michigan Freecycle Network (or MMFN) was contacted about complaints of selling and the group being used as a general discussion forum. The owner refused to contact us, as she told me later, because she didn't know who these people were that were contacting her about problems with her group. Like all the rest of us, she had been given no direction or restrictions as it was "her" group. So she ignored our emails and instructed her co-owner to do the same. During this dispute, Judy specifically noted to other TFN volunteers, including me, that she was against using EF to take over a group. Judy was instructed to use EF to replace the owner. TFN first used EF to appoint an interim moderator for MMFN, giving control of the group to Robin, the coordinator of the "IMOD" team. Then, TFN used EF to appoint me and the interim moderator as new co-owners. Finally, TFN used EF to remove the original owner as an owner. By the time the original owner realized she had lost her group, the IMOD team had control, and the original owner was not one of the people selected to control the MMFN group from that point.

33.     In late July or early August 2005, a senior TFN volunteer known to me as Stephanie indicated that she and Mr. Beal wanted me to become the most senior GOA (known as the GOA Coordinator). I accepted the position of GOA Coordinator and became a member of the Hub. On August 5, 2005, Mr. Beal sent an email announcing that I had accepted the position as GOA Coordinator.

34.     The creation of the Hub was already in the works at the time of my "promotion", and the Hub was initially started within the first few days after my accepting the position of GOA Coordinator. The Hub was a group of eight people who occupied the top TFN positions. I was included because I was the GOA Coordinator. Mr. Beal told the members of the Hub that all Hub conversations were strictly confidential and could not be disclosed to others, including TFN volunteers who were not Hub members. After two weeks as the GOA Coordinator

and a member of the Hub, I left TFN. I still own and moderate freecycling groups that are no longer a part of The Freecycle Network.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Stillwater, Oklahoma, on 7/14/2007

_____
Miles Dennis Roberson, Jr.

-11-