New poll for freecyclemodsquad

Wed May 19, 2004 11:50 am

▷ Show Message Option

**freecyclemodsquad@yahoogroups.co**
freecyclemodsquad@yahoogroups.com
✉ Send Email

Enter your vote today! A new poll has been created for the freecyclemodsquad group:

Please choose which logo you would prefer: the multi-colored or the all green one. Check them both out at
http://www.thomas-pradel.de/freecycle/

o Multi-colored logo.
o All green logo.
o Both are fine.
o Undecided.
o Either is ok, but I'd rather keep using the old logo with my local group (which you can, of course, still do whether you vote for this or not).

To vote, please visit the following web page:

http://groups.yahoo.com/group/freecyclemodsquad/surveys?id=11771239

Note: Please do not reply to this message. Poll votes are not collected via email. To vote, you must go to the Yahoo! Groups web site listed above.

Thanks!