## ADMIN: nonprofit status update
## Modsquad Dated April 29th 2004

Here's the latest on where we are as a fledgling "official" organization. FYI: I have qualified for free legal aid with the Southern Arizona Legal Aid and an excellent local law firm is helping me do all of this paperwork.

1) About 2 months back the paperwork was filed with the Arizona Corporation Commission incorporating The Freecycle Network. We now exist as a nonprofit organization! As members everyone who is a member of an "approved" yahoo freecycle group qualifies. So, all your members currently are "members" of a nonprofit organization. Doesn't mean they are obliged to anything though.

2) However, "nonprofit" is in the eye of the beholder. The IRS still has to approve our application for a 501c3 status. This paperwork is being completed and mailed out this week. It apparently can take a couple of months to get the approval back and will cost me about $500, ugh. I'm quite sure I'll be able to get this back when I start doing some fundraising though. This means that any donation now is deductable only if the 501c3 comes thru, which, of course, it should. But it

3) Alan Watts who had volunteered to take the lead on webpage designed has become bogged down in other projects and had to withdraw his offer after all. So currently no webpage design is being done. I'll be meeting with our current webpage guru, Jeff Davis to start planning an alternative approach to getting this going. We are thinking that it would make sense to have different computer volunteers do different, what do you call them, nodules or nodes or segments of the necessary programming. One for the polls, one for a chat room, one for the listserv, etc..

4) The trademark rights for the name are currently being transferred from RISE to the new Freecycle Network. The RISE board is drawing up the paperwork. RISE is my "day job" where I organize recycling for downtown businesses and transitional employment for Tucsonans in need.

That's about it for now. Stay tuned....
Deron

"The Freecycle Network"!
Tucson, AZ

Tel: 520-791-2569

[Non-text portions of this message have been removed]