**Date:** Tue, 27 Jul 2004 16:17:09 -0700 (PDT)

**From:** "K Hedden Sr" <pastorbelieversunited@yahoo.com> Add to Address Book  Add Mobile Alert

**Subject:** Re: major national articles

**To:** "Deron Beal" <deron1@worldlinkisp.com>

Hi buddy, if you are on line call me at 518-532-7661 about this. Otherwise you can call me any time tommorow between 10:00AM and 8:00PM ET time to discuss this.
Pastor K

**Deron Beal <deron1@worldlinkisp.com> wrote:**
hello pastor ken and mel,

i'm in the process of meeting with a major corporate foundation who would like to present the webpage to the president and would like to have the new york times and teh people magazine and any other major articles on the webpage to strenghten his hand viewable on the webpage. I can't tell you how important this is. they want to solely fund the whole shishkebab. Most importantly, he wants to show his board that we cross all segments of the population and that we are getting incredible prss.

Any way we can do this? you're working on requesting permission right with some now? perhaps could you please post these babies for now and I shall assume any responsibility for not having a final yay or nay yet from them.
Oh and what is the status on requesting this?

I'll note or attach those articles that occur first to me...

Let me know if this looks doable. I have audio and video recordings for some of these on cd, etc.
woo hoo!!!!
deron

articles (basically put them all in national and maybe put a second copy of miami herald and chicago tribune etc. also in the local region section):
Utne
New york times no. 1.
Newsweek
time mag top50
cnbc link?
grist

salon.com
msn.com
christian science monitor
int'l heral tribune
wall st. journal
chicago tribune
parade magazine
idealist.org no. 1 and 2?
pc mag
tech tv
national examiner
npr NH
Great lakes radio consortium
e-town award
kuat tv in tucson az
the dollar stretcher.com
reuters
knight ridder
miami herald
lovin life news for the elderly

PS: thsi is very important as he already looked while we were on the phone and couldn't find them under national articles. it's a pr / clincher kinda thing ... keep your fingerscrossed ....

> ATTACHMENT part 2 application/msword name=03-11-25 Salon article.doc

> ATTACHMENT part 3 application/msword name=03-11-25 Salon article.doc

> ATTACHMENT part 4 application/msword name=04-01-04 Whole Life Times.doc

> ATTACHMENT part 5 application/msword name=04-02-04 The Guardian, UK.doc

> ATTACHMENT part 6 application/msword name=04-03-16 The New York Times.doc

> ATTACHMENT part 7 application/msword name=04-04-06 PC Magazine.doc

> ATTACHMENT part 8 application/msword name=04-05-01 CNBC.doc

> ATTACHMENT part 9 application/msword name=04-05-06 Wall Street Journal.doc

> ATTACHMENT part 10 application/msword name=04-05-12 Forbes Livewire (Reuters).doc

> ATTACHMENT part 11 application/msword name=5-14-04 Newsweek blurb.doc

Pastor Ken Hedden Sr

Believers United Christian Church - Schroon, Lake NY

Freecycle Moderator:

Schroon Lake, Clifton Park, Essex, Rennselear, Saratoga, Warren Counties