**To:**      freecyclemodsquad@yahoogroups.com

**From:**    "Deron Beal" <deron@rise-inc.org>  ☐Add to Address Book  ☐Add Mobile Alert

**Date:**    Fri, 27 Aug 2004 12:07:36 -0700

**Subject:**  Fw: [freecyclemodsquad] Re: freecycle's future

Ed,
Thanks for the constructive criticism. For starters, a quick point for
you: you mentioned that it is not fun for you. If it ain't fun for you,
then for goodness sake don't do it (or help us make it better, which is
what I'm guessing you are helping us to do with your e-mail to the
modsquad). There are certainly members of your group who'd love to help
you out. I firmly believe in Joseph Campbell's comment to "follow your
bliss." You co-owner Joanna had indicated to me a while back that you
both were seeking new local mods to take over anyway, right? If it's
just a rocky spot in the road and overall you enjoy moderating, then by
all means help us all make freecycle better. No one person can do this
alone - heck, it ain't even easy with a veritable army of giving good
people volunteering all over the place, as we all know!

As regards the freecycle.ca site, in addition to their illegal use of
the freecycle name which we are currently contesting and the fee for
it's use, it also has no e-mail function and is limited to about 10
categories and, sure, it runs well with 120 postings for an entire
month. We should be flattered by their copycat of us. However, let me
be clear in that the owners have expressed that they will only "allow"
us to continue our yahoo group thing, as they claim to own the name in
Canada. A fee-charging company claiming ownership and hopefully
"allowing" us to continue is not someone I am willing to work with.

Could we have done something as basic and easy? Yes we could have, but
I don't see this as an improvement. I want to have an excellent site
with all needs met where people/mods say this is much better than yahoo
groups and it doesn't have ads and offers things like an e-bay styled
"rate your gifting"
with this person in order to keep an eye on chronic no-show-ers, etc.

Have we tried designing a new and excellent webpage with volunteer
programmers? Yes, we've actually tried this three different times with
one programmer or the other bailing out. The bottom line is that some

Dockets.Justia.com

money is required for this as it is too much for me or for jeff davis
or for other totally volunteer programmers alone or as a team to pull
off. Am I working on finding this money? Yes, frantically. Have I asked
mods to ask their members for donations? No, not really because I
believe we should have the 501c3 in order to be "respectable" in order
to do this -- and even then I shy away from asking members for
donations because, well, we are freecycle, not feecycle and i can't
help thinking we may be able to avoid this somehow.

I believe in this coming month these funds will be in place even
thought we don't have the 501c3 status which foundations demand.
Sponsors unlike private foundations are less demanding thus my approach
to sponsors at this time. FYI: We are currently an incorporated
nonprofit called The Freecycle Network and we have trade name and
Service Mark protection, but the IRS 501c3 status is still pending
(likely approved in nov/dec as application sent in early July): this is
what people need in order to declare a tax deduction federally.

Could we be doing more as a movement of volunteers? Maybe, but not much
more. Is there hope for something better free from yahoo? You can bet
your bottom dollar! By not commercializing, by not requesting fees from
members, by still not having staff etc, things will take a bit longer.
That's a fact.
I'll be asking for more volunteer help for committees, etc. as we move
forward too. We are creating a noncommercial global gift economy like
has never previously existed. This is an awesomely beautiful thing. But
without selling out to commercial interests, in due respect to Ed, I
don't feel that we've missed the boat, but that we are on a speed boat
the likes of which have never before been seen (first group founding
date: 5/1/03). Have we hit a few rough waves particularly regarding
webpage design? Yepp. I have a list of about 20 webpage designers whom
we will soon be able to integrate into a webpage design project with
modest payment for their services.

Anyway, thanks to everyone for all of your help in so many ways. And
thanks Ed for reminding us of what is still possible.

Deron