FREECYCLE ETIQUETTE

Please read carefully. Then re-read.

Freecycling is all about Reduce, Reuse, Recycle. It's better for someone else to reuse your item than recycle the materials in it or have it end up as trash. This also means finding people near you to minimize energy use and pollution. The better we care for our planet, the better it takes care of us (and our kids).

1) Approach -- Keep it free, legal, and appropriate for all ages (no medicines, drugs, guns, adult material, etc). Also no services, only tangible goods.

NO POLITICS and NO SPAM. Two strikes and you're out for mild inappropriate behavior. 1 strike and your out for SPAM and gross misconduct.

No free advice--even if it's really good. If you have a local community public service announcement, contact the moderators first -- it might be allowed depending on what it is.

Also generally no discussion on the list, send questions to the "-owner" (moderator) address that you can find on the group's home page.

No trading or bartering. When in doubt check with the moderator first. If you have an ongoing need for something, please do not post more than once a month. Also contact the moderator as it may be appropriate to add to the "Links" area of the group.

New members are moderated until they demonstrate good etiquette.


2) Post format -- Start your subject line with one of these phrases:
OFFER:
TAKEN:
WANTED: [Please use sparingly and don't ask for money.]
RECEIVED:

Got more than one thing to give away? Keep it all in one e-mail and number the items for your own clarity.

3) Replies -- Reply only to the original sender (not to the whole group).

4) Pickup -- Arrange however you want. As the giver, it is at your discretion to choose (need not be to the first to reply). If a nonprofit/charity responds, you may want to give it first shot.

Arrange pickup with only one person at a time, not "It's on the porch, whoever gets here first gets it." This wastes time and energy for people making unneeded trips. Send your address, phone number (only if you choose) and pickup instructions to your pickup candidate.

Post a TAKEN or RECEIVED after you have a firm pickup commitment or after the item has been picked up.

5) Location, location, location -- At Freecycle we think globally and act LOCALLY. For an initial post, send it only to your nearest Freecycle group. Do not post to multiple groups at the same time (many people belong to several nearby groups). Later if you have no response then post to the next closest area.

Please include your general location in your initial post. Do not include your exact address and phone number in your initial public post (the message board is quite public). Do include your phone number in a reply to an offer. (Again only if you are comfortable doing so.)

If there is no Freecycle group near you, consider starting one in your own neighborhood.

6) Pets -- You may exchange pets, but keep it legal and be lovingly careful. Lost pet notices are also welcome.

7) If you take an item (or post a wanted) with the intent of selling it, please state that information. (This does not apply if you get an item and fix it or otherwise add value before selling it.)

For more information about Freecycling please visit http://freecycle.org/