**To:** FreecycleSNGA@yahoogroups.com

**From:** "Ersatz Friend" <ersatzfriend@freecycle.org>  Add to Address Book  Add Mobile Alert

**Date:** Thu, 30 Sep 2004 21:13:31 -0000

**Subject:** [FreecycleSNGA] ADMIN stuff

Hey guys,
Jeff told me that there are currently 600 groups pending your approval! This means you guys are working your heinies off. Thank you SSSSoOOOO MUCH! 600 groups means 1/3 of all overall groups is just now in the past month coming on line. Awe inspiring. Had you folks not been around, there would have been some serious imploding going on. Thanks for saving the day and the month....

I'll try to address a couple of concerns that have come up below. We are all learning by doing so please be patient with me.

Here we go:
1) Is all we are supposed to do, is hit the accept/reject button? No would be the quick answer. It would be my hope that you have time to check in with the neighboring groups to make sure there is no overlap.  Also, you would have a look at their webpage and make sure everything is in line and give them tips on how to add the logo, etc. In talking with neighboring mods, perhaps one would like to serve as a mentor mod. You are the critical first point of contact for new groups and you can set them off in the right direction. With 600 pending groups you do what you can to help the new group get going within your own time constraints.

2) WHY DON'T WE FIX EXISTING GROUP PROBLEMS AS NGA's? The problem is that if you assume the responsibility for fixing old group issues, you risk really ticking your peers off. "That NGA dictator, power monger, etc." Yes, some people are that silly. There has been a state or two where existing mods of other groups have gotten quite mad at an NGA for even just advising them that they should consider doing "X". It would not be fair of me to ask you to do this on your home state turf. If you see a problem with an existing group, then let Amanda/Judy/me know. Pack your knowledge/advice/tips into a compact e-mail and leave the tweaking to us. I promise eternal gratitude from us for adding in

url's, e-mail addresses and your advice on how to proceed.

3) Where is the friggin heart of freeycle? A blind man came into my warehouse today to pick up playing cards and folders for an Arts for Developmentally Disabled Kids program that he has set up with the help of freecycle supplies acccess. He said how he loved that he could get rid of his old bed and, and, and and finally clear out his garage. And he gave me his business card as he is hiring Americorp members as teachers, which I in turn will pass on to other people, as art teachers are always picking up stuff. I think that is where we need to look for the heart. All the rest of what we are doing is making each one of these community gifting interactions possible. But, heck, you know that....

Let's, of course, be as patient as we can with each other as we continue to seek out the path we are following together. It's a nutty ride to be sure, but we are clearly on to something good here.

Thanks,
Deron

PS: Freecycle kitties also help, I find.