**Date:**  Thu, 30 Sep 2004 22:30:33 -0700

**To:**  "K Hedden Sr" <pastorbelieversunited@yahoo.com>, "Deron Beal" <deron@freecycle.org>

**From:**  "Tim Oey" <oey@post.harvard.edu> 🖼Add to Address Book 🖼 Add Mobile Alert

**Subject:** Re: Please re-consider this decision!

**CC:**  nancy@freecycle.org, "Amanda Rose (Genesee Cnty MI)" <Dustydeviate1@aol.com>, "Judy Ruzich (Lafayette IN)" <ruzich@iquest.net>, "Tim Oey (Sunnyvale CA)" <timcafc@oeyweb.com>

I like the new wording that Deron is now using:

It is asked that each group owner only own the group where they actually live. We ask this because you then know your local recycling contacts, can plan a local cafe meetup (and attend it), or local event which an "out-of-towner" really couldn't. This doesn't mean you can't be an occasional helper mod of a neighboring friend's group.  For those larger groups orchestrating a split up we also strongly encourage the old owner to be the owner of the new groups during the transition for a couple of months before passin on the reins.

I think fully explaining the reasons could also help:
In addition to 1) Someone who lives in the area knows the area best.
There are also:
2) Having someone local shows that the area is ready for a group
3) Prevents over enthusiastic people from setting up lots of new groups but then becoming tired and later abandoning them
4) Prevents one person for damaging a large number of groups
5) Spreads the load so no one burns out

In addition we should recommend that group owners have a backup owner and moderators in addition to ersatzfriend Having a 2:1 moderator to group ratio or greater is even better than 1:1 at reducing burnout.

I recommend that we strictly adhere to this when approving new groups (which is when it is enforceable) and use it as a recommendation for existing groups.

Judy dinged me for helping with some other groups because she did not realize they were spin-off groups of a former regional group that I split up and turned off. Plus I was also backing up a neighbor moderator who needed some help -- both of these fall within Deron's guidance.

Dockets.Justia.com

BTW, the ersatzfriend owner method worries me a bit from a security standpoint. While it helps protect groups if something should happen to an owner it is also in itself a security risk -- I do hope the password is very strong, has never been emailed, none of you use the account and password on any public computers, and your computers are very secure (with good spyware / virus prevention software). If the account were to be hacked or otherwise compromised, it would be a disaster. It is important to watch out for single point of failure situations.

Cheers,
Tim

At 5:42 PM -0700 9/30/04, K Hedden Sr wrote:
Somebody has not been sharing the good stuff! How on earth are you going to enforce this? New groups MAYBE, but to go into the groups owners who have build a group a year ago brought it up to hundreds to thousands of members and say, oh by the way you don't live in this city/town whatever so guess what, we are going to give it to Cindy City, you can stick around long enough to make everything goes easy for her, but then your outta here.
Glad that's not in my job description!
PK

**Deron Beal <deron@freecycle.org>** wrote:
Hey guys,
There have been a lot of specific one mod/ one group questions so Nancy and I came up with the following to ease things along. I hope this helps more than it hurts....
Thanks for your thoughts. Let me know if ew've overlooked something.
Deron


It is asked that each group owner only own the group where they actually live. We ask this because you then know your local recycling contacts, can plan a local cafe meetup (and attend it), or local event which an "out-of-towner" really couldn't. This doesn't mean you can't be an occasional helper mod of a neighboring friend's group.  For those larger groups orchestrating a split up we also strongly encourage the old owner to be the owner of the new groups during the transition for a couple of months before passin on the reins.

Deron