**To:** NWPT@yahoogroups.com

**From:** "K Hedden Sr" <pastorbelieversunited@yahoo.com> Add to Address Book  Add Mobile Alert

**Date:** Tue, 26 Oct 2004 12:59:41 -0700 (PDT)

**Subject:** Re: [NWPT] So I've been brainstorming...

J. Buck Caldwell,
Your first answer is indicative to another I saw you post to another persons question, unnecessary and rude.
 I also am not pleased with many of your answers to the questions I brought forth, mainly: "Any current group moderator will be offered the 'locale moderator' spot covering the same area - which allows them some administrative control of that area" Some administrative control? And that means what?
If freecycle is going to change as much as you are making it look like it is then I am sure there will be no need for owners or moderators, some administrative control!
I would like an explanation to this, no rude remarks, no parables, just an explanation to my question, thank you.
PK

**"J. Buck Caldwell"** <gurubuckaroo@gmail.com> wrote:
```
I'm not sure I understand your conern, but I'm going to give it a shot.

The short answer is, yes, everything you're doing now is a huge waste
of time, because someday the sun is going to explode and blow us all
away.

Now let's try to get a bit more detailed.

Yes, we'll be getting rid of groups, as in Yahoo groups, because we're
going to be getting rid of the entire 'email list' format. However, we
won't be getting rid of groups, as in communities of members, we're
just renaming them 'locales'. Any current group moderator will be
offered the 'locale moderator' spot covering the same area - which
allows them some administrative control of that area, typically local
news & event information for members of that locale. No group will be
abolished; instead they will have a dedicated space on the
freeecycle.org site specific to them.

CURRENTLY, in the design state I have exhibited for you, we are
```

limiting members to one locale at a time. If this is what you're worried about, then by all means, we can allow people to join more than one locale.

In other words, no, this new system won't make choas of the existing system - it will simply replace it. However, we can't just put everything on hold, because it's going to take MONTHS (minimum) to get this up to even a testable point, and there's no guarentee that it will be adopted in the end. If Deron were to wake up tomorrow and decide he's put enough work into this, and quit, do you think we would continue to get new groups and expand the organization? Of course! But I would bet that we wouldn't be moving to a new system, without Deron running the fundraising and organizational aspects.

We continue what we're doing currently because it is how things are done currently.

A parable:
A man sailing at sea came across an acolyte in a rowboat desperately bailing water from the leaky hull.
"Acolyte," said the man, "I am building you a solid boat that will stop this constant need for  bailing."
The acolyte repsonded, "Then all of this work bailing is to no avail! I will stop bailing now, since I have a new boat on the way."
The little boat promptly sank beneath the waves.

--
-J. Buck Caldwell
   Missouri State New Group Approver
   Freecycle Database Co-Administrator

On Tue, 26 Oct 2004 11:37:06 -0700 (PDT), K Hedden Sr <pastorbelieversunited@yahoo.com> wrote This is not directed at Tim, just to set the recode straight, this is referring to the first email on this topic from J.
What my point is, that we make this new (Monster) as far as I am concerned.
That it will make kayos of the group systems as they stand.  It will make people limited to the groups they can belong to.  Long standing wonderful groups may have to be abolished because of a latitude or longitude, zip code!  Maybe I am missing something here, I hope, no, pray I am, but if this is what I am reading of this YOU (not you Tim) are going to have a lot of VERY upset owners and group members one YOUR hands.  Can you please explain this to a non techie person, who has been busting his hump getting new groups approved, running my own group, helping those who have no clue at all start their group up from the ground.  What all this means to what is happening right now.  Are we all doing all of this work for nothing?  Because If we are we may as well put everything on hold until this THING takes effect and creates total kayos in the configuration of the current groups.
I do not mean to sound negative but I guess maybe I am, if I and several dozen other NGA's are doing all of this for nothing, which what I am getting from this, is what is going to happen, once this longitude/latitude/zip code junk is implemented.  Please explain in layman's terms what this means.  Am I reading into this correctly or not?
Thank for you honest answers to these questions.

PK Tim Oey <timfcnext@oeyweb.com> wrote We are trying to make it KISS for the user.  The designers and programmers have to do quite a bit of work to create a system that is simple for the user (look at how much work it is to write a Macintosh or Windows application).

Now if we do want to keep it KISS for users, programmers, etc this would ratchet us back to not doing a custom system but just using a regular off the shelf bulletin/board email system, and this would ratchet us back to sticking with Yahoo Groups as it is the most thorough, industrial strength, accessible, and easiest to use of them all.

Creating a new Freecycle System is not going to be easy work.  If our dreams come true it is going to be one of the most sophisticated locale aware systems currently available in the world.  It is very hard to create a new system these days for a large number of people -- look how long it is taking Google Groups to get off the ground and even match what Yahoo Groups as already done -- and they have tons more resources than Freecycle is ever likely to have.

Someone a while back when we started this next generation system planning said "be careful of what you ask for".  And they were right.

A new system is not just designing the technical aspect (which is the easy part in many regards) -- it is also keeping expenses under control, quality assurance, providing 24/7 service at some level, hardware, network connections, contracts, customer support, legal, backup, redundancy, load planning and balancing, localization (making it work in other countries/languages).

Yahoo Groups has all the above basically solved and currently Freecycle just pastes a bit of extra process on the top to make it work.  For us to actually own our own system, we have to do a lot more leg work.

Even if we stayed with Yahoo Groups, Freecycle still needs 2 or 3 paid staff.  If we go with our own system given the demand it is likely to have, we will need a lot more staff and budget...

Cheers, Tim At 8:11 AM -0700 10/26/04, K Hedden Sr wrote I only have one thing to say, KISS!
PK