# EXHIBIT A

Declaration of Lisanne Abraham
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

Dockets.Justia.com

Lissy Abraham                                                              Fri, May 11, 2007  8:29 AM

**Subject: Join the Freecycle Revolution!**
**Date:** Friday, October 3, 2003 8:49 PM
**From:** Albert Kaufman <albi@earthlink.net>
**Reply-To:** "Albert Kaufman" <albi@earthlink.net>
**To:** <albi@earthlink.net>
**Conversation:** Join the Freecycle Revolution!

Hi there,

I read in the Utne Reader about a group in Tucson, Arizona who started
Freecycle Tucson last March.  It's a group where people offer things to
others for free.  Refridgerators, bicycles, computers, cars, rugs, you name
it - as long as the transaction doesn't involve barter or money, it's
allowed.  The group in Tucson now has 1,200 members and is a vibrant example
of a community in action.

I decided to begin a similar group in Portland.  In 2 weeks, we're up to
almost 300 Freecyclers.  I'm enjoying watching my friends take part, making
new friends and seeing one person's trash become another's treasure.  People
at my co-housing community are active, and just received a copier the other
day for community use.

I'm writing you because I want to see this movement take off.  Just
yesterday I learned that the 10th freecycle group has just been started in
Tokyo, and that reminded me that my friends and family may be willing to
help me with this.  Setting up a freecycle group for your town/city takes
about 10 minutes, the instructions are simple, and moderating the list, is a
piece of cake, and fun to boot!

So, if this sounds interesting to you, please visit http://www.freecycle.org
and follow the easy instructions on how to set up a Yahoo group for
Freecycle Manhattan, Freecycle Tel Aviv, Freecycle Vancouver, Freecycle
Lawrenceville, Freecycle Palo Alto, Freecycle Seattle, Freecycle Munich,
Freecycle San Francisco....

To visit my version, have a look at
http://groups.yahoo.com/group/freecycleportland  Feel free to copy anything
from my list to yours.  We also have people that can help with a logo.

For those that like fun visuals:
http://erwinerwin.fortunecity.net/porland/portland.html

I hope Autumn is treating you well.

Thanks for your help with the revolution!

Albert Kaufman
albi@earthlink.net

Freecycle Portland - http://groups.yahoo.com/group/freecycleportland



and speaking of revolutions....

Michael Moore's New Book, "Dude Where's My Country?" Hits the Streets This
Tuesday
October 3, 2003

I have written a new book, and this Tuesday it's being released. It's
called, "DUDE, WHERE'S MY COUNTRY?" Because its content is likely to upset

FS254100

more than a few people, the publisher has "embargoed" the book until midnight Monday (which means no store or media outlet or anyone has access to a copy of the book until then).

They have taken these measures because I have written a book that seeks not to defeat the Bush people next year, but to have them removed from Washington right now. I know, I'm not asking for much. But I have spent the better part of the past year researching and writing this new book, and when you read it you'll see why the current criminal investigation of the White House for outing a CIA agent in revenge is, in my opinion, just the tip of the iceberg. I can only hope that my book will make a small contribution toward that day when we'll see one long perp walk of administration officials in handcuffs being led out of the White House and into a waiting paddy wagon. Like I said, I'm not asking for much.

"Dude, Where's My Country?" is also my humble attempt to violate the Patriot Act on every single page of the book. And, I have learned that many want to get on John Ashcroft's evildoer list with me. There are already a record number of orders from bookstores across the country. The first printing alone is almost one million copies (my last book's first printing was 50,000). Chapters include "Oil's Well That Ends Well," "The United States of BOO!", "How to Talk to Your Conservative Brother-in-law," and more. (Click here to see the cover that will win me a free ticket to Gitmo)

If you get the New York Times, you may have noticed a mysterious ad for the past four days in the Arts section. Each day, the ad simply asks a new, pointed question of Mr. Bush. They are questions from my new book, from a chapter entitled, "Seven Questions for George of Arabia." We are running one ad each day until the book comes out on Tuesday. In case you've missed them, here are the first four:

1. Dear Mr. Bush, is it true that the bin Ladens have had business relations with you and your family off and on for the past 25 years?
2. Dear "Mr. President," what is the "special relationship" between the Bushes and the Saudi royal family?
3. Dear "Mr. President," who attacked the United States on September 11th-a guy on dialysis from a cave in Afghanistan, or our friends, the Saudi Arabians?
4. Dear "Mr. President," why did you allow a private Saudi jet to fly around the U.S. in the days after September 11th and pick up members of the bin Laden family and then fly them out of the country without a proper investigation by the FBI?

