# EXHIBIT J

Declaration of Lisanne Abraham
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

Dockets.Justia.com

Lissy Abraham                                    Fri, May 11, 2007  8:30 AM

**Subject: Re: [freecyclemodsquad] Pets and livestock**
**Date:** Wednesday, February 18, 2004 11:29 AM
**From:** Deron Beal <deron@rise-inc.org>
**To:** <freecyclemodsquad@yahoogroups.com>, marloniusthunque
<marloniusthunque@yahoo.com>
**Conversation:** [freecyclemodsquad] Pets and livestock

Hi Marlonius,
Every group has their own policy on pets. I suggest you let the group decide by e-mailing you their
thoughts and you make the tough call. You may want to avoid a poll as it can become a shouting
match leading up to it. And you might want to wait until you have at least 100 members or so, so
that 2-3 people aren't determining the policy. Or do a quick 2-3 day poll if need be. You can use
this to build a sense of ownership and local community. Locally we have had great successes with
posting animals. The greatest opponents have become the greatest fans as they get donated cat
cages, etc. and good exposure to a caring local community. It's more important to build community
than what you actually decide. Be careful not to let the conversation become long and drawn out and
when possible get all responses to come to you personally so the call is yours ultimately to make,
ie "based on overwhelming support, i've decided .....". If there is no clear support one way or the
other, I'd say that you leave it as undecided and be willing to look at the issue again 6 mths down
the line.

Good luck. Try and be very careful and nice with issues like this and make it clear that each
person's opinion counts. (but keep it fast so it doesn't become a political lightening rod and
discussion group)
Have fun!
Deron
    ----- Original Message -----
    From: marloniusthunque
    To: freecyclemodsquad@yahoogroups.com
    Sent: Wednesday, February 18, 2004 11:45 AM
    Subject: [freecyclemodsquad] Pets and livestock


    Some people feel that giving away animals for free could be dangerous
    for the animal, as it encourages harvesters of lab animals.

    Should I encourage or tolerate animal posters to require a nominal
    fee to whomever takes the animal?

    Marlonius,
    Moderator, South Jersey Freecycle


------------------------------------------------------------------------

Yahoo! Groups Links

    a.. To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

    b.. To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

    c.. Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

FS254539

[Non-text portions of this message have been removed]

Yahoo! Groups Sponsor
ADVERTISEMENT
Click Here <http://rd.yahoo.com/SIG=12cr20skc/
M=274551.4550177.5718621.1261774/D=egroupweb/S=1705064235:HM/
EXP=1077219135/A=1994230/R=2/*http://ad.doubleclick.net/jump/N3349.yahoo1/
B1282054.22;abr=!ie4;abr=!
ie5;sz=300x250;code=18634;dcopt=rcl;ord=1077132735224109?>

Yahoo! Groups Links
  * To visit your group on the web, go to:
  * http://groups.yahoo.com/group/freecyclemodsquad/
  *
  * To unsubscribe from this group, send an email to:
  * freecyclemodsquad-unsubscribe@yahoogroups.com
    <mailto:freecyclemodsquad-unsubscribe@yahoogroups.com?
    subject=Unsubscribe>
  *
  * Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service
    <http://docs.yahoo.com/info/terms/> .

FS254540

# EXHIBIT K

Declaration of Lisanne Abraham
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

Lissy Abraham                                    Fri, May 11, 2007  8:30 AM

**Subject: Re: [freecyclemodsquad] South Jersey Freecycle's pet advisory.**
**Date:** Friday, February 27, 2004 9:27 AM
**From:** Deron Beal <deron@rise-inc.org>
**To:** <freecyclemodsquad@yahoogroups.com>, marloniusthunque
<marloniusthunque@yahoo.com>
**Conversation:** [freecyclemodsquad] South Jersey Freecycle's pet advisory.

Hey all,
It sounds like South Jersey has put together a thoughtful pet policy of their own. I'm sure you
each have worked out your own pet policy which balances the varying needs of your members. It's
alway great when you come up with something like this if you can share it with the rest of us to
learn from. Saves on the old learning curve!

I will add a quick reminder, though,  to all that the one rule which the moderators voted to make
apply to all groups:
"Keep it free, legal & appropriate for all ages."

