freecycling: Information from Answers.com                                         http://www.answers.com/freecycle



# freecycling

Or did you mean: Freecycle (software), What is freecycle? , The Freecycle Network

AnswerNote freecycling

Freecycling is the recycling of possessions by means of giving them away for free via the Internet. Since "one person's trash is another person's treasure," a grass-roots movement has sprung up in which people offer items which they can no longer use to others rather than store them or throw them away. Freecycling sites facilitate the recycling of useful items within local communities by allowing potential donors to list items that they have available. Visitors browsing the site contact the donors via e-mail and arrange for the exchange of the item privately. Moderated by local volunteers, freecycling groups meet the needs of conservationists who want to protect the environment by avoiding unnecessary filling of landfills and of people who simply can't bear to throw things away. The Freecycle Network, which was founded in Arizona in May 2003, is a nonprofit organization that has branches throughout the world.

Last updated: October 17, 2004.

Or did you mean: Freecycle (software), What is freecycle? , The Freecycle Network

Post a question to the WikiAnswers Community.