# Freecycle

## From Langmaker

(Redirected from Eng_freecycle.htm)

**freecycle** v. [< free and recycle. Used on KSAZ-TV (US/AZ) January 2005.] To give items away to others rather than throw them away, typically using an online network to coordinate the transfer.

Earliest Citation:

> Common usage in Toronto, Canada by 1987. Possibly coined by 'Salvager Dali' (David Hoekstra) of Toronto who was known for his streetside and theatrical salvage work. Hoekstra built and maintained a literal warehouse of 'freecycled' items that were used mainly as props for theatrical, television and movie production.

Retrieved from "http://www.langmaker.com/db/Freecycle"

Categories: Neologism

### Views

- Article
- Discussion
- Edit
- History

### Personal tools



- Create an account or log in

### Categories

- Conlangs
- Neologisms
- Babel Texts
- Neographies
- Resources
- Books

### Navigation

- Main Page
- Community portal
- Current events
- Recent changes
- Random page
- Help
- Donations

### Search

[      ] [Go] [Search]

### Toolbox

- What links here
- Related changes
- Upload file
- Special pages
- Printable version



- About Langmaker
- Disclaimers

- Main Page
- Community portal
- Current events
- Recent changes
- Random page
- Help
- Donations

Search



Toolbox

- What links here
- Related changes
- Upload file
- Special pages
- Printable version



- About Langmaker
- Disclaimers