FreecycleSunnyvale v. The Freecycle Network        Doc. 73 Att. 4
Case 4:06-cv-00324-CW   Document 73-5   Filed 07/18/2007   Page 1 of 2

freecycle - Wiktionary                                  http://en.wiktionary.org/wiki/freecycle

# freecycle

## From Wiktionary

*See also* **Freecycle**

**Contents**

- 1 English
    - 1.1 Etymology
    - 1.2 Noun
        - 1.2.1 Usage notes
    - 1.3 Verb

## English

### Etymology

Blend of **free** and **recycle**

### Noun

**freecycle** (*plural* **freecycles**)

1. (*slang*) A group that engages in freecycling.
   *What freecycle, did you join?*

#### Usage notes

According to The Freecycle Network, *Freecycle*™ is properly used only as a brand name to identify the company's products and services, ie a Freecycle group.

### Verb

**to freecycle** (*third-person singular simple present* **freecycles**, *present participle* **freecycling**, *simple past* **freecycled**, *past participle* **freecycled**)

1. (*slang*) To recycle by giving away an item for free.
   *I freecycled most of the junk cluttering my house.*

Retrieved from "http://en.wiktionary.org/wiki/freecycle"

Categories: Portmanteaus | English nouns | Slang | English verbs | Genericized trademarks

- This page was last modified 15:21, 18 October 2006.
- Content is available under GNU Free Documentation License.