**Lissy Abraham, 1/29/04 5:02 PM -0700, Re: Thanks for freecyclesunnyvale + moderator of**          1

```
Date: Thu, 29 Jan 2004 16:02:01 -0800 (PST)
From: Lissy Abraham <freecycsunny@yahoo.com>
Subject: Re: Thanks for freecyclesunnyvale + moderator offer
To: Tim Oey <timoey@yahoo.com>


OK Tim, you're an owner!

I'm going to send out a message to everyone
introducing you. You can follow up with your own
message, if you like.

Thanks a ton for helping! I look forward to working
with you.

Lissy
--- Tim Oey <timoey@yahoo.com> wrote:
> Hello again Lissy,
>
> Congrats on surviving at Apple! What are you doing
> at Apple now?
>
> As far as making me a moderator, if you trust me
> ;-), I recommend jumping straight to co-owner.
>
> Either way, here are the steps:
> 1) Go to
> http://groups.yahoo.com/group/freecyclesunnyvale/
> 2) Click on the "Member" link on the left side bar
> 3) Find my member entry by searching for timoey
> (moderators & owners have a search box available)
> 4) Click the "Edit" button on the left side just to
> the left of my Yahoo profile
> 5) Click the "Change to Moderator" link or the
> "Change to Owner" link. For moderators you can
> control their level of moderation -- check or
> uncheck the desired options. Owner's automatically
> get all privileges and can do everything the
> original owner can -- some of which no other
> moderators can do.
>
> As far as duties go the 3 main ones are:
> 1) answering questions
> 2) Watching out for SPAM posts, links, files, and
> the like and booting/banning flagrant offenders.
> 3) Generally watching the group and helping it grow,
> adding links, files, etc.
>
> I think we should both do whatever each of us gets
> to first and let each other know when we are out. We
> can correspond if necessary to sync up our
> moderating styles. The Freestyle.org post
> instructions seem pretty clear. Otherwise my
> moderating style is captured in the comments at:
> http://groups.yahoo.com/group/bicyclingadvocacy/
>
> It would also be good to continue recruiting another
> moderator or 2.
>
> BTW, I like the idea of the group being Sunnyvale
> focused rather than merge into a larger group.
>
> Cheers,
```

```
> Tim
>
> At 3:17 PM -0800 1/28/04, Lissy Abraham wrote:
> >Hey Tim,
> >
> >You're hired!! Thanks so much for offering to help;
> I
> >appreciate it.
> >
> >How do I make you a moderator?
> >
> >Is there a specific task you'd like to take on, or
> >should we see how it goes? I'll let you know
> whenever
> >I'll be out of town.
> >
> >Hey, I recognize your name from Apple (where I
> still
> >work)!
> >
> >Thanks again!
> >
> >Lissy
> >
> >
> >--- Tim Oey <timoey@yahoo.com> wrote:
> >> Hi Lissy,
> >>
> > > I just joined freecyclesunnyvale after reading
> about
> >> it in the SJ Merc.
> >>
> >> I've been a Sunnyvale resident for 15 years and I
> >> moderate (or have moderated) over 20 Yahoo
> Groups.
> >>
> >> Moderating for me is quite easy to do. Plus it is
> >> best to have a group of  moderators and at least
> > 2
> >> owners for any group you really wish to have
> survive
> >> (of course you need to trust your co-moderators
> and
> >> especially co-owners). I recently helped save the
> >> bicyclingadvocacy yahoo group that almost went
> under
> >> when the sole owner was hit and killed by a car.
> >>
> >> I'm willing to co-moderate/co-own
> freecyclesunnyvale
> >> to help you out.
> >>
> >> You can read more about me at http://timoey.com/
> >>
> >> If you wish to interview me feel free to send me
> >> email or call me at home at 408-749-1914, or work
> >> 408-536-4541. BTW, my last name is pronounced
> like
> >> "Wee".
> >>
> >> For cross references you can check my posts in:
> >> http://groups.yahoo.com/group/4h-ccl/ (a group I
```

```
> >> used to help moderate)
> >> http://groups.yahoo.com/group/4h4u/
> >> http://groups.yahoo.com/group/bicyclingadvocacy/
> >> my other groups are mostly private.
> >>
> >> Or contact me for personal references.
> >>
> >> Cheers,
> >> Tim
> >
> >_____
> >Do you Yahoo!?
> >Yahoo! SiteBuilder - Free web site building tool.
> Try it!
> >http://webhosting.yahoo.com/ps/sb/
>


_____
Do you Yahoo!?
Yahoo! SiteBuilder - Free web site building tool. Try it!
http://webhosting.yahoo.com/ps/sb/
```