

**freecyclesunnyvale** - Sunnyvale, CA USA

## Home

- Home
- Members Only
- Messages
- Post
- Files
- Photos
- Links
- Polls
- Members
- Calendar
- Promote

**Join This Group!**

**Activity within 7 days:**
16 New Members - 157 New Messages

**Description**



### Group Information
- Members: 2220
- Category: Recycling
- Founded: Oct 7, 2003
- Language: English

Already a member? Sign in to Yahoo!

**Yahoo! 360°**
Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

| This freecycle group is centered around | |
|---|---|
| Zip Code | 94087-1306 |
| City | Sunnyvale |
| County | Santa Clara |
| State | California |
| Country | USA |

Trash to Treasure: Do you have stuff you no longer need? Looking for free stuff? Join a freecycle group!

Freecycling harnesses the power of the Internet to connect people who have stuff with others nearby who want it so it doesn't wind up in a landfill.

Briefly, here is how it works:

1. Find a group near you.
2. Join it.
3. Post OFFER (or WANTED) using this as a prefix in the subject line.
4. Get replies.
5. Arrange exchange with just one.
6. Offerer (Wanter) posts TAKEN (RECEIVED) when exchange is complete.
7. For details see Freecycle Etiquette

Everything posted must be FREE. No trading. After you join you'll receive an e-mail with detailed instructions.

Spread the word!

To find a freecycle group near you, see our links area for freecycling directories and other nearby groups. For general Sunnyvale community discussion, please join the Sunnyvale Cafe. If you would like to set up your own freecycle group you may freely copy all of the materials within the Sunnyvale group and use this group as a model.

Please note: the Sunnyvale freecycle group is not affiliated with The Freecycle Network. The term "freecycle" is generic and means "to recycle by giving away stuff to others for free so they can reuse it."

**Message History**

```
      Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec
2005  614 402 503 605 560 636 711 732 607
2004   93  88 172 180 264 407 569 617 672 532 572 574
2003                                       12   5  29
```

**Group Email Addresses**
Related Link: http://groups.yahoo.com/group/SunnyvaleCafe/
Post message: freecyclesunnyvale@yahoogroups.com
Subscribe:    freecyclesunnyvale-subscribe@yahoogroups.com
Unsubscribe:  freecyclesunnyvale-unsubscribe@yahoogroups.com
List owner:   freecyclesunnyvale-owner@yahoogroups.com

**Join This Group!**

### YAHOO! SPONSOR RESULTS

Santa Clara University Apartments - Rent.com has millions of free apartment listings nationwide. Get $100 when you sign a lease near your school - it's easy.
www.rent.com

Santa Clara Hotels - Dont waste time. Compare all current rates for Santa Clara hotels. Enter dates only "OneTime" and check all leading providers. Read and post reviews and pictures.
www.onetime.com

Santa Clara - Helpful reviews and research on hotels and all things travel.
www.mytravelguide.com

Copyright © 2005 Yahoo! Inc. All rights reserved
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help