**freecyclesunnyvale@yahoogroups.com, 7/1/04 10:28 AM -0700, [freecyclesunnyvale] File -**    1

```
From: freecyclesunnyvale@yahoogroups.com
To: freecyclesunnyvale@yahoogroups.com
Date: 1 Jul 2004 17:28:35 -0000
Subject: [freecyclesunnyvale] File - Freecycle Etiquette.txt


FREECYCLING ETIQUETTE:

1) Keep it free, legal, and appropriate for all ages. NO POLITICS & NO SPAM. Two strikes & you're out
for mild inappropriate behavior. 1 strike and your out for SPAM and gross misconduct. Also, NO free
advice--even if it's really good.

2) SUBJECT LINE
    Use these phrases:
        OFFER:
        TAKEN:
        WANTED:  [Please use sparingly and don't ask for money.]
        FOUND:

3) Got more than one thing to give away? Keep it all in one e-mail and number the items for your own
clarity. Also DO NOT put your address.

4) RESPONSES go only to offerer (not to the whole group).

5) PICKUP of items: Arrange however you want. Generally, 1st response, 1st served; if a
nonprofit/charity responds, you may want to give it first shot.

Arrange pickup with one person only, rather than "it's on the porch, whoever gets here first gets it"
-- this wastes time and energy for people making unneeded trips. Do NOT put your exact address in your
initial post, only send it to your first pickup candidate. You may also wish to keep your phone number
our of your initial post. Otherwise you may get swamped with phone calls.

6) If you don't live in the immediate area and post an offer, please include your general location in
the post. (Or consider starting a freecycle group in your own neighborhood!)

7) CAN WE USE FREECYCLE TO FIND NEW HOMES FOR PETS? Yes, keep it legal & be lovingly careful.

8) KEEP IT FREE. No trading or bartering, please. When in doubt check with the moderator first.

9) If you take an item (or post a Wanted) with the intent of selling it, please state that
information. (This requirement does not apply if you get an item and fix it or otherwise add value
before selling it.)

For more information about freecycling please visit http://freecycle.org/

Have fun & keep on freecyclin'∑

Your Moderators



------------------------ Yahoo! Groups Sponsor ---------------------~-->
Make a clean sweep of pop-up ads. Yahoo! Companion Toolbar.
Now with Pop-Up Blocker. Get it for free!
http://us.click.yahoo.com/L5YrjA/eSIIAA/yQLSAA/rcTolB/TM
--------------------------------------------------------------------~->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclesunnyvale/
```

**Printed for Tim Oey <oey@post.harvard.edu>**    1

FS027492

Dockets.Justia.com