**deronbeal, 2/3/04 3:16 PM -0700, [freecyclemodsquad] NY Times article**                    **1**

```
To: freecyclemodsquad@yahoogroups.com
From: "deronbeal" <deron@rise-inc.org>
Date: Tue, 03 Feb 2004 22:16:34 -0000
Subject: [freecyclemodsquad] NY Times article

I've just added Tina Kelly of the New York Times to the mod squad.
She would like to do an article on The Freecycle Network and she
asked if she could interview a couple of moderators. Anyway, I said
she should ask you all herself. So, she'll be posting soon so think
about telling her some good stuff!


Keep havin fun!
Deron
```

```
----------------------- Yahoo! Groups Sponsor ---------------------~-->
Buy Ink Cartridges or Refill Kits for your HP, Epson, Canon or Lexmark
Printer at MyInks.com. Free s/h on orders $50 or more to the US & Canada.
http://www.c1tracking.com/l.asp?cid=5511
http://us.click.yahoo.com/mOAaAA/3exGAA/qnsNAA/rcTolB/TM
-------------------------------------------------------------------~-->

Yahoo! Groups Links

To visit your group on the web, go to:
 http://groups.yahoo.com/group/freecyclemodsquad/

To unsubscribe from this group, send an email to:
 freecyclemodsquad-unsubscribe@yahoogroups.com

Your use of Yahoo! Groups is subject to:
 http://docs.yahoo.com/info/terms/
```

**Printed for Tim Oey <oey@post.harvard.edu>**                    **1**

FS083055

Dockets.Justia.com