**R R, 5/24/04 5:51 PM -0700, Re: [freecyclemodsquad] Re: Should I reject this?**   1

To: dbneeley@yahoo.com, mbestler2001 <mbestler@sbcglobal.net>,
　freecyclemodsquad@yahoogroups.com
From: R R <opuslover2004@yahoo.com>
Date: Mon, 24 May 2004 17:51:17 -0700 (PDT)
Subject: Re: [freecyclemodsquad] Re: Should I reject this?

Hello,

I am sorry. But I think that I would reject this. Simply telling them that 'I don't condone child abuse and posting this would make people think that I did.' It is perfectly legal to spank a child on the bottom with nothing more than your hand without marks left and with very good reason.
I have the Wapakoneta freecycle group (in Ohio) and if it were me I WOULD reject it. I really don't know what else to say except maybe that the person wanting to post that needs some serious counseling.

Thanks, Rhonda (Mod)
http://groups.yahoo.com/group/Wapakoneta/

David Neeley <dbneeley@yahoo.com> wrote:
Oh, I dunno. I'd be tempted to offer to give them a short
and highly personal demonstration of how many improvised
paddles can be found all around them and how effective they
are when wielded by a 250-lb man (me!) upon their
derrieres...only because their thick heads are off limits
for clubbing!

8:)

David



--- mbestler2001 <mbestler@sbcglobal.net> wrote:
> Gosh, thats a tough one.  I can see many people being
> offended with
> this post.
>
> Misty(IL
>
> --- In freecyclemodsquad@yahoogroups.com, shrikethc@y...
> wrote:
> > We received the following post today:
> >
> > Subject: Looking for a spanking paddle
> > Message: looking for a spanking paddle as a deterrent.
> I do not
> know
> > were to even to start looking for it.

_____

Do you Yahoo!?
Friends.  Fun.  Try the all-new Yahoo! Messenger.
http://messenger.yahoo.com/


_____
Yahoo! Groups Links

　To visit your group on the web, go to:
http://groups.yahoo.com/group/freecyclemodsquad/

Printed for Tim Oey <oey@post.harvard.edu>   1

FS086221