**bugginvw1971, 5/25/04 9:12 AM -0700, [freecyclemodsquad] i thought this site was to shar**   1

```
To: freecyclemodsquad@yahoogroups.com
From: "bugginvw1971" <bugginvw1971@yahoo.com>
Date: Tue, 25 May 2004 16:12:24 -0000
Subject: [freecyclemodsquad] i thought this site was to share ideas/help new moderators/owners
```

i am really disappointed. i asked a question, got not a single response. but you all have gone over & over & over & over & over & over the same things so many times. have you heard of the whiners group? i joined it before i started mt hood freecycle. i guess this is NOT the site to ask a question that you really need answered about a legitimate question. but if you want to debate a subject for ever & ever & ever & ever & ever this is where to go.

```
------------------------ Yahoo! Groups Sponsor ---------------------~-->
Yahoo! Domains - Claim yours for only $14.70
http://us.click.yahoo.com/ZlwmxD/DREIAA/yQLSAA/rcTolB/TM
--------------------------------------------------------------------~->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
     http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
     freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
     http://docs.yahoo.com/info/terms/
```

**Printed for Tim Oey <oey@post.harvard.edu>**   1

FS086263

Dockets.Justia.com