# EXHIBIT K

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

Dockets.Justia.com

**Deron Beal, 5/25/04 11:25 AM -0700, [freecyclemodsquad] Re:i thought this site was to sh**                     1

```
To: "bugginvw1971" <bugginvw1971@yahoo.com>,
        <freecyclemodsquad@yahoogroups.com>
From: "Deron Beal" <deron@rise-inc.org>
Date: Tue, 25 May 2004 11:25:49 -0700
Subject: [freecyclemodsquad] Re:i thought this site was to share ideas/help new moderators/owners
```

Dear new mod of Mt. Hood,
We're all volunteers doing the best we can.

It's easy to assume someone else has answered a question with so many
people. But, we are all busy too.
I highly recommend you also seek a one-on-one direct mentor with a
neighboring group mod who has been active for a while in addition to the
great help you will surely also find here.

Please remember that we all took an oath to be nice and there is a nice way
to bring an end to a topic and a not so nice way of complaining about it.
You can help us set that positive tone in the future. With all the new mods,
it takes time for everyone to get a feel for things and avoid overaddressing
some issues.

You also didn't reiterate your question in your e-mail below. It cuts down
on unproductive excess postings by reiterating clearly what you need help
with. If we could all remember to sign our e-mails with our name and group
this would also help.

Welcome on board and best of luck to you.

Deron
The Freecycle Network and a backseat comoderator of the Tucson Freecycle
group.


----- Original Message -----
From: "bugginvw1971" <bugginvw1971@yahoo.com>
Subject: [freecyclemodsquad] i thought this site was to share ideas/help new
moderators/owners


> i am really disappointed. i asked a question, got not a single
> response. but you all have gone over & over & over & over & over &
> over & over the same things so many times. have you heard of the
> whiners group? i joined it before i started mt hood freecycle. i
> guess this is NOT the site to ask a question that you really need
> answered about a legitimate question. but if you want to debate a
> subject for ever & ever & ever & ever & ever this is where to go.


---------------------- Yahoo! Groups Sponsor --------------------~-->
Make a clean sweep of pop-up ads. Yahoo! Companion Toolbar.
Now with Pop-Up Blocker. Get it for free!
http://us.click.yahoo.com/L5YrjA/eSIIAA/yQLSAA/rcTolB/TM
--------------------------------------------------------------------~->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
```

FS086283

# EXHIBIT L

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

To: "'ennui'" <dark_ennui@yahoo.com>,
        "'freecyclemodsquad'" <freecyclemodsquad@yahoogroups.com>
From: "Kristal Polikoff" <krasch@pobox.com>
Date: Tue, 25 May 2004 12:53:05 -0500
Subject: RE: [freecyclemodsquad] WANTED: leather wrist and ankle straps, ball gag and leather mask as
a deterrent
Reply-To: <krasch@pobox.com>


Not on my list.... absolutely not on my list... there are TONS of lists to
get rid of that kind of stuff (I guess....)....


Kristal


        _____


From: ennui [mailto:dark_ennui@yahoo.com]
Sent: Tuesday, May 25, 2004 11:29 AM
To: freecyclemodsquad
Subject: RE: [freecyclemodsquad] WANTED: leather wrist and ankle straps,
ball gag and leather mask as a deterrent


> Even though Yahoo allows adult content, I would
> guess it would still go
> against the "keep it appropriate for all ages" rule.
>  And I'm not sure
> about others, but I don't think I'd feel comfortable
> with accepting
> freecycled adult toys...especially from
> strangers....<shudders>


eeeeewwwwww!  i didn't mean THAT!!  that's just...
just... well, WRONG!

i mean, and maybe i'm playing devil's advocate just a
TEENY bit here, but a lot of people would buy not-new
lingerie, adult magazines and videos on ebay or other
places - why wouldn't they freecycle them as well?

tethers and restraints and hogties and the like aren't
awful, and slappers and riding crops, etc. can be
sanitized.

no, i'm not trying to give you a headache, deron
(honest!) - i'm just curious and wondering if it's
ever been brought up!

-ennui.


=====
-ennui.
  moderating goddess, bakersfield, CA
  princess of the universe
  http://groups.yahoo.com/group/freecycle-bakersfield/
------------------------------
I love you as certain dark things are to be loved,
in secret, between the shadow and the soul.
- Pablo Neruda
------------------------------

FS086273

# EXHIBIT M

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**Nancy Castleman, 9/14/04 7:45 PM -0700, [freecyclemodsquad] Re: Need Your Opinion Pl**  1

