# EXHIBIT PP

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

Dockets.Justia.com

**chandan mishra, 9/17/05 2:52 AM -0700, [Bulk] FW: Why we asked Tim Oey to resign**                    1

From: "chandan mishra" <chandan@hotmail.com>
To: <timoey@yahoo.com>
Subject: [Bulk] FW: Why we asked Tim Oey to resign
Date: Sat, 17 Sep 2005 02:52:38 -0700

Hi Tim,
I would like to know your side of story.


Thanks,
Chandan


-----Original Message-----
From: notify@yahoogroups.com [mailto:notify@yahoogroups.com] On Behalf Of
Paula
Sent: Friday, September 16, 2005 8:42 PM
To: chandan@hotmail.com
Subject: Why we asked Tim Oey to resign

Dear Owner and Mods,

Unfortunately, today I had to ask Tim Oey to step down as a moderator of
your group.  A copy of the actual letter to him stating the reasons follows
at the bottom of this note.

This is not intended as any reflection upon your group and we sincerely hope
you will continue to run your list in the same manner as you have in the
past.  We value you and the hard work you do on behalf of your community,
the planet and Freecycle.

It is my hope that Tim will remove himself as a moderator of your group and
all will continue as it has been.  If he chooses not to step down, then I
would ask that he be removed as a moderator.

If you would contact me and let me know that you have received this note and
share your thoughts with me I would greatly appreciate it.

All the best,
Paula
California Group Outreach and Assiatance Team Member

Be kind to each other.
www.freecycle.org

FreecycleT and the FreecycleT logo are trademarks of The FreecycleT Network
in the United States and/or other countries.

_____

Copy of my letter to Tim Oey:

Tim,

As a volunteer representative of The FreecycleT Network you have publicly
requested that members actively campaign against  the organization obtaining
the Trademark it has filed for.  The following are quotes from your post:

"The best way to keep freecycle in the public domain is for as many people
and groups as possible to continue to use the term generically.

If you feel that the term freecycle is generic, you can let the USPTO know
by sending a letter to:
Commissioner Of Trademarks" (address followed)

---

FS138904

"Yahoo listens to its customers, so if folks complain about groups being
deleted for use of the term "freecycling" than members/moderators of those
groups should complain to Yahoo "(email address followed)

This is contrary to the mission of this organization to keep the trademark
free from external corporate use and solely open to local members of The
FreecycleT Network.   Therefore, I must ask that you step down as
the  as
a moderator of the Freecycle Sunnyvale list.  I would appreciate your
cooperation as soon as possible and confirming that you have done so.

Sincerely,
Paula

Be kind to each other.
www.freecycle.org

FreecycleT and the FreecycleT logo are trademarks of The FreecycleT Network
in the United States and/or other countries.

FS138905

# EXHIBIT QQ

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

```
Date: Fri, 23 Sep 2005 18:11:13 -0400 (EDT)
Subject: Re: Trademark Issues
From: "Paula" <california@freecycle.org>
To: "Paula" <california@freecycle.org>
Cc: "Tim Oey" <oey@post.harvard.edu>,
   freecyclesunnyvale-owner@yahoogroups.com, deron@freecycle.org,
   chandan@hotmail.com, jjtrader@yahoo.com
```

Tim,

Having reached the deadline and not having  received a reply from you, I
have asked that the Sunnyvale link be removed from the Freecycle.org page.

I am truly sorry this has become necessary.

All the best,
Paula

Be kind to each other.
www.freecycle.org

Freecycle˙ and the Freecycle˙ logo are trademarks of The Freecycle˙
Network in the United States and/or other countries.

> Tim,
>
> Once again I apologize for not getting back to you sooner, but life seems
> to keep throwing me curves.  Hopefully this has allowed you and the other
> mods more time to discuss things.
>
> As far as I am aware there was never any moderation of your posts on
> either the Modsquad or the OIDG lists concerning your opinions about the
> path  the Freecycle˙ Network should take.  The issue of having
> Ersatzfriend as an co-owner of the groups is very different from the
> trademark filing.  The trademark filing pertains to a legal issue, and
> thus is a matter for the Executive Director and the Board of Directors to
> determine, not the mods of the various lists.
>
> It is standard procedure for non-profit companies to protect their names,
> and apply for the available trademarks, etc...  There has been no
> deviation from this plan for Freecycle˙, and it's been clearly stated
> publically for many months now.  Out of respect for your feelings for the
> purpose of this group, and your knowledge of the limited means to defend
> this interest, I sincerely hope you will reconsider pursuing a legal case
> against the trademark application.
>
> Tim,  I must respectfully ask once again, that you agree to relinquish
> your position as a moderator based on your continued stance against the
> pending trademark application and your instigation of a campaign to such
> an end.  As this discussion could conceivably go on for an extended period
> of time, we need to ask for your reply by Friday at 3:00 PM local time.
>
> You asked what would happen if you and your fellow mods do not agree to
> this request.  We only have one option available, and that is to remove
> the link for the Sunnyvale list to the freecycle.org site.  If that were
> to happen we would also ask that all references to Freecycle˙ be removed.
> We all hope this will not become necessary.
>
> This is a very unhappy situation for everyone involved, and I personally
> am very sorry that it has come to this, but there are often consequences
> to our actions, and your actions have resulted in this situation.
>

