MAYER, BROWN, ROWE & MAW LLP
Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrownrose.com
Dennis S. Corgill (SBN 103429)
dcorgill@mayerbrownrose.com
Eric B. Evans (SBN 232476)
eevans@mayerbrownrose.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Plaintiff
FREECYCLESUNNYVALE,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, an Arizona corporation,<br><br>Defendant. | Case No. C06-00324 CW<br><br>**[PROPOSED] ORDER GRANTING SUMMARY ADJUDICATION IN FAVOR OF PLAINTIFF FREECYCLESUNNUYVALE'S REQUEST FOR DECLARATION OF NON-INFRINGEMENT AND AGAINST COUNTERCLAIMANT THE FREECYCLE NETWORK'S CLAIMS FOR TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER FED.R.CIV.P. 56** |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Counterdefendant. | Date: August 23, 2007<br>Time: 2:00 p.m.<br>Before: Hon. Claudia Wilken<br>Location: Courtroom 2 |

[PROPOSED] ORDER DISMISSING/STRIKING COUNTERCLAIMS
CASE NO. C06-00324 CW

On [date], Plaintiff and Counterdefendant FreecyleSunnyvale's Motion for Summary Adjudication under Fed.R.Civ.P. § 56 came on for hearing before this Court. Having considered all papers filed in support of and in opposition to Plaintiff's Motion, and good cause appearing, the COURT GRANTS the Motion.

IT IS HEREBY ORDERED THAT:

(1) Plaintiff FreecycleSunnyvale's Motion for Summary Adjudication of Plaintiff's claim seeking a declaration of non-infringement is granted;

(2) Counterdefendant FreecycleSunnyvale's Motion for Summary Adjudication of Counterclaimant The Freecycle Network, Inc.'s counterclaim for trademark infringement and contributory trademark infringement under § 43(a) of the Lanham Act is granted, and that counterclaim is dismissed with prejudice;

(3) Counterdefendant FreecycleSunnyvale's Motion for Summary Adjudication of Counterclaimant The Freecycle Network, Inc.'s counterclaim for unfair competition under § 43(a) of the Lanham Act is granted, and that counterclaim is dismissed with prejudice;

(4) Counterdefendant FreecycleSunnyvale's Motion for Summary Adjudication of Counterclaimant The Freecycle Network, Inc.'s counterclaim for unfair competition under Cal. Bus. & Prof. Code §§ 17200 and 17500 is granted, and that counterclaim is dismissed with prejudice.

Dated: _____

_____
Honorable Claudia Wilken
United States District Court Judge
Northern District of California