1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FREECYCLE SUNNYVALE                                NO. CV 06-00324 CW

        Plaintiff,                              **CLERK'S NOTICE RE
  v.                                                    DEFICIENCY**

THE FREECYCLE NETWORK

        Defendant.
_____/

Please be advised that on **7/17/07,  (Notice, document #68)** , the incorrect docket event was used by counsel .

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator

Thank you for your cooperation in this matter.

Date: 7/18/07

                                        _____
                                        Clara Pierce
                                        510-637-3530
                                        Case Systems Administrator