MAYER, BROWN, ROWE & MAW LLP
Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrownrowe.com
Dennis S. Corgill (SBN 103429)
dcorgill@mayerbrownrowe.com
Eric B. Evans (SBN 232476)
eevans@mayerbrownrowe.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Plaintiff
FREECYCLESUNNYVALE,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, an Arizona corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C06-00324 CW<br><br>**CORRECTED [PROPOSED] ORDER GRANTING SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION, ON FREECYCLESUNNYVALE'S FIRST CLAIM FOR RELIEF AND THE FREECYCLE NETWORK'S COUNTERCLAIMS**<br><br>Date: August 23, 2007<br>Time: 2:00 p.m.<br>Before: Hon. Claudia Wilken<br>Location: Courtroom 2 |

[PROPOSED] ORDER DISMISSING/STRIKING COUNTERCLAIMS
CASE NO. C06-00324 CW

1   On August 23, 2007, Plaintiff and Counterdefendant FreecycleSunnyvale's Motion for
2   Summary Judgment, or In the Alternative, Summary Adjudication, on FreecycleSunnyvale's
3   First Claim for Relief and The Freecycle Network's Counterclaims came on for hearing before
4   this Court.

5   Having considered all papers filed in support of and in opposition to Plaintiff's Motion,
6   and good cause appearing, THE COURT HEREBY FINDS that there is no genuine issue of
7   material fact that TFN engaged in naked licensing and that, as a matter of law, TFN's naked
8   licensing is dispositive of TFN's trademark claims.

9   THE COURT THEREFORE ENTERS SUMMARY JUDGMENT IN
10  FREECYCLESUNNYVALE'S FAVOR on FreecycleSunnyvale's First Claim for Relief
11  (Declaratory Judgment of Non-Infringement of Trademarks); TFN's [First] Counterclaim for
12  Trademark Infringement under the Lanham Act; TFN's [Second] Counterclaim for Unfair
13  Competition under the Lanham Act; and TFN's [Third] Counterclaim for Unfair Competition
14  under the California Business and Professional [sic] Code.

15  IT IS SO ORDERED.

Dated: _____

_____
Honorable Claudia Wilken
United States District Court Judge
Northern District of California

44038062.2                      [PROPOSED] ORDER DISMISSING/STRIKING COUNTERCLAIMS
                                CASE NO. C06-00324 CW