```
 1  PAUL J. ANDRE, Bar No. 196585
    (pandre@perkinscoie.com)
 2  LISA KOBIALKA, Bar No. 191404
    (lkobialka@perkinscoie.com)
 3  ESHA BANDYOPADHYAY, Bar No. 212249
    (ebandyopadhyay@perkinscoie.com)
 4  SEAN M. BOYLE, Bar No. 238128
    (sboyle@perkinscoie.com)
 5  PERKINS COIE LLP
    101 Jefferson Drive
 6  Menlo Park, CA 94025
    Telephone:   (650) 838-4300
 7  Facsimile:   (650) 838-4350

 8  Attorneys for Defendant and Counterclaimant
    THE FREECYCLE NETWORK, INC.
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, <br><br> Plaintiff, <br><br> v. <br><br> THE FREECYCLE NETWORK, an Arizona corporation, <br><br> Defendant. <br><br> ——————————————— <br><br> THE FREECYCLE NETWORK, INC., an Arizona Corporation, <br><br> Counterclaimant, <br><br> v. <br><br> FREECYCLESUNNYVALE, a California unincorporated association, <br><br> Counterdefendant. | CASE NO. C06-00324 CW <br><br><br> [PROPOSED] ORDER CHANGING TIME FOR FACT DISCOVERY CUTOFF AND OTHER DEADLINES <br><br><br> Before: Honorable Claudia Wilken |

1  Having considered the stipulated request of Defendant The Freecycle Network, Inc. and
2  Plaintiff FreecycleSunnyvale for an order changing time, and good cause appearing therefor,
3  IT IS ORDERED that this Court's Case Management Order is revised to provide the
4  following deadlines:

| | | |
|---|---|---|
| Completion of Fact Discovery: | 11/01/07 | |
| Disclosure of identities and reports of expert witnesses: | 12/03/07 | |
| Completion of Expert Discovery: | 12/31/07 | |
| Plaintiff to file dispositive motion and notice for hearing on 2/28/08 at 2:00 p.m.: | 01/10/08 | |
| Defendant's opposition and any cross motion (contained in one brief): | 01/23/08 | |
| Plaintiff's reply/opposition: | 01/30/08 | |
| Surreply: | 02/06/07 | |
| Further Case Management Conference at 2:00 p.m. and all case-dispositive motions to be heard on or before: | [to be set] | 2/28/08 @ 2:00 pm |
| Final Pretrial Conference at 1:30 p.m. on: | [to be set] | |
| A Trial will begin at 8:30 a.m. on: | [to be set] | |

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.
18  Dated: July 28, 2007

_____
CLAUDIA WILKEN
United States District Judge