| | |
|---|---|
| 1 | PAUL J. ANDRE, Bar No. 196585 (pandre@perkinscoie.com) |
| 2 | LISA KOBIALKA, Bar No. 191404 (lkobialka@perkinscoie.com) |
| 3 | ESHA BANDYOPADHYAY, Bar No. 212249 (ebandyopadhyay@perkinscoie.com) |
| 4 | SEAN M. BOYLE, Bar No. 238128 (sboyle@perkinscoie.com) |
| 5 | PERKINS COIE LLP 101 Jefferson Drive |
| 6 | Menlo Park, CA 94025 Telephone:   (650) 838-4300 |
| 7 | Facsimile:   (650) 838-4350 |
| 8 | Attorneys for Defendant and Counterclaimant THE FREECYCLE NETWORK, INC. |
| 9 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>            Plaintiff,<br><br>      v.<br><br>THE FREECYCLE NETWORK, an Arizona corporation,<br><br>            Defendant. | CASE NO. C06-00324 CW<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME UNDER CIVIL L.R. 6-2**<br><br>Before:  Honorable Claudia Wilken |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation,<br><br>            Counterclaimant,<br><br>      v.<br><br>FREECYCLESUNNYVALE, a California unincorporated association,<br><br>            Counterdefendant. | |

STIPULATED REQUEST FOR ORDER CHANGING TIME
UNDER CIVIL L.R. 6-2                                                                                                       CASE NO. C06-00324 CW

1    PURSUANT TO CIVIL L.R. 6-2, Defendant The Freecycle Network, Inc. ("The
2    Freecycle Network") and Plaintiff FreecycleSunnyvale ("FreecycleSunnyvale ") respectfully
3    request this Court to enter an order changing the hearing date on FreecycleSunnyvale's Motion
4    for Summary Adjudication Under Federal Rule of Civil Procedure 56 ("Motion").

5                      **I.     INTRODUCTION**
6         FreecycleSunnyvale's Motion is currently scheduled to be heard on August 23, 2007.  For
7    the following reasons, The Freecycle Network and FreecycleSunnyvale respectfully request that
8    the hearing date be changed to September 6, 2007.

9           **II.    REASONS FOR THE REQUESTED ENLARGEMENT OF TIME**
10        As stated above, the hearing on FreecycleSunnyvale's Motion is currently set for August
11   23, 2007.  However, each attorney representing The Freecycle Network has a conflict on this
12   specific date.  The Freecycle Network's counsel will, as a result, be unavailable on the date of the
13   hearing.  Additionally, The Freecycle Network intends to file a cross-motion to the extent it is
14   unable to resolve its differences on a discovery issue that directly impacts the Motion.  The
15   parties have been meeting and conferring on this issue and have agreed to work together to
16   resolve their respective issues regarding the cross-motion.  Counsel for both parties are available
17   for a hearing on September 6, 2007.

18           **III.    DISCLOSURE OF PREVIOUS TIME MODIFICATIONS**
19        While the parties to this matter have previously sought orders modifying deadlines in this
20   case, the present joint stipulation is the first request for a time modification specific to Plaintiff's
21   Motion.  Prior requests for modification have pertained generally to the deadline within which to
22   complete court-connected mediation and the discovery cutoff.  *See* Order (June 2, 2006; Docket
23   No. 35); Order (August 1, 2006; Docket No. 44); Order (October 3, 2006; Docket No.57); Order
24   (December 22, 2006; Docket No. 62); Order (April 3, 2007; Docket No. 65).

25   **IV.    EFFECT OF THE TIME MODIFICATION ON THE SCHEDULE OF THE CASE**
26        On July 28, 2007, this Court signed an Order Changing Time for Fact Discovery Cutoff
27   and Other Deadlines, extending the deadline to file dispositive motions to January 10, 2008.
28   Order (July 26, 2007; Docket No. 78).  Accordingly, changing the hearing date on Plaintiff's

- 2 -

Motion to September 13, 2007, four months prior to the deadline to submit dispositive motions, will not impact the remaining schedule for this case.

### V. CONCLUSION

For the foregoing reasons, the parties respectfully request an order changing time that changes the hearing date on Plaintiff's Motion from August 23, 2007, to September 6, 2007.

Dated: July 27, 2007

PERKINS COIE LLP
PAUL J. ANDRE
LISA KOBIALKA
ESHA BANDYOPADHYAY
SEAN M. BOYLE

By: _____/s/ Esha Bandyopadhyay_____
Esha Bandyopadhyay

Attorneys for Defendant
THE FREECYCLE NETWORK, INC.

Dated: July 27, 2007

MAYER, BROWN, ROWE & MAW LLP
IAN N. FEINBERG
DENNIS S. CORGILL
ERIC B. EVANS

By: _____/s/ Dennis S. Corgill_____
Dennis S. Corgill

Attorneys for Plaintiff
FREECYCLESUNNYVALE

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*