| | |
|---|---|
| 1 | PAUL J. ANDRE, Bar No. 196585 (pandre@perkinscoie.com) |
| 2 | LISA KOBIALKA, Bar No. 191404 (lkobialka@perkinscoie.com) |
| 3 | ESHA BANDYOPADHYAY, Bar No. 212249 (ebandyopadhyay@perkinscoie.com) |
| 4 | SEAN M. BOYLE, Bar No. 238128 (sboyle@perkinscoie.com) |
| 5 | PERKINS COIE LLP 101 Jefferson Drive |
| 6 | Menlo Park, CA 94025 Telephone:   (650) 838-4300 |
| 7 | Facsimile:    (650) 838-4350 |
| 8 | Attorneys for Defendant and Counterclaimant THE FREECYCLE NETWORK, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | CASE NO. C06-00324 CW |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER CHANGING TIME UNDER CIVIL L.R. 6-2** |
| THE FREECYCLE NETWORK, an Arizona corporation, | |
| Defendant. | Before: Honorable Claudia Wilken |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation, | |
| Counterclaimant, | |
| v. | |
| FREECYCLESUNNYVALE, a California unincorporated association, | |
| Counterdefendant. | |

[PROPOSED] ORDER CHANGING TIME UNDER CIVIL L.R. 6-2                                  CASE NO. C06-00324 CW

1  Having considered the stipulated request of Defendant The Freecycle Network, Inc. ("The
2  Freecycle Network") and Plaintiff FreecycleSunnyvale ("FreecycleSunnyvale") for an order
3  changing time, and good cause appearing therefor,
4  IT IS ORDERED that the hearing on FreecycleSunnyvale's Motion for Summary
5  Adjudication under Federal Rule of Civil Procedure 56 is changed to September 6, 2007, at
6  2:00 p.m.
7  PURSUANT TO STIPULATION, IT IS SO ORDERED.
8  Dated: July __, 2007

_____
CLAUDIA WILKEN
United States District Judge