PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar. No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238128
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:   (650) 838-4300
Facsimile:    (650) 838-4350

Attorneys for Defendant
The Freecycle Network, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Defendant.<br><br>THE FREECYCLE NETWORK, INC. an Arizona corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYLESUNNYVALE, a California unincorporated association,<br><br>Counterdefendant, | CASE NO. C 06-00324 CW<br><br>**THE FREECYCLE NETWORK, INC.'S NOTICE OF ADMINISTRATIVE MOTION AND MOTION TO CHANGE HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

THE FREECYCLE NETWORKS MOTION TO CHANGE HEARING DATE ON MOTION FOR SUMMARY ADJUDICATION; MPA IN SUPPORT THEREOF

1    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 6(b) and
2    Local Rule 6-3, defendant The Freecycle Network, Inc. will move, and hereby moves, for a
3    change in the time for the hearing on plaintiff FreecycleSunnyvale's Motion for Summary
4    Adjudication Under Federal Rule of Civil Procedure 56 ("Motion") such that the Motion will
5    now be heard on February 28, 2008, as mandated by this Court's July 30, 2007, Order Granting
6    as Modified the Parties' Stipulated Request for Order Changing Time (Docket Entry No. 81)
7    ("Order"), and the due dates for filing opposition and reply papers to the Motion shall be
8    changed in accordance with the new hearing date.

9    This administrative motion is based on this Notice of Motion and Motion, the
10   Memorandum of Points and Authorities below, the Declaration of Esha Bandyopadhyay in
11   Support of The Freecycle Network, Inc.'s Administrative Motion to Change Hearing Date of
12   Motion for Summary Adjudication filed herewith, the Proposed Order filed herewith, the records
13   on file in this action, and such evidence as may be presented at the hearing of this motion.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S ADMINISTRATIVE MOTION TO CHANGE HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION**

### I.    INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 6-3, defendant The Freecycle Network, Inc. ("The Freecycle Network") respectfully seeks an order changing the hearing date and related briefing schedule on plaintiff FreecycleSunnyvale's ("Plaintiff") Motion for Summary Adjudication Under Federal Rule of Civil Procedure 56 ("Motion"), such that the hearing on the Motion will be continued from August 23, 2007, to February 28, 2008, and the due dates for filing opposition and reply papers to Plaintiff's Motion shall be changed accordingly. The present administrative motion is brought on the grounds that this Court issued an Order Granting as Modified the Parties' Stipulated Request for Order Changing Time (Docket Entry No. 81) on July 30, 2007 ("Order") specifically requiring Plaintiff to "re-notice its motion for summary judgment for hearing on February 28, 2008" in the event The Freecycle Network was unable to submit its motion for summary judgment as a cross-motion to Plaintiff's Motion

- 2 -
THE FREECYCLE NETWORKS MOTION TO CHANGE
HEARING DATE ON MOTION FOR SUMMARY
ADJUDICATION; MPA IN SUPPORT THEREOF

by August 9, 2007. The Freecycle Network will be unable to submit its motion for summary judgment as a cross-motion to Plaintiff's Motion by August 9, 2007, and has indicated the same to counsel for Plaintiff. However, despite the Court's explicit instruction in regard to re-noticing the hearing, Plaintiff has not responded to The Freecycle Network's requests that the hearing be re-noticed, and has failed to re-notice the same. Accordingly, The Freecycle Network is left no choice but to file the present administrative motion requesting a continuance of the hearing date on the pending Motion.

## II.   ARGUMENT

### A.   Good Cause Exists for an Order Changing the Hearing Date on Plaintiff's Motion

On a showing of good cause, the court may sign an order extending the time within which any act is required or allowed to be done. Fed. R. Civ. Proc. 6(b). The present administrative motion requests that the Court change the hearing date on Plaintiff's currently pending Motion, which was initially noticed for August 23, 2007. Good cause for changing the hearing date on this Motion exists not only due to the circumstances of this case, but also based on the Court's own preference for hearing dispositive motions.

Here, the Court has specifically stated that it "prefers to consider all summary judgment motions and cross-motions at the same time." Order at 1-2 (Docket Entry No. 81). In the present matter, the current hearing date for case dispositive motions is February 28, 2008. Order Changing Time for Fact Discovery Cutoff and Other Deadlines ("Order Changing Time") (Docket Entry No. 78). Despite this deadline, mutually agreed upon by the parties, and ordered by the Court (*Id.*), Plaintiff's currently pending Motion was originally noticed for hearing August 23, 2007. Notice of Motion and Motion for Summary Adjudication (Docket Entry No. 68). Subsequently, in its July 30, 2007, Order, the Court specifically stated that if The Freecycle Network is not prepared to submit its motion for summary judgment as a cross-motion to the pending Motion by today, August 9, 2007, then "Plaintiff shall re-notice its motion for summary judgment for hearing on February 28, 2008." Order (Docket Entry No. 81).

