1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:    (650) 838-4300
7  Facsimile:    (650) 838-4350

8  Attorneys for Defendant
   The Freecycle Network, Inc.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13

14  FREECYCLESUNNYVALE,                    CASE NO. C 06-00324 CW
    a California unincorporated association,
15                                         **DECLARATION OF ESHA
                    Plaintiff,             BANDYOPADHYAY IN SUPPORT OF
16                                         THE FREECYCLE NETWORK, INC.'S
          v.                               ADMINISTRATIVE MOTION TO
17                                         CHANGE HEARING DATE ON
    THE FREECYCLE NETWORK, INC.,           PLAINTIFF'S MOTION FOR SUMMARY
18  an Arizona corporation,                ADJUDICATION**

19                  Defendant.

20  _____

    THE FREECYCLE NETWORK, INC.
21  an Arizona corporation,

22                  Counterclaimant,

23        v.

24  FREECYLESUNNYVALE,
    a California unincorporated association,
25
                    Counterdefendant,
26

27

28  _____
    BANDYOPADHYAY DECL. ISO THE FREECYCLE
    NETWORKS MOTION TO CHANGE HEARING DATE ON
    MOTION FOR SUMMARY ADJUDICATION
    60383-0001/LEGAL13429757.1

I, ESHA BANDYOPADHYAY, declare:

1. I am an attorney with the law firm of Perkins Coie LLP, counsel of record for Defendant and Counterclaimant The Freecycle Network, Inc. ("The Freecycle Network"). I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. Discovery is still continuing in this case, and depositions have not yet commenced. Without conducting this pertinent deposition discovery, The Freecycle Network will be unable to file its motion for summary judgment as a cross-motion to Plaintiff FreecycleSunnyvale's ("FreecycleSunnyvale") Motion for Summary Adjudication Under Federal Rule of Civil Procedure 56 ("Motion") by August 9, 2007.

3. On Monday, August 6, 2007, I sent a letter to Mr. Dennis Corgill, counsel for FreecycleSunnyvale, setting forth The Freecycle Network's position that it would be unable to submit its motion for summary judgment as a cross-motion to Plaintiff's Motion by August 9, 2007. I further requested in this letter that FreecycleSunnyvale re-notice the hearing on its Motion for February 28, 2008, as ordered by the Court in its July 30, 2007, Order Granting as Modified the Parties' Stipulated Request for Order Changing Time ("Order") (Docket Entry No. 81). Attached hereto as Exhibit A is a true and correct copy of my August 6th letter to Mr. Corgill.

4. On Wednesday, August 8, 2007, I sent an e-mail to Mr. Corgill following up on my August 6th letter, and requesting confirmation that Plaintiff would agree to re-notice the hearing on its Motion. Attached hereto as Exhibit B is a true and correct copy of my August 8th e-mail to Mr. Corgill.

5. On Thursday, August 9, 2007, I telephoned Mr. Corgill and once again requested that Plaintiff agree to re-notice the hearing on in Motion. I further indicated that given the Court's request that The Freecycle Network otherwise file its motion for summary judgment by August 9, 2007, if Plaintiff refused to re-notice the hearing as ordered by the Court, The

- 2 -
BANDYOPADHYAY DECL. ISO THE FREECYCLE
NETWORKS MOTION TO CHANGE HEARING DATE ON
MOTION FOR SUMMARY ADJUDICATION

1  Freecycle Network would have no choice but to file an administrative motion requesting a
2  change in the hearing date.
3    6. On this same date, Mr. Corgill indicated via telephone that Plaintiff is evaluating
4  its options in light of the Court's Order and that Plaintiff will not agree to a stipulation to
5  continue the hearing date at this time.

7    I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct. Executed in Menlo Park, California on August 9, 2007.

        By: __/s/ Esha Bandyopadhyay__
          Esha Bandyopadhyay

        Attorney for Defendant and Counterclaimant
        The Freecycle Network, Inc.

- 3 -
BANDYOPADHYAY DECL. ISO THE FREECYCLE
NETWORKS MOTION TO CHANGE HEARING DATE ON
MOTION FOR SUMMARY ADJUDICATION