# EXHIBIT A

Dockets.Justia.com



Esha Bandyopadhyay
PHONE: 650.838.4355
FACSIMILE: 650.838.4555
EMAIL: ebandyopadhyay@perkinscoie.com

101 Jefferson Drive
Menlo Park, CA 94025-1114
PHONE: 650.838.4300
FAX: 650.838.4350
www.perkinscoie.com

August 6, 2007

*Via Electronic Mail and U.S. Mail*

Dennis S. Corgill
MAYER, BROWN, ROWE & MAW, LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112

Re: *FreecycleSunnyvale v. The Freecycle Network, Inc.,*
    USDC, Northern District of California Case No. C06-00324 CW

Dear Dennis:

As you are aware, in its July 30, 2007, Order Granting as Modified the Parties' Stipulated Request for Order Changing Time, the Court has stated that it would like to hear all summary judgment motions and cross-motions at the same time. Moreover, the Court has ordered that FreecycleSunnyvale re-notice its pending motion for summary judgment for hearing on February 28, 2008, if The Freecycle Network is unable submit its motion for summary judgment as a cross-motion on August 9, 2007. The Freecycle Network will not be able to submit its motion for summary judgment by August 9, 2007. Accordingly, we request that FreecycleSunnyvale re-notice its motion for summary judgment for hearing on February 28, 2008, as mandated by the Court.

Please let me know if you have any questions or concerns regarding this or any other matter.

Very truly yours,

*[signature]*

Esha Bandyopadhyay

60383-0001/LEGAL13450127.1

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES · MENLO PARK
OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · SHANGHAI · WASHINGTON, D.C.
Perkins Coie LLP and Affiliates