PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar. No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238128
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:    (650) 838-4300
Facsimile:    (650) 838-4350

Attorneys for Defendant
The Freecycle Network, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Defendant.<br><br>THE FREECYCLE NETWORK, INC. an Arizona corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYLESUNNYVALE, a California unincorporated association,<br><br>Counterdefendant, | CASE NO. C 06-00324 CW<br><br>**[PROPOSED] ORDER GRANTING THE FREECYCLE NETWORK, INC.'S ADMINISTRATIVE MOTION TO CHANGE HEARING DATE ON PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION** |

[PROPOSED] ORDER GRANTING THE FREECYCLE NETWORK, INC.'S ADMINISTRATIVE MOTION TO CHANGE HEARING DATE ON MOTION FOR SUMMARY ADJUDICATION
60383-0001/LEGAL13463870.1

1  Having considered defendant The Freecycle Network, Inc.'s Administrative Motion to
2  Change Hearing Date on Plaintiff's Motion for Summary Adjudication, and finding good cause
3  therefore,
4  IT IS HEREBY ORDERED THAT the Plainitff's Motion to Change Hearing Date on
5  Plaintiff's Motion for Summary Adjudication, originally scheduled to be heard on August 23,
6  2007, at 2:00 p.m., shall be heard on February 28, 2008, at 2:00 p.m, as mandated by this Court's
7  July 30, 2007, Order Granting as Modified the Parties' Stipulated Request for Order Changing
8  Time.  In addition, all due dates for filing opposition and reply papers to Plaintiff's Motion shall
9  be changed in accordance with the new hearing date.

11  DATED:_____

                                                    _____
                                                    The Honorable Claudia Wilken
                                                    United States District Judge

- 2 -
[PROPOSED] ORDER GRANTING THE FREECYCLE
NETWORK, INC.'S ADMINISTRATIVE MOTION TO
CHANGE HEARING DATE ON MOTION FOR
SUMMARY ADJUDICATION
60383-0001/LEGAL13463870.1