IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>  v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>    Defendant/Counterclaimant.<br>_____/ | No. C 06-00324 CW<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE AND DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO CHANGE HEARING DATE AS MOOT |

    Plaintiff and Counterclaim-Defendant FreecycleSunnyvale's motion for summary judgment, or in the alternative for summary adjudication, (Docket No. 76) is DENIED without prejudice to renoticing for February 28, 2008, the cut-off date for case dispositive motions, or such earlier date as is agreeable to both parties and the Court's calendar.  Defendant and Counterclaimant the Freecycle Network's administrative motion to change the hearing date on Plaintiff's motion for summary judgment (Docket No. 82) is DENIED as moot.

    IT IS SO ORDERED.

Dated: 8/10/07

                                            CLAUDIA WILKEN
                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28