

MAYER, BROWN, ROWE & MAW LLP
Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrownrowe.com
Dennis S. Corgill (SBN 103429)
dcorgill@mayerbrownrowe.com
Eric B. Evans (SBN 232476)
eevans@mayerbrownrowe.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Plaintiff
FREECYCLESUNNYVALE,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT**

**OAKLAND DIVISION**

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK,<br>an Arizona corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C06-00324 CW<br><br>**DECLARATION OF DENNIS S. CORGILL IN SUPPORT OF PLAINTIFF AND COUNTERDEFENDANT FREECYCLESUNNYVALE'S ADMINISTRATIVE MOTION FOR RECONSIDERATION** |

CORGILL DECLARATION ISO PLAINTIFF'S
ADMINISTRATIVE MOTION FOR RECONSIDERATION
CASE NO. C06-00324 CW

I, Dennis S. Corgill, declare as follows:

1.     I am an attorney licensed to practice in the State of California. I am an associate in the law firm Mayer, Brown, Rowe & Maw LLP, counsel of record for Plaintiff and Counterdefendant FreecycleSunnyvale in the above-captioned action. I am one of the attorneys representing FreecycleSunnyvale. I know the following facts of my own knowledge and, if called as a witness, could and would competently testify to the following facts.

2.     Throughout the above-captioned litigation, Defendant and Counterclaimant The Freecycle Network ("TFN") has noticed the depositions of only three individuals, Jason Wong, Lisanne Abraham, and Timothy Oey, all of whom are members of Plaintiff and Counterdefendant FreecycleSunnyvale. The deposition of Jason Wong was completed on August 9, 2007. The deposition of Lisanne Abraham was completed on August 10, 2007. The deposition of Timothy Oey is scheduled for August 17, 2007.

3.     Throughout the above-captioned litigation, TFN has not conducted third party discovery under the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Palo Alto, California, on August 13, 2007.

_____
Dennis S. Corgill