

1   MAYER, BROWN, ROWE & MAW LLP
    Ian N. Feinberg (SBN 88324)
2   ifeinberg@mayerbrownrowe.com
    Dennis S. Corgill (SBN 103429)
3   dcorgill@mayerbrownrowe.com
    Eric B. Evans (SBN 232476)
4   eevans@mayerbrownrowe.com
    Two Palo Alto Square, Suite 300
5   3000 El Camino Real
    Palo Alto, CA  94306-2112
6   Telephone: (650) 331-2000
    Facsimile:  (650) 331-2060
7
    Attorneys for Plaintiff
8   FREECYCLESUNNYVALE,

9
                    **UNITED STATES DISTRICT COURT**
10
                       **NORTHERN DISTRICT**
11
                       **OAKLAND DIVISION**
12

13   FREECYCLESUNNYVALE,                    Case No. C06-00324 CW
     a California unincorporated association,
14                                          **[PROPOSED] ORDER SCHEDULING
                        Plaintiff,          HEARING ON PLAINTIFF AND
15                                          COUNTERDEFENDANT
          v.                                FREECYCLESUNNYVALE'S MOTION
16                                          FOR SUMMARY JUDGMENT OR, IN
     THE FREECYCLE NETWORK,                 THE ALTERNATIVE, FOR SUMMARY
17   an Arizona corporation,                ADJUDICATION**

18                      Defendant.

19
     AND RELATED COUNTERCLAIMS
20

21

22

23

24

25

26

27

28

     [PROPOSED] ORDER SCHEDULING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
     CASE NO. C06-00324 CW

Dockets.Justia.com

1    On August 10, Plaintiff and Counterdefendant FreecycleSunnyvale filed an

2  administrative motion to reconsider this Court's July 30, 2007, order scheduling the hearing on

3  Plaintiff's Motion for Summary Judgment, or in the Alternative, Summary Adjudication.

4    Having considered all papers filed in support of and in opposition to Plaintiff's

5  administrative motion, and good cause appearing, THE COURT HEREBY FINDS that there is

6  good cause to reconsider the Court's July 30, 2007, order, and good cause to hear Plaintiff's

7  Motion for Summary Judgment, or in the Alternative, Summary Adjudication on September __,

8  2007.

9    THE COURT THEREFORE ORDERS THAT Plaintiff is granted leave to file a motion

10  for reconsideration and the same is granted; Defendant and Counterclaimant The Freecycle

11  Network shall file its opposition to Plaintiff's Motion for Summary Judgment, or in the

12  Alternative, Summary Adjudication on _____, 2007; Plaintiff shall file its reply on

13  _____, 2007; and the hearing on Plaintiff's Motion for Summary Judgment, or in

14  the Alternative, Summary Adjudication will be held on September __, 2007.

15    IT IS SO ORDERED.

16

Dated: _____

17

18                                              _____

19                                              Honorable Claudia Wilken
                                                United States District Court Judge
                                                Northern District of California

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER SCHEDULING HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
CASE NO. C06-00324 CW