1  MAYER, BROWN, ROWE & MAW LLP
   Ian N. Feinberg (SBN 88324)
2  ifeinberg@mayerbrownrowe.com
   Dennis S. Corgill (SBN 103429)
3  dcorgill@mayerbrownrowe.com
   Eric B. Evans (SBN 232476)
4  eevans@mayerbrownrowe.com
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, CA 94306-2112
6  Telephone: (650) 331-2000
   Facsimile: (650) 331-2060
7
   Attorneys for Plaintiff
8  FREECYCLESUNNYVALE,

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK,<br>an Arizona corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C06-00324 CW<br><br>**[CORRECTED PROPOSED] ORDER SCHEDULING HEARING ON PLAINTIFF AND COUNTERDEFENDANT FREECYCLESUNNYVALE'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR SUMMARY ADJUDICATION** |

[CORRECTED PROPOSED] ORDER SCHEDULING HEARING ON PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
CASE NO. C06-00324 CW

/

1    On August 13, 2007, Plaintiff filed an administrative motion seeking reconsideration of
2 this Court's August 10, 2007, order denying Plaintiff's motion for summary judgment without
3 prejudice. Having considered all papers filed in support of and in opposition to Plaintiff's
4 administrative motion, and good cause appearing, THE COURT HEREBY FINDS that there is
5 good cause to reconsider the Court's August 10, 2007, order, and good cause to hear Plaintiff's
6 Motion for Summary Judgment, or in the Alternative, Summary Adjudication on September __,
7 2007.
8    THE COURT THEREFORE ORDERS THAT Plaintiff is granted leave to file a motion
9 for reconsideration and the same is granted; Defendant and Counterclaimant The Freecycle
10 Network shall file its opposition to Plaintiff's Motion for Summary Judgment, or in the
11 Alternative, Summary Adjudication on _____, 2007; Plaintiff shall file its reply on
12 _____, 2007; and the hearing on Plaintiff's Motion for Summary Judgment, or in
13 the Alternative, Summary Adjudication will be held on September __, 2007.
14    IT IS SO ORDERED.

Dated: _____

_____
Honorable Claudia Wilken
United States District Court Judge
Northern District of California

---

1
[CORRECTED PROPOSED] ORDER SCHEDULING HEARING ON PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT
CASE NO. C06-00324 CW