# Exhibit B

From: Bandyopadhyay, Esha (Perkins Coie)
Sent: Monday, July 30, 2007 10:20 AM
To: 'Corgill, Dennis S.'
Subject: RE: Meet and Confer

Dennis-

I write in response to your letter of Friday, July 30th, regarding The Freecycle Network's cross-motion under Federal Rule of Civil Procedure 37 based on FreecycleSunnyvale's failure to identify Miles Dennis Robertson, Jr. as a potential witness. Based on our correspondence last week, both written and telephonic, we do not believe there is any need to "continue" the meet and confer process regarding this cross-motion. Indeed, The Freecycle Network has already met its meet and confer requirements and our position has been set forth clearly with citations to legal authority. Despite your assertions to the contrary, this matter will not be "concluded" until the Court rules upon The Freecycle Network's cross-motion. Moreover, your repeated refusal to acknowledge The Freecycle Network's intent to file a cross-motion will not alter our position. As we stated clearly last week, this is an issue on which we will have to agree to disagree.

To be clear, The Freecycle Network will be filing a cross-motion under Federal Rule of Civil Procedure 37. FreecycleSunnyvale will then have an opportunity to oppose The Freecycle Network's motion. We believe it is in the best interests of both parties to arrive at some sort of agreement regarding the briefing schedule for the cross-motion. Should FreecycleSunnyvale continue to simply deny the existence of the motion, and continue to fail to cooperate in this endeavor, we will have no choice but to indicate the same to the Court.

Please let me know if you have any questions or concerns.

Best regards,
Esha

-----Original Message-----
From: Corgill, Dennis S. [mailto:DCorgill@mayerbrownrowe.com]
Sent: Friday, July 27, 2007 5:04 PM
To: Bandyopadhyay, Esha (Perkins Coie)
Subject: Meet and Confer

Esha,

Please see the attached letter.

Cheers,
Dennis

Dennis S. Corgill
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Direct Telephone:  650.331.2058
Direct Facsimile:  650.331.4558
Email:  dcorgill@mayerbrownrowe.com
Mobile Telephone:  650.248.0340

1