# Exhibit C

---

**From:** Bandyopadhyay, Esha (Perkins Coie)
**Sent:** Tuesday, July 31, 2007 10:05 AM
**To:** 'Corgill, Dennis S.'
**Subject:** RE: Rule 37 Motion

Dennis-

We continue to disagree with your assertions regarding FreecycleSunnyvale's failure to identify its witnesses as required by the Federal Rules of Civil Procedure.

In regard to you your proposal below, as you know, FreecycleSunnyvale previously made this proposal in a letter dated July 25, 2007, though FreecycleSunnyvale later withdrew the offer in a subsequent letter. In response to your July 25th letter, I set forth a counter-proposal in an e-mail of that same date. To the extent that FreeycleSunnyvale is now reintroducing its proposal, we request that you please review and respond to The Freecycle Network's counter-proposal in my e-mail of July 25th. Please let me know if you have any further questions.

Regards,
Esha

---

**From:** Corgill, Dennis S. [mailto:DCorgill@mayerbrownrowe.com]
**Sent:** Monday, July 30, 2007 3:21 PM
**To:** Bandyopadhyay, Esha (Perkins Coie)
**Subject:** Rule 37 Motion

Esha,

With respect to the Declaration of Miles Dennis Robertson, Jr., as previously indicated, any objection under Fed.R.Civ.P. 37 is unfounded and, therefore, frivolous. In an effort not to burden the court with motions, however, FreecycleSunnyvale will not object to extending the discovery cutoff of August 3rd solely with respect to a deposition of Miles Dennis Robertson, Jr. If this is agreeable to The Freecycle Network, please let me know.

Cheers,
Dennis

Dennis S. Corgill
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real

Palo Alto, CA 94306-2112
Direct Telephone: 650.331.2058
Direct Facsimile: 650.331.4558
Email: dcorgill@mayerbrownrowe.com
Mobile Telephone: 650.248.0340

IRS CIRCULAR 230 NOTICE. Any advice expressed above as to tax matters was neither written nor intended by the sender or Mayer, Brown, Rowe & Maw LLP to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then (i) the advice was written to support the promotion or marketing (by a person other than Mayer, Brown, Rowe & Maw LLP) of that transaction or matter, and (ii) such taxpayers should seek advice based on the taxpayers particular circumstances from an independent tax advisor.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.