# Exhibit D



July 25, 2007

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

VIA EMAIL AND U.S. MAIL

Main Tel (650) 331-2000
Main Fax (650) 331-2060
www.mayerbrownrowe.com

Esha Bandyopadhyay
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025

**Dennis S. Corgill**
Direct Tel (650) 331-2058
Direct Fax (650) 331-4558
dcorgill@mayerbrownrowe.com

Re: Disclosure of Witness in *FreecycleSunnyvale v. The Freecycle Network, Inc.*, Case No. C 06-00324 CW (N.D. Cal. filed Jan. 18, 2006)

Dear Esha:

Thank you for returning my telephone call today. On condition that The Freecycle Network agrees not to bring a motion under FED.R.CIV.P. 37, FreecycleSunnyvale will agree (1) that the discovery cut-off of August 3, 2007, does not apply to a deposition of Miles Dennis Robertson, Jr., and (2) that the hearing date for the motion currently scheduled for August 23, 2007, may be moved to September 6, 2007, with corresponding adjustments to the briefing schedule.

Sincerely,

*Dennis S. Corgill*

Dennis S. Corgill