# Exhibit F

Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrownrowe.com
Dennis S. Corgill (SBN 103429)
dcorgill@mayerbrownrowe.com
Eric B. Evans (SBN 232476)
eevans@mayerbrownrowe.com
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2060

Attorneys for Plaintiff
FREECYCLESUNNYVALE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, an Arizona corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C06-00324 CW<br><br>**SUPPLEMENTAL INITIAL DISCLOSURES OF PLAINTIFF FREECYCLESUNNYVALE PURSUANT TO FED.R.CIV.P. 26(a)(1)** |

Pursuant to Fed.R.Civ.P. 26(e), Plaintiff and Counterdefendant FreecycleSunnyvale supplements its Fed.R.Civ.P. 26(a)(1) Initial Disclosures. By making these supplemental disclosures, FreecycleSunnyvale does not waive any applicable privilege or other objection, and reserves the right to object to the production or admissibility of any information included in the categories below. FreecycleSunnyvale expressly reserves the right to supplement these Initial Disclosures further under Fed.R.Civ.P. 26(e), without prejudice to its right to use such subsequently discovered information and documents at trial or at any proceeding in this lawsuit.

I.  **INITIAL DISCLOSURE OF WITNESSES UNDER FED.R.CIV.P. 26(a)(1)(A)**

| Name | Telephone/Address (Location) | Connection | Summary of Knowledge |
|---|---|---|---|
| Beal, Deron | 520.327.3771<br>520.891.5447 | Chairman and Director, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Oey, Timothy | 408.536.4541<br>Post Office Box I<br>Sunnyvale, CA 94087 | Moderator, FreecycleSunnyvale | Has knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Abraham, Lisanne | 408.974.2293<br>Post Office Box I<br>Sunnyvale, CA 94087 | Moderator, FreecycleSunnyvale | Has knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Wong, Jason | 650.839.1447<br>Post Office Box I<br>Sunnyvale, CA 94087 | Moderator, FreecycleSunnyvale | Has knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Columbus, Jennifer | Arizona | Vice Chair, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Sibert, Jolie | Arizona | Secretary, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Spencer, Paula | Milpitas, CA | Group Outreach Assistant for California, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Johnson, Irene | 408.219.1229<br>1811 Comstock Lane<br>San Jose, CA  95124 | Northern California New Group Approver, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |

| Name | Telephone/Address (Location) | Connection | Summary of Knowledge |
|---|---|---|---|
| Sawyer, Debra | | Modsquad moderator, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Karen | | Contributor to Moderator Manual, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, and invalidity. |
| Darling, Emily | Massachusetts | Affiliated with The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, and invalidity. |
| Cummings, Dean P. | | database@freecycle.org | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Rose, Amanda E. | Genesee County, MI | Coordinator of New Group Approvers, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Wagner, Mark | Detroit, MI | Group moderator, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Gabriel, Pauline | Regina Saskatchawan, Canada | Modsquad moderator and New Group Approver, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Robyn | | Coordinator of New Group Approvers, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Krause, Dorothy | | Group Outreach Assistant, The Freecycle Network | Believed to have knowledge concerning non-infringement, |

| Name | Telephone/Address (Location) | Connection | Summary of Knowledge |
|---|---|---|---|
| | | | licensing, invalidity, and tortious interference. |
| Bibatsu, A. | San Jose, CA | San Jose group moderator, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Kaufman, Albert | Portland, OR | Portland freecycle group | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Messinger, Mark | 360.867.1902 | FreecycleSunnyvale | Believed to have knowledge concerning non-infringement, licensing, and invalidity. |
| Snyder, Eric | Canada | Canadian trademark application | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Charles | San Jose, CA | Moderator, Silicon Valley group, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Davis, Jeff | 520.884.1157 Arizona | Webmaster and Programmer, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Chevy | | The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Das, Aseem | Palo Alto, CA | Moderator, Palo Alto group, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |

