# Exhibit H

FreecycleSunnyvale v. The Freecycle Network
Case 4:06-cv-00324-CW   Document 91-9   Filed 08/16/2007   Page 1 of 3

Dockets.Justia.com

**From:** Bandyopadhyay, Esha (Perkins Coie)
**Sent:** Wednesday, August 08, 2007 10:35 AM
**To:** 'Corgill, Dennis S.'
**Subject:** FW: FreecycleSunnyvale v. The Freecycle Network, Inc.

Dennis-

I am writing to follow-up on my letter of Monday, August 6, 2007. We have not yet received a response from you. Please confirm immediately that FreecycleSunnyvale will re-notice its motion for summary judgment for hearing on February 28, 2008, as required by the Court's July 30, 2007, Order Granting as Modified the Parties' Stipulated Request for Order Changing Time.

We look forward to your prompt response.

Regards,
Esha


**From:** Shields, Leslie (Perkins Coie)
**Sent:** Monday, August 06, 2007 11:45 AM
**To:** 'dcorgill@mayerbrownrowe.com'
**Cc:** Bandyopadhyay, Esha (Perkins Coie)
**Subject:** FreecycleSunnyvale c. The Freecycle Network, Inc.

Dear Mr. Corgill,

　　　Enclosed please find correspondence from Esha Bandyopadhyay. Please don't hesitate to let me know if you have any trouble opening the attachment.



Letter to Dennis Corgill.pdf (...

Sincerely,

Leslie Shields

1

Legal Secretary
PERKINS COIE LLP
Menlo Park, California
Telephone: 650-838-4385