1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:    (650) 838-4300
7  Facsimile:    (650) 838-4350

8  Attorneys for Defendant
   The Freecycle Network, Inc.

9

10                 **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                         **OAKLAND DIVISION**

13

14 | FREECYCLESUNNYVALE,                        | CASE NO. C 06-00324 CW |
   | a California unincorporated association,   |                        |
15 |                                            | **[PROPOSED] ORDER DENYING** |
   |                   Plaintiff,               | **FREECYCLESUNNYVALE'S** |
16 |                                            | **ADMINISTRATIVE MOTION FOR** |
   |         v.                                 | **RECONSIDERATION OF THIS COURT'S** |
17 |                                            | **AUGUST 10, 2007, ORDER DENYING** |
   | THE FREECYCLE NETWORK, INC.,               | **PLAINTIFF'S MOTION FOR SUMMARY** |
18 | an Arizona corporation,                    | **JUDGMENT WITHOUT PREJUDICE** |
19 |                   Defendant.               |                        |
20 | THE FREECYCLE NETWORK, INC.                |                        |
21 | an Arizona corporation,                    |                        |
22 |                   Counterclaimant,         |                        |
23 |         v.                                 |                        |
24 | FREECYLESUNNYVALE,                         |                        |
   | a California unincorporated association,   |                        |
25 |                                            |                        |
   |                   Counterdefendant,        |                        |
26 |                                            |                        |

27

28

[PROPOSED] ORDER DENYING FREECYCLESUNNYVALE'S                    CASE NO. C 06-00324 CW
ADMINISTRATIVE MOTION FOR RECONSIDERATION OF THIS
COURT'S AUGUST 10, 2007 ORDER

Upon considering Plaintiff and Counterdefendant Freecyclesunnyvale's ("Plaintiff") Administrative Motion To Reconsider this Court's August 10, 2007, Order Denying Plaintiff's Motion for Summary Judgment Without Prejudice ("Motion"), and defendant The Freecycle Network's Opposition to the Motion, the Court having considered the materials and arguments presented to the Court in connection with the Motion and Opposition,

IT IS HEREBY ORDERED that Plaintiff Freecyclesunnyvale's Motion is DENIED.

The Court's Order Denying Plaintiff's Motion for Summary Judgment Without Prejudice and Denying Defendant's Administrative Motion to Change Hearing Date as Moot (Docket Entry No. 85) continues to remain in effect. Plaintiff's Motion for Summary Adjudication (Docket Entry No. 76) is DENIED without prejudice to renoticing for February 28, 2008, the cut-off date for case dispositive motions, or such earlier date as is agreeable to both parties and the Court's calendar.

IT IS SO ORDERED.

Dated: _____

          The Honorable Claudia Wilken
          United States District Court Judge
          Northern District of California

[PROPOSED] ORDER DENYING FREECYCLESUNNYVALE'S
ADMINISTRATIVE MOTION FOR RECONSIDERATION OF THIS
COURT'S AUGUST 10, 2007 ORDER

CASE NO. C 06-00324 CW