1  MAYER, BROWN, ROWE & MAW LLP
   Ian N. Feinberg (SBN 88324)
2  ifeinberg@mayerbrownrowe.com
   Dennis S. Corgill (SBN 103429)
3  dcorgill@mayerbrownrowe.com
   Eric B. Evans (SBN 232476)
4  eevans@mayerbrownrowe.com
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, CA  94306-2112
6  Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060
7
   Attorneys for Plaintiff
8  FREECYCLESUNNYVALE,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, an Arizona corporation,<br><br>Defendant. | Case No. C06-00324 CW<br><br>**NOTICE OF CHANGE OF FIRM NAME** |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Counterdefendant. | |

NOTICE OF CHANGE OF FIRM NAME
CASE NO. C06-00324 CW

**NOTICE OF CHANGE OF FIRM NAME**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTE THAT, effective August 31, 2007, the name of the law firm of counsel of record for Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Adobe Systems Incorporated. will change from MAYER, BROWN, ROWE & MAW LLP to MAYER BROWN LLP.

Counsel's address will remain the same, other than the firm name:

Ian N. Feinberg
Eric B. Evans
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, Califonia 94306-2112
Telephone:   (650) 331-2000
Facsimile:   (650) 331-2060

Please use the new firm name in all pleadings, correspondence, and other documents after August 31, 2007.

Dated:  August 21, 2007                              MAYER, BROWN, ROWE & MAW LLP

                                                     By        /s/     Eric B. Evans
                                                            Eric B. Evans
                                                            Attorneys for Plaintiff
                                                            FREECYCLESUNNYVALE,

-1-