1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8  FREECYCLESUNNYVALE, a California            No. C 06-00324 CW
   unincorporated association,
9
                 Plaintiff/Counterclaim-      ORDER GRANTING
10               Defendant,                    PLAINTIFF'S
                                               MOTION FOR LEAVE
11      v.                                     TO FILE A MOTION
                                               FOR
12  THE FREECYCLE NETWORK, INC., an            RECONSIDERATION
    Arizona corporation,                       AND GRANTING THE
13                                             MOTION FOR
                 Defendant/Counterclaimant.    RECONSIDERATION
14
                                               [DOCKET NO. 86]
15  _____/

16
        Plaintiff and Counterclaim-Defendant FreecycleSunnyvale's
17
    motion for leave to file a motion for reconsideration of the
18
    Court's August 10, 2007 order is GRANTED.  Plaintiff claims that
19
    good cause exists to allow it to proceed on its motion for summary
20
    judgment based on its naked licensing arguments even though
21
    Defendant is not now prepared to file a cross-motion for summary
22
    judgment.  Therefore, the Court will consider Plaintiff's motion
23
    for reconsideration.
24
        Defendant and Counterclaimant the Freecycle Network opposes
25
    Plaintiff's motion for reconsideration.  Having considered all of
26
    the papers filed by the parties and the content of Plaintiff's
27
    motion for summary judgment, the Court GRANTS Plaintiff's motion
28

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1   for reconsideration.  Plaintiff demonstrates that resolution of its

2   motion might significantly narrow the issues in the case for trial

3   and therefore prevent the parties from requiring expert witnesses.

4   Defendant argues that it will be prejudiced by consideration of the

5   motion at this stage of discovery but does not provide evidence

6   that it will.  Defendant's counsel declares, "Without conducting

7   this pertinent deposition discovery, and subsequent expert

8   discovery, [Defendant] was unable to file its <u>motion for summary</u>

9   <u>judgment as a cross-motion</u> . . . by August 9, 2007."

10  Bandyopadhyay Declaration ¶ 4 (emphasis added).  Further, Plaintiff

11  provides evidence that Defendant has no outstanding discovery

12  requests.  <u>See</u> Corgill Declaration ¶ 3.

13      Defendant argues that it likely will need expert testimony to

14  oppose Plaintiff's motion on naked licensing.  However, Defendant

15  cites no case in which expert testimony was used on the issue and

16  the Court is aware of none.  Further, Plaintiff does not cite any

17  expert testimony in its motion.  If Defendant continues to believe

18  it needs expert testimony to support its opposition to Plaintiff's

19  motion, it may include a motion pursuant to Federal Rule of 56(f)

20  with its opposition.

21      Plaintiff's motion for summary judgment will be heard on

22  September 27, 2007 at 2:00 pm.  Defendant's opposition to the

23  motion shall be filed by September 6.  Plaintiff's reply, if any,

24  shall be filed by September 13.

25      Plaintiff may file another motion for summary judgment on

26  January 17, 2008, noticed for hearing on February 28, 2008 and

27  Defendant may file a cross-motion.  If Plaintiff does not file a

28                                      2

**United States District Court**
For the Northern District of California

motion for summary judgment on January 17, Defendant may do so on January 24.

        IT IS SO ORDERED.

Dated:  8/24/07

_____
CLAUDIA WILKEN
United States District Judge

3