```
 1  PAUL J. ANDRE, Bar No. 196585
    (pandre@perkinscoie.com)
 2  LISA KOBIALKA, Bar No. 191404
    (lkobialka@perkinscoie.com)
 3  ESHA BANDYOPADHYAY, Bar. No. 212249
    (ebandyopadhyay@perkinscoie.com)
 4  SEAN M. BOYLE, Bar No. 238128
    (sboyle@perkinscoie.com)
 5  PERKINS COIE LLP
    101 Jefferson Drive
 6  Menlo Park, CA 94025
    Telephone:   (650) 838-4300
 7  Facsimile:   (650) 838-4350

 8  Attorneys for Defendant
    The Freecycle Network, Inc.
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Defendant. | CASE NO. C 06-00324 CW<br><br>**THE FREECYCLE NETWORK, INC.'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME**<br><br>Date:     September 27, 2007<br>Time:     2:00 p.m.<br>Before:   Honorable Claudia Wilken<br>Location: Courtroom 2 |
| THE FREECYCLE NETWORK, INC. an Arizona corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYLESUNNYVALE, a California unincorporated association,<br><br>Counterdefendant. | |

THE FREECYCLE NETWORK, INC.'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME — -1- — CASE NO. C 06-00324 CW

Dockets.Justia.com

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 6-3, Defendant The Freecycle
3  Network, Inc. ("The Freecycle Network") hereby submits the following Motion to Shorten Time
4  regarding the briefing schedule for its Motion to Strike the Declaration of Miles J. Robertson, Jr.,
5  filed concurrently herewith, so that the Motion to Strike can be heard at 2:00 p.m. on September
6  27, 2007.

7  This motion shall be heard on September 27, 2007, at 2:00 p.m., or as soon thereafter as
8  the matter may be heard, before the Honorable Claudia Wilken, in Courtroom 2, located at 1301
9  Clay Street, 4th Floor, Oakland, California.

10  The Freecycle Network's Motion is based on this Notice of Motion and Motion, the
11  Memorandum of Points and Authorities submitted in support of the Motion, the Declaration of
12  Lisa Kobialka in Support of the Motion, the records on file in this action, and such evidence as
13  may be presented at the hearing of this motion.

15  DATED: September 4, 2007.       **PERKINS COIE LLP**

17  By _____/s/ Lisa Kobialka_____
    Paul J. Andre
    Lisa Kobialka
18  Esha Bandyopadhyay
    Sean M. Boyle
19  Attorneys for Defendant
    THE FREECYCLE NETWORK, INC.

---

THE FREECYCLE NETWORK, INC.'S NOTICE
OF MOTION AND MOTION TO SHORTEN TIME       -2-       CASE NO. C 06-00324 CW