1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:    (650) 838-4300
7  Facsimile:    (650) 838-4350

8  Attorneys for Defendant
   The Freecycle Network, Inc.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13

14 | FREECYCLESUNNYVALE,                  | CASE NO. C 06-00324 CW
   | a California unincorporated association, |
15 |                                       | [PROPOSED] ORDER IN SUPPORT OF
   |          Plaintiff,                   | THE FREECYCLE NETWORK, INC.'S
16 |                                       | MOTION TO SHORTEN TIME
   |     v.                                |
17 |                                       | Date:       September 27, 2007
   | THE FREECYCLE NETWORK, INC.,          | Time:       2:00 p.m.
18 | an Arizona corporation,               | Before:     Honorable Claudia Wilken
   |                                       | Location:   Courtroom 2
19 |          Defendant.                   |

20 | THE FREECYCLE NETWORK, INC.
   | an Arizona corporation,
21 |
   |          Counterclaimant,
22 |
   |     v.
23 |
   | FREECYLESUNNYVALE,
24 | a California unincorporated association,
   |
25 |          Counterdefendant.

26

27

28

[PROPOSED] ORDER IN SUPPORT OF THE FREECYCLE                    CASE NO. C 06-00324 CW
NETWORK'S MOTION TO SHORTEN TIME

dockets.Justia.com

1  Upon considering Defendant and Counterclaimant's The Freecycle Network's ("The Freecycle Network") Motion To Shorten Time pursuant to Civil Local Rule 6-3 ("Motion"), and Plaintiff Freecyclesunnyvale's ("Plaintiff") Opposition to the Motion, the Court having considered the materials and arguments presented to the Court in connection with the Motion and Opposition,

IT IS HEREBY ORDERED that The Freecycle Network's Motion is GRANTED. FreecycleSunnyvale shall file its opposition to the Motion on _____. The Freecycle Network shall file its reply in support of the Motion on _____. The Motion shall be heard at 2:00 p.m. on September 27, 2007, concurrently with Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: September ___, 2007.

> The Honorable Claudia Wilken
> United States District Court Judge
> Northern District of California