# EXHIBIT 2

Dockets.Justia.com



MAYER
BROWN
ROWE
& MAW

August 31, 2007

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

<u>VIA ELECTRONIC AND U.S. MAIL</u>

Main Tel (650) 331-2000
Main Fax (650) 331-2060
www.mayerbrownrowe.com

Lisa Kobialka
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025

**Dennis S. Corgill**
Direct Tel (650) 331-2058
Direct Fax (650) 331-4558
dcorgill@mayerbrownrowe.com

Re:     Robertson Declaration in *FreecycleSunnyvale v.
The Freecycle Network*, Case No. C06-00324
(N.D. Cal. filed Jan. 18, 2006)

Dear Lisa:

Thank you for your email of yesterday evening and regarding the declaration of Miles Dennis Robertson, Jr.

First, we cannot produce Mr. Robertson for deposition because we do not represent him. Mr. Robertson is a third party.

Second, to clarify prior discussions, on July 31st, The Freecycle Network ("TFN") rejected FreecycleSunnyvale's offer to extend fact discovery for the sole purpose of permitting TFN to take Mr. Robertson's deposition. Because TFN did not thereafter make any alternate proposal, we understand that TFN has no interest in seeking discovery from Mr. Robertson. If TFN wishes to re-open the meet and confer process on this topic, we will be happy to schedule a conference next week, given that Ian Feinberg is out for the vacation weekend.

Third, if you decide not to meet and confer with regard to seeking discovery from Mr. Robertson, TFN is free to raise any evidentiary objections in TFN's opposition to the motion for summary judgment. *See* Fed.R.Civ.P. 37(c)(1) (first sentence). There is no need for expedited briefing on a separate motion.

Sincerely,

Dennis S. Corgill

cc:     Ian N. Feinberg

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Hong Kong  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.