# EXHIBIT 3

Dockets.Justia.com

---

**From:** Kobialka, Lisa (Perkins Coie)
**Sent:** Friday, August 31, 2007 2:37 PM
**To:** 'Corgill, Dennis S.'; 'ifeinberg@mayerbrownrowe.com'
**Cc:** Bandyopadhyay, Esha (Perkins Coie)
**Subject:** RE: Robertson Declaration in FreecycleSunnyvale v. The Freecycle Network

Dennis and Ian,

Per my discussion with Dennis just now, I understand that Ian is out of the office. As I informed Dennis, we dispute what was set forth in the letter and the parties do not agree on this issue. We will proceed with filing our motion to strike and seek to have leave to have it heard at the same time as the SJ hearing.

That being said, however, we proposed to Dennis in an effort to resolve this dispute was to permit us to take the deposition of Robertson before we have to file our opposition brief. We just learned today that you are not representing Mr. Robertson, so we would need to subpoena him. Dennis indicated that he does not have authority to make this agreement, so we agreed that I would email you directly.

If you are amenable to this resolution, please let me know and we can address how to appropriately go about addressing this appropriately.

Lisa Kobialka
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025
Ph: (650) 838-4447
Fax: (650) 838-4350

---

**From:** Corgill, Dennis S. [mailto:DCorgill@mayerbrownrowe.com]
**Sent:** Friday, August 31, 2007 1:46 PM
**To:** Kobialka, Lisa (Perkins Coie)
**Subject:** Robertson Declaration in FreecycleSunnyvale v. The Freecycle Network

<<Scan001.PDF>>

Lisa,

Please review the attached letter. If you have any difficulty in opening the attachment, please let me know.

Also, please call if you have any questions. Please not that I will be out of the office starting at 4:00 p.m. today, returning on Tuesday.

I hope that you have an enjoyable weekend.

Cheers,
Dennis

Dennis S. Corgill
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Direct Telephone: 650.331.2058
Direct Facsimile: 650.331.4558
Email: dcorgill@mayerbrownrowe.com
Mobile Telephone: 650.248.0340

IRS CIRCULAR 230 NOTICE. Any advice expressed above as to tax matters was neither written nor intended by the sender or Mayer, Brown, Rowe & Maw LLP to be used and cannot be used by any taxpayer for the purpose of avoiding tax penalties that may be imposed under U.S. tax law. If any person uses or refers to any such tax advice in promoting, marketing or recommending a partnership or other entity, investment plan or arrangement to any taxpayer, then (i) the advice was written to support the promotion or marketing (by a person other than Mayer, Brown, Rowe & Maw LLP) of that transaction or matter, and (ii) such taxpayers should seek advice based on the taxpayers particular circumstances from an independent tax advisor.

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.