# Exhibit 4

Dockets.Justia.com



July 25, 2007

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

Main Tel (650) 331-2000
Main Fax (650) 331-2060
www.mayerbrownrowe.com

**VIA EMAIL AND U.S. MAIL**

Esha Bandyopadhyay
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025

**Dennis S. Corgill**
Direct Tel (650) 331-2058
Direct Fax (650) 331-4558
dcorgill@mayerbrownrowe.com

Re:     Disclosure of Witness in *FreecycleSunnyvale v.*
        *The Freecycle Network, Inc.*, Case No. C 06-
        00324 CW (N.D. Cal. filed Jan. 18, 2006)

Dear Esha:

Thank you for returning my telephone call today. On condition that The Freecycle Network
agrees not to bring a motion under FED.R.CIV.P. 37, FreecycleSunnyvale will agree (1) that the
discovery cut-off of August 3, 2007, does not apply to a deposition of Miles Dennis Robertson,
Jr., and (2) that the hearing date for the motion currently scheduled for August 23, 2007, may be
moved to September 6, 2007, with corresponding adjustments to the briefing schedule.

Sincerely,

Dennis S. Corgill

Berlin Brussels Charlotte Chicago Cologne Frankfurt Hong Kong Houston London Los Angeles New York Palo Alto Paris Washington, D.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.