1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:   (650) 838-4300
7  Facsimile:   (650) 838-4350

8  Attorneys for Defendant
   The Freecycle Network, Inc.
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

14 FREECYCLESUNNYVALE,                    CASE NO. C 06-00324 CW
   a California unincorporated association,
15                                         NOTICE OF MOTION AND MOTION TO
                  Plaintiff,               STRIKE UNDER F.R.C.P. 37(c)
16
       v.                                  Date:     September 27, 2007
17                                         Time:     2:00 p.m.
   THE FREECYCLE NETWORK, INC.,            Before:   Honorable Claudia Wilken
18 an Arizona corporation,                 Location: Courtroom 2

19                Defendant.

20
   THE FREECYCLE NETWORK, INC.
21 an Arizona corporation,

22                Counterclaimant,

23     v.

24 FREECYLESUNNYVALE,
   a California unincorporated association,
25
                  Counterdefendant.
26

27

28

NOTICE OF MOTION AND MOTION TO STRIKE
UNDER F.R.C.P. 37(C)                    -1-                CASE NO. C 06-00324 CW

1  TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT ON September 27, 2007 at 2:00 p.m. or as soon thereafter as the matter may be heard in the above-entitled Court, Defendant and Counterdefendant The Freecycle Network ("The Freecycle Network") will and hereby does move this Court for an order striking the declaration of Miles Dennis Robertson, Jr.

This motion is made on the grounds that Plaintiff failed to disclose the identity of Mr. Robertson as required by the Federal Rules of Civil Proceudre 26(e)(1), that there was no substantial justification for the failure to disclose, and that such failure was not harmless. In addition, The Freecycle Network would be severely prejudiced by Plaintiff's use of this key witness's declaration in support of its Motion for Summary Adjudication, as Plaintiff did not provide The Freecycle Network an adequate opportunity to depose this witness. As such, The Freecycle Network moves to strike Mr. Robertson's declaration pursuant to Federal Rule of Civil Procedure 37(c).

This motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, filed herewith, the Declaration of Lisa Kobialka in Support of The Freecycle Network's Motion to Strike, filed herewith, and the [Proposed] Order Granting The Freecycle Network's Motion to Strike, and such argument of counsel as the Court may request.

DATED: September 4, 2007          **PERKINS COIE LLP**

By _____/s/ Lisa Kobialka_____
Paul J. Andre
Lisa Kobialka
Esha Bandyopadhyay
Sean Boyle
Attorneys for Defendant
THE FREECYCLE NETWORK, INC.