1   PAUL J. ANDRE, Bar No. 196585
    (pandre@perkinscoie.com)
2   LISA KOBIALKA, Bar No. 191404
    (lkobialka@perkinscoie.com)
3   ESHA BANDYOPADHYAY, Bar. No. 212249
    (ebandyopadhyay@perkinscoie.com)
4   SEAN M. BOYLE, Bar No. 238128
    (sboyle@perkinscoie.com)
5   PERKINS COIE LLP
    101 Jefferson Drive
6   Menlo Park, CA 94025
    Telephone:    (650) 838-4300
7   Facsimile:    (650) 838-4350

8   Attorneys for Defendant
    The Freecycle Network, Inc.

9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                           **OAKLAND DIVISION**

13

| | |
|---|---|
| 14   FREECYCLESUNNYVALE,<br>     a California unincorporated association, | CASE NO. C 06-00324 CW |
| 15 | **[PROPOSED] ORDER GRANTING THE** |
| 16                    Plaintiff, | **FREECYCLE NETWORK, INC.'S**<br>**MOTION TO STRIKE UNDER F.R.C.P.** |
| 17        v. | **37(c)** |
| 18   THE FREECYCLE NETWORK, INC.,<br>     an Arizona corporation, | Date:       September 27, 2007<br>Time:       2:00 p.m. |
| 19                    Defendant. | Before:     Honorable Claudia Wilken<br>Location:   Courtroom 2 |
| 20   THE FREECYCLE NETWORK, INC.<br>     an Arizona corporation, | |
| 21 | |
| 22                    Counterclaimant, | |
| 23        v. | |
| 24   FREECYCLESUNNYVALE,<br>     a California unincorporated association, | |
| 25 | |
| 26                    Counterdefendant, | |

27

28

Dockets.Justia.com

1    Upon considering defendant and counterclaimant's The Freecycle Network's ("The

2  Freecycle Network") Motion To Strike Under F.R.C.P. 37(c) ("Motion"), and plaintiff

3  Freecyclesunnyvale's ("Plaintiff") Opposition to the Motion, the Court having considered the

4  materials and arguments presented to the Court in connection with the Motion and Opposition,

5  IT IS HEREBY ORDERED that The Freecycle Network's Motion is GRANTED.

6    The Court shall strike the declaration of Miles Dennis Robertson, Jr. and allow The

7  Freecycle Network the opportunity to amend its opposition to Plaintiff's motion for summary

8  adjudication should such an amendment be necessary.

9    IT IS SO ORDERED.

10

11  Dated: _____

12                                          _____
                                            The Honorable Claudia Wilken
13                                          United States District Court Judge
                                            Northern District of California
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28