1   PAUL J. ANDRE, Bar No. 196585
     (pandre@perkinscoie.com)
2   LISA KOBIALKA, Bar No. 191404
     (lkobialka@perkinscoie.com)
3   ESHA BANDYOPADHYAY, Bar. No. 212249
     (ebandyopadhyay@perkinscoie.com)
4   SEAN M. BOYLE, Bar No. 238128
     (sboyle@perkinscoie.com)
5   PERKINS COIE LLP
     101 Jefferson Drive
6   Menlo Park, CA 94025
     Telephone:     (650) 838-4300
7   Facsimile:      (650) 838-4350

8   Attorneys for Defendant
     The Freecycle Network, Inc.

9

10            **UNITED STATES DISTRICT COURT**

11         **NORTHERN DISTRICT OF CALIFORNIA**

12               **OAKLAND DIVISION**

13

| | |
|---|---|
| 14   FREECYCLESUNNYVALE,<br>     a California unincorporated association, | CASE NO. C 06-00324 CW |
| 15 | **THE FREECYCLE NETWORK, INC.'S** |
| 16            Plaintiff, | **NOTICE OF ADMINISTRATIVE**<br>**MOTION AND MOTION FOR LEAVE**<br>**TO FILE DOCUMENTS UNDER SEAL** |
| 17      v. | |
| 18   THE FREECYCLE NETWORK, INC.,<br>     an Arizona corporation, | Date:         September 27, 2007<br>Time:         2:00 p.m. |
| 19           Defendant. | Before:      Honorable Claudia Wilken<br>Location:    Courtroom 2 |
| 20 | |
| 21   THE FREECYCLE NETWORK, INC.<br>     an Arizona corporation, | |
| 22          Counterclaimant, | |
| 23      v. | |
| 24   FREECYLESUNNYVALE,<br>     a California unincorporated association, | |
| 25          Counterdefendant. | |
| 26 | |

27

28

THE FREECYCLE NETWORK, INC.'S NOTICE
OF ADMINISTRATIVE MOTION AND MOTION     -1-           CASE NO. C 06-00324 CW
TO SEAL

## NOTICE OF MOTION AND MOTION

TO PLAINTIFF FREECYCLESUNNYVALE AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that The Freecycle Network, Inc. ("The Freecycle Network")

hereby move for an order sealing the following document:

1. **EXHIBITS 1, 3-14, 16, 18-20, 26, 28-31, 33-39, 43-48, 50-64, 66-72, 74, 76-94, 97-101, AND 103-109 TO THE DECLARATION OF LISA KOBIALKA IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56;**

2. **EXHIBITS 5-6, 8-11, 13-16, 18-21 AND 23-43 TO THE DECLARATION OF DERON BEAL IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56.**

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    Introduction

Pursuant to Federal Rule of Civil Procedure 26(c), Civil Local Rules 7-10, 7-11, and 79-5, The Freecycle Network makes this Miscellaneous Administrative Request for an Order allowing The Freecycle Network to file under seal certain exhibits to the declarations of Lisa Kobialka and Deron Beal.

Specifically, The Freecycle Network requests that the Court file the following documents set forth below under seal:

1. **EXHIBITS 1, 3-14, 16, 18-20, 26, 28-31, 33-39, 43-48, 50-64, 66-72, 74, 76-94, 97-101, AND 103-109 TO THE DECLARATION OF LISA KOBIALKA IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56;**

2. **EXHIBITS 5-6, 8-11, 13-16, 18-21 AND 23-43 TO THE DECLARATION OF DERON BEAL IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56.**

Good cause exists to justify the filing of the above pleadings and exhibits under seal because these pleadings and exhibits contain specific confidential competitive and business information of The Freecycle Network and/or Freecyclesunnyvale.  The Freecycle Network

1    and/or Freecyclesunnyvale could be irreparably harmed if such confidential information is made

2    available to the public.

3                                II.        Argument

4    A.        **Good Cause Exists to Protect The Freecycle Network and**
              **Freecyclesunnyvale's Confidential Business and Competitive Information.**
5

6            Upon a showing of good cause, a court may make any order that justice requires to protect

7    a party, including an order "that a trade secret or other confidential research, development, or

8    commercial information not be revealed or be revealed only in a designated way."

9    Fed.R.Civ.P. 26(c)(7).  In particular, a court may order that court documents be filed under seal

10   where such good cause is shown to override the public's right to access.  *See,* San Jose Mercury

11   News, Inc. v. U.S. Dist. Ct., 187 F.3d 1096, 1103 (9th Cir. 1999).  The factors relevant to a

12   determination of whether the presumption of access is overcome include "the public interest in

13   understanding the judicial process and whether disclosure of the material could result in improper

14   use of the material for . . . infringement upon trade secrets."  Hagestad v. Tragesser, 49 F.3d

15   1430, 1433-34 (9th Cir. 1995) ("Every court has supervisory power over its own records and files,

16   and access has been denied where court files might have become a vehicle for improper

17   purposes.") (citations and quotations omitted).

18           Good cause exists for this Court to grant this Miscellaneous Administrative Request.  The

19   Freecycle Network seeks to file under seal only the specific documents or portions of documents

20   which contain The Freecycle Network's and/or Frreecyclesunnyvale's confidential business and

21   competitive information.  If any of this confidential information is not sealed and is permitted to

22   be in the public record, The Freecycle Network and/or Freecyclesunnyvale may suffer irreparable

23   harm if competitors have access to such information.

24   B.        **Request For Filing Under Seal Is Narrowly Tailored.**

25           This Miscellaneous Administrative Request should be granted because it is narrowly

26   tailored to cover only the documents to be filed for which good cause for filing under seal exists.

27

28

THE FREECYCLE NETWORK, INC.'S NOTICE
OF ADMINISTRATIVE MOTION AND MOTION          -3-                    CASE NO. C 06-00324 CW
TO SEAL

1

## III.    Conclusion

2    As set forth above, The Freecycle Network has shown good cause for this request to file

3 the above-referenced documents containing The Freecyle Network's and/or Freecyclesunnyvale's

4 confidential business and competitive information under seal.  Further, this request is narrowly

5 tailored to seal only confidential information designated by The Freecycle Network.  For these

6 reasons, The Freecycle Network respectfully requests that the Court grant their Miscellaneous

7 Administrative Request in the form of the [Proposed] Order Allowing Confidential Information to

8 be Filed under Seal filed herewith.

9

10 DATED: September 6, 2007                **PERKINS COIE LLP**

11

12                                            By _____/s/ Lisa Kobialka_____
                                                 Paul J. Andre
13                                               Lisa Kobialka
                                                 Esha Bandyopadhyay
14                                               Sean Boyle
                                                 Attorneys for Defendant
15                                               THE FREECYCLE NETWORK, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28