1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:    (650) 838-4300
7  Facsimile:    (650) 838-4350

8  Attorneys for Defendant
   The Freecycle Network, Inc.

9

10                    **UNITED STATES DISTRICT COURT**

11                  **NORTHERN DISTRICT OF CALIFORNIA**

12                          **OAKLAND DIVISION**

13

14  FREECYCLESUNNYVALE,                          CASE NO. C 06-00324 CW
    a California unincorporated association,
15                                               **DECLARATION OF LISA KOBIALKA IN
                    Plaintiff,                   SUPPORT OF THE FREECYCLE
16                                               NETWORK, INC.'S NOTICE OF
          v.                                     ADMINISTRATIVE MOTION AND
17                                               MOTION FOR LEAVE TO FILE
    THE FREECYCLE NETWORK, INC.,                 DOCUMENTS UNDER SEAL**
18  an Arizona corporation,

19                    Defendant.                 Date:      September 27, 2007
                                                 Time:      2:00 p.m.
20                                               Before:    Honorable Claudia Wilken
                                                 Location:  Courtroom 2
21
    THE FREECYCLE NETWORK, INC.
22  an Arizona corporation,

23                    Counterclaimant,

24        v.

25  FREECYLESUNNYVALE,
    a California unincorporated association,
26
                    Counterdefendant.
27

28

    DECLARATION OF LISA KOBIALKA IN
    SUPPORT OF THE FREECYCLE NETWORK,           -1-              CASE NO. C 06-00324 CW
    INC.'S MOTION TO SEAL

Dockets.Justia.com

1    I, Lisa Kobialka, hereby declare as follows:

2    1.    I am an attorney with the law firm of Perkins Coie LLP, counsel for Defendant and

3  Counterclaimant The Freecycle Network, Inc. (The Freecycle Network") in the above-captioned

4  action.  I am a member of the Bar of the State of California and this Court.  I have personal

5  knowledge of the facts set forth in this Declaration, and if called upon to do so, could testify

6  competently thereto.

7    2.    I submit this declaration in support of The Freecycle Network's Administrative

8  Motion for Leave to File Documents Under Seal.

9    3.    I have reviewed the following documents and determined that they contain information

10  that The Freecycle Network and/or Plaintiff Freecyclesunnyvale consider to be confidential,

11  proprietary, and/or trade secret information:

12    1.    **EXHIBITS 1, 3-14, 16, 18-20, 26, 28-31, 33-39, 43-48, 50-64, 66-72, 74, 76-94, 97-101, AND 103-109 TO THE DECLARATION OF LISA KOBIALKA IN**
13    **SUPPORT OF THE FREECYCLE NETWORK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S**
14    **MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56;**

15    2.    **EXHIBITS 5-6, 8-11, 13-16, 18-21 AND 23-43 TO THE DECLARATION OF DERON BEAL IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S**
16    **MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER**
17    **FED.R.CIV.P. 56.**

18    I declare under penalty of perjury under the laws of the State of California and the United

19  States that each of the above statements is true and correct.

20    Executed on September 6, 2007, in Menlo Park, California.

21

22                                    /s/ Lisa Kobialka
23                                    Lisa Kobialka

24

25

26

27

28

DECLARATION OF LISA KOBIALKA IN
SUPPORT OF THE FREECYCLE NETWORK,         -2-              CASE NO. C 06-00324 CW
INC.'S MOTION TO SEAL