1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:   (650) 838-4300
7  Facsimile:   (650) 838-4350

8  Attorneys for Defendant
   The Freecycle Network, Inc.
9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                              **OAKLAND DIVISION**

13

14  FREECYCLESUNNYVALE,                          CASE NO. C 06-00324 CW
    a California unincorporated association,
15                                               **[PROPOSED]**
                  Plaintiff,                     **ORDER GRANTING ADMINISTRATIVE**
16                                               **MOTION FOR LEAVE TO FILE**
           v.                                    **DOCUMENTS UNDER SEAL**
17
    THE FREECYCLE NETWORK, INC.,                 Date:      September 27, 2007
18  an Arizona corporation,                      Time:      2:00 p.m.
                                                 Before:    Honorable Claudia Wilken
19                Defendant.                     Location:  Courtroom 2

20
    THE FREECYCLE NETWORK, INC.
21  an Arizona corporation,

22                Counterclaimant,

23         v.

24  FREECYLESUNNYVALE,
    a California unincorporated association,
25
                  Counterdefendant.
26

27

28

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO FILE              -1-                CASE NO. C 06-00324 CW
DOCUMENTS UNER SEAL

1  Defendant and Counterclaimant The Freecycle Network, Inc. ("The Freecycle Network")
2  Administrative Motion for Leave to File Documents Under Seal was brought before this Court.
3  Upon consideration of this motion, the memorandum of points and authorities, and the supporting
4  declaration of Lisa Kobialka filed therewith, the Court finds there to be good cause for granting
5  The Freecycle Network's request to file documents under seal.

6  GOOD CAUSE having been shown, the Court finds that:

7  (1) The parties possess overriding confidentiality interests that overcome the right of
8  public access to the record in the following documents:

9  (2) The parties' overriding confidentiality interests support sealing the record;

10  (3) A substantial probability exists that the parties' overriding confidentiality interests
11  will be prejudiced if the record is not sealed;

12  (4) The proposed sealing is narrowly tailored; and

13  (5) No less restrictive means exist to achieve this overriding interest.

15  IT IS THEREFORE ORDERED that the Freecycle Network's Motion for Leave to File
16  Documents Under Seal is GRANTED.

18  IT IS SO ORDERED.

20  DATED: _____

The Honorable Claudia Wilkins
United States District Judge

[PROPOSED] ORDER GRANTING
ADMINISTRATIVE MOTION TO FILE      -2-      CASE NO. C 06-00324 CW
DOCUMENTS UNER SEAL