# EXHIBIT 6

```
 1   PAUL J. ANDRE, Bar No. 196585
     (pandre@perkinscoie.com)
 2   LISA KOBIALKA, Bar No. 191404
     (lkobialka@perkinscoie.com)
 3   ESHA BANDYOPADHYAY, Bar. No. 212249
     (ebandyopadhyay@perkinscoie.com)
 4   SEAN M. BOYLE, Bar No. 238128
     (sboyle@perkinscoie.com)
 5   PERKINS COIE LLP
     101 Jefferson Drive
 6   Menlo Park, CA 94025
     Telephone:   (650) 838-4300
 7   Facsimile:   (650) 838-4350
 8
     Attorneys for Defendant
 9   The Freecycle Network, Inc.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>        Plaintiff,<br><br>    v.<br><br>THE FREECYCLE NETWORK, INC.,<br>an Arizona corporation,<br><br>        Defendant. | CASE NO. C 06-00324 CW<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT TO 6**<br><br>**DECLARATION OF DERON BEAL IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56** |
| THE FREECYCLE NETWORK, INC.<br>an Arizona corporation,<br><br>        Counterclaimant,<br><br>    v.<br><br>FREECYLESUNNYVALE,<br>a California unincorporated association,<br><br>        Counterdefendant, | Date:     September 27, 2007<br>Time:    2:00 p.m.<br>Before:   Honorable Claudia Wilken<br>Location: Courtroom 2 |

# MANUAL FILING NOTIFICATION

Regarding Exhibit 6 to the Declaration of Deron Beal in Support of the Freecycle Network, Inc.'s Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description):_____

DATED: September 6, 2007           **PERKINS COIE LLP**

                                   By: ___/s/_____
                                   Lisa Kobialka

                                   Attorneys for Defendant and Counterclaimant
                                   The Freecycle Network, Inc.