# EXHIBIT 7



# Moderator Manual

Home
Member FAQ
Latest Manual Updates
- New Site FAQ

1. Getting Immediate Help
2. General Guidelines and Policies
   Rules & Etiquette
   Copyright & Trademark Policy
3. Moderating Freecycle
   Adding "Finder"
4. The "Files"
5. Notices
6. Responses
7. Pass The Torch
8. Translations


Search   Custom Search

## Rules & Etiquette Guidelines

While there will be slight variations from group to group, those rules in **BOLD** (in *this* section only of course) are required of all groups.

1) **KEEP IT FREE, LEGAL & APPROPRIATE FOR ALL AGES**. This means, for example,

- no pornography,
- no alcohol,
- no tobacco,
- no drugs (of any kind, including all medicines, vitamins, creams, etc.),
- no firearms or other weapons.

Two strikes and you're out of the group. This is our main Freecycle rule to live by and it's a pretty easy one at that.

2) **SUBJECT LINE OF YOUR POSTS**. Use these phrases to make it easy for others to delete or view. (There may be slight variations on these from group to group as well).

**OFFER:** thingamajig (Your General Location)
**TAKEN:** thingamajig (Used in conjunction with Offer)
**WANTED:** thingamajig, any condition. (Your General Location - Please use this sparingly and don't offer money. And above all else, don't ask for an extravagant item like a diamond ring which we'd all like to have or the strike rule will kick in - see no. 1 above)
**RECEIVED:** thingamajig (Used in response to Wanted)
**ADMIN:** (Used by Owners and Mods - local policy dictates)

3) PLEASE DO NOT POST THE SAME "WANTED" POSTING MORE THAN ONCE A MONTH. (There will be variations from group to group)

4) **NO POLITICS, NO SPAM, NO MONEY, NO PERSONAL ATTACKS/RUDENESS, NO PROSELYTIZING/RELIGION.** It's all about R-E-S-P-E-C-T. Two strikes & you're out, i.e. you will be unsubscribed by the moderator after two inappropriate postings.

5) **YOUR APPROXIMATE LOCATION:** Try to list this in the body of your e-mail as well as in the subject line. OFFER Couch (downtown). "I've got a couch and live downtown. Nearest intersection: Speedway and Stone."

6) **KEEP IT ALL IN ONE E-MAIL.** Got more than one thing to give away? Keep it all in one e-mail please and just number the items for your own clarity. This reduces the overall number of emails we all have to receive. Some groups don't do this rule.

7) **CAN WE USE FREECYCLE GROUPS TO FIND NEW HOMES FOR PETS?** Some groups say yes, but keep it legal & lovingly careful. Other groups say no, please refer to Petfinder (www.petfinder.com) to find a pet locally. It depends on what you and your fellow members have decided on locally. However, posts about pets for breeding purposes are not allowed in Freecycle groups.

8) **NO TRADING PLEASE.** Go to your local trading organization for this. It can be quite fun. With Freecycle, though, there are no strings attached, just give it away now.

9) **RESPONSES GO ONLY TO OFFERER.** It keeps down the sheer no. of emails.

10) **PICK UP.** Arrange as you like. Generally, you'll wait until you get a handful of responses or maybe overnight, and then you can pick whomever you like! That's half the fun. I always ask that people consider giving your starving local charity preference if one should respond. Arrange pickup with one person only, rather than "it's on the porch, whoever gets here first gets it." Otherwise you'll become unpopular pretty fast with your fellow Freecycle group members. Also, only give your phone number to one person at a time or ask for the recipient's phone no. Otherwise you'll get swamped with phone calls. Some groups do not allow phone numbers and addresses to be posted due to safety concerns for their members. Again, this is local policy.

**SAFETY.** Be aware! It is up to each individual member of Freecycle when arranging for pickup of the item being given away to be appropriately aware of the potential risk of having "a stranger" come to your home to pick something up. Freecycle as an organization assumes no responsibility for this risk. You may want to arrange to meet in a public place or leave the item on the front porch without mentioning whether or not you will be home at the time of pickup.

11) **NO OFFERING YOURSELF OR YOUR CHILDREN.** Posting oneself (or one's shy friends) is, I'm afraid, not allowed. There are many fine Internet dating sites better suited to this purpose, or you could try Craig's List or a Burning Man mixer (just kidding). Posting your kids is not on the menu either, no matter how crazy they make you sometimes. Try getting them involved in after-school band practice.

12) **A BRIEF NOTE ON FREECYCLE ETIQUETTE**: "Be nice." We are all volunteers and we've got a great little community here so when you arrange to pick up an item from another Freecycle member, it is basic good manners to accommodate them as much as possible in terms of scheduling, and then be punctual; they are, after all, giving you something you need and asking nothing in return except that you will show up when you say you will. (Leaving someone hanging is never a nice thing.) Also, unless the giver tells you otherwise, assume that they would like you to come by as soon as you can to take away the item; no more than three days after the offer is made is usual. (Think of it as The Three-day Rule.)

*Examples of Etiquette Files that are suitable for your site can be found under The Files section.*

© 2003, 2004, 2005, 2006, 2007, The Freecycle Network™. All rights reserved.

**Contact Us:**   FAQ queries.   :   All other queries.

Top

Copyright © 2003-2007 The Freecycle Network (http://www.Freecycle.org).
All rights reserved. Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.