# EXHIBIT 9

Dockets.Justia.com

1

2  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
3  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
4  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
5  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
6  PERKINS COIE LLP
   101 Jefferson Drive
7  Menlo Park, CA 94025
   Telephone:    (650) 838-4300
8  Facsimile:    (650) 838-4350

9  Attorneys for Defendant
   The Freecycle Network, Inc.

10              **UNITED STATES DISTRICT COURT**

11             **NORTHERN DISTRICT OF CALIFORNIA**

12                  **OAKLAND DIVISION**

13

14  FREECYCLESUNNYVALE,                    CASE NO. C 06-00324 CW
    a California unincorporated association,
15                                         **MANUAL FILING NOTIFICATION**
                  Plaintiff,
16                                         **EXHIBIT  TO 9**

17       v.                                **DECLARATION OF DERON BEAL IN**
                                           **SUPPORT OF THE FREECYCLE**
18  THE FREECYCLE NETWORK, INC.,           **NETWORK, INC.'S OPPOSITION TO**
    an Arizona corporation,                **PLAINTIFF'S MOTION FOR SUMMARY**
19                                         **ADJUDICATION UNDER FED.R.CIV.P. 56**
                  Defendant.
20
    THE FREECYCLE NETWORK, INC.            Date:      September 27, 2007
21  an Arizona corporation,                Time:      2:00 p.m.
                                           Before:    Honorable Claudia Wilken
22                Counterclaimant,         Location:  Courtroom 2

23       v.

24  FREECYCLESUNNYVALE,
    a California unincorporated association,
25
                  Counterdefendant,
26

27

28

**MANUAL FILING NOTIFICATION**

Regarding Exhibit 9 to the Declaration of Deron Beal in Support of the Freecycle Network, Inc.'s Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_ Voluminous Documents (PDF size larger than efiling systems allowances)

\_\_\_ Unable to Scan Documents

\_\_\_ Physical Object (description): _____

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_X\_ Item Under Seal

\_\_\_ Conformance with the Judicial Conference Privacy Policy (General order 53).

\_\_\_ Other (description):_____

DATED: September 6, 2007                    **PERKINS COIE** LLP

By: \_\_\_/s/_____
    Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.