# EXHIBIT 15

1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
6  101 Jefferson Drive
   Menlo Park, CA 94025
7  Telephone:   (650) 838-4300
   Facsimile:   (650) 838-4350
8
   Attorneys for Defendant
9  The Freecycle Network, Inc.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13

14  FREECYCLESUNNYVALE,                    | CASE NO. C 06-00324 CW
    a California unincorporated association,|
15                                          | MANUAL FILING NOTIFICATION
              Plaintiff,                    |
16                                          | EXHIBIT TO 15
        v.                                  |
17                                          | DECLARATION OF DERON BEAL IN
    THE FREECYCLE NETWORK, INC.,            | SUPPORT OF THE FREECYCLE
18  an Arizona corporation,                 | NETWORK, INC.'S OPPOSITION TO
                                            | PLAINTIFF'S MOTION FOR SUMMARY
19            Defendant.                    | ADJUDICATION UNDER FED.R.CIV.P. 56

20
    THE FREECYCLE NETWORK, INC.             | Date:      September 27, 2007
21  an Arizona corporation,                 | Time:      2:00 p.m.
                                            | Before:    Honorable Claudia Wilken
22            Counterclaimant,              | Location:  Courtroom 2

23      v.

24  FREECYLESUNNYVALE,
    a California unincorporated association,
25
              Counterdefendant,
26

27

28

MANUAL FILING NOTIFICATION                  -1-                CASE NO. C 06-00324 CW
EXHIBIT TO BEAL DECLARATION

## MANUAL FILING NOTIFICATION

Regarding Exhibit 15 to the Declaration of Deron Beal in Support of the Freecycle Network, Inc.'s Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description):_____

DATED: September 6, 2007                 **PERKINS COIE** LLP

                                         By:   /s/_____
                                              Lisa Kobialka

                                         Attorneys for Defendant and Counterclaimant
                                         The Freecycle Network, Inc.

---

MANUAL FILING NOTIFICATION            -1-                    CASE NO. C 06-00324 CW
EXHIBIT TO BEAL DECLARATION