# EXHIBIT 18

Dockets.Justia.com

```
 1
 2   PAUL J. ANDRE, Bar No. 196585
     (pandre@perkinscoie.com)
 3   LISA KOBIALKA, Bar No. 191404
     (lkobialka@perkinscoie.com)
 4   ESHA BANDYOPADHYAY, Bar. No. 212249
     (ebandyopadhyay@perkinscoie.com)
 5   SEAN M. BOYLE, Bar No. 238128
     (sboyle@perkinscoie.com)
 6   PERKINS COIE LLP
     101 Jefferson Drive
 7   Menlo Park, CA 94025
     Telephone:    (650) 838-4300
 8   Facsimile:    (650) 838-4350

 9   Attorneys for Defendant
     The Freecycle Network, Inc.
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                                OAKLAND DIVISION
13
```

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | CASE NO. C 06-00324 CW |
| Plaintiff, | MANUAL FILING NOTIFICATION |
| v. | EXHIBIT TO 18 |
| THE FREECYCLE NETWORK, INC., an Arizona corporation, | DECLARATION OF DERON BEAL IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56 |
| Defendant. | |
| THE FREECYCLE NETWORK, INC. an Arizona corporation, | Date:     September 27, 2007<br>Time:     2:00 p.m.<br>Before:   Honorable Claudia Wilken<br>Location: Courtroom 2 |
| Counterclaimant, | |
| v. | |
| FREECYLESUNNYVALE, a California unincorporated association, | |
| Counterdefendant, | |

MANUAL FILING NOTIFICATION
EXHIBIT TO BEAL DECLARATION                -1-                    CASE NO. C 06-00324 CW

# MANUAL FILING NOTIFICATION

Regarding Exhibit 18 to the Declaration of Deron Beal in Support of the Freecycle Network, Inc.'s Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description):_____

DATED: September 6, 2007            **PERKINS COIE LLP**

By:   /s/   _____
      Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.