# EXHIBIT 21

Dockets.Justia.com

PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar. No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238128
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:    (650) 838-4300
Facsimile:    (650) 838-4350

Attorneys for Defendant
The Freecycle Network, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|  |  |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE FREECYCLE NETWORK, INC.,<br>an Arizona corporation,<br><br>　　　　　Defendant. | CASE NO. C 06-00324 CW<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT  TO 21**<br><br>**DECLARATION OF DERON BEAL IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56** |
| THE FREECYCLE NETWORK, INC.<br>an Arizona corporation,<br><br>　　　　　Counterclaimant,<br><br>　　v.<br><br>FREECYLESUNNYVALE,<br>a California unincorporated association,<br><br>　　　　　Counterdefendant, | Date:　　　　September 27, 2007<br>Time:　　　　2:00 p.m.<br>Before:　　　Honorable Claudia Wilken<br>Location:　　Courtroom 2 |

# MANUAL FILING NOTIFICATION

Regarding Exhibit 21 to the Declaration of Deron Beal in Support of the Freecycle Network, Inc.'s Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\___ Voluminous Documents (PDF size larger than efiling systems allowances)

\___ Unable to Scan Documents

\___ Physical Object (description): _____

\___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

\_X\_ Item Under Seal

\___ Conformance with the Judicial Conference Privacy Policy (General order 53).

\___ Other (description):_____

DATED: September 6, 2007                **PERKINS COIE** LLP


By: ___/s/_____
        Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.