# EXHIBIT 24

| | |
|---|---|
| 1 | |
| 2 | PAUL J. ANDRE, Bar No. 196585<br>(pandre@perkinscoie.com) |
| 3 | LISA KOBIALKA, Bar No. 191404<br>(lkobialka@perkinscoie.com) |
| 4 | ESHA BANDYOPADHYAY, Bar. No. 212249<br>(ebandyopadhyay@perkinscoie.com) |
| 5 | SEAN M. BOYLE, Bar No. 238128<br>(sboyle@perkinscoie.com) |
| 6 | PERKINS COIE LLP<br>101 Jefferson Drive |
| 7 | Menlo Park, CA 94025<br>Telephone:   (650) 838-4300 |
| 8 | Facsimile:   (650) 838-4350 |
| 9 | Attorneys for Defendant<br>The Freecycle Network, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 14 | FREECYCLESUNNYVALE,<br>a California unincorporated association, | CASE NO. C 06-00324 CW |
| 15 | | **MANUAL FILING NOTIFICATION** |
| 16 | Plaintiff, | **EXHIBIT TO 24** |
| 17 | v. | **DECLARATION OF DERON BEAL IN** |
| 18 | THE FREECYCLE NETWORK, INC.,<br>an Arizona corporation, | **SUPPORT OF THE FREECYCLE NETWORK, INC.'S OPPOSITION TO** |
| 19 | Defendant. | **PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56** |
| 20 | | |
| 21 | THE FREECYCLE NETWORK, INC.<br>an Arizona corporation, | Date:       September 27, 2007<br>Time:       2:00 p.m. |
| 22 | Counterclaimant, | Before:     Honorable Claudia Wilken<br>Location:   Courtroom 2 |
| 23 | v. | |
| 24 | FREECYLESUNNYVALE,<br>a California unincorporated association, | |
| 25 | | |
| 26 | Counterdefendant, | |

MANUAL FILING NOTIFICATION
EXHIBIT TO BEAL DECLARATION              -1-                      CASE NO. C 06-00324 CW

## MANUAL FILING NOTIFICATION

Regarding Exhibit 24 to the Declaration of Deron Beal in Support of the Freecycle Network, Inc.'s Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description): _____

DATED: September 6, 2007                    **PERKINS COIE LLP**

By: ___/s/_____
  Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.