# EXHIBIT 26

Dockets.Justia.com

PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar. No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238128
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:    (650) 838-4300
Facsimile:    (650) 838-4350

Attorneys for Defendant
The Freecycle Network, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>    Plaintiff,<br><br>    v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>    Defendant. | CASE NO. C 06-00324 CW<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT TO 26**<br><br>**DECLARATION OF DERON BEAL IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56**<br><br>Date:    September 27, 2007<br>Time:    2:00 p.m.<br>Before:  Honorable Claudia Wilken<br>Location: Courtroom 2 |
| THE FREECYCLE NETWORK, INC. an Arizona corporation,<br><br>    Counterclaimant,<br><br>    v.<br><br>FREECYLESUNNYVALE, a California unincorporated association,<br><br>    Counterdefendant, | |

MANUAL FILING NOTIFICATION
EXHIBIT TO BEAL DECLARATION            -1-            CASE NO. C 06-00324 CW

## MANUAL FILING NOTIFICATION

Regarding Exhibit 26 to the Declaration of Deron Beal in Support of the Freecycle Network, Inc.'s Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_ Voluminous Documents (PDF size larger than efiling systems allowances)

\_\_\_ Unable to Scan Documents

\_\_\_ Physical Object (description): _____

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

\_\_\_ Conformance with the Judicial Conference Privacy Policy (General order 53).

\_\_\_ Other (description):_____

DATED: September 6, 2007                    **PERKINS COIE LLP**

                                            By: ___/s/_____
                                                Lisa Kobialka

                                            Attorneys for Defendant and Counterclaimant
                                            The Freecycle Network, Inc.