# EXHIBIT 31

1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:    (650) 838-4300
7  Facsimile:    (650) 838-4350

8  Attorneys for Defendant
   The Freecycle Network, Inc.
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13

14 FREECYCLESUNNYVALE,                    CASE NO. C 06-00324 CW
   a California unincorporated association,
15                                        MANUAL FILING NOTIFICATION
                   Plaintiff,
16                                        EXHIBIT TO 31
        v.
17                                        DECLARATION OF DERON BEAL IN
   THE FREECYCLE NETWORK, INC.,           SUPPORT OF THE FREECYCLE
18 an Arizona corporation,                NETWORK, INC.'S OPPOSITION TO
                                          PLAINTIFF'S MOTION FOR SUMMARY
19                 Defendant.             ADJUDICATION UNDER FED.R.CIV.P. 56

20 ─────────────────────────────
   THE FREECYCLE NETWORK, INC.            Date:      September 27, 2007
21 an Arizona corporation,                Time:      2:00 p.m.
                                          Before:    Honorable Claudia Wilken
22                 Counterclaimant,       Location:  Courtroom 2

23      v.

24 FREECYLESUNNYVALE,
   a California unincorporated association,
25
                   Counterdefendant,
26

27

28

   MANUAL FILING NOTIFICATION
   EXHIBIT TO BEAL DECLARATION      -1-              CASE NO. C 06-00324 CW

## MANUAL FILING NOTIFICATION

Regarding Exhibit 31 to the Declaration of Deron Beal in Support of the Freecycle Network, Inc.'s Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description):_____

DATED: September 6, 2007                **PERKINS COIE** LLP

By:  /s/  
Lisa Kobialka

Attorneys for Defendant and Counterclaimant  
The Freecycle Network, Inc.