# EXHIBIT 39

```
1   PAUL J. ANDRE, Bar No. 196585
    (pandre@perkinscoie.com)
2   LISA KOBIALKA, Bar No. 191404
    (lkobialka@perkinscoie.com)
3   ESHA BANDYOPADHYAY, Bar. No. 212249
    (ebandyopadhyay@perkinscoie.com)
4   SEAN M. BOYLE, Bar No. 238128
    (sboyle@perkinscoie.com)
5   PERKINS COIE LLP
    101 Jefferson Drive
6   Menlo Park, CA 94025
    Telephone:    (650) 838-4300
7   Facsimile:    (650) 838-4350
8
    Attorneys for Defendant
9   The Freecycle Network, Inc.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>        Plaintiff,<br><br>        v.<br><br>THE FREECYCLE NETWORK, INC.,<br>an Arizona corporation,<br><br>        Defendant.<br><br>THE FREECYCLE NETWORK, INC.<br>an Arizona corporation,<br><br>        Counterclaimant,<br><br>        v.<br><br>FREECYLESUNNYVALE,<br>a California unincorporated association,<br><br>        Counterdefendant, | CASE NO. C 06-00324 CW<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT TO 39**<br><br>**DECLARATION OF DERON BEAL IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56**<br><br>Date:      September 27, 2007<br>Time:     2:00 p.m.<br>Before:   Honorable Claudia Wilken<br>Location: Courtroom 2 |

## MANUAL FILING NOTIFICATION

Regarding Exhibit 39 to the Declaration of Deron Beal in Support of the Freecycle Network, Inc.'s Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_ Voluminous Documents (PDF size larger than efiling systems allowances)

\_\_\_ Unable to Scan Documents

\_\_\_ Physical Object (description): _____

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

\_\_\_ Conformance with the Judicial Conference Privacy Policy (General order 53).

\_\_\_ Other (description):_____

DATED: September 6, 2007                **PERKINS COIE LLP**

By: \_\_\_/s/_____
        Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.

MANUAL FILING NOTIFICATION
EXHIBIT TO BEAL DECLARATION            -1-                        CASE NO. C 06-00324 CW