# EXHIBIT 40

Dockets.Justia.com

1   PAUL J. ANDRE, Bar No. 196585
    (pandre@perkinscoie.com)
2   LISA KOBIALKA, Bar No. 191404
    (lkobialka@perkinscoie.com)
3   ESHA BANDYOPADHYAY, Bar. No. 212249
    (ebandyopadhyay@perkinscoie.com)
4   SEAN M. BOYLE, Bar No. 238128
    (sboyle@perkinscoie.com)
5   PERKINS COIE LLP
    101 Jefferson Drive
6   Menlo Park, CA 94025
    Telephone:    (650) 838-4300
7   Facsimile:    (650) 838-4350

8
    Attorneys for Defendant
9   The Freecycle Network, Inc.

10                  UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND DIVISION

13

14  FREECYCLESUNNYVALE,                       CASE NO. C 06-00324 CW
    a California unincorporated association,
15                                            **MANUAL FILING NOTIFICATION**
                        Plaintiff,
16                                            **EXHIBIT  TO 40**
         v.
17                                            **DECLARATION OF DERON BEAL IN
    THE FREECYCLE NETWORK, INC.,              SUPPORT OF THE FREECYCLE
18  an Arizona corporation,                   NETWORK, INC.'S OPPOSITION TO
                                              PLAINTIFF'S MOTION FOR SUMMARY
19                      Defendant.            ADJUDICATION UNDER FED.R.CIV.P. 56**

20  ─────────────────────────────────
    THE FREECYCLE NETWORK, INC.              Date:        September 27, 2007
21  an Arizona corporation,                  Time:        2:00 p.m.
                                             Before:      Honorable Claudia Wilken
22                      Counterclaimant,     Location:    Courtroom 2

23       v.

24  FREECYLESUNNYVALE,
    a California unincorporated association,
25
                        Counterdefendant,
26

27

28
    ─────────────────────────────────────────────────────────────────────
    MANUAL FILING NOTIFICATION                              CASE NO. C 06-00324 CW
    EXHIBIT TO BEAL DECLARATION              -1-

**MANUAL FILING NOTIFICATION**

Regarding Exhibit 40 to the Declaration of Deron Beal in Support of the Freecycle Network, Inc.'s Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description):_____

DATED: September 6, 2007                    **PERKINS COIE** LLP

By: ___/s/_____
Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.