# EXHIBIT 42

1  PAUL J. ANDRE, Bar No. 196585
2  (pandre@perkinscoie.com)
   LISA KOBIALKA, Bar No. 191404
3  (lkobialka@perkinscoie.com)
   ESHA BANDYOPADHYAY, Bar. No. 212249
4  (ebandyopadhyay@perkinscoie.com)
   SEAN M. BOYLE, Bar No. 238128
5  (sboyle@perkinscoie.com)
   PERKINS COIE LLP
6  101 Jefferson Drive
   Menlo Park, CA 94025
7  Telephone:    (650) 838-4300
   Facsimile:    (650) 838-4350
8
   Attorneys for Defendant
9  The Freecycle Network, Inc.

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                    OAKLAND DIVISION

13

| | |
|---|---|
| 14  FREECYCLESUNNYVALE, a California unincorporated association, | CASE NO. C 06-00324 CW |
| 15  Plaintiff, | **MANUAL FILING NOTIFICATION** |
| 16  v. | **EXHIBIT TO 42** |
| 17  THE FREECYCLE NETWORK, INC., an Arizona corporation, | **DECLARATION OF DERON BEAL IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56** |
| 18  Defendant. | |
| 19  | |
| 20  THE FREECYCLE NETWORK, INC. an Arizona corporation, | Date:     September 27, 2007 |
| 21  Counterclaimant, | Time:     2:00 p.m. |
| 22  v. | Before:   Honorable Claudia Wilken |
| 23  FREECYLESUNNYVALE, a California unincorporated association, | Location: Courtroom 2 |
| 24  Counterdefendant, | |

---

MANUAL FILING NOTIFICATION          -1-                          CASE NO. C 06-00324 CW
EXHIBIT TO BEAL DECLARATION

## MANUAL FILING NOTIFICATION

Regarding Exhibit 42 to the Declaration of Deron Beal in Support of the Freecycle Network, Inc.'s Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description):_____

DATED: September 6, 2007                **PERKINS COIE LLP**

By:  /s/ _____
Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.