# EXHIBIT 43

1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:    (650) 838-4300
7  Facsimile:    (650) 838-4350

8  Attorneys for Defendant
   The Freecycle Network, Inc.
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

14 | FREECYCLESUNNYVALE,                  | CASE NO. C 06-00324 CW
   | a California unincorporated association, |
15 |                                       | MANUAL FILING NOTIFICATION
   |            Plaintiff,                 |
16 |                                       | EXHIBIT TO 43
   |    v.                                 |
17 |                                       | DECLARATION OF DERON BEAL IN
   | THE FREECYCLE NETWORK, INC.,          | SUPPORT OF THE FREECYCLE
18 | an Arizona corporation,               | NETWORK, INC.'S OPPOSITION TO
   |                                       | PLAINTIFF'S MOTION FOR SUMMARY
19 |            Defendant.                 | ADJUDICATION UNDER FED.R.CIV.P. 56

20 | THE FREECYCLE NETWORK, INC.           |
   | an Arizona corporation,               | Date:     September 27, 2007
21 |                                       | Time:     2:00 p.m.
   |            Counterclaimant,           | Before:   Honorable Claudia Wilken
22 |                                       | Location: Courtroom 2
23 |    v.                                 |
24 | FREECYLESUNNYVALE,                    |
   | a California unincorporated association, |
25 |                                       |
   |            Counterdefendant,          |
26

27

28

---

MANUAL FILING NOTIFICATION                    -1-                    CASE NO. C 06-00324 CW
EXHIBIT TO BEAL DECLARATION

## MANUAL FILING NOTIFICATION

Regarding Exhibit 43 to the Declaration of Deron Beal in Support of the Freecycle Network, Inc.'s Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description):_____

DATED: September 6, 2007                **PERKINS COIE LLP**

By:    /s/ _____
       Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.

---

MANUAL FILING NOTIFICATION
EXHIBIT TO BEAL DECLARATION                -1-                CASE NO. C 06-00324 CW