# EXHIBIT 44

Tim Oey, 9/16/04 9:55 PM -0700, [freecyclemodsquad] Freecycle -- intellectual property                                          1

```
To: freecyclemodsquad@yahoogroups.com
From: Tim Oey <timoey@yahoo.com>
Date: Thu, 16 Sep 2004 21:55:52 -0700
Subject: [freecyclemodsquad] Freecycle -- intellectual property protection is important...
```

Since the Freecycle network is growing up, here are some recommendations for discussion and hopefully adoption (and general education).

Please note that I'm not a lawyer but I've been involved with intellectual property issues for about 20 years (copyrights, trademarks, patents, etc). For "official" advice, please consult the appropriate type of attorney.

1) Everyone in the Freecycle network needs to protect the "Freecycle" trademark. Not only must trademarks be actively defended (as Deron is doing), they must also be used properly. Trademarks are adjectives, and must only be used as such (i.e., Freecycle moderators, Freecycle network, etc). Marks should never be used as nouns or verbs, nor should marks be pluralized or used in the possessive form. This is especially important in official Freecycle communications -- web sites, autosent emails, etc. Unfortunately this does crimp the use of "Keep on Freecyclin'" -- catchy, but risky.

2) What is the official full name of the Freecycle non-profit? Is it "The Freecycle Network"? or "Freecycle, Inc." or what?

3) As people create material for Freecycle, it would be useful to come up with some sort of concise copyright policy for everyone to use that references the official full Freecycle name. For material of significant length, here is what I recommend:

a) Either the standard:
Copyright <year> The Freecycle Network, All Rights Reserved

or

b)
Copyright <year> The Freecycle Network, All Rights Reserved

Official Freecycle sites may re-use, edit, extract, redistribute, and update this article as long as this copyright statement is retained.

If you redistribute, you may optionally give credit to whoever has contributed to it thus far.
Credits: <names of contributors>

The nice thing about (b) is that it is pretty clear that stuff can be updated by others in the Freecycle network -- this constitutes a simple mini-license that sticks to Freecycle copyrighted material and also gives contributors a way to be recognized.

Cheers,
Tim


```
---------------------- Yahoo! Groups Sponsor ----------------------~-->
Make a clean sweep of pop-up ads. Yahoo! Companion Toolbar.
Now with Pop-Up Blocker. Get it for free!
http://us.click.yahoo.com/L5YrjA/eSIIAA/yQLSAA/rcTolB/TM
----------------------------------------------------------------~-->

Yahoo! Groups Links
```