# EXHIBIT 45

**Lissy Abraham**                                                Fri, May 11, 2007  8:29 AM

**Subject:** Re: logo?
**Date:** Thursday, October 9, 2003 11:33 AM
**From:** Deron Beal <dbeal@copebhs.com>
**To:** Lissy Abraham <lissy_a@earthlink.net>
**Conversation:** logo?

```
Here you go:
mark@messingeronline.net
Good luck,
Deron

PS: you can always find the group owner address posted at the bottom of
their group website as well (which you can get to via www.freecycle.org,
lefthand column lists all cities with links to their pages).


----- Original Message -----
From: "Lissy Abraham" <lissy_a@earthlink.net>
To: "Deron Beal" <dbeal@copebhs.com>
Sent: Thursday, October 09, 2003 11:21 AM
Subject: Re: logo?


> How do I connect with Mark?
>
> Lissy
>
> On 10/9/03 11:05 AM, "Deron Beal" <dbeal@copebhs.com> wrote:
>
> > Yeah, Sunnyvale!
> >
> > You can get the neutral logo from http://www.freecycle.org , just don't
use
> > it for commercial purposes or you maybe Mark or Albert can help you to
do
> > your own fancy schmancy logo!
> >
> > Good luck
> > Deron
> >
> > ----- Original Message -----
> > From: "Lissy Abraham" <lissy_a@earthlink.net>
> > To: <info@freecycle.org>
> > Sent: Tuesday, October 07, 2003 5:07 PM
> > Subject: logo?
> >
> >
> >> Hi Deron, or Mark, or whoever:
> >>
> >> Is it possible you could make me a Freecycling Sunnyvale logo for my
site?
> >> Nothing unique -- just the one with the bicycle and the guitar.
> >> Thanks,
> >>
> >> Lissy
> >>
> >> groups.yahoo.com/group/freecyclesunnyvale/
> >>
> >> 8 members in the first hour....
> >>
>
```

Page 1 of 1

FS254168