# EXHIBIT 46

Lissy Abraham                                                    Fri, May 11, 2007 8:29 AM

**Subject: Welcome: Las Vegas, Maui, Singapore, Sunnyvale, Central New Jersey, Seattle & San Diego**
**Date:** Thursday, October 9, 2003 9:40 AM
**From:** Deron Beal <dbeal@copebhs.com>
**To:** "Tania Soann [Arivaca Freecycle Network]" <dextra13@earthlink.net>, "Mark Messinger [Olympia Freecycle Network]" <mark@messingeronline.net>, "Lissy Abraham [Sunnyvale, CA Freecycle Network]" <lissy_a@earthlink.net>, "Kelly [Kansas City Freecycle Network]" <kelly@kcfreecycle.org>, "Joanna Witting [Chicago Freecycle Network]" <joanna@redattic.org>, Jeff Davis <jeff@greenbicycle.net>, "Ian Blakeslee [Maui Freecycle Network]" <ianblakeslee@yahoo.com>, "Guido A Sanchez [New Jersey Freecycle Network]" <gas233@nyu.edu>, "Deron Beal [Tucson Freecycle Network]" <Tucson@freecycle.org>, "Darkness [Las Vegas Freecycle Network]" <DuskAndDarkness@aol.com>, "Dan Corcoran [Seattle Freecycle Network]" <daniel@studioDEC.com>, "Chris Fontenot [Acadiana Freecycle Network]" <chrisfontenot13@yahoo.com>, "Brian Olson [Twin Cities Freecycle Network]" <ozmarthegreen@comcast.net>, "Brian Bishop [Shasta County Freecycle Network]" <bwbishop65@yahoo.com>, "Albert Kaufman [Portland Freecycle Network]" <albi@earthlink.net>, "Alan Heft [Tokyo Freecycle Network]" <atheft@parkcity.ne.jp>, "Aaron Liepman [Mid-Michigan Freecycle Network]" <liepmana@msu.edu>, "[Freecycle Colorado]" <freecycle_colorado-owner@yahoogroups.com>, "[Freecycle Central New Jersey]" <freecyclecentralnewjersey-owner@yahoogroups.com>, "[Coos County]" <coos_county_freecycle-owner@yahoogroups.com>, "[San Diego]" <sdfreecycle-owner@yahoogroups.com>
**Conversation:** Welcome: Las Vegas, Maui, Singapore, Sunnyvale, Central New Jersey, Seattle & San Diego

Hello Las Vegas, Maui, Singapore, Sunnyvale, CA, Central New Jersey, Seattle & San Diego.

Welcome to the Freecycle Network. What makes this network work (OK, sounds funny but you know what I mean) is that each city has it's own volunteer moderator that makes it happen. Each local group can get as big or stay as small as you yourself like! You'll notice that I've copied all the other freecycle moderators out there so you can see who else is out there movin' and shakin' and they can see that you're up and running. Feel free to get in touch with any of us for ideas and input. Most have gotten up and running within the past month or so. Kansas City (Kelly) and Tucson (me, Deron) have been goin' a little longer and would be able to offer already-up-and-running advice. Portland (Albert) & Chicago (Joanna) are still pretty much brand spankin' new but are already taking it up to the next level and could offer some great advice, I'm sure. Feel free to check out the various cool logo designs (Portland even has the totally underground t-shirts available). Everyone's glad to help out so don't hold back!

So that people at cities nearby you can find out how to set up their own freecycle network, you might want to add mention of freecycle.org for them in your intro paragraph or something. My goal is to get that webpage opened up for all the moderators to mold themselves with individual subwebpages and a moderator group of some kind (and much, much more...). We want to keep this noncommercial and without popup ads and what not. I'm in the process of seeking donations from the local Tucson

Page 1 of 3

FS254157

members to fund the webpage. We will be having a "give away" swapmeet to raise some bucks and a local volunteer will be trying to talk with someone at the Craig's List Foundation during her trip to the bay area next week. Any and all ideas are welcome here.

Include us in your learning curve so that we can grow with you too! After you get 30-40 friends signed up, I recommend you contact the local press to get a nice article in the accent section or something. Other cities might also have good ideas here with flyers, events, etc. The important thing is to have some fun!

**Communication with other cities:**
**Kelly suggests a listserv for all of us moderators on yahoo groups for now. What do you all think? Shall I set one up? Pretty soon we'll have a Blog function on the webpage too, which is nice, so maybe if each of us just has everyone else's e-mail in an e-mail group in their mail software, that's enough? However, we're growing pretty quickly so it's hard to keep up with. What are everyone's thoughts here?**

Since we have lots of room for e-mail addresses at freecycle.org, I also thought it'd be fun to give one to all moderators for free: yourcity@freecycle.org.
Ideas here? I've just got to find the time for this with Jeff, our computer volunteer. Jeff also is an ISP for nonprofits and offers his service for $10 per month if you are setting up your own page for whatever reasons!

If you are in a big city or a foreign country you might want to consider having two or more groups at some point, for the East Valley and the West or in English and in the local language. Having lived in a foreign country for many years, I'm big into keeping it native tongue where possible, but, hey, this might be a nice ex-pat et alia thing too. Tokyo (Alan) is about a week or two ahead of you Diane (Singapore) so you might want to contact Alan for ideas.

If there is a local nonprofit recycling or fleamarket or Salvation Army type of group, you might want to get them involved somehow (as a second moderator?) as a place to donate or a place to serve as a dropoff or pickup point. Or you might just add them to your links page. But, hey, I'm with a local nonprofit recycling group so I'm biased! We also have a cardboard box and packing peanut exchange open to all. I'll go ahead and sign up for your individual yahoo groups too.
Colorado, Coos County, San Diego, Central New Jersey: could you get me a personal e-mail address for you because it is not possible to send out an e-mail to more that one yahoo group owner e-mail address at a time? And, wha are your names, too? Las Vegas: you may want to consider using a more trust-building name than "Darkness." Although, I'm totally into dark skies and what not!

It's totally fun to see how everyone else is coming along so keep us posted as to how things are developing! Oh and I'm working on getting your links on to the webpage as we speak...

Keep on Freecyclin'
Deron

Deron Beal
RISE / Downtown Don't Waste It!
(520) 791-2569

FS254158

A nonprofit, Rise, Inc. program offering meaningful work to disadvantaged Tucsonans, and recycling services to downtown businesses.

FS254159