```
 1  PAUL J. ANDRE, Bar No. 196585
    (pandre@perkinscoie.com)
 2  LISA KOBIALKA, Bar No. 191404
    (lkobialka@perkinscoie.com)
 3  ESHA BANDYOPADHYAY, Bar. No. 212249
    (ebandyopadhyay@perkinscoie.com)
 4  SEAN M. BOYLE, Bar No. 238128
    (sboyle@perkinscoie.com)
 5  PERKINS COIE LLP
    101 Jefferson Drive
 6  Menlo Park, CA 94025
    Telephone:    (650) 838-4300
 7  Facsimile:    (650) 838-4350

 8  Attorneys for Defendant
    The Freecycle Network, Inc.
 9
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | CASE NO. C 06-00324 CW |
| Plaintiff, | **[PROPOSED] ORDER DENYING FREECYCLESUNNYVALE'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P.56** |
| v. | |
| THE FREECYCLE NETWORK, INC., an Arizona corporation, | Date:     September 27, 2007<br>Time:     2:00 p.m.<br>Before:   Honorable Claudia Wilken<br>Location: Courtroom 2 |
| Defendant. | |
| THE FREECYCLE NETWORK, INC. an Arizona corporation, | |
| Counterclaimant, | |
| v. | |
| FREECYLESUNNYVALE, a California unincorporated association, | |
| Counterdefendant, | |

Upon considering Plaintiff and Counterdefendant Freecyclesunnyvale's ("Plaintiff") Motion for Summary Adjudication Under Fed.R.Civ.P.56 ("Motion"), and defendant The

---

[PROPOSED] ORDER DENYING FREECYCLESUNNYVALE'S
MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P.56

CASE NO. C 06-00324 CW

1  Freecycle Network's Opposition to the Motion, the Court having considered the materials and
2  arguments presented to the Court in connection with the Motion and Opposition,

3      IT IS HEREBY ORDERED that Plaintiff Freecyclesunnyvale's Motion is DENIED.

4

5      IT IS SO ORDERED.

6

7  Dated: _____

8                                            The Honorable Claudia Wilken
9                                            United States District Court Judge
                                          Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28