# EXHIBIT 2

# *Freecycle™ Mission Statement:*

"Our mission is to build a worldwide gifting movement that reduces waste, saves precious resources & eases the burden on our landfills while enabling our members to benefit from the strength of a larger community."

Welcome to the Freecycle Mod Manual pages. The purpose of this online manual is to serve as a refresher for mods who are "old hat" and to provide a single source of information for newly recruited mods.

We took a look at the information available to us as moderators and realized that while there were many resources available, they were scattered far and wide among numerous Freecycle Sites. Some sites were accessible while many were not. Both current and outdated information existed side by side, which was confusing for anyone attempting to make heads or tails of the information presented. Taking all options and resources into consideration, we compiled a list of what was absolutely necessary for mods to successfully organize and run their member lists. We also recognized variations of optional guidelines that make each and every Freecycle group unique, and incorporated that into the numerous files found here.

The result is the Freecycle Mod Manual, made available to each and every moderator, no matter what Freecycle list you belong to. It is a single source of what we hope is valuable information that you can reference to run your own group, train new mods, and learn tips that you might not have known before reading these pages.

Many mods put their efforts on the pages within this manual. We tried to give credit where credit is due, but could not always identify original references. We apologize for the oversight and can honestly say it is not intentional. We appreciate each and every letter, instruction, and reference we acquired and edited accordingly. Without all of YOUR help, this manual would not have come to pass.

This site will continue to be developed by Moderators for Moderators and we expect the information contained will change and evolve accordingly. We are always on the lookout for changes we may have missed, typos, and outdated information. Feedback and critiques are always welcome! If you have suggestions, comments, additional ADMINS, or notices that you think would be helpful to others, Contact Us ! Please include proper credit if the work isn't yours!

Thank you!


The Freecycle IMod Projects Team
*Karen, Kimberly, Michelle, Angela and Jackie*

|*Web page design and edits by* Karen | *Content compiled and edited by Karen, Kimberly, Michelle and Angela*|
| Contact us *for comments, feedback, and suggestions to improve this site* |