Doc. 113 Att. 4

# EXHIBIT 4

Dockets.Justia.com

1

2  PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
3  (lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar. No. 212249
4  (ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238128
5  (sboyle@perkinscoie.com)
PERKINS COIE LLP
6  101 Jefferson Drive
Menlo Park, CA 94025
7  Telephone:    (650) 838-4300
Facsimile:    (650) 838-4350

8
Attorneys for Defendant
9  The Freecycle Network, Inc.

10                **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12                  **OAKLAND DIVISION**

13

14  FREECYCLESUNNYVALE,
a California unincorporated association,

CASE NO. C 06-00324 CW

15            Plaintiff,

**MANUAL FILING NOTIFICATION**

16                                    **EXHIBIT 4 TO**

17      v.                            **DECLARATION OF LISA KOBIALKA IN
SUPPORT OF THE FREECYCLE
NETWORK, INC.'S MEMORANDUM OF
POINTS AND AUTHORITIES IN
OPPOSITION TO PLAINTIFF'S MOTION
FOR SUMMARY ADJUDICATION
UNDER FED.R.CIV.P. 56**

18  THE FREECYCLE NETWORK, INC.,
an Arizona corporation,

19            Defendant.

20

21  THE FREECYCLE NETWORK, INC.      Date:       September 27, 2007
an Arizona corporation,            Time:       2:00 p.m.
22                                   Before:     Honorable Claudia Wilken
            Counterclaimant,         Location:   Courtroom 2
23

24      v.

25  FREECYLESUNNYVALE,
a California unincorporated association,

26            Counterdefendant,

27

28

MANUAL FILING NOTIFICATION                                    CASE NO. C 06-00324 CW
EXHIBIT TO KOBIALKA DECLARATION            -1-

# MANUAL FILING NOTIFICATION

Regarding Exhibit 4 to the Declaration of Lisa Kobialka in Support of the Freecycle Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description):_____

DATED: September 6, 2007                    **PERKINS COIE** LLP

By: ___/s/_____
Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.

---

MANUAL FILING NOTIFICATION
EXHIBIT TO KOBIALKA DECLARATION                 -1-                  CASE NO. C 06-00324 CW