# EXHIBIT 5

1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:    (650) 838-4300
7  Facsimile:    (650) 838-4350

8  Attorneys for Defendant
   The Freecycle Network, Inc.
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

14 | FREECYCLESUNNYVALE,                      | CASE NO. C 06-00324 CW
   | a California unincorporated association, |
15 |                                          | MANUAL FILING NOTIFICATION
   |              Plaintiff,                  |
16 |                                          | EXHIBIT 5 TO
   |     v.                                   |
17 |                                          | DECLARATION OF LISA KOBIALKA IN
   | THE FREECYCLE NETWORK, INC.,             | SUPPORT OF THE FREECYCLE
18 | an Arizona corporation,                  | NETWORK, INC.'S MEMORANDUM OF
   |                                          | POINTS AND AUTHORITIES IN
19 |              Defendant.                  | OPPOSITION TO PLAINTIFF'S MOTION
   |                                          | FOR SUMMARY ADJUDICATION
20 |_____| UNDER FED.R.CIV.P. 56

21 | THE FREECYCLE NETWORK, INC.              | Date:      September 27, 2007
   | an Arizona corporation,                  | Time:      2:00 p.m.
22 |                                          | Before:    Honorable Claudia Wilken
   |              Counterclaimant,            | Location:  Courtroom 2
23 |
   |     v.
24 |
   | FREECYLESUNNYVALE,
25 | a California unincorporated association,
   |
26 |              Counterdefendant,

27

28
   _____
   MANUAL FILING NOTIFICATION          -1-                    CASE NO. C 06-00324 CW
   EXHIBIT TO KOBIALKA DECLARATION

# MANUAL FILING NOTIFICATION

Regarding Exhibit 5 to the Declaration of Lisa Kobialka in Support of the Freecycle Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description): _____

DATED: September 6, 2007    **PERKINS COIE LLP**

By:  /s/ _____
Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.

---

MANUAL FILING NOTIFICATION
EXHIBIT TO KOBIALKA DECLARATION    -1-    CASE NO. C 06-00324 CW