# EXHIBIT 6

Dockets.Justia.com

1

PAUL J. ANDRE, Bar No. 196585

2
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404

3
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar. No. 212249

4
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238128

5
(sboyle@perkinscoie.com)
PERKINS COIE LLP

6
101 Jefferson Drive
Menlo Park, CA 94025

7
Telephone:    (650) 838-4300
Facsimile:    (650) 838-4350

8

Attorneys for Defendant

9
The Freecycle Network, Inc.

10
## UNITED STATES DISTRICT COURT

11
## NORTHERN DISTRICT OF CALIFORNIA

12
## OAKLAND DIVISION

13

| | |
|---|---|
| 14 FREECYCLESUNNYVALE,<br>a California unincorporated association, | CASE NO. C 06-00324 CW |
| 15               Plaintiff, | **MANUAL FILING NOTIFICATION** |
| 16 | **EXHIBIT 6 TO** |
| 17     v. | **DECLARATION OF LISA KOBIALKA IN SUPPORT OF THE FREECYCLE** |
| 18 THE FREECYCLE NETWORK, INC.,<br>an Arizona corporation, | **NETWORK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN** |
| 19               Defendant. | **OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION** |
| 20 | **UNDER FED.R.CIV.P. 56** |

21
THE FREECYCLE NETWORK, INC.
an Arizona corporation,

Date:         September 27, 2007

22

Time:         2:00 p.m.

Counterclaimant,

Before:      Honorable Claudia Wilken

23

Location:    Courtroom 2

24
v.

25
FREECYLESUNNYVALE,
a California unincorporated association,

26
Counterdefendant,

27

28

# MANUAL FILING NOTIFICATION

Regarding Exhibit 6 to the Declaration of Lisa Kobialka in Support of the Freecycle Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description):_____

DATED: September 6, 2007                    **PERKINS COIE** LLP


By: ___/s/_____
        Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.