# EXHIBIT 9

| | |
|---|---|
| 1 | |
| 2 | PAUL J. ANDRE, Bar No. 196585<br>(pandre@perkinscoie.com) |
| 3 | LISA KOBIALKA, Bar No. 191404<br>(lkobialka@perkinscoie.com) |
| 4 | ESHA BANDYOPADHYAY, Bar. No. 212249<br>(ebandyopadhyay@perkinscoie.com) |
| 5 | SEAN M. BOYLE, Bar No. 238128<br>(sboyle@perkinscoie.com) |
| 6 | PERKINS COIE LLP<br>101 Jefferson Drive |
| 7 | Menlo Park, CA 94025<br>Telephone:    (650) 838-4300 |
| 8 | Facsimile:    (650) 838-4350 |
| 9 | Attorneys for Defendant<br>The Freecycle Network, Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC.,<br>an Arizona corporation,<br><br>Defendant. | CASE NO. C 06-00324 CW<br><br>MANUAL FILING NOTIFICATION<br><br>EXHIBIT 9 TO<br><br>DECLARATION OF LISA KOBIALKA IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56 |
| THE FREECYCLE NETWORK, INC.<br>an Arizona corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYLESUNNYVALE,<br>a California unincorporated association,<br><br>Counterdefendant, | Date:        September 27, 2007<br>Time:        2:00 p.m.<br>Before:      Honorable Claudia Wilken<br>Location:    Courtroom 2 |

## MANUAL FILING NOTIFICATION

Regarding Exhibit 9 to the Declaration of Lisa Kobialka in Support of the Freecycle Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description):_____

DATED: September 6, 2007            **PERKINS COIE LLP**

                                    By:   /s/
                                    Lisa Kobialka

                                    Attorneys for Defendant and Counterclaimant
                                    The Freecycle Network, Inc.