# EXHIBIT 10

1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
6  101 Jefferson Drive
   Menlo Park, CA 94025
7  Telephone:    (650) 838-4300
   Facsimile:    (650) 838-4350
8
   Attorneys for Defendant
9  The Freecycle Network, Inc.

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                  OAKLAND DIVISION

13

14 | FREECYCLESUNNYVALE,                     | CASE NO. C 06-00324 CW
   | a California unincorporated association,|
15 |                                          | MANUAL FILING NOTIFICATION
   |              Plaintiff,                  |
16 |                                          | EXHIBIT 10 TO
   |     v.                                   |
17 |                                          | DECLARATION OF LISA KOBIALKA IN
   | THE FREECYCLE NETWORK, INC.,             | SUPPORT OF THE FREECYCLE
18 | an Arizona corporation,                  | NETWORK, INC.'S MEMORANDUM OF
   |                                          | POINTS AND AUTHORITIES IN
19 |              Defendant.                  | OPPOSITION TO PLAINTIFF'S MOTION
   |                                          | FOR SUMMARY ADJUDICATION
20 |                                          | UNDER FED.R.CIV.P. 56
21 | THE FREECYCLE NETWORK, INC.              | Date:      September 27, 2007
   | an Arizona corporation,                  | Time:      2:00 p.m.
22 |                                          | Before:    Honorable Claudia Wilken
   |              Counterclaimant,            | Location:  Courtroom 2
23 |                                          |
   |     v.                                   |
24 |                                          |
   | FREECYLESUNNYVALE,                       |
25 | a California unincorporated association, |
26 |              Counterdefendant,           |

27

28

MANUAL FILING NOTIFICATION              -1-                    CASE NO. C 06-00324 CW
EXHIBIT TO KOBIALKA DECLARATION

# MANUAL FILING NOTIFICATION

Regarding Exhibit 10 to the Declaration of Lisa Kobialka in Support of the Freecycle Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description): _____

DATED: September 6, 2007                    **PERKINS COIE LLP**

                                            By: ___/s/_____
                                                Lisa Kobialka

                                            Attorneys for Defendant and Counterclaimant
                                            The Freecycle Network, Inc.