# EXHIBIT 14

| | |
|---|---|
| 1 | |
| 2 | PAUL J. ANDRE, Bar No. 196585<br>(pandre@perkinscoie.com) |
| 3 | LISA KOBIALKA, Bar No. 191404<br>(lkobialka@perkinscoie.com) |
| 4 | ESHA BANDYOPADHYAY, Bar. No. 212249<br>(ebandyopadhyay@perkinscoie.com) |
| 5 | SEAN M. BOYLE, Bar No. 238128<br>(sboyle@perkinscoie.com) |
| 6 | PERKINS COIE LLP<br>101 Jefferson Drive |
| 7 | Menlo Park, CA 94025<br>Telephone:   (650) 838-4300 |
|   | Facsimile:    (650) 838-4350 |
| 8 | |
| 9 | Attorneys for Defendant<br>The Freecycle Network, Inc. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | | |
|---|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association, | | CASE NO. C 06-00324 CW |
| | Plaintiff, | MANUAL FILING NOTIFICATION |
| v. | | EXHIBIT 14 TO |
| THE FREECYCLE NETWORK, INC.,<br>an Arizona corporation, | | DECLARATION OF LISA KOBIALKA IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56 |
| | Defendant. | |
| THE FREECYCLE NETWORK, INC.<br>an Arizona corporation, | | Date:       September 27, 2007<br>Time:       2:00 p.m.<br>Before:     Honorable Claudia Wilken<br>Location:  Courtroom 2 |
| | Counterclaimant, | |
| v. | | |
| FREECYLESUNNYVALE,<br>a California unincorporated association, | | |
| | Counterdefendant, | |

MANUAL FILING NOTIFICATION
EXHIBIT TO KOBIALKA DECLARATION               -1-                CASE NO. C 06-00324 CW

# MANUAL FILING NOTIFICATION

Regarding Exhibit 14 to the Declaration of Lisa Kobialka in Support of the Freecycle Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description): _____

DATED: September 6, 2007                    **PERKINS COIE LLP**

By: ___/s/___
Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.

---

MANUAL FILING NOTIFICATION
EXHIBIT TO KOBIALKA DECLARATION      -1-      CASE NO. C 06-00324 CW