# EXHIBIT 15

Dockets.Justia.com



# STATE OF ARIZONA
## Department of State

TRADE NAME CERTIFICATION

FREECYCLE

I, Janice K. Brewer, Secretary of State, do hereby certify that in accordance with the Trade Name Assignment filed in this Office, the Trade Name herein certified has been duly registered pursuant to Section 44-1460, Arizona Revised Statutes, in behalf of:

THE FREECYCLE NETWORK
P O BOX 294
TUCSON AZ 85702-0294

10/1/2004   Assignment
10/28/2003  Application



Registration Date: 10/28/2003

Expiration Date: 10/28/2008

Date First Used: 4/15/2003

Trade Name No.: 305724

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of the State of Arizona. Done at Phoenix, the capitol, this 1 day of October, 2004.

*Janice K. Brewer*

FN 076409