# EXHIBIT 17

Web   Images   Video   News   Maps   Gmail   more ▼                                        Sign in

# Google

define:Freecycle                    Search | **Advanced Search**
                                             Preferences
                                     New! View and manage your web history

**Web**

Related phrases:   freecycle network

## Definitions of **Freecycle** on the Web:

- The Freecycle Network is a social network service that aims to divert useable goods from landfill and strengthen local reuse and recycling communities. It provides an online forum for individuals and non-profits to offer and receive free items for reuse or recycling.
  en.wikipedia.org/wiki/Freecycle

Find definitions of **Freecycle** in:   **English**   German   Italian   all languages

define:Freecycle                    Search

Language Tools | Search Tips | Dissatisfied? Help us improve

©2007 Google - Google Home - Advertising Programs - Business Solutions - About Google