# EXHIBIT 21



# Trading stuff for free on Net takes off

BY CHRISTINE ROBINSON
Of The Post and Courier Staff

In search of a desk and chairs? Have a closet full of junk you'll never use again? Need a garage door, vacuum cleaner or gears for your grandmother's old sewing machine? From the obscure to the everyday, almost anything can be found at Freecycle.org, and at a price that fits anyone's budget: free.

Just a little more than a year old, Freecycle already has spread worldwide. The brainchild of Deron Beal, an employee at a Tucson, Ariz., recycling plant, the Internet-based, no-cost trading network now has 984 chapters in 17 countries and all 50 states, including a Charleston area group that has 390 members.

When Beal started the first group in Tucson, he had low expectations, and he said he is still amazed that his local experiment has grown into a global organization with more than 200,000 members. But the members aren't what he's proudest of. It's the 10 million pounds of waste a year being kept out of already overflowing landfills.

The site is now part of Rural Innovations in Social Economics Inc., a nonprofit that promotes waste reduction and whose purpose is to "save desert landscape from being taken over by landfills."

While the idea of getting stuff for free may seem too good to be true, members soon find out it's not a scam. Freecycle simply provides individuals and nonprofit organizations an electronic forum to recycle unwanted items.

Becoming a member is as easy as visiting the Web site at freecycle.org, finding a local group and registering. Group sign-ups and listings are handled through Yahoo. Members can then post any items they're interested in giving away or search for items they can put to good use.

Described by some of its advocates as a nonprofit eBay, Freecycle also has connections with other charity organizations and urges its members to give the other nonprofits first choice.

"I would say it shifts the paradigm for nonprofits," Beal said. "Places like Goodwill and the Salvation Army get so much stuff, they are taking clothes and baling it. But 90 percent of nonprofits are not getting what they need. Now it's enabling the nonprofits to ask for what they need and instead of waiting six months or a year, they can have a response in The only drawback is that while donations to established groups such as Goodwill Industries and

the Salvation Army are eligible for tax deductions, Freecycle's direct exchanges may not be tax-deductible.

The Charleston Freecycle group was established last January and through primarily word-of-mouth has grown to almost 400 members, who post and claim goods daily. Statewide, there are 10 groups ranging in size from Greenville's 547 members to a one-member listing in Santee.

Local environmental activist and Charleston Freecycle founder Alan Shockley said he took one glance at the Freecycle.org Web site and knew it was something Charleston needed. Since then he's personally given away various items, including an air conditioner.

"I clicked on the link and was totally enamored with the idea," he said. "These were things that I didn't want in the landfill, but didn't want in my way, either. I hate to throw away good stuff."

Those feelings are shared by other Freecycle members.

Oregon resident Jennifer Moore said she has found the network is not only a resource for giving items away, but also for trying out gadgets she and her husband would have shied away from buying.

"Freecycle has saved us money on dump boxes for those unwanted things, and it has saved us money on things we weren't really so sure we wanted or needed but wanted to check out anyway," such as her newly acquired bread maker, she said.

The biggest drawback that Charleston-area Freecycle members have encountered is that working with individuals can sometimes be less convenient than dealing with, say, a Goodwill store.

Charleston resident Lesley Farnsworth, who is preparing to move, said Freecycle is an easy way to get rid of things she doesn't want to transfer to her new home, such as a cabinet she recently offered through the network. But on the downside, the one-on-one approach means making arrangements to meet and relying on the other person to show up on time.

"This is the only problem with something like this," said Farnsworth's sister, Rachel Fischer, as the two got ready to give away the cabinet. "Now we have to wait for the guy to come and pick it up, and hope he comes when he said he would." In this instance, he was an hour-and-a-half late.

Retired Rider (N.J.) University English professor Bob Reilly echoed those concerns, saying Freecycle is interesting to use, and it's nice to make personal contacts, but it isn't always convenient to deal with individuals rather than, say, a Goodwill store.

"All of (the items) took longer than I had expected" to give away, he noted. "You're supposed to give first respondent first choice, but then you don't hear

from them again. People aren't quick about answering their e-mail."

Reilly's recent experience with using Freecycle to offer a waterbed and a fig tree illustrates the occasional frustrations. "Eventually, with the waterbed, there were some people who expressed interest, and I finally had to send out an announcement saying it was their last chance. Then I finally got someone to pick it up."

Click here to return to story:
http://www.charleston.net/stories/071104/bus_11freecycle.shtml

http://www.charleston.net/cgi-bin/printme.pl

FN 001180