# EXHIBIT 23

# June 15, 2004

## Lockergnome.com Newsletter Article

One thing that we can all agree on is that we enjoy finding a good deal. Unless you've got money coming out of your ears (man, get that checked out), it's safe to say that these money saving deals are a cause for rejoicing amongst the penny-pinching crowd. Of course, the dream of any deal hunter is the freebie. You know you're a freebie lover when you realize that the majority of your food intake has consisted of supermarket samples. There's nothing wrong with trying to get something for free - it's exciting. Freecycle attempts to satisfy our hunger for free goods.

The site consists of groups all over the world who are giving stuff away for free in their local towns. You heard me right - free stuff! I found tires, clothes, games, and other items posted up for grabs. If you've got something taking up space in your spare bedroom, list it on your local group's board. If you see anything you want, all you have to do is respond to the post. The giver is then responsible for arranging a pick up time. If there's not a group in your area, feel free to create one. The groups are created using Yahoo! Groups, and are then listed on the Freecycle site. You never know what you could find, and that is what makes the whole process so much fun. Who knows - maybe you'll find that old retainer you lost in fourth grade. [Brandon]

Posted by Pastor Ken at June 15, 2004 04:14 PM

FN 001273