# EXHIBIT 25



**U.S. Environmental Protection Agency**

# Resource Conservation Challenge

Recent Additions | Contact Us | Print Version    Search: [        ] GO

EPA Home > Wastes > Resource Conservation Challenge > In the News > Freecycle: A Revolution of Reuse

Resource Conservation Challenge

Where You Live

Basic Information

In the News

Partnership Programs

Guide to Becoming a Partner

What You Can Do

Resources

Your Questions

# Freecycle: A Revolution of Reuse

The Freecycle Network is using the internet to revolutionize the concept of reuse. The rules are simple: all items posted on the Freecycle site must be free, legal and appropriate for all ages. Subsequent exchanges are done strictly without a monetary exchange.



Items posted on the site are available for anyone who wishes to take them, creating an alternative to "trashing" an item and an outlet for goods that would otherwise have been thrown away. The old saying, "One man's trash is another man's treasure" definitely applies here. Some of the treasure that has exchanged hands includes a piano, a fax machine, and even old oak furniture.

The Freecyle community is divided into regional areas so no one has to travel too far to get an item they desire. Communication throughout the network is done via e-mail; all that is needed is Internet access and an e-mail account.

Freecycle is the epitome of a grassroots organization. Each group is self-sustaining, open to all communities, and run by individuals who volunteer their efforts.

EPA's Pacific Southwest Region presented Deron Beal, founder of Freecycle, with one of its 2005 Environmental Awards on Earth Day.

## For More Information:

- Freecycle [EXIT disclaimer >]
- EPA Honors 37 Environmental Heroes at Earth Day Ceremony
- Reduce, Reuse, and Recycle

---

EPA Home | Privacy and Security Notice | Contact Us

Last updated on Thursday, June 23rd, 2005
URL: http://www.epa.gov/epaoswer/osw/conserve/2005news/03-free.htm

http://www.epa.gov/epaoswer/osw/conserve/2005news/03-free.htm

FN 001415