# EXHIBIT 26

Dockets.Justia.com

PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar. No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238128
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:     (650) 838-4300
Facsimile:     (650) 838-4350

Attorneys for Defendant
The Freecycle Network, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>        Plaintiff,<br><br>    v.<br><br>THE FREECYCLE NETWORK, INC.,<br>an Arizona corporation,<br><br>        Defendant. | CASE NO. C 06-00324 CW<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT 26 TO**<br><br>**DECLARATION OF LISA KOBIALKA IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56** |
| THE FREECYCLE NETWORK, INC.<br>an Arizona corporation,<br><br>        Counterclaimant,<br><br>    v.<br><br>FREECYLESUNNYVALE,<br>a California unincorporated association,<br><br>        Counterdefendant, | Date:      September 27, 2007<br>Time:      2:00 p.m.<br>Before:    Honorable Claudia Wilken<br>Location:  Courtroom 2 |

1

# MANUAL FILING NOTIFICATION

2

Regarding Exhibit 26 to the Declaration of Lisa Kobialka in Support of the Freecycle

3

Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for

4

Summary Adjudication Under Fed.R.CIV.P. 56:

5

This filing is in paper or physical form only, and is being maintained in the case file in the

6

Clerk's office.

7

8

If you are a participant on this case, this filing will be served in hard-copy shortly.

9

For information on retrieving this filing directly from the court, please see the court's main web

10

site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

11

This filing was not efiled for the following reason(s):

12

___ Voluminous Documents (PDF size larger than efiling systems allowances)

13

___ Unable to Scan Documents

14

15

___ Physical Object (description): _____

16

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

17

_X_ Item Under Seal

18

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

19

20

___ Other (description):_____

21

DATED: September 6, 2007                 **PERKINS COIE** LLP

22

23

By:  ___/s/_____
                                                           Lisa Kobialka

24

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.

25

26

27

28