# EXHIBIT 28

```
PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar. No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238128
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:    (650) 838-4300
Facsimile:    (650) 838-4350

Attorneys for Defendant
The Freecycle Network, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Defendant. | CASE NO. C 06-00324 CW<br><br>MANUAL FILING NOTIFICATION<br><br>EXHIBIT 28 TO<br><br>DECLARATION OF LISA KOBIALKA IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56 |
| THE FREECYCLE NETWORK, INC. an Arizona corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYLESUNNYVALE, a California unincorporated association,<br><br>Counterdefendant, | Date:       September 27, 2007<br>Time:       2:00 p.m.<br>Before:     Honorable Claudia Wilken<br>Location:   Courtroom 2 |

MANUAL FILING NOTIFICATION
EXHIBIT TO KOBIALKA DECLARATION         -1-                    CASE NO. C 06-00324 CW

# MANUAL FILING NOTIFICATION

Regarding Exhibit 28 to the Declaration of Lisa Kobialka in Support of the Freecycle Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

____ Voluminous Documents (PDF size larger than efiling systems allowances)

____ Unable to Scan Documents

____ Physical Object (description): _____

____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

____ Conformance with the Judicial Conference Privacy Policy (General order 53).

____ Other (description):_____

DATED: September 6, 2007                    **PERKINS COIE** LLP

By: ___/s/_____
    Lisa Kobialka

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.

---

MANUAL FILING NOTIFICATION  -1-  CASE NO. C 06-00324 CW
EXHIBIT TO KOBIALKA DECLARATION