# EXHIBIT 40

Dockets.Justia.com



home | **Frequently Asked Questions** | **Start a Freecycle group** | **Other Resources**

## Frequently Asked Questions (FAQ)

Here are the answers to some of the common questions that we get. It is arranged in to a couple of areas:

- **Etiquette**
- **Tips on Organizing Emails**

If you are interested in starting your own Freecycle group in your area, please visit the **Start a Group in your Area** page.

**Etiquette**

1. **Keep It Free, Legal & Appropriate For All Ages**.
2. **Subject Line**. Try using these phrases:
    a. OFFER: old couch. Offering more than 1 thing? Still keep it in 1 e-mail, please.
    b. TAKEN: old couch
    c. WANTED: old couch. [Please use this sparingly and don't offer money]
    d. ADMIN: new ideas, like can we get the guy with the couches to ease up?
3. **No Politics, No Spam, No Money**. Two strikes & you're out.
4. **Your Approximate Location:** Try to list this in the body of your e-mail. I've got a couch and live downtown. Nearest intersection: Speedway and Stone.
5. **Keep It All In One E-Mail**. Got more than one thing to give away? Keep it all in one e-mail please and just number the items for your own clarity.
6. **Pets**: Can we use freecycle to find new homes for pets? Yes, keep it legal & be lovingly careful.
7. **No Trading Please**. Go to your local trading organization for this: check out **Tucson Traders** for ideas. It can be quite fun.
8. **Responses Go Only To Offerer**. It keeps down the sheer no. of e-mails.
9. **Contact/Pick Up**. Arrange as you like, generally, 1st responded, 1st served, if a charity responds, you may want to give them a 1st shot. Arrange pickup with one person only, rather than "it's on the porch, whoever gets here first gets it." Also: only give your phone number to one person at a time or ask for the recipient's phone no. Otherwise you'll get swamped with phone calls.

**Tips To Organize All Of The New E-Mails You Are Getting:**

1. CREATE A SEPARATE E-MAIL FOLDER & AUTOMATICALLY HAVE FREECYCLE STUFF GO TO IT. Create a separate folder in your Outlook Express & have Freecycle stuff sent to it automatically with a new rule under tools/message rules/mail/
2. Go to the **Yahoo Groups website**. You will have to 'login' and then click on 'Edit my Membershipt'. Look at the 'Message Delivery' section. We recommend either of two options:
    a. Daily Diget - you will receive one email per day that contains all the emails posted to the list that day.
    b. No Email - This keeps all mail out of your inbox, but you have to go to the Yahoogroups website to see the emails that are sent to the list.