# EXHIBIT 41



home | Freq. Asked Questions | Start a Group | Other Resources

## Using the Freecycle List

After joining your local group, to post a message, simply send an email to your local group?s yahoo address or click on "messages" at the local Freecycle group web site. You can find your local group by clicking here.

**UNSUBSCRIBING:** To unsubscribe, send an email to the unsubscribe address noted at the bottom of each e-mail from your local group. It?ll look something like this blahblahblah-unsubscribe@yahoogroups.com (this of course is not an actual unsubscribe address)

**POSTING, READING, REPLYING & MANAGING YOUR MEMBERSHIP.** To post, read or reply to messages or to manage your membership settings (including email delivery options), visit your local Freecycle groups site (find your local yahoo group here). To read list archives (especially helpful for new members who may find recent posts of interest there), visit your local Yahoo group main page and click on "messages" on the left.

## FREECYCLE RULES & ETIQUETTE

While there will be slight variations from group to group, those rules in green are required of all groups.

**1) KEEP IT FREE, LEGAL & APPROPRIATE FOR ALL AGES.** This means, for example, no Alcohol, Tobacco, Firearms or Drugs, legal or otherwise. Two strikes and you're outa the group. This is our main freecyclin' rule to live by and it's a pretty easy one at that. No advertising your yard sale, though, as you're looking for money and that isn'free...

**2) YOUR FIRST POST EVER TO THE GROUP MUST BE AN OFFER.** (some groups may not have this rule) In the spirit of giving, we would ask that you make your first posting to the group an "OFFER". This rule may vary from group to group. No offer is too small...

**3) SUBJECT LINE OF YOUR POSTS.** Use these phrases to make it easy for others to delete or view. (There may be slight variations on these from group to group as well).

**OFFER:** love seat, downtown. [Offering more than 1 thing? Still keep it in 1 e-mail, please]
**TAKEN:** love seat
**WANTED:** love seat, any condition. [Please use this sparingly and don't offer money. And above all else, don't ask for an extravagant item like a DVD player which we'd all

like to have or the strike rule will kick in - see no. 1 above. ]
**ADMIN:** new ideas, thoughts, etc. like can we get the guy with the couches to ease up?

**4) PLEASE DO NOT POST THE SAME "WANTED" POSTING MORE THAN ONCE A MONTH.** (here too there will be variations from group to group)

**5) NO POLITICS, NO SPAM, NO MONEY, NO PERSONAL ATTACKS/RUDENESS.** Two strikes & you're out, i.e. you will be unsubscribed by the moderator after two inappropriate postings.

**6) YOUR APPROXIMATE LOCATION:** Try to list this in the body of your e-mail as well as in the subject line. OFFER Couch (downtown). ?I've got a couch and live downtown. Nearest intersection: Speedway and Stone.?

**7) KEEP IT ALL IN ONE E-MAIL.** Got more than one thing to give away? Keep it all in one e-mail please and just number the items for your own clarity. This reduces the overall number of e-mails we all have to receive.

**8) CAN WE USE FREECYCLE TO FIND NEW HOMES FOR PETS?** Some groups say yes, but keep it legal & be lovingly careful. Other groups say no, please refer to **Petfinder** to find a pet locally. It depends on what you and your fellow members have decided on locally.

**9) NO TRADING PLEASE.** Go to your local trading organization for this. It can be quite fun. With Freecycle, though, there are no strings attached, just give it away now?

**10) RESPONSES GO ONLY TO OFFERER.** It keeps down the sheer no. of e-mails.

**11) PICK UP.** Arrange as you like. Generally, you'll wait until you get a handful of responses or maybe overnite, and then you can pick whomever you like! That's half the fun. I always ask that people consider giving your starving local charity preference if one should respond. Arrange pickup with one person only, rather than "it's on the porch, whoever gets here first gets it." Otherwise you'll become the boo man pretty fast with your fellow freecyclers... Also: only give your phone number to one person at a time or ask for the recipient's phone no. Otherwise you'll get swamped with phone calls.

**12) DISCLAIMER: FREECYCLE NETWORK MEMBERS USE THE LIST AT THEIR OWN RISK.** Please take reasonable measures to protect your safety and privacy when posting to the list or participating in an exchange. By joining the list, you agree to hold neither the list owners and moderators nor anyone affiliated with Freecycle.org responsible or liable for any circumstance resulting from a Freecycle-related exchange or communication. **SAFETY.** Be aware! It is up to each individual member of Freecycle when arranging for pickup of the item being given away to be appropriately aware of the potential risk of having "a stranger" come to your home to pick something up. Freecycle as a listserv assumes no responsibility for this risk. If you, for example, are a single woman living alone, you may want to say that you'll leave the item on the front porch while you are not home or arrange for a drop-off downtown, etc..

**13) NO FREECYCLING YOURSELF OR YOUR CHILDREN.** Freecycling oneself (or one's shy friends) is, I'm afraid, not allowed. There are many fine Internet dating sites better suited to this purpose, or you could try Craig's List or a Burning Man mixer (just kidding). Freecycling your kids is not on the menu either, no matter how crazy they make you sometimes. Try getting them involved in after-school band practice.

**14) A BRIEF NOTE ON FREECYCLING ETIQUETTE:** "Be nice." We are all volunteers and we've got a great little community here so when you arrange to pick up an item from another freecycler, it is basic good manners to accommodate them as much as possible in terms of scheduling, and then be punctual; they are, after all, giving you something you need and asking nothing in return except that you will show up when you say you will. (Leaving someone hanging is never a nice thing.) Also, unless the giver tells you otherwise, assume that they would like you to come by as soon as you can to take away the item; no more than three days after the offer is made is usual. (Think of it as The Three-Day Rule.)

TIPS TO ORGANIZE ALL OF THE NEW E-MAILS YOU ARE GETTING:

**a) CREATE A SEPARATE E-MAIL FOLDER & AUTOMATICALLY HAVE FREECYCLE STUFF GO TO IT.** Create a separate folder in your Outlook Express & have Freecycle stuff sent to it automatically with a new rule under tools/message rules/mail/

**b) SET TO "DAILY DIGEST" OR "NO E-MAILS"** (which means you'll just browse the messages online). Realize that you can set your personal preferences on the main page (under "Edit My Membership☐n the top right corner).

**IMPORTANT: THERE IS A TIME LAG FOR CHANGES:** Whenever a user changes settings, there is an overlap from the time it takes for Yahoo to process the change, until emails in the queue waiting to go out to the users are delivered. In other words, in the six hours it takes for Yahoo to permanently stop the emails from coming, there are emails already set up to go out, and will continue to go out until the queue is emptied. (Some people have reported this taking up to three days.) So please don't email the moderators with comments like, 'I changed my settings/unsubscribed yesterday, why am I still getting emails?' Just be patient, and all should be well. Don't make more than one change at a time (each additional change adds on another day of wait). If you encounter further problems, you might want to consult the **Yahoo! Groups help pages**.

**DELETE YOUR OWN ?OOPS? POSTS.** Just so you know, you CAN delete your own posts for any reason (for example, if someone's taken the item you offered, or if you've received the item you wanted, or if you posted something by mistake). Go back to your original post and bring it into view on the screen. Right under the Messages bar, where it reads:

Reply/Forward/View Source/Unwrap Lines/Delete

Click on 'Delete.' That should do it. (Note, though, that deleting a post won't prevent it from showing up in the next digest for those with digest options.)

Good luck and Keep on Freecyclin?

> Yours truly,
> The geeky rules crew.