# EXHIBIT 65

Freecycle



Changing the world one gift at a time.

home | Frequently Asked Questions | Start a Group | Other Resources

 Make payments with PayPal - it's fast, free **THE COUNTER:**

Number of cities freecycling:    1298
Number of people freecycling: 422,404

### Welcome!

The worldwide (!) Freecycle Network is made up of many individual groups across the globe. It's a grassroots movement of people who are giving (& getting) stuff for free in their own towns. Each local group is run by a local volunteer moderator (them's good people). Membership is free. To sign up, find your city by clicking on the region on the right. It will generate a automatic e-mail which, when sent, will sign you up for your local group and send you an response with instructions on how it works. Or, go directly to the webpage for your city's group by clicking on your city's link on the left. Can't find your city? It takes about ten minutes to start your own (click on "Start your own" for instructions). Have fun and keep on Freecyclin'!

The Freecycle Network is a project of RISE, Inc., a 501(c)3 nonprofit organization whose

### Freecycle Groups:

Canada
International
US Northeast
US Central
US Southern
US Southwest
US West Coast
US Pacific
All Groups

### Newest Freecycles

Griffin County
Marion/Grant County
Chandlersville

### Biggest Freecycles

freecycleportland(8514)

### Freecycle Newswire

Freecycle Olympia lets people exchange items (08/25)
Freecycle takes on eBay: The Australian (08/25)
Barrie website a free-for-all (08/25)
Brevard County Freecycle Hits 1000 members (08/20)
techbargains.com mentions Freecycle! (08/19)
Butler County FREECYCLE - http://business.state-pa.us/directory/free (08/19)

### Sign Up!

To sign up for a Freecycle Yahoogroup, choose your region below. And then find the closest freecycle to your location. If you click GOTO, you will be taken to the website of your freecycle group. If you click JOIN, an email windows will pop up. Send a blank email to the address in the 'to' field and you will be signed up shortly for that freecycle group. If you have any questions, please let us know!

Canada
International

Austinfreecycle(5615)
freecyclenewyorkcity(5637)
chicagofreecycle(5589)
DFWfreecycle(5183)
grfreecycle(4829)
FreecycleDC(4817)
FreecycleSeattle(4181)

US Northeast
US Central
US Southern
US Southwest
US West Coast
US Pacific

1298 Cities! Others coming soon! If you want to start one, visit our **Start-A-Group** page.

If you know of one that isn't listed, let **us** know.

 

mission includes reducing waste, generating employment training, and fostering cooperation between other nonprofit organizations and the public.

RISE started the Freecycle Network in May 2003 to promote waste reduction in Tucson's downtown and help save desert landscape from being taken over by landfills. Freecycle provides individuals and non-profits an electronic forum to "recycle" unwanted items. One person's trash can truly be another's treasure!

### How does Freecycling work?

One rule: everything posted must be free. Whether it's a chair, a fax machine, piano, or an old door to be given away, it can be posted on the network. Or, maybe you're looking to acquire something yourself? Respond to the posting directly and you just might get it. After that it is up to the giver to set up a pickup time for passing on the treasure.

Non-profit organizations also benefit from the Freecycle Network. Post the item or items you want to give away and a local organization can help you get it to someone in need.

### Who can Freecycle?

As Abe Lincoln once said, "Think globally, recycle locally." The Freecycle Network is open to all cities and to all individuals who want to participate. Freecycle groups are run by local volunteer moderators from across the globe who facilitate each local group - Grassroots at its best!

### What information is on this website

**Frequently Asked Questions** - This is accumulated answers to questions, advice and general etiquette that you should read before joining the list.

**Start A Freecycle Group** - If you are interested in starting a Freecycle group in your area, this page will help you find out how we can help you.

**Other Resources** - A list of websites and other resources that are related to what Freecycle is doing. Recycling, trading, free resources, etc.