# EXHIBIT 68

Dockets.Justia.com

PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar. No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238128
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:     (650) 838-4300
Facsimile:     (650) 838-4350

Attorneys for Defendant
The Freecycle Network, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC.,<br>an Arizona corporation,<br><br>Defendant. | CASE NO. C 06-00324 CW<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT 68 TO**<br><br>**DECLARATION OF LISA KOBIALKA IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56** |
| THE FREECYCLE NETWORK, INC.<br>an Arizona corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYLESUNNYVALE,<br>a California unincorporated association,<br><br>Counterdefendant, | Date:          September 27, 2007<br>Time:          2:00 p.m.<br>Before:       Honorable Claudia Wilken<br>Location:     Courtroom 2 |

1

## MANUAL FILING NOTIFICATION

2    Regarding Exhibit 68 to the Declaration of Lisa Kobialka in Support of the Freecycle

3 Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for

4 Summary Adjudication Under Fed.R.CIV.P. 56:

5    This filing is in paper or physical form only, and is being maintained in the case file in the

6 Clerk's office.

7

8 If you are a participant on this case, this filing will be served in hard-copy shortly.

9 For information on retrieving this filing directly from the court, please see the court's main web

10 site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

11 This filing was not efiled for the following reason(s):

12 ___ Voluminous Documents (PDF size larger than efiling systems allowances)

13

14 ___ Unable to Scan Documents

15 ___ Physical Object (description): _____

16 ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

17  _X_ Item Under Seal

18 ___ Conformance with the Judicial Conference Privacy Policy (General order 53).

19

20 ___ Other (description):_____

21 DATED: September 6, 2007                **PERKINS COIE** LLP

22

23                                        By: ___/s/_____

24                                            Lisa Kobialka

                                          Attorneys for Defendant and Counterclaimant
25                                        The Freecycle Network, Inc.

26

27

28