# EXHIBIT 73



Saving the World One Gift at a Time

# Freecycle™ Mod Manual

## Table of Contents:

**NEW - Latest UPDATES**
**NEW - Site Map**

**Mission Statement/Intro**
**The Freecycle FAQ Pages**
**Back to Freecycle Home Page**

1. **Getting Immediate Help**
   Mods - Contact your GOA
   For Members - Info Address
   Trademark Policy

2. **Moderating Freecycle**
   Guidelines and Local Policy
   - Basic Rules and Etiquette
   Do's and Don'ts for Mods
   Moderator Responsibilities
   Not Moderated/Unmoderated
   Searching the Archives
   Membership Types Defined
   Bouncing Members
   Banning As A Last Resort
   Choosing A Pet Mod
   Pet Moderator Handbook
   Member List Backups
   Zip Code Based Groups
   Adding Ersatzfriend
   Freecycle Group Check
   - From Start to Finish

3. **The "Files"**
   Bouncing Mail Policy
   Disclaimer **
   Email Delivery Options
   Etiquette Files **
   Farewell Letter **
   Membership - Denied
   Membership - Pending
   Organizing Your E-Mails
   Pets - Pet Posts
   Pets - Placement
   Welcome Letter
   Flyer1 | Flyer2
      ** Required Files

4. **ADMIN Notices**
   Bouncing Members
   Crossposting
   Holiday Wanted Posts

Inappropriate For List
- Curbside Posts
- Fails Landfill Test
- Sales and Services
- User IDs
Incorrect Formats
Item Descriptions
Moderating Members
New/Adjacent Group
No Shows
Pets - Breeding
Pets - Landfill Post
Pets - Seasonal Gifts
Reseller Guidelines
Safety - Phone/Address
Sob Stories - Need/Want
Software Distribution
Too Many Wanteds
Using Received/Taken

5. **ADMIN Notices - Misc**
Group Challenges
Reduce, Reuse, Recycle
To Post or Not to Post
Too Hot... Be Nice
Traveling Treasure Box
What Freecycle IS About
- Alt - Purple Octopus Post

6. **Passing the Torch**
Recruiting New Mods
- Mod Recruit Letter
- Welcome Letters
- Daily Operations

7. **Links and Resources**
Overview - Resources Page
Creating Custom Logos
Freecycle Homepage
State/Regional Mod Squads
National Mod Squad
Org Issues Discussion Group
Sample Freecycle Site
GOA Representatives
email - NGA Representative
email - To Volunteer
email - Back Office
email - Site Logo Assistance
email - News Articles & Media
email - Trademark Support

8. **Questions and Answers**
Abbreviations/Acronyms
Just the FAQs, please!

*You are visitor* 14977

**\*\*Latest Updates - Stay current on all changes to both FAQ and Mod Manual for 2006\*\***

**23 April 2006**
- Edited the Copyright notice on all ADMIN files to eliminate the overrun of dashes when cutting and pasting

**07 April 2006**
- Added \*\*NEW\*\* file called | To Post or Not to Post | in Section 5 under ADMIN Notices - Misc

**05 April 2006**
- Updated Kansas Mod Squad link to | State and Regional Mod Squad | List

**03 April 2006**
- Recorganized Copyright and Trademark Policies in separate files assigned to the | Freecycle Mod Manual | and the | Freecycle FAQ Pages |
- Updated Kansas Mod Squad link to | State and Regional Mod Squad | List
- GOA contacts have been updated!

**19 March 2006**
- Additional notation made to| Group Check| link. Moderators can click the Check Box to approve ALL photo submissions to the group.

**16 March 2006**
- Minor correction made in | The Etiquette File | Examples #1 and #2 "messages" replaced by "post"- should correctly read:

*To post a message, simply send an email to XXX-Group@yahoogroups.com or click on "post" at the XXX Freecycle group web site (see link below).*

**13 March 2006**
- Added the new | Site Map | link for ease of cut and paste for all pages within the Mod Manual.

**22 February 2006**
- Please check your group file called | The Etiquette File | for the following edit made to Section 1:

1) **KEEP IT FREE, LEGAL & APPROPRIATE FOR ALL AGES**. This means, for example, no pornography, alcohol, tobacco, drugs (legal or otherwise), firearms or other weapons. Two strikes and you're out of the group. This is our main Freecycle rule to live by and it's a pretty easy one at that. No advertising your yard sale either please, as this involves money.

