# EXHIBIT 77

1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:    (650) 838-4300
7  Facsimile:    (650) 838-4350

8  Attorneys for Defendant
9  The Freecycle Network, Inc.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13

14  FREECYCLESUNNYVALE,                    CASE NO. C 06-00324 CW
    a California unincorporated association,
15                                         MANUAL FILING NOTIFICATION
                Plaintiff,
16                                         EXHIBIT 77 TO
        v.
17                                         DECLARATION OF LISA KOBIALKA IN
    THE FREECYCLE NETWORK, INC.,           SUPPORT OF THE FREECYCLE
18  an Arizona corporation,                NETWORK, INC.'S MEMORANDUM OF
                                           POINTS AND AUTHORITIES IN
19              Defendant.                 OPPOSITION TO PLAINTIFF'S MOTION
                                           FOR SUMMARY ADJUDICATION
20                                         UNDER FED.R.CIV.P. 56

21  THE FREECYCLE NETWORK, INC.            Date:     September 27, 2007
    an Arizona corporation,                Time:     2:00 p.m.
22                                         Before:   Honorable Claudia Wilken
                Counterclaimant,           Location: Courtroom 2
23
        v.
24
    FREECYLESUNNYVALE,
25  a California unincorporated association,

26              Counterdefendant,

27

28

MANUAL FILING NOTIFICATION                    -1-                    CASE NO. C 06-00324 CW
EXHIBIT TO KOBIALKA DECLARATION

# MANUAL FILING NOTIFICATION

Regarding Exhibit 77 to the Declaration of Lisa Kobialka in Support of the Freecycle Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Documents (PDF size larger than efiling systems allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General order 53).

___ Other (description):_____

DATED: September 6, 2007                    **PERKINS COIE** LLP

                                            By: __/s/_____
                                                Lisa Kobialka

                                            Attorneys for Defendant and Counterclaimant
                                            The Freecycle Network, Inc.