# EXHIBIT 81

Dockets.Justia.com

1

PAUL J. ANDRE, Bar No. 196585
2  (pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
3  (lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar. No. 212249
4  (ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238128
5  (sboyle@perkinscoie.com)
PERKINS COIE LLP
6  101 Jefferson Drive
Menlo Park, CA 94025
7  Telephone:    (650) 838-4300
Facsimile:    (650) 838-4350
8

Attorneys for Defendant
9  The Freecycle Network, Inc.

10                    **UNITED STATES DISTRICT COURT**

11                **NORTHERN DISTRICT OF CALIFORNIA**

12                         **OAKLAND DIVISION**

13

14  FREECYCLESUNNYVALE,                      CASE NO. C 06-00324 CW
a California unincorporated association,
15                                           **MANUAL FILING NOTIFICATION**
                    Plaintiff,
16                                           **EXHIBIT 81 TO**
       v.
17                                           **DECLARATION OF LISA KOBIALKA IN**
                                             **SUPPORT OF THE FREECYCLE**
THE FREECYCLE NETWORK, INC.,               **NETWORK, INC.'S MEMORANDUM OF**
18  an Arizona corporation,                   **POINTS AND AUTHORITIES IN**
                                             **OPPOSITION TO PLAINTIFF'S MOTION**
19                  Defendant.               **FOR SUMMARY ADJUDICATION**
                                             **UNDER FED.R.CIV.P. 56**
20
_____
21  THE FREECYCLE NETWORK, INC.              Date:      September 27, 2007
an Arizona corporation,                    Time:      2:00 p.m.
22                                           Before:    Honorable Claudia Wilken
                    Counterclaimant,         Location:   Courtroom 2
23
       v.
24
FREECYLESUNNYVALE,
25  a California unincorporated association,

26                  Counterdefendant,

27
_____
28

MANUAL FILING NOTIFICATION
EXHIBIT TO KOBIALKA DECLARATION          -1-            CASE NO. C 06-00324 CW

1

## MANUAL FILING NOTIFICATION

2      Regarding Exhibit 81 to the Declaration of Lisa Kobialka in Support of the Freecycle

3  Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for

4  Summary Adjudication Under Fed.R.CIV.P. 56:

5      This filing is in paper or physical form only, and is being maintained in the case file in the

6  Clerk's office.

7

8  If you are a participant on this case, this filing will be served in hard-copy shortly.

9  For information on retrieving this filing directly from the court, please see the court's main web

10  site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

11  This filing was not efiled for the following reason(s):

12  ____ Voluminous Documents (PDF size larger than efiling systems allowances)

13

14  ____ Unable to Scan Documents

15  ____ Physical Object (description): _____

16  ____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

17  _X_ Item Under Seal

18  ____ Conformance with the Judicial Conference Privacy Policy (General order 53).

19

20  ____ Other (description):_____

21  DATED: September 6, 2007                    **PERKINS COIE** LLP

22

23                                              By: ___/s/_____
                                                    Lisa Kobialka

24
                                                Attorneys for Defendant and Counterclaimant
25                                              The Freecycle Network, Inc.

26

27

28

MANUAL FILING NOTIFICATION
EXHIBIT TO KOBIALKA DECLARATION              -1-              CASE NO. C 06-00324 CW