# EXHIBIT 82

Dockets.Justia.com

PAUL J. ANDRE, Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, Bar. No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN M. BOYLE, Bar No. 238128
(sboyle@perkinscoie.com)
PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, CA 94025
Telephone:    (650) 838-4300
Facsimile:    (650) 838-4350

Attorneys for Defendant
The Freecycle Network, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE FREECYCLE NETWORK, INC.,<br>an Arizona corporation,<br><br>                    Defendant.<br><hr><br>THE FREECYCLE NETWORK, INC.<br>an Arizona corporation,<br><br>                    Counterclaimant,<br><br>    v.<br><br>FREECYLESUNNYVALE,<br>a California unincorporated association,<br><br>                    Counterdefendant, | CASE NO. C 06-00324 CW<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBIT 82 TO**<br><br>**DECLARATION OF LISA KOBIALKA IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION UNDER FED.R.CIV.P. 56**<br><br>Date:        September 27, 2007<br>Time:        2:00 p.m.<br>Before:     Honorable Claudia Wilken<br>Location:   Courtroom 2 |

MANUAL FILING NOTIFICATION
EXHIBIT TO KOBIALKA DECLARATION                    -1-                    CASE NO. C 06-00324 CW

1

## MANUAL FILING NOTIFICATION

2       Regarding Exhibit 82 to the Declaration of Lisa Kobialka in Support of the Freecycle

3   Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for

4   Summary Adjudication Under Fed.R.CIV.P. 56:

5       This filing is in paper or physical form only, and is being maintained in the case file in the

6   Clerk's office.

7

8   If you are a participant on this case, this filing will be served in hard-copy shortly.

9   For information on retrieving this filing directly from the court, please see the court's main web

10   site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

11   This filing was not efiled for the following reason(s):

12   ____ Voluminous Documents (PDF size larger than efiling systems allowances)

13
14   ____ Unable to Scan Documents

15   ____ Physical Object (description): _____

16   ____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

17   _X_ Item Under Seal

18   ____ Conformance with the Judicial Conference Privacy Policy (General order 53).

19
20   ____ Other (description):_____

21   DATED: September 6, 2007                    **PERKINS COIE** LLP

22

23                                               By: ___/s/_____
                                                      Lisa Kobialka
24
                                                 Attorneys for Defendant and Counterclaimant
25                                               The Freecycle Network, Inc.

26

27

28

MANUAL FILING NOTIFICATION
EXHIBIT TO KOBIALKA DECLARATION                -1-                    CASE NO. C 06-00324 CW