# EXHIBIT 87

1  PAUL J. ANDRE, Bar No. 196585
2  (pandre@perkinscoie.com)
   LISA KOBIALKA, Bar No. 191404
3  (lkobialka@perkinscoie.com)
   ESHA BANDYOPADHYAY, Bar. No. 212249
4  (ebandyopadhyay@perkinscoie.com)
   SEAN M. BOYLE, Bar No. 238128
5  (sboyle@perkinscoie.com)
   PERKINS COIE LLP
6  101 Jefferson Drive
   Menlo Park, CA 94025
7  Telephone:    (650) 838-4300
   Facsimile:    (650) 838-4350
8
   Attorneys for Defendant
9  The Freecycle Network, Inc.

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13

14  FREECYCLESUNNYVALE,                  CASE NO. C 06-00324 CW
    a California unincorporated association,
15                                       MANUAL FILING NOTIFICATION
                   Plaintiff,
16                                       EXHIBIT 87 TO
         v.
17                                       DECLARATION OF LISA KOBIALKA IN
    THE FREECYCLE NETWORK, INC.,         SUPPORT OF THE FREECYCLE
18  an Arizona corporation,              NETWORK, INC.'S MEMORANDUM OF
                                         POINTS AND AUTHORITIES IN
19                 Defendant.            OPPOSITION TO PLAINTIFF'S MOTION
                                         FOR SUMMARY ADJUDICATION
20                                       UNDER FED.R.CIV.P. 56

21  THE FREECYCLE NETWORK, INC.          Date:      September 27, 2007
    an Arizona corporation,              Time:      2:00 p.m.
22                                       Before:    Honorable Claudia Wilken
                   Counterclaimant,      Location:  Courtroom 2
23
         v.
24
    FREECYLESUNNYVALE,
25  a California unincorporated association,

26                 Counterdefendant,

27

28

MANUAL FILING NOTIFICATION              -1-                    CASE NO. C 06-00324 CW
EXHIBIT TO KOBIALKA DECLARATION

# MANUAL FILING NOTIFICATION

Regarding Exhibit 87 to the Declaration of Lisa Kobialka in Support of the Freecycle Network, Inc.'s Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.CIV.P. 56:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http/www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

\_\_\_ Voluminous Documents (PDF size larger than efiling systems allowances)

\_\_\_ Unable to Scan Documents

\_\_\_ Physical Object (description): _____

\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

\_\_\_ Conformance with the Judicial Conference Privacy Policy (General order 53).

\_\_\_ Other (description):_____

DATED: September 6, 2007                    **PERKINS COIE** LLP

                                            By: ___/s/_____
                                                Lisa Kobialka

                                            Attorneys for Defendant and Counterclaimant
                                            The Freecycle Network, Inc.

---

MANUAL FILING NOTIFICATION
EXHIBIT TO KOBIALKA DECLARATION                 -1-                    CASE NO. C 06-00324 CW