# EXHIBIT 110



August 31, 2007

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

Main Tel (650) 331-2000
Main Fax (650) 331-2060
www.mayerbrownrowe.com

Esha Bandyopadhyay
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025

**Dennis S. Corgill**
Direct Tel (650) 331-2058
Direct Fax (650) 331-4558
dcorgill@mayerbrownrowe.com

Re:   Supplemental Document Production in
      *FreecycleSunnyvale v. The Freecycle Network,
      Inc.*, Case No. C 06-00324 CW (N.D. Cal. filed
      Jan. 18, 2006)

Dear Esha:

Enclosed please find a CD with PDF files of documents that have been Bates stamped FS255187 through FS315136. If you have difficulty opening any files, please let me know.

Please note that documents numbered FS315117 to FS315136 have been designated as "CONFIDENTIAL—ATTORNEYS' EYES ONLY."

If you have any questions, please do not hesitate to call.

Sincerely,

*Dennis S. Corgill*

Dennis S. Corgill

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Hong Kong  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.