**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | No. C 06-00324 CW |
| Plaintiff/Counterclaim-Defendant, | ORDER GRANTING IN PART DEFENDANT'S MOTION TO SHORTEN TIME |
| v. | |
| THE FREECYCLE NETWORK, INC., an Arizona corporation, | [Docket No. 97] |
| Defendant/Counterclaimant. | |

_____/

Defendant and Counterclaimant the Freecycle Network has filed a motion to shorten time regarding the briefing and hearing schedule for its motion to strike the declaration of Miles Robertson. Defendant seeks to have a hearing on the motion to strike concurrent with the hearing on Plaintiff and Counterclaim-Defendant FreecycleSunnyvale's motion for summary judgment on September 27, 2007. Plaintiff opposes the motion to shorten time and argues that the motion to strike is baseless.

Having considered the parties' papers and good cause appearing therefor, the Court hereby orders that Plaintiff may file any additional opposition to the motion to strike by September 14, 2007. Defendant may file any reply to Plaintiff's opposition by

September 19, 2007.  If the Court has additional questions regarding the motion to strike, it will raise them at the hearing on Plaintiff's motion for summary judgment.  Otherwise, the matter will be taken under submission on the papers.

   IT IS SO ORDERED.

Dated: 9/10/07

_____
CLAUDIA WILKEN
United States District Judge

2