IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | No. C 06-00324 CW |
| Plaintiff/Counterclaim-Defendant, | ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION TO SEAL |
| v. | |
| THE FREECYCLE NETWORK, INC., an Arizona corporation, | [DOCKET NO. 107] |
| Defendant/Counterclaimant. | |
| _____/ | |

Defendant and Counterclaimant the Freecycle Network has filed a motion to file multiple exhibits to the declarations of Lisa Kobialka and Deron Beal under seal. Defendant has also filed a declaration in support of the motion stating only that the documents "contain information that The Freecycle Network and/or Plaintiff FreecycleSunnyvale consider to be confidential, proprietary, and/or trade secret information." Kobialka Declaration at 2. It appears that most, if not all, of the documents are emails posted to various yahoo or gmail e-mail groups. The declaration does not establish how or whether membership to those groups is limited to the public. Further, many of the emails that Defendant seeks to file under seal contain the

public rules of the Freecycle groups. It is not clear why those documents should be filed under seal. Finally, if Defendant seeks to file any of the documents under seal because Plaintiff considers the information to be confidential, it must move pursuant to Civil Local Rule 79-5(d) and Plaintiff must file a declaration in support of the motion.

As stated in the stipulated protective order, "Mass, indiscriminate, or routinized designations are prohibited." August 10, 2006 Order Granting Stipulation for Protective Order at 4. Defendant's motion to seal is DENIED without prejudice. Defendant may file an amended motion to seal and further declarations in support of its motion within one week of the date of this order. Otherwise, the documents will be filed in the public record. The Clerk of the Court shall retain the lodged documents for one week if Defendant wishes to retrieve them.

IT IS SO ORDERED.

Dated: 9/11/07

CLAUDIA WILKEN
United States District Judge

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

3