

1    MAYER BROWN LLP
     Ian N. Feinberg (SBN 88324)
2    ifeinberg@mayerbrown.com
     Eric B. Evans (SBN 232476)
3    eevans@mayerbrown.com
     Two Palo Alto Square, Suite 300
4    3000 El Camino Real
     Palo Alto, CA  94306-2112
5    Telephone: (650) 331-2000
     Facsimile:  (650) 331-2060
6
     Attorneys for Plaintiff
7    FREECYCLESUNNYVALE,

8                    UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT

10                         OAKLAND DIVISION

11

12   FREECYCLESUNNYVALE,                    Case No. C06-00324 CW
     a California unincorporated association,
13                                          PLAINTIFF AND
                        Plaintiff,          COUNTERDEFENDANT
14                                          FREECYCLESUNNYVALE'S NOTICE
            v.                              OF WITHDRAWAL OF INDIVIDUAL
15                                          ATTORNEY DENNIS S. CORGILL
     THE FREECYCLE NETWORK,
16   an Arizona corporation,

17                      Defendant.

18

19
     THE FREECYCLE NETWORK, INC., an
20   Arizona Corporation,

21                      Counterclaimant,

22   v.

23   FREECYCLESUNNYVALE, a California
     unincorporated association,
24
                        Counterdefendant.
25

26

27

28

                                      NOTICE OF WITHDRAWAL OF ATTORNEY CORGILL
                                                       CASE NO. C06-00324 CW

Dockets.Justia.com

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE

2  NOTICE THAT:

3    Pursuant to Civil L.R. 11-5, Plaintiff and Counterdefendant FreecycleSunnyvale requests

4  that the Court allow Dennis S. Corgill to withdraw his individual appearance as counsel of record

5  for FreecycleSunnyvale in the above captioned action.  Mr. Corgill is no longer associated with

6  Mayer Brown LLP.  The appearance of Mayer Brown LLP and the other attorneys who

7  individually have entered appearances on behalf of FreecycleSunnyvale shall remain in effect

8  and are not affected by this withdrawal.  FreecycleSunnyvale and all other parties have been

9  notified in writing of this withdrawal.  A proposed order accompanies this request for

10  withdrawal.

11

12  Dated:  September 12, 2007                    MAYER BROWN LLP

13

14                                               By  _____/s/_____Eric B. Evans___

15                                                   Eric B. Evans
                                                     Attorneys for Plaintiff
16                                                   FREECYCLESUNNYVALE,

17

18

19

20

21

22

23

24

25

26

27

28