MAYER BROWN LLP
Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrown.com
Eric B. Evans (SBN 232476)
eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060

Attorneys for Plaintiff
FREECYCLESUNNYVALE,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE FREECYCLE NETWORK,<br>an Arizona corporation,<br><br>　　　　　　Defendant.<br>――――――――――――――<br>THE FREECYCLE NETWORK, INC., an Arizona Corporation,<br><br>　　　　　　Counterclaimant,<br><br>　v.<br><br>FREECYCLESUNNYVALE, a California unincorporated association,<br><br>　　　　　　Counterdefendant. | Case No. C06-00324 CW<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR INDIVIDUAL ATTORNEY DENNIS S. CORGILL TO WITHDRAW** |

1  Having considered the request of Plaintiff and Counterdefendant FreecycleSunnyvale to allow Dennis S. Corgill to withdraw his individual appearance as counsel of record for FreecycleSunnyvale in this action,

IT IS HEREBY ORDERED that:

(1) FreecycleSunnyvale's request is GRANTED;

(2) Dennis S. Corgill is relieved as counsel of record for [party]; and

(3) The appearances of Mayer Brown LLP and the other attorneys who individually have entered appearances on behalf of FreecycleSunnyvale shall remain in effect and are not affected by this withdrawal.

Dated:

By _____
Claudia Wilken
Untied States District Court Judge

-1-