1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:   (650) 838-4300
7  Facsimile:   (650) 838-4350

8  Attorneys for Defendant
   The Freecycle Network, Inc.
9

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                    OAKLAND DIVISION
13

14 FREECYCLESUNNYVALE,                  | CASE NO. C 06-00324 CW
   a California unincorporated association,
15                                       | **DECLARATION OF DERON BEAL IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S AMENDED NOTICE OF ADMINISTRATIVE MOTION AND AMENDED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**
                 Plaintiff,
16
       v.
17
   THE FREECYCLE NETWORK, INC.,
18 an Arizona corporation,
19              Defendant.              | Date:     September 27, 2007
                                        | Time:     2:00 p.m.
20                                      | Before:   Honorable Claudia Wilken
                                        | Location: Courtroom 2
21 _____
   THE FREECYCLE NETWORK, INC.
22 an Arizona corporation,
23              Counterclaimant,
24      v.
25 FREECYLESUNNYVALE,
   a California unincorporated association,
26
                Counterdefendant.
27
28

DECLARATION OF DERON BEAL IN SUPPORT
OF THE FREECYCLE NETWORK, INC.'S          -1-                CASE NO. C 06-00324 CW
AMENDED MOTION TO SEAL

I, Deron Beal, hereby declare as follows:

1. I am the founder, Executive Director and Board Chair of The Freecycle Network, Inc. ("The Freecycle Network"). I make this declaration in support of The Freecycle Network's Amended Notice of Administrative Motion and Amended Motion for Leave to File Documents Under Seal. I have personal knowledge of the facts stated and if called to testify as a witness, would competently testify thereto.

2. Exhibits 1, 3-5, 9-14, 16, 18-20, 26, 28-31, 33-39, 47, 50, 54, 56, 58-59, 61, 66-69, 71-72, 74, 76-87, 90-94, 97-101, 103, 105-109 attached to the Declaration of Lisa Kobialka in Support of the Freecycle Network's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.Civ.P. 56 ("Kobialka Opp. Decl.") (Docket Entry No. 113) and Exhibits 8-11, 13, 15-16, 20, and 23-41 attached to the Declaration of Deron Beal in Support of The Freecycle Network's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Adjudication Under Fed.R.Civ.P. 56 ("Beal Opp. Decl.") (Docket Entry No. 111) are emails and postings by The Freecycle Network moderators to the "ModSquad" message boards. The ModSquad message boards are official forums of The Freecycle Network where moderators discuss issues relating to groups within the network. Because only approved ModSquad members have access, these message boards provides a private forum for moderators to discuss group challenges, vote on issues, debate community standards, and to share questions and experiences. *See* Beal Opp. Decl., ¶ 14. There are approximately 2600 volunteer moderators of approved groups who are members of this forum. *Id.* Only moderators who have been approved by The Freecycle Network are granted access, and these boards are not accessible by the general public.

3. Exhibits 88-89 to the Kobialka Opp. Decl. and exhibits 42-43 to the Beal Opp. Decl. are documents created by the Trademark Team (formerly known as The Penguin Patrol), a group started in 2003 within The Freecycle Network to oversee its intellectual property guidelines and policies. *See* Beal Opp Decl., ¶ 19. The Trademark Team, among other duties, monitors and educates groups within the network regarding intellectual property matters, including copyright and trademark protection. *Id.* One responsibility of the Trademark Team is to identify "rogue

groups," online groups that fail to comply with The Freecycle Network's rules and guidelines. *Id.* These rogue groups are monitored and are subsequently reported to Yahoo!, Inc. as being in violation of The Freecycle Network's trademark policies. Exhibits 88-89 to the Kobialka Opp. Decl. and exhibits 42-43 to the Beal Opp. Decl. are examples of lists of rogue groups, created by the Trademark Team, and are the confidential information of The Freecycle Network.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Tucson, Arizona on September 18, 2007.

By: _____
Deron Beal

DECLARATION OF DERON BEAL IN SUPPORT
OF THE FREECYCLE NETWORK, INC.'S        -3-                    CASE NO. C 06-00324 CW
AMENDED MOTION TO SEAL