1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:   (650) 838-4300
7  Facsimile:   (650) 838-4350

8  Attorneys for Defendant
   The Freecycle Network, Inc.
9

10                    **UNITED STATES DISTRICT COURT**

11                    **NORTHERN DISTRICT OF CALIFORNIA**

12                              **OAKLAND DIVISION**

13

14  FREECYCLESUNNYVALE,                      CASE NO. C 06-00324 CW
    a California unincorporated association,
15                                           **[PROPOSED]**
                    Plaintiff,               **ORDER GRANTING AMENDED**
16                                           **ADMINISTRATIVE MOTION FOR**
         v.                                  **LEAVE TO FILE DOCUMENTS UNDER**
17                                           **SEAL**
    THE FREECYCLE NETWORK, INC.,
18  an Arizona corporation,                  Date:      September 27, 2007
                                             Time:      2:00 p.m.
19                  Defendant.               Before:    Honorable Claudia Wilken
                                             Location:  Courtroom 2
20
    THE FREECYCLE NETWORK, INC.
21  an Arizona corporation,

22                  Counterclaimant,

23       v.

24  FREECYLESUNNYVALE,
    a California unincorporated association,
25
                    Counterdefendant.
26

27

28

[PROPOSED] ORDER GRANTING AMENDED
ADMINISTRATIVE MOTION TO FILE                -1-                    CASE NO. C 06-00324 CW
DOCUMENTS UNER SEAL

1    Defendant and Counterclaimant The Freecycle Network, Inc. ("The Freecycle Network")
2 Amended Administrative Motion for Leave to File Documents Under Seal was brought before
3 this Court.  Upon consideration of this motion, the memorandum of points and authorities, the
4 supporting amended declaration of Lisa Kobialka and the declaration of Deron Beal filed
5 therewith, the Court finds there to be good cause for granting The Freecycle Network's request to
6 file documents under seal.

7    GOOD CAUSE having been shown, the Court finds that:

8    (1)    The parties possess overriding confidentiality interests that overcome the right of
9 public access to the record in the following documents:

10    (2)    The parties' overriding confidentiality interests support sealing the record;

11    (3)    A substantial probability exists that the parties' overriding confidentiality interests
12 will be prejudiced if the record is not sealed;

13    (4)    The proposed sealing is narrowly tailored; and

14    (5)    No less restrictive means exist to achieve this overriding interest.

16    IT IS THEREFORE ORDERED that the Freecycle Network's Amended Motion for
17 Leave to File Documents Under Seal is GRANTED.

19 IT IS SO ORDERED.

21 DATED: _____

The Honorable Claudia Wilkins
United States District Judge

[PROPOSED] ORDER GRANTING AMENDED
ADMINISTRATIVE MOTION TO FILE         -2-         CASE NO. C 06-00324 CW
DOCUMENTS UNER SEAL