1  PAUL J. ANDRE, Bar No. 196585
   (pandre@perkinscoie.com)
2  LISA KOBIALKA, Bar No. 191404
   (lkobialka@perkinscoie.com)
3  ESHA BANDYOPADHYAY, Bar. No. 212249
   (ebandyopadhyay@perkinscoie.com)
4  SEAN M. BOYLE, Bar No. 238128
   (sboyle@perkinscoie.com)
5  PERKINS COIE LLP
   101 Jefferson Drive
6  Menlo Park, CA 94025
   Telephone:   (650) 838-4300
7  Facsimile:   (650) 838-4350

8  Attorneys for Defendant
   The Freecycle Network, Inc.
9

10                 **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12                          **OAKLAND DIVISION**

13

14  FREECYCLESUNNYVALE,                    CASE NO. C 06-00324 CW
    a California unincorporated association,
15                                         **DECLARATION OF LISA KOBIALKA
                    Plaintiff,             IN SUPPORT OF THE FREECYCLE
16                                         NETWORK, INC.'S REPLY TO
         v.                                FREECYCLESUNNYVALE'S
17                                         OPPOSITION TO MOTION TO STRIKE
    THE FREECYCLE NETWORK, INC.,           UNDER F.R.C.P. 37(c)**
18  an Arizona corporation,
                                           Date:     September 27, 2007
19                  Defendant.              Time:     2:00 p.m.
                                           Before:   Honorable Claudia Wilken
20                                         Location: Courtroom 2

21  THE FREECYCLE NETWORK, INC.
    an Arizona corporation,
22
                    Counterclaimant,
23
         v.
24
    FREECYLESUNNYVALE,
25  a California unincorporated association,

26                  Counterdefendant.

27

28
   KOBIALKA DECLARATION ISO REPLY TO
   PLAINTIFF'S OPPOSITION TO MOTION TO                  CASE NO. C 06-00324 CW
   STRIKE

I, LISA KOBIALKA, declare:

1. I am an attorney with the law firm of Perkins Coie LLP, counsel of record for Defendant and Counterclaimant The Freecycle Network, Inc. ("The Freecycle Network"). I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. The Freecycle Network produced 82,149 pages of documents in this case prior to the discovery cut-off.

3. By virtue of The Freecycle Network's popularity, there have been hundreds of thousands of members/users since its inception that are identified by The Freecycle Network's documents. Attached hereto as Exhibit A is a true and correct copy of a document Bates labeled FN 000001-02, indicating that the number of members of The Freecycle Network in 2006 was 2,173,732.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Menlo Park, California on September 19, 2007.

By     /s/ Lisa Kobialka
Lisa Kobialka
Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.