

changing the world one gift at a time

Home | Freecyclopedia | FAQ | Finder | Start a Group | Sponsors | Store | About Us

[Make a Donation]

**Find your local Freecycle™ Group:**

Canada
Germany
United Kingdom
International
US Northeast
US Central
US Southern
US Southwest
US West Coast
US Pacific
All

**National Websites:**

United Kingdom | Deutschland





Pulp mills in the US consume more than 12,000 square miles of forest each year; almost half of all trees cut now end up as paper, and the percentage is increasing.

**THE COUNTER:**

Number of Freecycle™ Communities:    3,525
Number of Freecycle™ Members:   2,173,732

**Welcome!**

The Freecycle Network™ is made up of many individual groups across the globe. It's a grassroots and entirely nonprofit movement of people who are giving (& getting) stuff for free in their own towns. Each local group is moderated by a local volunteer (them's good people). Membership is free. To sign up, find your community by clicking on the region on the left. You may then go directly to your local group by clicking on "Go To" or you may immediately joining by clicking on "Join." It will generate an automatic e-mail which, when sent, will sign you up for the local group and send you a response with instructions on how it works. Can't find a group near you? You might want to consider starting one (click on "Start a Group" for instructions). Have fun!

The Freecycle Network was started in May 2003 to promote waste reduction in Tucson's downtown and help save desert landscape from being taken over by landfills. The Network provides individuals and non-profits an electronic forum to "recycle" unwanted items. One person's trash can truly be another's treasure!

**How does it work?**

When you want to find a new home for something -- whether it's a chair, a fax machine, piano, or an old door -- you simply send an e-mail offering it to members of the local Freecycle group.

Or, maybe you're looking to acquire something yourself. Simply respond to a member's offer, and you just might get it. After that, it's up to the giver to decide who receives the gift and to set up a pickup time for passing on the treasure.



If your local group is signed up for the Freecycle Finder, enter the name of something you are looking for and your location (zip code) below and click on the button. (**More info**)

Search:
[         ]

Enter your location:
[         ]

[Find it!]

**Freecycle Newswire**

**Independent Online Edition > This Britain**

**A bridge between neighbors**

**Olympia, Washington: Pass plastic pots to nurseries, groups**

**Texas/California: Cotton helps kids helping kids with cancer**

**Waterloo/ Cedar-Falls, IO: Earth Day Free-4-All**

**Just the ticket | IndyStar.com**



**What information is on this website**

**Frequently Asked**

3,525 Communities have Freecycle™ groups! Others are coming soon! If you want to start one, visit our **Start-A-Group** page.

If you know of one that isn't listed, let **us** know.



**Watch** a short animation about Freecycle™

`1 3 0 7 1 5 2 0`

© 2003-2006, The Freecycle Network™. All rights reserved.

Our main rule: Everything posted must be free, legal, and appropriate for all ages.

Non-profit organizations also benefit from The Freecycle Network. Post the item or items you want to give away and specify that you wish the gift to go to a nonprofit cause. It's entirely your choice! It's a free cycle of giving.

### Who can use The Freecycle Network?

Think globally, recycle locally. The Freecycle Network is open to all communities and to all individuals who want to participate. Freecycle groups are moderated by local volunteers from across the globe who facilitate each local group - grassroots at its best!

**Questions** - These are accumulated answers to questions, advice and general etiquette that you should read before joining the list.

**Start A Freecycle™ Group** - If you are interested in starting a Freecycle™ group in your area, this page will help you find out how we can help you.