IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | No. C 06-00324 CW |
| Plaintiff/Counterclaim-Defendant, | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S AMENDED MOTION TO SEAL |
| v. | |
| THE FREECYCLE NETWORK, INC., an Arizona corporation, | |
| Defendant/Counterclaimant. | [DOCKET NO. 119] |

On September 6, 2007, Defendant and Counterclaimant the Freecycle Network filed a motion to file multiple exhibits to the declarations of Lisa Kobialka and Deron Beal under seal. Defendant filed a declaration in support of the motion stating only that the documents "contain information that The Freecycle Network and/or Plaintiff FreecycleSunnyvale consider to be confidential, proprietary, and/or trade secret information." Kobialka Declaration at 2. The Court denied the motion without prejudice and instructed Defendant to file an amended motion to seal and further declarations in support of the motion. Defendant has now done so.

Defendant seeks to file under seal two categories of

materials, emails posted on Defendant's modsquad message boards and documents created by Defendant's trademark team.  Defendant states that the modsquad message boards "are official forums" that "provide[] a private forum for moderators to discuss group challenges, vote on issues, debate community standards, and to share questions and experiences."  Beal Declaration ¶ 2.  However, Beal notes that approximately 2600 volunteer moderators belong to the group.  Further, there is no evidence that these volunteers are instructed to keep the communications from the group private.  Therefore, the Court DENIES Defendant's motion to file under seal exhibits 1, 3-5, 9-14, 16, 18-20, 26, 28-31, 33-39, 47, 50, 54, 56, 58, 59, 61, 66-69, 71, 72, 74, 76-87, 90-94, 97-101, 103 and 105-109 to the Declaration of Lisa Kobialka and exhibits 8-11, 13, 15, 16, 20 and 23-41 to the declaration of Deron Beal.  Defendant shall file these exhibits in the public record.

The remaining documents that Defendants seek to file under seal are lists of groups it has identified as failing to comply with its policies.  Beal declares that these lists are Defendant's confidential information.  The Court GRANTS Defendant's motion to file under seal exhibits 88 and 89 to the Kobilaka Declaration and exhibits 42 and 43 to the Beal Declaration.  Defendant shall resubmit one copy of these documents to be filed under seal.

IT IS SO ORDERED.

Dated: 9/21/07

_____
CLAUDIA WILKEN
United States District Judge

2