# EXHIBIT 9

Gmail - [freecyclemodsquad] ADMIN: Freecycle(TM) Recycles Its Best From Deron & The Rest       Page 1 of 4



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] ADMIN: Freecycle(TM) Recycles Its Best From Deron & The Rest

2 messages

**Beverly <BevCan23@gmail.com>**                                            Wed, Jan 31, 2007 at 11:00 AM
To: freecyclemodsquad@yahoogroups.com

Thanks to Gita from Orlando, FL for the following letter to new mods.

---

Greetings fellow mods,

I come bearing friendly reminders and humble requests. :)

We have a whole lot of Freecycle groups, and sometimes a single group has a few moderators. That means we have a whole lot of moderators, with new ones joining us all the time.

To those of you who are new to YahooGroups or just to a group that generates so much mail, welcome... here's your first tip, which you may not yet have realised:

Our message archive is an invaluable resource. It is also a BLEEPIN' BLEEP BLEEP BLEEP to search. That is simply the reality of YahooGroups.

This means that sometimes you will want to be good and avoid bringing up something that has been discussed before. You will painstakingly think of the keywords most likely to make your search of the archive fruitful. And you will, with hope in your heart, enter those keywords and click on Search.

And you will age. As you wait and wonder, you will age.

And sometimes, you will think, y'know what, it's just not worth it, let me just ask them. And that's OK! We are a resource for the old and the new alike. Some of us oldbies can get snippy sometimes, but please ignore us.

OK the next thing is this: except for the three basic rules of FREE, LEGAL, and APPROPRIATE, just about everything is left up to individual groups to decide. Even when it comes to F, L, and A, only F is really obvious. L can change depending on where you live, and A is definitely highly subjective and open to interpretation.

THAT is one of the great things about Freecycle! Empower your members as we have been empowered to make certain decisions at the local level. Create polls and put your finger on the pulse of your group, or, when you're not comfortable with that, just go with your gut. What's the worst that can happen? You mess up and realise you were wrong? That's okay too, just change your mind, apologise if that's what's needed, and move on. We are not supposed to be infallible!

In most cases "Is this allowed?" type posts will get you nearly as many opinions as there are moderators. This type of question begs a concrete answer, and encourages people to provide an opinion *disguised* as one. This leads sometimes to respectful discussion, frequently to heated debate and moderator intervention. How can this

Recent Activity

                                                    3
New Members
Visit Your Group
SPONSORED LINKS

- Environment issue

Share Ideas

Publish your own

blog with Yahoo

Web Hosting.

Y! Toolbar

Get it Free!

easy 1-click access

to your groups.

Yahoo! Groups

Start a group

in 3 easy steps.

Connect with others.

Confidential

FN 079059

be minimized? By rephrasing the question: "Would YOU allow this?" You're asking the same thing, getting the same opinions, without encouraging people to give in to the temptation of stating opinion as fact.

Now, if you really want to know whether something is allowed by The Freecycle Network, check the FAQs on the freecycle.org web site:

http://www.freecycle.org/faq.php
http://www.freecycle.org/faq_mod.php
http://www.freecycle.org/faq_tm.php (Mod Manual)

If it ain't there in black (or green) and white, you can't be held responsible for it. If people don't like your interpretation of what isn't set in stone, well, that's just an incentive for us to make the verbiage in the moderator's guidelines more clear!

So, to recap:

- Asking questions, new and old, is OK. Those of us who don't want to read/answer them can hit our delete key.

- Avoid falling into the trap of advocating that *your* approach be used by every group in The Freecycle Network. We have the right to moderate ourgroups as we deem appropriate, just as you do!

- Some mods advocate a more "hands-off" approach, some a more "hands-on." Every time your question involves the safety and well-being of your members, you're asking for trouble. Wear your flame-retardant suit and be ready to hear that we are group moderators, not parents or police.

- Before posting an exasperated message to the squad, ask yourself if you are helping or just expressing your irritation. If it's the latter, when the opinions expressed here make you shake your head in disbelief, just umm.. eat a cookie or play with your kids or replay the last moment in your life that brought tears of joy or gratitude to your eyes, brought a smile to your lips, elicited a chuckle. Too hokey for ya? Fine, stick with the cookie, then! ;)

This is longer than I intended, sorry. Hope there's something useful in it for ya, and thanks for reading.

