# EXHIBIT 13

Case 4:06-cv-00324-CW   Document 126-6   Filed 09/26/2007   Page 2 of 5

Gmail - [freecyclemodsquad] Re: Rogue moderators in wisconsin? TRAVEL QUEEN        Page 1 of 4



Irene Johnson <majortennisbum@gmail.com>

## [freecyclemodsquad] Re: Rogue moderators in wisconsin? TRAVEL QUEEN

1 message

somedayhomefree <somedayhomefree@yahoo.com>　　　　　　　　　　　Thu, Mar 24, 2005 at 6:02 PM
To: freecyclemodsquad@yahoogroups.com

Yes, anyone who has her as a mod of their group, or as a member needs
to be warned about her, if not remove her period.

She started an argument over the weekend when I wasnt checking the
board as frequently that had the entire group upset, who knows what
she said in private to anyone else but what she able to post publicly
was way innapropriate, as well as the beer offer, and the for sale
item etc etc.

You know its funny because I actually thought at the time that maybe
she was trying to sabotage my group, but that maybe I was just being
paranoid. LOL


--- In freecyclemodsquad@yahoogroups.com, "rscowtown1"
<cowgroups@c...> wrote:
>
> I believe this may be a new moderator of another group or
> groups in Wisconsin, someone who knows full well the rules
> and regs or should as a moderator. Yes, I'm referring to the
> person with the id travel queen.
> Dorothy knows what I'm referring to. Remember my post about
> Wisconsin needing help?
> If a person causes so much trouble as a moderator can't they
> lose their moderator status?
> Its not fair to have to put up with this kind of junk over and over
> and over.
> Dorothy or Deron, can't you do something about this? I left one
> group cuz of all the crap going on and it stemmed with this
> person. I really don't wanna read about her here too.
> Laurel
> Calumet County, Wis.
>
>
> --- In freecyclemodsquad@yahoogroups.com, "Janet"
> <skeebo56@y...> wrote:
> >
> > I understood she was asking what group when she said "what
> is the question".... but
> > she sounds pretty young, with a bit of an attitude! lol ... I would
> "gently remind" her by
> > sending her a (another) copy of the rules, specify it's your
> group, then stick her back on
> > moderation.

*Confidential*

Case 4:06-cv-00324-CW    Document 126-6    Filed 09/26/2007    Page 3 of 5

Gmail - [freecyclemodsquad] Re: Rogue moderators in wisconsin? TRAVEL QUEEN        Page 2 of 4

```
> >
> > Then I wouldn't communicate with her any more.  It serves no
> purpose once you've clearly
> > made your point.
> >
> > Janet in NC
> >
> >
> > --- In freecyclemodsquad@yahoogroups.com,
> "somedayhomefree"
> > <somedayhomefree@y...> wrote:
> > >
> > > Geez, any advice is welcome as this woman just doesnt
> seem to get what
> > > im saying to her, she was taken off moderation and then
> suddenly went
> > > wild, almost as if she was just waiting until the day i took her
> off
> > > to start posting anything & everything against the rules... Im
> > > frustrated! - the following is all of our conversations the last
> 24
> > > hours. Best to start from the bottom and read up:
> > >
> > >
> > >
> > >
> > > From:Somedayhomefree:
> > >
> > > This is against ALL FREECYCLE GROUPS! If any group is
> allowing this,
> > > it is in violation of rules. This should NOT be offered on any
> > > freecycle group. PERIOD.
> > >
> > >
> > > --- Travel Queen <travelqueen821@g...> wrote:
> > > > is it FREECYCLE Janesville, Rockford, Mc Henry,
> > > > Beloit, Walworth
> > > > County?? that's what I meant -- and yes I made a
> > > > mistake and NO I
> > > > didnt know I could remove my own post -- and yes I
> > > > posted the beer for
> > > > sale and you're the only one who told me it's not
> > > > allowed that's why I
> > > > am asking what FREECYCLE GROUP are you from so I
> > > > KNOWWWWWWW who you are
> > > > and what group this is a problem for
> > > > Thank you
> > > >
> > > >
> > > > On Thu, 24 Mar 2005 06:54:04 -0800 (PST),
> > > > SomeDayHomeFree
> > > > <somedayhomefree@y...> wrote:
> > > > > I do not understand what you mean by your reply.
> > > > > You
> > > > > posted that beer was promised. You offered it on
> > > > > our
> > > > > Freecycle group, which is not appropriate. I
> > > > > deleted
> > > > > both messages. Please do not offer anything like
```

