# EXHIBIT 26

Gmail - [freecyclemodsquad] SPECIAL NOTICE: A Guide to Modsquad Resources        Page 1 of 3



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] SPECIAL NOTICE: A Guide to Modsquad Resources

2 messages

**Deb Sawyers <debsawyers@yahoo.com>**                Mon, Oct 31, 2005 at 7:47 PM
To: freecyclemodsquad@yahoogroups.com

While we're sharing the awesome new resources at Freecycle.org, we'd
also like to thank Kat (da_sweet_kat) for volunteering earlier this
fall to help us reorganize the modsquad files. She's been working
long hours to put everything in it's place and create a guide for you
to make use of it.

We hope this guide will be another great resource for Freecycle Moderators.

Part 1. The File Section
http://groups.yahoo.com/group/freecyclemodsquad/files

A. Admins - A Large Collection of Sample Admin Letters and Notices
   1. Admins (dealing with posts) Samples of Admins that deal with
      posts - how to, what to include, crossposting letters, and more!
   2. Admins - Challenges, Encourage Samples of Challenges and Admins
      to encourage member postings.
   3. Admins - Rejections n Delete Sample Letters and Forms to use for
      Rejected or Deleted Posts.
   4. Admins - Rules, Safety, More Letters beside rejections: rules,
      safety, what FC is, mod recruit letters and more!

B. Computer Conundrums - Perplexing Problems and Solutions

C. Deron Beal Admins - Collection of Rules & Advice by our
   Freecycle™ Founder, Deron Beal

D. Graphics - Put all graphic related stuff here.

E. How Do I? - Files With Info Answering How Do I Questions
   1. Change Group Settings? How to Set Filters, Add Ersatzfriend,
      Add FC Logo and more.
   2. Have a Free4All, EcoFair Tips for Holding an Event
   3. How Do I Deal With? Things that Mods Must Deal With
   4. Interviews Tips for Handling Media or Interviews
   5. Treasure Box Start a Treasure Box

F. Important FC Information - Trademark Info, Freecycle Contact
   Info, Acronyms, and More

G. ModSquad Admin - Admins meant for ModSquad Moderators

H. Promotional Materials - Business cards, brochures, flyers,
   handouts, press releases and some great miscellaneous stuff

Part 2. The Database Section
http://groups.yahoo.com/group/freecyclemodsquad/database

A. Regional, State, and County Mod Groups - Listing of all U.S.
   State, and other regional moderator groups. (the modsquads)

B. How To (Group Functions) - Instructions on how to do things
   relating to managing your group.

C. Deron's Responses - Answers to lots of things.

D. Good Advice from Mods - Relating to ModSquad and FC in general
   - Advice about ModSquad posts and Freecycle in general.

*Confidential*

http://mail.google.com/mail/?ik=555d9fcaa6&view=pt&th=10749cec35b6aee8&searc        FN 077268

E. Municipalities YES - List of local groups where local municipalities have a link to you.

F. How To: (individual settings and misc) - Instructions on how to do things (individual account settings, misc FC questions, ModSquad questions)

G. Great Advice from Mods - Group Related - Advice from Mods related to dealing with your group!

Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:           newswire@freecycle.org
Submit to the FC mods newsletter:   deb@freecycle.org
Contact your GOA:               http://freecycle.org/faq_mod.php

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

---

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

---

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**CaveGirl <caveguru@yahoo.com>**
To: freecyclemodsquad@yahoogroups.com                              Mon, Oct 31, 2005 at 8:06 PM

Excellent!

If she comes up with anything else that needs to be added to the online Mod Manual, have her drop me a line. I can't access Yahoo files during the day so that was a driving force behind establishing the mod manual in an online format... I'd love to add anything additional that can be used on a regular basis.

Thanks!

Karen
Colorado State Mod Squad                                           Confidential

http://mail.google.com/mail/?ik=555d9fcaa6&view=pt&th=10749cec35b6aee8&search    FN 077269

IMods Project Team
[Quoted text hidden]

Start your day with Yahoo! - Make it your home page!
http://www.yahoo.com/r/hs

Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:              newswire@freecycle.org
Submit to the FC mods newsletter:  deb@freecycle.org
Contact your GOA:                  http://freecycle.org/faq_mod.php

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

---

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

---

Yahoo! Groups Links

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential