# EXHIBIT 32

Gmail - [freecyclemodsquad] Rogue group                                    Page 1 of 5



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] Rogue group
5 messages

**percysgirl1000 <cnc1000@aol.com>**                                Sun, Aug 7, 2005 at 4:00 PM
To: freecyclemodsquad@yahoogroups.com

I have something that was just brought to my attention, and I need some help with this.

A member of my group, just started what I consider a rogue group. They are using Freecyle in the name, and are saying it was created because they did not see a group for this are. Not so, because they are a member of my group, and the only way they are skirting the issue is using the name of the county, rather than the city name, as ours is.

This is definitely an overlap. I was trying to find out what to do, on Freecycle(TM).org, and the info I got was that this person must ask my permission to create another group, when it will overlap. Now, I was under the impression that there was to be no overlapping, but I could be wrong about this, or it could have changed. Also, this group is not listed in Org., but there really hasn't been time to get listed, as it has just been created, and it probably won't be listed, because they do not have my permission. What I want to know is will Org. shut them down for being rogue, and using the Freecycle(TM) name?

Anyway, another mod kindly let me know about it.

I am not certain whether to contact this person, or if there is another route I need to follow. I understand they are spamming local groups, to recruit other members.

Any information would be greatly appreciated.

Thanks!
Christine, SalisburyNCFreecycle(TM)


Report news articles:     newswire@freecycle.org
Contact your GOA:         http://freecycle.org/faq_mod.php
Contact ModSquad Mods:    freecyclemodsquad-owner@yahoogroups.com

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.


United states          Recycling           Helpful hints

Activism               Issues              Ideas

Confidential

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Barry <myfreecycle@charter.net>**
To: freecyclemodsquad@yahoogroups.com

Sun, Aug 7, 2005 at 4:03 PM

Contact your GOA right away. The address is (your state name)@ freecycle.org (remove the space). Let them know everything you know.

That is something that needs to be addressed right away.

Barry

"Do not go where the path may lead. Go instead where there is no path and leave a trail." - Ralph Waldo Emerson

[Non-text portions of this message have been removed]

Report news articles:       newswire@freecycle.org
Contact your GOA:           http://freecycle.org/faq_mod.php
Contact ModSquad Mods:      freecyclemodsquad-owner@yahoogroups.com

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

---

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Debra Sawyers <debsawyers@yahoo.com>**
To: freecyclemodsquad@yahoogroups.com

Sun, Aug 7, 2005 at 4:06 PM

> This is definitely an overlap. I was trying to find
> out what to do, on
> Freecycle(TM).org, and the info I got was that this

Confidential

```
> person must
> ask my permission to create another group, when it
> will overlap.

If they've submitted a request to be an official
Freecycle group listed on the .org, your state new
group approver will receive the request, will reject
it because of the obvious overlap and it will be
followed by our database staff.

Feel free to forward the info to your State NGA. If
they haven't applied, the NGA will make sure the info
is properly recorded for followup.

You can find your approver by checking the list at
freecycle.org

http://www.freecycle.org/approvers.php

I personally would not contact the moderator of the
other group and let the NGA take the official route
with it.

Deb


Lancaster PA Freecycle Group Owner
Pennsylvania New Group Approver
```

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

```
Report news articles:      newswire@freecycle.org
Contact your GOA:          http://freecycle.org/faq_mod.php
Contact ModSquad Mods:     freecyclemodsquad-owner@yahoogroups.com
```

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

SPONSORED LINKS

| United states | Recycling | Helpful hints |
| Activism | Issues | Ideas |

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential

http://mail.google.com/mail/?ik=555d9fcaa6&view=pt&th=10593bfbe34abe33&sea    FN 077496

**Eric Barry <eric@ashmont.net>**  Sun, Aug 7, 2005 at 4:13 PM
To: percysgirl1000 <cnc1000@aol.com>
Cc: freecyclemodsquad@yahoogroups.com

```
Hi!

There are a number of different paths you can take here, but the most
bestest one would be this:

Contact your local GOA.  Your Group Outreach and Assistance person is the
only person qualified to handle this sort of situation.  In most cases,
the GOA will then talk to the New Group Approver (NGA) for the state and
see if there is a pending group application.

This is rather important because if they submitted an application, they
are technically not a rogue group.  Two things that are important about
your particular situation are:   1. It is for a county. (you are correct,
groups for counties are frowned upon)  2. Your group already exists!!!
The NGA should contact you for permission anyway (should it get to that)
but never fear, the group should not be approved.

Anyway - if there is a pending app, and it is rejected, the group owners
are expicitly told to remove all FC related material from their site.
This is enforced by the GOA at some point in the future - but it is
entirely possible that a follow-up is not done.  This may require a second
follow-up to the GOA in a couple months.  If there is no pending app, then
the GOA should contact the group owner to get the FC stuff taken down.
This also could take a couple weeks/months to get complete compliance.
Some group owners may not be as...responsive as others, and going to
Yahoo! for each non-compliance is rather tedious.  Plus, one has to be
completely sure of the intentions and the history before approaching
Yahoo! with a shut-down request.

Anyway, I hope this helps!

Eric

[Quoted text hidden]
> Yahoo! Groups Links
>
>
>
>
>
>
>


Report news articles:       newswire@freecycle.org
Contact your GOA:           http://freecycle.org/faq_mod.php
Contact ModSquad Mods:      freecyclemodsquad-owner@yahoogroups.com


Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
```

SPONSORED LINKS

United states        Recycling           Helpful hints

Confidential

FN 077497

http://mail.google.com/mail/?ik=555d9fcaa6&view=pt&th=10593bfbe34abe33&sear

Activism          Issues          Ideas

---

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

cnc1000@aol.com <cnc1000@aol.com>                              Sun, Aug 7, 2005 at 6:40 PM
To: freecyclemodsquad@yahoogroups.com

In a message dated 08/07/05 8:26:08 PM, freecyclemodsquad@yahoogroups.com writes:

<<
I personally would not contact the moderator of the
other group and let the NGA take the official route
with it.

Deb
>>

I didn't have to do a thing, Deb. They are already gone! :) Thanks for the
input. I won't contact this person, unless they try to post a link on my group.
Christine


Report news articles:      newswire@freecycle.org
Contact your GOA:          http://freecycle.org/faq_mod.php
Contact ModSquad Mods:     freecyclemodsquad-owner@yahoogroups.com

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

---

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential