# EXHIBIT 34

Gmail - [freecyclemodsquad] Yahoo and rogues (was: Re: A Rouge group in the area....)     Page 1 of 4



Irene Johnson <majortennisbum@gmail.com>

## [freecyclemodsquad] Yahoo and rogues (was: Re: A Rouge group in the area....)
1 message

emily <emilyfreecycle@gmail.com>                                    Mon, Aug 8, 2005 at 1:13 PM
Reply-To: emilyfreecycle@gmail.com
To: freecyclemodsquad@yahoogroups.com

```
We work very hard to approach these situations
carefully. If you're aware of a rogue in your area,
please do send it to your GOA at your statename (all
written out) @ freecycle.org (squished, of course).

The GOA will report it to back office folks, who try
to work with the group to take care of it. If we're
not fruitful, we just report it to Yahoo as copyright
infringement, which is a violation of Yahoo's terms of
service. What Yahoo does from then on is their own
business. Their response has ranged from asking the
owner to change the name of the group, to taking the
group down. Please note that we do not take groups
down, nor do we ask Yahoo to do so.

Since mods of other groups are not authorized by the
copyright holder to file a complaint, there really
isn't anything for other mods to do but send it on to
their GOAs, but we sure do appreciate their doing so
and we do our best to deal with it quickly.

Thanks!
-emily
Freecycle TM Agent
Mod, FreecycleAmherst (MA)


--- In freecyclemodsquad@yahoogroups.com,
"DrPepperOkie" <drpepperokie@g...> wrote:
> > Exactly how does Yahoo get rid of rogue groups?
> >
> > If we see one, is there a certain email address
> that the GOA or us,
> that the information is sent too?
> >
> > I thought customer service or help at Yahoo didn't
> exist LOL!
> >
> >
> > Samantha
> >     ----- Original Message -----
> >     From: Heather Dudley
> >     To: Robin Rasnake
> >     Cc: freecyclemodsquad@yahoogroups.com
> >     Sent: Monday, August 08, 2005 1:19 PM
> >     Subject: Re: [freecyclemodsquad] A Rouge group
> in the area....
> >
> >
> >     I believe you mean rogue group. ;) As for
> handling it, let the GOA
> >     handle it officially. You've done your job by
> reporting it.
> They're
> >     quite experienced at handling rogues, and have
> the weight of
> Freecycle
> >     behind them.
> >
```

Confidential

```
> >    On 8/8/05, Robin Rasnake <robinrasnake@y...>
> wrote:
> >    > I have a rouge group in my area. The lady that
> has set it up
> has even
> >    > had a group deleted in the last sweep of rouge
> groups by yahoo.
> She
> >    > doesn't understand that these groups are
> copyrighted by the
> (TM) and
> >    > even uses the (TM) in her group. She set this
> group up because
> I would
> >    > not allow her to post 20 different needed
> desperately posts in
> the
> >    > same day on my group. She still though thinks
> that anyone can
> use the
> >    > (TM) as long as they mark the name.
> >    > I am needing a letter to put up stating that
> the groups are
> (TM) and
> >    > she is violating that trademark by having the
> group up. Also,
> yes she
> >    > has been reported to the GOA for being a rouge
> group too.
> >    > Thanks
> >    > Robin Rasnake
> >    > Freecycle_Hickory
> >    >
> >    >
> >    > Rouge group:
> >    >
> http://groups.yahoo.com/group/hickoryfreecycle2
> >    >
> >    >
> >    >
> >    >
> >    > Report news articles:         newswire@f...
> >    > Contact your GOA:
> >    > http://freecycle.org/faq_mod.php
> >    > Contact ModSquad Mods:
> >    > freecyclemodsquad-owner@yahoogroups.com
> >    >
> >    >
> >
> >    > Freecycle and the Freecycle logo are
> trademarks of
> >    > The Freecycle Network in the United States
> and/or
> >    > other countries.
> >    >
> >
> >    >
> >    >
> >    >
> >    >
> >    >
> >    > YAHOO! GROUPS LINKS
> >    >
> >    >  Visit your group "freecyclemodsquad" on the
> web.
> >    >
> >    >  To unsubscribe from this group, send an email
> to:
> >    >  freecyclemodsquad-unsubscribe@yahoogroups.com
> >    >
> >    >  Your use of Yahoo! Groups is subject to the
> Yahoo! Terms of
> Service.
> >    >  To unsubscribe from this group, send an email
> to:
```

Confidential