# EXHIBIT 35

Dockets.Justia.com

Gmail - [freecyclemodsquad] Archery Equipment

Page 1 of 9



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] Archery Equipment
10 messages

---

**Charmaine Jensen <charmainejensen@sympatico.ca>**　　　　**Mon, May 30, 2005 at 7:20 PM**
To: freecyclemodsquadcanada@yahoogroups.com, freecyclemodsquad@yahoogroups.com

Good Evening Mods,

Are any mods in this group familiar with Archery as a sport and with Archery Clubs... if you are, then you are familiar with Archery Bow and Arrows....

Well I personally have no problem with them and in fact I went on to the University of Toronto Archery Club website and it indicates that it is a highly and well known respected sport by many all the way up to the OLYMPICS

and in fact I even checked the Canadian Code of Law and no where in there does it indicate that Archery Bow and Arrows are against the law.

On my group this afternoon a member offered up a ARCHERY BOW/ARROW , then around 5:30 pm , I was asked to remove this BOW/ARROW by my GOA, as she viewed it as a WEAPON - tons of members email me privately expressing upset at this ~ as they did not view it as such and neither did I ~ as in fact years ago - I use to go to an Archery Club myself -

Well I chatted with another Mod online this evening whom also expressed to me that they permit such postings of Archery Equipment in their group ~ so do other MODS permit same in my group.

I posted some info of links of Archery in my group and also a link to the Canada Code of Law to prove that Archery Bow/Arrow is not against the law in Canada and also expressed to my members in an Admin message that I personally have no problems with this being posted according to my research -

What are other MODS feelings?

Charmaine
Freecycle Toronto Mod/Owner

Toronto Freecycle Cafe


[Non-text portions of this message have been removed]



------------------------ Yahoo! Groups Sponsor --------------------~-->
Dying to be thin?
Anorexia. Narrated by Julianne Moore .
http://us.click.yahoo.com/FLQ_sC/gsnJAA/E2hLAA/rcTolB/TM
--------------------------------------------------------------------~->

Report news articles:　　newswire@freecycle.org
Contact your GOA:　　　http://freecycle.org/faq_mod.php
Contact ModSquad Mods:　freecyclemodsquad-owner@yahoogroups.com

Confidential

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

---

**Karla <moonfairy41@comcast.net>**                               Mon, May 30, 2005 at 8:10 PM
To: freecyclemodsquad@yahoogroups.com

Freecycle says no firearms! Archery is not considered a firearm..That would
be a gun;o) I too would allow this kind of post.
No offense to your GOA, but they are there to help and not supposed to tell
us what we can or cannot do. The list is yours, and as long as you remain
within frrecycle guidelines I don't see what the problem is.

I know Canadian laws differ from ours here in the statess when it comes to
weapons so of course you have to go by the laws as well. So if it isn't
against the law to give away or sell these kinds of item's then I would
allow it.

Karla
Mod for
Pierce County Washington Freecycle(TM)
[Quoted text hidden]

What would our lives be like without music, dance, and theater?
Donate or volunteer in the arts today at Network for Good!
http://us.click.yahoo.com/MCfFmA/SOnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**Nancy Castleman <nancy@freecycle.org>**                          Mon, May 30, 2005 at 8:44 PM
To: freecyclemodsquad@yahoogroups.com

We have discussed this before, Charmaine and y'all. We must err on the
side of caution with anything that can so be clearly seen as a weapon.
For further information on this, I recommend a search of the database
of Deron's responses.

Nancy HudsonValleyFreecycle / ModSquad Co-Mod

--- In freecyclemodsquad@yahoogroups.com, "Charmaine Jensen"                    Confidential
<charmainejensen@s...> wrote:  Are any mods in this group familiar

with Archery as a sport and with Archery Clubs... if you are, then
you are familiar with Archery Bow and Arrows....

