# EXHIBIT 40



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] ADMIN: Volunteering for TFN
1 message

**Stephanie <stephanie@freecycle.org>**  
Reply-To: stephanie@freecycle.org  
To: FreecycleModsquad@yahoogroups.com

Sat, Nov 12, 2005 at 4:30 PM

Greetings All,

There has been some discussion on and off about what one needs to do to volunteer with Freecycle(TM). I thought I'd write and give you a bit of specific information about the teams and what they do &/or look for.

While writing to tell us you'd like to volunteer makes us feel good, it doesn't really help us utilize you or your talents. We need to hear about you, your skills, how you'd like to be involved and what kind of things you can do. It doesn't have to be long, just a couple of paragraphs will do. Treat this as a job application and really "sell" yourself (or would that be "gift" yourself, lol?). Remember that article Karlie sent earlier? Give it a glance before you write - it will benefit us all. :)

Most all of our positions require strong writing skills. With everything being done in a written format, this is crucial. When you write, do something to showcase your abilities. :) Since this organization communicated via the internet, people with technical skills are needed, too. Go ahead and uses your techie talk when you write; the information will be passed to someone who understands that language, lol. :)

Below are some of our volunteer jobs. (Note: Just because they are listed, doesn't necessarily mean there is currently a job opening. Whether or not the teams are taking applications, the Volunteer box always _accepts_ them and keeps them on file for when the teams are looking for staff.) I will explain what they are and what they do.

Back Office: This is the administrative arm of the organization. Among other things, it is responsible for making sure that things sent to the info@freecycle.org are handled.

International: Are you bilingual? If so, International is looking for you! We currently need a volunteer fluent in Spanish, although French would be helpful, too. Are you fluent in another language? Drop us a line!

Tech Team: This team helps with website maintainance and works wonderful magic behind-the-scenes. Techie talk is spoken here. ;)

NGA Team (New Group Approvers): These are the folks who work to get new groups up and running. We try to make sure that NGAs have a good grasp of what a Freecycle mod needs to know, possess a good eye for detail, and have good communication skills. These folks know their way around a map and understand TFN guidelines.

IMod (Interim Moderators) Team: These are the folks who swoop in to save the day when a list needs some immediate help. This team serves as a temporary bridge between a temporary fix and a more permanent solution. They work to locate and train locals to become mods on the local list. While this team sometimes accepts people from queries, they mostly rely on internal referrals to fill their slots. They rely on mods who have proven themselves to be good mods in their home groups.

Logo Team: Are you good at making graphics? Do you love using your Photoshop program or have another awesome graphics program? You might be interested in working on the Logo team. This team receives requests from TFN group owners for personalized TM-compliant graphics. Some groups want something to reflect their area. Others want cheery holiday graphics to use to decorate their pages for the various holidays. Some leave the decision completely in the team members' capable hands. Visit http://photobucket.com/albums/y183/freecyclelogos/ to see examples of some

*Confidential*

of the logos the talented team members have created.

GOA (Group Outreach and Assistance) Team: GOAs are usually promoted from other positions within the Network. That said, there have been some step up and work out well. GOAs must be extremely tactful, have a good grasp on the written word, be friendly and insightful, be willing to devote several hours a week to the job, be familiar with Yahoo Messenger, and be good at problem solving and have good diplomatic skills. These folks have to have a complete understanding of the workings of TFN, the guidelines, and what is appropriate for groups and moderators.

Other Talents: While I've mentioned some of the jobs we fill here, you might have other talents that we need and just don't know yet! Write us and let us know! :)

If you are interested in volunteering to help, please write: volunteers@freecycle.org. Please be patient with the response and in getting you involved. We deal with a high volume of people, information and groups every day. We have to prioritize to make sure we handle things in an appropriate fashion. Remember, this addy appears on the footer of each ModSquad and OIDG email/digest. You'll always have it handy. Direct all correspondence -- including any questions -- to that address as discussion about this on the ModSquad might be missed. Thanks!

We're looking forward to hearing from you,

Stephanie :)

--

Stephanie :)
Hub Coordinator
stephanie@freecycle.org
http://www.freecycle.org

Copyright © 2003-2005 The Freecycle Network (http://www.Freecycle.org). All rights reserved.

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:            newswire@freecycle.org
Submit to the FC mods newsletter:   deb@freecycle.org
Contact your GOA:                http://freecycle.org/faq_mod.php

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

YAHOO! GROUPS LINKS

Confidential

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential