# EXHIBIT 41

Gmail - [freecyclemodsquad] QUESTION: Does any of you know who IMOD is?   Page 1 of 2



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] QUESTION: Does any of you know who IMOD is?

2 messages

---

Kelly <saras_mommy@yahoo.com>   Mon, Aug 14, 2006 at 12:24 PM
To: freecyclemodsquad@yahoogroups.com

Hi, am owner of Citrus Co Freecycle (Florida) Group. I had someone try to join my group saying the following:

"I'm an IMOD and I have a mod applicant that says he's a member of this group. I wanted to check his posting habits."

She then gave me the members name, I did a search and this member has never posted in my group so I sent her a message telling her so and denied her membership - she is from California.

I did not know who she was - and it made me nervous - was wondering if any of you have heard of this group? Is it related to Freecycle?

Thanks for your help.

Kelly
Citrus Co, FL
Freecycle
Group Owner

---

Messages in this topic (1) Reply (via web post) | Start a new topic
Messages
Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:        newswire@freecycle.org
Submit to the TFN newsletter:   updates@freecycle.org
Contact your GOA:    http://www.freecycle.org/manual/goa_list.htm
Mod Manual:      http://www.freecycle.org/manual/index_manual.htm

Modsquad Moderators
Ann/Tuppete, Beverly/bevcan23, Carol/mizquirk, Janet/gj_mod, or Karen/CaveGuru
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

---

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

Recent Activity
  11
New Members
Visit Your Group
Give Back

Yahoo! for Good

Get inspired

by a good cause.

Y! Toolbar

Get it Free!

easy 1-click access

to your groups.

Yahoo! Groups

Start a group

in 3 easy steps.

Connect with others.

Confidential

**YAHOO!** GROUPS

You are receiving Individual Emails Change Delivery Settings
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

---

**Kat <katfreecycleny@gmail.com>**                                     Mon, Aug 14, 2006 at 12:40 PM
To: freecyclemodsquad@yahoogroups.com

> --- In freecyclemodsquad@yahoogroups.com, "Kelly" <saras_mommy@...>     [Quoted text hidden]
> wrote:
> >
> > Hi, am owner of Citrus Co Freecycle (Florida) Group. I had someone
> > try to join my group saying the following:
> >
> > "I'm an IMOD and I have a mod applicant that says he's a member of
> this
> > group. I wanted to check his posting habits."
> >
> > She then gave me the members name, I did a search and this member
> has
> > never posted in my group so I sent her a message telling her so and
> > denied her membership - she is from California.
> >
> > I did not know who she was - and it made me nervous - was wondering
> if
> > any of you have heard of this group? Is it related to Freecycle?
> >
> > Thanks for your help.
> >
> > Kelly
> > Citrus Co, FL
> > Freecycle
> > Group Owner
> >

IMods are Interrim Moderators and they are a dedicated team here on
Freecycle! They help out with abandoned groups, starting new groups
when one leaves, and a whole lot more!

Typically they just ask other owners about someone if they have a
question, I'm not sure why they would want to join the group.

Eitehr way, they are legitimate!

Kat
Rochester NY

---

Messages in this topic (2) Reply (via web post) | Start a new topic
[Quoted text hidden]

Confidential

http://mail.google.com/mail/?ik=555d9fcaa6&view=pt&th=10d0e37adfd9a8d0&searc     FN 076998