# EXHIBIT 1

```
the posting
>> for the lost dog as a responsible post and a great use
of our
>> network resources... I am unsure if becoming a dating
service or the
>> like is within our realm....
>
>This is the problem when we allow non-clearly freecycle
posts.. we run the
>risk of being thought of as a general classifieds service,
which we are
>definitely not...
```

From: Tim Oey <timoey@yahoo.com>  
Date: Tue Jul 6, 2004 7:09 pm  
Subject: [freecyclemodsquad] Re: What Goes to a Landfill?

Reduce_Reuse...  
Offline  
Send Email  
Invite to Yahoo! 360°  
Remove Author | Ban Author

If Michael has taken it literally, so will others.

The beauty of Freecycle is that it is simple --> Freecycle works to improve how
well people Reduce, Reuse, Recycle (and avoid landfills). Where Recycle should
be the option of last resort.

Reduce -- do more with less. Freecycle embodies this by using electrons for
communication rather than paper.

Reuse -- is the central Freecycle value proposition -- better for someone else
to use the thing you don't need than recycle it (or trash it).

Recycle -- in my groups we've used Freecycle as an education place to have
pointers to the other local alternatives if Freecycle doesn't work out. No posts
regarding these, just links.

Cheers,

FN 073660

**Highly Confidential-
Attorneys' Eyes Only**