FreecycleSunnyvale v. The Freecycle Network Doc. 127 Att. 3


# EXHIBIT 4

Dockets.Justia.com



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] ADMIN: programmer types, full mod, services, univ. no-no, public fun-poking

1 message

freecyclederon <deron@freecycle.org>
To: freecyclemodsquad@yahoogroups.com

Tue, Nov 30, 2004 at 11:17 AM

1) WEB CODERS/DEVELOPER TYPES. UNIDO! Jamas Sera Vencido! If you are a skilled type techie and maybe know php / mysql, and would be interested on helping do the occasional small webpage project, talk to Buck Caldwell. Buck, a fellow mod, has set up a small group of mods to do such projects to make all of our jobs easier. Revamping the new group approver process is one such example, where the Beth and Amanda are collecting ideas from NGA's and presenting desired changes to Buck to make the NGA approval process better. Thanks be unto Buck, Beth, Amanda and all thos great New Group Approvers who are approving all new groups and helping them out in their state. And a big thank you to Buck's forming team who will make all this fun new stuff possible.

2) FULL MODERATION. A friendly reminder: Freecycle works best without full moderation. Empower your members to give directly to another bi-ped without moderator intervention, quickly, easily and funly. You can still put troublemakers on moderation and moderate new members if you insist. We have 3000 plus members in Tucson and it works great. Trust and empower the members directly as much as humanly possible and it'll pay out (forgive the metaphor) in spades when your group gets really big. Why? Because by then all members know and use the rules correctly.. You have taught them to fish rather than giving them fish for a day, right? This is why we don't allow FULL moderation. It's like "freecycle lite". It tastes kinda like freecycling but doesn't pack that caffeinated punch, is slower and more controlled. Be bold, trust and educate members unless individuals give you a reason not to and moderate those individuals. Good luck and have fun with it and let your members have fun too.

3) FREECYCLE CAN ALLOW STUFF NOT HEADED FOR THE LANDFILL. Sure, at the core, we want to provide a venue for those looking to keep good stuff out of landfills. But we also want to build local community and its gifting spirit. We've had people post a free nail job, free computer repair, free old junk car hauling, free "Fur Ball" (a pet adoption music party event) and much, much more. Locally, we do allow some limited "no strings attached / no PR, money attached" services. We allow people to give away concert tickets but we don't allow wanted posts for the same. You get the idea. Just be sure not to paint yourself into too tight of a "landfill destined" only corner.
Here is a good text as an alternative to respond with questionable post:

"Thank you for your post but as it extends beyond the core mission of

Confidential

Freecycle, we removed it from the board. While we wish you the best of luck, with a group of our size and number of e-mails we unfortunately have to be extremely careful about all posts. We appreciate your membership and thanks for freecycling! Please reference the following link for the Freecycle guidelines if you have any questions or feel free to contact us as moderators at freecyclegroovytown-owner@yahoogroups.com."

4) UNIVERSITY GROUPS: SORRY BUT NO. For starters, if you can choose a university name or the town name as a group name, which one excludes the locals a bit? In name, to be sure, the university group is intended/perceived as for the students. We've had people try to set up groups only for military bases, pacifists/peace groups, Christian groups, Pagan groups, etc. They all were open to non "in-group" members. But why even go there? Why place any real or perceived limits to who may join beyond the optimum population/geographic constraints for a healthy group? We want the smallest optimum and functional area to have a freecycle group. Also, in most cases it is not a choice of town name vs. university name, it is a case of total duplication of the university group within the city group, like in Portland's case. This means 2-3 times more work for the New Group Approvers, 2-3 times as many problems for the Group Outreach & Assitance folks and for me. We are staying afloat as it is, but, speaking from personal experience, I am barily staying afloat. We don't need more work with completly overlapping groups. Finally, when the new webpage is completed, neighborhood posts will also be possible within say 1 mile, 5 miles, etc. This will make the university group issue totally moot as far as offering a further, more local option. I am not then willing to accept university groups now and later tell the mods sorry but you are out of luck with the new system-- I just wouldn't feel good doing this (and there would be a lot of unhappy people out there). University groups are a fun idea but one which is not well suited to where we are or where we will be. It also opens up a large can of work-burden, group overlap and exclusivity issues. For this reason, I'm going to have to say that we can't allow university groups. Sorry folks to pull rank on this one. It's better for NGA, GOA and Deron sanity this way.... (I've told Albert in Portland, who is a great guy and wonderful mod, that we can't link to any university groups).

Is there a way to split the huge Portland group sensibly? It's a well-contained metro area with actual city borders and little to no sprall. And people all live and work in this self-contained city. I don't see a way to split it up. Also, it still works fine even if it is a bit more work for more mods, eh Portland? The concept is to find the smallest viable size. Although unwieldy, I believe all of Portland is the smallest one can go.

5) PUBLIC BOARD RESPONSES TO OFFENDERS. In most case I think this is an awful idea. Maybe once every other month I will copy a Strike to the group of one member. I always make it playful and joking and nice, but sorry you gotta strike, kinda thing (but if someone does have that diamond ring, let *me* know directly, kinda thing). I do this when it's a blatant item like from a jokester looking for a new car and a diamond ring. It's showing the tip of the iceberg of the behind-the-scenes work we mods are doing for two purposes: One: it let's members know we are actually taking care of stuff, offers reassurance, if you will. Two: it educates members so that they know that Bob or whoever isn't getting away with the absurdity. Otherwise

Confidential

things can slide a bit in the group. "Well, if Bob can post for a diamond ring, then I'm posting for that boat." So I do it to let people know that not all WANTED posts are ok and that there are extravagant items they shouldn't ask for but that they need to define the word "extravagant" in their own heart (we ain't doin no list). Is it something you would put out for brush and bulky trash, for example?" I only do the public thing for really blatant excess and make sure to not be hurtful. Other mods never post something like this publically and this is probably the safer and civil alternative. It depends on *your* style. Just be aware that the risk most have, particularly with some experience is to overmoderate -- we have a strong desire to fix everything and sometimes it can drive more than our spouses crazy...

------------------------ Yahoo! Groups Sponsor --------------------~-->
$9.95 domain names from Yahoo!. Register anything.
http://us.click.yahoo.com/J8kdrA/y20IAA/yQLSAA/rcToIB/TM
--------------------------------------------------------------------~->

Yahoo! Groups Links

<*> To visit your group on the web, go to:
http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
http://docs.yahoo.com/info/terms/

---

Confidential



FN 078232