# EXHIBIT 5

```
X-Sender: timoey@pop.mail.yahoo.com
Message-Id: <p05210625beb9b5bfbb78@[192.168.1.102]>
Date: Tue, 24 May 2005 21:55:35 -0700
To: calnga@gmail.com
From: Tim Oey <oey@post.harvard.edu>
Subject: Fwd: Re: Galt rogue group encroachment..........
Content-Type: multipart/alternative; boundary="============_-
1095125482==_ma============"

--============_-1095125482==_ma============
Content-Type: text/plain; charset="iso-8859-1" ; format="flowed"
Content-Transfer-Encoding: quoted-printable

>Date: Fri, 17 Sep 2004 09:45:13 -0700
>To: "Leah Pacheco" <leahpacheco@hotmail.com>,
> "Katherine Tikker-Ostorero" <kate5358@earthlink.net>
>From: Tim Oey <timcafc@oeyweb.com>
>Subject: Re: Galt rogue group encroachment..........
>Cc: timcafc@oeyweb.com
>
>Hi Leah and Katherine,
>
>I'm not sure yet whether it makes sense for a Galt group to exist or
not.
>
>However, please note that Freecycle is not about defending territory
>but about making it convenient and safe for people to exchange goods
>for free. If this new group can help people do this better in their
>own local community, then more power to them.
>
>Both San Joaquine County and Sacramento County are quite large and
>have some large cities in them. Overtime it will probably make sense
>to create some smaller groups for some smaller geographical areas.
>
>http://groups.yahoo.com/group/GaltFreecycle/
>http://groups.yahoo.com/group/stockton_san_joaquin_county_freecycle/
>http://groups.yahoo.com/group/SacramentoValleyFreecyclers/
>
>That said, GaltFreecycle has not yet applied to become an official
>group. It looks like they are just figuring out how to do things. We
>can watch and see how it goes.
>
>Cheers,
>Tim
>
>At 9:05 AM -0700 9/17/04, Leah Pacheco wrote:
>>Hello Tim.
>>
>>I am the moderator for the Stockton-San Joaquin County freecycle.
>>
>>Kate has given me a heads-up about the new Galt group just formed.
>>
>>I agree with her completely in that this group is uncalled for due
>>to the belief that we do a fine job in our groups of covering our
>>areas. I don't know what this woman's motivation is for what she
>>has done, but I do not think it is fair for her to try to take our
>>group members when we have put out the effort to make our groups
```

FN 073554

Highly Confidential-
Attorneys' Eyes Only

```
>>what they are. I feel she is trespassing on my territory and
>>frankly, I want to protect my territory. I have gone through the
>>effort, along with my members, to pass the word about freecycle and
>>I don't want someone capitalizing on my efforts. I believe this to
>>be completely unfair and do strongly object to the situation.
>>
>>Please let me know what is being done about this situation (if
>>anything) and what I can do to protect my group. Any suggestions
>>will be strongly considered.
>>
>>Thank you for your time.
>>
>>Stockton-San Joaquin County Freecycle Moderator.
>>Leah
>>
>>
>><http://g.msn.com/8HMBENUS/2740??PS=3D47575>Don=92t just search.
Find.
>>Check out the new MSN Search!

--============_-1095125482==_ma============
Content-Type: text/html; charset="iso-8859-1"
Content-Transfer-Encoding: quoted-printable

<!doctype html public "-//W3C//DTD W3 HTML//EN">
<html><head><style type=3D"text/css"><!--
blockquote, dl, ul, ol, li { padding-top: 0 ; padding-bottom: 0 }
 --></style><title>Fwd: Re: Galt rogue group
encroachment..........</title></head><body>
<blockquote type=3D"cite" cite>Date: Fri, 17 Sep 2004 09:45:13 -
0700<br>
To: &quot;Leah Pacheco&quot; &lt;leahpacheco@hotmail.com&gt;,<br>
 &quot;Katherine Tikker-Ostorero&quot;
&lt;kate5358@earthlink.net&gt;<br>
=46rom: Tim Oey &lt;timcafc@oeyweb.com&gt;<br>
Subject: Re: Galt rogue group encroachment..........<br>
Cc: timcafc@oeyweb.com<br>
</blockquote>
<blockquote type=3D"cite" cite>Hi Leah and Katherine,</blockquote>
<blockquote type=3D"cite" cite><br></blockquote>
<blockquote type=3D"cite" cite>I'm not sure yet whether it makes sense
for a Galt group to exist or not.</blockquote>
<blockquote type=3D"cite" cite><br></blockquote>
<blockquote type=3D"cite" cite>However, please note that Freecycle is
not about defending territory but about making it convenient and safe
for people to exchange goods for free. If this new group can help
people do this better in their own local community, then more power to
them.</blockquote>
<blockquote type=3D"cite" cite><br></blockquote>
<blockquote type=3D"cite" cite>Both San Joaquine County and Sacramento
County are quite large and have some large cities in them. Overtime it
will probably make sense to create some smaller groups for some
smaller geographical areas.</blockquote>
<blockquote type=3D"cite" cite><br></blockquote>
<blockquote type=3D"cite"
cite>http://groups.yahoo.com/group/GaltFreecycle/</blockquote>
<blockquote type=3D"cite"
```

FN 073555

Highly Confidential-
Attorneys' Eyes Only