# EXHIBIT 9

Dockets.Justia.com

```
-------------------------- Original Message ---------------------------
Subject: Re: Fwd: Freesale Tomorrow!
From:    "Group Outreach and Assistance, Kentucky" <kentucky@freecycle.org>
Date:    Thu, October 13, 2005 12:59 pm
To:      "Laura" <agostoyjunio@yahoo.com>
----------------------------------------------------------------------
```

Laura,

The basic foundation for rules is located on www.freecycle.org under the FAQ. The basics are that everything must be free, legal, and appropriate for all ages and that there is no full moderation of the group. It used to be that EF had to be an owner of the group as well, but recently that has changed to where it is voluntary.

Beyond the basics above, each group has the latitude to clarify, expand and retract rules that it makes. Freecycle as a whole would hope that members are able to help create the rules for the group, but that is not always the case with many mods and owners.

I have my home group that has over 7300 members with 9-10 moderators now. Our moderators and owners vote on most of the rules, but many are left up to the members with mods and owners voting last. We have a group that this owner of the group you are referring to would call cold and sterile. The posts have personality in them, but they all follow the same format.

Subject Line:
Keyword: item name (general location)
Body:
Short but accurate description of the item(s) being offered along with a timeframe of when you would like pick up to occur.

In this, we ask that if they are posting for free yard sale leftovers that they do not tell the address but they say the general area. They can have however many they want that respond to them come out by giving their address, but that they don't need even 1% of our membership driving to their house after the sale has ended.

It is mainly up to the moderator and owners discretion for each post.

I do want to thank you for reporting this and want you to know that I will be looking into the group and making sure that the mods and owners are at least following the rule of freecycle.org as well as the rules that they have listed on their group.

If you come across anything else, please let me know.

**Confidential**

Mary
Group Outreach and Assistance
kentucky@freecycle.org
http://www.freecycle.org

**FN 080817**

On Sat, October 1, 2005 8:28 am, Laura wrote:
> I just want to be clear on this....I thought this kind of post is

1