# EXHIBIT 10

Dockets.Justia.com

----- Original Message -----
From: <northeast@freecycle.org>
To: <ml.watkins@adelphia.net>
Sent: Thursday, November 04, 2004 2:19 PM
Subject: Re: Re: Fairly New Freecycle site


> Micah,
>
> I'll respond below each of your questions...
>
>> Thank you for clearing that up.  I will grant your request and not put an
>> ad up for any group.  But there are a few things that confuse me.
>> 1.  Why isn't there a link on the freecycle.org site so that we can get
>> in
>> touch with someone when problems exist? Why don't they at least give an
> email address in order to get in touch with them?
>
> I'm not sure why there hasn't been a member contact address, but we are
> working on some changes to the web site, including adding a Member Contact
> address.  My "branch" of the organization, Group Outreach and Assistance
> (GOA) is fairly new, and primarily deals with the moderators when they are
> having problems, but we also help with member inquiries until the new
> system is in place.
>
>> 2.  What are the rules in order to post on a freecycle site?  I have not
>> seen anything saying you have to be in a certain mile radius in order to
>> belong or post to a group.
>
> The one "hard and fast" rule is that all things on Freecycle must be
> "free, legal, and appropriate for all ages".  Beyond that, most of the
> group guidelines and policies are developed by the group moderator.  We          **Confidential**
> have a national moderators' group where suggestions are often made, but
> it's usually up to the individual moderators *and* group members to
> determine what works best for their group.  The example you give is one
> area where groups vary.  Some groups let anyone in, and are very
> flexible.  Other groups require members to belong to certain zip codes          **FN 081260**
> (to keep a local-based group).  The most important thing to do is to

1

> carefully read the membership guidelines for each group you belong to,
> recognizing that there *will* be differences.
>
>> 3.  What gives a moderator the right to rearange a post as long as there
>> is no mention of sale, trade, buy ect and the items are free?
>
> If you have a complaint about something like that, I'd suggest that you
> send a message to the owner address that is listed near the bottom center
> of the home page.  Sometimes a moderator doesn't even realize that others
> might consider editing messages to be rude.  Personally, I wouldn't edit a
> member's message beyond adjusting the subject line to provide the heading
> (offer/wanted), if it was missing.
>
>> 4.  Why is it that the moderatored freecycles are days sometimes before
>> what you post actually shows up?
>
> In my opinion, that indicates that the moderator may be in need of
> additional moderator support.  Again, you might contact the owner address.
> If it continues to be a problem, feel free to give me the specifics and
> I'll check it out.
>
>>
>> I'm so glad that you took the time to respond to me.  This really helps
>> me
>> understand better the requests you have made and why they were made.
>> Thank you so much,
>> Micah
>
> You're welcome, Micah.  Please feel free to contact me with your questions
> or concerns at any time.
>
> Tami
>
>>>
>>> From: northeast@freecycle.org
>>> Date: 2004/11/04 Thu AM 11:28:28 EST
>>> To: ml.watkins@adelphia.net
>>> CC: meenal@markis.com
>>> Subject: Re: Re: Fairly New Freecycle site
>>>
>>> I'm sorry that I misunderstood. But even if you're not the owner/mod of
>>> that group, my request remains.  It gets really confusing sometimes when
>>> a
>>> new, but unofficial group, is advertised on official groups.  Here's an
>>> example of what happens:
>>>
>>> Mod A starts a new group for Oaktown, PA.  The mod is following the
>>> appropriate steps, and is patiently awaiting approval.
>>>
>>> In the meantime, Mod B also starts a group for Oaktown, and immediately
>>> starts advertising the group on neighboring Freecycle lists.
>>>
>>> Since Mod A's group is pre-existing, Mod B's group is rejected.
>>> However,
>>> Mod B already has over 100 members, who are now very, very confused
>>> about
>>> what's going on.
>>>
>>> Can you see how awkward and confusing this can be?
>>>
>>> If you have complaints regarding groups in the PA area, you can either
>>> send them to me or to info@Freecycle.org (but they'll be forwarded to me
>>> anyway).
>>>
>>> Why does it take so long for new groups to be approved?  Basically,      **Confidential**
>>> because we are trying our best to make sure that groups are set up
>>> appropriately, and that they don't overlap other groups.  Sometimes it

2

FN 081261