# EXHIBIT 12

:
:

:

```
------------------------- Original Message -------------------------
Subject: Re: Have a problem with one of your mods and GOA.
From:    northeast@freecycle.org
Date:    Fri, January 7, 2005 9:37 am
To:      "Don & Cheri" <fastiger2002@mchsi.com>
Cc:      central@freecycle.org
--------------------------------------------------------------------
```

Don,
Thanks for getting in touch. I am copying the Central Freecycle(TM) GOA team on this since IL is their territory. I'm sure they will be in touch with you shortly and will be happy to help you though this.

In the mean time, please know that Freecycle(TM) has a policy against politics (whether related to religion, sexuality, lifestyle, or anything else) getting into the mix at all. We support our members' rights to freedom and privacy. Any action to the contrary is that of an individual, not the Network. Getting the press involved might be detrimental to this great movement. I know that your intentions are pure. Please let us handle this by defending your right to privacy and to use Freecycle(TM) without being harrassed.

Thanks for bringing this to our attention. I'll leave it to the Central folks now.
~emily
GOA Northeast

**Confidential**

**FN 080713**

> First off I am sending this to everyone that has a chance of listening and
> helping me with my problem. When I was an approved group owner I tried to
> resolve a problem with the Moderator of the MarionFreecycle in Marion IL.
> It
> was passed around and nothing was done and I ended up leaveing freecycle
> largely in part to this Modarator. Her name is Lisa Rath. What she did was
> invade my privacy and post on the ILModSquad that she had found out that I

1

```
> was a swinger and she did not know what to do about the matter. keeping in
> mind that I did not advertise or share with any other members about what I
> consider my private life. If that where not enough she then emailed one of
> my customers that I was a swinger and that because of this I could not be
> trusted to compleat my job and that she had a 'good Christian' friend that
> could do a better job for her. That has been six months or so, three
> months
> ago I left freecycle so that I would not have her to mess with.
>
> I recently desided to get back into freecyleing but because of the
> problems
> I had I desided to remain independant of this organzation and the local
> groups in my area cause she is in them, that was 3 days ago. Tonight I was
> told that Lisa Rath and other area Modarators where telling there members
> some of which we share that I was a bad guy and used freecycle to make
> sexual contacts with women. And sited that it was true because I drove
> great
> distances to pick you items off of freecycle and no one normal would do
> that
>  Besides it being untrue and out of spite this is very unprofessional and
> goes against all that I have read freecycle stands for I am requesting
> that
> the Modarators and the GOA that has failed to act to curb this behavor be
> removed from the postions they hold. I on more than one occation brought
> this to Judys attention and also forwarded the emails that where sent to
> her
> with out haveing any action taken.
>
> These claims are false and I am prepared to take action to right these
> wrongs upto and includeing getting press in to it as well. I believe in
> the
> freecycle movement but I will not stand by and take this abuse at the
> hades
> of this or any other person it is descrimination and sexual harrasment
> both
> very seriuos charges.
>
> Thank you
> Don Mcannally
> fastiger2002@mchsi.com
```

Confidential

FN 080714

2