# EXHIBIT 13

Gmail - [freecyclemodsquad] Regretful Good buy to Freecycle                                Page 1 of 6



Irene Johnson <majortennisbum@gmail.com>

## [freecyclemodsquad] Regretful Good buy to Freecycle
5 messages

**Pastor Ken Hedden Sr. <pastorbelieversunited@yahoo.com>**        Sat, Feb 19, 2005 at 7:21 AM
To: freecyclemodsquad@yahoogroups.com

I write this letter with heavy heart. I have decided to leave
Freecycle Members of my group will be invited to join
www.sharingisgiving.org. The groups I co-mod have nothing to do with
my choice to make the change. Are they welcome to start a group, of
course they are. They can do so staying with FCN also, without a
problem with me. I know I will be moderated or banned when I post
this but, so be it, if/when this happens.

I am sure that this message will be deleted from the message board
seconds after it hits it, so if anyone feels they want to share the
address with others discouraged with the direction of FCN please do.
You will be welcome to name your group what every you want and still
be a part of www.sharingisgiving.org . You can create a Sharing is
Giving group of your own and be listed at the top of the lists.

This is a self run site, in other words there will be no NGA, GOA,
or any kind of enforcers or mandated co owner, it is only a link
site. Members will be their own boss and run their group as they
please. You can see the only rules listed on the site so I will not
get into it here.

I am not going to go into a big long rant, most of you have already
heard it. You should also notice that anyone who posts anything anti-
FNC is written a nice letter then you never hear from them again,
this is because they were either moderated or banned. I will just say
good luck to Deron and his endeavor. There are just things going on
that I do not agree with, thus the departure.
Please do not judge the groups that I co-mod or may even co own
because I either once owned them until I was told I had to give them
away. On the other hand, I helped the owner build them because they
were not to sure how to. I believe I removed myself of
owner/moderator status of most of them unless asked not to.

Will my leaving FCN make a wrinkle in FCN Heavens. Some of the owners
I talked to about leaving told me they were choosing to stay with
FNC. So, there you have it. Will they change their minds as things
keep changing in FCN, maybe, maybe not? Not my worry, I just need to
do what is right in my heart.

I have made many friends here and will miss you all. If you want to
stay in touch that is nice if you choose not to, I will miss you all,
even Deron believe it or not. I have no ill will, it just that I do
not like the direction I see things going, so I must go in another
direction.

Blessing to all PK                                                        Confidential

http://mail.google.com/mail/?ik=555d9fcaa6&view=pt&th=1022c1b62c8fc496&searc           FN 077582

www.sharingisgiving.org

```
---------------------- Yahoo! Groups Sponsor --------------------~-->
Give the gift of life to a sick child.
Support St. Jude Children's Research Hospital's 'Thanks & Giving.'
http://us.click.yahoo.com/IGEjbB/6WnJAA/E2hLAA/rcTolB/TM
--------------------------------------------------------------~->
```

Report news articles:      newswire@freecycle.org
Contact your GOA:          http://www.freecycle.org/faq_mod.php#help
Contact ModSquad Mods:     freecyclemodsquad-owner@yahoogroups.com


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

---

**moondaughter <gypsumoon@wwwebservice.net>**                    Sat, Feb 19, 2005 at 9:54 AM
To: freecyclemodsquad@yahoogroups.com

>
>This is a self run site, in other words there will be no NGA, GOA,
>or any kind of enforcers or mandated co owner, it is only a link
>site.

Sounds like a recipe for chaos to me.

Cindy -- FreeCycleSalinaKS
---------


No virus found in this outgoing message.
Checked by AVG Anti-Virus.
Version: 7.0.300 / Virus Database: 265.8.8 - Release Date: 2/14/2005


[Non-text portions of this message have been removed]

Confidential

---------------------- Yahoo! Groups Sponsor --------------------~-->
Help save the life of a child. Support St. Jude Children's Research Hospital's
'Thanks & Giving.'
http://us.click.yahoo.com/mGEjbB/5WnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**Nancy Castleman <nancy@freecycle.org>**                          Sat, Feb 19, 2005 at 10:47 AM
To: freecyclemodsquad@yahoogroups.com

PK's letter made me very, very sad. I will miss him terribly.

If you're relatively new to the fold, you may not know how
instrumental Pastor Ken has been in growing the Freecycle(tm)
movement. He put in a ton of time posting to the ModSquad, getting the
newswire on .org up and running, and leading the new group approver
team during its early months.

I wish he would have chosen to stay and help us continue to grow, but
respect his decision. I know he did not make it lightly.

What makes things worse from my perspective, is I think PK has been
under a mis-apprehension about how this group is run. If nothing else,
I'd like to clarify some things:

Deron, Lynnie, Irene, and I, the folks who actively mod the ModSquad,
would never think to pull PK's post! He didn't personally attack
anybody, discuss politics, or ignore our request to wind down a
conversation.

Nor would we put him on moderation or ban him from this group. He
didn't write something to hurt someone's feelings or disrupt the
group. While I guess I could look at his mention of his new site as
spam, I'm not gonna.

However, since we are limiting this group to Freecycle moderators, if
he's no longer one, I will sadly have to remove him, if he hasn't
already unsubscribed. I hope with all my heart that he'll decide at
some later date to re-join us.

