# EXHIBIT 14

Dockets.Justia.com

```
-------------------------------------------------------------------------
----- Original Message -----
From: "Deron Beal" <dbeal@copebhs.com>
To: "Albert Kaufman" <albi@earthlink.net>
Sent: Tuesday, September 16, 2003 2:31 PM
Subject: Re: [freecycle] Freecycle Portland
```

> ➢ Congrats and good luck.
> >
> > I'll attach what we use as "ettiquette" to save you on the learning curve. I
> > stick this info in the intro letter (to new members) w/ yahoo groups (heck
> > I'll attach that too: it's shorter and fits better). We're trying to set up
> > a webpage freecycle.org. We'll get your link on it so that others can find
> > you easier. Our goal: nonprofit, no ads, no money, eventually we want to
> > offer every city the opportunity to set up their own directly on
> > freecycle.org but ain't there yet.
> >
> > Good luck and stay in touch
> >
> > Deron Beal 520-791-2569
> > Freecycle Tucson
> >
> > ----- Original Message -----
> > From: "Albert Kaufman" <albi@earthlink.net>
> > To: <freecycle@yahoogroups.com>
> > Sent: Tuesday, September 16, 2003 12:01 PM
> > Subject: [freecycle] Freecycle Portland
> >
> >
> >> Found out about you in the Utne Reader and
> >>
> >> voila! a movement is born:
> >>
> >> >From the Utne Reader, Sept-Oct. 2003 issue:
> >>
> >> A recycling group in Tucson called "Downtown Don't Waste It" has
> >> created an
> >> innovative project that harnesses the power of e-mail to connect
> >> people with
> >> things they want to throw away with others who would like to have
> >> those
> >> things. That way it doesn't wind up in the garbage. Through a simple
> >> Yahoo! Groups e-mail list, any member of the community can post a
> >> note about
> >> an item they'd like to give away, or an item they are seeking. The

Confidential        FN 076503

>> only
>> rule: Every item posted must be free. The concept has found an eager
>> audience. Nearly 800 people have joined the list since its inception
>> in
>> mid-March 2003.
>>
>> Welcome to Freecycle Portland!
>>
>> Post message: freecycleportland@yahoogroups.com
>> Subscribe: freecycleportland-subscribe@yahoogroups.com
>> Unsubscribe: freecycleportland-unsubscribe@yahoogroups.com
>> List owner: freecycleportland-owner@yahoogroups.com
>>
>> http://groups.yahoo.com/group/freecycleportland/ - to see past
>> messages
>>
>>
>> Albert Kaufman, BRCPO
>> albi@earthlink.net
>>
>> -------------- __o
>> ----------   '\<,_
>> ----------( )/ ( )_____
>>
>>
>> ----------------------- Yahoo! Groups Sponsor ----------------------~-->
>> Buy Ink Cartridges or Refill Kits for Your HP, Epson, Canon or Lexmark
>> Printer at Myinks.com. Free s/h on orders $50 or more to the US & Canada.
http://www.cltracking.com/l.asp?cid=5511
>> http://us.click.yahoo.com/l.m7sD/LldGAA/qnsNAA/rcTolB/TM
>> ---------------------------------------------------------------------~->
>>
>> To unsubscribe from this group, send an email to:
>> freecycle-unsubscribe@yahoogroups.com
>>
>> Your use of Yahoo! Groups is subject to http://docs.yahoo.com/info/terms/

---

Add in "approx. location into Offer e-mail. Taken message as a reply.

Hello Freecycle Newbie,

Welcome to the Freecycle Network (http://groups.yahoo.com/group/freecycle). To start sending messages to members of this group, simply send email to

Confidential       FN 076504

freecycle@yahoogroups.com. To unsubscribe send an email to freecycle-unsubscribe@yahoogroups.com. NOTE: We'll be switching to our own webpage in the coming two weeks called freecycle.org. More info to follow soon.

Have fun & keep on freecyclin'...

Deron (the "moderator")
Deron Beal (520-791-2569)
Downtown Don't Waste It!

Downtown Don't Waste It is a a nonprofit, Rise, Inc. program offering meaningful work to disadvantaged Tucsonans, & recycling services to downtown businesses.

FREECYCLING ETIQUETTE

1) NO POLITICS & NO SPAM. Two strikes & you're out.

2) SUBJECT LINE
Let's try using these phrases:
OFFER: old couch
TAKEN: old couch
WANTED: old couch. [Please use this one sparingly]
ADMIN: new idea

3) YOUR APPROXIMATE LOCATION: Try to list this in the body of your e-mail. I've got a couch and live on the Northwest side.

