# EXHIBIT 16

```
>They credit Freecycle for the bulk of there membership.
>I live in California and upon there request have since started our
>own group California seed and plant exchange.
>http://groups.yahoo.com/group/Casape/
>Though still in its infancy we are fallowing the lead set forth by
>our friends in Michigan. And are making shure everyone who frequents
>our site knows about Freecycle. I am a member of over 70 of the
>Freecycle sites in California and will not post often except in my
>General location.
>Sharing is carring Thank you to the owners and moderators of the
>manny Freecycle groops as well As to Michigan plant exchange. You all
>do so much for so manny.
>
>Please feel free to contact me by eather email Seedling71@y...
>or instant messanger Id seedling71 As I dont get posts from most
>groops there are just to manny.
>Dave
>--------------
```

From: Tim Oey <timoey@yahoo.com>
Date: Thu Aug 12, 2004 9:49 pm
Subject: Freecycle Etiquette text

Reduce_Reuse...
⊘Offline
✉Send Email
✈Invite to Yahoo! 360°
Remove Author | Ban Author

FN 073672

Hi all,

Below is a copy of the "Freecycle Etiquette" text that my local groups send to
members "upon joining group" and "every month". As we're always looking to
improve, please send me comments and suggestions. Thanks!

**Highly Confidential-
Attorneys' Eyes Only**

Cheers,
Tim
Sunnyvale, South SF Bay, Milpitas

----------------------
FREECYCLE ETIQUETTE

Please read carefully. Then re-read.

Freecycling is all about Reduce, Reuse, Recycle. It's better for someone else to
reuse your item than recycle the materials in it or have it end up as trash.
This also means finding people near you to minimize energy use and pollution.
The better we care for our planet, the better it takes care of us (and our
kids).


1) Approach -- Keep it free, legal, and appropriate for all ages (no medicines,
drugs, guns, adult material, etc). Also no services, only tangible goods.

NO POLITICS and NO SPAM. Two strikes and you're out for mild inappropriate
behavior. 1 strike and your out for SPAM and gross misconduct.

No free advice--even if it's really good. If you have a local community public
service announcement, contact the moderators first -- it might be allowed
depending on what it is.

Also generally no discussion on the list, send questions to the "-owner"
(moderator) address that you can find on the group's home page.

No trading or bartering. When in doubt check with the moderator first. If you
have an ongoing need for something, please do not post more

FN 073673

Highly Confidential-
Attorneys' Eyes Only