# EXHIBIT 20

Case 4:06-cv-00324-CW    Document 127-15    Filed 09/26/2007    Page 2 of 4

Gmail - [freecyclemodsquad] Fake Texas Group?                    Page 1 of 3



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] Fake Texas Group?
2 messages

---

**Brenda Gainer <starfruit3000@gmail.com>**                Mon, Apr 3, 2006 at 10:42 PM
To: freecyclemodsquad@yahoogroups.com

```
Hey, gang--

I just wanted to give you a head's up.  Someone recently emailed me
asking me to link to their "new group" called Hill Country Free Cycling.
(OUR group is "Hill Country Freecycling!!!")

I said I wouldn't link to it until I can confirm that it is a "real"
group.  I'm anxiously waiting to hear back from Jaymi/Texas GOA.  (see
below)

So....if you're approached, I wouldn't approve endorsing this new group
just yet.  Also, I'm kind of curious to know if you DO get approached.
:-)

Thanks!
*Brenda*
Moderator, HCFN




---------- Forwarded message ----------
From: Brenda Gainer <starfruit3000@gmail.com
<mailto:starfruit3000@gmail.com> >
Date: Apr 4, 2006 12:38 AM
Subject: Fake Texas Group?
To: texas@freecycle.org <mailto:texas@freecycle.org>

Jaymi--

Hi there!

I recently sent you an email about a possibly unauthorized Freecycle
group.

Here is their link:
http://groups.yahoo.com/group/TX_Hill_Country_Freecycling/
<../../../../../../TX_Hill_Country_Freecycling/>

I don't see that they are approved.  Besides that, they are trying to
use the same name as our group--Hill Country Freecycle.  OUR link:
http://groups.yahoo.com/group/HillCountryFreecycle/
<../../../../../../HillCountryFreecycle/>

Help?

Thanks!
*Brenda*
Moderator


[Non-text portions of this message have been removed]




Please remember to trim your posts when responding to messages posted on the site.  Thank You.

Report news articles:                    newswire@freecycle.org
Submit to the TFN newsletter:             updates@freecycle.org
Contact your GOA:         http://www.freecycle.org/manual/goa_list.htm

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
```

**Confidential**

Case 4:06-cv-00324-CW   Document 127-15   Filed 09/26/2007   Page 3 of 4

Gmail - [freecyclemodsquad] Fake Texas Group?                Page 2 of 3

We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

---

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

---

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Moderator - FreecycleYSO <maryfcyso@yahoo.com>**        Mon, Apr 3, 2006 at 11:01 PM
To: Brenda Gainer <starfruit3000@gmail.com>, freecyclemodsquad@yahoogroups.com

I don't know anything about the new fake or rogue group, but it appears that your group's name is not in compliance with the guidelines of The Freecycle Network (TM):

Any use of the phrase Freecycle is only used as an adjective
such as Freecycle members, etc. and is capitalized. No uses of
freecycling, freecycler, freecycled, freecyclin', etc. The name
"Freecycle" used in place of "The Freecycle Network" is also
appropriate although a noun.

---------

Mary in Ohio

Brenda Gainer <starfruit3000@gmail.com> wrote:     Hey, gang--
[Quoted text hidden]

---------------------------------

---------------------------------
Blab-away for as little as 1¢/min. Make  PC-to-Phone Calls using Yahoo! Messenger with Voice.

[Non-text portions of this message have been removed]

Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:                        newswire@freecycle.org
Submit to the TFN newsletter:                updates@freecycle.org
Contact your GOA:       http://www.freecycle.org/manual/goa_list.htm

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother

Confidential

FN 077391

Case 4:06-cv-00324-CW    Document 127-15    Filed 09/26/2007    Page 4 of 4

Gmail - [freecyclemodsquad] Fake Texas Group?                    Page 3 of 3

We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

---

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

SPONSORED LINKS

Fun

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential