# EXHIBIT 26



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] QUESTION???????
7 messages

**Susan <spetrey@nctc.com>**   Fri, Apr 22, 2005 at 3:19 PM
To: Undisclosed-Recipient

> I am looking for a specific answer.
> Not opinions
> Please DO NOT write me and say "I THINK SO"
> Please DO write me and say "YES IT IS A FREECYCLE RULE, HERE IT IS IN PRINT"
> WWW.BLAHBLAHBLAH.COM
>
> Is it a rule or Freecycle law that groups must be approved?
> Can anyone just start a QUOTE "FREECYCLEBOONIEGROUP"
> And run it anyway they want without obeying the rules Freecycle has put down???
>
> TIA
> Susan
>
>
>
>
>
> ***********************
> *Twinkle Twinkle little star*
> *You should know what you are*
> *And once you know what you are
> *Mental hospital is not so far.*
>
> ***********************
>
> [Non-text portions of this message have been removed]
>
>
>
> ------------------ Yahoo! Groups Sponsor -----------------~-->
> Give the gift of life to a sick child.
> Support St. Jude Children's Research Hospital's 'Thanks & Giving.'
> http://us.click.yahoo.com/IGEjbB/6WnJAA/E2hLAA/rcTolB/TM
> --------------------------------------------------------~->
>
> Report news articles:      newswire@freecycle.org
> Contact your GOA:          http://www.freecycle.org/faq_mod.php#help
> Contact ModSquad Mods:  freecyclemodsquad-owner@yahoogroups.com
>
> Freecycle and the Freecycle logo are trademarks of
> The Freecycle Network in the United States and/or
> other countries.

Confidential

Yahoo! Groups Links

<*> To visit your group on the web, go to:
   http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
   freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
   http://docs.yahoo.com/info/terms/

---

**Beverly <Beverly.TN@gmail.com>**              Fri, Apr 22, 2005 at 3:33 PM
To: freecyclemodsquad@yahoogroups.com

To be an official Freecycle group, they must be approved and on the
Freecycle.org list.

See Deron's Response's - Lists Official or Not: If it has a link on
freecycle.org, it's official. Message # 15278

Lists Official or Not   01/18/05      If it has a link on freecycle.org,
it's official   15278


--- In freecyclemodsquad@yahoogroups.com, "Susan" <spetrey@n...> wrote:
> Is it a rule or Freecycle law that groups must be approved?
> Can anyone just start a QUOTE "FREECYCLEBOONIEGROUP"
> And run it anyway they want without obeying the rules Freecycle has
put down???
>
> TIA
> Susan
>
>
>
>
>
>
> ************************
> *Twinkle Twinkle little star*
> *You should know what you are*
> *And once you know what you are
> *Mental hospital is not so far.*
>
> ************************
>
> [Non-text portions of this message have been removed]

Confidential

------------------------ Yahoo! Groups Sponsor --------------------~-->
Help save the life of a child. Support St. Jude Children's Research Hospital's
'Thanks & Giving.'
http://us.click.yahoo.com/mGEjbB/5WnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**Cynthia Armistead <safety@freecycle.org>**                     Fri, Apr 22, 2005 at 3:37 PM
To: Susan <spetrey@nctc.com>
Cc: freecyclemodsquad <freecyclemodsquad@yahoogroups.com>

Susan wrote:

>I am looking for a specific answer.
>Not opinions
>Please DO NOT write me and say "I THINK SO"
>Please DO write me and say "YES IT IS A FREECYCLE RULE, HERE IT IS IN PRINT"
>WWW.BLAHBLAHBLAH.COM
>
>Is it a rule or Freecycle law that groups must be approved?
>Can anyone just start a QUOTE "FREECYCLEBOONIEGROUP"
>And run it anyway they want without obeying the rules Freecycle has put down???
>
>
It is a rule. I don't know if it's on the web anywhere, but anyone who
wants to use the Freecycle name has to abide by certain rules -
including the one that says new groups have to be approved.

Namaste,
Cyn

--
--
Cynthia Armistead, Freecycle Safety Coordinator
http://www.freecycle.org/
http://www.technomom.com/

------------------------ Yahoo! Groups Sponsor --------------------~-->
Give underprivileged students the materials they need to learn.
Bring education to life by funding a specific classroom project.
http://us.click.yahoo.com/4F6XtA/_WnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**Susan <spetrey@nctc.com>**                                      Fri, Apr 22, 2005 at 3:51 PM
To: Cynthia Armistead <safety@freecycle.org>
Cc: freecyclemodsquad <freecyclemodsquad@yahoogroups.com>

Confidential

So who deals with the ones that use the name for groups just for spamming methods?

