# EXHIBIT 30

Case 4:06-cv-00324-CW   Document 127-19   Filed 09/26/2007   Page 2 of 3

Gmail - [freecyclemodsquad] Rogue Group? Page 1 of 2



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] Rogue Group?
2 messages

**Phyllis <pgstaley@yahoo.com>**     Tue, Feb 20, 2007 at 5:26 PM
To: freecyclemodsquad@yahoogroups.com

I think this is a rogue group. It's not listed at the .org site. Also this is the area my group covers. Who do I need to contact about this? Following is a post I just deleted from my group.

Thanks, Phyllis owner Limestone County Freecycle(TM)

"Laura" <hottexasmom2005@yahoo.com>
hottexasmom2005

There is a new freecycle group in this area

Mexia-Coolidge Freecycle Go to yahoo groups and look for it. Good luck freecycling

Messages in this topic (8) Reply (via web post) | Start a new topic
Messages
Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:       newswire@freecycle.org
Submit to the TFN newsletter:       updates@freecycle.org
Contact your GOA:   http://www.freecycle.org/manual/goa_list.htm
Mod Manual:       http://www.freecycle.org/manual/index_manual.htm

Modsquad Moderators
Ann/Tuppete, Beverly/bevcan23, and Janet/gj_mod
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

Recent Activity
    1
New Members
    38
New Files
Visit Your Group
Give Back

Yahoo! for Good

Get inspired

by a good cause.

Y! Toolbar

Get it Free!

easy 1-click access

to your groups.

Yahoo! Groups

Start a group

in 3 easy steps.

Connect with others.

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

YAHOO! GROUPS

Change settings via the Web (Yahoo! ID required)
Change settings via email: Switch delivery to Daily Digest | Switch format to Traditional
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

**Confidential**

Case 4:06-cv-00324-CW   Document 127-19   Filed 09/26/2007   Page 3 of 3

Gmail - [freecyclemodsquad] Rogue Group?                                              Page 2 of 2

**Patricia <weavesations@comcast.net>**　　　　　　　　　　　　　　　　　Tue, Feb 20, 2007 at 5:49 PM
To: Phyllis <pgstaley@yahoo.com>, freecyclemodsquad@yahoogroups.com

    Contact your state GOA.they will look into it.　　　　　　　　　　　　　　[Quoted text hidden]

    Patricia A. Lawrence

    <mailto:Weavesations@comcast.net> Weavesations@comcast.net

    Owner/Moderator - Freecycle Westminster, Westminster Community Cafe

    Freecycle Mentor Mod

    Westminster, MD

---

    From: freecyclemodsquad@yahoogroups.com
    [mailto:freecyclemodsquad@yahoogroups.com] On Behalf Of Phyllis
    Sent: Tuesday, February 20, 2007 7:26 PM
    To: freecyclemodsquad@yahoogroups.com
    Subject: [freecyclemodsquad] Rogue Group?

    I think this is a rogue group. It's not listed at the .org site. Also
    this is the area my group covers. Who do I need to contact about this?
    Following is a post I just deleted from my group.

    Thanks, Phyllis owner Limestone County Freecycle(TM)

    "Laura" <hottexasmom2005@ <mailto:hottexasmom2005%40yahoo.com>
    yahoo.com>
    hottexasmom2005

    There is a new freecycle group in this area

    Mexia-Coolidge Freecycle Go to yahoo groups and look for it. Good
    luck freecycling

    [Non-text portions of this message have been removed]

---

    Messages in this topic (9) Reply (via web post) | Start a new topic
    [Quoted text hidden]

---

Confidential