# EXHIBIT 33

Dockets.Justia.com



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] Re: parallel groups
5 messages

**charlotte Hess <freecyclebrevard@gmail.com>**  Fri, Mar 4, 2005 at 1:39 PM
To: freecyclemodsquad@yahoogroups.com

On the issue of neigboring groups.

If we larger groups are doing as we should (again in my opinion) we would be breaking off into the community groups, opening up a group in other areas of our city/county if the area can feasibly support it. Or when someone wants to open one up, support them, help them grow, and mentor them. Now that's what a neighborhood should be like.

As the new group guideline states, a person wanting to open a group must get permission of the neighboring mod. This can be a good thing and it can be a bad thing. Not all of us will look at this as a helpful thing but an encroachment and that's where the bad feelings come in. If you have a small city or a very rural area, it may be that another group is not needed at this time. Not to say it will never be needed.

If these groups must get our permission to open all the time and it's our decision to make, that concerns me in part.

If it is left up to us grandparent groups to make these decisions, will we? I believe we need to get over the ownership thing. We can't impede progress, and I wouldn't want to. I too look forward to seeing many community groups that I helped start, or helped support.

This is success to us. I fear if we keep trying to contain these smaller groups within our own, we will stifle the growth. Control is such as illusion, and we just don't, can't, nor should we want to do that to adults. Let's face it, they can do whatever they choose. If we don't give them what they need, it will happen without us.

As far as a city the size of Toronto, there is every reason to believe that even 3 groups could exist within that population. If numbers online are correct, Toronto has over 2 Million residents. If there are people wanting to open up other groups, that can and often does mean that another group is warranted. It's been proven over and over, and some of the best community building will happen within a smaller group of folks. Today Freecycling together, tomorrow who knows. In my group, there have been many deep friendships forged from members interations with each other.

As mentioned, and I've said before; the success or failure of a group to thrive depends on the Mod to some extent, but later on it comes down to the word of mouth from your membership. If they aren't happy with their Freecycle experience, perhaps from too many rules, they do one of 2 things. Drop out entirely, or if very offended, may start their own groups. Are they all disgruntled? I don't think so,

Confidential

but there are many ways to do this, and our way may not suit all people within a large area.

If they can share some of their stuff that would have been discarded, we have accomplished much.

I've mentored lots of groups, some not in Florida and to see them take off and move along on their own is a good thing. We have to cut them loose when they have shown they 'get it' and are doing a good job.

Here's one thing that occurs to me about the smaller groups. If we keep them all under the big Grandma umbrella and don't let them leave home so to speak and try it on their own, we don't pick up the neighbors in the smaller groups. These neigbors within will be our best PR to tell someone else. If we keep them big, I think there is less chance to have it passed forward. True large groups are an attractant as for good pickins but in truth, most of our members join to be part of something and many will never participate or take a year to pop up on the board. Haven't you seen that happen? An offer shows up and you say, who are they? Turns out they've been a member for ages.

I see that many responses are to deny the group opening. What we're saying is, the members have just this group because we don't want any others. But let's think about what FC is really for and who it's for. The groups have us as 'owners' and I dislike the term. We don't own these groups per se, the members own them. They make up the heart and soul of the groups and without them it will not stand. Without one of us, it will continue on just fine. That may hurt to hear but it's akin to teaching a child, sometimes it's time to let them fly solo.

For us to continue to deny other groups in our areas will only serve to stifle the forward growth of the network. In a city as large as the one in question, I would think there should be no reason not to have several groups broken into neighborhoods or areas of the city. Because we may have no trouble or don't mind navigating expressways and going from one end to the other to do a pick up, that doesn't speak for our members or does it? We just can't always make those decisions for others.

I think we as owners get too caught up in the territorial aspects of owning a group. As said, we don't 'own' anything and if we can't allow growth and expansion, perhaps if it bothers us that much, we need to step back and think about our reasons for this. Is it for the betterment of the group or for our own feelings. I understand how much time and work go into growing a group, and it's your baby; but prohibiting expansion will only create dissent, and then here we go with another rogue group popping up. Then your members will be checking it out and joining both, and you can't stop them.

So if the area is that large, why not allow other groups to open? Share the load for PR. The more the merrier is what we should be saying in large cities. Many large groups have done splits on their own and Deron has said that if a split is needed and you just won't do it, then it may have to happen anyway. I'm paraphrasing now folks. But something to that effect. We've split our group already

Confidential

once in Brevard in our 10 months of being in existence and we want to keep opening new groups. We've got feelers out for Mods to handle the neighboring areas, in our case the beaches. I can't cover the entire county spreading flyers around. But someone else can. Share the load, it will increase your membership rather than lessen it.

One person or even several mods can only benefit from others in our area opening up a group and spreading the word through out the neigborhoods. We just can't get the word out to everyone short of a week long telecast on Freecycle on local networks. But we can help and encourage these groups to open.

