# EXHIBIT 34



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] Unauthorized group
3 messages

**Christy <christy.helton@gmail.com>**  
To: freecyclemodsquad@yahoogroups.com

Thu, Dec 30, 2004 at 9:02 PM

There is an unauthorized group in TN that is advertising on other groups. They are called MauryCountyFreecycle.org.

Maury County already has a group - FranklinColumbiaFreecycle.

Could someone please look into this?

Christy


------------------------ Yahoo! Groups Sponsor --------------------~-->
Make a clean sweep of pop-up ads. Yahoo! Companion Toolbar.
Now with Pop-Up Blocker. Get it for free!
http://us.click.yahoo.com/L5YrjA/eSIIAA/yQLSAA/rcTolB/TM
--------------------------------------------------------------------~->

Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/


**Therese Hubbell <busymom74@gmail.com>**  
Reply-To: Therese Hubbell <busymom74@gmail.com>  
To: Christy <christy.helton@gmail.com>  
Cc: freecyclemodsquad@yahoogroups.com

Thu, Dec 30, 2004 at 9:05 PM

Can't different towns in the county have a freecycle? I know right now I just have Leon County but if it grows would love to break it up by towns.

Confidential

Therese

Check out my freecycle group at
http://groups.yahoo.com/group/LeonCountyFreecycle/
[Quoted text hidden]

---

**Debra Sawyers <debsawyers@yahoo.com>**
To: freecyclemodsquad@yahoogroups.com

Thu, Dec 30, 2004 at 9:15 PM

> There is an unauthorized group in TN that is
> advertising on other
> groups.

Contact your SNGA first to find out if it's a pending group. She'll report it as a rogue if necessary or at least tell them to stop advertising until the approval process is complete.

I think your SNGA for Tennessee is
Dyanna Abbott
timsolady@yahoo.com

A current list can be found at the Modsquad Yahoo group site, click Databases, New Group Approvers List Click the Printable View to see all the entries at once.

Deb

---

Do you Yahoo!?
Meet the all-new My Yahoo! - Try it today!
http://my.yahoo.com
[Quoted text hidden]

Confidential

http://mail.google.com/mail/?ik=555d9fcaa6&view=pt&th=1012755df5e3e814&sear    FN 077628