# EXHIBIT 35

Dockets.Justia.com

these updates please let me know and I would be more than happy to lend a
hand!

One last thing, when we checked EF's status it does not show them as
either a moderator or a co-owner. Can you please double check this on your
end and fix it if need be?

Thank you again for all of your help with this, I greatly appreciate it!
As we are all volunteers I know that it can sometimes get a bit
overwhelming and I am glad that we have a dedicated moderator like you on
board. :o)

Please let me know when the changes regarding EF and the Home Page have
taken place so that I may update my notes.

Thanks!

Nikki
Wisconsin GOA (Group Outreach & Assistance)
wisconsin@freecycle.org
http://www.freecycle.org

--------------------------------------------

Copyright © 2003-2007 The Freecycle Network
(http://www. freecycle.org). All rights reserved.

Freecycle and the Freecycle logo are trademarks
of The Freecycle Network in the United States
and/or other countries.
--------------------------------------------


On Sat, February 17, 2007 8:13 am, Gerri wrote:
Good Morning,

   I am very aware of the person who feels discriminated against.  The post
was denied based on the same guidelines used by the entire
group......this member was giving a whole list of demands that they
wanted the person asking for their item to basically jump through hoops
to get their item.  I personally felt that it was degrading to the
person asking for the item.  Also there are a couple people in the area
who were personal friends of mine who join and try to see what they can
get away with under blind ids and cry foul every time they are caught.
As I said they WERE personal friends of mine.......one of the two
actually broke up my engagement and is now married to my ex........and
the couple bought a new home less than two blocks from where he was
residing with me and my family.....we have moved but are still in the
area.........the other WAS a friend of mine and also later became
friends with the first person I mentioned.  I cut personal ties with
both for obvious
 reasons but neither of the can leave me or my family alone.  I did not
take any personal action against them on the board........I don't believe
it should be an ongoing issue but neither of them will let things die, as
I said they both were members and choose to leave the group on their
own....coming back with blind ids and were allowed access.........and
were put on moderation as new member are in our group.....and when they
don't meet the guidelines they cry discrimination.

   Erzafriend is and always has been a moderator on our group.  My co-owner
is my adult daughter Tomara (email is ourantgang@yahoo.com) and also
resides within the group area, she does not work with the group as much
as she is not online as much as I am.

"Group Outreach and Assistance, WI" <wisconsin@freecycle.org> wrote:
  Good morning~

Confidential

FN 080716

2

I am writing you because I have recently received some "fan mail" regarding your group and I wanted to bring it to your attention. A couple of members have complained that they were being discriminated against with their posts. I know that at times every member can feel this way if denied something, but I did need to bring it to your attention.

Also I have been told that you no longer live in the Beloit area, is this so? If so, you are more than welcome to stay and moderate the group, but all owners must live in the area of the group that they own per the Freecycle(TM) Moderator's Do's and Don'ts on the main website:

*** DO LIVE WHERE YOUR GROUP IS LOCATED. We ask that moderators only have a group in an area they actually live in. You then know best the local recycling facilities, local Earth Day dates, local meet-up sites, local recycling nonprofit groups, etc. Moderators may own (or be the lead moderator on) only one group. They may be back-up moderators on other groups as their schedule allows. For example, some moderators back-up their neighboring groups. Being an owner of more than one group is not allowed.

Please do let me know if this is true or not. If so, you may also want to consider starting a new group where you are located now.

Also I am unsure if you saw my request on the WI Mod Squad, but I am updating the Database on the WI groups and asking everyone for their information. Can you please provide me with the names and email addresses of your co-owner, any additional mods that you may have and let me know if you have EF (ersatzfriend) set as an owner or as a moderator on your group.

Thank you for all of your help with this and thank you too for all that you do for your group. I know that moderating can often be a thankless job so in case you have not heard it lately, Thank You!

Take care and I look forward to your prompt response.

Nikki
Wisconsin GOA (Group Outreach & Assistance)
wisconsin@freecycle.org
http://www.freecycle.org

---------------------------------------------

Copyright © 2003-2007 The Freecycle Network
(http://www. freecycle.org). All rights reserved.

Freecycle and the Freecycle logo are trademarks
of The Freecycle Network in the United States
and/or other countries.
---------------------------------------------

----------------------------------
Food fight? Enjoy some healthy debate
in the Yahoo! Answers Food & Drink Q&A.

**Confidential**

**FN 080717**