# EXHIBIT 36

From: "Deron Beal" <deron@rise-inc.org>
Date: Wed Jan 28, 2004 2:46 pm
Subject: Re: [freecyclemodsquad] Moderators on the future freecycle site?

deronbeal
Offline
Send Email
Invite to Yahoo! 360°
Remove Author | Ban Author

Hey Kelly,
I think that having local groups is critical for community building. The search
by zip function doesn't eliminate a local group; it takes you to that group. One
needs local links to local recyclign programs, one needs local events, local
ideas, local webpage design, local logo, etc. Part of what freecycle is for me
is also local community building.

Local moderation and local ownership by local members is important.
I want it to be possible for each local group to choose it's own direction and
growth as much as possible. This may mean that the role of a local moderator
changes, that there are comoderators and all kinds of goodies. I don't think
it's about power (icky word if you ask me): I think it's about providing local
support, guidance and community.

This help any? More to follow as the webpage design progresses...
Deron


----- Original Message -----
From: kellyyoungberg_freecycle
To: freecyclemodsquad@yahoogroups.com
Sent: Wednesday, January 28, 2004 1:19 PM
Subject: [freecyclemodsquad] Moderators on the future freecycle site?

FN 073581

I've been wondering how the role of moderators will change on the
future Freecycle web site. If members are permitted to search for

Highly Confidential-
Attorneys' Eyes Only