# EXHIBIT 38

Yahoo! My Yahoo! Mail    Make Y! your home page

Search: [        ]

# YAHOO! GROUPS

Welcome, **freecyclederon**
[Sign Out, My Account]

Groups Home - Help | **Web Search**

**A New Way to Save Your Retirement**
While most retirees rely on pensions and 401k's, a small group of Americans are now pocketing thousands every month, thanks to a former Pennsylvania Governor and Presidential Advisor. The *Los Angeles Times* says to consider it, if you are "looking for an investment that keeps growing, regardless of recessions or stock market turmoil."
CLICK for the full report

freecyclederon · deron@freecycle.org | Group Owner - Edit Membership

Start a Group | My Groups

## freecyclemodsquad · Freecycle™ Moderator Group

| | |
|---|---|
| Home | |
| Messages | There's something new for moderators! Learn, share, and take your group to new heights with Moderator Central. Check it out. |
| Pending | |
| Spam? [Empty] | |
| Post | **Messages** |
| Files | Messages Help |
| Photos | Message # [    ] Go Search: [     ] Search Advanced |
| Pending | |
| Links | Message List |
| Database | **what to do about an upset member** |
| Polls | Message #48223 of 48559 < Prev | Next > |
| Members | Reply | Forward | Delete Start Topic |
| Pending | |
| Calendar | I received this message in my pending message section of the group. What am I suppose to do with this? I am not sure how to handle it without myself getting in trouble and I dont want to really make someone mad....please advise... |
| Invite | From: "Tom" <toms1964@yahoo.com>     Sun Jul 22, 2007 8:29 am |
| | Date: Sun Jul 22, 2007 6:26 am     Show Message Option |
| | Subject: OPEN LETTER toms1964 |
| | Send IM |
| Management | Send Message |
| | Invite to Yahoo! 360° |
| | "Jennie" |
| | <married4life91200@new.rr.com> |
| | married4life... |
| | ⊙ Offline |
| | ✉ Send Email |
| | 🎁 Invite to Yahoo! 360° |
| | Remove Author | Ban Author |

http://groups.yahoo.com/group/freecyclemodsquad/message/48223

Confidential

FN 079937

Confidential

FN 079938

### Yahoo! Groups Tips

Did you know...
Exchange ideas with fellow Moderators. Take me to Moderator Central.

### Yahoo! 360°

Share your life through photos, blogs, more.

Edit Membership

This is an open letter to the Oshkosh Freecycle Group. But since I don't believe that the moderators of the group have the guts to publish it I am going to distribute it to all the freecycle groups.

I have a few rants I'd like to get off my chest. The Oshkosh Freecycle Group states on it's homepage:

"The Oshkosh Freecycle™ group is open to all who want to "recycle" that special something rather than throw it away. Whether it's a chair, a fax machine, piano or an old door, feel free to post it. Or maybe you're looking to acquire something yourself! Nonprofit groups are also welcome to participate too!
One main rule: everything posted must be free! No Spam. No guns or drugs. No listing of rummage sales. No mention of money or trading in any way. This group is part of The Freecycle Network, a nonprofit organization and a movement of people interested in keeping good stuff out of landfills."

Additional Rules listed in the files section (edited for space):

FREECYCLE RULES & ETIQUETTE
1) KEEP IT FREE, LEGAL & APPROPRIATE FOR ALL AGES.
2) SUBJECT LINE OF YOUR POSTS.
OFFER: loveseat, downtown. [Offering more than 1 thing?]
TAKEN: loveseat
WANTED: loveseat, any condition. [Please use this sparingly]
ADMIN: new ideas, thoughts, etc.
3) PLEASE DO NOT POST THE SAME "WANTED" POSTING MORE THAN ONCE EVERY
30 DAYS.
4) NO POLITICS, NO SPAM, NO MONEY, NO PERSONAL ATTACKS/RUDENESS, NO PROSELYTIZING/RELIGION.
5) YOUR APPROXIMATE LOCATION:
6) KEEP IT ALL IN ONE E-MAIL.

http://groups.yahoo.com/group/freecyclemodsquad/message/48223

7) CAN WE USE FREECYCLE TO FIND NEW HOMES FOR PETS? Yes, keep it legal
8) NO TRADING PLEASE. Go to your local trading organization for this.
9) RESPONSES GO ONLY TO OFFERER. It keeps down the sheer number
10) PICK UP. Arrange as you like. Generally, you'll wait until you get a handful of responses or maybe overnite, and then you can pick whomever you like! That's half the fun. I always ask that people consider giving your starving local charity preference if one should respond. Arrange pickup with one person only, rather than "it's on the porch, whoever gets here first gets it." Otherwise you'll become the boo man pretty fast with your fellow Freecycle Group Members... Also: only give your phone number to one person at a time or ask for the recipient's phone no. Otherwise you'll get swamped with phone calls.
You may NOT post a "curb alert"

Now I can agree with nearly every rule on this list, except the last one. It states "arrange as you like". Well, every time I do, my offer gets deleted by the moderators. If I want to leave my address or my telephone number, that should be up to me, not the moderators. If I get swamped with phone calls, that's my problem, right? The moderators shouldn't have to worry about it. Also, if I see something sitting on the curb and think someone might be able to use it, why not post it? It will keep the item out of the landfill and give it more life.

I believe the Oshkosh Freecycle Group is over-moderated and the moderators need to get off of their high horses and let us post our stuff to give away as we see fit, not as how THEY see fit.

 Forward | Delete

Confidential

Message #48223 of 48559 < Prev | Next >

FN 079939