# EXHIBIT 39

Dockets.Justia.com

freecyclemodsquad : Message : Re: Garage Sales

Page 1 of 4

Yahoo! My Yahoo! Mail    Make Y! your home page

Search: [　　　　]

**Web Search**

Groups Home - Help

**YAHOO! GROUPS**    Welcome, freecycleron
[Sign Out, My Account]

A New Way to Save Your Retirement
While most retirees rely on pensions and 401k's, a small group of Americans
are now pocketing thousands every month, thanks to a former Pennsylvania
Governor and Presidential Advisor. The Los Angeles Times says to consider it,
if you are "looking for an investment that keeps growing, regardless of
recessions or stock market turmoil."
CLICK for the full report

freecycleron - deron@freecycle.org | Group Owner - Edit Membership

Start a Group | My Groups

**freecyclemodsquad** · Freecycle™ Moderator Group

Home
Messages
  Pending
Spam? [Empty]
Post
Files
Photos
  Pending
Links
Database
Polls
Members
  Pending
Invite

Management

✏ **There's something new for moderators!** Learn, share, and take your group to new heights with
Moderator Central. Check it out.

Messages Help

**Messages**

Message # [　] Go  Search: [　] Search Advanced

Start Topic

**Post question**

Message List

**Message #24303** of 48559 < Prev | Next >

Reply | Forward | Delete

**Re: Garage Sales**

You are totally right! No yard sales or garage sales of any kind,
unless everything is free.

I believe that Deron addressed this with an ADMIN in this post:

From: "deronbeal" <deron1@...>
Date: Fri Jun 4, 2004 5:15 pm
Subject: ADMIN: various stuff

i) GARAGE SALES: Definitely not allowed. The "Keep it free, legal &
appropriate for all ages" rule voted on by all mods a couple months

Thu Jul 14, 2005 6:21 am

↦ Show Message Option

**"Chevy"**
<chevymom0@yahoo.com>
chevymom0
☺ Offline
✉ Send Email
👤 Invite to Yahoo! 360°

Remove Author | Ban Author

**Confidential**

FN 080467

freecyclemodsquad : Message: Re: Garage Sales

## Yahoo Groups Tips

**Did you know...**
Want your group to be featured on the Yahoo! Groups website? Add a group photo to Flickr.

## Yahoo! 360°

Share your life through photos, blogs, more.

---

back was clearly footnoted to apply to the post and to the item posted. Only totally free garage "sales" are allowed -- I like to call these and free swap meets "Freecycle(TM) Free Bees" (a bee is a charitable coming together of people for a common cause, like a quilting bee).

In freecyclemodsquad@yahoogroups.com, "Max H." <FreeCycle@H...> wrote:
>No, they should not mention the yard sale at all, or they should post no
more than a couple of hours before the END of the yard sale IF they're offering leftovers for free once they're done selling. This is an advertisement, pure and simple. You have no way of knowing if their idea of "lots of free stuff" is a (small) box full of dozens of broken washers and rusty screws. If they really have stuff they aren't planning on *selling* at the yard sale, they can post it now and have it picked up whenever they like. To force people to come to the yard sale to get items that are not described is just the worst kind of advertising.

You've already explained it to them, so just reject it.

Just my $0.02,

Reply  Forward | Delete

Expand Messages

**Post question**
I don't know if this should be allowed. I am a member of another freecycle group as well as a mod of my own. On the group I am a member of someone has offered...

Message # 24303 of 48559 < Prev | Next >

| Author | Sort by Date |
| --- | --- |
| cindy<br>cwiggins2c<br>☺ ☀ ✿ | Jun 30, 2005<br>11:37 am |

Confidential

FN 080468