# EXHIBIT 47

Yahoo! My Yahoo! Mail    Make Y! your home page

**YAHOO! GROUPS**    Welcome, **freecyclederon**
[Sign Out, My Account]

Search: [        ]    **Web Search**

Groups Home - Help

freecyclederon · deron@freecycle.org | Group Owner - Edit Membership

**freecyclemodsquad** · Freecycle™ Moderator Group

Start a Group | My Groups

| Home | |
| Messages | |
| Pending | |
| Spam? | [Empty] |
| Post | |
| Files | |
| Photos | |
| Pending | |
| Links | |
| Database | |
| Polls | |
| Members | |
| Pending | |
| Calendar | |
| Invite | |
| Management | |

**There's something new for moderators!** Learn, share, and take your group to new heights with Moderator Central. Check it out.

**Messages**

Messages Help

Message # [    ] Go  Search: [    ] Search · Advanced    Start Topic

**Re: Am I being too harsh??? Freecycle newsletter -- clarification**    Message List

Reply | Forward | Delete    Message **#32145** of 48559 < Prev | Next >

RE: [freecyclemodsquad] Re: Am I being too harsh??? Freecycle    Mon Dec 19, 2005 6:18 am
newsletter -- clarification                                          ▷ Show Message Option

It's great that there is a resource - but I think we do need some hard and    "Robyn"
fast guidelines on more things. There are too many variations throughout    <freecycle@robynwright.com>
the local groups. This makes it even harder for members to know what they    new_robyn
can and can not post to the various groups they belong to (and we all know    ⊙ Offline
that lots of members belong to multiple groups). I don't think we are       ✉ Send Email
asking for the world, just more clarification.                              ✈ Invite to Yahoo! 360°

We all know "free, legal, and appropriate for all ages" - but even that is    Remove Author | Ban Author
open to interpretation. What is "appropriate for all ages"? Movies for
example. Can someone offer a DVD they purchased that is rated "R" that they

Confidential

FN 080332

no longer watch? That is not "appropriate for all ages". What about a movie rated "PG"? Again, that is not "appropriate for all ages". How about a romance novel that has some really racy parts in it? That is not "appropriate for all ages". Are old issues of Play___Boy mag allowed? Some consider that art, some consider it smut. What about a magazine such as "Art in America"? It sometimes contains nu___des, but those are thought of as art by many, including the museums where the original artwork hangs.

What we are asking for are more guidelines so that we all, as local moderators, can do our job properly. In our members eyes we are representatives of Freecycle.org, so give us more specifics on how to represent the organization!

Should we allow a member who has a WANTED to tell us how their husband is off in Iraq and the money he makes isn't enough to provide for his family here at home so that's why they need a fish tank? What about a member who wants the fish tank and tells us it's because they just went through a divorce and the wife got everything and now I don't have enough money to buy a new fish tank that I want to put in my downstairs bathroom and move some of my existing tropical fish into? How about a fish tank wanted because we just filled bankruptcy because we were really reckless with our money for a long time and now we don't have any credit cards left but we are learning how to be more careful and we just really want a fish tank to start as a hobby? How about someone who just simply states Wanted - fish tank for tropical fish and they don't tell you why they want/need it at all.

There are just too many variables to have a consistent feel across the groups around the globe. My understanding is that the purpose is to keep things out of landfills - not to judge who and who is not worthy of getting someone else's used stuff.

Respectfully,
Robyn Wright
Moderator
Freecycle St. Charles County
http://groups.yahoo.com/FreecycleStCharlesCo

**Yahoo! Groups Tips**

Did you know...
Want your group to be featured on the Yahoo! Groups website? Add a group photo to Flickr.

Yahoo! 360°
Share your life through photos, blogs, more.

Confidential

FN 080333

-----Original Message-----
From: freecyclemodsquad@yahoogroups.com
[mailto:freecyclemodsquad@yahoogroups.com] On Behalf Of Kristina Roberts
Sent: Sunday, December 18, 2005 10:18 PM
To: freecyclemodsquad@yahoogroups.com
Subject: RE: [freecyclemodsquad] Re: Am I being too harsh??? Freecycle newsletter -- clarification

The Mod Manual is a wonderful resource - Karen worked hard to compile it and it's an awesome piece of work. She also worked very hard to make sure that all "philosophies" were presented - those people who want to reject sob stories, for example, were provided sample letters to use. Those who want to allow pets were provided some resources to help keep pets safe, etc. None of it is intended to mean that this is the policy.

The only "hard and fast" rules that a moderator must follow are those in bold in the moderator "FAQ" section.

See: http://www.freecycle.org/manual/index_faq.htm (note that even the bolded rules note when there are variations among groups - for example, not every group has the "same wanted only every 30 days" rule.

Everything else is up to the local moderator. I think that you are not the only one confused about the fact that the mod manual is meant to be a resource - compiled from the work of other moderators and what they use for their groups. It's indispensable - but it's not policy other than that page, in bold. So the bottom line in your group is that "you" draw the line. You will need to decide where it is in your mind, maybe poll your members, and go from there. I hope that helps?

