# EXHIBIT 50

YAHOO!® GROUPS

Yahoo! My Yahoo! Mail    Make Y! your home page                                    Search: |

Welcome, **freecyclederon**
[Sign Out, My Account]                                                      **Web Search**
                                                                          Groups Home - Help

A New Way to Save Your Retirement
While most retirees rely on pensions and 401k's, a small group of Americans
are now pocketing thousands every month, thanks to a former Pennsylvania
Governor and Presidential Advisor. The *Los Angeles Times* says to consider it,
if you are "looking for an investment that keeps growing, regardless of
recessions or stock market turmoil."
                                                    CLICK for the full report

freecyclederon · deron@freecycle.org | Group Owner - Edit Membership          Start a Group | My Groups

**freecyclemodsquad** · Freecycle™ Moderator Group

| | |
|---|---|
| Home | |
| Messages | There's something new for moderators! Learn, share, and take your group to new heights with |
| Pending | Moderator Central. Check it out. |
| Spam? | |
| Post    [Empty] | **Messages** |
| Files | Message # [____] Go  Search: [____]    Search  Advanced |
| Photos | |
| Pending | **Ilegal stuff** |
| Links | Reply | Forward | Delete |
| Database | |
| Polls | **RE: [freecyclemodsquad] Ilegal stuff** |
| Members | |
| Pending | Hi Claudia, |
| Calendar | |
| | The rules are very, very clear - ALL items offered must be FREE, LEGAL and |
| Invite | APPROPRIATE FOR ALL AGES. |
| | |
| Management | Pirated copies of CDs DVDs etc are NOT legal and therefore are NOT allowed |
| | on Freecycle T. |

Messages Help

Start Topic

Message List

**Message #45024** of 48559 < Prev | Next >

Sun Mar 11, 2007 4:19 am

▷ Show Message Option

**"Nikki McWhinney"**
<nmcwhinney@gmail.com>
scaredymonster
☺ Offline
✉ Send Email
🐾 Invite to Yahoo! 360°

Remove Author | Ban Author

**Confidential**

FN 079989

freecyclemodsquad : Message: RE: [freecyclemodsquad] Ilegal stuff

## Yahoo! Groups Tips

Did you know...

Message search is now enhanced, find messages faster. Take it for a spin.

Yahoo! 360°

Share your life through photos, blogs, more.

This is not negotiable for ANY country, city or group.

Yes, we need to keep things out of the landfill BUT they have to be legal - always.

And your English is great,probably better than some for whom it is their first language.

Without wax,

Nikki McWhinney

E-mail: <mailto:nmcwhinney@gmail.com> nmcwhinney@gmail.com

<http://www.geocities.com/scaredymonster>
http://www.geocities.com/scaredymonster

My ICQ# is 31863444.

Moderator:

Gladstone Freecycle

http://groups.yahoo.com/group/Gladstonefreecycle

Yowie Super Group

http://groups.yahoo.com/group/freecyclemodsquad/message/45024

Confidential

FN 079990

freecyclemodsquad : Message: RE: [freecyclemodsquad] Ilegal stuff

http://groups.yahoo.com/group/yowiesupergroup

From: freecyclemodsquad@yahoogroups.com
[mailto:freecyclemodsquad@yahoogroups.com] On Behalf Of Claudia Bullion
Sent: Sunday, 11 March 2007 8:56 PM
To: freecyclemodsquad@yahoogroups.com
Subject: [freecyclemodsquad] Ilegal stuff

Hi guys:

It's very clear in the rules that all things offered must by ok for all ages and legal.
What about pirate copies of movies or programs, burnt music Cd's and the like?

Isn't the idea to keep things out of landfills and recycle them even when they're not totally legal?
I'd think it'd be better for someone to give away those "Ilegal" things rather than trowing them in the rubbish.

I'm in Spain and here piracy is huge. In every high street you can see sellers selling the latest movies while they're still showing in the theatres, the best selling CD's and fakes of whatever you can think of. On top of that, people use pirate computer programs as a matter of fact, pirates DVDs, computer games, playstation's games and most people download music and burn cds and other stuff. Society here view piracy as a minor and victimless crime if at all.

On top of that moral question: I've just started the freecycle group and I'm trying to take it off the ground while people consider it a weird idea. Not only because recycle is not that widespread but also because

Confidential

FN 079991

freecyclemodsquad : Message: RE: [freecyclemodsquad] Ilegal stuff

we have a lot of very poor people around and the perception is that whatever you leave next to the rubbish collection point will be almost certainly collected by them and will not finish in the landfills. I do have my doubts as if this is totally true, but people think that this is because I've just moved to the country.

(I've even receive an e-mail from one free newspaper saying that, while they appreciate the idea, they don't think is relevant for people in this area and thus they're not going to publish an article about freecycle in Barcelona).

Now I've got the very first message to my tiny group and is an offer of a several CD's with music collected from the web. This person doesn't want them anymore and he thinks that maybe someone will.

What do I do?
My guts tells me to let him post his messages but the rules are clear and tell me that this is a definite NO.

What do you think?

PS: I apologise for any mistake as English is not my first language.
--
Claudia B.
moderator of the Barcelona group. In very sunny Spain.

[Non-text portions of this message have been removed]

Reply | Forward | Delete

Confidential

Message #45024 of 48559 < Prev | Next >

FN 079992