# EXHIBIT 54

that I would give something away only to tell people there is a charge when they respond.

I certainly understand the need to be aware if someone is getting free items, then selling them. However, I believe this goes too far. I appreciate you looking into this.

Kelly Hudspeth


----- Original Message -----
From: missmarlac@aol.com
To: Paducah-Freecycle@yahoogroups.com ; MarshallCoFreecycle@yahoogroups.com
Sent: Monday, February 05, 2007 2:57 PM
Subject: [Paducah-Freecycle] ADMIN: Selling or offering items for sale

Attention Freecycle members:

As you may recall, a warning was put out a few days ago by the moderators
about selling items from Freecycle stating that anyone caught doing so would be
banned without warning.

PLEASE NOTE That the same rule applies to responding to wanted posts with
items for sale- if you respond to a wanted post on a Freecycle group with an
offer of an item for sale you may be banned without warning. Responding to a
wanted post on Freecycle with an item is the very same and carries the very
same conditions as if you offered it to the whole group.

Freecycle has a very strict policy nationwide that ANYTHING offered or given
totally free of charge with no strings of any kind (especially money) attached. This is also not the place to ask to buy or where to buy items- please
look to groups such as Paducah Emarket if you want to buy and sell items OTHER
than those obtained through Freecycle.

If you receive a response to a wanted post on Freecycle offering to sell
something please forward it to the group owner and it will be taken care of. The
same applies to anyone trying to sell something in any form on or from
Freecycle- please let the group owner know.

Thank you everyone and a great thanks to all those of you who keep this
group running smoothly- we appreciate you all!

Marla
Moderator

Confidential