# EXHIBIT 56

Yahoo! My Yahoo! Mail    Make Y! your home page    Search: [        ]    Web Search

**YAHOO! GROUPS**    Welcome, freecyclederon
[Sign Out, My Account]    Groups Home - Help

**A New Way to Save Your Retirement**
While most retirees rely on pensions and 401k's, a small group of Americans are now pocketing thousands every month, thanks to a former Pennsylvania Governor and Presidential Advisor. The *Los Angeles Times* says to consider it, if you are "looking for an investment that keeps growing, regardless of recessions or stock market turmoil." CLICK for the full report

freecyclederon · deron@freecycle.org | Group Owner - Edit Membership    Start a Group | My Groups

**freecyclemodsquad** · Freecycle™ Moderator Group

| | |
|---|---|
| Home | There's something new for moderators! Learn, share, and take your group to new heights with Moderator Central. Check it out. |
| Messages | |
| Pending | |
| Spam? [Empty] | Messages    Messages Help |
| Post | Message # [    ] Go Search: [    ] Search    Advanced |
| Files | |
| Photos | **copyright laws & Freecycle items?**    Start Topic |
| Pending | Reply | Forward | Delete    Message List |
| Links | |
| Database | Re: copyright laws & Freecycle items?    Message #41304 of 48559 < Prev | Next > |
| Polls | |
| Members | From the mod manuel:    Tue Oct 3, 2006 12:02 pm |
| Pending | |
| Calendar | ADMIN Notices - Distribution of Software, CDs, DVDs, et al    "Beverly"<BevCan23@gmail.com> |
| | |
| Invite | Example #1 - Distribution of Software Titles    bevcan23 |
| | Offline |
| Management | Software and other forms of media fall under Copyright agreements.    Send Email |
| | This message serves to clarify this group's stance on the    Invite to Yahoo! 360° |
| | distribution of software, CDs, DVDs, VHS tapes, recorded music, |
| | taped media and other printed materials via Freecycle(TM).    Remove Author | Ban Author |

Confidential
FN 080124

freecyclemodsquad : Message: Re: copyright laws & Freecycle items?    Page 2 of 4

### Yahoo! Groups Tips

Did you know...
Want to share photos of your group with the world?
Add a group photo to Flickr.

### Yahoo! 360°

Share your life through photos, blogs, more.

Software -- The software being exchanged:
1. Has to be the original software, not a copy.
2. Can no longer be used by any previous owner.
3. Cannot have been used to get an upgrade.
4. Must follow the terms in its End User License Agreement (EULA) -
If the EULA makes no mention about transfers or exchanges, treat the software like you would any other work protected by copyright (like a book, CD, or video).

Music, Videos, Books and other copyrighted works must be:
1. Originals, not a copy
2. Can no longer be used by any previous owner.

These are not just Freecycle policies, but are LAWS pertaining to copyright. Posts that violate these LEGAL policies will be edited or deleted at the moderator's discretion. If you do have software you no longer use, and it is both uninstalled and meets EULA requirements for transfer, please feel free to post an OFFER, making note of system requirements (Operating System, memory requirement, etc.) needed to run it.

Remember to keep it free, LEGAL and appropriate for all ages. Your group moderators, Yahoo, and The Freecycle Network(TM) do not take responsibility for transfers that are not carried out according to EULA of software creators. Thank you for your attention to this very important matter!

Your XXX Freecycle Moderators
XXX-owner@yahoogroups.com

<somersetcountymod@...> wrote:

http://groups.yahoo.com/group/freecyclemodsquad/message/41304

Confidential

FN 080125

```
>
> DVD/VCR tapes with previously recorded TV shows?
> Computer software?
> What else?
>
> Figured I'd try and be as complete as I can with regards to off-
limits
> copyrighted stuff - but don't know what's off limits! LOL.
>
```

Forward | Delete

Expand Messages

Message #41304 of 48559 < Prev | Next >

| | Author | Sort by Date |
|---|---|---|
| copyright laws & Freecycle items?<br>Hi! Someone posted to borrow computer programs, which leads us to the murky land of copyright infringement. I'll put together a new guideline for our group... | Elizabeth<br>somersetcoun... | Oct 3, 2006<br>11:27 am |
| Re: copyright laws & Freecycle items?<br>We prohibit the offering/requesting of previously recorded anythings (movies, tv shows, etc.)...due to copyright laws. No burned copies of games or software... | Kat<br>da_sweet_kat | Oct 3, 2006<br>11:48 am |
| Re: copyright laws & Freecycle items?<br>From the mod manuel: ADMIN Notices - Distribution of Software, CDs, DVDs, et al Example #1 - Distribution of Software Titles Software and other forms of media... | Beverly<br>bevcan23 | Oct 3, 2006<br>12:57 pm |

Confidential

FN 080126