# EXHIBIT 58