# EXHIBIT 59

freecyclemodsquad : Message: Re: [freecyclemodsquad] Question? Offer for unopened BC pills?    Page 1 of 5

Yahoo! My Yahoo! Mail    Make Y! your home page    Search: [          ]    Web Search

# YAHOO! GROUPS

Welcome, **freecyclederon**
[Sign Out, My Account]    Groups Home - Help

**Class of 2006 college graduates,** listen up! It's been almost six months since you left school. During this time, you haven't had to pay a penny on your student loans. If you want to consolidate your loans, remember it's a limited-time offer. Lock in rates as low as 5.3%.

**EDLOAN**  We're here to help: 1 (888) 423-0311

freecyclederon · deron@freecycle.org | Group Owner - Edit Membership    Start a Group | My Groups

**freecyclemodsquad** · Freecycle™ Moderator Group

- Home
- Messages
  - Pending
- Spam? [Empty]
- Post
- Files
- Photos
  - Pending
- Links
- Database
- Polls
- Members
  - Pending
- Calendar
- Invite
- Management

There's something new for moderators! Learn, share, and take your group to new heights with Moderator Central. Check it out.

## Messages

Messages Help

Message # [    ]  Go  Search: [    ]  Search  Advanced

## Question? Offer for unopened BC pills?

Message List

Reply | Forward | Delete    Message #24719 of 48559 < Prev | Next >

Re: [freecyclemodsquad] Question? Offer for unopened BC pills?    Wed Jul 20, 2005 3:40 pm

No Perscription drugs.    Show Message Option

1) KEEP IT FREE, LEGAL & APPROPRIATE FOR ALL AGES. This means, for example, no Alcohol, Tobacco, Firearms or Drugs, legal or otherwise. Two strikes and you're outa the group. This is our main Freecycle rule to live by and it's a pretty easy one at that. No advertising your yard sale, though, as you're looking for money and that isn't free....

**Pink Pig**
<lepinkpig@yahoo.com>
lepinkpig
Send IM
Send Email
Invite to Yahoo! 360°

I would love to know if there was something that could be done with these guys    Remove Author | Ban Author

Confidential

http://groups.yahoo.com/group/freecyclemodsquad/message/24719

FN 080444

Case 4:06-cv-00324-CW    Document 127-33    Filed 09/26/2007    Page 3 of 3

freecyclemodsquad : Message: Re: [freecyclemodsquad] Question? Offer for unopened BC pills?

Page 2 of 5

in blister packs.

jean
co-mod somerset county NJ

Jacqui <jacrebert@mbo.net> wrote:
This is sitting in my Pending folder.....

I have 2 unopened packs of ortho-tri cyclen lo. I can't take them because they make me sick, but my dr. gave them to me and then placed me on the patch once she realized the pill makes me sick. Again, they are both unopened. If you want them, please let me know.

Jacqui
Owner, Seminole Freecycle
http://groups.yahoo.com/group/seminolefreecycle

Moderator, OKCFreecycle
http://groups.yahoo.com/group/OKCFreecycle

[Non-text portions of this message have been removed]

Report news articles: newswire@freecycle.org
Contact your GOA: http://freecycle.org/faq_mod.php
Contact ModSquad Mods: freecyclemodsquad-owner@yahoogroups.com

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

**Yahoo! Groups Tips**

Did you know...
The only place for moderators, by moderators.
Go to Moderator Central.

**Yahoo! 360°**

Share your life through photos, blogs, more.

http://groups.yahoo.com/group/freecyclemodsquad/message/24719

Confidential

FN 080445