# EXHIBIT 66

The Freecycle Network to my knowledge does not request that Yahoo delete groups. Group that have been rejected as official groups (or are NOT listed on Freecycle.org which may includes groups that never applied for approval to use the name) are sent a series of letters asking them to remove the Freecycle Trademark, name and copyrighted materials. Once they fail to do so, they are at some point reported to Yahoo for trademark/copyright infringement. Yahoo may request that the materials are removed or they may take other actions including deleting the groups from their servers. The Freecycle Network has no control over the actions that Yahoo takes.

Deb
Freecycle Modsquad Coordinator

---

Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Reply | Forward

#28216   From: "schryerr" <schryerr@yahoo.com>
         Date: Tue Sep 6, 2005 5:10 pm
         Subject: Re: EF modsquad poll - when can't groups use trademark

And in some cases that trademark infringement has been for something so dire as the group says "No longer affiliated with the Freecycle Network (TM) on their website. BTW, where in Freecycle rules does it say you *have* to use the Freecycle logo or even Freecycle in the name. Deron said right here that only the BOLD marked instructions are required on a group. Doesn't say anything about using the name or logo at all to be in the network.

Rob

--- In freecyclemodsquad@yahoogroups.com, Debra Sawyers

Confidential

FN 079596