# EXHIBIT 68

Dockets.Justia.com



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] A Rouge group in the area....
9 messages

**Robin Rasnake <robinrasnake@yahoo.com>**    **Mon, Aug 8, 2005 at 11:05 AM**
To: freecyclemodsquad@yahoogroups.com

I have a rouge group in my area. The lady that has set it up has even
had a group deleted in the last sweep of rouge groups by yahoo. She
doesn't understand that these groups are copyrighted by the (TM) and
even uses the (TM) in her group. She set this group up because I would
not allow her to post 20 different needed desperately posts in the
same day on my group. She still though thinks that anyone can use the
(TM) as long as they mark the name.
I am needing a letter to put up stating that the groups are (TM) and
she is violating that trademark by having the group up. Also, yes she
has been reported to the GOA for being a rouge group too.
Thanks
Robin Rasnake
Freecycle_Hickory


Rouge group: http://groups.yahoo.com/group/hickoryfreecycle2



Report news articles:        newswire@freecycle.org
Contact your GOA:            http://freecycle.org/faq_mod.php
Contact ModSquad Mods:    freecyclemodsquad-owner@yahoogroups.com


Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.




YAHOO! GROUPS LINKS

■  Visit your group "freecyclemodsquad" on the web.

■  To unsubscribe from this group, send an email to:
   freecyclemodsquad-unsubscribe@yahoogroups.com

■  Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.


**Heather Dudley <hmdudley@gmail.com>**    **Mon, Aug 8, 2005 at 11:19 AM**
To: Robin Rasnake <robinrasnake@yahoo.com>
Cc: freecyclemodsquad@yahoogroups.com

I believe you mean rogue group. ;) As for handling it, let the GOA
handle it officially. You've done your job by reporting it. They're
quite experienced at handling rogues, and have the weight of Freecycle

Confidential

behind them.

[Quoted text hidden]

--
~~~~~~~
Heather - Freecycle Macon Moderator
AIM: drgnchlde
~Please, no more of the stupid today.  Wait until tomorrow.~


Report news articles:          newswire@freecycle.org
Contact your GOA:          http://freecycle.org/faq_mod.php
Contact ModSquad Mods:     freecyclemodsquad-owner@yahoogroups.com

_____
Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
_____


YAHOO! GROUPS LINKS

■  Visit your group "freecyclemodsquad" on the web.

■  To unsubscribe from this group, send an email to:
   freecyclemodsquad-unsubscribe@yahoogroups.com

■  Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.


emily <emilyfreecycle@gmail.com>                          Mon, Aug 8, 2005 at 11:24 AM
To: freecyclemodsquad@yahoogroups.com

Thanks for asking about this. It sounds like you did everything
right! Reporting it to your GOA is exactly what I would have
asked you to do. The GOA can then pass it on as a rogue and we
will ask the owner to delete... if she doesn't, it gets reported
to Yahoo. If this were someone with whom you had a friendly
relationship, I might welcome you to send a happy little note
just mentioning that what she's doing isn't OK, but given the
circumstances, I really think it's best for you to stick to
all the good you're doing moderating your local group and let
us be the bad guys.
Thanks!
~emily
Freecycle Trademark Agent
Mod, FreecycleAmherst (MA)

--- In freecyclemodsquad@yahoogroups.com, "Robin Rasnake"
<robinrasnake@y...> wrote:
> I have a rouge group in my area. The lady that has set it up has even
> had a group deleted in the last sweep of rouge groups by yahoo. She
> doesn't understand that these groups are copyrighted by the (TM) and
> even uses the (TM) in her group. She set this group up because I
would
> not allow her to post 20 different needed desperately posts in the
> same day on my group. She still though thinks that anyone can use the
> (TM) as long as they mark the name.
> I am needing a letter to put up stating that the groups are (TM) and
> she is violating that trademark by having the group up. Also, yes she
> has been reported to the GOA for being a rouge group too.
> Thanks
> Robin Rasnake

**Confidential**

```
> Freecycle_Hickory
>
>
> Rouge group: http://groups.yahoo.com/group/hickoryfreecycle?
```

```
Report news articles:           newswire@freecycle.org
Contact your GOA:               http://freecycle.org/faq_mod.php
Contact ModSquad Mods:          freecyclemodsquad-owner@yahoogroups.com
```

```
Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
```

SPONSORED LINKS

```
United states          Recycling              Helpful hints

Activism               Issues
```

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

locarumo <locarumo@yahoo.com>                    Mon, Aug 8, 2005 at 11:26 AM
To: freecyclemodsquad@yahoogroups.com

```
GOA are the only ones that should handle those rogue groups. I hope
that is not you that is posting those messages on that groups site,
very uncalled for and unneeded.  Best left to those that know how to
handle them.  Posting messages like that is not the way to resolve
matters, nor is emailing the owner of that site.

Best thing to do is let the GOA handle it and let it rest and let it
be.  Flaming another group is not the way to handle things at all.
```

Confidential

--- In freecyclemodsquad@yahoogroups.com, Heather Dudley
<hmdudley@g...> wrote:
> I believe you mean rogue group. ;) As for handling it, let the GOA
> handle it officially. You've done your job by reporting it. They're
> quite experienced at handling rogues, and have the weight of Freecycle
> behind them.
>
> On 8/8/05, Robin Rasnake <robinrasnake@y...> wrote:
> > I have a rouge group in my area. The lady that has set it up has even
> > had a group deleted in the last sweep of rouge groups by yahoo. She
> > doesn't understand that these groups are copyrighted by the (TM) and
> > even uses the (TM) in her group. She set this group up because I
would
> > not allow her to post 20 different needed desperately posts in the
> > same day on my group. She still though thinks that anyone can use the
> > (TM) as long as they mark the name.
> > I am needing a letter to put up stating that the groups are (TM) and
> > she is violating that trademark by having the group up. Also, yes she
> > has been reported to the GOA for being a rouge group too.
> > Thanks
> > Robin Rasnake
> > Freecycle_Hickory
> >
> >
> > Rouge group:
> > http://groups.yahoo.com/group/hickoryfreecycle2
> >
> >
> >
> >
> >
> > Report news articles:          newswire@f...
[Quoted text hidden]

[Quoted text hidden]

---

**DrPepperOkie <drpepperokie@gmail.com>**
To: freecyclemodsquad@yahoogroups.com

**Mon, Aug 8, 2005 at 11:24 AM**

Exactly how does Yahoo get rid of rogue groups?

If we see one, is there a certain email address that the GOA or us, that the information is sent too?

I thought customer service or help at Yahoo didn't exist LoL!

Samantha
[Quoted text hidden]

    a..  Visit your group "freecyclemodsquad" on the web.

    b..  To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

    c..  Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

----------------------------------------------------------------------

[Non-text portions of this message have been removed]

Report news articles:          newswire@freecycle.org
Contact your GOA:              http://freecycle.org/faq_mod.php

*Confidential*