# EXHIBIT 69

From: Lissy Abraham <lissy_a@earthlink.net>
Date: Tue Oct 21, 2003  1:48 pm
Subject: "Taken"

kittenhead2000
Offline
Send Email
Invite to Yahoo! 360°
Remove Author | Ban Author

Experienced moderators:

When stuff is no longer available, do you delete the posting? Or do you just
let everyone figure out what's been taken from the "taken" postings?

Lissy
(Freecycle Sunnyvale moderator)
http://groups.yahoo.com/group/freecyclesunnyvale/

---

From: "Deron Beal" <deron@rise-inc.org>
Date: Tue Dec 16, 2003  8:54 am
Subject: Re: Overlapping Territories

deronbeal
Offline
Send Email
Invite to Yahoo! 360°
Remove Author | Ban Author

Oops, sorry Anne. We definitely don't want this and should stop the new group before it grows too large to have people move over to the existing group.

Let me know the new group's name, and I'll remove the link and contact the person to ask them either to join the existing group or to change their group to their city's name. I generally try to catch this. If this is happening elsewhere too, then let me know.

Maybe we should only advise people to start groups with a city name. Any thoughts here from anyone?

Deron


----- Original Message -----
From: Anne
To: freecyclemodsquad@yahoogroups.com
Sent: Tuesday, December 16, 2003 8:22 AM

FN 073568

Highly Confidential-
Attorneys' Eyes Only

**Subject:** [freecyclemodsquad] Re: Overlapping Territories

Deron,
I've noticed that here in Oregon, we have a lot of "overlapping" going on
with groups.
Some of these seem like a case of an established group being sort of
overrun by
someone who decides to claim a much larger area. (established City...new group
is entire county.)
Maybe this doesn't really hurt anything, but I think there could be some
issues that
might arise from it.
I'm wondering if anyone else has had any thoughts on this?
Annie

**From:** freecyclemodsquad@yahoogroups.com
**Date:** Sun Jan 4, 2004  11:42 am
**Subject:** New poll for freecyclemodsquad

freecyclemodsquad@yahoogroups.com
✉ Send Email
Ban Author

Enter your vote today! A new poll has been created for the
freecyclemodsquad group:

Do you believe we should require that
all local groups have the rule "Keep It
Free, Legal & Appropriate For All
Ages?" (Implicitly, this rules does not
allow items such as alcohol, tobacco,
firearms and pornography from being
tradable within the Freecycle Network).

o Yes
o No
o Undecided.
o I choose to abstain.


To vote, please visit the following web page:

http://groups.yahoo.com/group/freecyclemodsquad/surveys?id=11561911

Note: Please do not reply to this message. Poll votes are

FN 073569

**Highly Confidential-
Attorneys' Eyes Only**