# EXHIBIT 71



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] We are mods not GODS was Re: offer 4 sale in response to wanted....

1 message

---

**Allisyn <sowilling@iwon.com>**  Fri, Mar 3, 2006 at 8:57 AM
Reply-To: sowilling@iwon.com
To: dsohn@columbus.rr.com
Cc: freecyclemodsquad@yahoogroups.com

Well it seems to me like you answered that one yourself.

What I mean by that is that the offer was not to sell. The RESPONSE to the offer was an item for sale. The rules for posting state that neither offers nor wanteds may mention money but there is no clause about a RESPONSE to an offer. It rubs Deron the wrong way because it is not "ethical" but it also is not specifically excluded in the rules of the groups.

What members do offlist is really not any of the mod's concern technically. The main function of the moderators is to make sure that the rules are followed as written. Everything must be free, legal and appropriate for all ages... and that the members post properly in order to avoid spamming and keep the frustration level at a minimum in order to encourage member participation.

In my humble opinion too many of the moderators become bogged down by trying to micro-manage their groups and cause themselves way more frustration and aggravation than is really necessary in order to have a happy, active, growing group.

My group runs fine with a minimum of input from myself or my other mods... we basically have to approve messages from newbies, correct members when they make mistakes (this very rarely if ever happens), and remove people from moderation when they "get it". I have a couple of members who have asked that I keep them on moderation because of one reason or another but other than that my group is fairly self-sufficient. I wholeheartedly agree with Deron that it's more about EMPOWERING your members than trying to CONTROL the group.

As always, when in doubt, poll your members, they usually like the polls and if they are not happy with the outcome of the polls then you need to remind them that just like the elections run by the government...if you don't vote, you cannot complain about the results.

All-rightey then, have a good day and my your groups run smoothly.

Inside there's a skinny woman screaming to get out but I can usually shut her up with  chocolate.

useful sites to know...
www.freecycle.org
www.gasbuddy.com
www.modestneeds.org

Please remember to trim your posts when responding to messages posted on the site.  Thank You.

Report news articles:         newswire@freecycle.org
Submit to the TFN newsletter:  updates@freecycle.org
Contact your GOA:      http://www.freecycle.org/manual/goa_list.htm

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
we can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

Confidential

FN 077741

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

SPONSORED LINKS

Fun

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential