# EXHIBIT 72



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] ADMIN: Of Spammers, NGAs, Attachments, Press Clips, and Praying Mantises

3 messages

Nancy Castleman <nancy@freecycle.org>  Mon, Dec 6, 2004 at 6:20 PM
To: freecyclemodsquad@yahoogroups.com

Howdy, Fellow Mods!

Here's the fourth of our Special Notices that feature spammers, scammers, and the people who send pornographic links -- in other words, the folks most of us would like to ban from our groups. All praise goes to Lynnie Jones, who continues to make it so easy for us to cut, paste, and ban these lovely creatures!

If you can't see complete email addresses below, they appear in all their glory on the "Spammers, Scammers and Porno Pushers List" in the Files section of the ModSquad.

Got any additions or corrections? Please send them directly to spamlessfreecycle@gmail.com.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Most recent additions as of December 6, 2004
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

bambicontreras@yahoo.com
best_deals_alwayz@yahoo.com
carmen9024@g00n.com
catherine7230@yahoo.com
daisy3949@aizzo.com
dreamkast88@comcast.net
fitclub33@yahoo.com
janelle.cope4300@xopy.com
jim.f.stanley214@slobz.com
kurtis.wilkin3949@slobz.com
lambert2144@xopy.com
lindawise9@yahoo.com
marypeck16@yahoo.com
melissa@santafundraisers.com
no_reply@yahoogroups.com
okhere000net@yahoo.com
oqlxknlmalr@yahoo.com
richard8188467676@yahoo.com
susanna1809@slobz.com
thurmond6812@aizzo.com
uvdvadztzrpq@yahoo.com
wahama90@hotmail.com

Confidential