# EXHIBIT 74

**From:** Tim Oey <timoey@yahoo.com>
**Date:** Sun May 2, 2004  10:16 pm
**Subject:** Re: [freecyclemodsquad] Posting or Yahoo Group Problems?

Reduce_Reuse...
Offline
Send Email
Invite to Yahoo! 360°
Remove Author | Ban Author

Unfortunately you'll have to get used to this. The current internet mail system
makes spoofing email addresses trivially easy and it is something that viruses
are doing all the time -- many infect a machine, pick up all the email addresses
they can find from address books, web pages viewed, and elsewhere and send
emails to all of them using spoofed email addresses chosen from the same set.
The result is thousands of emails all looking like they came from many different
people...

Cheers,
Tim


At 2:47 AM +0000 5/3/04, puffin_ny wrote:
>I got an email today from a member who alerted me that they got an
>email from me (not really, but it had my ID) that seemed to have an
>attachment that contained a virus. I have heard of this happening to
>people, but this is the first for me...



**From:** "Deron Beal" <deron@rise-inc.org>
**Date:** Tue May 4, 2004  8:24 am
**Subject:** Re: [freecyclemodsquad] Politics

deronbeal
Offline
Send Email
Invite to Yahoo! 360°
Remove Author | Ban Author

FN 073612

Hey all,
The rules are intentionally somewhat vague so that they can throw a potentially
wide net. The main rule is of course "Keep it free, legal & appropriate for all

Highly Confidential-
Attorneys' Eyes Only

ages." This vague rule with the clause "appropriate for all ages" is vague so
that it definitely covers alcohol, tobacco, firearms, but would technically also
cover lawnmowers, scissors, etc. This way the moderator is covered for anything
new that may pop up like, I dunno, a machete, or something, without us having to
have a "no machete rule." It gives the moderator the leeway to perhaps allow the
scissors and not allow the machete as per his/her interpretation of appropriate
for all ages while still definitely not allowing tobacco for example.

So, in other words, the detail that the guy is asking for is only in your own
brain and heart. Perhaps nonposting related polls are a form of spam? Perhaps
it's politics?
Perhaps you would rather only do the polls yourself in your group (there's a
button for this). Perhaps you need to do a poll with your members for a new
local rule about what is not allowed beyond money, spam & politics, etc.

The idea though is that it is a chance for you to have some fun with your group
or individual group members figuring this out. Every three-four months a quick
and not too challenging survey is nice to have to help develop community and
committment with the members. Sometimes the poll is on pets. Maybe the poll is
on whether to have a local get together? The limit is basically your own and
your groups imagination...

Keep on havin' fun with it.
Deron
Tucson, AZ

FN 073613

PS: Can we remember to mention the city or group name as well as your own name

Highly Confidential-
Attorneys' Eyes Only