

# EXHIBIT 76

Gmail - [freecyclemodsquad] Member issue

Page 1 of 9



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] Member issue
9 messages

**Jannet <IQUACK2@aol.com>**  
To: freecyclemodsquad@yahoogroups.com

Tue, Apr 18, 2006 at 5:27 AM

```
Hi all, we are having an issue with a member id like some suggestions
with.

We have a LARGE group with over 1000 members.  We are a promidently
military town, with alot of YOUNG members and not much money.

Here is the issue...we had a member who has been a member a short time,
approx 2 months.  We moderate all new members, and she was taken off of
moderation.  She immediately posted a message to the group last week
that was not appropriate, so it was deleted from the database.  When we
deleted it, we told her the reason, and how to correct it.  She got
quite nasty, but we ignored it.  She again posted the SAME inappropriate
post, becasue she wasnt understanding that even though we had deleted
it from the archives, that the members STILL received it.  After trying
to explain this to her, and getting nowhere we placed her back on
moderation and asked her to refresh herself with the "rules and
guidelines".  Again, the same message comes in, this time with a side
note about the mods deleting her messages.IT was rejected.  We got
some pretty hateful emails and she was removed...per the 2 strikes rule.

She immediately rejoined under the same name and we sent her an email
to please reorientate herself with the guidelines.  A few days later
here comes a post that is inappropriate.  IT was rejected and she was
again notified why. NOTE: this is a word for word post that has been
rejected previously.  We get a short note back, thats says "sorry, i
wont do it again" WOO-Hoo success!!!!  <VBG> but now are getting a
barrage (and i do mean barrage of nasty emails...she is threatening to
shut the group down....yadda yadda....all because SHE cant follow some
simple rules from the main Freecycle Guidelines...(location, no same
wants more than 1x a month, home party posts)

Other than removing her AGAIN, how can we deal with someone like her.
It is a high possibility she will just join with another name, if she
hasnt already.  She is very young, so i attribute some of it to her
age, but there is no reason to bash us when it is she who cant follow
some simple guidelines? And the emails are quite rude and vulgar.

Any help is appreciated.
Jannet

Camp Lejeune NC Freecycle Mod
```

Please remember to trim your posts when responding to messages posted on the site.   Thank You.

Report news articles:           newswire@freecycle.org  
Submit to the TFN newsletter:       updates@freecycle.org  
Contact your GOA:      http://www.freecycle.org/manual/goa_list.htm  
Mod Manual:            http://www.freecycle.org/manual/index_manual.htm

Modsquad Moderators                                                     **Confidential**
Ann/Tuppete, Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother  
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to  
volunteers@freecycle.org to offer their services.  Please give us an idea of your skills and how you'd like to help.

Freecycle and the Freecycle logo are trademarks of  
The Freecycle Network in the United States and/or                              FN 078749  
other countries.

SPONSORED LINKS

Fun

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Jeff Kincaid <whitelitr@gmail.com>**                          Tue, Apr 18, 2006 at 5:34 AM
To: Jannet <IQUACK2@aol.com>, freecyclemodsquad@yahoogroups.com

Hi Janet,

If it were me, I would report her to her ISP for abuse and Terms of Service
violations and then I would ban her from the group.

Good Luck

Jeff Kincaid
List Tyrant and Overlord
LynchburgFreecycle
Lynchburg VA

[Quoted text hidden]

Yahoo! Groups Links

Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:          newswire@freecycle.org
Submit to the TFN newsletter:  updates@freecycle.org
Contact your GOA:              http://www.freecycle.org/manual/goa_list.htm
Mod Manual:                    http://www.freecycle.org/manual/index_manual.htm

Modsquad Moderators
Ann/Tuppete, Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to
volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

---

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

**Confidential**

---

YAHOO! GROUPS LINKS                                             FN 078750

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**tim vanriper <lugnut_20032003@yahoo.com>**
To: freecyclemodsquad@yahoogroups.com

Tue, Apr 18, 2006 at 5:42 AM

```
I agree, report her and ban her, as for her rejoining
with a new name no big deal as long as she is
moderated you will know she is the same trouble maker.
Note: forwarded message attached.
```

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

[Non-text portions of this message have been removed]

Please remember to trim your posts when responding to messages posted on the site.  Thank You.

```
Report news articles:                   newswire@freecycle.org
Submit to the TFN newsletter:           updates@freecycle.org
Contact your GOA:       http://www.freecycle.org/manual/goa_list.htm
Mod Manual:             http://www.freecycle.org/manual/index_manual.htm
```

Modsquad Moderators
Ann/Tuppete, Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to
volunteers@freecycle.org to offer their services.  Please give us an idea of your skills and how you'd like to help.

