# EXHIBIT 77

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Twinville2 <Lisaand4J@rhtc.net>**
To: freecyclemodsquad@yahoogroups.com                    Sun, Aug 28, 2005 at 10:00 PM

Ed,
Allowing moderators to ask questions about day-to-day operation
of Freecycle groups is what this mod squad is here for.
Not every moderator has access to an active, large or experienced
State Mod Squad, so this group fills that need.

Asking a question here is not like posting an offer to 50+ groups.
Remember, a moderator is seeking support, advice and information.
We are all here to have a part in making the Mod Squad a positive and
supportive place to be....

Lisa


--- In freecyclemodsquad@yahoogroups.com, edschwarzmann@a... wrote:
> > PLEASE take thewse conversations to the other Forum and let us
Mods get back to the REAL work of Freecycle keeping out members
happy. There is a Place to go to discuss all this politics and this
is NOT IT!!!!!

> Hi Marilyn,
>
> Mods should be using their STATE moderator net to pose questions
before
> asking them on this INTERnational forum. This relieves the load on
this forum for matters where a wider response is desired than is
available in their home state.
> Technically, posting a local matter here could be considered the
same as offering an item to over 50 groups at once, in the US alone.
The state forum is the same as your home group, and the advice given
on this board most often in matters of crossposting is to post to
your home group before going farther afield.
> Ed
> MaysLandingFreecycle, NJ


Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:            newswire@freecycle.org
Contact your GOA:                http://freecycle.org/faq_mod.php

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write
to volunteers@freecycle.org to offer their services.

---

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.                                                       **Confidential**