Case 4:06-cv-00324-CW     Document 127-44     Filed 09/26/2007     Page 1 of 9

# EXHIBIT 78

Gmail - [freecyclemodsquad] HELP!! Page 1 of 8



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] HELP!!
8 messages

**Shannan <tiredmom@peoplepc.com>**      Sun, Jan 22, 2006 at 8:47 PM
Reply-To: Shannan <tiredmom@peoplepc.com>
To: ModSquad <freecyclemodsquad@yahoogroups.com>

I have a member here who is insistent on breaking the rules and causing problems. I need to know what I should do with her, I want to remove her, but we thought to ask here first. Here is some of what she has done.

Started out posting numerous wanteds

Found out she was replying to virtually every member for their items

Then has now been reported at least 10 times as a no show

Has harassed one member that I know of because they wouldn't deliver to her

When confronted about these she created another e-mail address and was replying and posting wanteds from both

Then created a third e-mail address when confronted about that one

Once confronted yet again she tried saying she was man, then she was a woman, then she slipped and posted from those e-mails with her name at the bottom

So both the additional e-mail addresses were removed

Now she has taken around 40 of our members e-mail addresses, as well as my own, the group and the group owner e-mail and sent us SPAM. One of those forward to your friends deals. I received 18 responses in just an hour that she sent this and they do not appreciate it, obviously. I am just so done with her. I know her IP so she can't re-sign up unless from another computer and that is doubtful. Any help??

Shannan

[Non-text portions of this message have been removed]


Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:          newswire@freecycle.org
Submit to the TFN newsletter:  updates@freecycle.org
Contact your GOA:              http://www.freecycle.org/manual/goa_list.htm

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

---

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

Confidential

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Paul Jones <breadmanpaul@mac.com>**                                    Sun, Jan 22, 2006 at 9:03 PM
To: Shannan <tiredmom@peoplepc.com>
Cc: ModSquad <freecyclemodsquad@yahoogroups.com>

Well, obviously, put her on moderation. Also, forward her posts with
full headers to abuse@yahoo.com You just wouldn't believe how
effective that is. Rather than banning her, which can be rather
ineffective, as she has already demonstrated that she can just get
another ID, just don't approve any of her posts. You need to be very
cautious about sending out a warning about her, as you don't want any
defamation lawsuits.

Paul

[Quoted text hidden]

[Quoted text hidden]

Environment issue            Fun

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Shannan <tiredmom@peoplepc.com>**                                      Sun, Jan 22, 2006 at 9:16 PM
Reply-To: Shannan <tiredmom@peoplepc.com>
To: Paul Jones <breadmanpaul@mac.com>
Cc: ModSquad <freecyclemodsquad@yahoogroups.com>

She is already on moderation....has been for quite a long time.  I don't want her taking anymore members e-
mail addresses to continue this.  I'm not worried about lawsuits, if removed she'd be removed for good
reason and we have all the proof to back it up.  So that's not a worry in my mind at all.  So if I kept
her, and didn't allow her to post, she would still be able to continue contacting members and acting as a
no show, as well as harvesting e-mails....  :-(

Shannan

[Quoted text hidden]

   a..  Visit your group "freecyclemodsquad" on the web.

   b..  To unsubscribe from this group, send an email to:
        freecyclemodsquad-unsubscribe@yahoogroups.com

Confidential

c.. Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

------------------------------------------------------------------------

[Non-text portions of this message have been removed]

Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:            newswire@freecycle.org
Submit to the TFN newsletter:    updates@freecycle.org
Contact your GOA:     http://www.freecycle.org/manual/goa_list.htm

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

------------------------------------------------------------------------

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

------------------------------------------------------------------------

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Paul Jones <breadmanpaul@mac.com>**                    Sun, Jan 22, 2006 at 9:35 PM
To: Shannan <tiredmom@peoplepc.com>
Cc: ModSquad <freecyclemodsquad@yahoogroups.com>

You can ban her, but nothing stops her from joining again with a different persona. But maybe she'll get tired of it and give up. You can remove her without fear of retribution. It's your group and you decide who is and who is not a member. Where I would be careful is in posting any warning about her to the group.

