# EXHIBIT 79

Dockets.Justia.com

Case 4:06-cv-00324-CW    Document 127-45    Filed 09/26/2007    Page 2 of 2

Gmail - [freecyclemodsquad] OIDG - What is it? Is it for me?

Page 1 of 2



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] OIDG - What is it? Is it for me?
1 message

**Mark <toy2boy@gmail.com>**
To: freecyclemodsquad@yahoogroups.com

Sun, Aug 28, 2005 at 12:44 PM

Group,

I wanted to help distribute the GOOD word; there is a new Freecycle™
group - the OIDG. Many who do not know may ask what the OIDG stands
for - could it be::

Only I Do Good - for the self-centered individuals
Onestly, I Do Give - Challenged do-gooders
On In Do Going - The eternal optimist
Outing In Dealing Goods - for those who don't know that Freecycle is
totally FREE!
Oh I Decided Green - For environmentalists
Only Icky Days God - Rogue non-Freecycle persons
Only Ice Does Good - Fishermen keeping their catch alive to make it
to market
Once I Deposited Gravel - The average homeowners
Ounce Intelligence Degrees Grandeur - Philosophers
Only Indicated Depreciated Goals - Tax attorneys
Oh, I Dig Giving! - Happy Freecycle member

But none of the above is correct.

What it really stands for is the Org Issues Discussion Group (OIDG)

It is a separate yahoo group started by a vote from Modsquad members
to remove organization issues from within the Modsquad group.

This is GOOD! Why? Because it allows the Modsquad to direct
attention to helping the many individual groups to better service
their memberships. It focuses topics better suited to the everyday
moderator to help with everyday issues, and how to operate their
groups with a greater knowledge of how to do so.

This is very important to new ModSquad members! You are very
important to the movement - please feel free to ask questions, and
enjoy a helpful, friendly environment.

It also allows the OIDG group to focus on issues central to the
ongoing development of Freecycle.org which has many deep-rooted,
sometimes emotional content not suited for the Modsquad or it's
members.

The new OIDG group is located at:
http://groups.yahoo.com/group/OIDG/

Please note that the Freecycle leadership is serious about keeping
organizational issues OFF the ModSquad group, and ONLY on the new
OIDG group. Posts to the ModSquad relating to organizational issues
of Freecycle.org will be deleted.

This is all good, as the ModSquad will operate as it was always
designed to offer great advice, and guidance to the thousands of
moderators doing great Freecycle work with all the many groups!

Enjoy the great new changes, and feel free to discuss all your
groups' needs in the ModSquad, and all your Freecycle Org Issues in
the new OIDG group.

Best efforts, and continued success,

Mark
MCFN Moderator

Confidential