# EXHIBIT 80

Dockets.Justia.com



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] SPECIAL NOTICE: A Guide to Modsquad Resources

2 messages

**Deb Sawyers <debsawyers@yahoo.com>**     Mon, Oct 31, 2005 at 7:47 PM
To: freecyclemodsquad@yahoogroups.com

While we're sharing the awesome new resources at Freecycle.org, we'd also like to thank Kat (da_sweet_kat) for volunteering earlier this fall to help us reorganize the modsquad files. She's been working long hours to put everything in it's place and create a guide for you to make use of it.

We hope this guide will be another great resource for Freecycle Moderators.

Part 1. The File Section
http://groups.yahoo.com/group/freecyclemodsquad/files

A. Admins - A Large Collection of Sample Admin Letters and Notices
   1. Admins (dealing with posts) Samples of Admins that deal with
      posts - how to, what to include, crossposting letters, and more!
   2. Admins - Challenges, Encourage Samples of Challenges and Admins
      to encourage member postings.
   3. Admins - Rejections n Delete Sample Letters and Forms to use for
      Rejected or Deleted Posts.
   4. Admins - Rules, Safety, More Letters beside rejections: rules,
      safety, what FC is, mod recruit letters and more!

B. Computer Conundrums - Perplexing Problems and Solutions

C. Deron Beal Admins - Collection of Rules & Advice by our
   Freecycle™ Founder, Deron Beal

D. Graphics - Put all graphic related stuff here.

E. How Do I? - Files With Info Answering How Do I Questions
   1. Change Group Settings? How to Set Filters, Add Ersatzfriend,
      Add FC Logo and more.
   2. Have a Free4All, EcoFair Tips for Holding an Event
   3. How Do I Deal With? Things that Mods Must Deal With
   4. Interviews Tips for Handling Media or Interviews
   5. Treasure Box Start a Treasure Box

F. Important FC Information - Trademark Info, Freecycle Contact
   Info, Acronyms, and More

G. ModSquad Admin - Admins meant for ModSquad Moderators

H. Promotional Materials - Business cards, brochures, flyers,
   handouts, press releases and some great miscellaneous stuff

Part 2. The Database Section
http://groups.yahoo.com/group/freecyclemodsquad/database

A. Regional, State, and County Mod Groups - Listing of all U.S.
   State, and other regional moderator groups. (the modsquads)

B. How To (Group Functions) - Instructions on how to do things
   relating to managing your group.

C. Deron's Responses - Answers to lots of things.

D. Good Advice from Mods - Relating to ModSquad and FC in general
   - Advice about ModSquad posts and Freecycle in general.

*Confidential*

Case 4:06-cv-00324-CW    Document 127-46    Filed 09/26/2007    Page 3 of 4
Gmail - [freecyclemodsquad] SPECIAL NOTICE: A Guide to Modsquad Resources    Page 2 of 3

E. Municipalities YES - List of local groups where local municipalities have a link to you.

F. How To: (individual settings and misc) - Instructions on how to do things (individual account settings, misc FC questions, ModSquad questions)

G. Great Advice from Mods - Group Related - Advice from Mods related to dealing with your group!

Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:    newswire@freecycle.org
Submit to the FC mods newsletter:    deb@freecycle.org
Contact your GOA:    http://freecycle.org/faq_mod.php

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

---

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

---

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**CaveGirl <caveguru@yahoo.com>**    Mon, Oct 31, 2005 at 8:06 PM
To: freecyclemodsquad@yahoogroups.com

Excellent!

If she comes up with anything else that needs to be added to the online Mod Manual, have her drop me a line. I can't access Yahoo files during the day so that was a driving force behind establishing the mod manual in an online format... I'd love to add anything additional that can be used on a regular basis.

Thanks!

Karen
Colorado State Mod Squad

Confidential

IMods Project Team

[Quoted text hidden]

Start your day with Yahoo! - Make it your home page!
http://www.yahoo.com/r/hs

Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:         newswire@freecycle.org
Submit to the FC mods newsletter:    deb@freecycle.org
Contact your GOA:             http://freecycle.org/faq_mod.php

Modsquad Moderators
Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential