# EXHIBIT 81

```
--- Elana Kehoe <elana@zen.org> wrote:

> There are a lot of new Ireland groups (I think we're
> up to eight now)
> listed in Yahoo, but not on the freecycle list.  Who
> updates the
> site, so I can let them know?
>
> Freecycle is taking off here...we've had Sunday
> paper stories, radio
> interviews, and lots and lots of word of mouth.
> Over 440 members now
> on my list, and that's just one of the lists!!!
>
> E
> LeinsterFreecycle Mod
>


_____

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com



Report news articles:       newswire@freecycle.org
Contact your GOA:           http://freecycle.org/faq_mod.php
Contact ModSquad Mods:      freecyclemodsquad-owner@yahoogroups.com

_____
Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
```

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Shadow Graphics <ruzich@gmail.com>**　　　　　　　　　　　　　　　　　　　　　Mon, Jul 11, 2005 at 7:14 AM
Reply-To: ruzich@gmail.com
To: freecyclemodsquad@yahoogroups.com

```
Elana the new groups need to go through the new group
approval (NGA) process and that's done by the international
NGA.  They can go through the NGA process by filling in the
information on the website (http://www.freecycle.org).  Once
they've gone through the approval process, their groups will
appear on the Freecycle website .

hth,
Judy

Elana Kehoe wrote:
```

Confidential

FN 078234