# EXHIBIT 82

Dockets.Justia.com

>>From: Tim Oey [mailto:timcafc@oeyweb.com]
>>Sent: Sunday, March 13, 2005 11:07 PM
>>To: Nicole James
>>Subject: RE: Re: Please confirm new Freecycle Group: freecycle_blythe
>>
>>Hi Nicole,
>>
>>Thanks for the fast reply. There were a number of things still to do for
>>your group but since you made me a moderator, I went and did them:
>>- adjusted some items to exclude the word "freecycling"
>>- added the official Freecycle logo
>>- corrected your group title and description (and html'ized the description)
>>- added ersatzfriend and made it a moderator with full privs (we need to
>>wait until it has a profile then you can make it a co-owner)
>>- disallowed email attachments
>>- added a full Freecycle Etiquette text file to your files
>>- adjusted some settings on your group to make it more abuse/spam proof
>>
>>I'll be able to approve your group when ersatzfriend is a co-owner.
>>
>>I hope you like all the changes.
>>
>>Thanks!
>>
>>Cheers,
>>Tim
>>
>>At 10:30 PM -0800 3/13/05, Nicole James wrote:
>>>Hi Tim!
>>>
>>>I think I've done what's required.  Let me know.
>>>
>>>Thanks,
>>>Nicole
>>>Blythe Freecycle(TM) Group
>>>(Southern California)
>>>
>>>-----Original Message-----
>>>From: Tim Oey [mailto:timcafc@oeyweb.com]
>>>Sent: Sunday, March 13, 2005 9:18 PM
>>>To: freecycle_blythe-owner@yahoogroups.com; nicklynne@verizon.net
>>>Cc: Nicole James
>>>Subject: Fwd: Re: Please confirm new Freecycle Group: freecycle_blythe
>>>
>>>Hi Nicole,
>>>
>>>Did you want to get freecycle_blythe approved as an official Freecycle
>>>group and listed on freecycle.org?
>>>
>>>If so, please follow the instructions below.
>>>

FN 073489

Highly Confidential-
Attorneys' Eyes Only

>>>If we haven't heard back by 3/31/2005, the application to have Blythe
>>>officially approved will be deleted.  Thanks!
>>>
>>>Cheers,
>>>Tim
>>>Freecycle New Group Approver for California
>>>
>>>
>>>>Date: Fri, 18 Feb 2005 22:34:22 -0800
>>>>To: nicklynne@verizon.net
>>>>From: Tim Oey <timcafc@oeyweb.com>
>>>>Subject: Re: Please confirm new Freecycle Group: freecycle_blythe
>>>>
>>>>Regarding:
>>>>>Information about this new group:
>>>> >http://groups.yahoo.com/group/freecycle_blythe
>>>>>City or County: Blythe
>>>>>State or Province: California
>>>>>Country: US
>>>>>Region: US West Coast
>>>>>Moderator: Nicole James
>>>>>Moderator email : nicklynne@verizon.net
>>>>
>>>>
>>>>This is a very long email. Please read the entire email carefully
>>>>right to
>>>"The End."
>>>>
>>>>Thank you for your interest in establishing a new Freecycle Yahoo Group!
>>>The Freecycle Network depends on enthusiastic, diplomatic, and patient
>>>moderators to help their communities.  We use care when approving new
>>>groups and new moderators so that everyone can have a pleasant, safe,
>>>happy, and productive Freecycle experience.
>>>>
>>>>Please note that communication by email can lead to delays and confusion.
>>>If you would like to speed the approval of your new group, please also
>>>send me your phone number and best contact times. I can walk you
>>>through all the items you need to do while you do them on your group
>>>and maybe even approve you by the end of the phone call.
>>>>
>>>>Do not advertise your group or invite others to it until it is
>>>>officially
>>>approved.  When you do get approved, contact the other moderators in
>>>groups near yours via the -owner addresses and ask permission to
>>>advertise your new group on their lists.
> >>>
>>>>Please let me know when your group has completed all of the
>>>>requirement
>>>below and I'll come and check it out. Thanks!
>>>>

FN 073490

**Highly Confidential-
Attorneys' Eyes Only**