# EXHIBIT 84



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] Rogue group
5 messages

---

**percysgirl1000 <cnc1000@aol.com>**   Sun, Aug 7, 2005 at 4:00 PM
To: freecyclemodsquad@yahoogroups.com

I have something that was just brought to my attention, and I
need some help with this.

A member of my group, just started what I consider a rogue
group. They are using Freecyle in the name, and are saying it
was created because they did not see a group for this are. Not
so, because they are a member of my group, and the only way
they are skirting the issue is using the name of the county, rather
than the city name, as ours is.

This is definitely an overlap. I was trying to find out what to do, on
Freecycle(TM).org, and the info I got was that this person must
ask my permission to create another group, when it will overlap.
Now, I was under the impression that there was to be no
overlapping, but I could be wrong about this, or it could have
changed. Also, this group is not listed in Org., but there really
hasn't been time to get listed, as it has just been created, and it
probably won't be listed, because they do not have my
permission. What I want to know is will Org. shut them down for
being rogue, and using the Freecycle(TM) name?

Anyway, another mod kindly let me know about it.

I am not certain whether to contact this person, or if there is
another route I need to follow. I understand they are spamming
local groups, to recruit other members.

Any information would be greatly appreciated.

Thanks!
Christine, SalisburyNCFreecycle(TM)


Report news articles:        newswire@freecycle.org
Contact your GOA:            http://freecycle.org/faq_mod.php
Contact ModSquad Mods:       freecyclemodsquad-owner@yahoogroups.com

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

SPONSORED LINKS

| United states | Recycling | Helpful hints |
| Activism | Issues | Ideas |

Confidential

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Barry <myfreecycle@charter.net>**
To: freecyclemodsquad@yahoogroups.com

Sun, Aug 7, 2005 at 4:03 PM

Contact your GOA right away. The address is (your state name)@freecycle.org (remove the space). Let them know everything you know.

That is something that needs to be addressed right away.

Barry

"Do not go where the path may lead. Go instead where there is no path and leave a trail." - Ralph Waldo Emerson

[Non-text portions of this message have been removed]

Report news articles:     newswire@freecycle.org
Contact your GOA:         http://freecycle.org/faq_mod.php
Contact ModSquad Mods:    freecyclemodsquad-owner@yahoogroups.com

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Debra Sawyers <debsawyers@yahoo.com>**
To: freecyclemodsquad@yahoogroups.com

Sun, Aug 7, 2005 at 4:06 PM

> This is definitely an overlap. I was trying to find
> out what to do, on
> Freecycle(TM).org, and the info I got was that this

Confidential

```
> person must
> ask my permission to create another group, when it
> will overlap.
```

If they've submitted a request to be an official Freecycle group listed on the .org, your state new group approver will receive the request, will reject it because of the obvious overlap and it will be followed by our database staff.

Feel free to forward the info to your State NGA. If they haven't applied, the NGA will make sure the info is properly recorded for followup.

You can find your approver by checking the list at Freecycle.org

http://www.freecycle.org/approvers.php

I personally would not contact the moderator of the other group and let the NGA take the official route with it.

Deb


Lancaster PA Freecycle Group Owner
Pennsylvania New Group Approver


Do You Yahoo!?
Tired of spam? Yahoo! Mail has the best spam protection around
http://mail.yahoo.com


Report news articles:   newswire@freecycle.org
Contact your GOA:       http://freecycle.org/faq_mod.php
Contact ModSquad Mods:  freecyclemodsquad-owner@yahoogroups.com

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

United states        Recycling          Helpful hints

Activism             Issues             Ideas


YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Confidential