# EXHIBIT 85

```
-------------------------- Original Message ---------------------------
Subject: Your group
From:    "Donna" <arizona@freecycle.org>
Date:    Fri, January 13, 2006 6:27 pm
To:      scottsdalefreecycle-owner@yahoogroups.com
--------------------------------------------------------------------------
```

Hello, I'm the GOA for Arizona.  I was browsing through the Arizona groups checking on everyone's copyright stuff.  I really like your picture on the site, but I have to ask you to add the official Freecycle logo as well. You will find it at:  http://www.freecycle.org/images/freecycle-tm.jpg When you use this logo, you can take off the copyright stuff at the bottom of the page (it's on the logo).  Then, after the first mention of the phrase Freecycle Network on your page, add (TM) (Scottsdale and Fountain Hills Freecycle Network (TM)).  That's it.  If you have any questions, please let me know.

There is one other change we would like to ask you to make:  According to Freecycle rules (copied below), you cannot limit wanted posts to certain days or require offers with wanted posts.  Many of our groups have conducted polls of the members.  They offer choices such as 1 wanted post a week with unlimited requests in the post, 1 a week with 3 requests in it, 3 a month, ...you get the idea.  Deron has asked us not to restrict wanted posts for any period of time.

The rule:
*** DON'T "FORBID" WANTED postings as a category from your main board for any period of time, be it a day or a weekend, etc. WANTEDs serve a valuable purpose, one that becomes clear when you meet the first appreciative recipient whose WANTED post you fulfilled. They remind potential givers of things they might be ready to let go of, and they *really* help local nonprofit groups ask for what they need rather than having to take what they get. So reinforce how great OFFERs are, and instill in your members the importance of paying forward, but never put down WANTEDs. That's the juggling act we all have.

Confidential

FN 080672

1

Your terms of use agreement is very professional and legal sounding, but it's a bit too wordy for the average group member. The only thing you need is the disclaimer below:

DISCLAIMER:

FREECYCLE™ MEMBERS USE FREECYCLE GROUPS AT THEIR OWN RISK. Please take reasonable measures to protect your safety and privacy when posting to group lists or when completing a direct gifting with another member. By joining a Freecycle list, you agree to hold neither list owners and moderators, nor anyone affiliated with The Freecycle Network responsible or liable for any circumstance resulting from a Freecycle-related gifting or communication.

If you have any questions, refer to the mod manual on the Freecycle home page (under FAQ) or email me. I will check back in a couple of days to see how you are coming on fixing your home page.


Donna
Arizona GOA
Group Outreach Assistance

---

Copyright © 2003-2006 The Freecycle Network (http://www.Freecycle.org). All rights reserved.

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

---

Confidential

FN 080673