# EXHIBIT 86

```
-------------------------------- Original Message --------------------------------
Subject: Your group
From:    "Freecycle GOA, South Carolina" <southcarolina@freecycle.org>
Date:    Sat, July 30, 2005 1:51 pm
To:      FreeCyclingSpartanburg-owner@yahoogroups.com
--------------------------------------------------------------------------------
```

Dear local Freecycle(TM) moderator,

The United State Patent and Trademark Office is going to reopen our trademark approval case in the coming weeks. This is our chance to get our TM registered so that it becomes an R. The USPTO checks TM use by Googling the term (or via Yahoo Search) for individual states and areas. If any larger groups pop up that are not compliant, it's a big fat X in the "shouldn't get the R" column.

As the group outreach person for your state, I am contacting the largest couple groups in the state that have TM issues and begging them to fix them as soon as humanly possible. In your case, for example, the logo needs to be changed so that it incorporates the actual Freecycle logo, any use of the word freecycling (we may need to change the group name a little bit) and you need to have the copyright statement on the bottom of the page.
Please, please make these changes as soon as you can.

Instructions are on the main site here:
http://www.freecycle.org/faq_tm.php

Rather have someone else do the tweaks for you? No problem. Email a fellow volunteer mod who can walk you thru it here: tmsupport@freecycle.org

Still wanna keep local stuff in your local Freecycle logo? No problem: the fellow volunteer mods with graphic experience can do this. They can be reached at this addy: logo@freecycle.org.

Feel free to ask myself as well if there is anything at all I can help with. In order to keep Freecycle a nonprofit forum that may not be taken over by for profit / monied interests we need to defend our right to the trademark. This is *really* important.

Thanks for you help and let me know how I can help...

Michelle Schmidt
Group Outreach and Assistance
southcarolina@freecycle.org
http://www.freecycle.org

Confidential

FN 080680

--------------------------------------------------

Copyright © 2003-2005 The Freecycle Network (http://www.Freecycle.org).
All rights reserved.

1

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

Donna
South Carolina GOA
Group Outreach Assistance
southcarolina@freecycle.org

---

Copyright © 2003-2007 The Freecycle Network (http://www.Freecycle.org). All rights reserved.

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

---

Confidential

FN 080681