# EXHIBIT 87

Case 4:06-cv-00324-CW   Document 127-53   Filed 09/26/2007   Page 2 of 3

Gmail - [freecyclemodsquad] QUESTION: Does any of you know who IMOD is?   Page 1 of 2



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] QUESTION: Does any of you know who IMOD is?

2 messages

**Kelly <saras_mommy@yahoo.com>**
To: freecyclemodsquad@yahoogroups.com

Mon, Aug 14, 2006 at 12:24 PM

Hi, am owner of Citrus Co Freecycle (Florida) Group. I had someone try to join my group saying the following:

"I'm an IMOD and I have a mod applicant that says he's a member of this group. I wanted to check his posting habits."

She then gave me the members name, I did a search and this member has never posted in my group so I sent her a message telling her so and denied her membership - she is from California.

I did not know who she was - and it made me nervous - was wondering if any of you have heard of this group? Is it related to Freecycle?

Thanks for your help.

Kelly
Citrus Co, FL
Freecycle
Group Owner

---

Messages in this topic (1) Reply (via web post) | Start a new topic
Messages
Please remember to trim your posts when responding to messages posted on the site. Thank You.

Report news articles:  newswire@freecycle.org
Submit to the TFN newsletter:  updates@freecycle.org
Contact your GOA:  http://www.freecycle.org/manual/goa_list.htm
Mod Manual:  http://www.freecycle.org/manual/index_manual.htm

Modsquad Moderators
Ann/Tuppete, Beverly/bevcan23, Carol/mizquirk, Janet/gj_mod, or Karen/CaveGuru
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

Recent Activity

New Members   11
Visit Your Group
Give Back

Yahoo! for Good

Get inspired

by a good cause.

Y! Toolbar

Get it Free!

easy 1-click access

to your groups.

Yahoo! Groups

Start a group

in 3 easy steps.

Connect with others.

---

Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

Confidential

**YAHOO! GROUPS**
You are receiving Individual Emails Change Delivery Settings
Visit Your Group | Yahoo! Groups Terms of Use | Unsubscribe

---

| | |
|---|---|
| **Kat <katfreecycleny@gmail.com>**<br>To: freecyclemodsquad@yahoogroups.com | Mon, Aug 14, 2006 at 12:40 PM |

--- In freecyclemodsquad@yahoogroups.com, "Kelly" <saras_mommy@...> wrote:  [Quoted text hidden]
>
> Hi, am owner of Citrus Co Freecycle (Florida) Group. I had someone
> try to join my group saying the following:
>
> "I'm an IMOD and I have a mod applicant that says he's a member of this
> group. I wanted to check his posting habits."
>
> She then gave me the members name, I did a search and this member has
> never posted in my group so I sent her a message telling her so and
> denied her membership - she is from California.
>
> I did not know who she was - and it made me nervous - was wondering if
> any of you have heard of this group? Is it related to Freecycle?
>
> Thanks for your help.
>
> Kelly
> Citrus Co, FL
> Freecycle
> Group Owner
>

IMods are Interrim Moderators and they are a dedicated team here on Freecycle! They help out with abandoned groups, starting new groups when one leaves, and a whole lot more!

Typically they just ask other owners about someone if they have a question, I'm not sure why they would want to join the group.

Eitehr way, they are legitimate!

Kat
Rochester NY

---

Messages in this topic (2) Reply (via web post) | Start a new topic
[Quoted text hidden]

---

Confidential

http://mail.google.com/mail/?ik=555d9fcaa6&view=pt&th=10d0e37adfd9a8d0&searc   FN 076998