# EXHIBIT 90



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] Rogue Groups Eliminated
6 messages

**Tracy <freecyclespfldil@aol.com>**  
To: freecyclemodsquad@yahoogroups.com

Wed, Jul 6, 2005 at 11:22 PM

```
Kudos to Freecycle and Yahoo! for getting the rogue Freecycle groups
off the Internet! I'm told more than 650 were removed due to copyright
infringement. I know I reported 40 some odd here in Illinois alone.

I'm not sure how the process worked, but thanks to whoever took the
time to compile the information and submit it to Yahoo! for
investigation.

Keep doing the good work, everyone! :)

Tracy
Illinois NGA
Springfield, Illinois Freecycle



Report news articles:       newswire@freecycle.org
Contact your GOA:           http://freecycle.org/faq_mod.php
Contact ModSquad Mods:      freecyclemodsquad-owner@yahoogroups.com


Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
```

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**M.Simons <msimons@slackware.com>**  
To: Tracy <freecyclespfldil@aol.com>  
Cc: freecyclemodsquad@yahoogroups.com

Wed, Jul 6, 2005 at 11:39 PM

```
On Thu, 7 Jul 2005, Tracy wrote:
> Kudos to Freecycle and Yahoo! for getting the rogue Freecycle groups
> off the Internet! I'm told more than 650 were removed due to copyright
> infringement. I know I reported 40 some odd here in Illinois alone.
> I'm not sure how the process worked, but thanks to whoever took the
> time to compile the information and submit it to Yahoo! for
```

Confidential

```
> investigation.

Except mistakes were made.

It would be nice to see a complete list.

--
MS
```

Report news articles:      newswire@freecycle.org
Contact your GOA:          http://freecycle.org/faq_mod.php
Contact ModSquad Mods:     freecyclemodsquad-owner@yahoogroups.com

---

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

---

YAHOO! GROUPS LINKS

- Visit your group "freecyclemodsquad" on the web.

- To unsubscribe from this group, send an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Anita <sahmiam@rogers.com>**
To: freecyclemodsquad@yahoogroups.com

Thu, Jul 7, 2005 at 5:00 AM

That's great news! Perhaps whoever took care of that might also look into:

http://groups.yahoo.com/group/BurlingtonOakvilleFREECYCLE/
and
http://groups.yahoo.com/group/ottawacarletonfreecycle/

Anita
Orleans Freecycle

----- Original Message -----
From: Tracy
To: freecyclemodsquad@yahoogroups.com
Sent: Thursday, July 07, 2005 2:22 AM
Subject: [freecyclemodsquad] Rogue Groups Eliminated

Kudos to Freecycle and Yahoo! for getting the rogue Freecycle groups
off the Internet! I'm told more than 650 were removed due to copyright
infringement. I know I reported 40 some odd here in Illinois alone.

I'm not sure how the process worked, but thanks to whoever took the
time to compile the information and submit it to Yahoo! for
investigation.

Keep doing the good work, everyone! :)

Tracy
Illinois NGA
Springfield, Illinois Freecycle

Confidential