# EXHIBIT 91

Dockets.Justia.com

SquirrelMail

Current Folder: fcnext

Compose  Addresses  Folders  Options  Search  Help

Sign Out

Message List | Delete

Previous | Next
Delete & Prev | Delete & Next

Forward | Forward as Attachment | Reply | Reply All

Move to: INBOX   [Move]

**Subject:** [freecyclenext] Re: Is Sunnyvale gone?!
**From:** "Eric" <eb@2323.us>
**Date:** Tue, November 22, 2005 8:53 am
**To:** freecyclenext@yahoogroups.com
**Priority:** Normal
**Options:** View Full Header | View Printable Version | Add to Addressbook

Hi Tim,

I'll update your link on the FreeSharing.org directory when I get home
from ringing my bell.

If anyone else has a site they wish to have listed please let them
know to submit it at:

http://freesharing.org/html/submit_a_site.html

and I'll get them posted tonight.

I have about 10 new sites to post tonight which will bring the
directory up to about 325 groups.

Best of luck rebuilding what TFN destroyed,

Eric Burke

http://FreeSharing.org

--- In freecyclenext@yahoogroups.com, Tim Oey wrote:
>
> We're back...
>
> Please visit/join:
> http://groups.yahoo.com/group/sunnyvalefree/
>
> A bunch of members are writing newspapers and they are thinking of
picketing Yahoo headquarters (good publicity for the free cause).
>
> I still encourage folks to exercise their right to free speech and
to keep on freecyclin'. If people buckle under now, then Deron really

https://webmail2.pair.com/src/read_body.php?passed_id=1805&mailbox=fcnext&sort=6&startMessage...    11/10/2006

HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

FN 060059

has won.

   >


YAHOO! GROUPS LINKS


Visit your group "freecyclenext" on the web.

To unsubscribe from this group, send an email to:
freecyclenext-unsubscribe@yahoogroups.com

Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.


Download this as a file


Delete & Prev | Delete & Next

Move to: [INBOX ▼]   [Move]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                FN 060060