# EXHIBIT 92

Dockets.Justia.com

freecyclemodsquad : Message: Would you allow this....

Page 1 of 8

Yahoo! My Yahoo! Mail    Make Y! your home page

Search: [    ]  Web Search

**YAHOO! GROUPS**    Welcome, **freecyclederon**
[Sign Out, My Account]

Groups Home - Help

free shipping
Shop Target.com

freecyclederon · deron@freecycle.org | Group Owner · Edit Membership

Start a Group | My Groups

**freecyclemodsquad** · Freecycle™ Moderator Group

There's something new for moderators! Learn, share, and take your group to new heights with Moderator Central. Check it out.

| | |
|---|---|
| Home | Messages |
| Messages | Messages Help |
| Pending | |
| Spam? [Empty] | Message # [   ] Go  Search: [    ] Search  Advanced |
| Post | |
| Files | **Would you allow this.....** |
| Photos | Message #24512 of 48559 < Prev | Next > |
| Pending | Reply | Forward | Delete |
| Links | Start Topic |
| Database | ....on a Cafe board? My gut says no because some of them are "remarketed" |
| Polls | but thought I'd run it by the "pro's" first! |
| Members | Message List |
| Pending | Thanks |
| Calendar | Jackie |
| | Moderator Caledon Freecycle, Interim Moderator, FreecycleTO |
| Invite | |
| | ----- Original Message ----- |
| Management | From: "Dennis Maslo" <dmaslo@computation.to> |
| | To: "The Frasers" <scottandjackie@sympatico.ca> |
| | Sent: Saturday, July 16, 2005 6:33 PM |
| | Subject: Re: File - Welcome.txt |

Sat Jul 16, 2005 3:57 pm
Show Message Option

"The Frasers"
<scottandjackie@sympatico.ca>
tollerdog
Send IM
Send Email
Invite to Yahoo! 360°

Remove Author | Ban Author

Confidential

FN 080459

freecyclemodsquad : Message: Would you allow this....

### Yahoo! Groups Tips

**Did you know...**
The only place for moderators, by moderators. Go to Moderator Central.

**Yahoo! 360°**
Share your life through photos, blogs, more.

> Hi Jackie,
>
> It depends on a variety of factors (age, caliber,
> discolouration/damage, completeness, working order,
> true obsolescence).
>
> If workable and desireable the computer equipment (we
> take desktops, laptops, servers, and anything that
> plugs into them), after refurbishing, is either
> remarketed or donated to not-for-profit and charity
> groups.
>
> If not working, useable etc, the materials are sent
> out after disassembly and sorting to various mills and
> 'downstream' recyclers who process materials (metals,
> plastics etc) into raw forms (aluminum cans into raw
> aluminum etc).
>
> Dennis
>
> --- The Frasers <scottandjackie@sympatico.ca> wrote:
>
>> Hi Dennis
>>
>> Can you tell me a bit about what you do with the
>> computers once you
>> "recycle" them?
>>
>> Thanks
>> Jackie
>>
>> ----- Original Message -----
>> From: "Dennis Maslo" <dmaslo@computation.to>
>> To: "FreecycleTO Moderator"
>> <FreecycleTO-owner@yahoogroups.com>
>> Sent: Saturday, July 16, 2005 6:19 PM
>> Subject: Re: File - Welcome.txt

http://groups.yahoo.com/group/freeclemodsquad/message/24512

Confidential

FN 080460

>>
>>
>> > Hello Moderator,
>> >
>> > I run a computer recycling organization --
>> > Computation. We host regular community computer
>> > recycling events, at least at our space in the
>> > Bloor
>> > West Village, but often also at other satellite
>> > organizations. We accept residential quantities
>> > from
>> > individuals freely. All equipment is 100% diverted
>> > from landfill, and all information is securely
>> > destroyed.
>> >
>> > The equipment falls into a few categories,
>> > directly
>> > reusable, refurbishable (requires effort to bring
>> > it
>> > into category #1), and recyclable (requires
>> > disassembly so that each material type can be
>> > shredded/melted and eventuall reused after
>> > remanufacturing).
>> >
>> > We are hosting an event from July 18-24th, do you
>> > think it would be of interest to members of the
>> > Freecycle site?
>> >
>> > We have a brief release further describing our
>> event
>> > at:
>> >
>> > http://www.computation.to/
>> >
>> > There you can find other details on what we do as
>> > well.
>> >
>> > Let me know if there is any interest.

