# EXHIBIT 93

freecyclemodsquad : Message: Re: Garage Sales

Page 1 of 4

Yahoo! My Yahoo! Mail    Make Y! your home page

Search: [ ]    Web Search

**YAHOO! GROUPS**    Groups Home - Help

Welcome, **freecyclederon**
[Sign Out, My Account]

**A New Way to Save Your Retirement**
While most retirees rely on pensions and 401k's, a small group of Americans are now pocketing thousands every month, thanks to a former Pennsylvania Governor and Presidential Advisor. The *Los Angeles Times* says to consider it, if you are "looking for an investment that keeps growing, regardless of recessions or stock market turmoil."
CLICK for the full report

freecyclederon · deron@freecycle.org | Group Owner - Edit Membership    Start a Group | My Groups

**freecyclemodsquad** · Freecycle™ Moderator Group

| | |
|---|---|
| Home | |
| Messages | There's something new for moderators! Learn, share, and take your group to new heights with Moderator Central. Check it out. |
| Pending | |
| Spam? [Empty] | |
| Post | **Messages** Messages Help |
| Files | Message # [ ] Go Search: [ ] Search  Advanced  Start Topic |
| Photos | |
| Pending | Message **#24303** of 48559 < Prev | Next > Message List |
| Links | Post question |
| Database | Reply | Forward | Delete |
| Polls | |
| Members | Re: Garage Sales |
| Pending | |
| Calendar | You are totally right! No yard sales or garage sales of any kind, unless everything is free. |
| Invite | I believe that Deron addressed this with an ADMIN in this post: |
| Management | From: "deronbeal" <deron1@...>  "Chevy" <chevymom0@yahoo.com> |
| | Date: Fri Jun 4, 2004 5:15 pm  chevymom0 |
| | Subject: ADMIN: various stuff  Offline  Send Email |
| | Invite to Yahoo! 360° |
| | 1) GARAGE SALES: Definitely not allowed. The "Keep it free, legal & appropriate for all ages" rule voted on by all mods a couple months  Remove Author | Ban Author |

Thu Jul 14, 2005 6:21 am
Show Message Option

Confidential

http://groups.yahoo.com/group/freecyclemodsquad/message/24303

FN 080467

freecyclemodsquad : Message: Re: Garage Sales

Page 2 of 4

## Yahoo! Groups Tips

**Did you know....**
Want your group to be featured on the Yahoo! Groups website? Add a group photo to Flickr.

## Yahoo! 360°

Share your life through photos, blogs, more.

back was clearly footnoted to apply to the post and to the item posted. Only totally free garage "sales" are allowed -- I like to call these and free swap meets "Freecycle(TM) Free Bees" (a bee is a charitable coming together of people for a common cause, like a quilting bee).

In freecyclemodsquad@yahoogroups.com, "Max H." <FreeCycle@H...> wrote:
>No, they should not mention the yard sale at all, or they should post no
more than a couple of hours before the END of the yard sale IF they're offering leftovers for free once they're done selling. This is an advertisement, pure and simple. You have no way of knowing if their idea of "lots of free stuff" is a (small) box full of dozens of broken washers and rusty screws. If they really have stuff they aren't planning on *selling* at the yard sale, they can post it now and have it picked up whenever they like. To force people to come to the yard sale to get items that are not described is just the worst kind of advertising.

You've already explained it to them, so just reject it.

Just my $0.02,

Forward | Delete

Expand Messages

**Post question**
I don't know if this should be allowed. I am a member of another freecycle group as well as a mod of my own. On the group I am a member of someone has offered...

Message #24303 of 48559 < Prev | Next >

| Author | Sort by Date |
|---|---|
| cindy cwiggins2c | Jun 30, 2005 11:37 am |

Confidential

http://groups.yahoo.com/group/freecyclemodsquad/message/24303

FN 080468

Re: Post question
That's a no-no. I know women who donate breast milk, and it's a very strict procedure. Not something one can bottle and hand over to another baby. Conni...

Conni
conniann40
Jun 30, 2005
11:57 am

Re: Post question
I read the recent post saying that's it's okay. Now...you got me thinking and wondering. I'm going to go check with some authorities on breastmilk. Conni...

Conni
conniann40
Jun 30, 2005
12:04 pm

Re: Post question
HIV is just one of several viruses that are transmitted through breastmilk so I would not permit breastmilk to be posted on my group.  Breastmilk ...

Anita
sahmiam23
Jun 30, 2005
12:17 pm

Re: Post question
... It can, and has been done - milk from a milk-bank is $$$, and I have known moms who have pumped for neighbours, for friends, etc. They usually do their...

Pauline M. Gabriel
just_a_cdn_gal
Jun 30, 2005
12:11 pm

Re: Post question
I have to agree that I would allow the post. Nursing mothers have so much to overcome as far as social stigma in the first place. It's to the point where...

Karlie
kazoopolka
Jun 30, 2005
12:24 pm

Re: Post question
I've nothing against breastfeeding so it's not about the social stigma for me. I advocate breastfeeding, I work for a lactation consultant and I breastfed...

Anita
sahmiam23
Jun 30, 2005
1:10 pm

Re: Post question
Formula is a far cry from breastmilk, which, to be blunt, is a type of body fluid. Now before I get flamed, I do advocate breastfeeding and was in charge of a...

CaveGirl
caveguru
Jun 30, 2005
1:20 pm

Post question
Do you think this is OK to post? I already rejected them for posting that they were having a yard sale w/ blah blah blah for sale and some free stuff & said...

amymaew@aol.com
amymaew19348
Jul 14, 2005
3:06 am

Re: Post question
No, they should not mention the yard sale at all, or they should post no more than a couple of hours before the END of the yard sale IF they're offering...

Max H.
max_h42
Jul 14, 2005
5:25 am

Re: Garage Sales
You are totally right! No yard sales or garage sales of any kind, unless

Chevy
Jul 14, 2005
6:21 am

freecyclemodsquad : Message: Re: Garage Sales

Page 4 of 4

everything is free. I believe that Deron addressed this with an ADMIN in this post: ...

chevymom0

< Prev Topic | Next Topic >

Message #  [        ]  [Go]  Search: [        ]  Search   Advanced   Start Topic

SPONSOR RESULTS

Hyatt Hotels - Official Site
www.hyatt.com - Book Hyatt now for our best rates on the Internet guaranteed.

Exclusive Travel Offers
amexnetwork.com/mysunvacation - Use your American Express® Card and access exclusive vacation offers.

Save on Labor Day Travel
www.expedia.com - Book now for Labor Day for better rooms, flights & rates.

Copyright © 2007 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Copyright Policy - Guidelines - Help

Confidential

FN 080470

http://groups.yahoo.com/group/freecyclemodsquad/message/24303