# EXHIBIT 94

freecyclemodsquad-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

---

**Healthier4All <Healthier4All@houston.rr.com>**
To: freecyclemodsquad@yahoogroups.com

Tue, Sep 20, 2005 at 6:46 AM

Thank you all so much for your help yesterday. I decided to ban the member after I received an email from one of our local Freecycle Groups informing me this member is well known in the local groups and he has been banned from their groups for selling and spamming the members. lol he's had more than two strikes it seems.

Thanks to you all I posted an ADMIN message to our group (not mentioning names), banned the member, and sent him a short email telling him of my actions. Thought you'd be interested in his response which I received this morning again claiming "first amendment". I don't plan to respond to it.

I have one more question. What email address do you all use to send ADMIN posts to your groups and individual emails to the members? Being newbie am wondering if there is a way to use the Westchase_Freecycle-owner@yahoogroups.com email addy?

Thanks again everyone for help me,
Rosie
Co-Owner
Westchase_Freecycle@yahoogroups.com

From: "richard field" <rfield55@yahoo.com>
To: "Healthier4All" <Healthier4All@houston.rr.com>
Sent: Tuesday, September 20, 2005 7:27 AM
Subject: Re: Wanted: WebDesign Software

> You nor anyone else can prohibit me from sending a
> private message to anyone. This private communication
> is protected by the First Amendment. If you are not
> interested in this information, just delete the
> message. I do not advertise on any freecycle list
> things for sale.
> your actions are misguided. freecycle sucks
> rf
>
> --- Healthier4All <Healthier4All@houston.rr.com>
> wrote:
>
>> Dear Mr. Fields:
>>
>> It is a violation for a member of the Freecycle(TM)
>> network to offer to
>> sell, solicit or spam any other member of the group.
>>  This rule is clearly
>> written in our new members rules package and emailed
>> monthly to all members
>> as a reminder. To refresh your memory the main rules
>> are: "No politics, no
>> selling and no spam."
>>
>> As co-owner of the Westchase_Freecycle Group I have
>> no option but to obey
>> our own written and published rules and the rules of
>> the Freecycle(TM)
>> network group should such a violation occur. Your
>> membership to
>> Westchase_Freecycle has been banned.
>>
>> Sincerely,
>> Rosie
>> Co-Owner

Confidential