# EXHIBIT 97

Dockets.Justia.com

freecyclemodsquad : Message: Re: [freecyclemodsquad] SPECIAL NOTE: Trademark Tweaks

Page 1 of 6

Yahoo! My Yahoo! Mail    Make Y! your home page

**YAHOO! GROUPS**    Welcome, **freecyclederon**
[Sign Out, My Account]

Search: [        ]    **Web Search**

Groups Home - Help

WHO WILL YOU FIND?
Susan – Atlanta, GA
YAHOO! PERSONALS

freecyclederon · deron@freecycle.org | Group Owner - Edit Membership

Start a Group | My Groups

**freecyclemodsquad** · Freecycle™ Moderator Group

Home
Messages
  Pending
Spam?    [Empty]
Post
Files
Photos
  Pending
Links
Database
Polls
Members
  Pending
Calendar

Invite

Management

There's something new for moderators! Learn, share, and take your group to new heights with Moderator Central. Check it out.

**Messages**

Message # [    ] [Go] Search: [        ] [Search] Advanced

Messages Help

**SPECIAL NOTE: Trademark Tweaks**

Message #36052 of 48558 < Prev | Next >

Start Topic
Message List

Reply | Forward | Delete

Re: [freecyclemodsquad] SPECIAL NOTE: Trademark Tweaks    Fri Apr 21, 2006 10:52 am

GOA = Group Outreach and Assitance (Handles a variety of issues for a state or country)
NGA = New Group Approver (Approves New Groups in a state or country)
IMOD = Interim Moderator (Helps out when the owner's "Disappear")
-Scott

----- Original Message -----
From: "travelqueen" <travelqueen821@gmail.com>
To: <freecyclemodsquad@yahoogroups.com>
Sent: Friday, April 21, 2006 10:46 AM
Subject: Re: [freecyclemodsquad] SPECIAL NOTE: Trademark Tweaks

"Scott Peters"
<scottdcg@yahoo.com>
scottdcg
Offline
Send Email
Invite to Yahoo! 360°

Show Message Option

Remove Author | Ban Author

Confidential

FN 079816

http://groups.yahoo.com/group/freecyclemodsquad/message/36052

**Yahoo! Groups Tips**

*Did you know...*
It's your group. Make it marvelous. Check out Moderator Central.

**Yahoo! 360°**

Share your life through photos, blogs, more.

GODDDDDDDDDDDD I hate internet lingo - what on earth are GOA's NGA's and IMOD's???

Jille

On 4/20/06, freecyclederon <deron@freecycle.org> wrote:
>
> Hey all,
> Sorry to interrupt the normally scheduled programming but I need to
> do a bit of public begging about trademark tweaks.
>
> A dedicated group of volunteers including GOAs, NGAs, Imods, myself
> and most importantly the Trademark Team have been typing their
> fingers raw looking at every single local Freecycle group and
> personally contacting those that need modest trademark related tweaks
> since April 13th.
>
> SIDE NOTE / REMINDER: We are being sued for the right to our name as
> only signifying your/our nonprofit and volunteer goodwill so we must
> not provide the plaintifs with evidence against us in our own groups
> about improper trademark use. This is super critical.
>
> Anyway, after looking at every local group, the GOAs then sent
> individual notes to every single local group requesting the specific
> tweaks required. It was a *lot* of work and warm fuzzy kudos
> particularly to the Trademark Team. Most local mods contacted have
> kindly done any needed tweaks but there still is a pretty good sized
> list that I'm gonna have to personally beg and it is going to be a
> *lot* of work for me. Ugh.
>
> So, I'd like to beg publically here in the Modsquad first in hopes
> that a few of you see this and make your tweaks before I start
> begging personally in individual emails. Please, please, please make
> these tweaks now. If you have any questions whatsoever, contact
> trademark1@freecycle.org.

> 
> So, if you have received a letter from the Trademark Representatives
> since April 13th and have not responded to them, please do so.
> 
> If you belong to a smaller regional Freecycle(TM) Modsquad, please
> forward this letter there too, if you could.
> 
> Help us keep our trademark as representing only the volunteer
> goodwill in each of your groups and our overall nonprofit mission.
> 
> Many thanks (oh and I'm going to send out an Earth Day note in a sec
> with cool Earth Day logos... -- stay tuned),
> 
> Deron
> 
> 
> ------------------------------
> Copyright (c) 2003-2006 The Freecycle Network
> (http://www.Freecycle.org). <http://www.freecycle.org/.> All rights
> reserved.
> Freecycle and the Freecycle logo are trademarks
> of The Freecycle Network in the United States
> and/or other countries.
> 
> 
> 
> 
> 
> 

[Non-text portions of this message have been removed]


Please remember to trim your posts when responding to messages posted on the

http://groups.yahoo.com/group/freecyclemodsquad/message/36052

Confidential

FN 079818

freecyclemodsquad : Message: Re: [freecyclemodsquad] SPECIAL NOTE: Trademark Tweaks

Page 4 of 6

site. Thank You.

Report news articles: newswire@freecycle.org
Submit to the TFN newsletter: updates@freecycle.org
Contact your GOA: http://www.freecycle.org/manual/goa_list.htm
Mod Manual: http://www.freecycle.org/manual/index_manual.htm

Modsquad Moderators
Ann/Tuppete, Beverly/bevcan23, Deb/debsawyers, or Irene/teddybearsmother
We can be reached at freecyclemodsquad-owner@yahoogroups.com

Moderators desiring to increase their involvement with TFN beyond the local level are encouraged to write to volunteers@freecycle.org to offer their services. Please give us an idea of your skills and how you'd like to help.

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

Yahoo! Groups Links

Forward | Delete

Expand Messages

SPECIAL NOTE: Trademark Tweaks

Message #36052 of 48558  < Prev | Next >

Author

Sort by Date

Apr 20, 2006

**Confidential**

*FN 079819*

http://groups.yahoo.com/group/freecyclemodsquad/message/36052