# EXHIBIT 98

```
----- Original Message -----
From: "Deron Beal" <dbeal@copebhs.com>
To: "Steven Schwindt" <schwindt68@hotmail.com>
Cc: <freecyclemodsquad@yahoogroups.com>
Sent: Tuesday, October 21, 2003 2:43 PM
Subject: WELCOME Springfield, OR


> Hey Steven,
> Clearly, you Oregonians are a special breed of person. There are 5-6
> Freecycle Network's across your fine state. Your best "local" contact is
> Albert Kaufman in Portland whose group has become quite the "place to be"
> and large in the past two weeks!! Don't let his immodesty get to you...
> (Hi
> Albert).
>
> The basics:
> Welcome to the network. With you being city number 30, I believe we
> definitely now qualify as a revolution in giving with people like yourself
> all over the place a movin' and a shakin' and giving stuff away (and
> gettin'
> stuff) like bonkers.
>
> You are not alone... There is a small "inner circle" yahoo group "for
> moderators only" of freecycle to trade their ideas, successes, failures,
> media & outreach, press releases, etc. Although we are an odd collection
> of
> packrats, recycling fanatics, social change agents and cheapskates, feel
> free to join up. It's: http://groups.yahoo.com/group/freecyclemodsquad/
> And
> share your ideas and what not with us all! We're learning by doing here
> and
> the more the talk the funner it is.
>
> Check out www.freecycle.org for details to help you set up your own group
> (particularly under the "set up your own group" section. Let us know when
> you are up and running and we'll give you a link on the www.freecycle.org
> webpage (DONE ALREADY). You may also want to copy in the logo from the
> website or check out the other logos and copy or work with them to get one
> made up for you. I'll copy the other moderators on this note so they know
> you exist now too!
>
> One final request: could you note the freecycle.org somewhere on your
> webpage, like in that intro paragraph, so that others who want to set up
> their own city group know where to go for instructions (I believe you
> already did this too, right on)?
>
> Thanks and good luck. Trust in the force, Luke. Keep in touch!
>
> Keep on Freecyclin',
> Deron
>
>
```

Confidential

1

FN 076484

```
>
> ----- Original Message -----
> From: "Steven Schwindt" <schwindt68@hotmail.com>
> To: <info@freecycle.org>
> Sent: Tuesday, October 21, 2003 9:56 AM
> Subject: good morning
>
>
>> Hello:
>>
>> I was so impressed with Free Cycle when I saw Margie Boule's column in
>> The
>> Oregonian, I researched your site for a few days.
>>
>> I started a Free Cycle group for the Springfield Oregon.
>>
>> Here is the website on the Yahoo Groups page:   freecyclespringfield
>>
>> To subscribe a person sends an e-mail to:
>> freecyclespringfield-subscribe@yahoogroups.com
>>
>> I posted a version of your letter as the first message on this site.
>>
>> Can you post the new site on your home page to identify Springfield
>> Oregon
>> as new Freecycle site?
>>
>> Let me know if you have any questions or comments.
>>
>> Steven Schwindt
>> PO Box 183
>> Thurston Or 97482
>>
>> 541-729-1282
>>
>> schwindt68@hotmail.com
>>
>> _____
>> Add MSN 8 Internet Software to your current Internet access and enjoy
>> patented spam control and more.  Get two months FREE!
>> http://join.msn.com/?page=dept/byoa
>>
>
```

Confidential

FN 076485