# EXHIBIT 99

Dockets.Justia.com

----- Original Message -----
From: Deron Beal
To: Dawna Chipman (Linn & Benton County OR) ; Pat Chipman [Lincoln County, OR]
Sent: Monday, April 12, 2004 6:56 PM
Subject: Request that you cease and desist

Dear Dawna & Pat Chipman,
Please cease and desist from using the word "Freecycle," or "The Freecycle Network" or the Freecycling concept for your yahoo groups. The name and concept of "Freecycle" and "Freecycling" are the sole propriety of RISE, Inc. and its affiliated programs. Your membership in the moderator group has been revoked and your membership in The Freecycle Network terminated. Any links to your Yahoo Groups have been removed from the freecycle.org website. While you did not respond to my request for a list of which groups you own, those specific groups which I have been able to ascertain (to the best of my knowledge) are under your ownership(s) include:
1) Linn-BentonCountyFreecycle
2) LincolnCountyFreecycle
3) AlbanyOregonFreecycle
4) MadrasFreecycle
5) CorvallisOregonFreecycle
6) FreecycleNewport
Please discontinue the use of the Freecycle name and concept with these and any other groups which remain unknown to me.

Sincerely yours,

Deron Beal
President, The Freecycle Network & Enterprise Manager, RISE, Inc., a 501(c)3 nonprofit organization

Deron Beal
RISE, Inc.
82 S. Stone Ave.
Tucson, AZ 85701
Tel: 520-791-2569

----- Original Message -----
From: TheBlackWidow1964
To: Deron Beal
Sent: Friday, April 09, 2004 4:14 PM
Subject: Re: crayon lady

**Confidential**

FN 076490

Mr. Beal, I appreciate the information regarding the crayon lady, though vague as it was. It would have been nice to read how other moderators handled the issue.

1) Anne and I are not communicating at all in public or behind the scenes so how are we not "being nice", as far as I am concerned I asked a reasonable question of modsquad (not even thinking about one of the sites being Anne's) I was simply askign for apinion on what I saw as against the basic principal of Freecycle. Then Anne wrote her negative response (which you removed) and then you started writing me these negative e-mails. I would appreciate it if you