# EXHIBIT 100

```
----- Original Message -----
From: "Deron Beal" <dbeal@copebhs.com>
To: "LincolnCountyFreecycle Moderator"
<LincolnCountyFreecycle-owner@yahoogroups.com>
Sent: Tuesday, December 09, 2003 11:15 AM
Subject: Re: Welcome to LincolnCountyFreecycle


> Hello Lincoln County Freecycle,
> My name is Deron Beal. I founded the Freecycle concept, run the
> freecycle.org nonprofit website and work with around one hundred
> moderators
> across the globe who are moderating their individual groups. I've
> introduced
> myself a couple of times to you but for some reason you don't want to
> introduce yourself to me with your name. I'm really not a bad guy so it's
> a
> little confusing to me why you won't respond to my request. Freecycle
> groups
> however are all moderated by real people with names. I would request that
> you either stop using the now trademarked name of Freecycle or please
> introduce yourself to me (heck, I really am not asking for much). I would
> also ask that if you are not moderating the group as you mentioned in one
> e-mail, that you find someone who would like to help moderate for you.
>
> For now I'll remove the link to your webpage from our website until I hear
> from you. I'm really not trying to be a stinker here! As regards the spam,
> are you really approving every single posting? Doesn't seem particularly
> manageable and subtracts from the immediacy of the trades. Why not just
> approve the new members?
>
> With best regards,
>
> Deron Beal 520-791-2569
> RISE, Inc.
> A 501(c)3 private nonprofit which runs the Freecycle Network.
>
>
>
> ----- Original Message -----
> From: "LincolnCountyFreecycle Moderator"
> <LincolnCountyFreecycle-owner@yahoogroups.com>
> To: <dbeal@copebhs.com>
> Sent: Tuesday, December 09, 2003 8:29 AM
> Subject: Welcome to LincolnCountyFreecycle
>
>
>>
>> Hello,
>>
>> First off, we do not allow SPAM. All postings to our site must be free of
> advertisements or url addresses accept those directly related to the FREE
> item being offered (photo link etc) or the promotion of other freecycle
```

Confidential

FN 076494

1