# EXHIBIT 101



Irene Johnson <majortennisbum@gmail.com>

# [freecyclemodsquad] procedure question
4 messages

---

**goth_soccer_mom <goth_soccer_mom@yahoo.com>**
To: freecyclemodsquad@yahoogroups.com

Tue, Nov 23, 2004 at 9:06 AM

what exactly is the policy and procedure on reporting a rogue group?

------------------- Yahoo! Groups Sponsor -------------------~-->
Make a clean sweep of pop-up ads. Yahoo! Companion Toolbar.
Now with Pop-Up Blocker. Get it for free!
http://us.click.yahoo.com/L5YrjA/eSIIAA/yQLSAA/rcTolB/TM
--------------------------------------------------------------~->

Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

---

**Shadow Graphics <Ruzich1@hotpop.com>**
To: freecyclemodsquad@yahoogroups.com

Tue, Nov 23, 2004 at 2:35 PM

1. report a suspected rogue group to your state's NGA (new group approver)
2. the NGA will check and see if this possible rogue group is on their list of groups to be approved
3. if the group is not on their list, they will send it to the regional GOA person to send a cease and desist letter
4. The GOA person will send the rogue group on to Buck and Char who are charting all the rogue groups. (this step is turned around a bit from my last post)

----- Original Message -----
From: goth_soccer_mom
To: freecyclemodsquad@yahoogroups.com
Sent: Tuesday, November 23, 2004 11:06 AM

Confidential

http://mail.google.com/mail/?ik=555d9fcaa6&view=pt&th=10067b3904f6227b&sea

FN 077629

Subject: [freecyclemodsquad] procedure question

what exactly is the policy and procedure on reporting a rogue group?

Yahoo! Groups Sponsor
ADVERTISEMENT

---

Yahoo! Groups Links

a.. To visit your group on the web, go to:
http://groups.yahoo.com/group/freecyclemodsquad/

b.. To unsubscribe from this group, send an email to:
freecyclemodsquad-unsubscribe@yahoogroups.com

c.. Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

[Non-text portions of this message have been removed]
[Quoted text hidden]

---

**Deron Beal <deron@rise-inc.org>**     Tue, Nov 23, 2004 at 1:58 PM
To: freecyclemodsquad@yahoogroups.com, goth_soccer_mom <goth_soccer_mom@yahoo.com>

Notify database@freecycle.org about rogue groups.

This is the address for Buck and Char who will promptly note the details, enter them into the database as a rogue so that noone accidentally links to them and forwards the info to the Group Outreach and Assistance regional person who will send them a note letting them know there is a recognized Freecycle group in their area they can offer their enthusiasm and help to and that they will need to remove the service mark protected name/concept from their group.

Deron

(am I getting this right, Judy?)
[Quoted text hidden]

---

**freecyclederon <deron@freecycle.org>**     Tue, Nov 23, 2004 at 2:57 PM
To: freecyclemodsquad@yahoogroups.com

Confidential

Oops, sorry Judy, I posted the, ahh, wrong steps, and just deleted them out. Your correct steps remain below and in your post.
Sorry folks,
Deron


--- In freecyclemodsquad@yahoogroups.com, "Shadow Graphics"
> 1.   report a suspected rogue group to your state's NGA (new group approver)
> 2.   the NGA will check and see if this possible rogue group is on their list of groups to be approved
> 3.   if the group is not on their list, they will send it to the regional GOA person to send a cease and desist letter
> 4.   The GOA person will send the rogue group on to Buck and Char who are charting all the rogue groups. (this step is turned around a bit from my last post)
>


---------------------- Yahoo! Groups Sponsor --------------------~-->
$9.95 domain names from Yahoo!. Register anything.
http://us.click.yahoo.com/J8kdrA/y20IAA/yQLSAA/rcTolB/TM
[Quoted text hidden]

Confidential