# EXHIBIT 103

You should join http://groups.yahoo.com/group/freecyclenext

It is the place where we are discussing the next generation Freecycle system. Freecycle is a name, general concept, and a system. Yes it's current major implementation is on Yahoo but we are looking at and working on alternatives.

Cheers,
Tim

---

**From:** Tim Oey <timoey@yahoo.com>
**Date:** Wed Oct 27, 2004  2:21 am
**Subject:** \*\*\*Re: [freecyclemodsquad] "freecycle" service mark

Reduce_Reuse...
Offline
Send Email
Remove Author | Ban Autl

Freecycle does need to come up with a clear policy on how all groups use the term & logo so we can protect it.

I'm not currently a policy setter regarding the use of the Freecycle term and logo but I do know a lot about this area. So below is some advice (Note that the word "Freecycle" and the Freecycle logo both need to be protected.)

- creating your own graphic that uses the word Freecycle is probably ok (as long as it is not a modification of the current existing logo but an entirely new creation)
- the term "Freecycle" should always be used as an adjective (it is ok to use it as a name as well, just not as a generic noun)
- the Freecycle Logo should never be obscured or directly altered or have anything else covering it, but it is ok to put things next to it in a graphic as long as it does not interfere with the main appearance of the logo.
- most companies establish policies around logo use -- acceptable colors, distance from other stuff, etc so that their logo can be properly protected.

All of the above needs a trademark lawyer to confirm it. Hopefully it won't cause any additional confusion.

Cheers,
Tim

---

**From:** Tim Oey <timoey@yahoo.com>
**Date:** Wed Oct 27, 2004  10:47 am
**Subject:** \*\*\*Re: [freecyclemodsquad] "freecycle" service mark

Reduce_Reuse...
Offline
Send Email
Remove Author | Ban Au

There are actually a few different issues here:

1) Make sure everyone uses the word "Freecycle" correctly if we wish to protect it for use only by official Freecycle sites. The service mark registration has 2 parts -- the word and separately the graphic logo.

2) If you use the original Freecycle logo, keep the core of it untouched and put your adornments around it. The use of this graphic logo is not required per Judy's note. Although from a branding standpoint, a marketing person would want

FN 073713

Highly Confidential-
Attorneys' Eyes Only

to make the logo a standard thing to help solidify market perceptions.

3) It is just fine to create your own original graphic as Judy illustrates in the group below.

Cheers,
Tim

---

From: Tim Oey <timoey@yahoo.com>
Date: Sun Oct 31, 2004  11:00 pm
Subject: Re: [freecyclemodsquad] Deron as Co-Owner: Is it a risk?

Reduce_Reuse...
⊜Offline
✉Send Email
⁂Invite to Yahoo! 360°
Remove Author | Ban Author

```
As Deron stated his password and the security protocols around
ersatzfriend are
extremely tight, no one should worry about having that account hacked.

Additionally, if you are a moderator or owner of any large lists you
probably
should change your own posting status to "moderated" -- this prevents
someone
from sending an email to your list by spoofing your email address
(which is easy
to do). In this case a flaw in bravenet allowed someone to hide their
identity
and at the same time spoof deron's email address and as well as
Yelrse4me. If
you are a moderator of a list you can approve your own post but block
anyone
trying to spoof you.

Since ersatzfriend should be on all Freecycle groups, it is
particularly
important to set ersatzfriend to be moderated.
```

FN 073714

**Highly Confidential-
Attorneys' Eyes Only**