# EXHIBIT 106

FreecycleSunnyvale v. The Freecycle Network
Case 4:06-cv-00324-CW    Document 127-66    Filed 09/26/2007    Page 1 of 3

Part 1. The File Section
http://groups.yahoo.com/group/freecyclemodsquad/files

A. \*\*ModSquad Admin - Admins meant for ModSquad Moderators

B. Admins - A Large Collection of Sample Admin Letters and Notices
   1. Admins (dealing with posts) Samples of Admins that deal with posts - how to, what to include, crossposting letters, and more!
   2. Admins – Challenges, Encourage Samples of Challenges and Admins to encourage member postings.
   3. Admins – Rejections n Delete Sample Letters and Forms to use for Rejected or Deleted Posts.
   4. Admins – Rules, Safety, More Letters beside rejections: rules, safety, what FC is, mod recruit letters and more!

C. Computer Conundrums - Perplexing Problems and Solutions

D. Deron Beal Admins - Collection of Rules & Advice by our Freecycle(TM) Founder, Deron Beal

E. Graphics and Logos- Put all graphic related stuff here.

F. How Do I? - Files With Info Answering How Do I Questions
   1. Change Group Settings? How to Set Filters, Add Ersatzfriend, Add FC Logo and more.
   2. Have a Free4All, EcoFair Tips for Holding an Event
   3. How Do I Deal With? Things that Mods Must Deal With
   4. Interviews Tips for Handling Media or Interviews
   5. Treasure Box Start a Treasure Box

G. Important FC Information - Trademark Info, Freecycle Contact Info, and More

H. Legal - Legal info on trademark cases

I. Promotional Materials - Business cards, brochures, flyers, handouts, press releases and some great miscellaneous stuff


Part 2. The Database Section
http://groups.yahoo.com/group/freecyclemodsquad/database

A. Regional, State, and County Mod Groups – Listing of all U.S. State, and other regional moderator groups. (the modsquads)

B. How To (Group Functions) – Instructions on how to do things relating to managing your group.

C. Deron's Responses – Answers to lots of things.

D. Good Advice from Mods – Relating to ModSquad and FC in general – Advice about ModSquad posts and Freecycle in general.

E. Municipalities YES – List of local groups where local

Confidential

1

FN 076477

   municipalities have a link to you.

F. How To: (individual settings and misc) – Instructions on how to do things (individual account settings, misc FC questions, ModSquad questions)

G. Great Advice from Mods – Group Related – Advice from Mods related to dealing with your group!

---

Copyright © 2003-2007 The Freecycle Network (http://www.Freecycle.org). All rights reserved.
Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries.

---

Confidential

FN 076478