# EXHIBIT 107

Hello,

I've added you to my freecyclemodsquad group at Yahoo! Groups, a free, easy-to-use service. Yahoo! Groups makes it easy to send and receive group messages, coordinate events, share photos and files, and more.

My introductory message to you:
-------------------------------------------------------------------------
Shane,
Am adding you to group directly to view old posts for now until I can get the new major tennis bum password....

Deron

Description of the group:
-------------------------------------------------------------------------
Greetings Freecycle Group Moderators This is the official forum for Freecycle moderators in the US as well as for those countries who haven't opted to vote in their own forums. If you are in the UK, Ireland, France or Canada, you'll need to join your national group in order to vote, etc. rather than this group. US mods, as well as moderators of other countries who have not opted to vote directly in their Modsquads, are welcome to join this one.
We recommend that you at least receive special notices to be aware of the latest organizational info. Here we share press releases, discuss issues and challenges and discuss or vote on the rare new rule. The Freecycle Modsquad is a meeting place for Freecycle moderators to live, learn and prosper.
What you'll find in this group
Over 2600 moderators from around the world, offering advice, opinions, fun stories from their own groups, commonly used ADMIN messages that can be used on your group, updates to issues within The Freecycle Network, links to resources to assist you, group promotional material and more.
How to Join
Click the Join This Group Button. You'll be asked to provide your name, email and a link to your approved group.
Need Urgent Assistance?
• A team of volunteers is available for assisting groups. Visit freecycle.org/manual/goa_list.htm to find your Group Outreach & Assistance contact.
• Not sure who to contact? Email info@freecycle.org and they'll forward your message to the correct contact.
Copyright 2003-2007 The Freecycle Network. All rights reserved. Freecycle and the Freecycle logo are trademarks of The Freecycle Network in the United States and/or other countries

Complete your Yahoo! Groups account:
-------------------------------------------------------------------------
Your email address has been added to the email list of a Yahoo! Group. To gain access to all of your group's web features (previous messages, photos, files, calendar, etc.) and easier control of your message delivery options, we highly recommend that you complete your account by connecting your email address to a Yahoo account. It is easy and free. Please visit:

Confidential

FN 076482

```
http://groups.yahoo.com/convacct?email=SGlynn%40perkinscoie.com&list=freecyclemodsquad

Important information about the freecyclemodsquad group
------------------------------------------------------------------
* To send a message to the members of this group, send an email to:
  freecyclemodsquad@yahoogroups.com

* To leave the group, you can unsubscribe by replying to this message,
  or by sending an email to:
  freecyclemodsquad-unsubscribe@yahoogroups.com

Regards,

Moderator, freecyclemodsquad

Report abuse:
------------------------------------------------------------------
Because Yahoo! Groups values your privacy, it is a violation of our
service rules for moderators to add subscribers to a group against
their wishes. If you feel this has happened, please notify us:
http://help.yahoo.com/help/us/groups/abuse/index.html

You may also change your email preferences to prevent group owners from
adding you to their groups. To do so, please go here:
http://groups.yahoo.com/s?tag=JUsKlqwRwAOa7Pme1AZKWViIwmheE6VQ-w3k_PQR-R3JhTFjEiN-blSZ-
uGpk6I8dmnv5My2fgT7wV2hhxY

Your use of Yahoo! Groups is subject to:
http://docs.yahoo.com/info/terms/
```

**Confidential**

2                                                                    FN 076483