# EXHIBIT 109

SquirrelMail | Page 1 of 3
Current Folder: fcnext | Sign Out
Compose  Addresses  Folders  Options  Search  Help

Message List | Delete                    Previous | Next          Forward | Forward as Attachment | Reply | Reply All
                                     Delete & Prev | Delete & Next

                              Move to: INBOX ▼ [Move]

**Subject:** Re: [freecyclenext] Sunnyvale not in my groups list either
**From:** "Shadow Graphics" <ruzich@gmail.com>
**Date:** Tue, November 22, 2005 7:46 am
**To:** freecyclenext@yahoogroups.com
**Priority:** Normal
**Options:** View Full Header | View Printable Version | Add to Addressbook

So much for all his preaching about how it just isn't right

for us to take our members with us when we leave cuz now

these people won't be able to freecycle anymore. At least

our members can still gift each other with their usable

items even if it's not called freecycle. What can Tim's

group gift now?


hugs,

Judy




yoursecretpalguesswho wrote:

> Lousy Move Deron, really lousy. Now how does this help the recycle

> movement? How low will you go?

>

> Sorry if this is a bit nasty, I'm feeling cranky right now.

>

> Char

>

>

>

>

>

> --------------------------------------------------------------

https://webmail2.pair.com/src/read_body.php?passed_id=1808&mailbox=fcnext&sort=6&startMessage...  11/10/2006

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                       FN 060049

```
> YAHOO! GROUPS LINKS
>
>     *  Visit your group &quot;freecyclenext
>        &quot; on the web.
>
>     *  To unsubscribe from this group, send an email to:
>        freecyclenext-unsubscribe@yahoogroups.com
>
>
>     *  Your use of Yahoo! Groups is subject to the Yahoo! Terms of
>        Service .
>
>
> ------------------------------------------------------------------------
>
```

SPONSORED LINKS

   Recycling

   Activism

YAHOO! GROUPS LINKS

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                              FN 060050

SquirrelMail                                                        Page 3 of 3

Visit your group "freecyclenext" on the web.

To unsubscribe from this group, send an email to:
freecyclenext-unsubscribe@yahoogroups.com

Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

Download this as a file

Delete & Prev | Delete & Next

Move to: INBOX    Move

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          FN 060051