## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FREECYCLE SUNNYVALE,

        Plaintiff,

  v.

THE FREECYCLE NETWORK,

        Defendant.

NO. C 06-00324 CW

**MINUTE ORDER**
Date: 9/27/07

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**   **Court Reporter:** Lee-Ann Shortridge

**Appearances for Plaintiff:**
Ian N. Feinberg; Eric Butler Evans

**Appearances for Defendant:**
Lisa Kobialka; Gigi C. Hoang

**Motions:**

| | | |
|---|---|---|
| Plaintiff | Motion for summary judgment | Under Submission |

Further briefing due:  see below
Order to be prepared by:  Court

Notes:  Plaintiff to file motion by 10/25/07 re how 9th Circuit ruling affects issues already before the Court and also address standing in motion; Defendant's opposition due November 8, 2007, and any reply due November 15, 2007.  Motion will be decided on the papers.  If Defendant has experts to rely on in opposition, counsel can submit a stipulation or move for additional time.

Copies to:  Chambers