MAYER BROWN LLP
IAN N. FEINBERG (SBN 88324)
ifeinberg@mayerbrownrowe.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrownrowe.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Plaintiff
FREECYCLESUNNYVALE,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, Plaintiff, v. THE FREECYCLE NETWORK, an Arizona corporation, Defendant. AND RELATED COUNTERCLAIMS | Case No. C06-00324 CW **DECLARATION OF ERIC B. EVANS IN SUPPORT OF FREECYCLESUNNYVALE'S SUPPLEMENTAL NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** **[FED. R. CIV. P. 56]** |

I, Eric B. Evans, declare as follows:

1. I am an attorney with the law firm of Mayer Brown LLP, counsel of record for Plaintiff and Counterdefendant FreecycleSunnyvale ("Sunnyvale"), and am admitted to practice before this Court. I submit this declaration in support of Sunnyvale's Supplemental Motion for Summary Judgment. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2. I have personally reviewed the Electronic Case Filing ("ECF") docket for the U.S. District Court for the District of Arizona for the case *The Freecycle Network, Inc. v. Tim Oey*, No. 06-CV-00173 RCC (D. Ariz., filed Apr. 4. 2006) ("the Arizona Case"). A true and correct copy of the complaint in the Arizona Case, downloaded from the ECF docket, is attached as Exhibit A.

3. A true and correct copy of the order granting The Freecycle Network, Inc.'s motions for a temporary restraining order and for a preliminary injunction, entered May 11, 2006, in the Arizona Case, downloaded from the ECF docket, is attached as Exhibit B.

4. A true and correct copy of documents bearing Bates numbers YAH 0442-YAH -446, produced by Yahoo!, Inc. and retained in Yahoo!, Inc.'s records since the time that they were received by Yahoo!, Inc. from persons purporting to act on behalf of The Freecycle Network, Inc. is attached as Exhibit C.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 25th day of October, 2007 at Palo Alto, California.

/s/ Eric B. Evans
Eric B. Evans