| | |
|---|---|
| 1 | MAYER BROWN LLP |
| 2 | Ian N. Feinberg (SBN 88324)<br>ifeinberg@mayerbrownrowe.com |
| 3 | Eric B. Evans (SBN 232476)<br>eevans@mayerbrownrowe.com |
| 4 | Two Palo Alto Square, Suite 300<br>3000 El Camino Real |
| 5 | Palo Alto, CA  94306-2112<br>Telephone: (650) 331-2000<br>Facsimile:  (650) 331-2060 |
| 7 | Attorneys for Plaintiff<br>FREECYCLESUNNYVALE, |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE,<br>a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK,<br>an Arizona corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C06-00324 CW<br><br>**[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT** |

[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT
CASE NO. C06-00324 CW

1  On September 27, 2007, Plaintiff and Counterdefendant FreecycleSunnyvale's Motion for Summary Judgment, or In the Alternative, Summary Adjudication, on FreecycleSunnyvale's First Claim for Relief and The Freecycle Network's ("TFN") Counterclaims ("Motion") came on for hearing before this Court.

Having considered all papers filed in support of and in opposition to Plaintiff's Motion, including the supplemental motion ordered at the September 27 hearing, and for good cause appearing, THE COURT HEREBY FINDS that there is no genuine issue of material fact that TFN engaged in naked licensing and that, as a matter of law, TFN's naked licensing is dispositive of TFN's trademark claims against FreecycleSunnyvale.

THE COURT THEREFORE ENTERS SUMMARY JUDGMENT IN FREECYCLESUNNYVALE'S FAVOR on all of FreecycleSunnyvale's claims and all of TFN's counterclaims.

THE COURT FURTHER ORDERS TFN to, within ten court days of the effective date of this Order:

(1) provide notice of this Order to Yahoo!, Inc.;

(2) inform Yahoo!, Inc., in writing, that TFN relinquishes any claim it has, or any person acting on its behalf has, to the Yahoo! group freecyclesunnyvale;

(3) inform Yahoo!, Inc., in writing, that TFN has no objection to FreecycleSunnyvale's use of the term "freecycle" in the name of its Yahoo! group; and

(4) request, in writing, that Yahoo! reinstate FreecycleSunnyvale's access to the Yahoo! group freecyclesunnyvale.

IT IS SO ORDERED.

Dated: _____

Honorable Claudia Wilken
United States District Court Judge
Northern District of California