

1   PAUL J. ANDRE, Bar No. 196585
    (pandre@perkinscoie.com)
2   LISA KOBIALKA, Bar No. 191404
    (lkobialka@perkinscoie.com)
3   ESHA BANDYOPADHYAY, Bar. No. 212249
    (ebandyopadhyay@perkinscoie.com)
4   SEAN M. BOYLE, Bar No. 238128
    (sboyle@perkinscoie.com)
5   PERKINS COIE LLP
    101 Jefferson Drive
6   Menlo Park, CA 94025
    Telephone:    (650) 838-4300
7   Facsimile:    (650) 838-4350

8   Attorneys for Defendant
    The Freecycle Network, Inc.
9

10              UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12                     OAKLAND DIVISION

13

14  FREECYCLESUNNYVALE,                      CASE NO. C 06-00324 CW
    a California unincorporated association,
15                                           **DECLARATION OF LISA KOBIALKA IN
                      Plaintiff,             SUPPORT OF THE FREECYCLE
16                                           NETWORK, INC.'S MEMORANDUM OF
         v.                                  POINTS AND AUTHORITIES IN
17                                           OPPOSITION TO PLAINTIFF'S
    THE FREECYCLE NETWORK, INC.,             SUPPLEMENTAL MOTION FOR
18  an Arizona corporation,                  SUMMARY JUDGMENT**

19                    Defendant.             **[FED. R. CIV. P. 56]**

20  ─────────────────────────────
    THE FREECYCLE NETWORK, INC.
21  an Arizona corporation,

22                    Counterclaimant,

23       v.

24  FREECYLESUNNYVALE,
    a California unincorporated association,
25
                      Counterdefendant.
26

27

28
    ───────────────────────────────────────────────────────────
    DECLARATION OF LISA KOBIALKA IN SUPPORT OF THE            Case No. C 06-00324 CW
    FREECYCLE NETWORK, INC.'S OPPOSITION TO PLAINTIFF'S
    SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT
    60383-0001/LEGAL13720323.1

Dockets.Justia.com

I, LISA KOBIALKA, declare:

1.     I am an attorney with the law firm of Perkins Coie LLP, counsel of record for Defendant and Counterclaimant The Freecycle Network, Inc. ("The Freecycle Network"). I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2.     Attached hereto as Exhibit 1 is a true and correct copy of the docket sheet from the case The Freecycle Network, Inc. v. Tim Oey, et al., Case No. 4:06-cv-00173-RCC, filed in the United States District Court for the District of Arizona (the "Arizona Action").

3.     Attached hereto as Exhibit 2 is a true and correct copy of The Freecycle Network's Opposition to Defendants' Motion to Stay or Transfer ("Opposition"), the Declaration of Lisa Kobialka in Support of the Opposition, and the Declaration of Deron Beal in Support of the Opposition, filed on May 18, 2006, in the Arizona Action.

4.     Attached hereto as Exhibit 3 is a true and correct copy of the Order Granting Defendants' Motion to Stay, filed on June 20, 2006, in the Arizona Action.

5.     Attached hereto as Exhibit 4 is a true and correct copy of pages 35 and 38 from the transcript of the deposition of Lisanne Abraham taken August 10, 2007.

6.     Attached hereto as Exhibit 5 is a true and correct copy of pages 145-146 from the transcript of the deposition of Tim Oey taken August 17, 2007.

7.     Attached hereto as Exhibit 6 is a true and correct copy of page 30 from the transcript of the deposition of Jason Wong taken August 9, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Menlo Park, California on November 8, 2007.

By: ___/s/ Lisa Kobialka_____
            Lisa Kobialka

Attorney for Defendant and Counterclaimant
The Freecycle Network, Inc.

- 2 -

DECLARATION OF LISA KOBIALKA IN SUPPORT OF THE
FREECYCLE NETWORK, INC.'S OPPOSITION TO PLAINTIFF'S
SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT
60383-0001/LEGAL13720323.1

Case No. C 06-00324 CW