# EXHIBIT 1

Dockets.Justia.com

APPEAL, STAY-CASE, STD

# U.S. District Court
## DISTRICT OF ARIZONA (Tucson Division)
## CIVIL DOCKET FOR CASE #: 4:06-cv-00173-RCC

The Freecycle Network, Inc. v. Oey et al  
Assigned to: Judge Raner C Collins  
Cause: 15:1125 Trademark Infringement (Lanham Act)

Date Filed: 04/04/2006  
Jury Demand: Plaintiff  
Nature of Suit: 840 Trademark  
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2006 | 1 | COMPLAINT, filed by The Freecycle Network, Inc.. (Attachments: # 1Civil cover sheet # 2Index and ExhA # 3ExhB # 4ExhC # 5ExhD # 6ExhE # 7ExhF # 8ExhG) (Milczarek-Desai, Shefali) Attachments named Modified on 4/4/2006 (TAD, ). (Entered: 04/04/2006) |
| 04/04/2006 | | Filing fee paid, receipt number TUC005781. This case has been assigned to the Honorable Raner Collins. All future pleadings or documents should bear the correct case number: 06-CV-173-TUC-RCC.*Filer to provide courtesy copy to assigned judge. This is a text entry only, no PDF attached.* (GPA, ) (Entered: 04/04/2006) |
| 04/04/2006 | 2 | Summons Issued as to Tim Oey. (GPA, ) (Entered: 04/04/2006) |
| 04/04/2006 | 3 | Summons Issued as to Jane Doe Oey. (GPA, ) (Entered: 04/04/2006) |
| 04/04/2006 | | Notice of sending magistrate consent form to filer by The Freecycle Network, Inc. (GPA, ) (Entered: 04/04/2006) |
| 04/19/2006 | 4 | MINUTE ENTRY/ORDER Preliminary/Permanent Injunction Hearing set for 4/24/2006 02:00 PM before Judge Raner C Collins. Temporary Restraining Order Hearing set for 4/24/2006 02:00 PM before Judge Raner C Collins. Signed by Judge Raner C Collins on 4/19/06. (ARS) (Entered: 04/19/2006) |
| 04/19/2006 | 5 | MOTION for Protective Order *Notice and Motion for Temporary Restraining Order* by The Freecycle Network, Inc.. (Milczarek-Desai, Shefali) (Entered: 04/19/2006) |
| 04/19/2006 | 6 | MOTION for Preliminary Injunction *Notice and Motion for Preliminary Injunction* by The Freecycle Network, Inc.. (Milczarek-Desai, Shefali) (Entered: 04/19/2006) |
| 04/19/2006 | 7 | MEMORANDUM re: Memorandum of Points and Authorities re 6 MOTION for Preliminary Injunction *Notice and Motion for Preliminary Injunction*, 5 MOTION for Protective Order *Notice and Motion for Temporary Restraining Order* by Plaintiff The Freecycle Network, Inc.. (Milczarek-Desai, Shefali) (Entered: 04/19/2006) |
| 04/19/2006 | 8 | DECLARATION of Declaration of Esha Bandyopadhyay in Support of Motion for Temporary Restraining Order and Motion for Preliminary Injunction re 6 MOTION for Preliminary Injunction *Notice and Motion for Preliminary Injunction*, 5 MOTION for Protective Order *Notice and Motion for Temporary Restraining Order* by Plaintiff The Freecycle Network, Inc.. (Attachments: # 1)(Milczarek-Desai, Shefali) (Entered: 04/19/2006) |
| 04/19/2006 | 9 | DECLARATION of Declaration of Deron Beal in Support of Motion for Temporary |

