# EXHIBIT 4

Dockets.Justia.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION


FREECYCLESUNNYVALE, a
California unincorporated
association,

     Plaintiff,

  vs.                  No.  C 06-00324 CS

THE FREECYCLE NETWORK, INC., an
Arizona corporation,

     Defendant.

_____

And Related Counterclaims.
_____



DEPOSITION OF LISANNE ABRAHAM

Menlo Park, California

Friday, August 10, 2007




Reported by:
Stacey M. Garibaldi, CSR
CSR No. 11925

Job No. 3-70858

1 called FreecycleSunnyvale that you started was

2 terminated by Yahoo?

3 A    Yes.

4 Q    And to the best of your knowledge, how did Yahoo

5 shutting down the group called FreecycleSunnyvale -- I'm

6 going to quote the language here -- "render

7 FreecycleSunnyvale unable to assist freecyclers in

8 freecycling items"?

9 A    The group was set up to help freecycle and the

10 group no longer existed.  So they were unable to use the

11 group.

12 Q    I believe -- correct me if I'm wrong -- you

13 previously stated that Tim Oey started a group called

14 sunnyvalefree one week after Yahoo shut down

15 FreecycleSunnyvale?

16 A    I didn't say one week.  I said maybe a week.

17 Q    So approximately a week?

18 A    Approximately a week.

19 Q    To the best of your knowledge, was sunnyvalefree

20 started as a substitute group for FreecycleSunnyvale?

21 A    Substitute, replacement?

22 Q    Yes.  Was it set up to serve the purpose in the

23 same area?

24 A    Yes.

25 Q    And the group that Tim Oey started called

Page 38

1    email to all of these former members informing them

2    about the new group?

3    A    Yes.

4    Q    Do you know how many members the group called

5    FreecycleSunnyvale that you started had before it was

6    shut down?

7    A    I don't remember.  But it was hundreds.

8    Q    Do you know how many members of the Yahoo group

9    called sunnyvalefree has today?

10   A    I'm not sure.  I think maybe 200.  I don't know.

11            MR. CORGILL:  Again, objection.  There is --

12   the best of this is go to the publicly available online

13   group itself.  And I believe it lists the number of

14   members on the web page.

15   Q    BY MR. GLYNN:  You previously stated that there

16   were a number of harms caused to the California

17   unincorporated association, FreecycleSunnyvale, by Yahoo

18   shutting off the group known as FreecycleSunnyvale.  You

19   said there was a lot of time involved.  There was

20   stress.  Tim had to figure out how to contact the former

21   members.

22            Was there anything else that you would like to

23   answer, any other harm that was suffered?

24   A    Attrition.

25   Q    By that, you mean there were members who did not

1 A    Yes.

2          MR. CORGILL:  Thank you.

3          THE REPORTER:  Would you like a copy?

4          MR. CORGILL:  Yes.

5          (WHEREUPON, the deposition of LISANNE ABRAHAM

6          was concluded at 4:10 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                     Penalty of Perjury

2

3

4

5

6

7

8

9

10     I, LISANNE ABRAHAM, do hereby declare under penalty of

11  perjury that I have read the foregoing transcript; that I

12  have made any corrections as appear noted, in ink,

13  initialed by me, or attached hereto; that my testimony as

14  contained herein, as corrected, is true and correct.

15     EXECUTED this _____ day of _____, 20____,

16  at _____, _____.
          (city)                 (state)

17

18

19

20

21         _____
                 LISANNE ABRAHAM
22

23

24

25