# EXHIBIT 5

Dockets.Justia.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREECYCLESUNNYVALE, a
California unincorporated
association,

    Plaintiff,

vs.                                C06-00324 CW

THE FREECYCLE NETWORK, an
Arizona Corporation,

    Defendant.

---

DEPOSITION OF TIMOTHY OEY

Menlo Park, California

Friday, August 17, 2007

Reported by:
DARCY J. BROKAW
RPR, CRR, CLR, CSR No. 12584

Job No. 3-71394

```
02:40   1  when they were participating, and then they dropped
        2  out.
        3  BY MS. KOBIALKA:
        4      Q   Fair enough.  I understand.
02:40   5          Today, within FreecycleSunnyvale, is there
        6  any kind of leadership positions?
        7      A   Yes.
        8      Q   What are those positions?
        9      A   Co-owner.
02:40  10      Q   Any others?
       11      A   No, I don't believe so.
       12      Q   And are there people that have joined
       13  Sunnyvalefree as members?
       14      A   As members of Sunnyvalefree e-mail list,
02:41  15  there are others who have joined that list.
       16      Q   Today, how many are there?
       17      A   As of today, I think it's a little more
       18  than 800, as best as I can recall.
       19      Q   At the time the lawsuit was filed, were
02:41  20  there other individuals who were affiliated with
       21  FreecycleSunnyvale who were not co-owners?
       22      A   Yes.
       23      Q   What would you classify those individuals
       24  as, if anything?
02:42  25      A   They were members of the e-mail list
```

Page 146

```
02:42   1  Sunnyvalefree.
        2      Q    How many members of the e-mail list
        3  Sunnyvalefree were there at the time the lawsuit was
        4  filed?
02:42   5      A    That is harder to remember.  I don't
        6  recall exactly.  There may be a document in evidence
        7  that reflects this.
        8      Q    Can you ballpark it roughly?
        9      A    Ballpark, a couple hundred probably, but
02:42  10  give or take a hundred.
       11           MS. KOBIALKA:  We can go off the record
       12  briefly.
       13                  (Discussion off the record.)
       14  BY MS. KOBIALKA:
02:43  15      Q    I'd like to show you what we've marked as
       16  Exhibit 17.  It's entitled:  "Declaration of Tim
       17  Oey, in Support of FreecycleSunnyvale's Motion for
       18  Summary Adjudication," dated July 1st, 2007.
       19           MR. CORGILL:  Thank you.
02:44  20  BY MS. KOBIALKA:
       21      Q    Let me know when you've had a chance to
       22  look over this document.
       23           MR. CORGILL:  Can we go off the record.
       24                  (Discussion off the record.)
       25
```

1
2
3
4
5
6
7
8
9     I, TIMOTHY OEY, do hereby declare under penalty of
10 perjury that I have read the foregoing transcript that I
11 have made corrections as appear noted, in ink, initiated by
12 me; that my testimony as contained herein, as corrected, is
13 true and correct.
14         EXECUTED this _____ of
15 _____ 2007, at
16 _____,_____
17          City                State.
18
19         _____
20              TIMOTHY OEY
21
22
23
24
25

1          I, the undersigned, a Certified Shorthand Reporter
2 of the State of California, do hereby certify:
3          That the foregoing proceedings were taken before
4 me at the time and place herein set forth; that any
5 witnesses in the foregoing proceedings, prior to testifying,
6 were duly sworn; that a record of the proceedings was made
7 by me using machine shorthand, which was thereafter
8 transcribed under my direction; further, that the foregoing
9 is a true record of the testimony given.
10         Further, that if the foregoing pertains to the
11 original transcript of a deposition in a Federal Case,
12 before completion of the proceedings, review of the
13 transcript [ X ] was [  ] was not requested.
14         I further certify I am neither financially
15 interested in the action nor a relative or employee of any
16 attorney or party to this action.
17         IN WITNESS WHEREOF, I have this date subscribed my
18 name.
19 Dated: _____
20
21         _____
22         DARCY J. BROKAW
           CSR No. 12584
23
24
25