# EXHIBIT 6

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FREECYCLESUNNYVALE, a
California unincorporated
association,

    Plaintiff,

  vs.                            No.  C 06-00324 CS

THE FREECYCLE NETWORK, INC., an
Arizona corporation,

    Defendant.

_____
And Related Counterclaims.
_____

DEPOSITION OF JASON WONG

Menlo Park, California

Thursday, August 9, 2007

Reported by:
Stacey M. Garibaldi, CSR
CSR No. 11925

Job. No. 3-70857

Page 30

1 FreecycleSunnyvale unable to assist freecyclers in
2 freecycling items.  FreecycleSunnyvale, therefore,
3 suffered a harm as a direct and approximate result of
4 The Freecycle Network's false assertions that
5 FreecycleSunnyvale's use of the word 'freecycle' and/or
6 the graphic logo, The Freecycle Network, had licensed to
7 FreecycleSunnyvale for noncommercial use infringed The
8 Freecycle Network's trademark rights in that term and/or
9 that logo."
10          For how long was FreecycleSunnyvale shut down
11 before sunnyvalefree was started up?
12 A    I'm not sure.
13 Q    Do you have a rough estimate?  Was it a week, a
14 month, a year?
15          MR. CORGILL:  If you don't know, just say you
16 don't know.  But answer his question and give him a
17 rough estimate.
18          THE WITNESS:  I would guess -- this is only a
19 guess -- maybe about six months -- maybe several months.
20 Q    BY MR. GLYNN:  So you are not sure, but you would
21 estimate, to the best of your knowledge, sitting here
22 today, that several months passed between the time that
23 FreecycleSunnyvale and sunnyvalefree started up?
24 A    Right.
25 Q    And sunnyvalefree presently is able to assist --

1  Penalty of Perjury

2

3

4

5

6

7

8

9

10     I, JASON WONG, do hereby declare under penalty of
11 perjury that I have read the foregoing transcript; that I
12 have made any corrections as appear noted, in ink,
13 initialed by me, or attached hereto; that my testimony as
14 contained herein, as corrected, is true and correct.
15     EXECUTED this _____ day of _____, 20____,
16 at _____, _____.
         (city)            (state)
17

18

19

20

21     _____
       JASON WONG
22

23

24

25

1    I, STACEY M. GARIBALDI, C.S.R. #11925, a Certified
2 Shorthand Reporter in and for the State of California, do
3 hereby certify:
4    That prior to being examined, the witness named in
5 the foregoing deposition was by me duly sworn to testify
6 the truth, the whole truth, and nothing but the truth.
7    That said deposition was taken before me at the time
8 and place set forth and was taken down by me in shorthand
9 and thereafter reduced to computerized transcription
10 under my direction and supervision, and I hereby certify
11 the foregoing deposition is a full, true and correct
12 transcript of my shorthand notes so taken.
13    I further certify that I am neither counsel for nor
14 related to any party to said action nor in anywise
15 interested in the outcome thereof.
16    IN WITNESS WHEREOF, I have hereunto subscribed
17 my name this _____ day of _____, 2007.
18
19                        _____
                         Stacey M. Garibaldi
20                       Certified Shorthand Reporter
                         No. 11925
21
22
23
24
25