IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | No. C 06-00324 CW |
|       Plaintiff/Counterclaim Defendant, | |
|    v. | SCHEDULING ORDER |
| THE FREECYCLE NETWORK, INC., an Arizona corporation, | |
|       Defendant/Counterclaimant. | |
| _____/ | |

The further case management conference currently scheduled for February 28, 2008 at 2:00 PM shall be held on March 13, 2008 at 2:00 PM.

IT IS SO ORDERED.


Dated: 1/22/08

_____
CLAUDIA WILKEN
United States District Judge