```
 1  PAUL J. ANDRE, Bar No. 196585
    (pandre@kslaw.com)
 2  LISA KOBIALKA, Bar No. 191404
    (lkobialka@kslaw.com)
 3  SEAN M. BOYLE, Bar No. 238128
    (sboyle@kslaw.com)
 4  KING & SPALDING
    1000 Bridge Parkway, Suite 100
 5  Redwood City, CA 94065

 6  ESHA BANDYOPADHYAY, Bar. No. 212249
    (ebandyopadhyay@perkinscoie.com)
 7  PERKINS COIE LLP
    101 Jefferson Drive
 8  Menlo Park, CA 94025
    Telephone:   (650) 838-4300
 9  Facsimile:   (650) 838-4350

10  Attorneys for Defendant
    The Freecycle Network, Inc.
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Defendant. | CASE NO. C 06-00324 CW<br><br>**NOTICE OF CHANGE OF ADDRESS OF COUNSEL FOR DEFENDANT THE FREECYCLE NETWORK, INC.** |

Defendant The Freecycle Network, Inc. ("Freecycle") hereby notified the Court that its attorneys of record Paul Andre, Lisa Kobialka, and Sean Boyle, are no longer associated with the law firm Perkins Coie LLP  Their new contact information is as follows:

CASE NO. C 06-00324 CW

Dockets.Justia.com

| Counsel | Prior Contact Information | New Contact Information |
|---|---|---|
| Lisa Kobialka | Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, CA 94025<br>650-838-4300<br>650-838-4350 (Fax)<br>lkobialka@perksinscoie.com | King & Spalding<br>1000 Bridge Parkway, Suite 100<br>Redwood City, CA 94065<br>650-590-0700<br>650-590-1900 (Fax)<br>lkobialka@kslaw.com |
| Paul Andre | Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, CA 94025<br>650-838-4300<br>650-838-4350 (Fax)<br>pandre@perksinscoie.com | King & Spalding<br>1000 Bridge Parkway, Suite 100<br>Redwood City, CA 94065<br>650-590-0700<br>650-590-1900 (Fax)<br>pandre@kslaw.com |
| Sean Boyle | Perkins Coie LLP<br>101 Jefferson Drive<br>Menlo Park, CA 94025<br>650-838-4300<br>650-838-4350 (Fax)<br>sboyle@perksinscoie.com | King & Spalding<br>1000 Bridge Parkway, Suite 100<br>Redwood City, CA 94065<br>650-590-0700<br>650-590-1900 (Fax)<br>sboyle@kslaw.com |

DATED: February 22, 2008　　　　　　　　　　　KING & SPALDING

　　　　　　　　　　　　　　　　　　　By _____/s/_____
　　　　　　　　　　　　　　　　　　　　Paul Andre
　　　　　　　　　　　　　　　　　　　　Lisa Kobialka
　　　　　　　　　　　　　　　　　　　　Sean Boyle
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　The Freecycle Network, Inc.

# CERTIFICATE OF SERVICE

I, Andrea Ayala-Robles, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to the within action. My business address is King & Spalding, 1000 Bridge Parkway, Suite 100, Redwood City, CA 94065. I am personally familiar with the business practice of King & Spalding. On February 22, 2008, I served the following document:

**NOTICE OF CHANGE OF LAW FIRM**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

Ian N. Feinberg
Eric B. Evans
Dennis S. Corgill
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112

\_\_\_\_\_ (By Overnight Courier) I caused each envelope, with postage fully prepaid, to be sent by _____.

__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

\_\_\_\_\_ (By Hand) I delivered the envelope by hand to the office listed above.

\_\_\_\_\_ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

\_\_\_\_\_ (By E-Mail) I caused all documents to be sent by Automatic E-Mail to the individuals indicated above

I declare under penalty of perjury that the above is true and correct and that this declaration was executed at Redwood City, California.

DATED: February 22, 2008

Andrea Elaine Ayala-Robles