| | |
|---|---|
| 1 | Ian N. Feinberg (SBN 88324) |
| | ifeinberg@mayerbrown.com |
| 2 | Eric B. Evans (SBN 232476) |
| | eevans@mayerbrown.com |
| 3 | MAYER BROWN LLP |
| | Two Palo Alto Square, Suite 300 |
| 4 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2112 |
| 5 | Telephone: (650) 331-2000 |
| | Facsimile: (650) 331-2060 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | FREECYCLESUNNYVALE |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association, | CASE NO. C06-00324 CW |
| Plaintiff, | |
| v. | **[PROPOSED] STIPULATED FINAL JUDGMENT** |
| THE FREECYCLE NETWORK, an Arizona corporation, | |
| Defendant. | |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation, | |
| Counterclaimant, | |
| v. | |
| FREECYCLESUNNYVALE, a California unincorporated association, | |
| Counterdefendant. | |

Plaintiff FreecycleSunnyvale ("Sunnyvale") and Defendant The Freecycle Network, Inc., stipulate and agree that judgment be entered as follows:

(1) Final judgment is entered in Sunnyvale's favor on:

    a. Sunnyvale's First Claim for Relief for Declaratory Judgment of Non-Infringement of Trademarks under 15 U.S.C. § 1051 *et seq.*;

    b. The Freecycle Network's Counterclaim for Trademark Infringement under the Lanham Act, 15 U.S.C. § 1125(a);

    c. The Freecycle Network's Counterclaim for Unfair Competition under the Lanham Act, 15 U.S.C. § 1125(a)

for the reasons set forth in the Order Granting in Part Plaintiff's Motion for Summary Judgment and Denying It in Part and Granting Defendant's Motion to Strike ("Order"). Dkt. no. 141.

(2) Sunnyvale's Second Claim for Relief for Tortious Interference with Business Relations is dismissed with prejudice.

(3) The Freecycle Network's Counterclaim for Unfair Competition under the California Business and Professions Code, Cal. Bus. & Prof. Code §§ 17200 and 17500, is dismissed with prejudice

(4) Each side shall bear its costs and fees of suit and neither side shall be considered a prevailing party for purposes of Fed. R. Civ. P. 54(d)(1).

///

///

///

The purpose of this judgment is to allow The Freecycle Network to appeal this judgment to the U.S. Court of Appeals for the Ninth Circuit. For the avoidance of doubt, neither side shall seek to appeal from the stipulated dismissal of claims described in (2) & (3) above.

Dated: May 15, 2008

MAYER BROWN LLP
IAN N. FEINBERG
ERIC B. EVANS
BY: /s/ Ian N. Feinberg
    Ian N. Feinberg

Attorneys for Plaintiff
FREECYCLESUNNYVALE

Dated: May 15, 2008

KING & SPALDING LLP
LISA KOBIALKA

By: /s/ Lisa Kobialka
    Lisa Kobialka

Attorneys for Defendant
THE FREECYCLE NETWORK, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

For the reasons set forth in this Court's Order of March 13, 2008, Docket no. 141, and upon stipulation of the parties,

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: _____

Hon. Claudia Wilken
U.S. District Judge