Ian N. Feinberg (SBN 88324)
ifeinberg@mayerbrown.com
Eric B. Evans (SBN 232476)
eevans@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

Attorneys for Plaintiff
FREECYCLESUNNYVALE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, an Arizona corporation,<br><br>Defendant. | CASE NO. C06-00324 CW<br><br>[PROPOSED] STIPULATED FINAL JUDGMENT |
| THE FREECYCLE NETWORK, INC., an Arizona Corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYCLESUNNYVALE, a California unincorporated association,<br><br>Counterdefendant. | |

Plaintiff FreecycleSunnyvale ("Sunnyvale") and Defendant The Freecycle Network, Inc., stipulate and agree that judgment be entered as follows:

(1) Final judgment is entered in Sunnyvale's favor on:

    a. Sunnyvale's First Claim for Relief for Declaratory Judgment of Non-Infringement of Trademarks under 15 U.S.C. § 1051 *et seq.*;

    b. The Freecycle Network's Counterclaim for Trademark Infringement under the Lanham Act, 15 U.S.C. § 1125(a);

    c. The Freecycle Network's Counterclaim for Unfair Competition under the Lanham Act, 15 U.S.C. § 1125(a)

for the reasons set forth in the Order Granting in Part Plaintiff's Motion for Summary Judgment and Denying It in Part and Granting Defendant's Motion to Strike ("Order"). Dkt. no. 141.

(2) Sunnyvale's Second Claim for Relief for Tortious Interference with Business Relations is dismissed with prejudice.

(3) The Freecycle Network's Counterclaim for Unfair Competition under the California Business and Professions Code, Cal. Bus. & Prof. Code §§ 17200 and 17500, is dismissed with prejudice

(4) Each side shall bear its costs and fees of suit and neither side shall be considered a prevailing party for purposes of Fed. R. Civ. P. 54(d)(1).

///

///

///

The purpose of this judgment is to allow The Freecycle Network to appeal this judgment to the U.S. Court of Appeals for the Ninth Circuit. For the avoidance of doubt, neither side shall seek to appeal from the stipulated dismissal of claims described in (2) & (3) above.

Dated: May 15, 2008

MAYER BROWN LLP
IAN N. FEINBERG
ERIC B. EVANS
BY: /s/ Ian N. Feinberg
Ian N. Feinberg

Attorneys for Plaintiff
FREECYCLESUNNYVALE

Dated: May 15, 2008

KING & SPALDING LLP
LISA KOBIALKA

By: /s/ Lisa Kobialka
Lisa Kobialka

Attorneys for Defendant
THE FREECYCLE NETWORK, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

For the reasons set forth in this Court's Order of March 13, 2008, Docket no. 141, and upon stipulation of the parties,

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: 5/20/08

Hon. Claudia Wilken
U.S. District Judge

2

[PROPOSED] STIPULATED FINAL JUDGMENT
CASE NO. C06-00324 CW