AO 120 (Rev. 2/99)

| TO: United States Patent and Trademark Office<br>Customer Service Window, Randolph Building<br>401 Dulany Street<br>Alexandria, VA 22314 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Northern District of CA** on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>CV 06-00324 CW | DATE FILED<br>1/18/06 | U.S. DISTRICT COURT<br>Northern District of California, 1301 Clay St., #400-S, Oakland, CA 94612 |
|---|---|---|
| PLAINTIFF<br>FreecycleSunnyvale | | DEFENDANT<br>The Freecycle Network |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See attached stipulated final judgment filed 5/20/08. |

| CLERK<br>Richard W. Wieking | (BY) DEPUTY CLERK<br>Clara Pierce | DATE<br>5/20/08 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner     Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner     Copy 4—Case file copy