UNITED STATES DISTRICT COURT

FOR THE __Northern__ DISTRICT OF __California__

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____    U.S. District Court Case No. __4:06-cv-00324-CW__

Short Case Title __FreecycleSunnyvale v. The Freecycle Network__

Date Notice of Appeal Filed by Clerk of District Court __June 3, 2008__

---

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 09-27-2007 | Lee-Ann Shortridge | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| | | Other (please specify) __Motion Hearing__ |

**FILED**
JUN 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

(attach additional page for designations if necessary)

{ }  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

{X}  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( )  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __June 10, 2008__

Estimated date for completion of transcript _____

Signature of Attorney _____   Phone Number __(650) 590-0700__

Address: __1000 Bridge Parkway, Suite 100, Redwood Shores, CA 94065__

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals of the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U. S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

CA9-039 (10/1/82)    ☆ U.S. GOVERNMENT PRINTING OFFICE: 1996—786-665/59128

# CERTIFICATE OF SERVICE

I, Andrea Elaine Ayala-Robles, declare:

I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and am not a party to the within action. My business address is King & Spalding, 1000 Bridge Parkway, Suite 100, Redwood City, CA 94065. I am personally familiar with the business practice of King & Spalding. On June 13, 2008, I served the following document:

1) **Transcript Designation and Ordering Form**

by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties:

| Ian N. Feinberg | Eric Evans |
|---|---|
| Mayer Brown LLP | Mayer Brown LLP |
| Two Palo Alto Square, Suite 300 | Two Palo Alto Square, Suite 300 |
| 3000 El Camino Real | 3000 El Camino Real |
| Palo Alto, CA 94306-2112 | Palo Alto, CA 94306-2112 |
| 650-331-2000 | 650-331-2000 |
| Fax: 650 331-2060 | Fax: 650 331-2060 |
| Email: ifeinberg@mayerbrown.com | Email: eevans@mayerbrownrowe.com |
| *Attorney for FreecycleSunnyvale* | *Attorney for FreecycleSunnyvale* |

\_\_\_\_\_ (By Overnight Courier) I caused each envelope, with postage fully prepaid, to be sent by _____.

__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of King & Spalding.

\_\_\_\_\_ (By Hand) I caused each envelope to be delivered by hand to the offices listed above.

\_\_\_\_\_ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

\_\_\_\_\_ (By E-Mail) I caused all documents to be sent by Automatic E-Mail to the individuals indicated above

I declare under penalty of perjury that the above is true and correct and that this declaration was executed at Redwood City, California.

DATED: June 13, 2008

Andrea Elaine Ayala-Robles