**RECEIVED**

JUN 16 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

June 4, 2008

08-16382

## CASE INFORMATION:
Short Case Title: <u>FREECYCLE SUNNYVALE</u>-v- <u>THE FREECYCLE NETWORK</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>NO, CA, Oakland; Claudia Wilken</u>
Criminal and/or Civil Case No.: <u>CV 06-00324 CW</u>
Date Complaint/Indictment/Petition Filed: <u>1/18/2006</u>
Date Appealed order/judgment *entered* <u>03/13/2008</u>
Date NOA *filed* <u>6/3/2008</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):   ☐ granted in full (attach order)       ☐ denied in full (send record)
                          ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number: <u>Raynee Mercado, Lee-Ann Shortridge</u>

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>6/3/2008</u>                    Date Docket Fee Billed:
Date FP granted:                                         Date FP denied:
Is FP pending? ☐ yes ☐ no                                Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                                       Appellee Counsel:

***See attached***

☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other     *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                                          9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Clara Pierce</u>
                              510-637-3535

C-06-324-CW Freecyclesunnyvale-v-The Freecycle Network Inc.

## Appellate Counsel:

Lisa Kobialka
Paul J. Andre
Sean M. Boyle
King & Spalding
1000 Bridge Parkway, Suite 100
Redwood City, CA 94065
650-590-0720

**Esha Bandyopadhyay**
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025
650- 838-4300

## Appellee Counsel:

**Ian N. Feinberg**
**Dennis S Corgill**
**Eric Evans**
Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
650-331-2000