| | |
|---|---|
| 1 | Brian P. Hennessy, Bar No. 226721 |
|   | BHennessy@perkinscoie.com |
| 2 | PERKINS COIE LLP |
|   | 101 Jefferson Drive |
| 3 | Menlo Park, CA 94025-1114 |
|   | Telephone: 650.838.4300 |
| 4 | Facsimile: 650.838.4350 |
| 5 | Attorneys for Defendant and Counterclaimant |
|   | The Freestyle Network, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,, | | Case No. C 06-00324 CW |
| | Plaintiff, | **DEFENDANT AND COUNTERCLAIMANT'S NOTICE OF MOTION AND MOTION TO WITHDRAW PERKINS COIE LLP AND ITS COUNSEL AS COUNSEL OF RECORD FOR THE FREECYCLE NETWORK, INC.** |
| v. | | |
| THE FREECYCLE NETWORK, INC., an Arizona corporation, | | |
| | Defendant. | Judge: Honorable Claudia Wilken |
| THE FREECYCLE NETWORK, INC., an Arizona corporation, | | |
| | Counterclaimant, | |
| v. | | |
| FREECYCLESUNNYVALE, a California unincorporated association,, | | |
| | Counterdefendant. | |

60383-0001/LEGAL 14653368                      -1-                        CASE NO. C 06-00324 CW
DEFENDANT AND COUNTERCLAIMANT'S NOTICE OF MOTION AND MOTION TO WITHDRAW
PERKINS COIE LLP AND ITS COUNSEL AS COUNSEL OF RECORD FOR THE FREECYCLE NETWORK, INC.

| | |
|---|---|
| 1 | |
| 2 | TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD: |
| 3 | PLEASE TAKE NOTICE that Defendant and Counterclaimant The Freecycle Network, Inc. ("Defendant") hereby moves this Court for an Order withdrawing Perkins Coie Brown & Bain LLP and all of its counsel, including the undersigned Brian Hennessy, as its counsel of record. |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant and Counterclaimant The Freecycle Network, Inc. ("Defendant") hereby moves this Court for an Order withdrawing Perkins Coie Brown & Bain LLP and all of its counsel, including the undersigned Brian Hennessy, as its counsel of record.

This motion is based on the following facts: Paul J. Andre and Lisa Kobialka, who were previously partners at Perkins Coie LLP have since left the firm and are now partners at King & Spalding LLP. Defendant has elected to have King & Spalding LLP handle the representation in this matter. Esha Bandyopadhyay, the remaining attorney of record for Defendant on behalf of Perkins Coie LLP is no longer with the firm. As such, Defendant moves this Court for an order withdrawing Perkins Coie LLP and all of its counsel, including the undersigned Brian Hennessy, as attorneys of record for Defendant.

DATED: September 10, 2008  **PERKINS COIE LLP**

By: */s/ Brian P. Hennessy*
    Brian P. Hennessy
    BHennessy@perkinscoie.com

Attorneys for Defendant and Counterclaimant
The Freestyle Network, Inc.