UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,,<br><br>Plaintiff,<br><br>v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Defendant. | Case No. C 06-00324 CW<br><br>**ORDER GRANTING DEFENDANT AND COUNTERCLAIMANT'S MOTION TO WITHDRAW PERKINS COIE LLP AND ITS COUNSEL AS COUNSEL OF RECORD FOR THE FREECYCLE NETWORK, INC.**<br><br>Judge: Honorable Claudia Wilken |
| THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>Counterclaimant,<br><br>v.<br><br>FREECYCLESUNNYVALE, a California unincorporated association,,<br><br>Counterdefendant. | |

1     Having reviewed Defendant and Counterclaimant's Notice of Motion and Motion to
2 Withdraw Perkins Coie Brown & Bain LLP and its Counsel as Counsel of Record for The Freecycle
3 Network, Inc., and good cause appearing, the Court orders that the motion is hereby GRANTED, and
4 Perkins Coie Brown & Bain LLP and all of its counsel, including the undersigned Brian Hennessy,
5 are withdrawn as attorneys of record for Defendant and Counterclaimant The Freecycle Network,
6 Inc. effective September 10, 2008.

7     **IT IS SO ORDERED.**

8     9/17/08

9 Dated: _____

10                                   HONORABLE CLAUDIA WILKEN
                                     UNITED STATES DISTRICT COURT JUDGE