PAUL J. ANDRE, Bar No. 196585
(pandre@kslaw.com)
LISA KOBIALKA, Bar No. 191404
(lkobialka@kslaw.com)
SEAN M. BOYLE, Bar No. 238128
(sboyle@kslaw.com)
KING & SPALDING LLP
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

Attorneys for Defendant and Counterclaimant
The Freecycle Network, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| FREECYCLESUNNYVALE, a California unincorporated association,<br><br>  Plaintiff,<br><br>  v.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation,<br><br>  Defendant.<br><br>THE FREECYCLE NETWORK, INC., an Arizona corporation<br><br>  Counterclaimant,<br><br>  v.<br><br>FREECYCLESUNNYVALE., a California unincorporated association,<br><br>  Counterdefendant. | CASE NO. C 06-00324 CW<br><br>**NOTICE OF CHANGE OF ADDRESS FOR DEFENDANT AND COUNTERCLAIMANT THE FREECYCLE NETWORK, INC.** |

NOTICE IS HEREBY GIVEN that effective immediately, the street address and contact information for Paul Andre, Lisa Kobialka and Sean Boyle of King & Spalding LLP, counsel for Defendant Freecycle Network, Inc. has changed to the following:

Paul Andre (CA Bar No. 196585)
Lisa Kobialka (CA Bar No. 191404)
Sean Boyle (CA Bar No. 238128
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, CA 94065

The e-mail addresses, telephone and facsimile numbers remain the same.

DATED: November 7, 2008              KING & SPALDING LLP

                                     By /s/ Paul Andre
                                     Paul Andre
                                     Lisa Kobialka
                                     Sean Boyle
                                     Attorneys for Defendant and Counterclaimant
                                     THE FREECYCLE NETWORK, INC.

NOTICE OF CHANGE OF LAW FIRM                       CASE NO. C 06-00324 CW

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I, Valerie Jones, declare: |
| 3 | I am a citizen of the United States and am employed in the County of San Mateo, State of |
| 4 | California. I am over the age of 18 years and am not a party to the within action. My business |
| 5 | address is King & Spalding, 333 Twin Dolphin Drive, Suite 400, Redwood City, CA 94065. I am |
| 6 | personally familiar with the business practice of King & Spalding. On November 7, 2008, I |
| 7 | served the following document: |
| 8 | **NOTICE OF CHANGE OF ADDRESS** |
| 9 | by placing a true copy thereof enclosed in a sealed envelope addressed to the following parties: |

Ian N. Feinberg
Eric B. Evans
Dennis S. Corgill
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112

____ (By Overnight Courier) I caused each envelope, with postage fully prepaid, to be sent by _____.

__X__ (By Mail) I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of King & Spalding LLP.

____ (By Hand) I delivered the envelope by hand to the office listed above.

____ (By Facsimile/Telecopy) I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

____ (By E-Mail) I caused all documents to be sent by Automatic E-Mail to the individuals indicated above

I declare under penalty of perjury that the above is true and correct and that this declaration was executed at Redwood City, California.

DATED: November 7, 2008        *[signature]*
                               Valerie Jones

---

CERTIFICATE OF SERVICE                              CASE NO. C 06-00324 CW