In my book, I provide some of the answers and all of the background evidence. It is astounding, and it is criminal. Will there be one Democrat in Congress willing to begin the investigation?

After the book's release, I take off on a 30-city tour over 25 days. Many of these dates are already sold-out, so check my website first to see where you can find me. I will also be on the "Today Show" on Tuesday, and "The View" and "Conan" on Wednesday.

You may want to stay in touch with my website as I'll be putting up a lot of new stuff over the next few days and weeks. I'm also planning to keep a diary of my tour, complete with photos from the road.

For me, this is the kickoff of a 12-month campaign for regime change in Washington, DC. I hope you can join me and the millions of other Americans who are committed to Bush Removal in '04. "Dude, Where's My Country?" is my guidebook on how to create a majority of sane Americans who are increasingly fed up and want their country back.

Click here to get your copy, and I hope to see you somewhere across this great land in the next month.

Yours,

FS254101

Michael Moore
www.michaelmoore.com
mike@michaelmoore.com

PS. As I head into the release of this new book, I want to thank EVERYONE who read "Stupid White Men" and made it the largest selling non-fiction hardcover book of the year. It is now in its 53rd printing in the U.S., with over 4 million copies sold worldwide. This success only strengthens my resolve that things are getting better and we are not alone.

PPS. For my friends outside the U.S., "Dude, Where's My Country?" is being published in over four dozen countries this autumn. In the UK and Ireland, it's coming out this Tuesday. That's one of the perks you get when one of you are in the Coalition of the Willing!

FS254102

# EXHIBIT B

Declaration of Lisanne Abraham
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

Lissy Abraham

**Subject: Freecycle Sunnyvale!**
**Date:** Tuesday, October 7, 2003 4:35 PM
**From:** Albert Kaufman <albi@earthlink.net>
**Reply-To:** "Albert Kaufman" <albi@earthlink.net>
**To:** Lissy Abraham <lissy_a@earthlink.net>
**Cc:** Deron Beal <dbeal@copebhs.com>, Mark Messinger
<mark@messingercompany.com>
**Conversation:** Freecycle Sunnyvale!

Hi Lissy,

send Deron the URL so we can make sure it joins the others on
www.freecycle.org, and Mark may be willing to help you out with a funky
logo.

Or, I can just send you the font people are using, or you can just create
something in photo shop or use this picture :)

Freecycle Sunnyvale, CA - first California Freecycle, I think!!!!

yeah, Lissy!!!!

Albert

----- Original Message -----
From: Lissy Abraham <lissy_a@earthlink.net>
To: Albert Kaufman <albi@earthlink.net>
Sent: Tuesday, October 07, 2003 3:42 PM
Subject: Re: Join the Freecycle Revolution!


OK, I did it. FreecycleSunnyvale.

How do I get a cool logo?

L

On 10/6/03 11:08 PM, "Albert Kaufman" <albi@earthlink.net> wrote:

> All of the above!!!  I'm psyched.  Just create it and join the revolution,
> I'm glad to help you spread the word, and www.freecycle.org is a great
place
> to get resources, too.
>
> freecycle san fran, or your area specifically?
>
> yeah, Lissy!  You're my first friend who's taking this on.  Others
> considering it are a cousin in Tel Aviv, and Joni in Vancouver, BC!!!
>
> Albert
>
> ----- Original Message -----
> From: Lissy Abraham <lissy_a@earthlink.net>
> To: Albert Kaufman <albi@earthlink.net>
> Sent: Monday, October 06, 2003 2:33 PM
> Subject: Re: Join the Freecycle Revolution!
>
>
> Albert --
>
> I'm interested in starting the freecycle thing here. How did you get
> members? Did you just send an email to all your friends and it grew by