This means no porn, alcohol, drugs, firearms or any fees, etc. In this case, I'd say that if
someone posts an animal and requests a fee, I'd say it's better for them to place an ad in the
paper or to use the free online classified ads page which www.craigslist.org already offers. It's a
real slippery slope once one begins allowing "some fees" or "some services tied to fees" later and
what not. This, for some groups, means the difficult decision of not allowing pet postings. And
that's ok too.

Freecycle is, well, free. I think it'd be a shame to start clouding the waters, regardless of how
good the cause. Our coverage in the media invariable starts with "There's only one rule: everything
must be free."

Each local group needs to figure out their own pet policy based on the input from their members.
However, we do need to stick to our one overriding rule of keeping stuff free. Since we recently
voted on this rule of Free-Ness, I'd say we should stick to our guns (I know, forgive the
inappropriate pun) for a while.

I think it is exciting to see how Freecycle is able to grow and morph to meet so many new and
different needs. I think it'll get even more fun once we have our own webpage to play with. So keep
those ideas coming for the rest of us to learn from!!

Freecycle on!
Deron


     ----- Original Message -----
     From: marloniusthunque
     To: freecyclemodsquad@yahoogroups.com
     Sent: Friday, February 27, 2004 8:11 AM
     Subject: [freecyclemodsquad] South Jersey Freecycle's pet advisory.


     So, I finally got around to it.  here's my royal decree (ok, so it's
     really an advisory) on offering up pets, critters, livestock, creepy-
     crawlies and hedgehogs.  It's kept in my files are and I'll only use
     it when appropriate.

     Text reads as follows:

FS254551

---

If you are giving away pets on Freecycle, you may want to consider the following.

It has come to my attention the existence of people who snatch up free pets to sell to labs or use to train fighting dogs.

If this troubles you, there are ways to deter the folks who do such things. When posting a pet, don't feel that you need to go "first come, first serve," as you would with other items. You can request references, trust your gut, or only give the animal to someone you know. Requesting a fee is a controversial idea in the freecycle world. Everything has to be free. I won't suggest fees, but I don't think I'll ban anyone for asking a fee to adopt a pet.

If none of it bothers you, never mind then.

---

I understand that last line may offend. However, in the interest in the "no politics" policy, I feel I must maintain a professional neutrality.

I'm now finished with the subject.

---

Yahoo! Groups Links

  a.. To visit your group on the web, go to:
  http://groups.yahoo.com/group/freecyclemodsquad/

  b.. To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

  c.. Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

[Non-text portions of this message have been removed]

Yahoo! Groups Sponsor
ADVERTISEMENT
Click Here <http://rd.yahoo.com/SIG=12cs6jsgq/
M=274551.4550177.5761904.1261774/D=egroupweb/S=1705064235:HM/
EXP=1077989411/A=2019528/R=2/SIG=141eehd5d/*http://ad.doubleclick.net/jump/
N3349.yahoo1/B1282054.27;abr=!ie4;abr=!
ie5;sz=300x250;code=18634;dcopt=rcl;ord=107790>

FS254552

Yahoo! Groups Links

- To visit your group on the web, go to:
- http://groups.yahoo.com/group/freecyclemodsquad/
- 
- To unsubscribe from this group, send an email to:
- freecyclemodsquad-unsubscribe@yahoogroups.com
  <mailto:freecyclemodsquad-unsubscribe@yahoogroups.com?
  subject=Unsubscribe>
- 
- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service
  <http://docs.yahoo.com/info/terms/> .

FS254553

# EXHIBIT L

Declaration of Lisanne Abraham
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

Lissy Abraham                                                    Fri, May 11, 2007 8:30 AM

**Subject: Re: [freecyclemodsquad] Re: Alcohol, Tobacco & Firearms**
**Date:** Tuesday, December 23, 2003 11:34 AM
**From:** Deron Beal <deron@rise-inc.org>
**To:** <freecyclemodsquad@yahoogroups.com>
**Conversation:** [freecyclemodsquad] Re: Alcohol, Tobacco & Firearms

Hello Annie, Roleo and all,
If you are going to allow gun/legal drug gifts, you'd better make sure you have strong checks and balances in place for restricting your group to adults only and make sure that it is legal in your state to "trade" in firearms without background checks etc and that the freecycle organization has no responsibility for this. One rule is "appropriate for all ages." I'd hate for a moderator to get sued for aiding and abetting or whatever you call it. If it's prescription drugs, gifting would be illegal too. I'm not sure that we as moderators can "control" our groups enough to insure that some 17 year old isn't getting a gun. It's just so darned risky. For that reason, I shall not allow such trading in my group (not for political reasons but for reasons of liability). I would strongly advise all moderators to adopt similar policies (I don't want to get sued either).