```
To: freecyclemodsquad@yahoogroups.com
From: "Nancy Castleman" <MarcEisenson&NancyCastleman@goodadvicepress.com>
Date: Wed, 15 Sep 2004 02:45:54 -0000
Subject: [freecyclemodsquad] Re: Need Your Opinion Please + Good news for NGAs
```

It's fascinating what different takes on this (and everything else) we all have. I'd have let it go through, and maybe even volunteered my garden or grandkids as subjects. I focused on the member's interest in sharing, and thank my lucky stars that I wasn't born an artist. (No offense to the artists in our midst! It's just such a rough row to hoe in our culture.)

We had someone who wanted to do free astrology charts for members as a way to say thanks to the group. We thought about it and decided why not?! (She had a new software program she was happy to use, and sent them via email.) One of my co-mods went for it. I'm "too libra" for that I guess.

For the post in question to be advertising, it'd have to tell me when and where. An exhibition in December doesn't tell me enough for me to call it advertising. That doesn't mean deleting it was wrong! Especially since there's a history, you gotta trust your gut!

I've learned to put members on moderation when I have a feeling that they're not getting it. They don't seem to notice or mind it, I have more peace of mind, and my group has less grief. (I'm only talking about maybe 10 out of 1,200 people. But it's sure a troublesome 10!)

I'd never take the time to raise all the good questions Michael Hayes has about the post. I'd be afraid that they'd just end me up in a tangle with someone. Better to think about it, ask other mods, make a decision, and move on, imho. (When I've made bad decisions, I've openly said so, apologized, and been forgiven by our members.)

Y'all new group approvers got nothin' to worry about -- if you're still concerned, read Deron's last post again. ;~)
Nancy

```
"Michael Hughes" <hughesmr@m...> wrote:
> On the surface, this may be a good post.
> A few questions though;>
> 1. Why does she need to find a meet people to practice on when she
> has (or should have) a door, or window, or sidewalk, or street,
> or ..., that would work as well?
> 2. Has anyone responded to her?  If yes, what was the result of the
> visit.  You may need to canvas your group.
> 3. As others have pointed out, she opens with a couple of strong
> notices about an upcoming exhibition.  This adds Suspicion to her
> purpose.
> 4. Why is she practicing with an art form that is outside of her
> normal "style" if she is preparing for an exhibition.
> 5. If she has reasonable answers to these questions, the post may be
> alright.  I would suggest that to post this offer, you require
> removal of the part about an exhibition. Assistance with recovery
> from an accident, and the chance to meet new friends, should be
> motivation enough for people to take her up on her offer.  You might
> also post a note asking members that use her offered services
provide you with private feed back as to how she presented herself (as
> someone recovering from an accident?  As a salesperson?).


"vafree" <vtfree@m...  wrote:
After seeing the following post on my message board Monday morning.
```

FS094347

```
I wrote a polite note to the member telling her that advertising is
not allowed on Freecycle ... Was I wrong to delete the following post?
> > vafree FreeCycleGreenwoodSC
> > _____
> > Hi, I do a lot of artwork, and my broker set up an exhibition for
me this December, but the problem is that a while back I was in an
accident and damaged my wrists so I haven't done much work sience then
and I'm a little rusty. Therefor because I have an art show coming up
in December, and I need to brush up on some skills so I can finnish
what I was working on B4 the accident, it would be an honor if anyone
let me do a portrait of the family, the yard, or the family pet. Just
anything to practice with. Although my usual style is fantasy, I
dabble with all styles and SUJECT matter. I could do anything you
want, I just thought this would be a good way to practice while sharing.




--------------------- Yahoo! Groups Sponsor --------------------~-->
$9.95 domain names from Yahoo!. Register anything.
http://us.click.yahoo.com/J8kdrA/y20IAA/yQLSAA/rcTolB/TM
---------------------------------------------------------------~-->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/
```

FS094348

# EXHIBIT N

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**Karla, 5/30/05 4:12 PM -0700, Re: [freecyclemodsquad] I am on the fence with this one**                    1

```
To: <freecyclemodsquad@yahoogroups.com>
From: "Karla" <moonfairy41@comcast.net>
Date: Mon, 30 May 2005 16:12:10 -0700 (Pacific Daylight Time)
Subject: Re: [freecyclemodsquad] I am on the fence with this one?
```

Well, it's not a drug, and it's something a lot of people use. We have many
people who are small farmers, or breeders and of course diabetics and these
can really add up in cost. I would allow them. Dang where is she located, i
could use these myself..LOL
Karla

-------Original Message-------
I have a lady that wants to offer unused syringes - her son used to use
them for his medication (diabetes) but now does not use that medication
anymore.
What do I do?
Thanks,
Shelley


[Non-text portions of this message have been removed]


```
----------------------- Yahoo! Groups Sponsor --------------------~-->
What would our lives be like without music, dance, and theater?
Donate or volunteer in the arts today at Network for Good!
http://us.click.yahoo.com/MCfFmA/SOnJAA/E2hLAA/rcTolB/TM
--------------------------------------------------------------------~->
```

Report news articles:       newswire@freecycle.org
Contact your GOA:         http://freecycle.org/faq_mod.php
Contact ModSquad Mods:    freecyclemodsquad-owner@yahoogroups.com

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

FS115056

# EXHIBIT O

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

```
To: freecyclemodsquad@yahoogroups.com
From: "somedayhomefree" <somedayhomefree@yahoo.com>
Date: Tue, 31 May 2005 04:48:10 -0000
Subject: [freecyclemodsquad] Re: Arrows must be considered weapons, not necessarily the bows, though

Kitchen knives can be used as weapons too. We still allow them.
Ultimately its the users that decide what use things go to. Guns, bows
& arrows; and knives dont kill people. People kill people.