FS138960

**Paula, 9/23/05 3:11 PM -0700, Re: Trademark Issues**

2

> Please let me know your decision at your earliest convenience.  I have
> cced the owners list and Chandon and Jason on this letter so they will
> have all the available information first hand.
>
> Fondly,
> Paula
>
> Be kind to each other.
> www.freecycle.org
>
> Freecycle˙ and the Freecycle˙ logo are trademarks of The Freecycle˙
> Network in the United States and/or other countries.
>
>> Hi Paula,
>>
>> This is likely to take more than a few days to talk out with my
>> co-moderators as they don't seem to be checking their emails or
>> responding
>> as quickly as I do.
>>
>> How about 2 weeks time?
>>
>> And, what happens then if I do not resign?
>>
>> And, what if the other moderators and/or members of the
>> freecyclesunnyvale
>> group do not want me to resign?
>>
>> The trademark discussion was shut down by Deron on freecycle discussion
>> lists before any real information was shared and considered -- unlike
>> the
>> discussion on ErsatzFriend (EF) -- where the moderators ended up voting
>> for making EF optional (which is the side I strongly supported).
>>
>> I can see that Deron does not want to engage in any discussion in this
>> area as he has firmly made up his mind. Which is most unfortunate
>> because
>> the path he is going down has a number of consequences he is not going
>> to
>> like in the long run.  It is  quite similar to the mistakes that were
>> originally made when EF was first set up.
>>
>> My alternative also has consequences but I firmly believe that it is a
>> much better choice for The Freecycle Network (TFN) in the long run.
>>
>> I also believe that it is very unfair of TFN to judge people based on
>> outside free speech. As long as moderators are not doing anything
>> illegal,
>> they should just let it go.  There are many who are afraid to discuss
>> their views simply because they have seen that whoever does gets
>> blacklisted and get kicked out of the network. This certainly confirms
>> their fears.
>>
>> Sincerely,
>> Tim
>>
>>
>> At 4:10 PM -0400 9/19/05, Paula wrote:
>>>Tim,
>>>
>>>I'm sorry for the delay in responding to you, I was not feeling well
>>> over

**Printed for Tim Oey <oey@post.harvard.edu>**

2

FS138961

**Paula, 9/23/05 3:11 PM -0700, Re: Trademark Issues**

>>>the week-end and did not get to most of my email until this morning.
>>>
>>>You asked if I really believed this was right. I have to say that I do
>>>think you over-stepped the boundaries of acceptable behavior when you
>>>solicited letters to the USPTO to stop the trademark application from
>>>being approved. And I appreciate the fact that you posted in on the
>>>Freecyclenext list, which is now a quasi official group. But there are
>>>still many freecycle members there, and it was sent to FCN as some of
>>> them
>>>were very concerned with your request. And we do not control who
>>> belongs
>>>to what groups within Freecycle, let alone anywhere else.
>>>
>>>You know dissenting viewpoints are accepted and acknowledged. And no,
>>> we
>>>don't expect only good things to be said about FCN. This is a very
>>>organization and thus changes rapidly, as new people join and new groups
>>>are formed.
>>>
>>>The Sunnyvale list is and has been a fine example of what a Freecycle
>>> list
>>>should be. You know that! You created it and nurtured it, and it is
>>>vibrant and healthy. And you know I am forever greatful that you also
>>>brought me into the FCN community and nurtured me as well.
>>>
>>>And Freecycle is and should be a good place for gentle people to come
>>> and
>>>be welcome. It's about gifting things and building community first and
>>>foremost. And part of the community aspect is not just your local area,
>>>but also the Freecycle community, and your actions were not a way of
>>>building but looked rather like you were trying to tear down something
>>>that is already in the process and has been for quite a while.
>>>
>>>I know you have always been a strong believer in the concept behind
>>>Freecycle and with that in mind, I once again ask that you please turn
>>> the
>>>Sunnyvale group over to others and let it continue to be part of the
>>>Freecycle community. We cannot work at cross purposes here, Tim. By
>>>virtue of your inciting a letter writing campaign to stop the Trademark
>>>approval you have shown more than a dissenting point of view. And that
>>>makes it imperative that you step down as an owner and moderator of the
>>>group.
>>>
>>>Please let me know your decision by Wednesday.
>>>
>>>All the best,
>>>Paula
>>>
>>>Be kind to each other.
>>>www.freecycle.org
>>>
>>>Freecycle˙ and the Freecycle˙ logo are trademarks of The Freecycle˙
>>>Network in the United States and/or other countries.
>>>
>>>> Hi Paula,
>>> >
>>>> So do you really want to pursue this?
>>>>
>>>> Do you personally believe this is right?
>>>>
>>>> Or are you just following what Deron has asked you to do?
>>>>

FS138962

```
>>>> No judge or jury or review panel, just a dictate?
>>> >
>>> > So what am I really guilty of? The post in question went to a group
>>> > outside of The Freecycle Network (TFN). My post did not go to any
>>> official
>>> freecycle groups although it could have -- so your reference to
>>> freecycle
>>>> "members" in your original post is not quite accurate.  Are people
>>>> going
>>>> to be controlled for what they say outside of official freecycle
>>>> groups?
>>>> Is freecycle going to have spies and snitches everywhere? Is
>>>> dissension
>>>> even allowed on official freecycle groups?
>>>>
>>>> Is there a requirement that people only say positive things about The
>>>> Freecycle Network? Is that grounds for kicking out a moderator or a
>>>> group?
>>>>
>>>> Are there major problems with how the Sunnyvale group is being run?
>>>> Should
>>>> this not be the true criteria for determining if a moderator should
>>>> stay
>>>> or go? The Sunnyvale group is running quite well with no issues and
>>>> the
>>>> 2000+ people on the list are quite happy at the moment.
>>>>
>>>> Is it "you're either with me or against me"? If someone has different
>>>> opinions and voices them with others, then they are out? So it is ok
>>>> to
>>>> do
>>>> it anonymously?  But not when people know who you are?
>>>>
>>>> Have the moderators voted on this as criteria for whether to keep a
>>>> TFN
>>>> group or a TFN moderator?
>>>>
>>>> Does TFN really want to up the ante this much? I've scaled way back
>>>> from
>>>> what I was doing earlier and was just going to let things slide for
>>>> the
>>>> most part, but we could heat this up a real lot and make it really
>>> juicy
>>>> with lots more publicity. I can pull a lot of strings, if I am so
>>>> inclined. So far I've just expressed my own personal opinions in a few
>>>> spots online.
>>>>
>>>> I can understand that some might be very unhappy with the viewpoint
>>>> I've
>>>> arrived at. Well, I'm likewise disappointed in the viewpoints others
>>>> have
>>>> arrived at. That's just life.  TFN should be better geared to handle a
>>>> diversity of opinion.
>>>>
>>>> When I joined freecycle it was a simple thing -- an open grassroots
>>>> movement that was loose and easy. Just do generally the right thing
>>>> and
>>>> that was good enough. I think it best that freecycle return to its
>>>> gentle
>>>> beginnings and lead by example rather than whacking people on the
>>>> head.
>>>> The whacking of moderators encourages them to whack members in turn
```