- 3 -
THE FREECYCLE NETWORKS MOTION TO CHANGE
HEARING DATE ON MOTION FOR SUMMARY
ADJUDICATION; MPA IN SUPPORT THEREOF

The Freecycle Network will be unable to submit its motion for summary judgment as a cross-motion to Plaintiff's Motion by August 9, 2007. Declaration of Esha Bandyopadhyay in Support of The Freecycle Network, Inc.'s Administrative Motion to Change Hearing Date of Motion for Summary Adjudication ("Bandyopadhyay Decl.") filed herewith, ¶ 2. Specifically, discovery is still continuing in this case, and depositions have not yet commenced. *Id.* Without conducting this pertinent deposition discovery, The Freecycle Network will be unable to complete its motion for summary judgment. *Id.*

Accordingly, based on the Court's own preference to hear all dispositive motions at the same time, and The Freecycle Network's inability to submit its motion for summary judgment by August 9, 2007, there exists good cause for the Court to continue the hearing date on the Motion to February 28, 2008, and the due dates for filing opposition and reply papers to Plaintiff's Motion should be changed in accordance with the new hearing date.

### B. The Freecycle Network Has Attempted to Obtain a Stipulation to Change the Hearing Date

Counsel for The Freecycle Network has now repeatedly attempted to meet and confer with Plaintiff's counsel and specifically indicated in written and telephonic correspondence that it will be unable to submit its motion for summary judgment as a cross-motion to Plaintiff's Motion by August 9, 2007. Bandyopadhyay Decl., ¶¶ 3-5, Exhs. A-B. In addition, The Freecycle Network has brought to Plaintiff's attention the Court's July 30th Order and requested that Plaintiff re-notice the hearing on its pending motion for summary judgment. However, on August 9, 2007, counsel for Plaintiff indicated that it is evaluating its options in light of the Court's Order and that Plaintiff will not agree to a stipulation to continue the hearing date, despite the explicit requirement contained in the Court's Order. Bandyopadhyay Decl., ¶ 6.

Since, despite the Court's preference regarding dispositive motions and its specific instruction regarding re-noticing the hearing on the Motion, FreecycleSunnyvale refuses to cooperate with The Freecycle Network and abide by the terms of the Order, The Freecycle Network is left with no choice but to file the present administrative motion. Given the highly unreasonable position taken by Plaintiff, the Court should grant The Freecycle Network's request

- 4 -
THE FREECYCLE NETWORKS MOTION TO CHANGE
HEARING DATE ON MOTION FOR SUMMARY
ADJUDICATION; MPA IN SUPPORT THEREOF

for a continuance of the hearing on the Motion, which is simply in accordance with the Court's July 30th Order.

### C. The Freecycle Network Will be Severely Prejudiced if the Hearing Date is not Changed

As stated above The Freecycle Network will be unable to submit its motion for summary judgment as a cross-motion to Plaintiff's Motion by August 9, 2007, as it will not have had an opportunity to conduct pertinent deposition discovery necessary for its summary judgment motion. *See* Bandyopadhyay Decl., ¶ 2. Accordingly, should The Freecycle Network's request for a continuance be denied, The Freecycle Network will not have sufficient opportunity to prepare its summary judgment motion, and will therefore be severely prejudiced. As such, the Court should grant The Freecycle Network's request that the hearing on the Motion be changed to February 28, 2008, per the Court's July 30th Order.

### D. Prior Time Modifications in this Case have not Impacted the Present Motion

This administrative motion is the second request for a time modification specific to Plaintiff's Motion. On August 27, 2007, the parties filed a joint stipulation requesting that the Court change the hearing date on the Motion to September 6, 2007. Stipulated Request for Order Changing Time (Docket Entry No. 79). It was in response to the filing of that joint stipulation that the Court issued its July 30th Order. *See* Order (Docket Entry No. 81). All prior requests for modification have pertained generally to the discovery cutoff and the deadline within which to complete court-connected mediation, and none have related to a specific dispositive motion. *See* Order (June 2, 2006; Docket No. 35); Order (August 1, 2006; Docket No. 44); Order (October 3, 2006; Docket No.57); Order (December 22, 2006; Docket No. 62); Order (April 3, 2007; Docket No. 65).

### E. The Requested Time Modification Would Have No Effect on the Remaining Schedule for this Case

As discussed in the Court's Order (Docket Entry No. 81), on July 28, 2007, this Court signed an Order Changing Time for Fact Discovery Cutoff and Other Deadlines, extending the deadline to file dispositive motions to January 10, 2008, and changing the hearing date on such

- 5 -
THE FREECYCLE NETWORKS MOTION TO CHANGE
HEARING DATE ON MOTION FOR SUMMARY
ADJUDICATION; MPA IN SUPPORT THEREOF

dispositive motions to February 28, 2008. Order Changing Time (July 26, 2007; Docket Entry No. 78). Accordingly, changing the hearing date on Plaintiff's present dispositive Motion to February 28, 2008, the exact date set by the Court for such hearing, will in no way impact the remaining schedule for this case. As such, this Court should grant The Freecycle Network's request to change the current hearing date on Plaintiff's Motion, and extend the related deadlines on the briefing schedule accordingly.

### III.  CONCLUSION

Based on the foregoing, Defendant respectfully requests that the Court enter an order continuing the hearing on Plaintiff's Motion for Summary Adjudication to February 28, 2008, and extending the due dates for filing opposition and reply papers to Plaintiff's Motion in accordance with the new hearing date.

DATED: August 9, 2007              **PERKINS COIE LLP**

By _____/s/ Esha Bandyopadhyay_____
Paul J. Andre
Lisa Kobialka
Esha Bandyopadhyay
Sean Boyle
Attorneys for Defendant
THE FREECYCLE NETWORK, INC.