| | Name | Telephone/Address (Location) | Connection | Summary of Knowledge |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | Roberts, Kristina | Southern CA | Southern California New Group Approver, moderator for California Modsquad and group, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| 4 | | | | |
| 5 | | | | |
| 6 | Beverly | | Modsquad moderator, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| 7 | | | | |
| 8 | | | | |
| 9 | Ruzich, Judy | 765.447.7831 Lafayette, IN | Former Head of Group Outreach Assistants, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| 10 | | | | |
| 11 | | | | |
| 12 | Jones, Lynnie | | Former Modsquad moderator, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | Hess, Charlotte | 321.757.9971 Florida | East Coast Group Outreach Assistant and New Group Approver, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| 17 | | | | |
| 18 | | | | |
| 19 | Brown, Cathi | 408.512.1187 Campbell, CA | Former moderator, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| 20 | | | | |
| 21 | | | | |
| 22 | Castleman, Nancy | 845.758.8249 P.O. Box 78 Elizaville, NY 12523 | Former Modsquad moderator and fund raiser, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| 23 | | | | |
| 24 | | | | |
| 25 | Hedden, Ken | 518.532.7661 603 US Route 9 Schroon Lake, NY 12870 | Former moderator and New Group Approver, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| 26 | | | | |
| 27 | | | | |
| 28 | Steinberg, | Sunnyvale, CA | Member, | Believed to have |

| Name | Telephone/Address (Location) | Connection | Summary of Knowledge |
|---|---|---|---|
| Daniel | | FreecycleSunnyvale | knowledge concerning non-infringement and invalidity. |
| Daniels, Nancy | | Former Canada Group Outreach Assistant, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Deanna | | Former New Group Approver and Group Outreach Assistant, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Kelley, Roger L. | Santa Clara, CA | Silicon Valley group moderator, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Burke, Eric | Louisiana | Former member and moderator, The Freecycle Network; Free Sharing Alliance and freesharing.org | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Voisine, Charmaine | Toronto, Ontario Canada | Former Toronto group moderator, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Woodbury, Loretta | 361.852.3802 Texas | Former Group Outreach Assistant, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Hurteau, Paul | 70 Quaker Street P.O. Box 528 Millville, MA 01529 | Member, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Armistead, Cynthia | Georgia | Former Moderator, The Freecycle Network | Believed to have knowledge concerning non-infringement, |

| Name | Telephone/Address (Location) | Connection | Summary of Knowledge |
|---|---|---|---|
| | | | licensing, invalidity, and tortious interference. |
| Neeley, David | Texas | Formerly with The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Ennuie, Rose | Bakersfield, CA | Moderator of Bakersfield group and former Group Outreach Assistant, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Hesting, Elva | Wichita, Kansas | Former New Group Approver and Group Outreach Assistant, The Freecycle Network | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |
| Robertson, Jr., Miles Dennis | 10520 E. 19th Street, Stillwater, OK 74074 | Former New Group Approver, Group Outreach Assistant, Group Outreach and Assistance Coordinator (Head GOA), and member of The Hub. | Believed to have knowledge concerning non-infringement, licensing, invalidity, and tortious interference. |

FreecycleSunnyvale moderators, Timothy Oey, Lisanne Abraham, and Jason Wong, may only be contacted through counsel for FreecycleSunnyvale. FreecycleSunnyvale further identifies and incorporates herein all individuals disclosed by The Freecycle Network. FreecycleSunnyvale further notes that there are likely other third-parties who may have knowledge of facts that are relevant to this case, including but not limited to individuals who act as Group Outreach Assistants, New Group Approvers, or moderators for online group accounts or websites that promote and assist freecycling activities, as well as individuals who contact such online groups or websites for the purpose of freecycling. FreecycleSunnyvale may seek information from such third-parties to support its claims and defenses. To the extent that additional individuals with

knowledge relevant to this dispute are identified, FreecycleSunnyvale will identify them pursuant to Fed.R.Civ.P. 26(e).