- The other files affected are | Guidelines and Local Policy | Do's and Don'ts for Freecycle Moderators |

**18 February 2006**
- Attribution statement added to | Disclaimer |

**10 February 2006**
- Minor edit on | Organizing Your E-mails | in Section 3 of the Mod Manual and in Section 2 of the FAQ - the location for "edit your membership" was corrected
- GOA contacts have been updated!

**27 January 2006**
- Added \*\*NEW\*\* file for | Files - Email Delivery Options | Example #4
- Added \*\*NEW\*\* files for | Admin - No Shows | Examples #4, #5, #6
- **Admin - Inappropriate** has been broken down into 4 new sub-sections - they are | Curbside Posts | Fails Landfill Test | Sales and Services | User IDs |
- Added \*\*NEW\*\* file and reorganized | Admin - Formats | into grouped categories

**25 January 2006**
- GOA contacts have been updated!

**20 January 2006**
- Added North Dakota Mod Squad link to | State and Regional Mod Squad | List

**6 January 2006**
- Added West Virginia Mod Squad link to | State and Regional Mod Squad | List

**1 January 2006**

**-Updated the Mod Manual to reflect all trademark references for the New Year**

- Added **NEW** file for | Admin - Format | Example #7
- Added **NEW** file for | Admin - Reduce, Reuse, Recycle | Section 5
- Added **NEW** file for | Admin - Sob Stories | Example #6
- Added **NEW** files for | Admin - Inappropriate | Examples #8 and #9

*^* 31 October 2005 *^* MOD MANUAL RELEASED*^*

**29 December 2005**
- Policy changes appended to | Do's and Don'ts for Freecycle Moderators | - co-ownership and local residency requirements for moderators (file name change)
- Edited | Freecycle Group Check | page to clarify use of instructions and moved link to Section 2 (file name change)
- Added | Guidelines and Local Policy | to Section 1 of the Mod Manual (file name change)
- GOA contacts have been updated!

**23 November 2005**
- New letter **ADDED** | Admin - Inappropriate | "Example #7 - Member Posted to the List with Inappropriate User ID"
- New letter **ADDED** | Admin - Sob Stories Need/Want | "Example #5 - No Sob Stories - No Strings Attached!"
- New letter **ADDED** | Email Delivery Options | "Example #3 - Mail Delivery Options - Via Email"

- **Appended ALL "Files" and "Admins" to remove superscript™ and replace with (TM)**

**19 November 2005**
- New page **ADDED** | Trademark Team Q&A | links added to Mod Manual, Section 8
- New letter **ADDED** | Admin - Wanted | Example #5

**13 November 2005**
- GOA contacts have been updated!

**10 November 2005**
- Welcome two new groups from Canada on the | Mod Squad | List!

**8 November 2005**
- Edited "Example #2 - Needed vs. Wanted" on | Admin - Sob Stories | and "Example #4 - Regarding Wanted Posts" on | Admin - Wanted | per request

**7 November 2005**
- Mod Squad List updated to clarify description of Canadian Groups

**5 November 2005**
- minor changes made to the | Abbreviations/Acronyms | page in in Section 9 to add links and additional explanations
- Added instructions for "Exporting Your Member List into Word" to the | Member List Backups | file in Section 2
- Added **NEW** ADMIN File | Holiday Wanted Posts | to Section 4

- Replaced outdated Freecycle Logo on | Flyer_02 | in Section 3
- Added **NEW** file for | Creating Custom Logos | in Section 8

**4 November 2005**
- UPDATES page introduced (Main Page)
- Changed Section 6, No. II | Freecycle Group Check | (8. PROMOTE > Members)
- Added link information to the Freecycle Logo with TM compliant information printed below the logo in Section 6, No. I | Freecycle Group Check |
- Added **NEW** ADMIN File |Reseller Guidelines | to Section 4

**31 October 2005**
- Mod Manual released