Regards,
Gita, Orlando FL US


__.__.___
Messages in this topic (1) Reply (via web post) | Start a new topic
Messages
Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:          newswire@freecycle.org
Submit to the TFN newsletter:  updates@freecycle.org
Contact your GOA:    http://www.freecycle.org/manual/goa_list.htm
Mod Manual:          http://www.freecycle.org/manual/index_manual.htm

Modsquad Moderators
Ann/Tuppete, Beverly/bevcan23, and Janet/gj_mod
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their

Confidential

FN 079060

services. Please give us an idea of your skills and how you'd like to help.

---

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

---

**YAHOO! GROUPS**

Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

---

**ReBecca <abcasl@cox.net>**　　　　　　　　　　　　　　　　　　　　　　　　Wed, Jan 31, 2007 at 11:36 AM
To: Beverly <BevCan23@gmail.com>, freecyclemodsquad@yahoogroups.com

Thank you for the long, but well thought out message. One thing I caught from this message:
To everyone here, I must apologize for being so upset a while back and taking it out here. Please forgive. I know I sort of had a question in my rant, but my frustration got the better of me and overtook my hands as I typed. So please forgive me for my outburst!

Sincerely,

ReBecca

Before you insult someone, walk a mile in their shoes. That way, when they get mad, you're a mile away and you have their shoes.

www.caringbridge.org/visit/craigbennett for a bit of compassion

www.bookcrossing.com/friend/aslrebecca
<http://bookcrossing.com/friend/aslrebecca> for a bit of light reading

---

From: freecyclemodsquad@yahoogroups.com
[mailto:freecyclemodsquad@yahoogroups.com] On Behalf Of Beverly
Sent: Wednesday, January 31, 2007 1:00 PM
To: freecyclemodsquad@yahoogroups.com
Subject: [freecyclemodsquad] ADMIN: Freecycle(TM) Recycles Its Best From Deron & The Rest

Thanks to Gita from Orlando, FL for the following letter to new mods.

---

Greetings fellow mods,
- Asking questions, new and old, is OK. Those of us who don't want to read/answer them can hit our delete key.

- Avoid falling into the trap of advocating that *your* approach be used by every group in The Freecycle Network. We have the right to moderate ourgroups as we deem appropriate, just as you do!

- Some mods advocate a more "hands-off" approach, some a more "hands-on." Every time your question involves the safety and well-being of your members, you're asking for trouble. Wear your flame-retardant suit and be ready to hear that we are group

Recent Activity
　　　　　　　　3
New Members
Visit Your Group
SPONSORED LINKS

- Environment issue

Market Online

Drive traffic to

your web site with

Sponsored Search.

Y! Toolbar

Get it Free!

easy 1-click access

to your groups.

Yahoo! Groups

Start a group

in 3 easy steps.

Connect with others.

Confidential

FN 079061

moderators, not parents or police.

- Before posting an exasperated message to the squad, ask yourself if you are helping or just expressing your irritation. If it's the latter, when the opinions expressed here make you shake your head in disbelief, just umm.. eat a cookie or play with your kids or replay the last moment in your life that brought tears of joy or gratitude to your eyes, brought a smile to your lips, elicited a chuckle. Too hokey for ya? Fine, stick with the cookie, then! ;)

[Non-text portions of this message have been removed]

---

Messages in this topic (2) Reply (via web post) | Start a new topic
Messages
Please remember to trim your posts when responding to messages posted on the site.  Thank You.

Report news articles:          newswire@freecycle.org
Submit to the TFN newsletter:      updates@freecycle.org
Contact your GOA:    http://www.freecycle.org/manual/goa_list.htm
Mod Manual:       http://www.freecycle.org/manual/index_manual.htm

Modsquad Moderators
Ann/Tuppete, Beverly/bevcan23, and Janet/gj_mod
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services.  Please give us an idea of your skills and how you'd like to help.

---

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

---

**YAHOO! GROUPS**
Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

---

Confidential

FN 079062