Confidential

Case 4:06-cv-00324-CW   Document 126-6   Filed 09/26/2007   Page 4 of 5

Gmail - [freecyclemodsquad] Re: Rogue moderators in wisconsin? TRAVEL QUEEN     Page 3 of 4

```
> > > > this
> > > > > again.
> > > > >
> > > > > Then you responded which group am I talking about
> > > > and
> > > > > I sent you a return e-mail telling you it was
> > > > > freecycle. Your response to me was what was my
> > > > > question??? In answer to that I have no questions
> > > > for
> > > > > you. I just wanted to kindly remind you of our
> > > > rules.
> > > > >
> > > > > You also sent a message of a for sale item and
> > > > then
> > > > > another post about it being an accident. Please
> > > > > remember selling is not allowed here, and if you
> > > > make
> > > > > any mistake you can simply delete your post to
> > > > avoid
> > > > > any problems, instead of posting another to state
> > > > it
> > > > > was a mistake. You can do this by opening your
> > > > post
> > > > > and at the top it has the delete link.
> > > > >
> > > > > Thank you,
> > > > > Freecycle Mod.
> > > > >
> > > > >
> > > > > --- Travel Queen <travelqueen821@g...> wrote:
> > > > > > I KNOW It's FREECYCLE FREECYCLE
> WHEREEEEEEEE is
> > > > the
> > > > > question??
> > > > > >
> > > > > >
> > > > > > On Thu, 24 Mar 2005 01:15:53 -0800 (PST),
> > > > > > SomeDayHomeFree
> > > > > > <somedayhomefree@y...> wrote:
> > > > > > > Freecycle
> > > > > > >
> > > > > > >
> > > > > > > --- Travel Queen <travelqueen821@g...>
> > > > wrote:
> > > > > > > > can you tell me what group this is from
> > > > please??
> > > > > > I
> > > > > > > > posted this to
> > > > > > > > several groups
> > > > > > > >
> > > > > > > >
> > > > > > > > On Thu, 24 Mar 2005 09:08:46 -0000,
> > > > > > somedayhomefree
> > > > > > > > <somedayhomefree@y...> wrote:
> > > > > > > >
> > > > > > > > > ANYTHING that is not appropriate for
> > > > minors is
> > > > > > not
> > > > > > > > > acceptable to be
```

Confidential

Case 4:06-cv-00324-CW    Document 126-6    Filed 09/26/2007    Page 5 of 5

Gmail - [freecyclemodsquad] Re: Rogue moderators in wisconsin? TRAVEL QUEEN    Page 4 of 4

```
> > > > > > > > posted. No alcohol, medications, guns etc
> > > > etc
> > > > > >
> > > > > > > > >RE:
> > > > > > > > > Beer has been promised will repost if
> > > > not
> > > > > > picked
> > > > > > > > up
```

---------------------- Yahoo! Groups Sponsor ---------------------~-->
Take a look at donorschoose.org, an excellent charitable web site for
anyone who cares about public education!
http://us.click.yahoo.com/O.5XsA/8WnJAA/E2hLAA/rcTolB/TM
---------------------------------------------------------------~->

Report news articles:    newswire@freecycle.org
Contact your GOA:        http://www.freecycle.org/faq_mod.php#help
Contact ModSquad Mods:   freecyclemodsquad-owner@yahoogroups.com

---
Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
---

Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

Confidential

FN 077565