------------------------ Yahoo! Groups Sponsor --------------------~-->
Has someone you know been affected by illness or disease?
Network for Good is THE place to support health awareness efforts!
http://us.click.yahoo.com/OCfFmA/UOnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**Nancy Daniels <nancy5@sympatico.ca>**                                    Tue, May 31, 2005 at 7:10 AM
To: ModSquad Ontario <ontmodsquad@yahoogroups.com>, ModSquad
<freecyclemodsquad@yahoogroups.com>, freecyclemodsquadcanada@yahoogroups.com

A bow and arrow has been designed for no other purpose than to move a projectile to cause damage.
Whether it is aimed at a piece of paper, a target, an eye or a person. It has one purpose and that is to cause
damage to what ever that target it. It will shred the paper, dig a whole in the target or remove an eye or kill.

A baseball bat can be used as a weapon as well as just about anything. However that is not their original
intent and they also have other uses. As for a yoyo versus a bow and arrow. If I kid were walking down the
street playing with a yoyo what are the chances of it damaging something. Now take that same kid walking
down the street playing with a bow and arrow. Oops broken window.....hit the neighbors cat.....oh that car
alarm went off. Do you think he would be pulled over by the police?!?!?

I see absolutely nothing wrong with erring on the side of caution and offering this item to an archery club
where at least those that are knowledgeable about the weapon can learn to use it.

Nancy Daniels
www.freecycle.org

[Non-text portions of this message have been removed]

------------------------ Yahoo! Groups Sponsor --------------------~-->
In low income neighborhoods, 84% do not own computers.
At Network for Good, help bridge the Digital Divide!
http://us.click.yahoo.com/HO7EnA/3MnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**Barry Wand <bjwand@earthlink.net>**                                      Tue, May 31, 2005 at 7:30 AM
To: freecycle modsquad <freecyclemodsquad@yahoogroups.com>

Nancy

Funny you should mention a Yo-Yo. That item was invented in the
Philippines and was originally designed to be a weapon.

Barry

Confidential

LCPFreecycle moderator

Nancy Daniels wrote:
>
> A bow and arrow has been designed for no other purpose than to move a projectile to cause damage. Whether it is aimed at a piece of paper, a target, an eye or a person. It has one purpose and that is to cause damage to what ever that target it. It will shred the paper, dig a whole in the target or remove an eye or kill.
>
> A baseball bat can be used as a weapon as well as just about anything. However that is not their original intent and they also have other uses. As for a yoyo versus a bow and arrow. If I kid were walking down the street playing with a yoyo what are the chances of it damaging something. Now take that same kid walking down the street playing with a bow and arrow. Oops broken window.....hit the neighbors cat.....oh that car alarm went off. Do you think he would be pulled over by the police?!?!?
>
> I see absolutely nothing wrong with erring on the side of caution and offering this item to an archery club where at least those that are knowledgeable about the weapon can learn to use it.
>
> Nancy Daniels
> www.freecycle.org
>

---------------------- Yahoo! Groups Sponsor ----------------------~-->
Dying to be thin?
Anorexia. Narrated by Julianne Moore.
http://us.click.yahoo.com/FLQ_sC/gsnJAA/E2hLAA/rcToIB/TM
[Quoted text hidden]

---

**Barry Wand <bjwand@earthlink.net>**  
To: freecycle modsquad <freecyclemodsquad@yahoogroups.com>    Tue, May 31, 2005 at 7:30 AM

Nancy

Funny you should mention a Yo-Yo. That item was invented in the Philippines and was originally designed to be a weapon.

Barry
LCPFreecycle moderator

Nancy Daniels wrote:
>
> A bow and arrow has been designed for no other purpose than to move a projectile to cause damage. Whether it is aimed at a piece of paper, a target, an eye or a person. It has one purpose and that is to cause damage to what ever that target it. It will shred the paper, dig a whole in the target or remove an eye or kill.
>
> A baseball bat can be used as a weapon as well as just about anything. However that is not their original intent and they also have other uses. As for a yoyo versus a bow and arrow. If I kid were walking down the street playing with a yoyo what are the chances of it damaging something. Now take that same kid walking down the street playing with a bow and arrow. Oops broken window.....hit the neighbors cat.....oh that car alarm went off. Do you think he would be pulled over by the police?!?!?
>
> I see absolutely nothing wrong with erring on the side of caution and offering this item to an archery club where at least those that are knowledgeable about the weapon can learn to use it.
>
> Nancy Daniels
> www.freecycle.org
>
> [Non-text portions of this message have been removed]

Confidential

```
>
>
> Report news articles:      newswire@freecycle.org
> Contact your GOA:          http://freecycle.org/faq_mod.php
> Contact ModSquad Mods:     freecyclemodsquad-owner@yahoogroups.com
>
> _____
> Freecycle and the Freecycle logo are trademarks of
> The Freecycle Network in the United States and/or
> other countries.
> _____
>
>
> Yahoo! Groups Links
>
>
>
>
```

--
The second mouse gets the cheese.