Nancy HudsonValleyFreecycle / ModSquad Co-Mod


---------------------- Yahoo! Groups Sponsor --------------------~-->
Take a look at donorschoose.org, an excellent charitable web site for
anyone who cares about public education!
http://us.click.yahoo.com/O.5XsA/8WnJAA/E2hLAA/rcTolB/TM

Confidential

[Quoted text hidden]

---

**freecyclederon <deron@freecycle.org>**  
To: freecyclemodsquad@yahoogroups.com                    Sat, Feb 19, 2005 at 11:31 AM

Let's please wish Pastor Ken well with his new undertaking. Pastor Ken has put in much time and heart into helping define what we are all about as The Freecycle Network. His spirit and passion will be much missed.

I will be talking to him personally to see what his plans are. Based on a quick look at his site, it would appear that he takes issue with the new group approval process and the guidelines that all Freecycle groups are asked to follow. That's ok and certainly is his perogative.

In this context I gotta ask myself: Can there be too many gifting groups out there?  I don't think so: If a group helps two people connect and help each other and keeps good stuff out of landfills while making a philanthropist out of the humblest of us all, it has done a fine thing whatever name it goes by.

However, I believe deeply that we need to stick to a few basic rules in order to become the bigger beautiful network that we are when we pull together (even though this bigger network can be messy sometimes).

I do find it sad when a local mod decides to leave because each of us is a part of, and defines, the greater whole. But, after all, they are still out there and still generally doing good things, so it ain't the end of the world. Can there be too many gifts made? Heck no!

So, before I start rambling, all our best to our buddy Pastor Ken!

Deron

--- In freecyclemodsquad@yahoogroups.com, "Pastor Ken Hedden Sr." <pastorbelieversunited@y...> wrote:
> I have decided to leave
> Freecycle.
> Blessing to all PK

------------------------ Yahoo! Groups Sponsor --------------------~-->
Help save the life of a child.  Support St. Jude Children's Research Hospital's 'Thanks & Giving.'
http://us.click.yahoo.com/mGEjbB/5WnJAA/E2hLAA/rcToIB/TM

Confidential

[Quoted text hidden]

---

**sulasula <sulasula@hotpop.com>**                       Sat, Feb 19, 2005 at 11:48 AM

To: moondaughter <gypsumoon@wwwebservice.net>, freecyclemodsquad@yahoogroups.com

moondaughter wrote:

>>This is a self run site, in other words there will be no NGA, GOA,
>>or any kind of enforcers or mandated co owner, it is only a link
>>site.
>>
>>
>
>Sounds like a recipe for chaos to me.
>
>

Me too. People seem to forget that Freecycle didn't start out with any organization or structure either. It was just one e-mail group, and somebody copied it in another city, and it grew and grew and grew. And chaos is precisely what happened, until the GOA and NGA structure was created.

It says on those folks' website, "We are not going to be the area police. You will have to police yourselves. In other words, If see a group in your back yard use your head and do not start another one there. Talk with the owner and work something out." Do they really think that's going to happen? It didn't with Freecycle ... people started opening competing groups and complaining about each other and it was a mess. That's just human nature.

The website continues, "We are not going to have any kind of rules other than those stated above so if you have a problem in your group or with another group that is your problem not ours. If we get e-mail complaints about two groups bickering you will have a couple of days to work it out yourselves, if this does not happen then BOTH groups will be removed from this list." Sounds like a rule to me!

*ALL* groups have rules. If they're not formal and codified, they're still there, just assumed and unwritten. I've heard people say, "We're going to break the rules on Thanksgiving and have ham instead of turkey!" I've overheard a group of teenagers hanging out at the mall saying things like, "Hey, let's go have some ice cream." "No, it's too soon -- we don't do that till 10:00." If you're in a meeting or workshop and it breaks for lunch, what would happen if you switched seats because the light was in your eyes all morning. There's no formal rule about who sits where, and you could easily carry their stuff to your old seat and put your stuff in that one, and just tell them "I switched seats with you," and let the light be in *their* eyes all afternoon. But you don't. It's not polite: i.e., it's against the rules of courteous behavior, which are strong enough to impede your advancement or even get you fired if you don't recognize and observe them.

I know what's going to happen over there, with their rule that anyone who wants a listing can get one, because I ran into that myself. A woman who lives very close to me opened a rogue group just as the Freecycle new group approval structure was being created. She wanted her own group, and was not going to take no for an answer -- she even named her group for an area where she didn't live just to make it seem further away from mine, but there's no one living in that area and she would have had to cannibalize my members to support a group, which means almost everyone would end up joining *both* groups. It would have just added to the clutter in everyone's mailbox if that group had been listed

Confidential

willy-nilly on Freecycle's website, the way those folks are proposing to do.

I was extremely grateful for the NGAs, GOAs and other expert troubleshooters in the Freecycle organization, for their assistance with that as well as for helping with another, far more serious, problem. I haven't observed a single instance of "Power Hunger" in anyone from Deron on down -- just a deep desire to make The Freecycle Network as good as it can be. And as the network grows, it will require more and more organization and structure to keep it orderly. Personally, I wouldn't even mind a few more required rules -- it's confusing to people to be members of four different groups and have four totally different sets of rules to remember. I think the members would be much better served if the basic rules were promulgated by Freecycle.org, after a poll on each one by the modsquad. But Deron is so NON-power hungry that he won't even do that. He's content as long as we keep it "free, legal and appropriate for all ages," have ersatz as co-owner, and don't use full moderation.

I truly don't understand why so many people don't seem to get this, but I guess it takes all types to make a world.

My $.02, YMMV, void where prohibited, do not touch hot area, keep away from pets.

Sherry
[Quoted text hidden]

Confidential