3) CAN WE USE FREECYCLE TO FIND NEW HOMES FOR PETS? Yes, keep it legal & be lovingly careful.

4) KEEP IT FREE.

5) NO TRADING PLEASE. Go to TucsonTraders.org for fun trading.

6) FYI: RESPONSES GO ONLY TO OFFERER. It keeps down the sheer # of e-mails.

7) CONTACT/PICK UP. arrange as you like, generally, 1st responded, 1st serve, if a charity responds, you may want to give them a 1st shot. Arrange pickup with one person only, rather than "it's on the porch, whoever gets here first gets it." Also: only give your phone number to one person at a time or ask for the recipient's phone no. Otherwise you'll get swamped with phone calls.

TIPS TO ORGANIZE ALL OF THE NEW E-MAILS YOU ARE GETTING:
a) CREATE A SEPARATE E-MAIL FOLDER & AUTOMATICALLY HAVE FREECYCLE STUFF GO TO IT. Create a separate folder in your Outlook Express &

Confidential

have Freecycle stuff sent to it automatically with a new rule under tools/message rules/mail/
b) SET TO "DAILY DIGEST" OR "NO E-MAILS." Realize that you can set your personal preferences on the webpage (under members).

LEADS:
1) FREE BOXES & SOME PACKING POPCORN. We got 'em. Call me.
2) TUCSON CLEAN & BEAUTIFUL Reduce Reuse Recycle Directory. Loaded w/ good recycling/reusing leads. http://www.ci.tucson.az.us/tcb/rd/index.html

---

### FREECYCLE ETIQUETTE

1) **KEEP IT FREE, LEGAL & APPROPRIATE FOR ALL AGES.**

2) **SUBJECT LINE.** Use these phrases to make it easy for others to delete or view:

   **OFFER:** old couch. [Offering more than 1 thing? Still keep it in 1 e-mail, please]
   **TAKEN:** old couch
   **WANTED:** old couch. [Please use this sparingly and don't offer money]
   **ADMIN:** new ideas, thoughts, etc. like can we get the guy with the couches to ease up?

3) **NO POLITICS, NO SPAM, NO MONEY.** Two strikes & you're out.

4) **YOUR APPROXIMATE LOCATION:** Try to list this in the body of your e-mail. I've got a couch and live downtown. Nearest intersection: Speedway and Stone.

5) **KEEP IT ALL IN ONE E-MAIL.** Got more than one thing to give away? Keep it all in one e-mail please and just number the items for your own clarity.

5) **CAN WE USE FREECYCLE TO FIND NEW HOMES FOR PETS?** Yes, keep it legal & be lovingly careful.

6) **NO TRADING PLEASE.** Go to your local trading organization for this: check out TucsonTraders.org for ideas. It can be quite fun.

7) **RESPONSES GO ONLY TO OFFERER.** It keeps down the sheer no. of e-mails.

8) **CONTACT/PICK UP.** Arrange as you like, generally, 1st responded, 1st served, if a charity responds, you may want to give them the 1st shot. Arrange pickup with one person only, rather than "it's on the porch, whoever gets here first gets it." Also: only give your phone number to one person at a time or ask for the recipient's phone no. Otherwise you'll get swamped with phone calls.

### TIPS TO ORGANIZE ALL OF THE NEW E-MAILS YOU ARE GETTING:

a) **CREATE A SEPARATE E-MAIL FOLDER** & AUTOMATICALLY HAVE FREECYCLE STUFF GO TO IT. Create a separate folder in your Outlook Express & have Freecycle stuff sent to it automatically with a new rule under tools/message rules/mail/

Confidential                          FN 076506

**b) SET TO "DAILY DIGEST" OR "NO E-MAILS."** Realize that you can set your personal preferences on the webpage (under members).

**TUCSON LEADS:**

**1) FREE BOXES & SOME PACKING POPCORN.** We got 'em. Call me.

**2) TUCSON CLEAN & BEAUTIFUL Reduce Reuse Recycle Directory.** Loaded w/ good recycling/reusing leads. http://www.ci.tucson.az.us/tcb/rd/index.html

>

Confidential    FN 076507

---
----- Original Message -----
From: "Albert Kaufman" <albi@earthlink.net>
To: "Deron Beal" <dbeal@copebhs.com>
Sent: Tuesday, September 16, 2003 2:25 PM
Subject: Re: [freecycle] Freecycle Portland