Now I have tried to deal with the goa's doa's whatever they are and whoever they are and I have never not once gotten a response from them.
I really think they are a figment of someone's imagination.
When I know that is what someone is going to say is contact them.
My time is more valuable than that.
And the reason I am so nasty about it is I think the Freecycle name is more valuable then that also.
So what do you do?????

[Non-text portions of this message have been removed]

------------------------ Yahoo! Groups Sponsor --------------------~-->
Give the gift of life to a sick child.
Support St. Jude Children's Research Hospital's 'Thanks & Giving.'
http://us.click.yahoo.com/IGEjbB/6WnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**Beverly <Beverly.TN@gmail.com>**                               Fri, Apr 22, 2005 at 4:29 PM
To: freecyclemodsquad@yahoogroups.com

We have a wonderful GOA for Tennessee and she has made her presence known on the TNmodsquad. Have you contacted Traci Dale at tennessee @ freecycle.org?

If not, please do.

Beverly, Cleveland, TN
[Quoted text hidden]

---

**Sarah <sarahbethmcconnell@yahoo.com>**                         Fri, Apr 22, 2005 at 9:47 PM
To: Susan <spetrey@nctc.com>, freecyclemodsquad@yahoogroups.com

I don't know why I am recieving this in my personal e-mail, this is nasty and rude.
Why are you yelling and making demands to me personally is beyond my understanding.
But I will answer your questions, and I will answer them on the list, where they belong.
I hope this will answer your questions.
I found out about Freecycle a couple of months ago, and I went through all the required steps to create a group. (as follows)

1) fill in the form on: http://www.freecycle.org/startagroup.php
2) follow the step by step instructions
3) a freecycle state approval person will contact you, to find out detailed information about your area, population of your proposed area, and the yahoogroups site you have to create before you can be approved.

I was contacted in a reasonable amount of time, by a very nice person, and was on my way to having a new group approved. But then I found out that the next town over from me was in need of a new moderator. And since that's what I "do", I volunteered. Freecycle owns the name, and people are not allowed to just create one without approval

Confidential

from Freecycle. I'm sure they do, and I'm also sure that they get shut down when they
are discovered running a non approved group with a trademarked name.
This little statement can be found at the bottom of the page I listed above:
Please note that use of the materials provided to you in this process (including files, emails, and the
Freecycle™ logo and name) is reserved for approved Freecycle groups. You may use them freely while
involved in the approval process, but if you are notified that your group has not been approved, please note
that the name Freecycle, any variation thereof, and any materials made available to you on this site or in this
process (whether used verbatim or altered) must be removed from your group immediately (or your group
must be deleted immediately). Thank you.

© 2003,2004,2005, The Freecycle Network™. All rights reserved.

---

X-Apparently-To:sarahbethmcconnell@yahoo.com via 66.218.93.109; Fri, 22 Apr 2005 15:20:48 -
0700Authentication-Results:mta110.mail.dcn.yahoo.com from=yahoogroups.com; domainkeys=pass (ok)X-
Originating-IP:[66.94.237.35]Return-Path:<sentto-11221439-20318-1114208403-sarahbethmcc
onnell=yahoo.com@returns.groups.yahoo.com>
Susan <spetrey@nctc.com> wrote:
I am looking for a specific answer.
Not opinions
Please DO NOT write me and say "I THINK SO"
Please DO write me and say "YES IT IS A FREECYCLE RULE, HERE IT IS IN PRINT"
WWW.BLAHBLAHBLAH.COM

Is it a rule or Freecycle law that groups must be approved?
Can anyone just start a QUOTE "FREECYCLEBOONIEGROUP"
And run it anyway they want without obeying the rules Freecycle has put down???

TIA
Susan




***********************
*Twinkle Twinkle little star*
*You should know what you are*
*And once you know what you are
*Mental hospital is not so far.*

***********************

[Non-text portions of this message have been removed]


Report news articles:      newswire@freecycle.org
Contact your GOA:          http://www.freecycle.org/faq_mod.php#help
Contact ModSquad Mods:     freecyclemodsquad-owner@yahoogroups.com

---

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

Confidential