I see the future of FC as there being lots of groups within each county, large city or population. It can only be good. Let's try to think before making these decisions what are our reasons for not wanting it there.

If we deny them, it will happen with or without us. Wouldn't you rather be the mentor that they can go to for help rather than have them there as a rogue?

What will happen will happen. We can as my daddy said, Lead, follow or get out of the way. Think of a FC group as a Walgreens (HUGE in Florida) There are stores opening up all the time, and it's not for the managers to say no as they don't want to lose sales to the new stores. The stores are opened for the convenience of the population.

FC group owners are to me like a Franchise of a large company. We apply to open, we open and follow said guidelines, all is good. Say we open and decide we want to change it all up and forget what we agreed to on opening. In the case of Walgreens, you lose your store. In the case of FC, very patient and kind people do their level best to work with the mod and keep it all together.

This movement is not showing any signs of stopping, it's going to become a household word and won't that feel good to know you were one of the great great grandparents of the group and that you had the wonderful opportunity to be there at the begining.

We're going to see some cross posting and that's natural. What we've done in Brevard and others are doing in Florida is to have a 'guideline' or a 'suggestion' not call it a RULE. The word rule smacks of control and these are adults we're working with. Better to make it sound reasonable and give examples of how it helps than make it a rule that will get a member in hot water if they don't follow it.

Here's how we handle the cross posting issue.

Dear members,
As we have several groups within our general area and many of us belong to more than one, here's a suggestion to help cut back on the extra emails.

Rather than post your offer to all the groups, first; post to your home group, whichever that is to you, then wait 2 or 3 days. If no response, then post to the next nearest group and so on. Only post to one at a time. This will help out with keeping the emails down to t a dull roar and most likely get that item out of your garage

Confidential

likety split!

I think we all need to relax a bit and enjoy what this is all about.
Isn't it great what has happened in the last months alone? What a growth spurt we've seen.

Please let's not stop it and cause more copy cats opening when it can all work together. Ease up a bit on the rules and let em freecycle. Give them a challenge, we do it all the time and the members have the best time with them. Praise them often and enjoy them. It's supposed to be fun and it is if we let it be.

My long winded 2 cents worth

Char
Brevard County Florida


------------------ Yahoo! Groups Sponsor --------------------~-->
Help save the life of a child.  Support St. Jude Children's Research Hospital's
'Thanks & Giving.'
http://us.click.yahoo.com/mGEjbB/5WnJAA/E2hLAA/rcTolB/TM
--------------------------------------------------------------------~->


Report news articles:      newswire@freecycle.org
Contact your GOA:          http://www.freecycle.org/faq_mod.php#help
Contact ModSquad Mods:     freecyclemodsquad-owner@yahoogroups.com


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/


---

sthrntami04 <sthrntami04@yahoo.com>                          Fri, Mar 4, 2005 at 5:01 PM
To: freecyclemodsquad@yahoogroups.com


--- In freecyclemodsquad@yahoogroups.com, "charlotte Hess"
<freecyclebrevard@g...> wrote:

Confidential

Char, you seem to contradict yourself on some levels. You say we mods shouldn't be so territorial about "our" groups, yet you seem to believe that it's up to the mod to decide whether or not additional groups should be added in a metro area.

I was ready to splinter our group into three additional groups. I carefully researched population densities and geography to select the best locations to offer to our members, and I had some more moderator support lined up. But, my co-mods were a little resistant. So, before launching the new groups, I posed the question to our members at our cafe group. I laid out the positive reasons why smaller, neighborhood groups could be beneficial. But, the members who chimed in on the discussion *unanimously* requested that we remain as one large group.

So, we will not splinter, at least not now.

Tami
Birmingham


------------------------ Yahoo! Groups Sponsor --------------------~-->
Give underprivileged students the materials they need to learn.
Bring education to life by funding a specific classroom project.
http://us.click.yahoo.com/4F6XtA/_WnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**charlotte Hess <freecyclebrevard@gmail.com>**                    Fri, Mar 4, 2005 at 5:15 PM
To: freecyclemodsquad@yahoogroups.com


I'm guessing you're referring to the part about the start a group saying a new group needs to ask us first. I don't agree with that on all counts, as I fear that many of us will say no to that and we're back to the drawing board. I would prefer it be left to the NGA to make the decision rather than a would be owner have to make contact with us.

I do believe we should not be contacted unless it constitutes a direct overlap and/or we have not done a split when it was needed and now another group wants to open. That was my point about making the move ourselves if we don't wish to have a group within our 'boundaries'

But if we do a splinter and it gets off the ground, I'm for getting a local member to take over Mod duties and just have ersatz only as the owner of the group. If we keep them as ours under our wing, it defeats the purpose of the split. Our split off is owned by my Co Mod Karen and it's her group, not mine. She makes all decisions on the group and does a real good job. She started off as a Mod on my group, and has been a delight to mentor and watch her fly.