Kristina
Ridgecrest CA Freecycle

Confidential

FN 080334

Forward | Delete

Message #32145 of 48559 < Prev | Next >

Expand Messages

| | Author | Sort by Date |
|---|---|---|
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>Thank you Robyn for bringing this up. I was surprised when I got the newsletter and saw that as the "lead" story. It was my understanding that Freecycle is NOT... | foreveryoungctr | Dec 18, 2005<br>7:02 pm |
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>...I agree with this and would also like to see some clarification about this issue. Thanks. Kat Rochester NY... | Kat<br>da_sweet_kat | Dec 18, 2005<br>7:12 pm |
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>I have passed on the request for Deron to clarify the mission, but I would like to remind everyone that The Freecycle Network is attempting to receive 501(c)... | Debra Sawyers<br>debsawyers | Dec 18, 2005<br>8:05 pm |
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>Deb, I understand your concern. And I hear what you are saying. However, it is a problem. Where do we, as moderators, draw that line? I HATE rejecting some... | foreveryoungctr | Dec 18, 2005<br>8:32 pm |
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>The Mod Manual is a wonderful resource - Karen worked hard to compile it and it's an awesome piece of work. She also worked very hard to make sure that all... | Kristina Roberts<br>kroberts124 | Dec 18, 2005<br>9:18 pm |
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>It's great that there is a resource - but I think we do need some hard and fast guidelines on more things. There are too many variations throughout the local... | Robyn<br>new_robyn | Dec 19, 2005<br>6:18 am |
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>Being a 501(c) doesn't mean you have to let people beg members for stuff though. However, if that is what Freecycle is now going to be about then Deron (or ... | Robyn<br>new_robyn | Dec 19, 2005<br>5:58 am |

Confidential

FN 080335

freecyclemodsquad : Message: RE: [freecyclemodsquad] Re: Am I being too harsh??? Freecycle newsletter -- clarification    Page 5 of 6

| | | |
|---|---|---|
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>Hi, It is a balancing act when it comes to sob stories. Some people don't feel right posting a wanted unless they can "justify" it. This is the way our... | schryerr | Dec 19, 2005<br>8:20 am |
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>I never said to bend the "rules" because of the application. Deron has mentioned many times that TFN is seeking 501(c) status, this isn't a secret to anyone,.... | Debra Sawyers<br>debsawyers | Dec 19, 2005<br>9:07 am |
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>Deb, Most of the post was just on how I run my group, it wasn't directed at you personally. Sorry if I was unclear because I was trying to help the original... | schryerr | Dec 19, 2005<br>10:06 am |
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>Lighten up Deb. My comments weren't directed to you personally. I was simply asking for a clarification. As I said previously, I had not been approving... | foreveryoungctr | Dec 19, 2005<br>10:07 am |
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>... Deb - I am glad that finally someone is finally pointing out the irony of repeating dozens and dozens of times that "freecycle is not a charity" while TFN,... | M.Simons<br>msimons@slackware.com | Dec 19, 2005<br>11:08 am |
| Re: Am I being too harsh??? Freecycle newsletter - clarification<br>... and ... might ... To make a finer point of it - not just to be contrary for contrary's sake, rather to be very specific - "we" don't give things away to ... | skootersffn | Dec 19, 2005<br>12:50 pm |
| Re: Am I being too harsh??? Freecycle newsletter -- clarification<br>I agree Rob! Which is why I chose (and was trained) to approve posts with just the facts. No extraneous -- no justification. A little bit of "extra" work up... | foreveryoungctr | Dec 19, 2005<br>10:40 am |
| | **Confidential** | |
| Re: Am I being too harsh??? Freecycle newsletter -- clarification | Ralph and Donna<br>bridgeplayer54 | Dec 19, 2005<br>11:03 am |

http://groups.yahoo.com/group/freecyclemodsquad/message/32145

FN 080336

freecyclemodsquad : Message: RE: [freecyclemodsquad] Re: Am I being too harsh??? Freecycle newsletter -- clarification

Page 6 of 6

> Robyn, Your examples for the fish tank are what we all have encountered. I don't let any hint of a sob story by me. If they say anything about that....

**Re: Am I being too harsh??? Freecycle newsletter -- clarification**
This is totally an issue that is decided locally. There is no rule about "no sob stories" and no rule about wish lists or excessive wants, etc. No, we are not...

Kristina Roberts
kroberts124

Dec 18, 2005
8:27 pm

< Prev Topic | Next Topic >

Message #  [    ]  [Go]  Search: [    ]  [Search]  Advanced

Start Topic

**SPONSOR RESULTS**

Hyatt Hotels - Official Site
www.hyatt.com - Book Hyatt now for our best rates on the Internet guaranteed.

Save on Labor Day Travel
www.expedia.com - Book now for Labor Day for better rooms, flights & rates.

Exclusive Travel Offers
amexnetwork.com/mysunvacation - Plan an unforgettable getaway with offers from American Express®.

Copyright © 2007 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

Confidential

FN 080337

http://groups.yahoo.com/group/freecyclemodsquad/message/32145