---

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

---

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential

---

**b1write <bfrnd@sbcglobal.net>**
To: freecyclemodsquad@yahoogroups.com

Tue, Apr 18, 2006 at 2:43 PM

Frankly, I'm surprised that she asked to rejoin under the same name.
I would not have permitted her to rejoin.  That said, I would now

FN 078751

```
remove and ban her and then report her to Yahoo and her ISP.  Be sure
to include headers.  No one has to take this baloney from a member.

I almost said we used to have a lot of that and don't lately, but I'm
just superstitious enough to be afraid to say that.

:)  Barbara
New Haven, CT
```

[Quoted text hidden]

[Quoted text hidden]

---

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**CaveGirl <caveguru@yahoo.com>**                                Tue, Apr 18, 2006 at 2:53 PM
To: freecyclemodsquad@yahoogroups.com

```
I've had great success allowing members to join and
removing their posting privileges.  Set their
membership to "member cannot post messages" and let
them be a part of the group, but not really.

You can keep any eye on them and they will have to
continue to create new aliases to join.  It eventually
becomes tedious for them and does work to getting the
point across.

Karen
```

[Quoted text hidden]

```
Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com


Please remember to trim your posts when responding to messages posted on the site.  Thank You.

Report news articles:              newswire@freecycle.org
Submit to the TFN newsletter:      updates@freecycle.org
Contact your GOA:     http://www.freecycle.org/manual/goa_list.htm
Mod Manual:           http://www.freecycle.org/manual/index_manual.htm

Modsquad Moderators
Ann/Tuppete, Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at  freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to
volunteers@freecycle.org to offer their services.  Please give us an idea of your skills and how you'd like to help.
```

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

Confidential

FN 078752

---

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**b1write <bfrnd@sbcglobal.net>**　　　　　　　　　　　　　　　　　　　　　　　Tue, Apr 18, 2006 at 3:09 PM
To: freecyclemodsquad@yahoogroups.com

```
I just did that for the first time recently!  I'm so glad not to be
the only one.

Barbara
New Haven, CT

--- In freecyclemodsquad@yahoogroups.com, CaveGirl <caveguru@...> wrote:
>
> I've had great success allowing members to join and
> removing their posting privileges.  Set their
> membership to "member cannot post messages" and let
> them be a part of the group, but not really.
>
> You can keep any eye on them and they will have to
> continue to create new aliases to join.  It eventually
> becomes tedious for them and does work to getting the
> point across.
>
> Karen
>
>
[Quoted text hidden]
```

[Quoted text hidden]

---

**Ralph and Donna <dutch121@mindspring.com>**　　　　　　　　　　　　　　　　　Tue, Apr 18, 2006 at 5:35 PM
Reply-To: Ralph and Donna <dutch121@mindspring.com>
To: freecyclemodsquad@yahoogroups.com, CaveGirl <caveguru@yahoo.com>

```
This is a setting I've never understood. Cannot Post.

This means the person can fulfill wants and take offers right? But can never offer anything themselves? I don't see the
sense in that.

Donna
LosAltos(CA)Freecycle
   ----- Original Message -----
   From: CaveGirl
   To: freecyclemodsquad@yahoogroups.com
   Sent: Tuesday, April 18, 2006 2:53 PM
   Subject: Re: [freecyclemodsquad] Re: Member issue


   I've had great success allowing members to join and
   removing their posting privileges.  Set their
   membership to "member cannot post messages" and let
   them be a part of the group, but not really.


   >
   >
   >
   >
```

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com

Please remember to trim your posts when responding to messages posted on the site.  Thank You.