[Quoted text hidden]

[Quoted text hidden]

---

**Shannan <tiredmom@peoplepc.com>**                      Sun, Jan 22, 2006 at 9:46 PM
Reply-To: Shannan <tiredmom@peoplepc.com>
To: Paul Jones <breadmanpaul@mac.com>
Cc: ModSquad <freecyclemodsquad@yahoogroups.com>

Confidential

Thanks hon.  I don't think it would be proper to post anything to the group, rather quietly remove her.
Not that the group will miss her but it's still not something to blab about to them.  I'm agreeing with you
in hoping she gives up!!

Shannan
----- Original Message -----
From: Paul Jones
To: Shannan
Cc: ModSquad
Sent: Sunday, January 22, 2006 11:35 PM
Subject: Re: [freecyclemodsquad] HELP!!

You can ban her, but nothing stops her from joining again with a different persona. But maybe she'll get
tired of it and give up. You can remove her without fear of retribution. It's your group and you decide who
is and who is not a member. Where I would be careful is in posting any warning about her to the group.

[Non-text portions of this message have been removed]

Please remember to trim your posts when responding to messages posted on the site.  Thank You.

Report news articles:            newswire@freecycle.org
Submit to the TFN newsletter:    updates@freecycle.org
Contact your GOA:                http://www.freecycle.org/manual/goa_list.htm

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write
to volunteers@freecycle.org to offer their services.  Please give us an idea of your skills and how you'd
like to help.

----

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

----

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

Jan <motormouthf33@yahoo.com>                                      Sun, Jan 22, 2006 at 10:59 PM
To: freecyclemodsquad@yahoogroups.com

There are a few other options.

1. Go into the place where you can moderate a member and change her
from moderated to unable to post.

2. Change her mail status to NO MAIL. You may have to watch this and
continue to change it back.

Confidential

These two steps may buy you some time before she trys to rejoin.

3. You and any other offended members you trust can forward the email with full headers to abuse @ yahoo.com. Include that she is only a member of a group you belong to and that you are not friends. I am not sure I would let them know you have had problems with her and her multiple email addresses but definately that you consider this spam harassment and unacceptable. Who knows yahoo may take care of her for you. I have member who was sending spam to members of the group not the moderator or myself but to the active members and I got one in my alternate email. Forwarded the one I got and the ones that were sent to family members to Yahoo and the guy is gone.

4. Try a F&F. Firm and Friendly letter. Feel free to use this if you want and alter it to fit into your group. It is for anyone who can use it.

"Hello XXXXX,
Thank you for being such an active member in our XXXX Freecycle community. Some common oversights for new members are listed below. Please also be aware, we do have a two strikes your out policy I would not want anyone to be removed from such a wonderful experience.  **In an effort to make this opportunity the most awesome and beneficial experience for you please take note of the following information.**
> I am sure it is merely an oversight or misunderstaning that when another member has agreed to gift you an item some how the pick ups are not happening. Please make sure you double check the time and directions. Email or call the member if you will be late and allow them the opportunity to rescedule. Also if you change your mind, it would keep the item moving if you just let the person who offered it know so they can then offer it to the next one on their list.
> When an item is to be gifted to you it is just that a gift. You do need to pick up the gift. Please do not ever ask another member to deliver an item to you.
> When you recieve emails your email account may be set to save all incoming email addresses. This can become a problem when you are a member of this group if you are not VERY careful when forwarding cute things. Some members could consider this SPAM! So if your account is set up in such a manner please change this or make sure when you forward things you do NOT forward them to ANY member of this Freecycle Community.
> Just a heads up on human nature. There are so many wonderful things our fellow members offer. Some times it can be overwhelming. Responding to every or almost every offer can make other members think you are greedy and not be as willing to share items with you. Also posting several wanted in a short amount of time can leave the same impression. I would not want anyone to feel they have been ousted or ignored for items that might still end up in the landfill. Please be mindful of this when responding to offers and posting wanteds.
We are here to make the world a better place for our children and our grandchildren by not leaving them a landfill as their home. This can be done!! In the process we can also help our friends, family and neighbors. Please help us do this by remaining an active and productive member of our community. Again, I thank you from the bottom of my heart for helping this group remain an awesome experience for all of us.
If you have any questions or if I can be of further assistance please feel free to contact me at XXXX-owner@yahoogroups.com anytime.
Thank you for your immediate attention,
XXX
XXX Moderator"