Confidential

FN 080461

```
>>>  Best regards,
>>>  Dennis Maslo
>>>  416.910.4358
>>>
>>>
>>>
>>>
>>>  --- FreecycleTO Moderator
>>>  <FreecycleTO-owner@yahoogroups.com> wrote:
>>>
>>>  ===========================================
>>>  Welcome to the Freecycle Network for Toronto.
>>>  We appreciate your participation. This is the
>>>  "gifting" group
>>>  affiliated with The FreecycleNetwork and can be
>>>  verified by its
>>>  link on the Freecycle.org website.
>>>
>>>  With your help this will become a true asset for
>>>  this area.
>>>
>>>  When you want to find a new home for something --
>>>  whether it's a
>>>  chair, a fax machine, piano, or an old door --
>>  you
>>>  simply send an
>>>  e-mail offering it to members of your Freecycle
>>>  group.
>>>  Or, maybe you're looking to acquire something
>>>  yourself. Simply respond
>>>  to a member's offer, and you just might get it.
>>>  After that, it's up to
>>>  the giver to decide who receives the gift and to
>>  set
>>>  up a pickup time
```

>> >> for passing on the treasure.
>> >>
>> >> One main rule: Everything posted must be free,
>> >> legal, and appropriate
>> >> for all ages.
>> >>
>> >> If you have any comments or questions, please
>> send
>> >> them to
>> >> FreecycleTO-owner@yahoogroups.com
>> >>
>> >> *WHAT IS FREECYCLE ABOUT?
>> >>
>> >> First, what Freecycle is NOT about.
>> >>
>> >> Freecycle is NOT about giving only to the poor.
>> >> It is NOT about getting as much free stuff as we
>> >> can.
>> >> It is NOT about getting things to earn money on
>> the
>> >> side.
>> >> It is NOT about getting rid of junk that would be
>> >> better off in the
>> >> landfill.
>> >> It is NOT about posting a "wish list" for
>> expensive
>> >> items and
>> >> expecting a fairy godmother to fulfill it for us.
>> >> It is NOT a community bulletin board for finding
>> >> rentals, dentists,
>> >> mechanics, or advertising our businesses and
>> >> services or special events.
>> >>
>> >> What Freecycle IS about
>> >>
>> >> Freecycle IS about keeping things out of the
>> >> landfill.
>> >> It IS about giving away something that has no use

Confidential

FN 080463

>> in
>> >> our life anymore
>> >> to someone who could extend its usefulness a
>> little
>> >> longer.
>> >> It IS about giving gifts to people while clearing
>> >> out our own clutter.
>> >> It IS about creating, building, and sustaining an
>> >> environmentally
>> >> aware community.
>> >>
>> >> Offering Items We No Longer Need to Those Who
>> Need
>> >> Them
>> >>
>> >>
>> >> When we post an OFFER, we are offering to give
>> >> someone a gift. It is
>> >> up to us to give this gift to whoever we feel
>> would
>> >> be the best
>> >> recipient. We are not obligated to give our gift
>> to
>> >> someone who is
>> >> rich, poor, single, married, has no kids, has 1
>> kid,
>> >> has 15 kids, has
>> >> a car, doesn't have a car, or has a purple
>> octopus
>> >> named George
>> >> living in their backyard. We can choose the most
>> >> polite,
>> >> the rudest, the funniest, or the shortest
>> response
>> >> to receive our
>> >> gift. We can put their names in a hat and do a
>> draw,
>> >> or we can wave
>> >> our magic fingers over our screens and pick one

```
>> that
>> >> way. We can
>> >> choose the first, 3rd, or 53rd respondent. We can
>> >> wait 24 hours and
>> >> then decide. It is up to us.
>> >>
>> >> Letting Other People Know What We Need
>> >>
>> >> When we post a WANTED message, or respond to an
>> >> offer, we are
>> >> requesting a gift. The odds are that no one on
>> this
>> >> list will be able
>> >> to give us what we are asking for. But sometimes
>> >> somebody will see a
>> >> WANTED for a bowling ball and go "AHA! I have one
>> in
>> >> my closet!"
>> >> But, you know what? Just because we are rich,
>> poor,
>> >> single, married,
>> >> have no kids, have 1 kid, have 15 kids, have a
>> car,
>> >> don't have a car,
>> >> or have a purple octopus named George living in
>> our
>> >> backyard, does
>> >> not mean we are more worthy of receiving a gift
>> from
>> >> a fellow
>> >> Freecycle member than the average person living
>> down
>> >> the street.
>> >>
>>
> === message truncated ===
```

Confidential

FN 080465

Forward | Delete

Expand Messages

**Would you allow this....**
.....on a Cafe board? My gut says no because some of them are "remarketed" but thought I'd run it by the "pro's" first! Thanks Jackie Moderator Caledon....

Message #24512 of 48559 < Prev | Next >

| Author | Sort by Date |
|---|---|
| The Frasers tollerdog | Jul 16, 2005 3:57 pm |

< Prev Topic | Next Topic >

Message # [    ] [Go] Search: [    ] [Search] Advanced        Start Topic

SPONSOR RESULTS

Hyatt Hotels - Official Site
www.hyatt.com - Book Hyatt now for our best rates on the Internet guaranteed.

Exclusive Travel Offers
amexnetwork.com/mysunvacation - Use your American Express® Card and access exclusive vacation offers.

Save on Labor Day Travel
www.expedia.com - Book now for Labor Day for better rooms, flights & rates.

Copyright © 2007 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

Confidential

FN 080466