| | | |
|---|---|---|
| | | Restraining Order and Motion for Preliminary Injunction re 6 MOTION for Preliminary Injunction *Notice and Motion for Preliminary Injunction*, 5 MOTION for Protective Order *Notice and Motion for Temporary Restraining Order* by Plaintiff The Freecycle Network, Inc.. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8)(Milczarek-Desai, Shefali) (Entered: 04/19/2006) |
| 04/20/2006 | 10 | MOTION for Admission Pro Hac Vice by Sean M Boyle on behalf of The Freecycle Network, Inc.. (BAS, ) (Entered: 04/24/2006) |
| 04/20/2006 | 12 | MOTION for Admission Pro Hac Vice by Esha Bandyopadhyay on behalf of The Freecycle Network, Inc.. (BAS, ) (Entered: 04/24/2006) |
| 04/20/2006 | 14 | MOTION for Admission Pro Hac Vice by Lisa Kobialka on behalf of The Freecycle Network, Inc.. (BAS, ) (Entered: 04/24/2006) |
| 04/24/2006 | 11 | ORDER pursuant to General Order 05-25 granting 10 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS, )(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 04/24/2006) |
| 04/24/2006 | 13 | ORDER pursuant to General Order 05-25 granting 12 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS, )(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 04/24/2006) |
| 04/24/2006 | 15 | ORDER pursuant to General Order 05-25 granting 14 Motion for Admission Pro Hac Vice.Per the Court's Administrative Policies and Procedures Manual, applicant has five (5) days in which to register as a user of the Electronic Filing System. Registration to be accomplished via the court's website at www.azd.uscourts.gov. (BAS, )(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.) (Entered: 04/24/2006) |
| 04/24/2006 | 16 | NOTICE of Appearance by Ashley Lynn Kirk on behalf of all defendants (Kirk, Ashley) (Entered: 04/24/2006) |
| 04/24/2006 | 17 | Minute Entry for proceedings held before Judge Raner C Collins. Motion Hearing held on 4/24/2006 re 5 MOTION for Temporary Restraining Order filed by The Freecycle Network, Inc.. Taken under advisement. Copy of minute entry mailed to counsel in firm of Perkins Cole and Mayor Brown Rowe and Mau this date. (Court Reporter Bonnie Brunotte.) (MEG, ) (Entered: 04/24/2006) |
| 04/25/2006 | 18 | ORDER granting 6 Motion for Preliminary Injunction . Signed by Judge Raner C Collins on 4/24/06. (ARS ) (Entered: 04/25/2006) |
| 04/25/2006 | 19 | Minute Order Preliminary/Permanent Injunction Hearing set for 5/9/2006 03:00 PM before Judge Raner C Collins. (ARS) (Entered: 04/25/2006) |
| 05/02/2006 | 20 | MOTION to Enforce TEMPORARY RESTRAINING ORDER *AND FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH SAME AND SANCTIONS* by The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/02/2006) |
| 05/02/2006 | 21 | MEMORANDUM re: POINTS AND AUTHORITIES IN SUPPORT OF MOTION |

| | | |
|---|---|---|
| | | FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH TEMPORARY RESTRAINING ORDER AND SANCTIONS re [20](javascript:;) MOTION to Enforce TEMPORARY RESTRAINING ORDER *AND FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH SAME AND SANCTIONS* by Plaintiff The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/02/2006) |
| 05/02/2006 | [22](javascript:;) | DECLARATION of ESHA BANDYOPADHYAY IN SUPPORT OF THE FREECYCLE NETWORK, INC'S EX PARTE MOTION FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH TEMPORARY RESTRAINING ORDER AND SANCTIONS re [20](javascript:;) MOTION to Enforce TEMPORARY RESTRAINING ORDER *AND FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH SAME AND SANCTIONS* by Plaintiff The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/02/2006) |
| 05/02/2006 | [23](javascript:;) | Additional Attachments to Main Document re [20](javascript:;) MOTION to Enforce TEMPORARY RESTRAINING ORDER *AND FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH SAME AND SANCTIONS - PROPOSED ORDER* by Plaintiff The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/02/2006) |
| 05/05/2006 | [24](javascript:;) | RESPONSE in Opposition re [6](javascript:;) MOTION for Preliminary Injunction *Notice and Motion for Preliminary Injunction* filed by Tim Oey, Jane Doe Oey. (Kirk, Ashley) (Entered: 05/05/2006) |
| 05/05/2006 | [25](javascript:;) | RESPONSE in Opposition re [6](javascript:;) MOTION for Preliminary Injunction *Notice and Motion for Preliminary Injunction* filed by Tim Oey, Jane Doe Oey. (Attachments: # [1](javascript:;) index# [2](javascript:;) Appendix A# [3](javascript:;) Exhibit 1 part 1 to appendix a# [4](javascript:;) Exhibit 1 part 1 to Appendix A# [5](javascript:;) Exhibit 1 part 3 to Appendix A# [6](javascript:;) Exhibit 1 part 3a to Appendix A# [7](javascript:;) Exhibit 1 part 4 of Appendix A# [8](javascript:;) Exhibit 2 to Appendix A# [9](javascript:;) Exhibit 3 to Appendix A# [10](javascript:;) Exhibit 4 to Appendix A# [11](javascript:;) Appendix B part 1# [12](javascript:;) Appendix B part 2# [13](javascript:;) Appendix C part 1# [14](javascript:;) Appendix C part 2# [15](javascript:;) Appendix C part 3)(Kirk, Ashley) (Entered: 05/05/2006) |
| 05/05/2006 | [26](javascript:;) | MOTION to Change Venue/Transfer Case to Northern District of California by Tim Oey, Jane Doe Oey. (Kirk, Ashley) (Entered: 05/05/2006) |
| 05/05/2006 | [27](javascript:;) | Memorandum in Support of said Motion by Tim Oey, Jane Doe Oey. (Attachments: # [1](javascript:;) # [2](javascript:;) Exhibit 1 part 1# [3](javascript:;) Exhibit 1 part 2# [4](javascript:;) Exhibit 1 part 3# [5](javascript:;) Exhibit 1 part 3a# [6](javascript:;) Exhibit 1 part 4# [7](javascript:;) Exhibit 2# [8](javascript:;) Exhibit 3# [9](javascript:;) Exhibit 4)(Kirk, Ashley) Modified on 5/8/2006; INCORRECT EVENT SELECTED. THIS ENTRY HAS BEEN MODIFIED FROM MOTION TO MEMORANDUM. (REC, ). (Entered: 05/05/2006) |
| 05/08/2006 | [28](javascript:;) | NOTICE TO FILER OF DEFICIENCY re [27](javascript:;) MOTION to Change Venue/Transfer Case to Northern District of California Memorandum in Support of said Motion filed by Tim Oey,, Jane Doe Oey,. Description of deficiency: INCORRECT EVENT USED. (REC, ) (Entered: 05/08/2006) |
| 05/08/2006 | [29](javascript:;) | REPLY to Response to Motion re [6](javascript:;) MOTION for Preliminary Injunction *Notice and Motion for Preliminary Injunction* filed by The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/08/2006) |
| 05/08/2006 | [30](javascript:;) | DECLARATION of Deron Beal in Support of re [29](javascript:;) Reply to Response to Motion *for Preliminary Injunction* by Plaintiffs The Freecycle Network, Inc., The Freecycle |

| | | |
|---|---|---|
| | | Network, Inc. filed by The Freecycle Network, Inc., The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/08/2006) |
| 05/08/2006 | 31 | RESPONSE in Opposition re 20 MOTION to Enforce TEMPORARY RESTRAINING ORDER *AND FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH SAME AND SANCTIONS* filed by Tim Oey, Jane Doe Oey. (Kirk, Ashley) (Entered: 05/08/2006) |
| 05/08/2006 | 32 | DECLARATION re 20 MOTION to Enforce TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH SAME AND SANCTIONS filed by Tim Oey, Jane Doe Oey. (Kirk, Ashley) Modified on 5/9/2006; INCORRECT EVENT USED; THIS ENTRY HAS BEEN MODIFIED FROM AFFIDAVIT TO DECLARATION. (REC, ). (Entered: 05/08/2006) |
| 05/09/2006 | 33 | NOTICE TO FILER OF DEFICIENCY re 32 Affidavit in Opposition to Motion, filed by Tim Oey,, Jane Doe Oey,. Description of deficiency: INCORRECT EVENT USED. (REC, ) (Entered: 05/09/2006) |
| 05/09/2006 | 34 | Minute Entry for proceedings held before Judge Raner C Collins : Motion Hearing held on 5/9/2006 re 20 MOTION to Enforce TEMPORARY RESTRAINING ORDER filed by The Freecycle Network, Inc.,5 MOTION for Protective Order *Notice and Motion for Temporary Restraining Order* filed by The Freecycle Network, Inc.,. Motions are taken UNDER ADVISEMENT. (Court Reporter Bonnie Brunotte.) (MAH, ) (Entered: 05/09/2006) |
| 05/10/2006 | 35 | STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT re 1 Complaint by Tim Oey, Jane Doe Oey. (Kirk, Ashley) (Entered: 05/10/2006) |
| 05/10/2006 | 36 | ORDER Extending Answer due date. Tim Oey answer due 5/17/2006; Jane Doe Oey answer due 5/17/2006. Signed by Judge Raner C Collins on 5/10/06. (ARS) (Entered: 05/10/2006) |
| 05/10/2006 | 37 | Minute Order Set Motion Hearing as to 26 MOTION to Change Venue/Transfer Case to Northern District of California. Motion Hearing set for 6/16/2006 at 11:00AM before Judge Raner C Collins. (ARS) (Entered: 05/10/2006) |
| 05/11/2006 | 38 | TRANSCRIPT DESIGNATION AND ORDER FORM by Tim Oey, Jane Doe Oey for proceedings held on 5/9/06 before Judge Raner C. Collins. (Kirk, Ashley) (Entered: 05/11/2006) |
| 05/11/2006 | 39 | RETURN OF SERVICE of Summons and Complaint served on Defendant Tim Oey on 4/20/2006, filed by The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/11/2006) |
| 05/12/2006 | 40 | ORDER denying 20 Motion to Enforce. IT IS HEREBY ORDERED that the motion for Preliminary Injunction is GRANTED 6 in Freecycle's Favor. Defendant is prohibited from making any comments that could be construed as to disparage upon Freecycle's possible trademark and logo. Additionally, Defendant IS FURTHER ORDERED to remove all postings from the internet and any other public forums that he has previously made that disparage Freecycle's possible trademark and logo. This Order specifically refers to, but is not limited to, the exhibits used by Freecycle in this case. Finally, IT IS ORDERED that Plaintiff The Freecycle Network, Inc.'s Notice of Ex Parte Motion and Ex Parte Motion for Order to Show Cause Against Defendant Tim Oey Regarding Contempt Due to Failure to Comply with Temporary Restraining Order (Docket # 20) is DENIED. However, Defendant is forewarned that if he refused to comply with the |

| | | |
|---|---|---|
| | | terms of this preliminary injunction and continues to publicly disparage Freecylce's trademark rights and logo then he could be found to be held in contempt of court. Signed by Judge Raner C Collins on 5/11/06. (ARS) (Entered: 05/12/2006) |
| 05/17/2006 | 41 | MOTION to Dismiss Case for Lack of Jurisdiction by Tim Oey, Jane Doe Oey. (Kirk, Ashley) (Entered: 05/17/2006) |
| 05/17/2006 | 42 | MEMORANDUM re 41 MOTION to Dismiss Case for Lack of Jurisdiction by Defendants Tim Oey, Jane Doe Oey. (Attachments: # 1 Index# 2 Exhibit A# 3 Exhibit B)(Kirk, Ashley) (Entered: 05/17/2006) |
| 05/18/2006 | 43 | RESPONSE to Motion re 26 MOTION to Change Venue/Transfer Case to Northern District of California *in Opposition* filed by The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/18/2006) |
| 05/18/2006 | 44 | DECLARATION of Deron Beal in Support of The Freecycle Network's Opposition to Defendants' Motion to Stay or Transfer re 43 Response to Motion by Plaintiffs The Freecycle Network, Inc., The Freecycle Network, Inc. filed by The Freecycle Network, Inc., The Freecycle Network, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Bandyopadhyay, Esha) (Entered: 05/18/2006) |
| 05/18/2006 | 45 | DECLARATION of Lisa Kobialka in Support of The Freecycle Network's Opposition to Defendants' Motion to Stay or Transfer re 43 Response to Motion by Plaintiffs The Freecycle Network, Inc., The Freecycle Network, Inc. filed by The Freecycle Network, Inc., The Freecycle Network, Inc.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Bandyopadhyay, Esha) (Entered: 05/18/2006) |
| 05/19/2006 | 47 | TRANSCRIPT of Proceedings held on 5/9/07 before Judge Raner C. Collins. Court Reporter: Bonnie Brunotte. (AMS, ) (Entered: 05/25/2006) |
| 05/22/2006 | 46 | SUMMONS Returned Executed by The Freecycle Network, Inc.. Jane Doe Oey served on 4/20/2006, answer due 5/17/2006. (Bandyopadhyay, Esha) (Entered: 05/22/2006) |
| 05/25/2006 | 48 | REPLY to Response to Motion re 27 MOTION to Change Venue/Transfer Case to Northern District of California *Memorandum in Support of said Motion*, 26 MOTION to Change Venue/Transfer Case to Northern District of California filed by Tim Oey, Jane Doe Oey. (Attachments: # 1 Exhibit Index of Exhibits# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E)(Kirk, Ashley) (Entered: 05/25/2006) |
| 05/25/2006 | 49 | RESPONSE to Motion re 41 MOTION to Dismiss Case for Lack of Jurisdiction *IN OPPOSITION* filed by The Freecycle Network, Inc.. (Bandyopadhyay, Esha) (Entered: 05/25/2006) |
| 05/25/2006 | 50 | DECLARATION of Lisa Kobialka in Support of the Freecycle Network's Opposition to Motion to Dismiss Complaint for Lack of Jurisdiction re 49 Response to Motion by Plaintiffs The Freecycle Network, Inc., The Freecycle Network, Inc. filed by The Freecycle Network, Inc., The Freecycle Network, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit c)(Bandyopadhyay, Esha) (Entered: 05/25/2006) |
| 05/26/2006 | 51 | MOTION for Reconsideration *of Order for Preliminary Injunction* by Tim Oey, Jane Doe Oey. (Kirk, Ashley) (Entered: 05/26/2006) |
| 05/26/2006 | 52 | MEMORANDUM re 51 MOTION for Reconsideration *of Order for Preliminary Injunction* by Defendants Tim Oey, Jane Doe Oey. (Attachments: # 1 Index# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E)(Kirk, Ashley) (Entered: 05/26/2006) |
| | | |

| | | |
|---|---|---|
| 06/01/2006 | 53 | REPLY to Response to Motion re 41 MOTION to Dismiss Case for Lack of Jurisdiction filed by Tim Oey, Jane Doe Oey. (Attachments: # 1 Exhibit Index of Exhibits# 2 Exhibit Exhibit A)(Kirk, Ashley) (Entered: 06/01/2006) |
| 06/05/2006 | 54 | ORDER denying 51 Motion for Reconsideration. After a review of the relevant facts and law as well as Plaintiff's motion, the Court, in its discretion, declines to reconsider the previous ruling. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration (Docket # 51) is DENIED. Signed by Judge Raner C Collins on 6/5/06. (ARS) (Entered: 06/05/2006) |
| 06/06/2006 | 55 | TRANSCRIPT DESIGNATION AND ORDER FORM by The Freecycle Network, Inc. for proceedings held on May 9, 2006 before Judge Raner C. Collins. (Bandyopadhyay, Esha) (Entered: 06/06/2006) |
| 06/15/2006 | 56 | NOTICE OF APPEAL to 9th Circuit, by Tim Oey, Jane Doe Oey. Filing fee $ 455. (Kirk, Ashley) (Entered: 06/15/2006) |
| 06/15/2006 | 57 | Representation Statement by Tim Oey, Jane Doe Oey re 56 Notice of Appeal (Kirk, Ashley) (Entered: 06/15/2006) |
| 06/15/2006 | 58 | Appeal Document by Tim Oey, Jane Doe Oey re 56 Notice of Appeal *[docketing statement]* (Kirk, Ashley) (Entered: 06/15/2006) |
| 06/15/2006 | 59 | MOTION to Stay order for preliminary injunction by Tim Oey, Jane Doe Oey. (Kirk, Ashley) (Entered: 06/15/2006) |
| 06/15/2006 | 60 | MEMORANDUM re 59 MOTION to Stay order for preliminary injunction by Defendants Tim Oey, Jane Doe Oey. (Attachments: # 1 index# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)(Kirk, Ashley) (Entered: 06/15/2006) |
| 06/16/2006 | 61 | Minute Entry for proceedings held before Judge Raner C Collins.Motion Hearing held on 6/16/2006 re 26 MOTION to Change Venue/Transfer Case to Northern District of California filed by Tim Oey and Jane Doe Oey which is taken under advisement. PRESENT: Lisa Kobialka and Shefali Milczarek-Desai for Plaintiffs and Ashley Kirk for defendants. THIS IS A TEXT ONLY MINUTE ENTRY, NO.PDF DOCUMENT ASSOCIATED WITH THIS ENTRY (Court Reporter Bonnie Brunotte.) (MEG, ) (Entered: 06/16/2006) |
| 06/16/2006 | | ORAL ORDER taking under advisement 26 Motion to Change Venue/Transfer Case in text only minute entry #61 on 6/16/2006. (MEG, ) (Entered: 06/16/2006) |
| 06/16/2006 | 65 | USCA Appeal Fees received $ 455 receipt number TUC006183 re 56 Notice of Appeal filed by Tim Oey,, Jane Doe Oey, (MES, ) (Entered: 06/23/2006) |
| 06/19/2006 | 63 | ORDER denying 59 Motion to Stay . Signed by Judge Raner C Collins on 6/19/06. (ARS) (Entered: 06/19/2006) |
| 06/20/2006 | 64 | ORDER granting in part and denying in part 26 Motion to Change Venue/Transfer Case. To avoid the distinct possibility that one court could find that The Freecycle Network does in fact have trademark rights protectable by the law while the other does not, a stay seems appropriate in this case. Because the California suit was filed before this suit and using the principles involved under the "first to file" rule this case is stayed pending the resolution of the California case. IT IS HEREBY ORDERED THAT this case is STAYED pending the resolution of the case of FreecycleSunnyvale v. The Freecycle Network in the Northern District of California. Defendants' Motion to Stay or Transfer (Docket # 26) is thus GRANTED IN PART and DENIED IN PART. Signed by Judge Raner C Collins on 6/20/06. (ARS) (Entered: 06/20/2006) |

| | | |
|---|---|---|
| 06/27/2006 | 66 | Notice of Appeal Notification Form; Notice of Appeal and copy of docket sheet transmitted to Ninth Circuit and all parties re 56 Notice of Appeal (JKM, ) Modified on 6/27/2006 /THE COUNSEL IS RETAINED NOT CJA PER DOCKET CLERK-CORRECTED ON COPY SUBMITTED TO 9TH CIRCUIT COURT OF APPEALS) (JKM, ). (Entered: 06/27/2006) |
| 06/28/2006 | 67 | TRANSCRIPT DESIGNATION AND ORDER FORM by Tim Oey, Jane Doe Oey for proceedings held on 4/24/06; 5/9/06; 6/16/06 before Judge Collins. (Kirk, Ashley) (Entered: 06/28/2006) |
| 07/10/2006 | 68 | CERTIFICATE OF RECORD TRANSMITTED TO 9TH CIRCUIT COURT OF APPEALS re 56 Notice of Appeal (MES, ) (Entered: 07/10/2006) |
| 07/17/2006 | 69 | TRANSCRIPT filed for hearing on Motion to Change Venue for dates of 6/16/06 before Judge Raner C. Collins. Court Reporter: Bonnie Brunotte. Re 56 Notice of Appeal (AMS, ) (Entered: 07/18/2006) |
| 07/17/2006 | 70 | TRANSCRIPT filed for hearing on Motions Hearing for dates of 4/24/06 before Judge Raner C. Collins. Court Reporter: Bonnie Brunotte. Re 56 Notice of Appeal (AMS, ) (Entered: 07/18/2006) |
| 07/19/2006 | 71 | TRANSCRIPT DESIGNATION AND ORDER FORM by The Freecycle Network, Inc. for proceedings held on 4-24-2006 and 6-16-2006 before Judge The Honorable Raner C. Collins. (Bandyopadhyay, Esha) (Entered: 07/19/2006) |
| 07/20/2006 | 72 | ORDER of 9th Circuit, appeal case number 06-16219, This is a preliminary injunction appeal. Appellants' motion for stay pending appeal is granted. The opening brief has been filed. The answering brief is due 8/10/06 or within 28 days of service of the openining brief, whichever is earlier; and the optional reply brief is due within 14 days of service of the answering brief. Appellants' request for judicial notice and request for oral argument are referred to the panel assigned to hear the merits of this appeal.(JKM, ) (Entered: 07/25/2006) |
| 08/18/2006 | 73 | CERTIFICATE OF RECORD TRANSMITTED TO 9TH CIRCUIT COURT OF APPEALS re 56 Notice of Appeal (TAD, ) (Entered: 08/18/2006) |
| 04/17/2007 | 74 | NOTICE of Appearance by Stephen Brent Mosier on behalf of all defendants (Mosier, Stephen) (Entered: 04/17/2007) |
| 07/10/2007 | 75 | MOTION to Withdraw as Attorney by Jane Doe Oey. (Kirk, Ashley) (Entered: 07/10/2007) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 11/08/2007 17:13:51 | | |
| PACER Login: | pc0208 | Client Code: |
| Description: | Docket Report | Search Criteria: | 4:06-cv-00173-RCC |
| Billable Pages: | 6 | Cost: | 0.48 |