FS254112

```
word
> of mouth?
>
> Lissy
>
>
> On 10/3/03 8:49 PM, "Albert Kaufman" <albi@earthlink.net> wrote:
>
>> Hi there,
>>
>> I read in the Utne Reader about a group in Tucson, Arizona who started
>> Freecycle Tucson last March.  It's a group where people offer things to
>> others for free.  Refridgerators, bicycles, computers, cars, rugs, you
> name
>> it - as long as the transaction doesn't involve barter or money, it's
>> allowed.  The group in Tucson now has 1,200 members and is a vibrant
> example
>> of a community in action.
>>
>> I decided to begin a similar group in Portland.  In 2 weeks, we're up to
>> almost 300 Freecyclers.  I'm enjoying watching my friends take part,
> making
>> new friends and seeing one person's trash become another's treasure.
> People
>> at my co-housing community are active, and just received a copier the
> other
>> day for community use.
>>
>> I'm writing you because I want to see this movement take off.  Just
>> yesterday I learned that the 10th freecycle group has just been started
in
>> Tokyo, and that reminded me that my friends and family may be willing to
>> help me with this.  Setting up a freecycle group for your town/city takes
>> about 10 minutes, the instructions are simple, and moderating the list,
is
> a
>> piece of cake, and fun to boot!
>>
>> So, if this sounds interesting to you, please visit
> http://www.freecycle.org
>> and follow the easy instructions on how to set up a Yahoo group for
>> Freecycle Manhattan, Freecycle Tel Aviv, Freecycle Vancouver, Freecycle
>> Lawrenceville, Freecycle Palo Alto, Freecycle Seattle, Freecycle Munich,
>> Freecycle San Francisco....
>>
>> To visit my version, have a look at
>> http://groups.yahoo.com/group/freecycleportland  Feel free to copy
> anything
>> from my list to yours.  We also have people that can help with a logo.
>>
>> For those that like fun visuals:
>> http://erwinerwin.fortunecity.net/porland/portland.html
>>
>> I hope Autumn is treating you well.
>>
>> Thanks for your help with the revolution!
>>
>> Albert Kaufman
>> albi@earthlink.net
>>
>> Freecycle Portland - http://groups.yahoo.com/group/freecycleportland
>>
>> ------------- __o
>> ----------  _ `\<,_
>> ----------(_)/ (_)_____
>>
>> and speaking of revolutions....
```

FS254113

>>

>> Michael Moore's New Book, "Dude Where's My Country?" Hits the Streets
This
>> Tuesday
>> October 3, 2003
>>
>> I have written a new book, and this Tuesday it's being released. It's
>> called, "DUDE, WHERE'S MY COUNTRY?" Because its content is likely to
upset
>> more than a few people, the publisher has "embargoed" the book until
>> midnight Monday (which means no store or media outlet or anyone has
access
>> to a copy of the book until then).
>>
>> They have taken these measures because I have written a book that seeks
> not
>> to defeat the Bush people next year, but to have them removed from
>> Washington right now. I know, I'm not asking for much. But I have spent
> the
>> better part of the past year researching and writing this new book, and
> when
>> you read it you'll see why the current criminal investigation of the
White
>> House for outing a CIA agent in revenge is, in my opinion, just the tip
of
>> the iceberg. I can only hope that my book will make a small contribution
>> toward that day when we'll see one long perp walk of administration
>> officials in handcuffs being led out of the White House and into a
waiting
>> paddy wagon. Like I said, I'm not asking for much.
>>
>> "Dude, Where's My Country?" is also my humble attempt to violate the
> Patriot
>> Act on every single page of the book. And, I have learned that many want
> to
>> get on John Ashcroft's evildoer list with me. There are already a record
>> number of orders from bookstores across the country. The first printing
>> alone is almost one million copies (my last book's first printing was
>> 50,000). Chapters include "Oil's Well That Ends Well," "The United States
> of
>> BOO!", "How to Talk to Your Conservative Brother-in-law," and more.
(Click
>> here to see the cover that will win me a free ticket to Gitmo)
>>
>> If you get the New York Times, you may have noticed a mysterious ad for
> the
>> past four days in the Arts section. Each day, the ad simply asks a new,
>> pointed question of Mr. Bush. They are questions from my new book, from a
>> chapter entitled, "Seven Questions for George of Arabia." We are running
> one
>> ad each day until the book comes out on Tuesday. In case you've missed
> them,
>> here are the first four:
>>
>> 1. Dear Mr. Bush, is it true that the bin Ladens have had business
> relations
>> with you and your family off and on for the past 25 years?
>> 2. Dear "Mr. President," what is the "special relationship" between the
>> Bushes and the Saudi royal family?
>> 3. Dear "Mr. President," who attacked the United States on September
> 11th-a
>> guy on dialysis from a cave in Afghanistan, or our friends, the Saudi
>> Arabians?
>> 4. Dear "Mr. President," why did you allow a private Saudi jet to fly
> around
>> the U.S. in the days after September 11th and pick up members of the bin
>> Laden family and then fly them out of the country without a proper

Page 3 of 5

FS254114

>> investigation by the FBI?
>>
>> In my book, I provide some of the answers and all of the background
>> evidence. It is astounding, and it is criminal. Will there be one
Democrat
>> in Congress willing to begin the investigation?
>>
>> After the book's release, I take off on a 30-city tour over 25 days. Many
> of
>> these dates are already sold-out, so check my website first to see where
> you
>> can find me. I will also be on the "Today Show" on Tuesday, and "The
View"
>> and "Conan" on Wednesday.
>>
>> You may want to stay in touch with my website as I'll be putting up a lot
> of
>> new stuff over the next few days and weeks. I'm also planning to keep a
>> diary of my tour, complete with photos from the road.
>>
>> For me, this is the kickoff of a 12-month campaign for regime change in
>> Washington, DC. I hope you can join me and the millions of other
Americans
>> who are committed to Bush Removal in '04. "Dude, Where's My Country?" is
> my
>> guidebook on how to create a majority of sane Americans who are
> increasingly
>> fed up and want their country back.
>>
>> Click here to get your copy, and I hope to see you somewhere across this
>> great land in the next month.
>>
>> Yours,
>>
>> Michael Moore
>> www.michaelmoore.com
>> mike@michaelmoore.com
>>
>> PS. As I head into the release of this new book, I want to thank EVERYONE
>> who read "Stupid White Men" and made it the largest selling non-fiction
>> hardcover book of the year. It is now in its 53rd printing in the U.S.,
> with
>> over 4 million copies sold worldwide. This success only strengthens my
>> resolve that things are getting better and we are not alone.
>>
>> PPS. For my friends outside the U.S., "Dude, Where's My Country?" is
being
>> published in over four dozen countries this autumn. In the UK and
Ireland,
>> it's coming out this Tuesday. That's one of the perks you get when one of
>> you are in the Coalition of the Willing!
>>
> 

---

FS254115



FS254116

# EXHIBIT C

**Subject: Re: logo?**
**Date:** Thursday, October 9, 2003 11:33 AM
**From:** Deron Beal <dbeal@copebhs.com>
**To:** Lissy Abraham <lissy_a@earthlink.net>
**Conversation:** logo?

Here you go:
mark@messingeronline.net
Good luck,
Deron

PS: you can always find the group owner address posted at the bottom of
their group website as well (which you can get to via www.freecycle.org,
lefthand column lists all cities with links to their pages).


----- Original Message -----
From: "Lissy Abraham" <lissy_a@earthlink.net>
To: "Deron Beal" <dbeal@copebhs.com>
Sent: Thursday, October 09, 2003 11:21 AM
Subject: Re: logo?


> How do I connect with Mark?
>
> Lissy
>
> On 10/9/03 11:05 AM, "Deron Beal" <dbeal@copebhs.com> wrote:
>
> > Yeah, Sunnyvale!
> >
> > You can get the neutral logo from http://www.freecycle.org , just don't
use
> > it for commercial purposes or you maybe Mark or Albert can help you to
do
> > your own fancy schmancy logo!
> >
> > Good luck
> > Deron
> >
> > ----- Original Message -----
> > From: "Lissy Abraham" <lissy_a@earthlink.net>
> > To: <info@freecycle.org>
> > Sent: Tuesday, October 07, 2003 5:07 PM
> > Subject: logo?
> >
> >
> >> Hi Deron, or Mark, or whoever:
> >>
> >> Is it possible you could make me a Freecycling Sunnyvale logo for my
site?
> >> Nothing unique -- just the one with the bicycle and the guitar.
> >>
> >> Thanks,
> >>
> >> Lissy
> >>
> >> groups.yahoo.com/group/freecyclesunnyvale/
> >>
> >> 8 members in the first hour....
> >>
> >
>

FS254168

# EXHIBIT D

**Subject: RE: Logo?**
**Date:** Thursday, October 9, 2003 8:54 PM
**From:** Mark Messinger <freecycle@messingeronline.net>
**Reply-To:** <freecycle@messingeronline.net>
**To:** 'Lissy Abraham' <lissy_a@earthlink.net>
**Conversation:** Logo?

Well, it's a bit slapped-together, but will the image attached work for you, Lissy?

Good luck with the Sunnyvale Freecycling group.

Mark Messinger
Olympia Freecyling Moderator
http://groups.yahoo.com/group/freecycleolympia
Phone: 360.867.1902
Fax: 360.252.6047
E-mail: freecycleolympia-owner@yahoogroups.com
Register to vote at https://ssl.capwiz.com/congressorg/nvra/


-----Original Message-----
From: Lissy Abraham [mailto:lissy_a@earthlink.net]
Sent: Thursday, October 09, 2003 1:38 PM
To: mark@messingercompany.com
Subject: Re: Logo?

Yes, just like Portland's is fine. I don't have a representative image to
send you, so the guitar and bicycle are ok.

How about yellow, since it's SUNnyvale?

Thank you SO much!! Whenever you get to it is fine, and whatever res is
easiest for you....I really appreciate your help!

Lissy


On 10/9/03 1:28 PM, "Mark Messinger" <mark@messingercompany.com> wrote:

> Sure, I can do a logo for Sunnyvale. 'Probably won't be much more
> creative than Portland's (have you seen it?), unless you can send me a
> really high quality image of some image that would really speak to the
> folks of Sunnyvale (I'm still searching for the ultimate line art image
> of the Space Needle, to replace the guitar in the Freecycle logo, for
> Seattle).
>
> Do you have a color preference for the word "Sunnyvale"? Portland used
> a gradient color - I think it was an orangy-pink. . .
>
> I probably can't get this to you until this weekend. Will that be okay?
>
> Also, Portland wanted a really high-definition version, since they used
> it to make t-shirts, mugs and bumper stickers. If it's okay with you,
> I'll send you a pretty high-def version, too, and let you knock it down
> to whatever size you want.
>

FS254176

```
>> Hi Mark,
>>
>> Albert and Devon suggested you might be able to make me a logo for
> Sunnyvale
>> Freecycle -- nothing fancy or unique, just the regular logo
> with "Sunnyvale"
>> below it. Could you please???
>>
>> Thank you,
>>
>> Lissy Abraham
>> (Freecycle Sunnyvale moderator)
>>
>>
>
> Mark Messinger
> Messinger Company Consulting
> Phone: 360.867.1902
> Fax: 360.252.6047
> E-mail: mark@messingercompany.com
> vCard: http://messingercompany.com/calendar/messinger.vcf
> PGP Key available on keyservers under the name "Mark C. Messinger"
```



Page 2 of 2

FS254177

# EXHIBIT E

**Lissy Abraham** _____ Fri, May 11, 2007  8:29 AM

**Subject: Welcome: Las Vegas, Maui, Singapore, Sunnyvale, Central New Jersey, Seattle & San Diego**
**Date:** Thursday, October 9, 2003 9:40 AM
**From:** Deron Beal <dbeal@copebhs.com>
**To:** "Tania Soann [Arivaca Freecycle Network]" <dextra13@earthlink.net>, "Mark Messinger [Olympia Freecycle Network]" <mark@messingeronline.net>, "Lissy Abraham [Sunnyvale, CA Freecycle Network]" <lissy_a@earthlink.net>, "Kelly [Kansas City Freecycle Network]" <kelly@kcfreecycle.org>, "Joanna Witting [Chicago Freecycle Network]" <joanna@redattic.org>, Jeff Davis <jeff@greenbicycle.net>, "Ian Blakeslee [Maui Freecycle Network]" <ianblakeslee@yahoo.com>, "Guido A Sanchez [New Jersey Freecycle Network]" <gas233@nyu.edu>, "Deron Beal [Tucson Freecycle Network]" <Tucson@freecycle.org>, "Darkness [Las Vegas Freecycle Network]" <DuskAndDarkness@aol.com>, "Dan Corcoran [Seattle Freecycle Network]" <daniel@studioDEC.com>, "Chris Fontenot [Acadiana Freecycle Network]" <chrisfontenot13@yahoo.com>, "Brian Olson [Twin Cities Freecycle Network]" <ozmarthegreen@comcast.net>, "Brian Bishop [Shasta County Freecycle Network]" <bwbishop65@yahoo.com>, "Albert Kaufman [Portland Freecycle Network]" <albi@earthlink.net>, "Alan Heft [Tokyo Freecycle Network]" <atheft@parkcity.ne.jp>, "Aaron Liepman [Mid-Michigan Freecycle Network]" <liepmana@msu.edu>, "[Freecycle Colorado]" <freecycle_colorado-owner@yahoogroups.com>, "[Freecycle Central New Jersey]" <freecyclecentralnewjersey-owner@yahoogroups.com>, "[Coos County]" <coos_county_freecycle-owner@yahoogroups.com>, "[San Diego]" <sdfreecycle-owner@yahoogroups.com>
**Conversation:** Welcome: Las Vegas, Maui, Singapore, Sunnyvale, Central New Jersey, Seattle & San Diego

Hello Las Vegas, Maui, Singapore, Sunnyvale, CA, Central New Jersey, Seattle & San Diego.

Welcome to the Freecycle Network. What makes this network work (OK, sounds funny but you know what I mean) is that each city has it's own volunteer moderator that makes it happen. Each local group can get as big or stay as small as you yourself like! You'll notice that I've copied all the other freecycle moderators out there so you can see who else is out there movin' and shakin' and they can see that you're up and running. Feel free to get in touch with any of us for ideas and input. Most have gotten up and running within the past month or so. Kansas City (Kelly) and Tucson (me, Deron) have been goin' a little longer and would be able to offer already-up-and-running advice. Portland (Albert) & Chicago (Joanna) are still pretty much brand spankin' new but are already taking it up to the next level and could offer some great advice, I'm sure. Feel free to check out the various cool logo designs (Portland even has the totally underground t-shirts available). Everyone's glad to help out so don't hold back!

So that people at cities nearby you can find out how to set up their own freecycle network, you might want to add mention of freecycle.org for them in your intro paragraph or something. My goal is to get that webpage opened up for all the moderators to mold themselves with individual subwebpages and a moderator group of some kind (and much, much more...). We want to keep this noncommercial and without popup ads and what not. I'm in the process of seeking donations from the local Tucson

Page 1 of 3

FS254157

members to fund the webpage. We will be having a "give away" swapmeet to raise some bucks and a local volunteer will be trying to talk with someone at the Craig's List Foundation during her trip to the bay area next week. Any and all ideas are welcome here.

Include us in your learning curve so that we can grow with you too! After you get 30-40 friends signed up, I recommend you contact the local press to get a nice article in the accent section or something. Other cities might also have good ideas here with flyers, events, etc. The important thing is to have some fun!

**Communication with other cities:**
**Kelly suggests a listserv for all of us moderators on yahoo groups for now. What do you all think? Shall I set one up? Pretty soon we'll have a Blog function on the webpage too, which is nice, so maybe if each of us just has everyone else's e-mail in an e-mail group in their mail software, that's enough? However, we're growing pretty quickly so it's hard to keep up with. What are everyone's thoughts here?**

Since we have lots of room for e-mail addresses at freecycle.org, I also thought it'd be fun to give one to all moderators for free: yourcity@freecycle.org.
Ideas here? I've just got to find the time for this with Jeff, our computer volunteer. Jeff also is an ISP for nonprofits and offers his service for $10 per month if you are setting up your own page for whatever reasons!

If you are in a big city or a foreign country you might want to consider having two or more groups at some point, for the East Valley and the West or in English and in the local language. Having lived in a foreign country for many years, I'm big into keeping it native tongue where possible, but, hey, this might be a nice ex-pat et alia thing too. Tokyo (Alan) is about a week or two ahead of you Diane (Singapore) so you might want to contact Alan for ideas.

If there is a local nonprofit recycling or fleamarket or Salvation Army type of group, you might want to get them involved somehow (as a second moderator?) as a place to donate or a place to serve as a dropoff or pickup point. Or you might just add them to your links page. But, hey, I'm with a local nonprofit recycling group so I'm biased! We also have a cardboard box and packing peanut exchange open to all. I'll go ahead and sign up for your individual yahoo groups too.
Colorado, Coos County, San Diego, Central New Jersey: could you get me a personal e-mail address for you because it is not possible to send out an e-mail to more that one yahoo group owner e-mail address at a time? And, wha are your names, too? Las Vegas: you may want to consider using a more trust-building name than "Darkness." Although, I'm totally into dark skies and what not!

It's totally fun to see how everyone else is coming along so keep us posted as to how things are developing! Oh and I'm working on getting your links on to the webpage as we speak...

Keep on Freecyclin'
Deron

Deron Beal
RISE / Downtown Don't Waste It!
(520) 791-2569

FS254158

A nonprofit, Rise, Inc. program offering meaningful work to disadvantaged Tucsonans, and recycling services to downtown businesses.

FS254159

# EXHIBIT F

Declaration of Lisanne Abraham
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**Lissy Abraham**                                                    Fri, May 11, 2007  8:29 AM

**Subject: Welcome to freecyclemodsquad**
**Date:** Monday, October 13, 2003 12:58 PM
**From:** freecyclemodsquad Moderator <freecyclemodsquad-owner@yahoogroups.com>
**To:** <lissy_a@earthlink.net>
**Conversation:** Welcome to freecyclemodsquad


Hello,

Welcome to the freecyclemodsquad group at Yahoo! Groups, a
free, easy-to-use email group service. Please
take a moment to review this message.

To learn more about the freecyclemodsquad group, please visit
http://groups.yahoo.com/group/freecyclemodsquad

To start sending messages to members of this group, simply
send email to
freecyclemodsquad@yahoogroups.com

If you do not wish to belong to freecyclemodsquad, you may
unsubscribe by sending an email to
freecyclemodsquad-unsubscribe@yahoogroups.com

To see and modify all of your groups, go to
http://groups.yahoo.com/mygroups

Regards,

Moderator, freecyclemodsquad


Your use of Yahoo! Groups is subject to http://docs.yahoo.com/info/terms/

Page 1 of 1

FS254189

# EXHIBIT G

**Subject: [freecyclemodsquad] Poll**
**Date:** Sunday, January 4, 2004 11:03 AM
**From:** deronbeal <deron@rise-inc.org>
**To:** <freecyclemodsquad@yahoogroups.com>
**Conversation:** [freecyclemodsquad] Poll

Hey All,
The jury is in, at least for now, that we are legally covered by
Yahoo Groups disclaimers until we get our own webpage.

However, I think that the issue of whether or not we should allow ALL
legal items is still up in the air.

I believe we all need to decide this issue together as a group,
whether or not we, The Freecycle Network, want to make a restriction
here.

The specific discussion was regarding Alcohol, Tobacco & Firearms,
but also could be extended to such things as pornography.

A phrase which is noted under the Etiquette section of Freecycle.org
is the rule:

"Keep It Free, Legal & Appropriate For All Ages."

This statement implicitly does not allow alcohol, tobacco, firearms
or pornography to be posted as it is not legal to give such things to
minors. I would like to ask that all moderators vote on whether they
feel this is the one rule that should apply to ALL local groups or
not.

May your voice be heard! Here's the link to the webpage (click on
polls):
http://groups.yahoo.com/group/freecyclemodsquad/

The poll will automatically close on next Sunday, 1/11/04. Thanks for
adding your voice to the network!
Deron

Deron Beal, The Freecycle Network


**Yahoo! Groups Sponsor**

ADVERTISEMENT
<http://rd.yahoo.com/SIG=12crk3pab/M=243273.4326031.5516772.1261774/
D=egroupweb/S=1705064235:HM/EXP=1073329387/A=1750744/R=0/*http://
servedby.advertising.com/click/site=552006/bnum=1073242987341326>

Yahoo! Groups Links

FS254717

- To visit your group on the web, go to:
- http://groups.yahoo.com/group/freecyclemodsquad/
-
- To unsubscribe from this group, send an email to:
- freecyclemodsquad-unsubscribe@yahoogroups.com
  <mailto:freecyclemodsquad-unsubscribe@yahoogroups.com?
  subject=Unsubscribe>
-
- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service
  <http://docs.yahoo.com/info/terms/> .

FS254718

# EXHIBIT H

**Subject: [freecyclemodsquad] Regarding the poll**
**Date:** Monday, January 5, 2004 12:29 PM
**From:** Deron Beal <deron@rise-inc.org>
**To:** <freecyclemodsquad@yahoogroups.com>
**Conversation:** [freecyclemodsquad] Regarding the poll

Hey all,
As you can see there are many different opinions regarding the statement in the poll. I am doing my best not to let you know what my personal opinion is in this case so that all may vote as to what they prefer as a group. It is important that everyone have their say by voting, but then we also need to stick to what we vote for.

The phrase being voted on:

"Keep it free, legal & appropriate for all ages."

Beyond free and legal, this statement is saying implicitly that firearms, pornography, alcohol, tobacco, etc. are also not allowed because youth may not use them.

I have made the "executive decision" to do the poll so that it is not my decision as to what happens but is OUR decision as a group. There have been suggestions to change the wording to "Free and legal" and repoll. I will not be repolling because the whole point is to find out what we all prefer as a group regarding the "appropriate for all ages" part of the phrase. After all, that's where the controversy is.

Since this kind of posting is highly unlikely anyway, I'd like to vote on this and end the debate because its a bit of a drag, don't you think?

So, vote for what you'd prefer and we'll go from there. You can watch how things progress on the website under poll.
I pledge once again to keep The Freecycle Network a "power to the people" movement and to do my darnedest to keep it fun too!

Keep on Freecyclin', my ethereal friends,

Deron


Deron Beal
RISE, The Freecycle Network
(520) 791-2569

A private, nonprofit freecycling, recycling & transitional employment provider.

FS254726

Yahoo! Groups Links

- To visit your group on the web, go to:
- http://groups.yahoo.com/group/freecyclemodsquad/
- 
- To unsubscribe from this group, send an email to:
- freecyclemodsquad-unsubscribe@yahoogroups.com
  <mailto:freecyclemodsquad-unsubscribe@yahoogroups.com?subject=Unsubscribe>
- 
- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service
  <http://docs.yahoo.com/info/terms/> .

FS254727

# EXHIBIT I

Declaration of Lisanne Abraham
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

Lissy Abraham                                                    Fri, May 11, 2007 8:32 AM

**Subject: [freecyclemodsquad] Poll results for freecyclemodsquad**
**Date:** Sunday, January 11, 2004 8:53 AM
**From:** freecyclemodsquad@yahoogroups.com
**To:** <freecyclemodsquad@yahoogroups.com>
**Conversation:** [freecyclemodsquad] Poll results for freecyclemodsquad

The following freecyclemodsquad poll is now closed.  Here are the
final results:

POLL QUESTION: Do you believe we should require that
all local groups have the rule "Keep It
Free, Legal & Appropriate For All
Ages?" (Implicitly, this rules does not
allow items such as alcohol, tobacco,
firearms and pornography from being
tradable within the Freecycle Network).

CHOICES AND RESULTS
- Yes, 33 votes, 70.21%
- No, 11 votes, 23.40%
- Undecided., 2 votes, 4.26%
- I choose to abstain., 1 votes, 2.13%

For more information about this group, please visit
http://groups.yahoo.com/group/freecyclemodsquad

For help with Yahoo! Groups, please visit
http://help.yahoo.com/help/us/groups/

Yahoo! Groups Sponsor

ADVERTISEMENT
<http://rd.yahoo.com/SIG=12c66ac25/M=267637.4116732.5333197.1261774/
D=egroupweb/S=1705064235:HM/EXP=1073926516/A=1853619/R=0/*http://
www.netflix.com/Default?mqso=60178356&partid=4116732>

Yahoo! Groups Links
- To visit your group on the web, go to:
- http://groups.yahoo.com/group/freecyclemodsquad/

Page 1 of 2

FS254749

- 
- To unsubscribe from this group, send an email to:
- freecyclemodsquad-unsubscribe@yahoogroups.com
  <mailto:freecyclemodsquad-unsubscribe@yahoogroups.com?
  subject=Unsubscribe>
- 
- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service
  <http://docs.yahoo.com/info/terms/> .

FS254750

Lissy Abraham                                                    Fri, May 11, 2007  8:32 AM

**Subject: [freecyclemodsquad] Poll results for freecyclemodsquad**
**Date:** Sunday, January 11, 2004 9:36 AM
**From:** deronbeal <deron@rise-inc.org>
**To:** <freecyclemodsquad@yahoogroups.com>
**Conversation:** [freecyclemodsquad] Poll results for freecyclemodsquad

Hey all,
First thing I learned reflects what Wes said regarding polls:
Keep 'em short and sweet. One week is way too long. Probably would
have been enough after about 4 days with two of those days on a
weekend so that we don't miss anyone.

Second thing I learned is that we have a great and diverse group of
people. This means that we'll probably all have our own darned
opinion on just about everything. This is, I believe, another
beautiful element of our "unique" or, hey, singular community. NOTE
TO MYSELF: I have learned that I will, for my part, pledge to keep
out of what each local group wants to do when humanly and legally
possible!!! Keeping it local is an element which I hope we can expand
on with a new webpage where each local group can set up it's own
links, graphics, chat room and all kinds of goodies.

Finally, I'm glad to say we were actually able to decide, by a large
majority, that we now have one true guiding principle:

"Keep it free, legal & appropriate for all ages." This goes for the
posts and the gifts themselves.

So, what does this mean? For one, it means we love giving and getting
free stuff. However, it also means that we, as moderators, strive to
keep adult-oriented items, posts, language use & references out of
our groups. This would apply to potty language, pornography, alcohol,
tobacco, firearms, viagra and what not.

If someone slips up with a posting in your group, the person would
get one of two strikes just like with any other slip-up. If they slip
twice, then they are removed from the group. I haven't actually had
to use this on a single person yet in my local group, for any
transgression, I'm happy to say. I think people get the idea pretty
quickly.

Since I'm speaking with all the Chiefs out there, I'll try to
remember to be an Indian more myself. Perhaps that's my lesson to
learn...

Thanks for making all this happen.

Keep on keepin' on,
Deron


--- In freecyclemodsquad@yahoogroups.com,
freecyclemodsquad@yahoogroups.com wrote:

FS254751

The following freecyclemodsquad poll is now closed.  Here are the final results:

POLL QUESTION: Do you believe we should require that all local groups have the rule "Keep It Free, Legal & Appropriate For All Ages?" (Implicitly, this rules does not allow items such as alcohol, tobacco, firearms and pornography from being tradable within the Freecycle Network).

CHOICES AND RESULTS
- Yes, 33 votes, 70.21%
- No, 11 votes, 23.40%
- Undecided., 2 votes, 4.26%
- I choose to abstain., 1 votes, 2.13%


For more information about this group, please visit
http://groups.yahoo.com/group/freecyclemodsquad

For help with Yahoo! Groups, please visit
http://help.yahoo.com/help/us/groups/
--- End forwarded message ---

---

Yahoo! Groups Links
* To visit your group on the web, go to:
* http://groups.yahoo.com/group/freecyclemodsquad/
*
* To unsubscribe from this group, send an email to:
* freecyclemodsquad-unsubscribe@yahoogroups.com
  <mailto:freecyclemodsquad-unsubscribe@yahoogroups.com?
  subject=Unsubscribe>
*
* Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service
  <http://docs.yahoo.com/info/terms/> .

FS254752