Finally, regardless of liablity, think of the PR nationwide: 17 year old gets free gun on Freecycle and shoots someone. It could really stop a positive movement in it's tracks. Freecycle is about gifting and saving stuff from the landfill and as a small grassroots movement (& nonprofit group) just getting on it's feet, we can't really afford the risks. It ain't worth it, you know?

I am tempted to not let the Freecycle name be used if firearms, drugs, tobacco or alcohol due to the many risks inherent with such products. We can not technically insure that a 17 year old is not on line getting a gun or a 20 year old getting alcohol, etc. even if we have disclaimers and rules in place.

What are everyone's thoughts here?
Deron


----- Original Message -----

**From:** roleorodent <mailto:roleorodent@yahoo.com>

**To:** freecyclemodsquad@yahoogroups.com

**Sent:** Tuesday, December 23, 2003 11:39 AM

**Subject:** [freecyclemodsquad] Re: Alcohol, Tobacco & Firearms


I agree, Annie. If we disallow posts for guns, and if it is legal to
exchange firearms in our jurisdiction, then we as moderators are
making a political statement (anti-gun statements are currently

Page 1 of 3

FS254450

popular due to their political  correctness). Freecycle Central's
guidelines suggest that we discourage  both politics and spam.

~Roleo

--- In freecyclemodsquad@yahoogroups.com,  "freecycleannie"
<anneedee@e...> wrote:
> Hi All.
> I  guess I'm not understanding the whole issue with moderators
banning
> certain items from being Freecycled. The rule is, "Keep It  Legal."
> Here in Oregon, privately trading/giving firearms, alcohol and
> tobacco between ADULTS is certainly legal.
> If someone HAS  these items and doesn't want them, then I see no
> reason that they  shouldn't be Freecycled right along with every
other
> legal item.  It's not up to us as moderators to predict
what "could"
> happen.  If "Bob" wants to Freecycle his collection of baseball
bats,
> are  we going to tell him NO because someone MIGHT beat somebody
else
>  up with one of them? What's the difference?
> I realize that this is a  controversial subject, but in this
country,
> we have the freedom  to own items that others might not want to
own.
> In Freecycle  Eugene, we will allow these items. It WILL be kept
legal
> and it  WILL be kept free.
> Annie

---

Yahoo! Groups Links

* To visit your group on the web, go to:
* http://groups.yahoo.com/group/freecyclemodsquad/
*
* To unsubscribe from this group, send an email to:
* freecyclemodsquad-unsubscribe@yahoogroups.com
   <mailto:freecyclemodsquad-unsubscribe@yahoogroups.com?
   subject=Unsubscribe>
*
* Your use of Yahoo! Groups is subject to the Yahoo! Terms of
  Service <http://docs.yahoo.com/info/terms/> .

FS254451

Yahoo! Groups Links
- To visit your group on the web, go to:
- http://groups.yahoo.com/group/freecyclemodsquad/
-
- To unsubscribe from this group, send an email to:
- freecyclemodsquad-unsubscribe@yahoogroups.com
  <mailto:freecyclemodsquad-unsubscribe@yahoogroups.com?
  subject=Unsubscribe>
-
- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service
  <http://docs.yahoo.com/info/terms/> .

FS254452

# EXHIBIT M

Lissy Abraham                                          Fri, May 11, 2007  8:30 AM

**Subject: Re: [freecyclemodsquad] to moderate or not to moderate**
**Date:** Wednesday, January 28, 2004 8:22 AM
**From:** Deron Beal <deron@rise-inc.org>
**To:** <freecyclemodsquad@yahoogroups.com>, cgmarsch <cgmarsch@yahoo.com>
**Conversation:** [freecyclemodsquad] to moderate or not to moderate

Hey Courtney,
I don't think it is humanly possible to moderator all postings, so I'd say don't sweat it! Also
takes the fun spontaneity out of it, trying to get something first and what not if it all queues
with you first. As the group learns the rules they do a lot of self moderation and you can
generally delete stuff out within a day or two. If Joe with the gun posting gets a strike one of
two before getting kicked out, he'll think twice next time and everyone else learns the rule. For
little stuff I'll reply directly to the poster of the e-mail. For a weapons posting I'd probably
reply to the group nicely reminding people that adult-oriented items are not allowed, etc. People
get the idea pretty quickly, I find, and they respect a group response when something is out of
line. This also nips a long chat in the bud. When a really wild WANTED posting hits the group for a
nicely running motorcycle or something I'll also respond nicely to the group that "let's use the
WANTED posting sparingly". It really does help to provide this bit of guidance occasionally.
Good luck!
Deron
    ----- Original Message -----
    From: cgmarsch
    To: freecyclemodsquad@yahoogroups.com
    Sent: Wednesday, January 28, 2004 8:15 AM
    Subject: [freecyclemodsquad] to moderate or not to moderate


    Hi all,
    I'm wondering if most of you moderate postings before allowing them
    to be seen by the group, or if most of you just delete inappropriate
    postings after they've been posted.  I had someone post a wanted for
    firearms and I deleted the post and e-mailed him about my decision.
    Now I'm stressing out about it and wonder if I should moderate all
    postings before they go out to the masses.  If I do choose this
    option, how does it work?  Do the messages go to my e-mail address
    and then I post them?  I'm confused...and stressed out...and I could
    use some guidance from my big freecycle sisters and brothers.
    thanks,
    Courtney from wauk. co WI



    ------------------------------------------------------------------------
    Yahoo! Groups Links

        a.. To visit your group on the web, go to:
        http://groups.yahoo.com/group/freecyclemodsquad/

        b.. To unsubscribe from this group, send an email to:
        freecyclemodsquad-unsubscribe@yahoogroups.com

        c.. Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

FS254485

[Non-text portions of this message have been removed]

---

Yahoo! Groups Links
- To visit your group on the web, go to:
- http://groups.yahoo.com/group/freecyclemodsquad/
- 
- To unsubscribe from this group, send an email to:
- freecyclemodsquad-unsubscribe@yahoogroups.com
  <mailto:freecyclemodsquad-unsubscribe@yahoogroups.com?subject=Unsubscribe>
- 
- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service
  <http://docs.yahoo.com/info/terms/> .

FS254486

# EXHIBIT N

Declaration of Lisanne Abraham
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

Lissy Abraham                                              Fri, May 11, 2007  8:29 AM

**Subject: [freecyclemodsquad] Re: freecycle**
**Date:** Wednesday, November 5, 2003 9:21 AM
**From:** Deron Beal <dbeal@copebhs.com>
**To:** Mid-Michigan Freecycle Network <recyclemi@yahoo.com>, Albert Kaufman
<albi@earthlink.net>
**Cc:** <freecyclemodsquad@yahoogroups.com>
**Conversation:** [freecyclemodsquad] Re: freecycle

Hey Aaron and Albert,
Holy cow, that's a lot of money! Let's let Free Market do their thing, and we'll do ours. Sounds like they have a perfectly acceptable venture, but I think we are a different animal. I want to keep ours free for all.

Freecycle can be developed totally for less than $5K, if you ask me, as a great webpage. Am I too naive here? And I think we can get grant funding, helpful people and donations for more if need be. In order for this to stay a movement rather than a small commercial venture, I believe we need to stay FAR away from charging anyone anything. I think this is the goal we need to stick to firmly (no popup ads either: I hate those things!).

In other words, I want to see the freecycle webpage with subwebpages for each local group for free. These webpages need to be as flexible as possible for local designs, updates and molding to fit the local efforts. And, if they want to stay on yahoo groups, no problem! But the more local group which have the freedom to mold a "subwebpage" or whatever you call it, directly on Freecycle.org the greater the strength of the movement, or grassroots "revolution in giving". Can this be done with donations and grant funding alone? I think that it is possible with a few good ideas and a little help from all. We'll see how my first run at raising a few bucks in Tucson goes once I get that donation button up.

Thanks, Aaron, for checking this out!
Ciao,
Deron


----- Original Message -----

**From:** Mid-Michigan  Freecycle Network <mailto:recyclemi@yahoo.com>

**To:** Albert Kaufman <mailto:albi@earthlink.net>

**Cc:** dbeal@copebhs.com

**Sent:** Wednesday, November 05, 2003 9:28 AM

**Subject:** Re: freecycle


Page 1 of 4

FS254279

Hello Albert and Deron,

The person with whom I spoke is the business manager at Eureka Recycling, and his name is Alex Danovitch (alexd@eurekarecycling.org; 651-222-7678 x120). Alex seems like a really nice guy. When we spoke, he told me all about the "Freemarket Package" offered by his organization. I guess they recently made contracts with the state of Rhode Island, and a smaller municipality in northern Minnesota (?). The price he quoted was in the neighborhood of $5,000 per year (well outside of my current funding which is $0 right now) for a small group, and over $10,000 per year for something larger. Of course he was able to present many reasons why $5,000-$10,000 per year is a bargain for the service, however that sales pitch only works if you've got the money to spend. Anyway, I agree that an organization truly committed to reuse and freecycling should freely share the wealth (code or whatever), but I can also understand their desire to recoup some of the time, effort, and money they spent developing the system. On that basis, and because the Mid-Michigan Freecycle Network is still too small to need such a system, I did not press him about the price, sharing, etc. I think that you two have a much better case, at least in terms of userbase. Perhaps we can negotiate a deal to contract the Freemarket system through them for a greatly reduced price, or something along those lines (although this could seriously disable them from selling it to others). I guess an alternative possibility is to try and retrofit a Freemarket-like system, using hired (or volunteer) coders, though this is not trivial coding.

In terms of funding, I have some experience writing grants, and am currently a research fellow with my own support. It may be worthwhile to try and put together some sort of proposal to support and enhance this young movement. I would be happy to assist (but currently lack the time to do it all myself) with this sort of endeavor if there is interest, and we can determine which agency or agencies is/are best to approach.

Take care!

-aaron

**Albert Kaufman <albi@earthlink.net>** wrote:

> OK. Who did you write to/call? I'll call them, gladly. If we can get the
> software without having to create it, all the better. Then we can put some
> money into marketing.

FS254280

and spreading the word and all.

Albert

----- Original Message -----
From: Deron Beal
To: Albert Kaufman ;
Sent: Tuesday, November 04, 2003 11:00 AM
Subject: Re: freecycle


I agree. go for it. I actually haven't asked them yet. I called and e-mailed
and just didn't hear back from them....
Be glad to chime in and call if you reach someone who gets back to you...

Deron

----- Original Message -----
From:  "Albert Kaufman"
To:
Cc:  "Deron Beal"
Sent: Tuesday, November 04, 2003 11:12 AM
Subject: freecycle


> hey Aaron,
>
> Good luck on the show. Feel free to take a look at what's going on on our
> site. We're up to 1,300 + people in just a month and a half. Lots of
> interesting stuff is being exchanged, given, taken.
>
> I like your idea of using a system that's already out there, like the one
in
> Minnesota. How about approaching them and asking them if they'd be
willing
> to just hand over their code for the good of the world?
>

FS254281

> Ah, I see that Deron's asked already. Well, it's often good to have more
> than one person asking....
>
> Yes, I'm serious :)
>
> Albert Kaufman
> Modulator, Freecycle Portland - Changing the world one gift at a time
> http://groups.yahoo.com/group/freecycleportland
> Freecycle Central: http://www.freecycle.org
>


*******************************
Aaron Liepman
Mid-Michigan Freecycle Network




Do you Yahoo!?
Protect your identity with Yahoo! Mail AddressGuard <http://antispam.yahoo.com/whatsnewfree>

Yahoo! Groups Sponsor

ADVERTISEMENT
<http://rd.yahoo.com/M=267637.4116732.5333197.1261774/D=egroupweb/S=1705064235:HM/A=1754452/R=0/SIG=11tpoan5t/*http://www.netflix.com/Default?mqso=60178324&partid=4116732>

To unsubscribe from this group, send an email to:
freecyclemodsquad-unsubscribe@yahoogroups.com


Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service <http://docs.yahoo.com/info/terms/> .

FS254282

# EXHIBIT O

Declaration of Lisanne Abraham
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

Lissy Abraham

**Subject: [freecyclemodsquad] Re: questions re accessibility (in the old-fashioned meaning)**
**Date:** Tuesday, November 18, 2003 12:57 PM
**From:** Deron Beal <dbeal@copebhs.com>
**To:** Anna Haynes <AnnaHaynes@NVision1.com>
**Cc:** <freecyclemodsquad@yahoogroups.com>
**Conversation:** [freecyclemodsquad] Re: questions re accessibility (in the old-fashioned meaning)

Hey,
Sorry, no desirable answers here. I'm no computer buff, I just organize
stuff and e-mail enough to have my eyes cross. Translation: I'm not even
sure what you are asking below...

The new webpage hasn't even been begun and won't until we get a few bucks
together (that'll determine how far we can go). Currently, a couple of
computer people are putting together a proposal. One is a friend, the other
is the moderator for Honolulu. We'll see what they come up with. The goal is
to bring together what has become a movement, to remove commercial
influences, to synergize on programming and services and to empower the
local groups. AND TO MAKE IT ALL REALLY, REALLY EASY so that other
noncomputer buffs can also set their own up.

Does this help answer anything?

Deron


----- Original Message -----
From: "Anna Haynes" <AnnaHaynes@NVision1.com>
To: <info@freecycle.org>
Sent: Tuesday, November 18, 2003 1:29 PM
Subject: questions re accessibility (in the old-fashioned meaning)


GREAT idea!  However for it to be widely adopted it needs to be
transparent/easy and it's not clear to me from the FAQ.  So:

Re ease of casual use:
Is registration (loginname, password) required before Giver or Taker can
use the system?

Re browser settings:
Is the system fully operational (and if so, for whom) when your MSIE
security and privacy are set at highest level?

i.e.,
1. Does the "custodian" need to have Cookies, Javascript etc enabled to
operate this (on an ongoing basis)?

2. Does the Giver need to have Cookies, Javascript etc enabled to list an
item?

FS254346

3. Does the Taker need to have Cookies, Javascript etc enabled to see an item listing? to get an item?

p.s. if answers are all desirable ones, I'm sending you a contribution (of $$ not junk!)

**Yahoo! Groups Sponsor**
 <http://rd.yahoo.com/SIG=12c7psd0s/M=259395.3614674.4902533.1261774/
D=egroupweb/S=1705064235:HM/EXP=1069275061/A=1524963/R=0/*http://hits.
411web.com/cgi-bin/autoredir?
camp=556&lineid=3614674&prop=egroupweb&pos=HM>

To unsubscribe from this group, send an email to:
freecyclemodsquad-unsubscribe@yahoogroups.com


Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service <http://docs.yahoo.com/info/
terms/> .

FS254347

# EXHIBIT P

Lissy Abraham

Fri, May 11, 2007  8:30 AM

**Subject: [freecyclemodsquad] Lots O' Stuff**
**Date:** Wednesday, December 10, 2003 8:52 AM
**From:** Deron Beal <deron@rise-inc.org>
**To:** <freecyclemodsquad@yahoogroups.com>
**Conversation:** [freecyclemodsquad] Lots O' Stuff

Hey all,
Forgive me for being outa the loop for a bit: I was off hiking in the Gila Wilderness in New Mexico for a glorious long weekend (hot springs and pristine wilderness: great!!!).

Sounds like there are some great ideas floating around out there!!! And, hey, that's what it's all about. And based on the old "power to all us people" motto, I'll keep trying to butt out as much as possible!

I really think it's best when local groups decide for themselves what they want to do --with great ideas from other moderators who've perhaps already tried the one or the other thing. I think figuring this stuff out is part of what makes moderating fun. The best example I can think of is the animal issue. It was a really interesting discussion which I'm glad our group had (we decided to allow animal postings and it worked great for us, but maybe doesn't for other groups). Issues put out to the group to decide that don't yield a solid yes or no, I just put on hold for a later discussion which will surely come of its own accord. By getting everyone's input it really gives everyone a sense of community and ownership and then your "job" moderating is easier because everyone does it themselves. I do try to keep such discussions as brief as possible though so as not to drive everyone crazy with all talk and no action.

Wes mentioned the idea of posting city collection alerts. Seems to me that it is perfectly legal to mention something like this. Whether or not someone goes and picks stuff up is their business, right?

Now, mentioning dumpster diving is taking a real risk as a moderator, I'd say, because it ain't legal (at least here). One of our local rules is simply to keep it legal. Maybe you choose to link on your local yahoo group to a webpage that lists dumpster diving locally...

The "It's on the curb" idea really bombed big time here. I highly discourage anyone from doing that. Five people show up and four people are really ticked. It's a great way to destroy that community feeling in a hurry! I'd even advise putting in your etiquette something along the lines of "Make out a time with a specific individual, rather than saying first come first serve, to be nice and avoid people taking the journey over and wasting time and, hey, fossil fuels."

Anne asked "Can a group get too big?" We haven't reached the limit here in Tucson and we have 1650 members. And Albert's group in Portland is over, what, 2200 and still going strong. I'd say we're still good for a while. Several good comments were made regarding "no e-mail" and "daily digest." Things always seem to get a bit tricky though whenever you get a new batch of members from an article or some PR and they all post the "Gimme, gimme, gimme's" for a week or so. But then they have that cathartic moment we have all felt that it feels good to give stuff away AND to rid your life of extra junk! Hallelujah. Be healed!

Tami noted that a member of hers reserved the webpage of freecycle.com (I know, I shoulda at least

FS254412

reserved that site). We as a group are still a wee bit exposed to some company coming along and setting up their own thing with the interest being to make lots of money with ads and stuff. Definitely makes me really nervous when I hear stuff like this. It'd be great if that person could point this page to freecycle.org for now and consider signing it over to us. Prelim trademark paperwork is submitted, so we are slowly getting a little protected. Jeff is working on wikis and other things I understand little about that will meet the needs mentioned by that person.  Thus far there have been three other freecycle webpages established. One even e-mailed our local group and said "the new webpage is up: come on over and sign up!" Sure was a surprise to me! We will likely always be a bit exposed but there are things we can do. One is to make sure that when the new webpage is done, that it is REALLY good so people don't say, "well, it started with this little freecycle thing, but check out freestuff.com!" You know? Albert and a couple of others have already offered to submit a donation request to their groups and that's really, really nice. I have to wait for my boss to say OK before I send out that donation letter (the one you guys had a look at for me) to the modsquad to see what we can scratch together. We have probably 5-6 techies already lined up to help out with web design with volunteer or really cheap services.

Regardless of what this glorious beast will look like a couple of years down the line, I think it will always remain a wonderfully simply grassroots option for people everywhere. And the reason this is possible is because of what you all are doing in your communities. Pretty inspiring stuff!

Keep on keepin on,
Deron




Deron Beal
RISE
(520) 791-2569

A private, nonprofit freecycling, recycling & transitional employment provider.

**Yahoo! Groups Sponsor**

ADVERTISEMENT
 <http://rd.yahoo.com/SIG=12ck6ugga/M=267637.4116730.5333196.1261774/
D=egroupweb/S=1705064235:HM/EXP=1071163028/A=1853619/R=0/*http://
www.netflix.com/Default?mqso=60178356&partid=4116730>

To unsubscribe from this group, send an email to:
freecyclemodsquad-unsubscribe@yahoogroups.com


Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service <http://docs.yahoo.com/info/

FS254413

terms/> .

FS254414

# EXHIBIT Q

Declaration of Lisanne Abraham
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**Lissy Abraham**

Fri, May 11, 2007  8:30 AM

**Subject: Re: [freecyclemodsquad] Moderators on the future freecycle site?**
**Date:** Wednesday, January 28, 2004 1:46 PM
**From:** Deron Beal <deron@rise-inc.org>
**To:** <freecyclemodsquad@yahoogroups.com>
**Conversation:** [freecyclemodsquad] Moderators on the future freecycle site?

Hey Kelly,
I think that having local groups is critical for community building. The search by zip function doesn't eliminate a local group; it takes you to that group. One needs local links to local recyclign programs, one needs local events, local ideas, local webpage design, local logo, etc. Part of what freecycle is for me is also local community building.

Local moderation and local ownership by local members is important.
I want it to be possible for each local group to choose it's own direction and growth as much as possible. This may mean that the role of a local moderator changes, that there are comoderators and all kinds of goodies. I don't think it's about power (icky word if you ask me): I think it's about providing local support, guidance and community.

This help any? More to follow as the webpage design progresses...
Deron

    ----- Original Message -----
    From: kellyyoungberg_freecycle
    To: freecyclemodsquad@yahoogroups.com
    Sent: Wednesday, January 28, 2004 1:19 PM
    Subject: [freecyclemodsquad] Moderators on the future freecycle site?


    I've been wondering how the role of moderators will change on the
    future Freecycle web site. If members are permitted to search for
    specific items and to limit those searches by distance, it would seem
    that the role of local moderators would by necessity change and/or be
    diminished.

    Thoughts?

    Kelly Youngberg
    Moderator

    Berrien Springs Freecycle Network (and seven other area networks)
    Seoul Freecycle Network


------------------------------------------------------------------------

Yahoo! Groups Links

    a.. To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

    b.. To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

    c.. Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

FS254506

[Non-text portions of this message have been removed]

Yahoo! Groups Links

* To visit your group on the web, go to:
* http://groups.yahoo.com/group/freecyclemodsquad/
*
* To unsubscribe from this group, send an email to:
* freecyclemodsquad-unsubscribe@yahoogroups.com
  <mailto:freecyclemodsquad-unsubscribe@yahoogroups.com?
  subject=Unsubscribe>
*
* Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service
  <http://docs.yahoo.com/info/terms/> .

FS254507

# EXHIBIT R

Declaration of Lisanne Abraham
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

Lissy Abraham                                                    Fri, May 11, 2007  8:30 AM

**Subject: Re: [freecyclemodsquad] Sunnyvale Freecycling & Yahoo Member lists**
**Date:** Tuesday, February 3, 2004 2:47 PM
**From:** Deron Beal <deron@rise-inc.org>
**To:** <freecyclemodsquad@yahoogroups.com>, Tim Oey <timoey@yahoo.com>
**Conversation:** [freecyclemodsquad] Sunnyvale Freecycling & Yahoo Member lists

Hey Tim,
Our list of members is not viewable because it becomes worth the spammers while after you reach a certain size. You'll be getting some spam soon, but maybe wait until you do so that you and your group decide together. It's a great way to build community. Do a quickee poll and if it is decisive one way or the other, then do it. I believe it is important to help each member to take "ownership" of the group. Makes the whole thing more special.
Good luck,
Deron

    ----- Original Message -----
    From: Tim Oey
    To: freecyclemodsquad@yahoogroups.com
    Sent: Monday, February 02, 2004 11:54 PM
    Subject: [freecyclemodsquad] Sunnyvale Freecycling & Yahoo Member lists

    Hi Folks,

    I'm a new co-moderator for the Sunnyvale Freecycling group at: http://groups.yahoo.com/group/freecyclesunnyvale/

    BTW, the Sunnyvale group is booming and now at 446 members! (Largely thanks to the SJ Merc article quoted earlier in these archives).

    Now for a list admin question: I've been chatting with the San Jose moderator and he (she?) prefers to not allow group members to view the Yahoo Group member list because of spam risks. From my perspective I like leaving the list available to members because it gives the place more identity/community -- people can look up each other's profile, etc. The spam risk is fairly low since the spammer needs to register manually and then must try to reconstruct email addresses (they are not fully visible to members). Finally, if I was a spammer I'd join lots of groups but let my machine collect email addresses from email sent to the list rather than trying to reconstruct them from partial ones on web pages.

    What do y'all think? Do you prefer to leave member lists viewable or hide them?

    I'll put a poll up shortly.

    Cheers,
    Tim

        Yahoo! Groups Sponsor
        ADVERTISEMENT

Page 1 of 2

```
-----------------------------------------------------------------
```

Yahoo! Groups Links

   a.. To visit your group on the web, go to:
   http://groups.yahoo.com/group/freecyclemodsquad/

   b.. To unsubscribe from this group, send an email to:
   freecyclemodsquad-unsubscribe@yahoogroups.com

   c.. Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.


[Non-text portions of this message have been removed]


Yahoo! Groups Links

* To visit your group on the web, go to:
* http://groups.yahoo.com/group/freecyclemodsquad/
*
* To unsubscribe from this group, send an email to:
* freecyclemodsquad-unsubscribe@yahoogroups.com
  <mailto:freecyclemodsquad-unsubscribe@yahoogroups.com?
  subject=Unsubscribe>
*
* Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service
  <http://docs.yahoo.com/info/terms/> .

FS254522