--- In freecyclemodsquad@yahoogroups.com, "tracidale" <tracidale@y...>
wrote:
> While *I* don't personally consider bow and arrows to be weapons,
> here's the official stance on this issue from Deron's post #6380...
> pasted below.  (There's a whole bunch of good answers to things like
> this in the database...called Deron's responses or something like
> that.)
>
> traci-dale in Poquoson, VA
> .........................
>
> From: "Deron Beal" <deron@>
> Date: Wed Aug 4, 2004  3:52 pm
> Subject: Re: [freecyclemodsquad] in reference to posting of firearms
> and weapons  deronbeal
>  Offline
>  Send Email
>
> The main rule in the freecycle rule was created for just such cases:
>
> 'Keep it free, legal & appropriate for all ages."
>
> This means no alcohol, tobacco, firearms, pornography, drugs, etc.
> If your 4-year-old can't play with it (or perhaps worse: your 14
> year old),
> it shouldn't be posted....
>
> Dems da rules.
> Deron




----------------------- Yahoo! Groups Sponsor --------------------~-->
Ever feel sad or cry for no reason at all?
Depression. Narrated by Kate Hudson.
http://us.click.yahoo.com/LLQ_sC/esnJAA/E2hLAA/rcTolB/TM
---------------------------------------------------------------------~->

Report news articles:      newswire@freecycle.org
Contact your GOA:          http://freecycle.org/faq_mod.php
Contact ModSquad Mods:     freecyclemodsquad-owner@yahoogroups.com

_____
Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
_____

Yahoo! Groups Links
```

FS115080

```
<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/
```

FS115081

```
To: freecyclemodsquad@yahoogroups.com
From: "jackie" <jackiebreeze@yahoo.com>
Date: Tue, 31 May 2005 05:07:17 -0000
Subject: [freecyclemodsquad] Re: Arrows must be considered weapons, not necessarily the bows, though


Where I live, hunters use bow and arrows to kill deers, so they are
weapons here in my neck of the woods.  A bow and arrow is not
something I would want my child (or any child) getting off of
Freecycle.


--- In freecyclemodsquad@yahoogroups.com, "somedayhomefree"
<somedayhomefree@y...> wrote:
> Kitchen knives can be used as weapons too. We still allow them.
> Ultimately its the users that decide what use things go to. Guns,
bows
> & arrows; and knives dont kill people. People kill people.
>
>
> --- In freecyclemodsquad@yahoogroups.com, "tracidale"
<tracidale@y...>
> wrote:
> > While *I* don't personally consider bow and arrows to be weapons,
> > here's the official stance on this issue from Deron's post
#6380...
> > pasted below.  (There's a whole bunch of good answers to things
like
> > this in the database...called Deron's responses or something like
> > that.)
> >
> > traci-dale in Poquoson, VA
> > ........................
> >
> > From: "Deron Beal" <deron@>
> > Date: Wed Aug 4, 2004  3:52 pm
> > Subject: Re: [freecyclemodsquad] in reference to posting of
firearms
> > and weapons  deronbeal
> >  Offline
> >  Send Email
> >
> > The main rule in the freecycle rule was created for just such
cases:
> >
> > 'Keep it free, legal & appropriate for all ages."
> >
> > This means no alcohol, tobacco, firearms, pornography, drugs, etc.
> > If your 4-year-old can't play with it (or perhaps worse: your 14
> > year old),
> > it shouldn't be posted....
> >
> > Dems da rules.
> > Deron



---------------------- Yahoo! Groups Sponsor --------------------~-->
What would our lives be like without music, dance, and theater?
Donate or volunteer in the arts today at Network for Good!
http://us.click.yahoo.com/MCfFmA/SOnJAA/E2hLAA/rcTolB/TM
---------------------------------------------------------------~-->
```

FS115082

```
Report news articles:        newswire@freecycle.org
Contact your GOA:            http://freecycle.org/faq_mod.php
Contact ModSquad Mods:       freecyclemodsquad-owner@yahoogroups.com
```

```
Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
```

```
Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/
```

FS115083

**Jeff, 5/30/05 10:18 PM -0700, Re: [freecyclemodsquad] Arrows must be considered weapo**    1

```
To: <freecyclemodsquad@yahoogroups.com>
From: "Jeff" <whitelitr@gmail.com>
Date: Tue, 31 May 2005 01:18:26 -0400
Subject: RE: [freecyclemodsquad] Arrows must be considered weapons, not necessarily the bows, though
```

Well....but that strict an interpretation of the rules would eliminate a
great many things that we commonly see (such as the car that my roomie and I
gave away in Dec)  Let's not forget that you see archery equipment at Cub
Scout and Brownie functions (Cubs start at 7..I dunno about Brownies).  I
think this gets back to us acting as Police instead of facilitators.  We
need to consider that the people that we are dealing with are adults...

Just my $0.005 (after taxes)


Jeff
LynchburgFreeCycle
Lynchburg, VA


-----Original Message-----
From: freecyclemodsquad@yahoogroups.com
[mailto:freecyclemodsquad@yahoogroups.com] On Behalf Of tracidale
Sent: Tuesday, 31 May, 2005 00:07
To: freecyclemodsquad@yahoogroups.com
Subject: [freecyclemodsquad] Arrows must be considered weapons, not
necessarily the bows, though

While *I* don't personally consider bow and arrows to be weapons, here's the
official stance on this issue from Deron's post #6380...
pasted below.  (There's a whole bunch of good answers to things like this in
the database...called Deron's responses or something like
that.)

traci-dale in Poquoson, VA
........................

From: "Deron Beal" <deron@...>
Date: Wed Aug 4, 2004  3:52 pm
Subject: Re: [freecyclemodsquad] in reference to posting of firearms and
weapons  deronbeal  Offline  Send Email

The main rule in the freecycle rule was created for just such cases:

'Keep it free, legal & appropriate for all ages."

This means no alcohol, tobacco, firearms, pornography, drugs, etc.
If your 4-year-old can't play with it (or perhaps worse: your 14 year old),
it shouldn't be posted....


Dems da rules.
Deron

```

----------------------- Yahoo! Groups Sponsor ---------------------~--> Has
someone you know been affected by illness or disease?
Network for Good is THE place to support health awareness efforts!
http://us.click.yahoo.com/OCfFmA/UOnJAA/E2hLAA/rcTolB/TM
----------------------------------------------------------------~-->

FS115084

```
Report news articles:          newswire@freecycle.org
Contact your GOA:              http://freecycle.org/faq_mod.php
Contact ModSquad Mods:    freecyclemodsquad-owner@yahoogroups.com
```

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in
the United States and/or other countries.

Yahoo! Groups Links

---------------------- Yahoo! Groups Sponsor --------------------~-->
What would our lives be like without music, dance, and theater?
Donate or volunteer in the arts today at Network for Good!
http://us.click.yahoo.com/MCfFmA/SOnJAA/E2hLAA/rcTolB/TM
--------------------------------------------------------------------~->

```
Report news articles:          newswire@freecycle.org
Contact your GOA:              http://freecycle.org/faq_mod.php
Contact ModSquad Mods:    freecyclemodsquad-owner@yahoogroups.com
```

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

FS115085

**Tim Oey, 5/30/05 10:25 PM -0700, Re: [freecyclemodsquad] Arrows, etc.**                    1

```
To: freecyclemodsquad@yahoogroups.com
From: Tim Oey <timoey@yahoo.com>
Date: Mon, 30 May 2005 22:25:37 -0700
Subject: Re: [freecyclemodsquad] Arrows, etc.
```

Free & Legal are clear and straight forward to follow.

The "appropriate for all ages" must be used with adult discretion because if followed strictly, we should shut down Freecycle.

For instance all of the following are forbidden if we really follow "appropriate for all ages" as a hard and fast rule:
- computers
- ladders
- all tools (power and hand tools including scissors)
- all small items that could be swallowed
- base ball bats
- all solvents, paints, insecticides, soaps, chemicals, etc
- cars and other motor vehicles
- boats
- most things that use batteries or electricity
- firewood
- sewing supplies
- pens
- pencils
- pets
- most toys
- most books (the chewable ones for babies would be ok)
- even pillows (dangerous for babies)
- etc

I personally stick to prohibiting alcohol, tobacco, firearms, pornography, prescription drugs, and other things that have legal implications that cannot be readily handled within Freecycle. (Motor vehicles are an area where I am more lenient).

For the record, I'd allow the archery stuff as well as kitchen knives.

Cheers,
Tim
Sunnyvale, CA


```
---------------------- Yahoo! Groups Sponsor --------------------~-->
Does he tell you he loves you when he's hitting you?
Abuse. Narrated by Halle Berry.
http://us.click.yahoo.com/aFQ_rC/isnJAA/E2hLAA/rcTolB/TM
--------------------------------------------------------------------~-->
```

Report news articles:        newswire@freecycle.org
Contact your GOA:            http://freecycle.org/faq_mod.php
Contact ModSquad Mods:       freecyclemodsquad-owner@yahoogroups.com

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

**Printed for Tim Oey <oey@post.harvard.edu>**                    1

```
Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/
```

FS115087

# EXHIBIT P

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**freecyclederon, 5/31/05 9:12 AM -0700, [freecyclemodsquad] Re: Archery Equipment**                    1

```
To: freecyclemodsquad@yahoogroups.com
From: "freecyclederon" <deron@freecycle.org>
Date: Tue, 31 May 2005 16:12:45 -0000
Subject: [freecyclemodsquad] Re: Archery Equipment
```

Charmaine,
Thanks for asking. As you can probably guess, we will have to
quickly nip this conversation in the bud. As you know, eveyone will
have a different opinion as to what are nice sports vs. weapons vs.
evil vs. good, etc. So, everyone, please all resist the urge to post
on this as we'll just delete further posts.

It doesn't matter what you think of archery or of guns or of Boy
Scout knives or pointy-tipped scissors. We are a tiny little
nonprofit which simply can't afford the liabilty risk in any of
these cases. Round tipped scissors? Maybe...

Help us keep local groups "free, legal & appropriate for all ages."
This goes well beyond "legal" and gives the local moderator the
mandate to not allow posts of items which may be legal, but not
appropriate for a two-year old, or for some teens for that matter,
etc.

The Freecycle Network has absolutely no stance on hunting, weapons,
porn or pointy-tipped scissors. Just shouldn't risk it on The
Freecycle Network.

Thanks for asking...
Deron

--- In freecyclemodsquad@yahoogroups.com, "Charmaine Jensen"
<charmainejensen@s...> wrote:
> Good Evening Mods,
>
> Are any mods in this group familiar with Archery as a sport and
with Archery Clubs...  if you are, then you are familiar with
Archery Bow and Arrows....
>

```
---------------------- Yahoo! Groups Sponsor ---------------------~-->
In low income neighborhoods, 84% do not own computers.
At Network for Good, help bridge the Digital Divide!
http://us.click.yahoo.com/HO7EnA/3MnJAA/E2hLAA/rcTolB/TM
------------------------------------------------------------------~-->
```

```
Report news articles:          newswire@freecycle.org
Contact your GOA:       http://freecycle.org/faq_mod.php
Contact ModSquad Mods:   freecyclemodsquad-owner@yahoogroups.com
```

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

FS115127

# EXHIBIT Q

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

```
To: freecyclemodsquad@yahoogroups.com
From: "deronbeal" <deron1@worldlinkisp.com>
Date: Mon, 31 May 2004 23:19:46 -0000
Subject: [freecyclemodsquad] IDEA: new group only with a mentor mod's help
```

Hey all,
I'd like your input on an idea. I'd like to suggest that there be a
new limitation on new groups being set up that they must first find a
mod in the same state willing to mentor them. This would remove a lot
of the simple questions from the modsquad and would distribute them
over all the mods pretty much geographically equally.

This in combo with a FAQ's blog & the file section of the mod squad
should remove a lot of extemporaneous stuff from the modsquad board.

Current problems it addresses:
1) Lots of repeat simple questions to all of us on modsquad
2) One new mod currently can still start up several new groups at
once and it ends up a mess.
3) A new mod is pretty much on their own now.
4) The new mod seeking out a neighboring mod, puts the onus on the
new mod to find someone rather than on experienced mods all to
respond to new mod questions.
5) It will require a teensie bit extra work and commitment from new
mods before "just setting a group up for the heck of it" and then
leaving town or something.
6) It assures that a new mod has a helping guiding hand early on.
7) Geographic overlap problem: a neighboring mod will know best if
there is overlap and nip this in the bud.
8) It would save me a world of grief with new maverick groups popping
up all over the place and getting mad and confused with each other
and me.

How it would work:
Interested person goes to freecycle.org and clicks on "Set up your
own group." There it would still have detailed instructions
including to look and make sure your area doesn't have a group. Then
it would say "all new mods must have a sponsor mod or mentor mod from
an existing group who actually gets them the link from Deron to their
group." To find a mentor please find the closest group to your own
under this link (link takes them to the group link list). To get the
mentor mod e-mail address, take the nearest group's name, for
example, "freecyclespringfield" and turn it into an e-mail address by
adding
  -owner@freecycle.org to make the complete e-mail
freecyclespringfield-owner@yahoogroups.com. Then e-mail your neighbor
mod and ask if they will mentor you. If they say yes, they can help
out with the little stuff and *the experienced mod* let's Deron know
about the new link.

This is the basic idea. I've had some real problem cases set up
groups lately. Often it's a kid or someone who doesn't care much
about the whole thing and it leads to much trouble and work for me
and whoever is helping me add new links.

What do you think?
Deron


---------------------- Yahoo! Groups Sponsor --------------------~-->
Yahoo! Domains - Claim yours for only $14.70

FS086529

# EXHIBIT R

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**Deron Beal, 9/6/04 9:33 PM -0700, Volunteer approval folk worldwide**                    1

```
From: "Deron Beal" <deron@freecycle.org>
To: "Rob Skelton (Melbourne, Australia)" <searchfreak@hotmail.com>,
        <leilasha@yahoo.com>,
        "Nicolas Auvillain(Lueven Belgium)" <nauvillain@spss.com>,
        <ayrtonleite2004@yahoo.com>, <synergy@canada.com>, <egs@tcm.com>,
        <freecycle@christianboutin.com>, <mmouse@sasktel.net>,
        "Ruhi Zandra(Xian China)" <livesinchina@yahoo.com>,
        <mcifrova@telus.net>, <palnatoke@gmail.com>,
        <moniquewil62@yahoo.com>,
        "Thomas Pradel" <Thomas.Pradel@t-online.de>,
        "Priyankha (India)" <indiafreecycle@yahoo.com>,
        "Assaf Harel(Tel Aviv Israel)" <AssafH@metalinkBB.com>,
        "Thomas Amundrud (Osaka Japan)" <tamundrud@yahoo.com>,
        <kellyyoungberg@earthlink.net>,
        "Jason Tanner(Kuala Lumpur Malaysia)" <bluekiss_wwjd@yahoo.com>,
        "Richard-Winchester (Christchurch New Zealand)" <richard-winchester@ihug.co.nz>,
        <themarketingconsultant022992@yahoo.com>, <dorutrip@rdslink.ro>,
        <petersonax@mail.ru>, <laura.thomson@gmail.com>,
        "Diane Chang" <artp9293@nus.edu.sg>, <kangmi@sbcglobal.net>,
        "Clive Read(Javea Spain)" <cliver@mercuryin.es>,
        <freecyclegeneve@yahoo.fr>, <coldplayer_number1@yahoo.com>,
        <asankar@fans.uwi.tt>, "Ashley Hooper" <ash_hooper@yahoo.com>,
        <SthrnTami@AOL.com>, <shana@aidensigloo.com>,
        <sagemoonspirit@yahoo.com>, <jeff@freecycle.org>,
        "Tim Oey (Sunnyvale, CA)" <timoey@yahoo.com>, <bogidu@yahoo.com>,
        "Deanna (Manchester CT)" <smileydee38@sbcglobal.net>,
        <fcdcmod1@yahoo.com>, <amuller@dca.net>,
        "Michele (Miami FL)" <FreecycleMiami@aol.com>, <cyn@technomom.com>,
        "Madhu Lundquist (Honolulu)" <madhu@madhuprem.com>,
        "Diane Waters (Boise, ID)" <imahappywoman@aol.com>,
        <Freecycle60914@yahoo.com>,
        "Shadow Graphics(Lafayette IN)" <ruzich@iquest.net>,
        <robync0870@yahoo.com>, "Elva (Wichita, KS)" <dne2321@cox.net>,
        <stacyleewheeler@yahoo.com>,
        "Rachel Nicolosi (New Orleans, LA)" <singlywhispering@yahoo.com>,
        <gowriterotica@yahoo.com>, <proudfirefighter@yahoo.com>,
        <zachsmom@iname.com>, <recyclemi@yahoo.com>,
        "Dean Cummings" <deancummings@usa.net>, <freecycle@bitparts.org>,
        <themagicattic@comcast.net>, <tbarrett5@nc.rr.com>,
        <talya45@yahoo.com>, <Phyllis@SteveBrownSellsHomes.com>,
        <macbeth@cybernex.net>, <terrilnd@yahoo.com>,
        "Deborah (Las Vegas NV)" <freecyclevegas@aol.com>,
        <PastorBelieversUnited@yahoo.com>,
        "Daphne Harris(MountVernon OH)" <daffknee_2000@yahoo.com>,
        <surfer2@cinci.rr.com>, <emiliz@sbcglobal.net>,
        <johnbartley3@yahoo.com>, <meenal@markis.com>,
        <freecycleprovidence@yahoo.com>, <eb@2323.us>,
        <breez@shadewescompany.com>, <timsolady@yahoo.com>,
        <dbneeley@yahoo.com>, <spiritualpathways@yahoo.com>,
        "Susan Reynolds (Dulles Corridor)" <studio@susanreynolds.com>,
        "Lee Butler (Burlington VT)" <leebutlerphoto@msn.com>,
        "Martha P. Blake" <freecycle@gorgeweb.com>, <DorothyK@Charter.net>,
        <globalimpact@lazerage.com>, <SylviaRN@canada.com>
Cc: "Jeff Davis" <jeff@greenbicycle.net>
Subject: Volunteer approval folk worldwide
Date: Mon, 6 Sep 2004 21:33:35 -0700

Hi Guys,
Most of you stuck your name on the volunteer list for approving new groups
in your state. We are going live with this as of midnight on Friday, believe
it or not. Thanks to all of you. You will be changing my life and the lives
of 3 or 4 mods like yourself who are currently doing everything for all new
```

FS143099

group links and we are quite tired, I assure you. Split up by state or
country though this will be pretty easy stuff.

A couple of you, particularly in non-North American countries got randomly
selected by me because we didn't have someone knowledgeable volunteer in
your country. We need your expertise to click on the ok button so that we
don't have duplicate groups. If this ok by you just wait until you get an
approval e-mail and if there is no overlap, then approve it.

Actual detailed instructions will be in the approval e-mail which you
receive.

Basically you will have three links to choose from: approve, don't approve
or edit first.
You'll need to make sure the new group actually exists, doesn't overlap with
a current group, that their data was input correctly and the
ersatzfriend@freecycle.org is a co-owner of the group.

That's it in a nutshell. Starting this weekend you'll be getting your first
e-mail or two....
Please do not respond to this e-mail unless you absolutely have to...
Thanks oodles,

Deron
The Freecycle Network

FS143100

# EXHIBIT S

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**FreecycleSNGA Moderator, 9/17/04 8:34 AM -0700, Welcome to FreecycleSNGA**                    1

```
Date: 17 Sep 2004 15:34:14 -0000
From: FreecycleSNGA Moderator <FreecycleSNGA-owner@yahoogroups.com>
To: timoey@yahoo.com
Subject: Welcome to FreecycleSNGA
```

Hello,

Welcome to the FreecycleSNGA group at Yahoo! Groups, a
free, easy-to-use email group service. Please
take a moment to review this message.

To learn more about the FreecycleSNGA group, please visit
http://groups.yahoo.com/group/FreecycleSNGA

To start sending messages to members of this group, simply
send email to
FreecycleSNGA@yahoogroups.com

If you do not wish to belong to FreecycleSNGA, you may
unsubscribe by sending an email to
FreecycleSNGA-unsubscribe@yahoogroups.com

To see and modify all of your groups, go to
http://groups.yahoo.com/mygroups


Regards,

Moderator, FreecycleSNGA



Your use of Yahoo! Groups is subject to http://docs.yahoo.com/info/terms/

FS075006

# EXHIBIT T

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**newgroup@freecycle.org, 9/25/04 6:21 PM -0700, Please confirm new Freecycle Group: Oa**    1

```
To: timcafc@oeyweb.com
Subject:  Please confirm new Freecycle Group: OakhurstFreecycle
From: newgroup@freecycle.org
Date: Sat, 25 Sep 2004 18:21:14 -0700 (PDT)
```

Dear Volunteer State Approver Moderator,

How's that for a long title? Thank you for volunteering to make sure the new groups desired in your state are OK before approving the actual link on freecycle.org. In general, we want to make sure a couple of things are in order before linking to them. Here's some stuff to check out.

Do their existing neighbor groups feel that there is no overlap or that any overlap is nominal and ok? The existing groups, of course, have priority. This may not always be a cut and dry issue. An existing group may be way too big, say covering an entire region (no longer allowed) and may need to start splitting their group up. However, even if they do, it's their prerogative whether they set up their own smaller groups or whether they accept the new group as one of these new smaller groups

More size stuff to consider. Any new group larger than one county should automatically be denied as too large. Some counties also have 2 million people and are too large for one group too. Ask yourself, or an existing neighbor moderator: Are there at least two geographically separated cities in the county with at least 30,000 people each in population? Then there may need to be two groups for that county. That's kind of the lower size limit for county vs. city groups.

Talk to the neighbor mod: a) to get his/her ok, b) to ask if they'd like to offer their help as as an outside mentor for a while just to help the new group get going. By all means give the neighbor mod the new mod's e-mail address and name in order to get in touch if they agree to help.
Contact the state moderator group: If you are uncertain about a group, you may want to contact your state moderator group as well. These groups are all listed on the freecyclemodsquad yahoo group under databases and is called something like "State/Province/Country moderator groups."
Check for typos. You are the final approver of all groups for your state. If there is a typo in their application, your clicking on "approve" will add a false link to the webpage or it will be added under AZ instead of under the state Arizona. Here are things to look out for:

1) Make sure their state is spelled out and is correctly spelled.

2) Make sure their group link is correct and that the group actually is up and running according to Freecycle standards. Help them get the logo up and some decent text perhaps. By all means contact them directly with questions.

4) Make sure that they have made ersatzfriend@freecycle.org a member. Make sure that they know how to do this. They need to go to Members section, then click on Invite new members, then at the bottom of that page click on "Add a member". Make really, really sure that they don't try to invite this address to join as no one reads this e-mail. Once they have added this backup member, then can send an e-mail to ruzich@iquest.net and I'll add in the Yahoo ID / profile for this address and then they can promote it to co-owner. Having a backup co-owner saves us volunteers at "freecycle central" a lot of work when an owner is locked out of their own group by yahoo or when an owner simply disappears or leaves town. Otherwise we are left to set up a whole new parallel group and notify all members (talk about a time-consuming pain in the rumpus?).

So, now you've basically done all your homework and may click on the razzle dazzle button below.  Once you have, they will receive an approved e-mail and invitation to join the freecyclemodsquad. They will also be advised that there are state moderator groups for more informal forums to discuss issues, exchange press releases, etc.

Thanks for doing this special part of freecycling. I can't tell you how much I appreciate it?

Deron

PS: Got a question? I recommend you first ask Amanda, aka DustyDeviate, at newgroup@freecycle.org. If you still are unclear a week later, then ask me at deron@freecycle.org. Thanks again!

FS155695

Use this link to modify, approve or reject this group:
        http://freecycle.org/approve.php?code=hohqqsqetdyr

Information about this new group:
http://groups.yahoo.com/group/OakhurstFreecycle
City or County: Oakhurst
State or Province: California
Country: US
Region: US West Coast
Moderator: Cheryce
Moderator email : cheryce32@sti.net

FS155696

# EXHIBIT U

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**Tim Oey, 10/14/04 12:02 AM -0700, Fwd: Please confirm new Freecycle Group: OakhurstF**          1

```
Date: Thu, 14 Oct 2004 00:02:29 -0700
To: cheryce32@sti.net, OakhurstFreecycle-owner@yahoogroups.com
From: Tim Oey <timcafc@oeyweb.com>
Subject: Fwd: Please confirm new Freecycle Group: OakhurstFreecycle
```

Hi,

Thanks for your interest in establishing a new Freecycle group!  Freecycle counts on enthusiastic yet gentle moderators to help their communities.

To get your new Freecycle Group approved, please update your group as follows:
- Pick ONE city/town/zip code to center your Freecycle Group on (your group is not limited to just that one city, it serves everyone who is near enough that they want to join your group -- which could be one or more counties even)
- Put a link to http://freecycle.org/ on your group's home page
- Specify your group's center most zip code, city/town, county, state, and country on your group's home page
- Disallow email attachments
- Set message moderation to "Posts from new members require approval" (or alternatively "Unmoderated")
- Have a *plain text* welcome message and file that discusses Freecycle Etiquette
- Make the member list viewable by members so that they can see who the moderators are
- Directly add "ersatzfriend@freecycle.org" to your member list (Go to Invite and click the "Add" link near the bottom) and make that ersatzfriend a moderator with full privileges. Also set this member to no email and no moderator notices.
- Directly add "timcafc@oeyweb.com" to your member list as a normal member so I can check on your group (do NOT make me a moderator).

Please let me know when your group has done all of the above and I'll come and check it out. Thanks!

See:
http://groups.yahoo.com/group/freecyclesunnyvale/files/Notices/
http://groups.yahoo.com/group/freecyclesunnyvale/files/Moderators/
for more helpful info.

Cheers,
Tim
Freecycle New Group Approver for California

------------------------------


```
To: timcafc@oeyweb.com
Subject:  Please confirm new Freecycle Group: OakhurstFreecycle
From: newgroup@freecycle.org
Date: Sat, 25 Sep 2004 18:21:14 -0700 (PDT)
```


Dear Volunteer State Approver Moderator,

How's that for a long title? Thank you for volunteering to make sure the new groups desired in your state are OK before approving the actual link on freecycle.org. In general, we want to make sure a couple of things are in order before linking to them. Here's some stuff to check out.

Do their existing neighbor groups feel that there is no overlap or that any overlap is nominal and ok? The existing groups, of course, have priority. This may not always be a cut and dry issue. An existing group may be way too big, say covering an entire region (no longer allowed) and may need to start splitting their group up. However, even if they do, it's their prerogative whether they set up their own smaller groups or whether they accept the new group as one of these new smaller groups

FS155713

More size stuff to consider. Any new group larger than one county should automatically be denied as too large. Some counties also have 2 million people and are too large for one group too. Ask yourself, or an existing neighbor moderator: Are there at least two geographically separated cities in the county with at least 30,000 people each in population? Then there may need to be two groups for that county. That's kind of the lower size limit for county vs. city groups.

Talk to the neighbor mod: a) to get his/her ok, b) to ask if they'd like to offer their help as as an outside mentor for a while just to help the new group get going. By all means give the neighbor mod the new mod's e-mail address and name in order to get in touch if they agree to help. Contact the state moderator group: If you are uncertain about a group, you may want to contact your state moderator group as well. These groups are all listed on the freecyclemodsquad yahoo group under databases and is called something like "State/Province/Country moderator groups." Check for typos. You are the final approver of all groups for your state. If there is a typo in their application, your clicking on "approve" will add a false link to the webpage or it will be added under AZ instead of under the state Arizona. Here are things to look out for:

1) Make sure their state is spelled out and is correctly spelled.

2) Make sure their group link is correct and that the group actually is up and running according to Freecycle standards. Help them get the logo up and some decent text perhaps. By all means contact them directly with questions.

4) Make sure that they have made ersatzfriend@freecycle.org a member. Make sure that they know how to do this. They need to go to Members section, then click on Invite new members, then at the bottom of that page click on "Add a member". Make really, really sure that they don't try to invite this address to join as no one reads this e-mail. Once they have added this backup member, then can send an e-mail to ruzich@iquest.net and I'll add in the Yahoo ID / profile for this address and then they can promote it to co-owner. Having a backup co-owner saves us volunteers at "freecycle central" a lot of work when an owner is locked out of their own group by yahoo or when an owner simply disappears or leaves town. Otherwise we are left to set up a whole new parallel group and notify all members (talk about a time-consuming pain in the rumpus?).

Information about this new group:
http://groups.yahoo.com/group/OakhurstFreecycle
City or County: Oakhurst
State or Province: California
Country: US
Region: US West Coast
Moderator: Cheryce
Moderator email : cheryce32@sti.net

FS155714