FS138963

**Paula, 9/23/05 3:11 PM -0700, Re: Trademark Issues**                                          5

>>>> and
>>>> we
>>>> know what that leads to...  Organizations usually reflect their
>>>> leadership.
>>>>
>>>> There seem to be a large number of folks who are downright scared of
>>>> TFN.
>>>> They are in hiding and don't want to speak their mind for fear of
>>>> retribution.  Is that what freecycle is about now?  GOA secret police?
>>>> It
>>>> does seem to be what happens, does it not?
>>>>
>>>> I'm standing up for what I believe. I hope that someday my efforts
>>>> (sacrifice?) here may make freecycle a safe, gentle, and welcome place
>>>> again for gentle folks.  Or at least I can take some arrows and help
>>>> clear
>>>> a way for those who are afraid.
>>>>
>>>> The thing that could save freecycle is for it to embrace its nature
>>>> and
>>>> not put iron bars around it and try to protect it in traditional ways.
>>>> Freecycling is a new thing, not a traditional thing.  It is the
>>>> moderators
>>>> and members who make freecycle work on a day to day basis, not Deron
>>>> or
>>>> the central TFN organization.  Their attempts at strong controls are
>>>> just
>>>> not what made freecycling spread so fast and become so popular with
>>>> people
>>>> inside and outside of TFN.
>>>>
>>>> What do you think? I look forward to your reply.
>>>>
>>>> Cheers,
>>>> Tim
>>>>
>>>> P.S. If TFN does win a registered trademark in the US on the plain
>>>> word
>>>> "freecycle", I'll drop my further opposition. But until then, may the
>>>> best
>>>> case win.
>>>>
>>>> P.P.S. Yahoo's spam filters classified your emails to me as junk. You
>>>> must
>>>> be sending out a lot of email these days or something...
>>>>
>>>>
>>>>
>>>> At 4:30 PM -0400 9/16/05, Paula wrote:
>>>>>Tim,
>>>>>
>>>>>As a volunteer representative of The Freecycle˙ Network you have
>>>>> publicly
>>>>>requested that members actively campaign against  the organization
>>> >>obtaining the Trademark it has filed for.  The following are quotes
>>> from
>>>>>your post:
>>>>>
>>>>>"The best way to keep freecycle in the public domain is for as many
>>>>> people
>>>>>and groups as possible to continue to use the term generically.
>>>>>

FS138964

```
>>>>>If you feel that the term freecycle is generic, you can let the USPTO
>>>>> know
>>>>>by sending a letter to:
>>>>>Commissioner Of Trademarks" (address followed)
>>>>>
>>>>>"Yahoo listens to its customers, so if folks complain about groups
>>>>> being
>>>>>deleted for use of the term "freecycling" than members/moderators of
>>>>> those
>>>>>groups should complain to Yahoo "(email address followed)
>>>>>
>>>>>This is contrary to the mission of this organization to keep the
>>>>> trademark
>>>>>free from external corporate use and solely open to local members of
>>>>> The
>>>>>Freecycle Network.   Therefore, I must ask that you step down as the
>>>>> as
>>>>>a moderator of the Freecycle Sunnyvale list.  I would appreciate your
>>>>>cooperation as soon as possible and confirming that you have done so.
>>>>>
>>>>>Sincerely,
>>>>>Paula
>>>>>
>>>>>Be kind to each other.
>>>>>www.freecycle.org
>>>>>
>>>>>Freecycle' and the Freecycle' logo are trademarks of The Freecycle'
>>>>>Network in the United States and/or other countries.
>>>>
>>>>
>>>>
>>
>>
>>
>
>
```

FS138965

# EXHIBIT RR

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**Freecycle Database Admin, 11/1/05 8:48 AM -0700, [Bulk] [spam] 1st request freecyclesun**  1

```
Reply-To: "Freecycle Database Admin" <database@freecycle.org>
From: "Freecycle Database Admin" <database@freecycle.org>
To: <freecyclesunnyvale-owner@yahoogroups.com>
Subject: [Bulk] [spam] 1st request freecyclesunnyvale
Date: Tue, 1 Nov 2005 09:48:17 -0600


-------------------------------------------------------------------
Yahoo! Groups SpamGuard has detected that the attached message to the
owner of the Yahoo! Group freecyclesunnyvale is likely to be spam.
For more information about SpamGuard, please visit our help pages:
http://groups.yahoo.com/local/spamguard.html
-------------------------------------------------------------------



Received: (qmail 96375 invoked from network); 1 Nov 2005 15:49:14 -0000
Received: from unknown (66.218.66.218)
   by m31.grp.scd.yahoo.com with QMQP; 1 Nov 2005 15:49:14 -0000
Received: from unknown (HELO relay.pair.com) (209.68.5.9)
   by mta3.grp.scd.yahoo.com with SMTP; 1 Nov 2005 15:49:13 -0000
Received: (qmail 95981 invoked from network); 1 Nov 2005 15:48:55 -0000
Received: from unknown (HELO WP1) (unknown)
   by unknown with SMTP; 1 Nov 2005 15:48:55 -0000
X-pair-Authenticated: 67.52.36.178
Message-ID: <00d101c5defb$c71c10b0$4501a8c0@WP1>
Reply-To: "Freecycle Database Admin" <database@freecycle.org>
From: "Freecycle Database Admin" <database@freecycle.org>
To: <freecyclesunnyvale-owner@yahoogroups.com>
Subject: 1st request freecyclesunnyvale
Date: Tue, 1 Nov 2005 09:48:17 -0600
Organization: Freecycle.org
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="----=_NextPart_000_00C5_01C5DEC9.62C3A970"
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2900.2180
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.2180
X-eGroups-Remote-IP: 209.68.5.9
```

Dear Owner of the Yahoo group "freecyclesunnyvale",


I am writing on behalf of The Freecycle Network(TM) to notify you that your link has been removed from www.freecycle.org. This was done at the request of the Group Outreach and Assistance Coordinator for your region because your group is not currently set up in accordance with the basic requirements for all approved Freecycle(TM) groups which include, but are not limited to:

- items posted must be free, legal, and appropriate for all ages

- the group must not be set to full moderation.


We have invested considerable time and resources in insuring that our organization is associated with only appropriately moderated, legal, and totally free services that have a common source of origin from The Freecycle Network(TM). This is why we only allow approved groups to associate with us in each community--to avoid any confusion among the public as who they are dealing with when the Freecycle name is used. Accordingly, please consider this your official notice to stop using the trademark-protected Freecycle name and logo, as well as any and all copyrighted texts, graphics, rules, guidelines, title, or its URL. (Yahoo group name).


Please understand that our intent is not to stop your or your group from gifting or exchanging unwanted items with fellow users. Should you wish to remain independent of our organization, you are, or course, free to start your own gifting-based site under a name that is not confusingly similar to Freecycle. However, if there is another group listed on www.freecycle.org that covers the area that

FS138992

**Freecycle Database Admin, 11/1/05 8:48 AM -0700, [Bulk] [spam] 1st request freecyclesun**                    2

your group hoped to serve, please consider offering your help to that group as a co-moderator.  We can all use the help!

For those of your members who are looking to join a local Freecycle group, you may simply refer them to www.freecycle.org where they can find all approved Freecycle groups.

Please let me know when either the group has been deleted or the above-listed Freecycle materials have been completely removed from your group.  We appreciate your commitment to furthering the overall mission of promoting the local gift community in your area while keeping good stuff out of landfills.

Sincerely,

Database Admin
Freecycle.org
database@freecycle.org

# EXHIBIT SS

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**Albert Kaufman, 3/16/04 3:26 PM -0700, [freecyclemodsquad] Freecycle in the New York**    1

```
To: <albi@earthlink.net>
From: "Albert Kaufman" <albi@earthlink.net>
Date: Tue, 16 Mar 2004 14:26:27 -0800
Subject: [freecyclemodsquad] Freecycle in the New York Times today!
Reply-To: "Albert Kaufman" <albi@earthlink.net>
```

http://www.nytimes.com/2004/03/16/nyregion/16free.html?ex=1080018000&en=8082
94316bbcf2af&ei=5062

Socks? With Holes? I'll Take It
By TINA KELLEY

Published: March 16, 2004

Wanted: old socks, "ripped, without partners, and of any size or color."
Offered: a telephone pole. Wanted: a chicken coop, a doghouse, a barn.
Offered: "Excellent quality landscaping rocks. Organic lemons will be given
away to those who take the rocks as an extra bonus."

The Internet has fed dreams of unimaginable wealth, a hope that in many
cases turned out to be as fleeting as an instant message. It began as a way
for the military and then academia to communicate, with little thought to
profit, before evolving into a worldwide marketplace. Now one group is using
the Internet as a way to make connections and fall into riches at the same
time. In this case, the treasure comes in the form of someone else's trash.

Dusty but new exercise equipment, a five-person hot tub, and enough white
Ikea bookshelves to furnish a small college town have been posted online
through a new group that practices freecycling, the giving away of useful
but unwanted goods to keep them out of landfills and maybe help someone less
fortunate in the process.

The Web site has become a haven for newlyweds with empty homes, and retirees
with full ones. In New York City, there's the added incentive of freeing
space in minivan-size apartments, where a spice rack can take up too much
room.

Like many staples of the Internet, this pretty much came about by accident.
Deron Beal, 36, who works at a recycling nonprofit group in Tucson, sent an
e-mail message in May to everyone he knew, to see if they wanted a
queen-size bed and some packing peanuts he no longer needed. He subsequently
set up a Web site where people could exchange unwanted items, the only
constraint being that the items had to be free. "Legal and appropriate for
all ages" was added later. The Web site, www.freecycle.org, was born, and 10
months later, more than 35,000 people have signed up in cities all over the
world.

Postings are moderated by volunteers in local groups, who have mulled over
the ethics of posting Playboys, puppies and pistols. They have had to deal
with suspicions that perhaps the people who were posting too many "wanted"
listings in one Arizona city were taking goods south of the border to sell
in Mexico. ("We figured we were working for a good cause by keeping things
out of the landfill,'' Mr. Beal said. "That was the main thing, and beyond
that let the gifter beware." ) And they have pondered what to do with people
who occasionally forget to stop by to pick up the couch left on the porch
for them.

Mr. Beal recalls a favorite post, with the heading, "OFFER: black hair dye,
tonight only." It continued, "Clairol Balsam permanent hair dye in black,
already mixed up and ready to go. My hair is short, so the bottle is still
mostly full. But it needs to be used really soon, so if anyone has an urge
to go darker, tonight is the night!"

**Printed for Tim Oey <oey@post.harvard.edu>**    1

FS083536

Albert Kaufman, 3/16/04 3:26 PM -0700, [freecyclemodsquad] Freecycle in the New York          2

Mr. Beal said: "Every once in a while someone will try to freecycle themselves - "OFFER: nice guy to good home" or "WANTED: cure for a lonely heart."

But others don't see the humor in it. "I think personally, in this day and age, it would probably be too frightening to post things online to have strangers to come to your home," said Ivy Lester, who is from Dallas but was visiting New York City, where she grew up.

Although she could see freecycling for a good cause, the idea of a stranger coming by to pick up an item, even from a doorstep, did not appeal to her. "The Internet is so impersonal, and you have to be so careful nowadays," she said.

But mostly, members of the New York City freecycling group have been pleased with the cross-country skis they received just before a snowstorm, or happy to have met the need of the guy who refurbishes computer systems for use in day care centers.

That man, Cornell D. Green, posted, "If you're looking at that old 486 in the basement and can't stop laughing, please contact me." Nancy Schubiger, one of the six people who responded to his request, delivered a vanload of computer components to him at a park-and-ride lot in New Jersey on a recent Friday, then wrote to him, "Glad that they won't be dust-gathering paperweights!"

The New York City freecycling group has about 300 members, but the Portland, Ore., group has 10 times as many.

"I'm not sure it has a limit," said Christina Salvi, 28, who estimated she has spent half an hour a night moderating the New York group, making sure the postings were marked as Wanted or Offered, and keeping spam, politics and crankiness out of the discourse.

Of course, there are other ways to find free or cheap things in the city, like walking down the street in many neighborhoods the night before trash day. Thrift stores provide bargains. Also online is Craigslist.org, which includes a section of free items, and New York WasteMatch, sponsored by the Department of Sanitation, which matches valuable commercial waste and surplus goods with organizations that need them. The city also runs Material for the Arts, which collects reusable items and distributes them to nonprofit arts groups.

Robin Nagle, who teaches a graduate anthropology class on garbage at New York University, said that the curb has been the destination of choice for unwanted items only since the end of World War II.

"You never simply got rid of something because you didn't like it anymore," she said. "You'd turn it into something else." Old adult clothes, for instance, would be resewn into children's clothes, then made into cushions or dolls or rags, then sold as "shoddy" to peddlers, who used old fabric to make paper. Scavengers would travel the city in rented carts in search of useful items.

Mr. Beal hopes to incorporate freecycle.org as a nonprofit group and raise money for its own Web page independent of Yahoo.com's group mail function, which it currently uses. He hopes the new site can help freecyclers meet international needs - for instance, to send computers to Iran after an earthquake.

"We get it drilled into us on television ads: 'Consume, consume, consume.

FS083537

Albert Kaufman, 3/16/04 3:26 PM -0700, [freecyclemodsquad] Freecycle in the New York    3

You want more, you need more,' and do we really?" Mr. Beal asked. "I think
what's coming out with freecycling is, 'Gee, it's kind of fun not to be into
all this.' "

As for the wanted old socks, they were destined to be made into puppets in a
class for adults with developmental disabilities. The telephone pole, at
last inquiry, was still available, in Oregon. So were the rocks and lemons,
together, in San Francisco.

--------------------


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

# EXHIBIT TT

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**deronbeal, 6/22/04 7:19 PM -0700, [freecyclemodsquad] Re: themed Freecycles**

1

```
To: freecyclemodsquad@yahoogroups.com
From: "deronbeal" <deron1@worldlinkisp.com>
Date: Wed, 23 Jun 2004 02:19:59 -0000
Subject: [freecyclemodsquad] Re: themed Freecycles


Themed freecycles would be countless in number, even if they sound
interesting. I am not allowing them right now as I'd go crazy with
all the links. This is a great thing to make possible on a
freestanding webpage free of yahoo groups later, but not yet please.
Sorry about that....
Deron




----------------------- Yahoo! Groups Sponsor --------------------~-->
Yahoo! Domains - Claim yours for only $14.70
http://us.click.yahoo.com/Z1wmxD/DREIAA/yQLSAA/rcTolB/TM
--------------------------------------------------------------------~-->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/
```

**Deron Beal, 9/20/04 1:06 PM -0700, [freecyclemodsquad] WANTED: new newswire perso**    1

```
To: <freecyclemodsquad@yahoogroups.com>
From: "Deron Beal" <deron@rise-inc.org>
Date: Mon, 20 Sep 2004 13:06:57 -0700
Subject: [freecyclemodsquad] WANTED: new newswire person
```

Hey all,
Pastor Ken is currently swamped with the New Group Approver group which he is helping to moderate, and he could use someone to step up to the plate to do the Newswire on freecycle.org. It basically means having google automatically send all newspaper articles on freecycle to you and posting them to the webpage. I'd say there are about 5 a week. It's not too hard, but does requires a bit of attention to detail (getting the title right, author, newspaper name, etc and in the right place) and if you occasionally are in to finding interesting related articles, not about freecycling, that you find compelling, then you can add those too. Like Eric recently posted an article about the book "The Gift" by Lewis Hyde which describes the history of gifting economies which a couple of us are now reading.

Interested? Maybe drop Ken a quick line at pastorbelieversunited@yahoo.com

Thanks mucho,
Deron


[Non-text portions of this message have been removed]



---------------------- Yahoo! Groups Sponsor --------------------~-->
$9.95 domain names from Yahoo!. Register anything.
http://us.click.yahoo.com/J8kdrA/y20IAA/yQLSAA/rcTolB/TM
--------------------------------------------------------------------~-->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

# EXHIBIT UU

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**Deron Beal, 3/28/04 1:17 PM -0700, Re: [freecyclemodsquad] Freecycle, Policy, and life. (**          1

```
To: <freecyclemodsquad@yahoogroups.com>,
          "Marlon Solar" <marloniusthunque@yahoo.com>
From: "Deron Beal" <deron1@worldlinkisp.com>
Date: Sun, 28 Mar 2004 13:17:17 -0700
Subject: Re: [freecyclemodsquad] Freecycle, Policy, and life.  (e-z 2 read ramblings)
Reply-To: "Deron Beal" <deron1@worldlinkisp.com>
```

Hey King Marlonius,
I couldn't help noticing your post to the mod squad. By moderating the
Freecycle group in Southen New Jersey, you are helping nearly two hundred
people to save tons of stuff from the landfill while feeling just a little
bit better about themselves for a brief moment in time. This is not even to
mention the hundreds of tons of stuff yet to come in your group alone!! To
me that's a pretty good feather to stick in your cap.

However, sometimes moderating can also be a pain. When someone is being a
crank or something, then it can be a real bummer. For me personally, when
these times have come, I really have learned from them. I used to get all
mad at that poster internally, then have to take a step back and send a
"nice but firm" response to him and or the group. However, this has
definitely changed with time and practice moderating. I honestly don't get
near as mad anymore. No kidding. And people are so appreciative and open
when I'm able to pull it together with a little humor and patience that I've
realized that that is the real "paying forward" part of freecycling for me.
Whether or not someone else is a goof, offers me the chance to relativize it
and get over it quicker and quicker. Sometimes the  guy being a goof even is
able to laugh at himself afterwards, you know? I like to think this is
helping me a little in "real life" too.

Anyway, I noticed that you said you don't particularly enjoy moderating. No
problem with that at all! BUT, I sincerely believe that if everyone would
just stick to doing solely what they enjoy, then this world would spin just
a wee bit smoother. The thing is, I'll bet my bottom dollar that there are a
couple of members of your group who'd LOVE, LOVE, LOVE to moderate and are
just waiting to be asked. Why not pass on the staff to the next crown prince
or princess and "continue the regal free cycle of life." he, he. Ok, I know
I'm sappy. Thanks for the wonderful thing you are making possible!!!
Keep on freecyclin'!
Deron


----- Original Message -----
From: "Marlon Solar" <marloniusthunque@yahoo.com>
To: <freecyclemodsquad@yahoogroups.com>
Sent: Saturday, March 27, 2004 8:39 PM
Subject: [freecyclemodsquad] Freecycle, Policy, and life. (e-z 2 read
ramblings)


>
> I continue to be excited about freecycle, but Not
> obsessed.
>
> If someone's post upsets me, I don't lose sleep over
> it. I might just delete it and contnue with my life.
> I do enjoy many fun activities beyond moderating.
>
> When I created the South Jersey Freecycle group, it
> was only because no one else had.  I don't
> particularly ENJOY being a moderator.  I just thought
> someone oughtta do it.
```

FS083806

**deronbeal, 7/27/04 1:56 PM -0700, [freecyclemodsquad] ADMIN STUFF & HONEST AB**    1

```
To: freecyclemodsquad@yahoogroups.com
From: "deronbeal" <deron1@worldlinkisp.com>
Date: Tue, 27 Jul 2004 20:56:33 -0000
Subject: [freecyclemodsquad] ADMIN STUFF & HONEST ABE
```

1) IS FREECYCLE WED TO YAHOO. by a shotgun only. we'll be off of it
in a flash when we have a freestanding webpage designed so that each
group can have their own subwebpage to play with, like
www.springfield.freecycle.org with e-mail group functions and
freecycle specific needs like a rate your gifting with this person
button for no-showers, etc. However, until then, we need to keep
everyone findable in yahoo and if all are in yahoo, we can moreeasily
develop a way to transfer groups over later.

2) DON'T USE "CLAIMED" as a subject line word. Please just
immediately post the object as TAKEN in order to notify the group,
even though it techinically ain't taken. it stems the flow of e-mails
to the gifter and let's the rest of us know not to think about it...

3) ONE STATE APPROVER MOD (not ubermod or jeffe or boss mod, but
someone volunteering to help). it was stated that this would be too
much extra work for one person. But they wouldn't be co-owners of new
groups but merely click on the approve link in an e-mail if the area
is acceptable. on a state level it's not that much really. they may
have to check with a local neighboring group, but again by state not
too difficult. You would lose the mentor element this way with a
state mod helper. The local neighboring mod will know this better and
directly so, if they are not a co-owner, even if they ain't the best
mentor, they still could approve the link to the new group and help
out a bit as a non-co-owning mentor. I'm torn on this one.

4) FOR TV NEWS i highly recommend you tell them only the
freecycle.org address as no one watches tv with a pen in hand for
yahoo group addresses. And make sure they say .org not .com....

5) ABE LINCOLN QUOTE. Yepp, he didn't actually directly say "Think
globally, recycle locally" as noted on the webpage. It was actually
more like "It is incumbent upon us as a freecycling nation to save
four score and seven tons of stuff a day - from landfills." (a
lesser known addendum section to the Gettysburg address...).

----------------------- Yahoo! Groups Sponsor --------------------~-->
Make a clean sweep of pop-up ads. Yahoo! Companion Toolbar.
Now with Pop-Up Blocker. Get it for free!
http://us.click.yahoo.com/L5YrjA/eSIIAA/yQLSAA/rcTolB/TM
--------------------------------------------------------------------~->

Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

FS090288

# EXHIBIT VV

**deronbeal, 6/7/04 1:56 PM -0700, [freecyclemodsquad] ADMIN: new mod member with pr**    1

```
To: freecyclemodsquad@yahoogroups.com
From: "deronbeal" <deron1@worldlinkisp.com>
Date: Mon, 07 Jun 2004 20:56:20 -0000
Subject: [freecyclemodsquad] ADMIN: new mod member with press
```

Hey all,
Amy Birnbaum with CBS News would like to put together a rockin' good
story about us freecyclers (at least those were approximately her
words). I made her a mod squad member so everyone be good and nice
for a while. She'll be asking for stories and help from you all in a
bit, so put on your thinking caps. She may also be looking for a nice
non-urban, perhaps rural or suburban group that has some good gifting
going on, perhaps in the Northeast....

Fun, fun,
Deron


---------------------- Yahoo! Groups Sponsor --------------------~-->
Make a clean sweep of pop-up ads. Yahoo! Companion Toolbar.
Now with Pop-Up Blocker. Get it for free!
http://us.click.yahoo.com/L5YrjA/eSIIAA/yQLSAA/rcTolB/TM
--------------------------------------------------------------------~-->

Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/
```

FS086908

**deronbeal, 8/14/04 6:46 PM -0700, [freecyclemodsquad] ADMIN: HURRICANE HELP**                                    1

```
To: freecyclemodsquad@yahoogroups.com
From: "deronbeal" <deron@freecycle.org>
Date: Sun, 15 Aug 2004 01:46:42 -0000
Subject: [freecyclemodsquad] ADMIN: HURRICANE HELP
```

Hey all,
If you'd like perhaps, you could forward a similar note to your groups?
Deron
-----------------------------------------------------
Dear Freecyclers,
It is my dream that we as a group will one day be able to send large
volumes of needed supplies (old blankets, clothes, tents, computers)
to regions in crisis. We are headed towards 1/2 a million giving
people, and we could single-handedly solve problems in times of
disaster. Freecyclers... ...them's good people!

Just such a crisis has hit with the current hurricane. However, it
looks like what would currently help most are donations of money. If
you can spare a few bucks for those in need during this time, please
call the Red Cross donation line below.

Thanks to freecyclers everywhere for the good you are doing!!!

American Red Cross Donation Line:
1-800-HELP-NOW
(1-800-435-7669)
English speaking

Keep on freecyclin'!
Deron

The Freecycle Network Founder Guy.




--------------------- Yahoo! Groups Sponsor ---------------------~-->
Yahoo! Domains - Claim yours for only $14.70
http://us.click.yahoo.com/ZlwmxD/DREIAA/yQLSAA/rcTolB/TM
-----------------------------------------------------------------~-->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/
```

```
To: freecyclemodsquad@yahoogroups.com
From: "freecyclederon" <deron@freecycle.org>
Date: Tue, 04 Jan 2005 17:21:00 -0000
Subject: [freecyclemodsquad] ADMIN: No more 69 posts please, etc.
```

1) SAFETY COMMENT IN THE .ORG FAQ: The actual complete wording
is:  "If you, for example, are a single woman living alone, you may
want to say that you'll leave the item on the front porch while you
are not home or arrange for a drop-off downtown, etc.. " I kind of
feel that the "drop-off downtown" bit covers the "not giving out your
address" part but I'm open for suggestions, just let me know off list
please. This will never be ideal for example for heavier items so I
don't think there is a good answer here.

2) BOLD STUFF IN .org FAQ REQUIRED OF ALL GROUPS: I changed the
wording to say the bold part in *this* section only. The bold tips,
etc. are, of course, not required of anyone....

3) GROUP SIZE. Kelly says, "although we have a population of 162,000
in the county, no city has more than 12,000 people in it, and we have
only three cities approaching that size." and she asks for tips on
ideal group size. In general I'd say you need more like 20,000-30,000
population to get a group off the ground but some have done fine with
10,000, particularly if they serve as a hub for some of those other
150,000 people. If your three cities of 12,000 are separate from each
other, I'd say set up three groups. If they are close together then
pick the largest or most central city as the hub and as the group
name -- in this case, I recommend still noting that you cover the
entire county of springfield or whatever, in the intro paragraph.
This way you cover the whole county but should you decide at some
point that two no. 2 could actually break off and try their own group
you are not stuck in group no. 1 with a group named after the whole
county.

4) NIT PICKIN': GIFTING, GIFTED TO GIFT: vt. to present with or as a
gift, often formal. This is indeed a transitive verb in my Webster's
and is used quite commonly in the nonprofit world as you can
imagine.... (sorry Sharon, that's my story and I'm stickin to it. How
else could I keep winning at Scrabble?).

5) CONTESTS TO INCREASE GIVING / INCENTIVES If it adds to the local
warm fuzzy feeling, have fun with it and do it. We don't have
incentives locally and it works great too. The idea is to help people
along so that they realize the real gift is the feeling they receive
when "gifting." Any other cherries on top are certainly welcome if it
makes things funner for ya.

6) "WHERE MODS GO FOR HELP" Database:
http://groups.yahoo.com/group/freecyclemodsquad/database
Go to the Group Outreach and Assitance volunteer for your region for
issues with existing longer term groups. Go to your New Group
Approver for your state for issues with new groups. There is a
separate list in the database section for them. If that doesn't cut
it then come to Nancy or me (and give us a couple days to get back to
you).

7) ALL MODS WELCOME. You don't gotta be an owner to join the
modsquad. We're all learning and doing together, right?

FS102763

8) TRY NOT TO ASK THE MODSQUAD ABOUT 69 and other potentially
explicit (or not) yahoo id's. We can talk about this until we are
blue in the face and it still simply comes down to your own judgement
in your own group. You make the tough calls as a mod in your local
group. Please do your best *not* to ask all of us our opinion because
then you'll get about one hundred opinions that we all have to listen
to. Ei yei, yei...

Sure feels good to be back home in front of the warm glow of the
monitor on a winter afternoon. Anyone else go through occasional
withdrawal symptoms?

Hello, my name is Deron and I'm a freecycler....

Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

FS102764

# EXHIBIT WW

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**freecyclederon, 9/29/04 9:17 AM -0700, [freecyclemodsquad] ADMIN Stuff**                    1

To: freecyclemodsquad@yahoogroups.com
From: "freecyclederon" <deron@freecycle.org>
Date: Wed, 29 Sep 2004 16:17:18 -0000
Subject: [freecyclemodsquad] ADMIN Stuff

1) PROFILE INFO. Just an FYI: I made up stuff for my profile just
because I don't like to share my personal info and said I was a
female airline executive born in 1899 or something. Then when I got
locked out once, they asked my bithdate in order to get back my
password and I had no idea. So, when in doubt, just don't provide any
info, I'd say. He, he. Oops.

2) POSTAGE. I would like to task you all with moderating this the
next time it comes up in the modsquad. Advise your fellow mod that
this is a local issue and that we all have a different take on
postage and that "You need to decide for your group, or better yet,
ask your members what THEY want." There is no consensus amongst mods
on this and if you are in the great white north your take might be
different from a clearly defined city like Tucson. I personally think
that postage is a can of worms which allows scammers to go from group
to group nationwide and leads to many local misunderstandings
like "hey, he said he would send me my postage back". For me it falls
in the "strings attached" category (similar to money) and should be
treated gingerly or not allowed, but hey, you decide!

3) MEMBER LISTS. We allow members to see the list and really don't
have any spam problems at all. Because we use the zip code method of
approving new members your real spammers don't get in in the first
place (see files section/faqs/zip code method for details). It's not
worth the trouble for them to research local zip codes or cross roads
for a measily handful of e-mail addresses.

4) There are now over 1/2 million of us freecycling and the majority
of the groups are still in their infancy and we haven't run maddily
away pulling out our hair. In fact, darned near all groups are
running totally smoothly. This is a pretty powerful statement to chew
on. A year from now, even if we don't have a single new group, we'll
grow to a couple million members. But we do have new groups, 600 of
them are currently pending with the state new group approvers from
the past month alone!! So, like 1/3 of all freecycle groups are not
even officially online yet. Uhh, WOW!

Kinda hard to get my brain around this one....
Keepin on doin whatever you're doin 'cause it's workin.

Deron


----------------------- Yahoo! Groups Sponsor --------------------~-->
Make a clean sweep of pop-up ads. Yahoo! Companion Toolbar.
Now with Pop-Up Blocker. Get it for free!
http://us.click.yahoo.com/L5YrjA/eSIIAA/yQLSAA/rcTolB/TM
--------------------------------------------------------------------~->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:

**Printed for Tim Oey <oey@post.harvard.edu>**

FS095538

**freecyclederon, 10/5/04 1:57 PM -0700, [freecyclemodsquad] ADMIN Stuff**

```
To: freecyclemodsquad@yahoogroups.com
From: "freecyclederon" <deron@freecycle.org>
Date: Tue, 05 Oct 2004 20:57:22 -0000
Subject: [freecyclemodsquad] ADMIN Stuff
```

1) NO SHOWS. One of the whistles and bells of the new webpage will be an e-bay style "Rate your gifting with this person" which the local mod may choose to "turn on" (like turning on the button for new member moderation or something in yahoo groups) in order to be able to note when someone is a no-show.

2)CROSSPOSTING TO MULTIPLE NEIGHBORING GROUPS. Some mods simply have a rule that requires that you live or work in the community you are a member of. And the only control is asking their crossroads/zip for new membership approval (see explanation in files/faqs/zip code approval method). Then it's basically up to members to self-moderate and let you know if someone is going bonkers looking for their sony playstation all over the state. So, make a simple rule, have a simple control for new members, and don't sweat the active enforcement unless you get complaints about one person who is a pain. Then at least you have a rule/guideline in place in order to have a reason to put the "over-enthusiastic" poster on moderation. They'll get the idea pretty fast.

3) NO COMMERCIAL PLUGS IN FREECYCLE PLEASE. All worldwide mods voted to not allow buy/sell site plugs in freecycle a couple of months back (see polls section of modsquad). So, if they are mentioning their commercial site in signature line or signing their name as "cheapgoodies.com" then they oughta cut it out. Now, I'd advise a little leniency for folks whose work-related auto-signature slips in there. The point isn't to become a control freak dictator type, but to keep the group free of commercial plugs intended for the group to go elsewhere and sell their stuff, etc.

4) BUY/SELL GROUPS NOT KOSHER, particularly when run by freecycle moderators, and when they say "Why give it away when you can sell it?" Yuck-o-rama. Not our style. Nancy addressed this already in her e-mail and Group Outreach & Assistance (Judy and crew) will have a look. We polled on this (see previous point). We don't allow this kind of commercial plug in particular. We're about giving freely with no strings attached. If you get members thinking, "Hey I'll try to sell this junk first and then unload it on freecycle," it misses the point entirely. It's about fostering local giving communities. It requires a little reprogramming of our hard-wired brains that say: "I must get money for this item." The only value of an item isn't in dollars, as experienced freecyclers know very well. Value of those little goose bumps you get when someone drives off with something YOU gave them ˜ Priceless? Or the value of that warm feeling you get when someone helps you by giving you something for no other reason but that they can? ˜ Ya just can't slap a price on that kind of little pleasure epiphany.  And the idea that every single item ain't landin' in a landfill? ˜ ecstatic mother-earth-helping-tears-of-joy time!. That's what we're about, right? Tons of little baby acts of kindness and giving∑ (about 20 tons a day to be exact).

Thanks for all you guys are making possible. Is this great or what? It're the small acts that count! I've said it before and I'll say it again: "We'll be tellin' our grandkids that, yepp your grandmammy helped launch one of the first gift economies on the web! Seems as common as peanut butter to you now, but back then people wanted money

FS095883

**freecyclederon, 10/5/04 1:57 PM -0700, [freecyclemodsquad] ADMIN Stuff**                                2

for everything and threw the rest in a big hole in the ground that we
all paid to dig!"

Keep on keepin' on,
Deron




----------------------- Yahoo! Groups Sponsor --------------------~-->
$9.95 domain names from Yahoo!. Register anything.
http://us.click.yahoo.com/J8kdrA/y20IAA/yQLSAA/rcTolB/TM
--------------------------------------------------------------------~->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
     http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
     freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
     http://docs.yahoo.com/info/terms/

FS095884

# EXHIBIT XX

Declaration of Timothy Oey
In Support of Plaintiff's Motion for Summary Adjudication
*FreecycleSunnyvale v. The Freecycle Network*
Case No. C06-00324 CW (filed Jan. 18, 2006)

**deronbeal, 6/17/04 2:01 PM -0700, [freecyclemodsquad] Hey, is this that really mod freecy**    1

```
To: freecyclemodsquad@yahoogroups.com
From: "deronbeal" <deron1@worldlinkisp.com>
Date: Thu, 17 Jun 2004 21:01:51 -0000
Subject: [freecyclemodsquad] Hey, is this that really mod freecyclin' party?
```

Hey All,
Sorry I'm so delinquent in getting back in touch with you all!!

I promised myself not to look at a single e-mail while at my sister's
wedding and I stuck to it. Now I've been paying the piper and trying
to catch up on the mountain that patiently awaited my return. I guess
that's the nature of a mountain, even if it was just recently a hill
I came down. Hey, wasn't there a movie about that?

Being somewhat overloaded at present I shall assume that all is well
with the modsquad and that everything took care of itself while I
checked out for a bit. Please let me know personally and directly at
deron@freecycle.org if I *really* need to know something *really*
important while I was out.

Interesting stuff in the pipeline:
1) Freecyclopedia on freecycle.org: a freecycle wiki full of anything
you all put in it in alphabetical order. Not quite done yet, but I
noticed that Eric Snyder already spilled the beans to Canada, so I
figured I'd give you a heads up that this will be coming up. It'll
have FAQ's and basically whatever you all put in it. That's the neat
thing: it is what we the people make it with no higher ups, etc. - a
living growing organism kinda like freecycle itself. I'm most excited
about this development. BUT it ain't done yet so hang in there.

2) Ahh shoot, I can't remember the bleedin' number two so forget
number two.

3) Number three: This is a reminder that we will soon have a new
automated approval method for new groups which includes them picking
a nearby moderator as a mentor. It'll include all mods and all groups
as potential mentors for them to pick from. If picked by a newbie mod
you will then have an autoresponse approval to send by hitting reply
and you'll need to be open to answering the odd newbie question or
two. The e-mail will be sent to YourtownFreecycle-
Owner@yahoogroups.com (for example) so you'll at some point need to
decided which of your local mods handles it. Since it is split by
geography, it will eliminate overlaps and will cut down on excess
repeat questions in the modsquad. With over 800 groups, each group
may end up moderating one or two other groups a year. This is the
cool part of it, distributing the learning curve and removing the
burden from all and from me in organizing all the new links and
welcome letters, etc.

That's it from here in Tucson, except that it's like 105 degrees out
here. Most toasty.
Keep on freecyclin'!
Deron

PS: the National Examiner was supposed to have reported on alien
babies being freecycled -- has anyone seen it yet (the article, not
the baby)? (Once again, you've read too far...)


----------------------- Yahoo! Groups Sponsor --------------------~-->
Make a clean sweep of pop-up ads. Yahoo! Companion Toolbar.

**deronbeal, 8/4/04 6:46 PM -0700, [freecyclemodsquad] ADMIN: praise mother nature...**

To: freecyclemodsquad@yahoogroups.com
From: "deronbeal" <deron1@worldlinkisp.com>
Date: Thu, 05 Aug 2004 01:46:39 -0000
Subject: [freecyclemodsquad] ADMIN: praise mother nature...

Praise mother nature!

Our good friend and awesome mod Nancy Castleman has agreed to be a co-mod for the freecyclemodsquad. If i'm off galavanting (or at least am not online), she'll gently guide the discussion in a positive direction or ask that we bring an overdiscussed topic to a close, etc.

So now we have Irene who is comoding in order to organize the freecycled/used t-shirt emblem contest, we have Judy aka teddybear's mom, who is approving new members to the modsquad and Nancy who is helping moderate the board discussion itself.

This should help a bit.

Take care,
Deron




---------------------- Yahoo! Groups Sponsor --------------------~-->
Yahoo! Domains - Claim yours for only $14.70
http://us.click.yahoo.com/Z1wmxD/DREIAA/yQLSAA/rcTolB/TM
--------------------------------------------------------------------~-->

Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/