## II. INITIAL DISCLOSURE OF DOCUMENTS UNDER FED.R.CIV.P. 26(a)(1)(B)

| Category Number | Category Description | Location |
| --- | --- | --- |
| 1 | Electronically stored documents from various websites and publications, concerning generic use of freecycle and variations thereof | FreecycleSunnyvale Post Office Box I Sunnyvale, CA 94087 |
| 2 | Electronically stored documents principally from Tim Oey, concerning work to establish trademark guidelines | FreecycleSunnyvale Post Office Box I Sunnyvale, CA 94087 |
| 3 | Electronically stored documents from USPTO online document service, concerning filings by The Freecycle Network | FreecycleSunnyvale Post Office Box I Sunnyvale, CA 94087 |
| 4 | Electronically stored documents from FreecycleNext members, concerning member lists and group operations | FreecycleSunnyvale Post Office Box I Sunnyvale, CA 94087 |
| 5 | Electronically stored documents from FreecycleSunnyvale members, concerning group operations | FreecycleSunnyvale Post Office Box I Sunnyvale, CA 94087 |
| 6 | Email files from various online groups, concerning freecycling activities | FreecycleSunnyvale Post Office Box I Sunnyvale, CA 94087 |
| 7 | Email files from various online discussion groups, concerning the administration of online groups that facilitate freecycling | FreecycleSunnyvale Post Office Box I Sunnyvale, CA 94087 |
| 8 | Email files from various online discussion groups, concerning the administration of new group approvals | FreecycleSunnyvale Post Office Box I Sunnyvale, CA 94087 |

III. **INITIAL DISCLOSURE OF COMPUTATION OF DAMAGES UNDER FED.R.CIV.P. 26(a)(1)(C)**

In its AMENDED COMPLAINT FOR DECLARATORY JUDGMENT OF TRADEMARK NON-INFRINGEMENT AND TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS, filed on April 6, 2006, FreecycleSunnyvale alleged injury by the tortious conduct of The Freecycle Network, but specifically waived any right FreecycleSunnyvale may have to recover monetary damages on the ground that the freecycling public would be better served if the non-profit corporation, The Freecycle Network, uses its resources to promote freecycling rather than to pay damages to the unincorporated association, FreecycleSunnyvale, which also operates on a non-profit basis.

IV. **INITIAL DISCLOSURE OF INSURANCE AGREEMENT UNDER FED.R.CIV.P. 26(a)(1)(D)**

FreecycleSunnyvale is unaware of any insurance agreement that may satisfy part or all of the judgment entered against FreecycleSunnyvale or that may indemnify or reimburse FreecycleSunnyvale or payments made to satisfy any such judgment.

V. **CERTIFICATION UNDER FED.R.CIV.P. 26(g)**

The undersigned counsel certifies under Fed.R.Civ.P. 26(g) that, after reasonable inquiry and to the best of his knowledge, the disclosures contained herein are accurate and complete as of the present time.

Dated: July 25, 2007

MAYER, BROWN, ROWE & MAW LLP
IAN N. FEINBERG
ERIC B. EVANS
DENNIS S. CORGILL

By: *(signature)*
Dennis S. Corgill

Attorneys for Plaintiff
FREECYCLESUNNYVALE

# PROOF OF SERVICE

I, Rowena Barreras, declare as follows:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is: 3000 El Camino Real, Two Palo Alto Square, Suite 300, Palo Alto, California 94306-2112. On July 25, 2007, I served the foregoing document(s) described as:

**INITIAL DISCLOSURES OF PLAINTIFF FREECYCLESUNNYVALE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)**

[x] By transmitting the document(s) listed above via electronic mail..

[x] By placing the document(s) listed above in a sealed envelope with postage prepaid, via First Class Mail, in the United States mail at Palo Alto, California addressed as set forth below.

Paul J. Andre                (pandre@perkinscoie.com)
Lisa Kobialka                (lkobialka@perkinscoie.com)
Esha Bandyopadhyay           (ebandyopadhyay@perkinscoie.com)
Sean M. Boyle                (sboyle@perkinscoie.com)
Shane M. Glynn               (sglynn@perkinscoie.com)
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114
Attorneys for Defendant
The Freecycle Network, Inc.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2007, at Palo Alto, California.

_____
Rowena Barreras