---------------------- Yahoo! Groups Sponsor ---------------------~-->
What would our lives be like without music, dance, and theater?
Donate or volunteer in the arts today at Network for Good!
http://us.click.yahoo.com/MCfFmA/SOnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**DMichael Burns <dmichaelburns@cox.net>**                    Tue, May 31, 2005 at 7:47 AM
Reply-To: dmichaelburns@cox.net
To: freecyclemodsquad@yahoogroups.com


I can use that same arguement with other things too. Baseball bat, golf
club, tennis racket, etc. are all designed solely for the purpose of
delivery of a projectile from point A to point B.

This was all discussed back on March 21-24 of this year. It was also
discussed September 16-17 last year.

Personally, If the GOA has researched the rules and regs of this group
and the laws for his/her state/province/locality and has determined that
it is against the rules, then you have to abide by it (even if you
disagree with it). To bring it to this forum because you are upset with
the decision by the GOA is the same as a member of your group bringing
it to the board when you have made a "moderator's decision."

As an avid archer that has more 1st place trophys than I care to count
(and my earliest trophy is from when I was 8 years old), I have
disagreements with a lot of the things that I see on here in RE:
archery. So, before I lose control of myself and fall off of my
soapbox, I will just say that that is my 2 cents.

Michael
Moderator - MesaAZ-Freecycle

Confidential

Nancy Daniels wrote:

>
> A bow and arrow has been designed for no other purpose than to move a
> projectile to cause damage. Whether it is aimed at a piece of paper,
> a target, an eye or a person. It has one purpose and that is to cause
> damage to what ever that target it. It will shred the paper, dig a
> whole in the target or remove an eye or kill.
>
> A baseball bat can be used as a weapon as well as just about
> anything. However that is not their original intent and they also
> have other uses. As for a yoyo versus a bow and arrow. If I kid were
> walking down the street playing with a yoyo what are the chances of it
> damaging something. Now take that same kid walking down the street
> playing with a bow and arrow. Oops broken window.....hit the
> neighbors cat.....oh that car alarm went off. Do you think he would
> be pulled over by the police?!?!?
>
> I see absolutely nothing wrong with erring on the side of caution and
> offering this item to an archery club where at least those that are
> knowledgeable about the weapon can learn to use it.
>
>
> Nancy Daniels
> www.freecycle.org
>
>


------------------------ Yahoo! Groups Sponsor --------------------~-->
Ever feel sad or cry for no reason at all?
Depression. Narrated by Kate Hudson.
http://us.click.yahoo.com/LLQ_sC/esnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**kuhlwlf <kuhlwolf@centurytel.net>**                                    Tue, May 31, 2005 at 8:22 AM
To: Charmaine Jensen <charmainejensen@sympatico.ca>, freecyclemodsquadcanada@yahoogroups.com,
freecyclemodsquad@yahoogroups.com

Archery was always one of the more popular sports and activities at summer
camp when I was a child.
My son enjoys archery now.

Archery equipment is not expressly forbidden by the rules so should be
decided locally.
Seems to me the GOA has over-stepped a bit.

Cheryl
MT

At 08:20 PM 5/30/2005, Charmaine Jensen wrote:
>Good Evening Mods,
>
>Are any mods in this group familiar with Archery as a sport and with

Confidential

>Archery Clubs... if you are, then you are familiar with Archery Bow and
>Arrows....
><snip>
>What are other MODS feelings?
>
>Charmaine

[Quoted text hidden]

---

Amy <huhbaby2@yahoo.com>                               Tue, May 31, 2005 at 8:53 AM
To: freecyclemodsquad@yahoogroups.com

What bothers me here is the fact that the GOA is policing
Charmaine's board - I thought they were there to help, if we needed
it, not be our "boss". IMHO, this GOA overstepped her bounds.

This is something that is very easy to mistake as a weapon, but can
also be used for recreational purposes ( thanks to the others who
also mentioned baseball bats, etc - GREAT examples)

Just as we have no control over members selling items they recieve,
we also have no control over how members use the items they recieve -
All the more reason to make sure we have the disclaimer at the
bottom of EVERY message!

Just an FYI - My 7 & 9 year old shoot with their great uncle on a
regular basis - he bought them jr sized sets. HE is an avid deer
hunter, but all the kids are shooting at is a target - for now. In
my area, though, there are JR hunts, where the entry age is 6 or
something like that - so IMHO, if the law allows it, so should we.


--- In freecyclemodsquad@yahoogroups.com, "Charmaine Jensen"
<charmainejensen@s...> wrote:
> Good Evening Mods,
>
> Are any mods in this group familiar with Archery as a sport and
with Archery Clubs... if you are, then you are familiar with
Archery Bow and Arrows....
>
> Well I personally have no problem with them and in fact I went on
to the University of Toronto Archery Club website and it indicates
that it is a highly and well known respected sport by many all the
way up to the OLYMPICS
>
> and in fact I even checked the Canadian Code of Law and no where
in there does it indicate that Archery Bow and Arrows are against
the law.
>
> On my group this afternoon a member offered up a ARCHERY
BOW/ARROW , then around 5:30 pm , I was asked to remove this
BOW/ARROW by my GOA, as she viewed it as a WEAPON - tons of members
email me privately expressing upset at this ~ as they did not view
it as such and neither did I ~ as in fact years ago - I use to go to
an Archery Club myself -
>

Confidential

> Well I chatted with another Mod online this evening whom also expressed to me that they permit such postings of Archery Equipment in their group ~ so do other MODS permit same in my group.
>
> I posted some info of links of Archery in my group and also a link to the Canada Code of Law to prove that Archery Bow/Arrow is not against the law in Canada and also expressed to my members in an Admin message that I personally have no problems with this being posted according to my research -
>
> What are other MODS feelings?
>
> Charmaine
> Freecycle Toronto Mod/Owner
>
> Toronto Freecycle Cafe
>
>
> [Non-text portions of this message have been removed]

[Quoted text hidden]

---

**freecyclederon** <deron@freecycle.org>
To: freecyclemodsquad@yahoogroups.com                         Tue, May 31, 2005 at 9:12 AM

Charmaine,
Thanks for asking. As you can probably guess, we will have to quickly nip this conversation in the bud. As you know, eveyone will have a different opinion as to what are nice sports vs. weapons vs. evil vs. good, etc. So, everyone, please all resist the urge to post on this as we'll just delete further posts.

It doesn't matter what you think of archery or of guns or of Boy Scout knives or pointy-tipped scissors. We are a tiny little nonprofit which simply can't afford the liabilty risk in any of these cases. Round tipped scissors? Maybe...

Help us keep local groups "free, legal & appropriate for all ages." This goes well beyond "legal" and gives the local moderator the mandate to not allow posts of items which may be legal, but not appropriate for a two-year old, or for some teens for that matter, etc.

The Freecycle Network has absolutely no stance on hunting, weapons, porn or pointy-tipped scissors. Just shouldn't risk it on The Freecycle Network.

Thanks for asking...
Deron

--- In freecyclemodsquad@yahoogroups.com, "Charmaine Jensen" <charmainejensen@s...> wrote:
> Good Evening Mods,
>
> Are any mods in this group familiar with Archery as a sport and

**Confidential**

with Archery Clubs... if you are, then you are familiar with
Archery Bow and Arrows....
>

------------------ Yahoo! Groups Sponsor --------------------~-->
In low income neighborhoods, 84% do not own computers.
At Network for Good, help bridge the Digital Divide!
http://us.click.yahoo.com/HO7EnA/3MnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

Confidential