> Congrats and good luck.
>
> I'll attach what we use as "ettiquette" to save you on the learning curve. I
> stick this info in the intro letter (to new members) w/ yahoo groups (heck
> I'll attach that too: it's shorter and fits better).
>
> **adjusted mine once I got your welcome letter :) We have 18 people so far.
> I got the ball rolling this AM :)
>
> We're trying to set up
> a webpage freecycle.org. We'll get your link on it so that others can find
> you easier. Our goal: nonprofit, no ads, no money, eventually we want to
> offer every city the opportunity to set up their own directly on
> freecycle.org but ain't there yet.
>
> **That's fantastic, I had the same thought. I'd love to be involved in any
> way possible. Especially if there's paid work involved, but I SUSPECT not>
> anyway< let"s be in touch< my keyboard is acting funny< let me know if you
> see any free laptops out there:)
>
> ALBERTO
>
> Good luck and stay in touch
>
> Deron Beal 520-791-2569
> Freecycle Tucson
>

Confidential    FN 076508

----- Original Message -----
From: "chicagofreecycle Moderator" <chicagofreecycle-owner@yahoogroups.com>
To: <dbeal@copebhs.com>
Sent: Thursday, September 18, 2003 8:36 AM
Subject: Welcome to chicagofreecycle

>
> Hello Freecycle Newbie,
>
> Welcome to the Chicago Freecycle Network (http://groups.yahoo.com/group/chicagofreecycle). To start sending messages to members of this group, simply send an email to chicagofreecycle@yahoogroups.com. To unsubscribe, send an email to chicagofreecycle-unsubscribe@yahoogroups.com.
>
> Have fun & keep on freecycling!
>
> Joanna Witting (moderator)
> joanna@redattic.org
>
> FREECYCLING ETIQUETTE
>
> 1) KEEP IT FREE.
>
> 2) NO POLITICS & NO SPAM. Two strikes & you're out.
>
> 3) SUBJECT LINE. Try using these phrases:
> OFFER: old couch
> TAKEN: old couch
> WANTED: old couch. [Please use this one sparingly]
> ADMIN: new idea
>
> 3) CAN WE USE FREECYCLE TO FIND NEW HOMES FOR PETS? Yes, but keep it legal & be lovingly careful. It is recommended that you thoroughly screen all interested parties.
>
> 4) NO TRADING PLEASE.
>
> 5) PICK UP. arrange as you like, generally, 1st responded, 1st serve, if a charity responds, you may want to give them a 1st shot.
>
> 6) FYI: RESPONSES GO ONLY TO OFFERER. It keeps down the sheer # of e-mails.
>
> TIPS TO ORGANIZE ALL OF THE NEW E-MAILS YOU ARE GETTING:
> a) CREATE A SEPARATE E-MAIL FOLDER & AUTOMATICALLY HAVE FREECYCLE STUFF GO TO IT. Create a separate folder in your Outlook Express &

Confidential     FN 076509

have Freecycle stuff sent to it automatically with a new rule under tools/message rules/mail/
> b) SET TO DAILY DIGEST OR NO E-MAILS. Realize, too, that you can set your personal preferences on the webpage (under members).
>
> RELATED LINKS:
> Local links coming soon!
> For a listing of other city's freecycle networks, go to www.freecycle.org.
>
>
> Your use of Yahoo! Groups is subject to http://docs.yahoo.com/info/terms/
>
>
>
>
>
>

Confidential    FN 076510

----- Original Message -----
**From:** Albert Kaufman
**To:** Joanna Witting
**Cc:** Deron Beal
**Sent:** Tuesday, September 23, 2003 3:25 PM
**Subject:** Re: The (Worldwide!) Freecycle Network... he, he....

hmmm, well let's see. We have something called the CNRG list out here. wHICH IS incredible.

I haven't used Craig's List.. yet.

My list of friends in the area is pretty big, and many of them seemed to have sent it further on.

Sending to the City's dept of sust development, and other departments, local community radio stations, neighborhood papers e-list.

word seems to be spreading :)

Now, need to find me a job in marketing :)

Albert

----- Original Message -----
**From:** Joanna Witting
**To:** Albert Kaufman
**Sent:** Tuesday, September 23, 2003 3:02 PM
**Subject:** Re: The (Worldwide!) Freecycle Network... he, he....

That's a great idea! One question, though: Is it alright to use our own version of the Freecycle logo for the products?

So happy to see everyone getting excited about this! :)

Oh, one more thing... How did you go about getting the word out in Portland? I posted info about ours on Craigslist, and seems to have helped membership grow, but Chicago is sooooo big. Any suggestions?

Thanks Albert!

- Joanna (Chicago Freecycle Network)
----- Original Message -----
**From:** Albert Kaufman
**To:** Deron Beal ; Guido A Sanchez

Confidential          FN 076511

**Cc:** Tania Soann [Arivaca Freecycle Network] ; Ryan Hurley [Paris, France] ; Mark Messinger [Olympia Freecycle Network] ; Kelly [Kansas City Freecycle Network] ; Joanna Witting [Chicago Freecycle Network] ; Deron Beal [Tucson Freecycle Network] ; Chris Fontenot [Acadiana Freecycle Network] ; Aaron Liepman [Mid-Michigan Freecycle Network] ; [Twin Cities Freecycle Network] ; Brian Bishop [Shasta County Freecycle Network]
**Sent:** Tuesday, September 23, 2003 4:19 PM
**Subject:** Re: The (Worldwide!) Freecycle Network... he, he....

Howdy everyone,

http://www.cafepress.com/cp/info/
Design, Print and sell custom products for free. It's how a lot of Burning Man camps make and distribute their ware for the event.

Big hugs.

Albert
Freecycle Portland
Logo done by Mark in Olympia, WA

Short-term personal goal: Double the number of Freecycle groups by October 1st. Afterall, September is "Shameless Promotion month" at cafepress :)

----- Original Message -----
**From:** Deron Beal
**To:** Guido A Sanchez
**Cc:** Tania Soann [Arivaca Freecycle Network] ; Ryan Hurley [Paris, France] ; Mark Messinger [Olympia Freecycle Network] ; Kelly [Kansas City Freecycle Network] ; Joanna Witting [Chicago Freecycle Network] ; Guido A Sanchez [New Jersey Freecycle Network] ; Deron Beal [Tucson Freecycle Network] ; Chris Fontenot [Acadiana Freecycle Network] ; Albert Kaufman [Portland Freecycle Network] ; Aaron Liepman [Mid-Michigan Freecycle Network] ; [Twin Cities Freecycle Network] ; Brian Bishop [Shasta County Freecycle Network]
**Sent:** Tuesday, September 23, 2003 1:57 PM
**Subject:** Re: The (Worldwide!) Freecycle Network... he, he....

Thanks, Guido. I'll keep you posted as things move forward. I like the idea of having new groups contacting similar freecycle community groups for hep/tips (rural vs. city, etc.): Takes the burden off any one person. FYI: Freecycle Portland is doing t-shirts. I'm a bit jealous...

Keep on Freecyclin'
Deron

----- Original Message -----
**From:** Guido A Sanchez
**To:** Deron Beal
**Sent:** Thursday, September 18, 2003 7:59 PM
**Subject:** Re: The (Worldwide!) Freecycle Network... he, he....

Thanks for including me on this update list, it is really useful and I'm glad to be a part of this community now. I wanted to let you know my thoughts on a few things. My thoughts are as follows:

Confidential         FN 076512

In terms of the guide for starting up, I think it may be useful to advise people interested in contact some of us who have started in areas that may be similar to their target area, this will allow people to get a feel for some differing concerns.

I think all your local ideas for events sound great, I wish I was in Tuscon or had a group large enough to try such events at this point! Good luck on all of those!

I also think the email idea is great. I don't feel like setting up a Yahoo! account to remember to check for the organization, so I set up the group with my personal email (this one) as my email. That is not a huge issue for me, but I think it could be helpful to have an alternative that I can use on the site as to keep this email more private. Please keep us posted on the progress of that!

Thanks again!

Guido A. Sanchez


Content-Type: multipart/alternative; boundary="----
=_NextPart_001_0200_01C37DDE.D4CD9380" ------
=_NextPart_001_0200_01C37DDE.D4CD9380 Content-Type: text/plain; charset="iso-8859-1" Content-Transfer-Encoding: quoted-printable Hey there Freecycle Moderators, I'm sending this out to everyone I could find or with whom I've already = e-mailed who is a Freecycle Moderator. I'm Deron Beal and set up the = Tucson Freecycle Network. I'm thinking it'd be pretty great to pull = together and start up a "giving revolution." This planet could use some = good news for a change, seems to me. Anyway, let me know what you think = about the ideas below! And good luck!!! It's a helluva lot of fun, once = it gets going.=20 Stuff to talk about: 1) Our informational webpage at www.freecycle.org is done. It is = informational only. It serves two purposes: one: has instructions of how = to set up your own city's freecycle and, two: it has links to all the = existing freecycle groups. I hope this will someday grow into a webpage = make it possible for us to not have to use yahoo (with all the ads). If = you're into this, could you mention this page in your intro paragraph on = your yahoo group page somewhere. Something like: "Want to start up a = freecycle in your city? Go to www.freecycle.org for details on how. = Please also check it out and let me know what you think. 2) Check out the Olympia Freecycle Network's cool logo. You all are = welcome to use/add to the one we put together on Freecycle.org too, if = you want (we reserve the right to say you can't use it if you do nasty = things with it or use it commercially). Mid-Michigan and Chicago and = other have also put together their own cool logos. I'll attach the font = we used, if you know how to do this kind of thing. You can copy the logo = off of the webpage. 1) I want to keep this totally nonprofit and noncommercial. To this end, = we're putting through the trademark/copyright stuff with a local lawyer. = I have been trying to pattern it after a webpage called Craigslist.org = up in the bay area. Craigs List is for free classified ads (to sell = stuff though) for any city that's interested in starting up their own = sub-webpage at craigslist.org. They don't do any banner ads, pop-up ads = and this kind of stuff and have not only managed to stay afloat, but = also have a foundation to give away money to good causes. Of course, = they charge for job ads and that's where they get the cash. We may = likely never have that kind of cash, but I do think we can make this = float. We currently have over 1,000 members in Tucson and I've asked = them if they

Confidential                    FN 076513

think it would be kosher to ask them for a $5 donation or = something to raise money for a "Worldwide Freecycle Network" webpage. = THey've said yes, so I'll be asking. I'll probably also have t-shirts = made up with our brand new "logo" on them. If I can get a couple of = grand together, everyone who wants to could then move their groups to = our very own webpage (no yahoo, no banner ads, no pop-up ads). I think = this would further unify and foster the development of further groups. I = really could use your ideas here. I've got a few more ideas here but = I'll spare you for now. 2) My organization is a nonprofit 501(C)3 based in Tucson, Arizona = called Rise, Inc.. The program I run is called Downtown Don't Waste it = and our mission is to further recycling and to provide transitional = employment to disadvantaged citizens. I basically thought this baby up = in order to give away all the good stuff we were being donated (to other = nonprofits) as we did our recycling rounds and figured we might as well = open it up to everyone. I was a little worried about "profit-takers" = taking things over and a little worried that nonprofits would be getting = less stuff donated. The opposite has been the case. I always try to = emphasize that people considering giving nonprofits the first shot at = something and this generally works out quite nicely. I'll also encourage = people to concentrate on giving (sending out "OFFER: old sofa" e-mails = and to use restraint with the "WANTED: old sofa" type of e-mails). = People generally also tend to respect this because they don't want their = own mail box flooded with extra "WANTED" e-mails from everyone. I have = intentionally used "WANTED" rather than "NEEDED" though because there = are plenty of good wants that aren't needs like: "WANTED: kitten" etc. I = find that most peope kind of sign up because they think, hey, I could = use old stuff for free. With time, they then realize this is an = excellent way to get rid of stuff they'd otherwise throw away. Or, = they've always said, gee, if someone needed this old box of perfectly = good wiggits, I'd give it to them but I can't stand to just throw them = away. We've had everything from a plastic newspaper box (like is = attached to your mailbox) to a Volvo given away. A disadvantaged local = elderly couple lost their furniture and part of their home to a fire and = it took only one e-mail to the group to get them a whole new set of = furniture. I guess what I'm getting at is that people kinda join cause = they think it might be fun to get something and they stay on because = they find it's so fun giving away stuff. We make an occasional plug for = donating books to the local library and stuff like this. We've also had = a couple of people do "FREE YARD SALE FOR FREECYCLERS" (come at 8am on = Saturday and take what you need but leave what you don't for others). 3) Anyway, the Freecycle Network has become a nice local giving = community, and, hey, we're "getting" too. Oh and to build community and = maybe raise some more funds, I'm looking at getting people together to = do a free swap meet and call it a Free Bee: Here's the definition of = "bee": a charitable gathering of individuals in a community to work = towards a common cause. I'll announce it to the Tucson Freecycle = Network: anyone can come and bring a box of old stuff. For every item = you get a ticket or token; you set your box of, say, ten items on the = twenty yard line of a football field or something and go pick out ten = items from someone else's stuff. When you check out, you show ten items = and you give back the ten tokens. You then leave your box of stuff their = or give it to one of the many nonprofits like Salvation Army who are = there to accept clothing, etc. donations... To raise money for the = website, I'll request an entrance donation of $5 or something. What do = you think?=20 4) I'm sure the beginning of our "movement" or "giving revoluton" will = be a little chaotic, but I figured we could give it

Confidential                                    FN 076514

a shot and think = big, eh? What do you all think?=20 5) I know I'm forgetting something. Oh, yeah. WIth out webpage, our = internet service provider, Jeff Davis, has offered us a whole slew of = e-mail addresses so I figured I could offer each of you a free one which = can run from his webpage or can just link to your normal e-mail address. = Your e-mail address could be yourcity@freecycle.org. Or maybe it's = dingdong@freecycle.org. You mention that e-mail address in your intro = paragraph. At first, I just figured it'd be fun to do this, but = practically speaking, I suppose if you get tired of moderating you could = pass it on to a friend or a nice local recycling nonprofit to do and = just have me switch the e-mail to point at their e-mail address. Does = this make any sense? If you're more computer savvy, I'd welcome your = thoughts here. Phuh, I think that's it for now. Let's keep this ball a rollin'.... Deron PS: And like Abe Lincoln once said: " Think globally, recycle locally." Deron Beal Downtown Don't Waste It (520) 791-2569 A nonprofit, Rise, Inc. program offering meaningful work to = disadvantaged Tucsonans, and recycling services to downtown businesses. ------
=_NextPart_001_0200_01C37DDE.D4CD9380 Content-Type: text/html; charset="iso-8859-1" Content-Transfer-Encoding: quoted-printable
Hey there Freecycle = Moderators,
I'm sending this out to everyone I = could find or=20 with whom I've already e-mailed who is a Freecycle Moderator. I'm = Deron=20 Beal and set up the Tucson Freecycle Network. I'm thinking it'd be = pretty great=20 to pull together and start up a "giving revolution." This planet could = use some=20 good news for a change, seems to me. Anyway, let me know what you think = about=20 the ideas below! And good luck!!! It's a helluva lot of fun, once it = gets going.=20

Stuff to talk = about:
1) Our informational webpage at www.freecycle.org is done. It is=20 informational only. It serves two purposes: one: has instructions of how = to set=20 up your own city's freecycle and, two: it has links to all the existing=20 freecycle groups. I hope this will someday grow into a webpage make it = possible=20 for us to not have to use yahoo (with all the ads). If you're into this, = could=20 you mention this page in your intro paragraph on your yahoo group page=20 somewhere. Something like: "Want to start up a freecycle in your city? = Go to www.freecycle.org for details on = how. Please=20 also check it out and let me know what you think.

2) Check out the Olympia Freecycle = Network's cool=20 logo. You all are welcome to use/add to the one we put together on = Freecycle.org=20 too, if you want (we reserve the right to say you can't use it if you do = nasty=20 things with it or use it commercially). Mid-Michigan and Chicago and = other have=20 also put together their own cool logos. I'll attach the font we used, if = you=20 know how to do this kind of thing. You can copy the logo off of the=20 webpage.

1) I want to keep this = totally nonprofit=20 and noncommercial. To this end, we're putting through the = trademark/copyright=20 stuff with a local lawyer. I have been trying to pattern it after a = webpage=20 called Craigslist.org up in the bay area. Craigs List is for free = classified ads=20 (to sell stuff though) for any city that's interested in starting up = their own=20 sub-webpage at craigslist.org. They don't do any banner ads,

Confidential                                FN 076515

pop-up = ads and=20 this kind of stuff and have not only managed to stay afloat, but also = have a=20 foundation to give away money to good causes. Of course, they charge for = job ads=20 and that's where they get the cash. We may likely never have that kind = of cash,=20 but I do think we can make this float. We currently have over 1,000 = members in=20 Tucson and I've asked them if they think it would be kosher to ask them = for a $5=20 donation or something to raise money for a "Worldwide Freecycle Network" = webpage. THey've said yes, so I'll be asking. I'll probably also have = t-shirts=20 made up with our brand new "logo" on them. If I can get a couple of = grand=20 together, everyone who wants to could then move their groups to our very = own=20 webpage (no yahoo, no banner ads, no pop-up ads). I think this would = further=20 unify and foster the development of further groups. I really could use = your=20 ideas here. I've got a few more ideas here but I'll spare you for=20 now.

2) My organization is a nonprofit = 501(C)3 based in=20 Tucson, Arizona called Rise, Inc.. The program I run is called Downtown = Don't=20 Waste it and our mission is to further recycling and to provide = transitional=20 employment to disadvantaged citizens. I basically thought this baby up = in order=20 to give away all the good stuff we were being donated (to other = nonprofits) as=20 we did our recycling rounds and figured we might as well open it up to = everyone.=20 I was a little worried about "profit-takers" taking things over and a = little=20 worried that nonprofits would be getting less stuff donated. The = opposite has=20 been the case. I always try to emphasize that people considering giving=20 nonprofits the first shot at something and this generally works out = quite=20 nicely. I'll also encourage people to concentrate on giving (sending out = "OFFER:=20 old sofa" e-mails and to use restraint with the "WANTED: old sofa" type = of=20 e-mails). People generally also tend to respect this because they don't = want=20 their own mail box flooded with extra "WANTED" e-mails from everyone. I = have=20 intentionally used "WANTED" rather than "NEEDED" though because there = are plenty=20 of good wants that aren't needs like: "WANTED: kitten" etc. I find that = most=20 peope kind of sign up because they think, hey, I could use old stuff for = free.=20 With time, they then realize this is an excellent way to get rid of = stuff they'd=20 otherwise throw away. Or, they've always said, gee, if someone needed = this old=20 box of perfectly good wiggits, I'd give it to them but I can't stand to = just=20 throw them away. We've had everything from a plastic newspaper box (like = is=20 attached to your mailbox) to a Volvo given away. A disadvantaged local = elderly=20 couple lost their furniture and part of their home to a fire and it took = only=20 one e-mail to the group to get them a whole new set of furniture. I = guess what=20 I'm getting at is that people kinda join cause they think it might be = fun to get=20 something and they stay on because they find it's so fun giving away = stuff. We=20 make an occasional plug for donating books to the local library and = stuff like=20 this. We've also had a couple of people do "FREE YARD SALE FOR = FREECYCLERS"=20 (come at 8am on Saturday and take what you need but leave what you don't = for=20 others).

3) Anyway, the Freecycle Network has = become a nice=20 local giving community, and, hey, we're "getting" too. Oh and to build = community=20 and maybe raise some more funds, I'm looking at getting people = together to=20 do a free swap meet and call it a Free Bee: Here's the definition of "bee": a charitable gathering of = individuals in=20 a

Confidential                FN 076516

community to work towards a common cause. I'll announce it to the = Tucson=20
Freecycle Network: anyone can come and bring a box of old stuff. For = every item=20
you get a ticket or token; you set your box of, say, ten items on the = twenty=20 yard line
of a football field or something and go pick out ten items = from=20 someone else's stuff.
When you check out, you show ten items and you = give back=20 the ten tokens. You
then leave your box of stuff their or give it to one = of the=20 many nonprofits like
Salvation Army who are there to accept clothing, = etc.=20 donations... To raise money
for the website, I'll request an entrance = donation=20 of $5 or something. What do you
think?

4) I'm sure the beginning of our = "movement" or=20 "giving revoluton" will be a little
chaotic, but I figured we could give = it a=20 shot and think big, eh? What do you all
think?

5) I know I'm forgetting something. Oh, = yeah. WIth=20 out webpage, our internet
service provider, Jeff Davis, has offered us a = whole=20 slew of e-mail addresses so I
figured I could offer each of you a free = one which=20 can run from his webpage or can
just link to your normal e-mail address. = Your=20 e-mail address could be
yourcity@freecycle.org. Or = maybe it's=20 dingdong@freecycle.org. = You
mention=20 that e-mail address in your intro paragraph. At first, I just figured = it'd
be=20 fun to do this, but practically speaking, I suppose if you get tired of=20
moderating you could pass it on to a friend or a nice local recycling = nonprofit=20 to do
and just have me switch the e-mail to point at their e-mail = address. Does=20 this make
any sense? If you're more computer savy, I'd welcome your = thoughts=20 here.

Phuh, I think that's it for now. Let's = keep this=20 ball a rollin'....
Deron

PS: And like Abe Lincoln once said: " = Think=20 globally, recycle locally."


Deron Beal
Downtown Don't Waste = It
(520)=20 791-2569

A nonprofit, Rise, Inc. program = offering meaningful=20 work to disadvantaged
Tucsonans, and recycling services to downtown=20 businesses.
------=_NextPart_001_0200_01C37DDE.D4CD9380--

Confidential

FN 076517

---

----- Original Message -----
From: Deron Beal
To: Tania Soann [Arivaca Freecycle Network] ; Mark Messinger [Olympia Freecycle Network] ; Lissy Abraham [Sunnyvale, CA Freecycle Network] ; Kelly [Kansas City Freecycle Network] ; Joanna Witting [Chicago Freecycle Network] ; Jeff Davis ; Ian Blakeslee [Maui Freecycle Network] ; Guido A Sanchez [New Jersey Freecycle Network] ; Deron Beal [Tucson Freecycle Network] ; Darkness [Las Vegas Freecycle Network] ; Dan Corcoran [Seattle Freecycle Network] ; Chris Fontenot [Acadiana Freecycle Network] ; Brian Olson [Twin Cities Freecycle Network] ; Brian Bishop [Shasta County Freecycle Network] ; Albert Kaufman [Portland Freecycle Network] ; Alan Heft [Tokyo Freecycle Network] ; Aaron Liepman [Mid-Michigan Freecycle Network] ; [Freecycle Colorado] ; [Freecycle Central New Jersey] ; [Coos County] ; [San Diego]
Sent: Thursday, October 09, 2003 11:40 AM
Subject: Welcome: Las Vegas, Maui, Singapore, Sunnyvale, Central New Jersey, Seattle & San Diego

Hello Las Vegas, Maui, Singapore, Sunnyvale, CA, Central New Jersey, Seattle & San Diego.

Welcome to the Freecycle Network. What makes this network work (OK, sounds funny but you know what I mean) is that each city has it's own volunteer moderator that makes it happen. Each local group can get as big or stay as small as you yourself like! You'll notice that I've copied all the other freecycle moderators out there so you can see who else is out there movin' and shakin' and they can see that you're up and running. Feel free to get in touch with any of us for ideas and input. Most have gotten up and running within the past month or so. Kansas City (Kelly) and Tucson (me, Deron) have been goin' a little longer and would be able to offer already-up-and-running advice. Portland (Albert) & Chicago (Joanna) are still pretty much brand spankin' new but are already taking it up to the next level and could offer some great advice, I'm sure. Feel free to check out the various cool logo designs (Portland even has the totally underground t-shirts available). Everyone's glad to help out so don't hold back!

So that people at cities nearby you can find out how to set up their own freecycle network, you might want to add mention of freecycle.org for them in your intro paragraph or something. My goal is to get that webpage opened up for all the moderators to mold themselves with individual subwebpages and a moderator group of some kind (and much, much more...). We want to keep this noncommercial and without popup ads and what not. I'm in the process of seeking donations from the local Tucson members to fund the webpage. We will be having a "give away" swapmeet to raise some bucks and a local volunteer will be trying to talk with someone at the Craig's List Foundation during her trip to the bay area next week. Any and all ideas are welcome here.

Include us in your learning curve so that we can grow with you too! After you get 30-40 friends signed up, I recommend you contact the local press to get a nice article in the accent section or something. Other cities might also have good ideas here with flyers, events, etc. The important thing is to have some fun!

Communication with other cities:
Kelly suggests a listserv for all of us moderators on yahoo groups for now. What do you all think? Shall I set one up? Pretty soon we'll have a Blog function on the webpage too, which is nice, so maybe if each of us just has everyone else's e-mail in an e-mail group in their mail software, that's enough? However, we're growing pretty quickly so it's hard to keep up with. What are everyone's thoughts here?

Since we have lots of room for e-mail addresses at freecycle.org, I also thought it'd be fun to give one to all moderators for free: yourcity@freecycle.org.
Ideas here? I've just got to find the time for this with Jeff, our computer volunteer. Jeff also is an

Confidential       FN 076518

ISP for nonprofits and offers his service for $10 per month if you are setting up your own page for whatever reasons!

If you are in a big city or a foreign country you might want to consider having two or more groups at some point, for the East Valley and the West or in English and in the local language. Having lived in a foreign country for many years, I'm big into keeping it native tongue where possible, but, hey, this might be a nice ex-pat et alia thing too. Tokyo (Alan) is about a week or two ahead of you Diane (Singapore) so you might want to contact Alan for ideas.

If there is a local nonprofit recycling or fleamarket or Salvation Army type of group, you might want to get them involved somehow (as a second moderator?) as a place to donate or a place to serve as a dropoff or pickup point. Or you might just add them to your links page. But, hey, I'm with a local nonprofit recycling group so I'm biased! We also have a cardboard box and packing peanut exchange open to all. I'll go ahead and sign up for your individual yahoo groups too. Colorado, Coos County, San Diego, Central New Jersey: could you get me a personal e-mail address for you because it is not possible to send out an e-mail to more that one yahoo group owner e-mail address at a time? And, wha are your names, too? Las Vegas: you may want to consider using a more trust-building name than "Darkness." Although, I'm totally into dark skies and what not!

It's totally fun to see how everyone else is coming along so keep us posted as to how things are developing! Oh and I'm working on getting your links on to the webpage as we speak...

Keep on Freecyclin'
Deron

Deron Beal
RISE / Downtown Don't Waste It!
(520) 791-2569

A nonprofit, Rise, Inc. program offering meaningful work to disadvantaged Tucsonans, and recycling services to downtown businesses.

Confidential    FN 076519