Since she is in our Northern area of the county, she is more

Confidential

FN 077512

familiar with the locals, the neigborhoods and has the contacts for
the area for PR. If I keep the group as just a spin off of Brevard,
I really wouldn't be doing much different.

My hope is to have this group in North county become 3 groups
divided by city, and for the remainder of the Southern part of
county to break into at least 3 and maybe 4 within a year.

Sorry if I was unclear, but I am all for smaller groups and not just
splintering off, but allowing and even making welcome New folks to
the fold.

I wouldn't poll the group in my case as the number of members who
would cast a vote would not be in any way a majority, so I couldn't
or wouldn't take a yes or no from that alone.

I just want to see us expand this concept and get past or get over
the ownership thing. I don't think it's healthy for us. If I'm
honest with myself about it, I remember having those feelings:

Someone else wants to be here? How dare they? I've done all the
work!

But I am trying very, very hard to let it go and let the concept
grow as it should. Having worked in back office with Amanda on new
groups prior to NGAs coming on board, there are many groups taht do
want to start. For the most part, we have to deny most of them, but
if at all possible to allow them, I'm hoping our really great staff
of NGAs are pro new groups when at all possible.

Sorry again to be unclear in my post
Char


--- In freecyclemodsquad@yahoogroups.com, "sthrntami04"
<sthrntami04@y...> wrote:
>
> --- In freecyclemodsquad@yahoogroups.com, "charlotte Hess"
> <freecyclebrevard@g...> wrote:
>
> Char, you seem to contradict yourself on some levels. You say we
> mods shouldn't be so territorial about "our" groups, yet you seem


---------------------- Yahoo! Groups Sponsor --------------------~-->
DonorsChoose. A simple way to provide underprivileged children resources
often lacking in public schools. Fund a student project in NYC/NC today!
http://us.click.yahoo.com/5F6XtA/.WnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**Dennis Koenig <denniskdk@hotmail.com>**                Fri, Mar 4, 2005 at 9:52 PM
To: freecyclemodsquad@yahoogroups.com

Confidential

This kind of discussion sounds like a good reason to clarify NGA guidelines universally for all.

I thought there was a guideline saying something like one group per population of about 30,000 people? Of course, if there aren't mods available to run a group for EVERY 30k, then what has to be done has to be done to serve an area. But if an area already has a group serving far more than 30,000, as in a city like Toronto, it doesn't seem fitting that there should be any objection to creating more local, neighborhood groups within the city.

I don't see them as "parallel" or in any way competing. They are just bringing the movement down to the grass roots, building giving communities at the neighborhood level ("neighborhood" here meaning a lot of people in urban places).

Experienced mods in big city groups could help new mods in new, smaller groups, too.

Having smaller, more local groups allows local members and mods to adjust their group policies (those that are not universally uniform for all of us) according to local interests and needs. What works in Downtown Manhattan may not work for Harlem.

In a lot of ways, smaller sounds better to me. Sometimes less IS more.

-Dennis Koenig
Clinton County NY
(or what I often mis-type as Clingon County)

------------------------ Yahoo! Groups Sponsor --------------------~-->
Take a look at donorschoose.org, an excellent charitable web site for anyone who cares about public education!
http://us.click.yahoo.com/O.5XsA/8WnJAA/E2hLAA/rcTolB/TM

[Quoted text hidden]

---

**Charmaine Jensen** <charmainejensen@sympatico.ca>        Fri, Mar 4, 2005 at 10:23 PM
To: freecyclemodsquad@yahoogroups.com, Dennis Koenig <denniskdk@hotmail.com>

>But if an area already has a group serving far more than 30,000, >as in a city like Toronto, it doesn't seem fitting that there >should be any objection to creating more local, neighborhood >groups within the city.

Thank you this was my earlier thought.

>Experienced mods in big city groups could help new mods in new,
>smaller groups, too.

Confidential

When it comes to experience and especially in this type of group format - this I have more than tons of.

>(or what I often mis-type as Clingon County)

Not on the topic of Freecycle, but momentariy humour never hurts. "Star Trek Fan" <grin>, but without the "K"

Charmaine
Toronto Freecycle
Group Owner/Moderator




Report news articles:      newswire@freecycle.org
Contact your GOA:          http://www.freecycle.org/faq_mod.php#help
Contact ModSquad Mods:  freecyclemodsquad-owner@yahoogroups.com



Yahoo! Groups Sponsor
    ADVERTISEMENT


------------------------------------------------------------------

Yahoo! Groups Links

    a.. To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

    b.. To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

    c.. Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.


[Non-text portions of this message have been removed]


----------------------- Yahoo! Groups Sponsor --------------------~-->
Help save the life of a child. Support St. Jude Children's Research Hospital's
'Thanks & Giving.'

Confidential

http://us.click.yahoo.com/mGEjbB/5WnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]