Confidential

FN 078753

```
Report news articles:              newswire@freecycle.org
Submit to the TFN newsletter:      updates@freecycle.org
Contact your GOA:      http://www.freecycle.org/manual/goa_list.htm
Mod Manual:            http://www.freecycle.org/manual/index_manual.htm

Modsquad Moderators
Ann/Tuppete, Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to
volunteers@freecycle.org to offer their services.  Please give us an idea of your skills and how you'd like to help.
```

---

```
Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
```

---

```
------------------------------------------------------------------------
YAHOO! GROUPS LINKS

    a..  Visit your group "freecyclemodsquad" on the web.

    b..  To unsubscribe from this group, send an email to:
         freecyclemodsquad-unsubscribe@yahoogroups.com

    c..  Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

------------------------------------------------------------------------


[Non-text portions of this message have been removed]



Please remember to trim your posts when responding to messages posted on the site.  Thank You.
Report news articles:              newswire@freecycle.org
Submit to the TFN newsletter:      updates@freecycle.org
Contact your GOA:      http://www.freecycle.org/manual/goa_list.htm
Mod Manual:            http://www.freecycle.org/manual/index_manual.htm

Modsquad Moderators
Ann/Tuppete, Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to
volunteers@freecycle.org to offer their services.  Please give us an idea of your skills and how you'd like to help.
```

---

```
Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
```

---

SPONSORED LINKS

Fun

---

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential

FN 078754

**CaveGirl <caveguru@yahoo.com>**
To: freecyclemodsquad@yahoogroups.com

Tue, Apr 18, 2006 at 6:45 PM

```
It's mostly used for members who post repeated wanted
posts and this particular case, it's effective.  Sure
they can participate in receiving items, but what's
the difference between that person and someone who
joins and lurks silently in the background?  No diff
really.

Karen
[Quoted text hidden]
```

[Quoted text hidden]

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**b1write <bfrnd@sbcglobal.net>**
To: freecyclemodsquad@yahoogroups.com

Thu, Apr 20, 2006 at 6:22 AM

I have used it once or twice with a spammer, so that rather than
banning them and having them join under another name, I let them
continue as members. Of course, I wouldn't do this if they harvesting
emails addys.

Barbara
New Haven, Ct

— In freecyclemodsquad@yahoogroups.com, "Ralph and Donna"
<dutch121@...> wrote:
>
> This is a setting I've never understood. Cannot Post.
>
> This means the person can fulfill wants and take offers right? But
can never offer anything themselves? I don't see the sense in that.
>
> Donna
> LosAltos(CA)Freecycle
> ----- Original Message -----
> From: CaveGirl
> To: freecyclemodsquad@yahoogroups.com
> Sent: Tuesday, April 18, 2006 2:53 PM
> Subject: Re: [freecyclemodsquad] Re: Member issue
>
>
> I've had great success allowing members to join and
> removing their posting privileges.  Set their
> membership to "member cannot post messages" and let
> them be a part of the group, but not really.
>
>
> >

Confidential

FN 078755

```
> >
> >
> >
>
>
>  _____
> Do You Yahoo!?
> Tired of spam?  Yahoo! Mail has the best spam protection around
> http://mail.yahoo.com
>
>
> Please remember to trim your posts when responding to messages
posted on the site.  Thank You.
>
> Report news articles:              newswire@...
> Submit to the TFN newsletter:      updates@...
> Contact your GOA:    http://www.freecycle.org/manual/goa_list.htm
> Mod Manual:      http://www.freecycle.org/manual/index_manual.htm
>
> Modsquad Moderators
> Ann/Tuppete, Beverly/bevcan23, Deb/debsawyers, or
Irene/teddybearsmother
> We can be reached at freecyclemodsquad-owner@yahoogroups.com
>
> Moderators desiring to increase their involvement with TFN beyond
the local level are encouraged to write to volunteers@... to offer
their services.  Please give us an idea of your skills and how you'd
like to help.
>
> _____
>
> Freecycle and the Freecycle logo are trademarks of
> The Freecycle Network in the United States and/or
> other countries.
> _____
>
>
>
>
_____
> YAHOO! GROUPS LINKS
>
>    a..  Visit your group "freecyclemodsquad" on the web.
>
>    b..  To unsubscribe from this group, send an email to:
>    freecyclemodsquad-unsubscribe@yahoogroups.com
>
>    c..  Your use of Yahoo! Groups is subject to the Yahoo! Terms of
Service.
>
>
>
_____
>
>
>
> [Non-text portions of this message have been removed]
>
```

Confidential

FN 078756

Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:                               newswire@freecycle.org
Submit to the TFN newsletter:                       updates@freecycle.org
Contact your GOA:        http://www.freecycle.org/manual/goa_list.htm
Mod Manual:              http://www.freecycle.org/manual/index_manual.htm

Modsquad Moderators
Ann/Tuppete, Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to
volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

---

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

---

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential

FN 078757