Hope one of these helps.
Jen
Rockingham County, NC

Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:           newswire@freecycle.org
Submit to the TFN newsletter:   updates@freecycle.org
Contact your GOA:       http://www.freecycle.org/manual/goa_list.htm

Confidential

```
Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write
to volunteers@freecycle.org to offer their services.  Please give us an idea of your skills and how you'd
like to help.

_____

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
```

SPONSORED LINKS

Environment issue          Fun

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Cyndy B <whistlersmommy@yahoo.com>**                Mon, Jan 23, 2006 at 4:36 AM
To: Shannan <tiredmom@peoplepc.com>, Paul Jones <breadmanpaul@mac.com>
Cc: ModSquad <freecyclemodsquad@yahoogroups.com>

```
Hi Shannan,

   We recently had a member do something similar, although not quite to  that extreme. She was harvesting
email addresses (including one of the  moderators) and SPAMming people with her Ebay auctions and personal
websites. One warning given and she continued, so she was banned and  reported to Yahoo. I sent out the
following to the group after it  happened and so far so good. We're a new group and the IMods that were
here suggested adding that members can also report the person to Yahoo,  which I think has helped.

    Cyndy, LeominsterMA


It has come to our attention that a member of the LeominsterMA
Freecycle(TM) community was using email addresses gathered from our
members to promote personal websites, including items for sale. The
member continued the practice after a warning to stop and has now been
removed from the list. The member has been reported to Yahoo for a
violation of the TOS. Members of this list are able to do this as
individual users of Yahoo services, as well.

If any member receives email from another member which contains
unsolicited information unrelated to a Freecycle(TM) transaction,
please forward the email to the moderators so that we can deal with
the situation appropriately. Using email addresses to promote
non-Freecycle activities is a serious breach of the Freecycle rules
and will be dealt with accordingly.

List members should make sure before sending out a non-Freecycle
related group email that Freecycle member addressses are not included
```

Confidential

unless they are personal friends with whom you have a prior history of non-Freecycle email exchanges.

We value the privacy and trust of our members and appreciate your help in upholding those values.

Thank you and please feel free to contact us if you have any questions or concerns.

The Leominster Moderators
Leominster_Moderators@yahoogroups.com

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

Yahoo! Photos
Got holiday snaps? Pick all the ways to get quality prints in your hands ASAP.

[Non-text portions of this message have been removed]

Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:           newswire@freecycle.org
Submit to the TFN newsletter:   updates@freecycle.org
Contact your GOA:               http://www.freecycle.org/manual/goa_list.htm

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

SPONSORED LINKS

Environment issue         Fun

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential

locarumo <locarumo@yahoo.com>                              Mon, Jan 23, 2006 at 10:20 AM
To: freecyclemodsquad@yahoogroups.com

Make sure she is on PERM moderation with the group. You can edit her membership so she can not post.

Report her to yahoo for spam and harassment issues.. Make sure those that complain about her also report her.

Report her to her ISP for spam and harassment (if not yahoo id). If you can track her isp, you can report it that way also.. but yahoo does work, and I have had good responses to doing so.

Last resort, is to ban her, but she will just keep coming back, so have her moderated, heck set her to no emails so she can't get group emails.. unless she goes to the site.

Warn her that if she continues to act like she does, you will have no choice but to ban her from the group. Do not respond to any of her emails after that, just hold onto them and forward to yahoo.

Please remember to trim your posts when responding to messages posted on the site. Thank You.
Report news articles:                newswire@freecycle.org
Submit to the TFN newsletter:        updates@freecycle.org
Contact your GOA:    http://www.freecycle.org/manual/goa_list.htm

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

YAHOO GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential